**Register of Copyrights**

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, DC 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s);

| ☑ ACTION    ☐ APPEAL | | COURT NAME AND LOCATION<br>**US District Court Eastern California**<br>**Fresno** |
|---|---|---|
| DOCKET NO.<br>**1:21–CV–00803–AWI–BAM** | DATE FILED<br>**5/18/21** | |
| PLAINTIFF<br>**YELLOWCAKE, INC.** | | DEFENDANT<br>**DASHGO, INC., ET AL.** |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1  See complaint | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above−entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleadings |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above−entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ ORDER    ☐ JUDGMENT | WRITTEN OPINION ATTACHED<br>☐ YES    ☐ NO | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|