RICHARD J. IDELL, ESQ. (SBN 069033)
ORY SANDEL, ESQ. (SBN 233204)
DICKENSON PEATMAN & FOGARTY P.C.
1455 First Street, Suite 301
Napa, CA 94559
Telephone: (707) 261-7000
Facsimile: (707) 255-6876
Email: ridell@dpf-law.com
        osandel@dpf-law.com

*Attorneys for Defendants Dashgo, Inc. and
Audiomicro, Inc. d.b.a. Adrev*

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| YELLOWCAKE, INC., a California corporation,<br><br>                    Plaintiff,<br><br>        v.<br><br>DASHGO, INC., a Delaware corporation; and AUDIOMICRO, INC. d/b/a ADREV, a Delaware corporation,<br><br>                    Defendants. | CASE NO. 1:21-cv-00803-AWI-BAM<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE AND FOR A MORE DEFINITE STATEMENT**<br>**[Fed. R. Civ. P. 12(e), 12(f)]**<br><br>**Date**: Monday, August 16, 2021<br><br>**Time**: 1:30 p.m.<br><br>**Place:** United States District Court, E.D. Cal.<br><br>        Robert E. Coyle U.S. Courthouse<br><br>        Courtroom 2 – Eighth Floor<br><br>        2500 Tulare Street<br><br>        Fresno, CA 93721<br><br>(E-filing)<br><br>Hon. Judge Anthony W. Ishii, Presiding |

Defendants Dashgo, Inc. ("Dashgo") and Audiomicro, Inc. d/b/a Adrev ("Adrev") (collectively, "Defendants"), by and through counsel, hereby requests the Court to take judicial notice pursuant to Federal Rule of Evidence 201 of the following facts:

**Pleadings**

1.      The Complaint in this action was filed on May 17, 2021. A true and correct copy of the Complaint is attached hereto as Exhibit 1.

**U.S. Copyright Office Online Public Records**

2.      The website of the United State Copyright Office is https://copyright.gov/

3.      The Copyright Public Records Catalog may be searched online at https://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?DB=local&PAGE=First

4.      The online Copyright Public Records Catalog may be searched by Registration Number.

**Copyright Records for Exhibits A and C to the Complaint[1,2]**

5.      The copyright claimant for Registration Number SR0000638659 is Platino Records c/o UMG Recordings, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000638659 is attached hereto as Exhibit 2.

6.      The copyright claimant for Registration Number SR0000136458 is Fonovisa, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000136458 is attached hereto as Exhibit 3.

---

[1] Courts routinely take judicial notice of public records, including printouts of records from the Copyright Office's webpage, and it is therefore appropriate for the Court to take judicial notice of the below exhibits, each of which refers to public records available online from the United States Copyright Office. *See Marcus v. ABC Signature Studios, Inc.* (C.D. Cal. 2017) 279 F. Supp. 3d 1056, 1063; *Payne v. Manilow* (C.D. Cal. Oct. 29, 2018) No. CV183413PSGPLAX, 2018 WL 6321638, at *5; *see also Yellowcake, Inc. v. Morena Music, Inc.* (E.D. Cal. Mar. 2, 2021) No. 1:20-CV-0787 AWI BAM, 2021 WL 795823, at *3, fn.1.

[2] Exhibits A and C to the Complaint are identical. The underlying copyright records for the two Exhibits are thus set forth only once, in the below section of this Request for Judicial Notice.

7.      The copyright claimant for Registration Number SR0000218640 is Fonovisa, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000218640 is attached hereto as Exhibit 4.

8.      The copyright claimant for Registration Number SR0000237033 is Fonovisa, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000237033 is attached hereto as Exhibit 5.

9.      The copyright claimant for Registration Number SR0000241273 is Fonovisa, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000241273 is attached hereto as Exhibit 6.

10.     The copyright claimant for Registration Number SR0000245586 is Fonovisa, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000245586 is attached hereto as Exhibit 7.

11.     The copyright claimant for Registration Number SR0000245590 is Fonovisa, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000245590 is attached hereto as Exhibit 8.

12.     The copyright claimant for Registration Number SR0000245604 is Fonovisa, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000245604 is attached hereto as Exhibit 9.

13.     The copyright claimant for Registration Number SR0000250232 is Fonovisa, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000250232 is attached hereto as Exhibit 10.

14.     The copyright claimant for Registration Number SR0000251323 is Fonovisa, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000251323 is attached hereto as Exhibit 11.

15.     The copyright claimant for Registration Number SR0000251324 is Fonovisa, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000251324 is attached hereto as Exhibit 12.

16.     The copyright claimant for Registration Number SR0000253351 is Fonovisa, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000253351 is attached hereto as Exhibit 13.

17.     The copyright claimant for Registration Number SR0000255989 is Fonovisa, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000255989 is attached hereto as Exhibit 14.

18.     The copyright claimant for Registration Number SR0000256000 is Fonovisa, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000256000 is attached hereto as Exhibit 15.

19.     The copyright claimant for Registration Number SR0000256012 is Fonovisa, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000256012 is attached hereto as Exhibit 16.

20.     The copyright claimant for Registration Number SR0000259023 is Fonovisa, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000259023 is attached hereto as Exhibit 17.

21.     The copyright claimant for Registration Number SR0000264530 is Fonovisa, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000264530 is attached hereto as Exhibit 18.

22.     The copyright claimant for Registration Number SR0000264542 is Fonovisa, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000264542 is attached hereto as Exhibit 19.

23.     The copyright claimant for Registration Number SR0000268866 is Fonovisa, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000268866 is attached hereto as Exhibit 20.

24.     The copyright claimant for Registration Number SR0000269508 is Fonovisa, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000269508 is attached hereto as Exhibit 21.

25.     The copyright claimant for Registration Number SR0000275187 is Fonovisa, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000275187 is attached hereto as Exhibit 22.

26.     The copyright claimant for Registration Number SR0000278461 is Fonovisa, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000278461 is attached hereto as Exhibit 23.

27.     The copyright claimant for Registration Number SR0000279917 is Fonovisa, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000279917 is attached hereto as Exhibit 24.

28.     The copyright claimant for Registration Number SR0000228139 is Fonovisa, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000228139 is attached hereto as Exhibit 25.

29.     The copyright claimant for Registration Number SR0000280002 is Fonovisa, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000280002 is attached hereto as Exhibit 26.

30.     The copyright claimant for Registration Number SR0000281940 is Fonovisa, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000281940 is attached hereto as Exhibit 27.

31.     The copyright claimant for Registration Number SR0000288875 is Fonovisa, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000288875 is attached hereto as Exhibit 28.

32.     The copyright claimant for Registration Number SR0000290526 is Fonovisa, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000290526 is attached hereto as Exhibit 29.

33.     The copyright claimant for Registration Number SR0000291891 is Fonovisa, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000291891 is attached hereto as Exhibit 30.

34.    The copyright claimant for Registration Number SR0000291895 is Fonovisa, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000291895 is attached hereto as Exhibit 31.

35.    The copyright claimant for Registration Number SR0000291899 is Fonovisa, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000291899 is attached hereto as Exhibit 32.

36.    The copyright claimant for Registration Number SR0000291911 is Fonovisa, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000291911 is attached hereto as Exhibit 33.

37.    [See Paragraph 25, Exhibit 22, regarding Registration Number SR0000275187][3]

38.    The copyright claimant for Registration Number SR0000291915 is Fonovisa, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000291915 is attached hereto as Exhibit 34.

39.    The copyright claimant for Registration Number SR0000295686 is Fonovisa, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000295686 is attached hereto as Exhibit 35.

40.    The copyright claimant for Registration Number SR0000295734 is Fonovisa, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000295734 is attached hereto as Exhibit 36.

41.    The copyright claimant for Registration Number SR0000295739 is Fonovisa, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000295739 is attached hereto as Exhibit 37.

42.    The copyright claimant for Registration Number SR0000298378 is Fonovisa, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000298378 is attached hereto as Exhibit 38.

---

[3] Bracketed insertions herein indicate Registration Numbers that are repeated in Exhibits A, C and D to the Complaint. The insertions are made so that the list of registrations set forth in this Request for Judicial Notice exactly tracks, in identical sequential order, the lists as they appear in the said Exhibits.

43.     The copyright claimant for Registration Number SR0000302491 is Fonovisa, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000302491 is attached hereto as Exhibit 39.

44.     The copyright claimant for Registration Number SR0000302497 is Fonovisa, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000302497 is attached hereto as Exhibit 40.

45.     [See Paragraph 28, Exhibit 25, regarding Registration Number SR0000228139]

46.     The copyright claimant for Registration Number SR0000303509 is Fonovisa, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000303509 is attached hereto as Exhibit 41.

47.     The copyright claimant for Registration Number SR0000305345 is Fonovisa, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000305345 is attached hereto as Exhibit 42.

48.     The copyright claimant for Registration Number SR0000309068 is Platino Records, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000309068 is attached hereto as Exhibit 43.

49.     The copyright claimant for Registration Number SR0000309916 is Fonovisa, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000309916 is attached hereto as Exhibit 44.

50.     The copyright claimant for Registration Number SR0000310105 is Fonovisa, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000310105 is attached hereto as Exhibit 45.

51.     The copyright claimant for Registration Number SR0000310107 is Fonovisa, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000310107 is attached hereto as Exhibit 46.

52.     The copyright claimant for Registration Number SR0000313343 is Fonovisa, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000313343 is attached hereto as Exhibit 47.

53.     The copyright claimant for Registration Number SR0000313356 is Fonovisa, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000313356 is attached hereto as Exhibit 48.

54.     The copyright claimant for Registration Number SR0000313363 is Fonovisa, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000313363 is attached hereto as Exhibit 49.

55.     The copyright claimant for Registration Number SR0000315434 is Fonovisa, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000315434 is attached hereto as Exhibit 50.

56.     The copyright claimant for Registration Number SR0000315449 is Fonovisa, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000315449 is attached hereto as Exhibit 51.

57.     The copyright claimant for Registration Number SR0000321580 is Mayo Records. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000321580 is attached hereto as Exhibit 52.

58.     The copyright claimant for Registration Number SR0000332368 is Platino Record, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000332368 is attached hereto as Exhibit 53.

59.     The copyright claimant for Registration Number SR0000341331 is Platino Record, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000341331 is attached hereto as Exhibit 54.

60.     The copyright claimant for Registration Number SR0000343965 is Fonovisa Records, a division of Univision Music, LLC. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000343965 is attached hereto as Exhibit 55.

61.     The copyright claimant for Registration Number SR0000344082 is Fonovisa Records, a division of Univision Music, LLC. A true and correct copy of the record for a search

of the Copyright Public Records Catalog by Registration Number SR0000344082 is attached hereto as Exhibit 56.

62.     The copyright claimant for Registration Number SR0000346052 is Fonovisa Records, a division of Univision Music, LLC. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000346052 is attached hereto as Exhibit 57.

63.     The copyright claimant for Registration Number SR0000346830 is Platino Records, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000346830 is attached hereto as Exhibit 58.

64.     The copyright claimant for Registration Number SR0000346832 is Platino Records, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000346832 is attached hereto as Exhibit 59.

65.     The copyright claimant for Registration Number SR0000346833 is Platino Records, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000346833 is attached hereto as Exhibit 60.

66.     The copyright claimant for Registration Number SR0000347578 is Platino Records, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000347578 is attached hereto as Exhibit 61.

67.     The copyright claimant for Registration Number SR0000347698 is Platino Records, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000347698 is attached hereto as Exhibit 62.

68.     The copyright claimant for Registration Number SR0000349976 is Platino Records, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000349976 is attached hereto as Exhibit 63.

69.     The copyright claimant for Registration Number SR0000353869 is Platino Records, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000353869 is attached hereto as Exhibit 64.

70.     The copyright claimant for Registration Number SR0000353870 is Platino Records, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000353870 is attached hereto as Exhibit 65.

71.     The copyright claimant for Registration Number SR0000355673 is Platino Records, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000355673 is attached hereto as Exhibit 66.

72.     The copyright claimant for Registration Number SR0000356526 is Platino Records, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000356526 is attached hereto as Exhibit 67.

73.     The copyright claimant for Registration Number SR0000356708 is Platino Records, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000356708 is attached hereto as Exhibit 68.

74.     The copyright claimant for Registration Number SR0000360303 is Platino Records, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000360303 is attached hereto as Exhibit 69.

75.     The copyright claimant for Registration Number SR0000360961 is Platino Records, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000360961 is attached hereto as Exhibit 70.

76.     The copyright claimant for Registration Number SR0000360963 is Fonovisa Records, a division of Univision Music, LLC. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000360963 is attached hereto as Exhibit 71.

77.     The copyright claimant for Registration Number SR0000372448 is Platino Records, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000372448 is attached hereto as Exhibit 72.

78.     The copyright claimant for Registration Number SR0000372460 is Platino Records, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000372460 is attached hereto as Exhibit 73.

79.     The copyright claimant for Registration Number SR0000373644 is Fonovisa Records, a division of Univision Music, LLC. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000373644 is attached hereto as Exhibit 74.

80.     The copyright claimant for Registration Number SR0000373749 is Platino Records, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000373749 is attached hereto as Exhibit 75.

81.     The copyright claimant for Registration Number SR0000373750 is Platino Records, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000373750 is attached hereto as Exhibit 76.

82.     The copyright claimant for Registration Number SR0000373751 is Platino Records, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000373751 is attached hereto as Exhibit 77.

83.     The copyright claimant for Registration Number SR0000374322 is Fonovisa Records, a division of Univision Music, LLC. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000374322 is attached hereto as Exhibit 78.

84.     The copyright claimant for Registration Number SR0000378199 is Platino Records, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000378199 is attached hereto as Exhibit 79.

85.     The copyright claimant for Registration Number SR0000355688 is Platino Records, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000355688 is attached hereto as Exhibit 80.

86.     [See Paragraph 61, Exhibit 56, regarding Registration Number SR0000344082]

87.     The copyright claimant for Registration Number SR0000378736 is Platino Records, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000378736 is attached hereto as Exhibit 81.

88.     The copyright claimant for Registration Number SR0000381230 is Platino Records, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000381230 is attached hereto as Exhibit 82.

89.     The copyright claimant for Registration Number SR0000382409 is Platino Records. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000382409 is attached hereto as Exhibit 83.

90.     The copyright claimant for Registration Number SR0000382675 is Platino Records, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000382675 is attached hereto as Exhibit 84.

91.     The copyright claimant for Registration Number SR0000383247 is Univision Music, LLC. Fonovisa Records. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000383247 is attached hereto as Exhibit 85.

92.     The copyright claimant for Registration Number SR0000386917 is Platino Records, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000386917 is attached hereto as Exhibit 86.

93.     [See Paragraph 83, Exhibit 78, regarding Registration Number SR0000374322]

94.     The copyright claimant for Registration Number SR0000270114 is Fonovisa, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000270114 is attached hereto as Exhibit 87.

95.     [See Paragraph 92, Exhibit 86, regarding Registration Number SR0000386917]

96.     [See Paragraph 79, Exhibit 74, regarding Registration Number SR0000373644]

97.     [See Paragraph 92, Exhibit 86, regarding Registration Number SR0000386917]

98.     The copyright claimant for Registration Number SR0000389105 is Platino Records, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000389105 is attached hereto as Exhibit 88.

99.    The copyright claimant for Registration Number SR0000390277 is Platino Records, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000390277 is attached hereto as Exhibit 89.

100.    The copyright claimant for Registration Number SR0000390482 is Platino Records, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000390482 is attached hereto as Exhibit 90.

101.    The copyright claimant for Registration Number SR0000406487 is Platino Records, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000406487 is attached hereto as Exhibit 91.

102.    [See Paragraph 100, Exhibit 90, regarding Registration Number SR0000390482]

103.    The copyright claimant for Registration Number SR0000390483 is Platino Records, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000390483 is attached hereto as Exhibit 92.

104.    The copyright claimant for Registration Number SR0000390986 is Platino Records, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000390986 is attached hereto as Exhibit 93.

105.    The copyright claimant for Registration Number SR0000405592 is Platino Records, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000405592 is attached hereto as Exhibit 94.

106.    The copyright claimant for Registration Number SR0000405862 is Platino Records, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000405862 is attached hereto as Exhibit 95.

107.    [See Paragraph 101, Exhibit 91, regarding Registration Number SR0000406487]

108.    [See Paragraph 100, Exhibit 90, regarding Registration Number SR0000390482]

109.    [See Paragraph 101, Exhibit 91, regarding Registration Number SR0000406487]

110.    The copyright claimant for Registration Number SR0000406491 is Platino Records, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000406491 is attached hereto as Exhibit 96.

111.    The copyright claimant for Registration Number SR0000406494 is Platino Records, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000406494 is attached hereto as Exhibit 97.

112.    [See Paragraph 85, Exhibit 80, regarding Registration Number SR0000355688]

113.    [See Paragraph 78, Exhibit 73, regarding Registration Number SR0000372460]

114.    [See Paragraph 111, Exhibit 97, regarding Registration Number SR0000406494]

115.    The copyright claimant for Registration Number SR0000408259 is Platino Records, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000408259 is attached hereto as Exhibit 98.

116.    The copyright claimant for Registration Number SR0000355625 is Fonovisa Records, a division of Univision Music, LLC. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000355625 is attached hereto as Exhibit 99.

117.    [See Paragraph 115, Exhibit 98, regarding Registration Number SR0000408259]

118.    The copyright claimant for Registration Number SR0000408263 is Platino Records, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000408263 is attached hereto as Exhibit 100.

119.    The copyright claimant for Registration Number SR0000408265 is Platino Records, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000408265 is attached hereto as Exhibit 101.

120.    The copyright claimant for Registration Number SR0000408412 is Platino Records. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000408412 is attached hereto as Exhibit 102.

121.    The copyright claimant for Registration Number SR0000410945 is Platino Records, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000410945 is attached hereto as Exhibit 103.

122.    The copyright claimant for Registration Number SR0000609448 is Platino Records, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000609448 is attached hereto as Exhibit 104.

123.    [See Paragraph 76, Exhibit 71, regarding Registration Number SR0000360963]

124.    The copyright claimant for Registration Number SR0000612068 is Platino Records, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000612068 is attached hereto as Exhibit 105.

125.    The copyright claimant for Registration Number SR0000612069 is Platino Records, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000612069 is attached hereto as Exhibit 106.

126.    [See Paragraph 81, Exhibit 76, regarding Registration Number SR0000373750]

127.    [See Paragraph 125, Exhibit 106, regarding Registration Number SR0000612069]

128.    The copyright claimant for Registration Number SR0000619589 is Platino Records c/o UMG Recordings, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000619589 is attached hereto as Exhibit 107.

129.    The copyright claimant for Registration Number SR0000619950 is Platino Records, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000619950 is attached hereto as Exhibit 108.

130.    The copyright claimant for Registration Number SR0000619986 is Platino Records c/o UMG Recordings, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000619986 is attached hereto as Exhibit 109.

131.    [See Paragraph 71, Exhibit 66, regarding Registration Number SR0000355673]

132.    The copyright claimant for Registration Number SR0000620031 is Platino Records c/o UMG Recordings, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000620031 is attached hereto as Exhibit 110.

133.    The copyright claimant for Registration Number SR0000373710 is Platino Records, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000373710 is attached hereto as Exhibit 111.

134.    [See Paragraph 132, Exhibit 110, regarding Registration Number SR0000620031]

135.    The copyright claimant for Registration Number SR0000620035 is Platino Records c/o UMG Recordings, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000620035 is attached hereto as Exhibit 112.

136.    The copyright claimant for Registration Number SR0000620177 is Platino Records c/o UMG Recordings, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000620177 is attached hereto as Exhibit 113.

137.    The copyright claimant for Registration Number SR0000620187 is Platino Records c/o UMG Recordings, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000620187 is attached hereto as Exhibit 114.

138.    The copyright claimant for Registration Number SR0000393154 is Platino Records, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000393154 is attached hereto as Exhibit 115.

139.    The copyright claimant for Registration Number SR0000303502 is Fonovisa, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000303502 is attached hereto as Exhibit 116.

140.    [See Paragraph 137, Exhibit 114, regarding Registration Number SR0000620187]

141.    The copyright claimant for Registration Number SR0000620216 is Platino Records c/o UMG Recordings, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000620216 is attached hereto as Exhibit 117.

142.     The copyright claimant for Registration Number SR0000622790 is Platino Records c/o Fonovisa / UMG Recordings, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000622790 is attached hereto as Exhibit 118.

143.     The copyright claimant for Registration Number SR0000623333 is Platino Records, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000623333 is attached hereto as Exhibit 119.

144.     The copyright claimant for Registration Number SR0000623341 is Platino Records, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000623341 is attached hereto as Exhibit 120.

145.     The copyright claimant for Registration Number SR0000623343 is Platino Records, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000623343 is attached hereto as Exhibit 121.

146.     The copyright claimant for Registration Number SR0000348875 is Platino Records, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000348875 is attached hereto as Exhibit 122.

147.     The copyright claimant for Registration Number SR0000625569 is Platino Records. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000625569 is attached hereto as Exhibit 123.

148.     The copyright claimant for Registration Number SR0000625706 is Platino Records. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000625706 is attached hereto as Exhibit 124.

149.     The copyright claimant for Registration Number SR0000626622 is Platino Records, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000626622 is attached hereto as Exhibit 125.

150.     [See Paragraph 30, Exhibit 27, regarding Registration Number SR0000281940]

151.     The copyright claimant for Registration Number SR0000631665 is Platino Records c/o UMG Recordings, Inc. A true and correct copy of the record for a search of the

Copyright Public Records Catalog by Registration Number SR0000631665 is attached hereto as Exhibit 126.

152.    The copyright claimant for Registration Number SR0000631676 is Platino Records c/o UMG Recordings, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000631676 is attached hereto as Exhibit 127.

153.    [See Paragraph 66, Exhibit 61, regarding Registration Number SR0000347578]

154.    [See Paragraph 120, Exhibit 102, regarding Registration Number SR0000408412]

155.    [See Paragraph 152, Exhibit 127, regarding Registration Number SR0000631676]

156.    [See Paragraph 115, Exhibit 98, regarding Registration Number SR0000408259]

157.    [See Paragraph 152, Exhibit 127, regarding Registration Number SR0000631676]

158.    [See Paragraph 79, Exhibit 74, regarding Registration Number SR0000373644]

159.    The copyright claimant for Registration Number SR0000636379 is Platino Records. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000636379 is attached hereto as Exhibit 128.

160.    The copyright claimant for Registration Number SR0000636387 is Platino Records. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000636387 is attached hereto as Exhibit 129.

161.    The copyright claimant for Registration Number SR0000636452 is Platino Records c/o UMG Recordings, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000636452 is attached hereto as Exhibit 130.

162.    The copyright claimant for Registration Number SR0000636455 is Platino Records c/o UMG Recordings, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000636455 is attached hereto as Exhibit 131.

163.    [See Paragraph 63, Exhibit 58, regarding Registration Number SR0000346830]

164.    [See Paragraph 145, Exhibit 121, regarding Registration Number SR0000623343]

165.    [See Paragraph 162, Exhibit 131, regarding Registration Number SR0000636455]

166.    The copyright claimant for Registration Number SR0000636543 is Platino Records. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000636543 is attached hereto as Exhibit 132.

167.    The copyright claimant for Registration Number SR0000636549 is Platino Records. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000636549 is attached hereto as Exhibit 133.

168.    The copyright claimant for Registration Number SR0000637425 is Disa Latin Music, A Div. of UMG Recordings, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000637425 is attached hereto as Exhibit 134.

169.    [See Paragraph 84, Exhibit 79, regarding Registration Number SR0000378199]

170.    [See Paragraph 168, Exhibit 134, regarding Registration Number SR0000637425]

171.    The copyright claimant for Registration Number SR0000405862 is Platino Records, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000405862 is attached hereto as Exhibit 135.

172.    [See Paragraph 146, Exhibit 122, regarding Registration Number SR0000348875]

173.    The copyright claimant for Registration Number SR0000637685 is Platino Records, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000637685 is attached hereto as Exhibit 136.

174.    The copyright claimant for Registration Number SR0000637687 is Platino Records, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000637687 is attached hereto as Exhibit 137.

175.    [See Paragraph 83, Exhibit 78, regarding Registration Number SR0000374322]

176.    [See Paragraph 7, Exhibit 4, regarding Registration Number SR0000218640]

177.    [See Paragraph 174, Exhibit 137, regarding Registration Number SR0000637687]

178.    The copyright claimant for Registration Number SR0000637716 is Platino Records, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000637716 is attached hereto as Exhibit 138.

179.    [See Paragraph 111, Exhibit 97, regarding Registration Number SR0000406494]

180.    [See Paragraph 65, Exhibit 60, regarding Registration Number SR0000346833]

181.    [See Paragraph 60, Exhibit 55, regarding Registration Number SR0000343965]

182.    [See Paragraph 178, Exhibit 138, regarding Registration Number SR0000637716]

183.    [See Paragraph 103, Exhibit 92, regarding Registration Number SR0000390483]

184.    [See Paragraph 178, Exhibit 138, regarding Registration Number SR0000637716]

185.    The copyright claimant for Registration Number SR0000276275 is Fonovisa, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000276275 is attached hereto as Exhibit 139.

186.    [See Paragraph 178, Exhibit 138, regarding Registration Number SR0000637716]

187.    The copyright claimant for Registration Number SR0000637728 is Platino Records, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000637728 is attached hereto as Exhibit 140.

188.    The copyright claimant for Registration Number SR0000638316 is Platino Records, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000638316 is attached hereto as Exhibit 141.

189.    [See Paragraph 24, Exhibit 21, regarding Registration Number SR0000269508]

190.    The copyright claimant for Registration Number SR0000638648 is Platino Records c/o UMG Recordings, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000638648 is attached hereto as Exhibit 142.

191.    [See Paragraph 78, Exhibit 73, regarding Registration Number SR0000372460]

192.    The copyright claimant for Registration Number SR0000638661 is Platino Records c/o UMG Recordings, Inc. A true and correct copy of the record for a search of the

Copyright Public Records Catalog by Registration Number SR0000638661 is attached hereto as Exhibit 143.

193.    The copyright claimant for Registration Number SR0000638665 is Platino Records c/o UMG Recordings, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000638665 is attached hereto as Exhibit 144.

194.    The copyright claimant for Registration Number SR0000646831 is Platino Records c/o UMG Recordings, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000646831 is attached hereto as Exhibit 145.

195.    The copyright claimant for Registration Number SR0000771296 is Fonovisa, A Div. of UMG Recordings, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000771296 is attached hereto as Exhibit 146.

**Copyright Records for Exhibit "D" to the Complaint**

196.    The copyright claimant for Registration Number SR0000346032 is Platino Records, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000346032 is attached hereto as Exhibit 147.

197.    The copyright claimant for Registration Number SR0000297168 is Fonovisa, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000297168 is attached hereto as Exhibit 148.

198.    The copyright claimant for Registration Number SR0000251376 is Fonovisa, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000251376 is attached hereto as Exhibit 149.

199.    The copyright claimant for Registration Number SR0000636585 is Platino Records. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000636585 is attached hereto as Exhibit 150.

200.    The copyright claimant for Registration Number SR0000382284 is Platino Records, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000382284 is attached hereto as Exhibit 151.

201.    The copyright claimant for Registration Number SR0000291912 is Fonovisa, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000291912 is attached hereto as Exhibit 152.

202.    The copyright claimant for Registration Number SR0000372447 is Platino Records, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000372447 is attached hereto as Exhibit 153.

203.    The copyright claimant for Registration Number SR0000392716 is Platino Records, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000392716 is attached hereto as Exhibit 154.

204.    The copyright claimant for Registration Number SR0000882089 is Yellowcake, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000882089 is attached hereto as Exhibit 155.

205.    The copyright claimant for Registration Number SR0000021131 is Mar International. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000021131 is attached hereto as Exhibit 156.

206.    The copyright claimant for Registration Number SR0000256680 is MAR International Records, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000256680 is attached hereto as Exhibit 157.

207.    The copyright claimant for Registration Number SR0000232174 is MAR International Records, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000232174 is attached hereto as Exhibit 158.

208.    The copyright claimant for Registration Number SR0000201144 is Mar International Records, Inc. A true and correct copy of the record for a search of the Copyright

Public Records Catalog by Registration Number SR0000201144 is attached hereto as Exhibit 159.

209.    [See Paragraph 55, Exhibit 50, regarding Registration Number SR0000315434]

210.    [See Paragraph 54, Exhibit 49, regarding Registration Number SR0000313363]

211.    The copyright claimant for Registration Number SR0000228985 is Mar International Records, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000228985 is attached hereto as Exhibit 160.

212.    The copyright claimant for Registration Number SR0000229638 is Mar International Records, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000229638 is attached hereto as Exhibit 161.

213.    [See Paragraph 59, Exhibit 54, regarding Registration Number SR0000341331]

214.    The copyright claimant for Registration Number SR0000231289 is Fonovisa, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000231289 is attached hereto as Exhibit 162.

215.    The copyright claimant for Registration Number SR0000065917 is Profono Internacional, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000065917 is attached hereto as Exhibit 163.

216.    The copyright claimant for Registration Number SR0000112817 is Fonovisa, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000112817 is attached hereto as Exhibit 164.

217.    The copyright claimant for Registration Number SR0000061575 is Mar International Records, Inc. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000061575 is attached hereto as Exhibit 165.

218.    The copyright claimant for Registration Number SR0000065691 is Mar International Records, Inc. A true and correct copy of the record for a search of the Copyright

Public Records Catalog by Registration Number SR0000065691 is attached hereto as Exhibit 166.

219.    The copyright claimant for Registration Number SR0000129419 is Jarabe Publishing Company. A true and correct copy of the record for a search of the Copyright Public Records Catalog by Registration Number SR0000129419 is attached hereto as Exhibit 167.

Respectfully submitted,

Dated: June 30, 2021                              DICKENSON PEATMAN & FOGARTY P.C.

By:    /s/ Richard J. Idell
          Richard J. Idell (SBN 069033)
          Ory Sandel (SBN 233204)
          *Attorneys for Defendants Dashgo, Inc. and Audiomicro, Inc. d.b.a. Adrev*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit 1

**HEFNER, STARK & MAROIS, LLP**
Thomas P. Griffin, Jr., Esq. (SBN 155133)
 tgriffin@hsmlaw.com
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833
Telephone: 916.925.6620
Facsimile: 916.925.1127

**ABRAMS, FENSTERMAN, FENSTERMAN,**
**EISMAN, FORMATO, FERRARA,**
**WOLF & CARONE, LLP**
Seth L. Berman, Esq. (*pro hac vice admission to be requested*)
 sberman@abramslaw.com
3 Dakota Drive, Suite 300
Lake Success, NY 11042
Telephone: 516.328.2300
Facsimile: 516.328.6638

Attorneys for Plaintiff YELLOWCAKE, INC.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YELLOWCAKE, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> DASHGO, INC., a Delaware corporation; and AUDIOMICRO, INC. d/b/a ADREV, a Delaware corporation. <br><br> Defendants. | Case No.: <br><br> **PLAINTIFF'S COMPLAINT FOR COPYRIGHT INFRINGEMENT, INJUNCTIVE RELIEF, ACCOUNTING, AND JURY DEMAND** <br><br> Judge: |

**PLAINTIFF'S COMPLAINT FOR COPYRIGHT INFRINGEMENT, INJUNCTIVE RELIEF, ACCOUNTING, VICARIOUS COPYRIGHT INFRINGEMENT, CONTRIBUTORY COPYRIGHT INGRINGEMENT, AND JURY DEMAND**

Hefner, Stark & Marois, LLP
2150 River Plaza Drive, Suite 450
Sacramento, California 95833
Phone: (916) 925-6620 / Fax: (916) 925-1127

1    Plaintiff Yellowcake. Inc. ("Plaintiff" or "Yellowcake") alleges the following
2    against Defendants Dashgo, Inc., a Delaware corporation ("Dashgo"), and
3    AudioMicro, Inc. d/b/a Adrev, a Delaware corporation ("Adrev" and collectively with
4    Dashgo, the "Defendants"):

## NATURE OF THE ACTION

6    1.    By this complaint, Yellowcake, a California corporation that owns, holds
7    and exploits intellectual property, seeks redress for Dashgo's direct infringement of
8    Yellowcake's copyrighted works. Yellowcake alleges that Dashgo willfully and
9    intentionally infringed its rights in one hundred sixty-five (165) copyrighted sound
10   recordings registered with the United States Copyright Office ("Yellowcake's
11   Copyrighted Works"). Copies of the Copyright Registrations for Yellowcake's
12   Copyrighted Works are collectively annexed hereto as **Exhibit A**.

13   2.    Yellowcake also seeks redress for Dashgo's direct exploitation of 1075
14   foreign copyrighted works owned by Yellowcake. A list of Yellowcake's foreign
15   works, which were all first published outside the United States and, therefore, are not
16   considered to be United States works and are not required to be first registered with the
17   U.S. Copyright Office pursuant to 17 U.S.C. § 411(a) is annexed hereto as **Exhibit B**
18   ("Foreign Works").

19   3.    Dashgo exploited Yellowcake's Copyrighted Works and Foreign Works
20   by, *inter alia*, the unauthorized sale, distribution, reproduction, synchronization,
21   creation of derivative works, exploitation and public performance thereof via digital
22   transmission on online platforms, including without limitation iTunes, Apple Music,
23   Spotify, Amazon Music and www.YouTube.com ("Digital Distribution Platforms").

24   4.    As a result, Dashgo benefitted from and continues to benefit from said
25   unauthorized exploitation of Yellowcake's Copyrighted Works.

26   5.    Yellowcake, through its agent and distributor, Colonize Media, Inc.
27   ("Colonize"), put Defendants on notice of their infringement and exploitation of
28   Yellowcake's Copyrighted Works and Foreign Works.

**PLAINTIFF'S COMPLAINT FOR COPYRIGHT INFRINGEMENT, INJUNCTIVE RELIEF, ACCOUNTING, VICARIOUS COPYRIGHT INFRINGEMENT, CONTRIBUTORY COPYRIGHT INGRINGEMENT, AND JURY DEMAND**

Hefner, Stark & Marois, LLP
2150 River Plaza Drive, Suite 450
Sacramento, California 95833
Phone: (916) 925-6620 / Fax: (916) 925-1127

6. Despite being on notice of its infringement, Dashgo refused to remedy its wrongdoing, leaving Yellowcake no alternative but to bring this action.

7. Similarly, Yellowcake seeks redress for the contributory and vicarious infringement of Yellowcake's Copyrighted Works and Foreign Works by Adrev.

**JURISDICTION AND VENUE**

8. This is a civil action in which Plaintiff seeks monetary damages and injunctive relief against Defendants for copyright infringement under the copyright laws of the United States: 17 U.S.C. § 101 *et seq.*

9. This Court has jurisdiction under 17 U.S.C. § 101 *et seq.*; 28 U.S.C. § 1331 (federal question jurisdiction); and 28 U.S.C. § 1338(a) (copyright).

10. This Court has supplemental jurisdiction over all common law claims pursuant to 28 U.S.C. § 1367.

11. This Court has personal jurisdiction over Defendants, and venue in this District is proper under 28 U.S.C. § 1391(b) and (d) and 28 U.S.C. § 1400(a), in that the Defendants or their agents are conducting business in this District, Yellowcake is located in, and conducts business in, this District, and a substantial part of the acts of infringement complained of herein occurred in this District.

**PARTIES**

12. Plaintiff is a corporation duly organized and existing under the laws of the State of California, with its principal place of business in the State of California, County of Stanislaus.

13. Plaintiff is informed and believes, and thereon alleges, that Dashgo is a corporation for profit duly organized and existing under the laws of the State of Delaware with its principal place of business in the State of California, County of Los Angeles.

14. Plaintiff is informed and believes, and thereon alleges, that Dashgo is in the business of selling and distributing music throughout the world using multiple internet distribution and retail channels such as the Digital Distribution Platforms.

Hefner, Stark & Marois, LLP
2150 River Plaza Drive, Suite 450
Sacramento, California 95833
Phone: (916) 925-6620 / Fax: (916) 925-1127

**PLAINTIFF'S COMPLAINT FOR COPYRIGHT INFRINGEMENT, INJUNCTIVE RELIEF, ACCOUNTING, VICARIOUS COPYRIGHT INFRINGEMENT, CONTRIBUTORY COPYRIGHT INGRINGEMENT, AND JURY DEMAND**

15.     Plaintiff is informed and believes, and thereon alleges, that Adrev is a division of AudioMicro, Inc., which is a corporation duly organized and existing under the laws of the State of Delaware, with an address located in the State of California, County of Los Angeles.

16.     Plaintiff is informed and believes, and thereon alleges, that Adrev is the parent corporation of Dashgo.

## FACTUAL ALLEGATIONS

17.     Yellowcake is primarily engaged in the business of exploiting intellectual property rights, including, but not limited to, digital music distribution.

18.     Yellowcake or its predecessor-in-interest has always owned, maintained and/or controlled the exclusive true and valid copyrights in Yellowcake's Copyrighted Works and the Foreign Works.

19.     Yellowcake has complied in all respects with the provisions of the Copyright Act, 17 U.S.C. § 101 *et seq.* Yellowcake has registered Yellowcake's Copyrighted Works with the United States Copyright Office and was issued a Certificate of Registration for each sound recording identified as "Yellowcake's Copyrighted Works" in Paragraph 1.

20.     All of Yellowcake's Copyrighted Works are and were published with a copyright notice.

**A.     Dashgo's Unauthorized Exploitation of Yellowcake's Copyrighted Works.**

21.     Previously, Dashgo had a contractual right to exploit Yellowcake's Copyrighted Works and Foreign Works pursuant to two written distribution agreements, one between Dashgo and Yellowcake's agent, Colonize ("Colonize Distribution Agreement"), and one between Dashgo and Yellowcake's predecessor-in-interest in a number of Yellowcake's Copyrighted Works and Foreign Works, Mar International Records ("Mar Distribution Agreement").

/ / /

Hefner, Stark & Marois, LLP
2150 River Plaza Drive, Suite 450
Sacramento, California 95833
Phone: (916) 925-6620 / Fax: (916) 925-1127

**PLAINTIFF'S COMPLAINT FOR COPYRIGHT INFRINGEMENT, INJUNCTIVE RELIEF, ACCOUNTING, VICARIOUS COPYRIGHT INFRINGEMENT, CONTRIBUTORY COPYRIGHT INGRINGEMENT, AND JURY DEMAND**

22.   Both the Colonize Distribution Agreement and the Mar Distribution Agreement were validly terminated under the terms of the respective agreements.

23.   Dashgo also acknowledged in writing that both the Colonize Distribution Agreement and Mar Distribution Agreement were validly terminated and that Dashgo would cease distributing both Yellowcake's Copyrighted Works and Foreign Works.

24.   Yellowcake never entered into another distribution agreement with Dashgo or otherwise authorized Dashgo to continue exploiting any of Yellowcake's Copyrighted Works or Foreign Works.

25.   Whatever rights Dashgo may have had in the past to exploit Yellowcake's Copyrighted Works were terminated and no longer exist.

26.   Yellowcake is informed and believes, and thereupon alleges, that sometime after the Colonize Distribution Agreement and Mar Distribution Agreement were terminated, Dashgo engaged in a number of unauthorized exploitations of Yellowcake's Copyrighted Works and Foreign Works in violation of Yellowcake's exclusive rights under 17 U.S.C. § 106 including, but not limited to, the sale, distribution, reproduction, synchronization, exploitation, creation of derivative works, public performance of Yellowcake's Copyrighted Works and Foreign Works via digital transmission on the online Digital Distribution Platforms without Yellowcake's authorization.

27.   Yellowcake is informed and believes, and thereupon alleges, that Dashgo created and/or uploaded, or caused to be created and/or uploaded, videos containing unauthorized derivative works of Yellowcake's Copyrighted Works and Foreign Works to the Digital Distribution Platforms.

28.   A list of Yellowcake's Copyrighted Works unlawfully distributed by Dashgo on YouTube is annexed hereto as **Exhibit C.**

29.   A list of Yellowcake's Copyrighted Works and Foreign Works unlawfully distributed by Dashgo on Amazon Music is annexed hereto as **Exhibit D**.

/ / /

Hefner, Stark & Marois, LLP
2150 River Plaza Drive, Suite 450
Sacramento, California 95833
Phone: (916) 925-6620 / Fax: (916) 925-1127

**PLAINTIFF'S COMPLAINT FOR COPYRIGHT INFRINGEMENT, INJUNCTIVE RELIEF, ACCOUNTING, VICARIOUS COPYRIGHT INFRINGEMENT, CONTRIBUTORY COPYRIGHT INGRINGEMENT, AND JURY DEMAND**

30.     Yellowcake is informed and believes, and thereupon alleges, that Dashgo benefitted from and continues to benefit from said unauthorized exploitations of Yellowcake's Copyrighted Works and Foreign Works.

31.     On multiple occasions, Yellowcake, through Colonize, notified Dashgo and/or one of Dashgo's agents and business affiliate, Adrev, of Dashgo's unauthorized exploitation of Yellowcake's Copyrighted Works and Foreign Works, and demanded that the Defendants cease their infringement of Yellowcake's Copyrighted Works and Foreign Works.

32.     Despite having notice of its infringement, and in fact confirming that all of its unauthorized uses of Yellowcake's Copyrighted Works and Foreign Works would cease, Dashgo and Adrev continued its unauthorized exploitation of Yellowcake's works.

**B.      The Unauthorized Exploitation of Yellowcake's Copyrighted Works by Adrev.**

33.     According to its own website, Adrev is a digital rights management company that "helps musicians navigate the wilds of user generated content monetization on YouTube."

34.     Yellowcake is informed and believes, and thereupon alleges, that Adrev performs business, administrative and/or technological functions in connection with Dashgo's unauthorized exploitation of Yellowcake's Copyrighted Works and Foreign Works.

35.     At no time relevant herein did Adrev have authorization to exploit any of Yellowcake's Copyrighted Works and/or Foreign Works.

36.     Yellowcake is informed and believes, and thereupon alleges, that when Colonize contacted Dashgo and demanded that it stop its unauthorized exploitation of Yellowcake's Copyrighted Works and Foreign Works, Colonize was contacted by employees and/or agents of Adrev to discuss the unauthorized exploitations committed by Dashgo.

Hefner, Stark & Marois, LLP
2150 River Plaza Drive, Suite 450
Sacramento, California 95833
Phone: (916) 925-6620 / Fax: (916) 925-1127

37.    Yellowcake is informed and believes, and thereupon alleges, that Adrev contributed to Dashgo's unauthorized sale, distribution, reproduction, synchronization, creation of derivative works, and public performance of Yellowcake's Copyrighted Works and Foreign Works via digital transmission on the online Digital Distribution Platforms.

38.    Thus, despite being notified that they were using Yellowcake's Copyrighted Works without authorization and confirming that all unauthorized uses would be taken down, Defendants have engaged in at least one hundred and sixty-five unauthorized uses of Yellowcake's Copyrighted Works. *See* **Exhibits B, C and D**.

## FIRST CAUSE OF ACTION

## Copyright Infringement Under 17 U.S.C. § 101 *et seq.*

(Against Dashgo)

39.    Yellowcake incorporates the allegations set forth in paragraphs 1 through 38 hereof, as though the same were set forth herein.

40.    This cause of action arises under 17 U.S.C. § 501.

41.    Each of the sound recordings and albums comprising the Yellowcake Copyrighted Works was registered with the United States Copyright Office either by Yellowcake or by its predecessor-in-interest.

42.    The Foreign Works were all first published outside the United States and are, therefore, not considered to be United States works and are not required to be first registered with the U.S. Copyright Office pursuant to 17 U.S.C. § 411(a)

43.    At all times relevant, Yellowcake, or its predecessor-in-interest, has owned Yellowcake's Copyrighted Works and Foreign Works and has been the only owner of the exclusive rights provided under 17 U.S.C. § 106.

44.    Yellowcake's Copyrighted Works and Foreign Works are sound recordings and original works of authorship constituting copyrightable subject matter within the meaning of 17 U.S.C. § 102.

/ / /

Hefner, Stark & Marois, LLP
2150 River Plaza Drive, Suite 450
Sacramento, California 95833
Phone: (916) 925-6620 / Fax: (916) 925-1127

**PLAINTIFF'S COMPLAINT FOR COPYRIGHT INFRINGEMENT, INJUNCTIVE RELIEF, ACCOUNTING, VICARIOUS COPYRIGHT INFRINGEMENT, CONTRIBUTORY COPYRIGHT INGRINGEMENT, AND JURY DEMAND**

45. Dashgo infringed Yellowcake's Copyrighted Works and Foreign Works by selling, distributing, reproducing, synchronizing, publicly performing, making derivative works of, and otherwise exploiting Yellowcake's Copyrighted Works and Foreign Works without authorization from Yellowcake.

46. By selling, distributing, reproducing, synchronizing, and publicly performing by means of digital transmission, making derivative works of, and otherwise exploiting videos containing Yellowcake's Copyrighted Works and Foreign Works, Dashgo violated, and continues to violate, Yellowcake's exclusive rights under 17 U.S.C. § 106.

47. Yellowcake has never granted Dashgo the right, or otherwise authorized, Dashgo to exploit Yellowcake's Copyrighted Works or Foreign Works.

48. Yellowcake is informed and believes, and thereupon alleges, that Dashgo had actual knowledge that Yellowcake was, and remains, the lawful owner of Yellowcake's Copyrighted Works and Foreign Works.

49. Yellowcake is informed and believes, and thereupon alleges, that Dashgo had actual knowledge that it did not have the rights to exploit Yellowcake's Copyrighted Works or Foreign Works.

50. Dashgo had actual or constructive awareness that its unauthorized use of Yellowcake's Copyrighted Works and Foreign Works constituted infringement of Yellowcake's Copyrighted Works and Foreign Works. Alternatively, Dashgo's acts of infringement resulted from a reckless disregard for, or willful blindness to, Yellowcake's rights.

51. Yellowcake is entitled to an injunction restraining Dashgo, its officers, directors, agents, employees, representatives, and all persons acting in concert with Dashgo from further engaging in such acts of copyright infringement.

52. Pursuant to 17 U.S.C. § 504, Yellowcake is further entitled to recover from Dashgo actual damages, or statutory damages in an amount up to One Hundred Fifty Thousand Dollars ($150,000.00) for each Yellowcake Copyrighted Work

Hefner, Stark & Marois, LLP
2150 River Plaza Drive, Suite 450
Sacramento, California 95833
Phone: (916) 925-6620 / Fax: (916) 925-1127

8

1  infringed by Dashgo.

2      53.    Pursuant to 17 U.S.C. § 505, Yellowcake is further entitled to recover

3  from Dashgo the reasonable attorneys' fees and legal costs incurred by Yellowcake as

4  a result of Dashgo's acts of copyright infringement.

5      54.    Upon information and belief, Yellowcake is entitled to damages not

6  readily ascertainable but believed to be in excess of Twenty-Four Million Seven

7  Hundred Fifty Thousand Dollars ($24,750,000.00) for the infringement of

8  Yellowcake's Copyrighted Works.

9      55.    Yellowcake is informed and believes, and thereupon alleges, that

10  Yellowcake is entitled to damages not readily ascertainable but believed to be in

11  excess of Ten Million Dollars ($10,000,000.00) for the infringement of the Foreign

12  Works.

13  ## SECOND CAUSE OF ACTION

14  ### Injunctive Relief

15  (Against Dashgo)

16      56.    Yellowcake incorporates the allegations set forth in paragraphs 1 through

17  55 hereof, as though the same were set forth herein.

18      57.    The conduct of Dashgo is currently causing and, unless enjoined and

19  restrained by this Court, will continue to cause Yellowcake great and irreparable injury

20  that cannot fully be compensated or measured in money. Yellowcake has no adequate

21  remedy at law.

22      58.    Pursuant to 17 U.S.C. §§ 502 and 503, Yellowcake is entitled to

23  injunctive relief prohibiting Dashgo, its officers, directors, agents, employees,

24  representatives, and all persons acting in concert with Dashgo, from further infringing

25  Plaintiff's copyrights, and ordering Dashgo to destroy all copies of Yellowcake's

26  Copyrighted Works and Foreign Works in its possession.

27  / / /

28  / / /

Hefner, Stark & Marois, LLP
2150 River Plaza Drive, Suite 450
Sacramento, California 95833
Phone: (916) 925-6620 / Fax: (916) 925-1127

**PLAINTIFF'S COMPLAINT FOR COPYRIGHT INFRINGEMENT, INJUNCTIVE RELIEF, ACCOUNTING, VICARIOUS COPYRIGHT INFRINGEMENT, CONTRIBUTORY COPYRIGHT INGRINGEMENT, AND JURY DEMAND**

**THIRD CAUSE OF ACTION**

**Accounting**

(Against Dashgo)

59.     Yellowcake incorporates the allegations set forth in paragraphs 1 through 58 hereof, as though the same were set forth herein.

60.     Dashgo knowingly and intentionally violated Yellowcake's rights in its Copyrighted Works and Foreign Works by selling, distributing and otherwise digitally exploiting the sound recordings therein without authorization from Yellowcake and retaining the income received therefrom.

61.     Dashgo has failed to deliver to Yellowcake the proceeds it received from its unlawful exploitation of Yellowcake's Copyrighted Works and Foreign Works to Yellowcake.

62.     It is just and reasonable for Dashgo to be compelled to account to Yellowcake for any income it received as the result of its unlawful exploitation of Yellowcake's Copyrighted Works and Foreign Works.

63.     Accordingly, Yellowcake is entitled to an accounting from Dashgo for all of the income it received as a result of its unlawful exploitation of Yellowcake's Copyrighted Works and Foreign Works.

64.     As a result of the foregoing, Yellowcake is entitled to damages which are not readily ascertainable but will be proven at trial and believed to be in excess of Twenty-Four Million Seven Hundred Fifty Thousand Dollars ($24,750,000.00).

**FOURTH CAUSE OF ACTION**

**Vicarious Copyright Infringement**

(Against Adrev)

65.     Yellowcake incorporates the allegations set forth in paragraphs 1 through 64 hereof, inclusive, as though the same were set forth herein.

66.     Yellowcake is informed and believes, and thereupon alleges, that Adrev is the parent of Dashgo.

Hefner, Stark & Marois, LLP
2150 River Plaza Drive, Suite 450
Sacramento, California 95833
Phone: (916) 925-6620 / Fax: (916) 925-1127

PLAINTIFF'S COMPLAINT FOR COPYRIGHT INFRINGEMENT, INJUNCTIVE RELIEF, ACCOUNTING, VICARIOUS COPYRIGHT INFRINGEMENT, CONTRIBUTORY COPYRIGHT INGRINGEMENT, AND JURY DEMAND

67.     Yellowcake is informed and believes, and thereupon alleges, that Dashgo is a wholly owned subsidiary of Adrev.

68.     Yellowcake is informed and believes, and thereupon alleges, that Adrev dominates the management of Dashgo.

69.     Yellowcake is informed and believes, and thereupon alleges, that at all times relevant to this Complaint, Adrev had the right and ability to supervise and/or control the infringing conduct of its subsidiary, Dashgo, due to parent-subsidiary relationship between the companies, but it has failed to exercise such supervision and/or control.

70.     As a direct and proximate result of such failure, Adrev has infringed Yellowcake's Copyrighted Works and Foreign Works, as previously set forth herein.

71.     Yellowcake is informed and believes, and thereupon alleges, that, at all times relevant to this Complaint, Adrev derived substantial financial benefit from infringements of Yellowcake's Copyrighted Works and Foreign Works by Dashgo.

72.     The above-mentioned acts of infringement by Dashgo have been willful, intentional and purposeful in disregard of, and with indifference to, the rights of Yellowcake.

73.     Adrev's conduct, as alleged, constitutes vicarious infringement of Yellowcake's copyrights and exclusive rights under copyright, in violation of 17 U.S.C. § 106, 17 U.S.C. § 115, and 17 U.S.C. § 501.

74.     As a direct and proximate result of Adrev's vicarious infringement of Yellowcake's copyrights, Yellowcake is entitled to damages pursuant to 17 U.S.C. § 504(b) for each work infringed.

75.     Pursuant to 17 U.S.C. § 504(c), Yellowcake is further entitled to recover from Adrev up to $150,000.00 in statutory damages for each work as a result of Adrev's acts of vicarious copyright infringement.  Such damages are not readably ascertainable but - based on the pervasive and willful nature of the infringement - are believed to be in excess of Twenty-Four Million Seven Hundred Fifty Thousand

Hefner, Stark & Marois, LLP
2150 River Plaza Drive, Suite 450
Sacramento, California 95833
Phone: (916) 925-6620 / Fax: (916) 925-1127

11

Dollars ($24,750,000.00).

76. Pursuant to 17 U.S.C. § 504, Yellowcake is further entitled to recover from defendant Adrev the reasonable attorneys' fees and legal costs incurred as a result of defendant Adrev's acts of vicarious copyright infringement.

77. Yellowcake is informed and believes, and thereupon alleges, that Yellowcake is entitled to damages not readily ascertainable but believed to be in excess of Ten Million Dollars ($10,000,000.00) for the infringement of the Foreign Works.

## FIFTH CAUSE OF ACTION

### Contributory Copyright Infringement

(Against Defendants)

78. Yellowcake incorporates the allegations set forth in paragraphs 1 through 77 hereof, inclusive, as though the same were set forth herein.

79. Yellowcake is informed and believes, and thereupon alleges, that, Defendants knowingly and systematically induced, caused, materially contributed to, had reason to know of and participated in, the infringement of Yellowcake's exclusive rights under 17 U.S.C. § 106 by the unauthorized sale, copying, reproduction, synchronization, distribution, performance and/or other exploitation of Yellowcake's Copyrighted Works and Foreign Works by Defendants' affiliates, subsidiaries, and/or parent company on the Digital Distribution Platforms.

80. At no time has Yellowcake authorized Defendants, their affiliates, subsidiaries and/or parent company to sell, distribute, copy, reproduce, synchronize, and/or perform any of Yellowcake's Copyrighted Works or Foreign Works.

81. Shortly after Yellowcake became aware of the unauthorized and unlicensed use of Yellowcake's Copyrighted Works and Foreign Works by Defendants, their affiliates, subsidiaries, and/or parent company, it contacted Defendants and demanded that Defendants cease and desist their infringing activities.

/ / /

Hefner, Stark & Marois, LLP
2150 River Plaza Drive, Suite 450
Sacramento, California 95833
Phone: (916) 925-6620 / Fax: (916) 925-1127

**PLAINTIFF'S COMPLAINT FOR COPYRIGHT INFRINGEMENT, INJUNCTIVE RELIEF, ACCOUNTING, VICARIOUS COPYRIGHT INFRINGEMENT, CONTRIBUTORY COPYRIGHT INGRINGEMENT, AND JURY DEMAND**

Hefner, Stark & Marois, LLP
2150 River Plaza Drive, Suite 450
Sacramento, California 95833
Phone: (916) 925-6620 / Fax: (916) 925-1127

82.     Yellowcake is informed and believes, and thereupon alleges, that, despite being on notice of its infringement, Defendants failed and willfully refused to stop their affiliates, subsidiary, and/or parent company from engaging in unauthorized use of Yellowcake's Copyrighted Works and Foreign Works.

83.     Yellowcake is informed and believes, and thereupon alleges, that, despite being on notice that the uses of Yellowcake's Copyrighted Works and Foreign Works by Defendants, their affiliates, subsidiaries, and/or parent company were not authorized, Defendants continued to allow their unauthorized exploitation and acts of infringement of Yellowcake's Copyrighted Works and Foreign Works.

84.     Yellowcake is informed and believes, and thereupon alleges, that, through their actions and/or inaction, Defendants knowingly induced, caused or materially contributed to copyright infringement by the other and each should be held liable as a contributory infringer.

85.     Defendants contributed to the violation of Yellowcake's rights under 17 U.S.C. § 501.

86.     Pursuant to 17 U.S.C. § 504(c), Yellowcake is further entitled to recover from Defendants up to $150,000.00 in statutory damages for each work as a result of Defendants' acts of contributory copyright infringement.   Such damages are not readably ascertainable but - based on the pervasive and willful nature of the infringement - are believed to be in excess of Twenty-Four Million Seven Hundred Fifty Thousand Dollars ($24,750,000.00).

87.     Pursuant to 17 U.S.C. § 504, Yellowcake is further entitled to recover from Defendants the reasonable attorneys' fees and legal costs incurred as a result of Defendants' acts of contributory copyright infringement.

88.     Yellowcake is informed and believes, and thereupon alleges, that Yellowcake is entitled to damages not readily ascertainable but believed to be in excess of Ten Million Dollars ($10,000,000.00) for the infringement of the Foreign Works.

**PLAINTIFF'S COMPLAINT FOR COPYRIGHT INFRINGEMENT, INJUNCTIVE RELIEF, ACCOUNTING, VICARIOUS COPYRIGHT INFRINGEMENT, CONTRIBUTORY COPYRIGHT INGRINGEMENT, AND JURY DEMAND**

## **PRAYER**

WHEREFORE, Yellowcake prays for judgment as follows:

**First Cause of Action:**

1.    For actual or statutory damages for each of Yellowcake's Copyrighted Works infringed pursuant to 17 U.S.C. § 504, in an amount to be elected and proven at the time of trial and believed to be in excess of Twenty-Four Million Seven Hundred Fifty Thousand Dollars ($24,750,000.00).

2.    For actual damages for each of Yellowcake's Foreign Works infringed, in an amount to be elected and proven at the time of trial, and believed to be in excess of Ten Million Dollars ($10,000,000.00).

3.    For exemplary or punitive damages in an amount to be established at trial according to proof.

4.    For Yellowcake's costs in this action.

5.    For Yellowcake's reasonable attorneys' fees incurred herein pursuant to statute.

6.    For such other and further relief as the Court may deem just and proper.

**Second Cause of Action:**

1.    For a temporary, preliminary and permanent injunction providing: "Defendants and their officers, directors, agents, employees, representatives, and all persons acting in concert, shall be and hereby are enjoined from directly or indirectly infringing upon Yellowcake's rights under federal or state law in Yellowcake's Copyrighted Works, Foreign Works and any sound recording, whether now in existence or later created, that is owned or controlled by Yellowcake (or any parent, subsidiary, or affiliate record label of Yellowcake) including without limitation using the internet, any media distribution system or any other means to reproduce, download or other obtain possession of any of Yellowcake's Copyrighted Works or Foreign Works; or to distribute, upload or otherwise make any of Yellowcake's Copyrighted Works or Foreign Works available for distribution to the public, except

Hefner, Stark & Marois, LLP
2150 River Plaza Drive, Suite 450
Sacramento, California 95833
Phone: (916) 925-6620 / Fax: (916) 925-1127

14

**PLAINTIFF'S COMPLAINT FOR COPYRIGHT INFRINGEMENT, INJUNCTIVE RELIEF, ACCOUNTING, VICARIOUS COPYRIGHT INFRINGEMENT, CONTRIBUTORY COPYRIGHT INGRINGEMENT, AND JURY DEMAND**

pursuant to a lawful license or with the express written authority of Yellowcake. Defendants and their officers, directors, agents, employees, representatives, and all persons acting in concert, also shall destroy all copies of Yellowcake's Copyrighted Works and Foreign Works that Defendants have downloaded, uploaded, maintained or stored maintained in any way, without Yellowcake's express written authorization and shall destroy all copies of Yellowcake's Copyrighted Works and Foreign Works transferred onto any physical medium or device in Defendants' possession, custody, or control."

2. For Yellowcake's costs in this action.

3. For Yellowcake's reasonable attorneys' fees incurred herein pursuant to statute.

4. For such other and further relief as the Court may deem just and proper.

**Third Cause of Action**:

1. For an order compelling Dashgo to make available at the earliest possible date a complete and accurate accounting of all income received by Dashgo in connection with its exploitation of Yellowcake's Copyrighted Works and Foreign Works.

2. For exemplary or punitive damages in an amount to be established at trial according to proof.

3. For Yellowcake's costs in this action.

4. For Yellowcake's reasonable attorneys' fees incurred herein pursuant to statute.

5. For such other and further relief as the Court may deem just and proper.

**Fourth Cause of Action**:

1. For a judgment that Adrev vicariously infringed Yellowcake's Copyrighted Works pursuant to U.S. Copyright Act of 1976, as amended 17 U.S.C. § 101, *et seq.*

2. For actual or statutory damages for each of Yellowcake's Copyrighted Works infringed pursuant to 17 U.S.C. § 504, in an amount to be elected and proven at

Hefner, Stark & Marois, LLP
2150 River Plaza Drive, Suite 450
Sacramento, California 95833
Phone: (916) 925-6620 / Fax: (916) 925-1127

**PLAINTIFF'S COMPLAINT FOR COPYRIGHT INFRINGEMENT, INJUNCTIVE RELIEF, ACCOUNTING, VICARIOUS COPYRIGHT INFRINGEMENT, CONTRIBUTORY COPYRIGHT INGRINGEMENT, AND JURY DEMAND**

the time of trial, and believed to be in excess of Twenty-Four Million Seven Hundred Fifty Thousand Dollars ($24,750,000.00).

    3.    For actual damages for each of Yellowcake's Foreign Works infringed, in an amount to be elected and proven at the time of trial, and believed to be in excess of Ten Million Dollars ($10,000,000.00).

    4.    For Yellowcake's costs in this action.

    5.    For Yellowcake's reasonable attorneys' fees incurred herein pursuant to statute.

    6.    For such other and further relief as the Court may deem just and proper.

**Fifth Cause of Action:**

    1.    For a judgement that Defendants have contributorily infringed the copyrights in and to Yellowcake's Copyrighted Works pursuant to the U.S. Copyright Act of 1976, as amended, 17 U.S.C. § 101, *et seq.*

    2.    For actual or statutory damages for each of Yellowcake's Copyrighted Works infringed pursuant to 17 U.S.C. § 504, in an amount to be elected and proven at the time of trial, and believed to be in excess of Twenty-Four Million Seven Hundred Fifty Thousand Dollars ($24,750,000.00).

    3.    For actual damages for each of Yellowcake's Foreign Works infringed, in an amount to be elected and proven at the time of trial, and believed to be in excess of Ten Million Dollars ($10,000,000.00).

    4.    For Yellowcake's costs in this action.

    5.    For Yellowcake's reasonable attorneys' fees incurred herein pursuant to statute.

    6.    For such other and further relief as the Court may deem just and proper.

/ / /

/ / /

/ / /

/ / /

Hefner, Stark & Marois, LLP
2150 River Plaza Drive, Suite 450
Sacramento, California 95833
Phone: (916) 925-6620 / Fax: (916) 925-1127

PLAINTIFF'S COMPLAINT FOR COPYRIGHT INFRINGEMENT, INJUNCTIVE RELIEF, ACCOUNTING, VICARIOUS COPYRIGHT INFRINGEMENT, CONTRIBUTORY COPYRIGHT INGRINGEMENT, AND JURY DEMAND

## DEMAND FOR JURY TRIAL

Plaintiff requests a trial by jury on all issues so triable.

Dated: May 17, 2021

Respectfully submitted,

**HEFNER STARK & MAROIS, LLP**

By: _____

Thomas P. Griffin, Jr., Esq.
*Attorneys for Plaintiff Yellowcake, Inc.*

17

**PLAINTIFF'S COMPLAINT FOR COPYRIGHT INFRINGEMENT, INJUNCTIVE RELIEF, ACCOUNTING, VICARIOUS COPYRIGHT INFRINGEMENT, CONTRIBUTORY COPYRIGHT INGRINGEMENT, AND JURY DEMAND**

# EXHIBIT A

| SONG TITTLE | ARTIST | SR | LINK |
|---|---|---|---|
| El Patiecito | La Nobleza De Aguililla | SR0000638659 | https://www.youtube.com/watch?v=XcXLN9aOWSY |
| Olvidame | La Nobleza De Aguililla | SR0000638659 | https://www.youtube.com/watch?v=OfOFrjsrQQc |
| Diganle A Ella | Los Mier | SR0000136458 | https://www.youtube.com/watch?v=sss3Np-hclmU |
| Mi Destino Fue Quererte | Los Mier | SR0000136458 | https://www.youtube.com/watch?v=Ji5Sjh1wIGo |
| Si Me Dejaras Habitar Tu Corazon | Los Mier | SR0000136458 | https://www.youtube.com/watch?v=cYW5KChUmic |
| Nunca Te Vallas | Los Mier | SR0000136458 | https://www.youtube.com/watch?v=ihgcBf_rvBI |
| Yo Soy Aquel | Los Dinnos Aurios | SR0000218640 | https://www.youtube.com/watch?v=R7tL41awZEo |
| Caminare | Los Dinnos Aurios | SR0000218640 | https://www.youtube.com/watch?v=utyi9EjycCg |
| Si La Ven | Max | SR0000237033 | https://www.youtube.com/watch?v=1XNSoXatKUs |
| Como Han Pasado Los Anos | Max | SR0000237033 | https://www.youtube.com/watch?v=Fyfwic0UPag |
| Dulces Besos | Volcan | SR0000241273 | https://www.youtube.com/watch?v=moQfXFO5XVQ |
| Popurri Tropical | Marito Rivera y su grupo Bravo | SR0000245586 | https://www.youtube.com/watch?v=AYPf-XrZGRU |
| Vamos A Bailar Merengue | Marito Rivera y su grupo Bravo | SR0000245586 | https://www.youtube.com/watch?v=15nU19kGWWo |
| Sentado A La Vera Del Camino | Marito Rivera y su grupo Bravo | SR0000245586 | https://www.youtube.com/watch?v=paRlqri2lFA |
| Vale Mas la Calidad | Las Lluvias Del Norte | SR0000245590 | https://www.youtube.com/watch?v=ybkBPLCj4NI |
| Las Dos Hermanas | Las Lluvias Del Norte | SR0000245590 | https://www.youtube.com/watch?v=H9ojDPESLYs |
| Vamos Al Rodeo | Las Lluvias Del Norte | SR0000245590 | https://www.youtube.com/watch?v=mgiCOytcrBU |
| Alla En Plateros | Las Lluvias Del Norte | SR0000245590 | https://www.youtube.com/watch?v=F9RgaMJhc654 |
| Las Pleves | Las Lluvias Del Norte | SR0000245590 | https://www.youtube.com/watch?v=FnXbCqTz_Uw |
| La Voz Del Amor | Las Lluvias Del Norte | SR0000245590 | https://www.youtube.com/watch?v=BR1R5WphqxE |
| Liberacion Femenina | Las Lluvias Del Norte | SR0000245590 | https://www.youtube.com/watch?v=9KfAHW2B_PE |
| Norteno Y Banda | Las Lluvias Del Norte | SR0000245590 | https://www.youtube.com/watch?v=NniD-EncHmk |
| No Te Vayas | Las Lluvias Del Norte | SR0000245590 | https://www.youtube.com/watch?v=Fb78krcYFTc |
| Bailar Con Usted | Las Lluvias Del Norte | SR0000245590 | https://www.youtube.com/watch?v=6bnsRGFyFiA |
| El Fantasma Del Bus | Los Bondadosos | SR0000245604 | https://www.youtube.com/watch?v=gT7lAPXMDQU |
| Ingratitud | Los Coroneles De Nuevo Leon | SR0000250232 | https://www.youtube.com/watch?v=1fhqwE05Dn0 |
| Si Tus Besos Se Van | Los Coroneles De Nuevo Leon | SR0000250232 | https://www.youtube.com/watch?v=w-BHiP5AOh8 |
| Desilusion | Los Coroneles De Nuevo Leon | SR0000250232 | https://www.youtube.com/watch?v=mEnCu8IVL1o |
| Con El Agua Hasta El Cuello | Los Coroneles De Nuevo Leon | SR0000250232 | https://www.youtube.com/watch?v=0JYaBpdOIxg |
| Quiereme, Quiereme | Los Vidrios | SR0000251323 | https://www.youtube.com/watch?v=Yv3GWq9-TbU |
| Chupame Dracula | Sherif Alarcon | SR0000251324 | https://www.youtube.com/watch?v=dUFeWaUkYMM |
| La Basurita | Sherif Alarcon | SR0000251324 | https://www.youtube.com/watch?v=8Zw8lE-W7V4 |
| Que Tiene El Burro | Sherif Alarcon | SR0000251324 | https://www.youtube.com/watch?v=AYYvK8E1hvc |
| Popurri Norteno | Sherif Alarcon | SR0000251324 | https://www.youtube.com/watch?v=kcErSkCal98 |
| Quien Se La Llevo | Kobrizo | SR0000253351 | https://www.youtube.com/watch?v=TsVIf-lOOgo |
| A Cambio De Que | Kobrizo | SR0000253351 | https://www.youtube.com/watch?v=yxCNQbQ0aOc |
| A Que Regresas Hoy | Kobrizo | SR0000253351 | https://www.youtube.com/watch?v=Mar7ignRJ1A |
| Solos | Los Dinnos Aurios | SR0000255989 | https://www.youtube.com/watch?v=6hdZWbfUwc0 |
| Me Duele | Los Dinnos Aurios | SR0000255989 | https://www.youtube.com/watch?v=1yytEwR3res |
| Quiero Amanecer | Los Dinnos Aurios | SR0000255989 | https://www.youtube.com/watch?v=PdxYC4vLc64 |
| A Medio Metro | Los Dinnos Aurios | SR0000255989 | https://www.youtube.com/watch?v=h3YuS-GeMNc |
| De Que Sirvio | Los Dinnos Aurios | SR0000255989 | https://www.youtube.com/watch?v=xROqCMTINXs |
| Aque Chofer | Los Dinnos Aurios | SR0000255989 | https://www.youtube.com/watch?v=C6Dbx1pTyZM |
| Cuando Decismos A Un Amor Adios | Los Fantasmas del Caribe | SR0000256000 | https://www.youtube.com/watch?v=XnIokfJ__8M |
| La Vi Llorando | Maney Y Su Grupo | SR0000256012 | https://www.youtube.com/watch?v=nzoM5mwrrfo |
| Cacheteadito | Maney Y Su Grupo | SR0000256012 | https://www.youtube.com/watch?v=_oiYLujrfvc |
| Bikini Colorado | Maney Y Su Grupo | SR0000256012 | https://www.youtube.com/watch?v=AGrnIBh47-8 |
| Sabor A Mi Tierra | Maney Y Su Grupo | SR0000256012 | https://www.youtube.com/watch?v=qYhvygzjLkl |
| El Doctor Simon | Maney Y Su Grupo | SR0000256012 | https://www.youtube.com/watch?v=jbDBrOV9e1k |
| Senor Pasajero | Los Alegres de Teran | SR0000259023 | https://www.youtube.com/watch?v=jSGQ-qA3TV4 |
| Sufriendo Y Llorando | Los Alegres de Teran | SR0000259023 | https://www.youtube.com/watch?v=IlyDc7whmXY |
| Encadenada | Los Alegres de Teran | SR0000259023 | https://www.youtube.com/watch?v=QJZ_Ylc5Rf8 |
| Ojitos Sonadores | Los Alegres de Teran | SR0000259023 | https://www.youtube.com/watch?v=P9OCUOs3ZGQ |

| | | | |
|---|---|---|---|
| Las Uvas | Los Alegres de Teran | SR0000259023 | https://www.youtube.com/watch?v=dm6Rfiqjp0s |
| Lastima | La Fuga | SR0000264530 | https://www.youtube.com/watch?v=soHNyRq7ijM |
| Rama Seca | La Fuga | SR0000264530 | https://www.youtube.com/watch?v=sklb71oBttY |
| Gato Loco | Nevada | SR0000264542 | https://www.youtube.com/watch?v=BIngpId8rQs |
| Trata De Olvidarla | Nevada | SR0000264542 | https://www.youtube.com/watch?v=IwbEAmG8sfU |
| Un Pedacito De Amor | Kristy Y Su Sonora | SR0000268866 | https://www.youtube.com/watch?v=9eZVe41YxUQ |
| Amor Locutor | Kristy Y Su Sonora | SR0000268866 | https://www.youtube.com/watch?v=fUsqWwqaJQw |
| Con Una Lagrima En La Garganta | Kristy Y Su Sonora | SR0000268866 | https://www.youtube.com/watch?v=LdZBqHpk4sU |
| Llorando Por Dentro | Los Filis | SR0000269508 | https://www.youtube.com/watch?v=NGe2vXCGWL0 |
| Que Bella Sorpresa | Los Rodarte | SR0000275187 | https://www.youtube.com/watch?v=FJcoppZN-Uw |
| Que Te Entierren En Mi Cama | Los Rodarte | SR0000275187 | https://www.youtube.com/watch?v=tLPDEE_Z70c |
| Pobrecita De Mi Alma | Los Rodarte | SR0000275187 | https://www.youtube.com/watch?v=KVWNxT_PAVo |
| Pichamela | Los Rodarte | SR0000275187 | https://www.youtube.com/watch?v=Y3I6o-RABkY |
| Por Que Llegaste | Los Rodarte | SR0000275187 | https://www.youtube.com/watch?v=Kn-kSKM2zXY |
| Te Estuve Sonando | **Los** Rodarte | SR0000275187 | https://www.youtube.com/watch?v=8W9ooeT8TIU |
| Ya No Tengo Corazon | Los Rodarte | SR0000275187 | https://www.youtube.com/watch?v=KMIZzM4FWGo |
| El Estilo Mexicano | Los Rodarte | SR0000275187 | https://www.youtube.com/watch?v=JdTv3reOM18 |
| El Bikini Colorado | Los Rodarte | SR0000275187 | https://www.youtube.com/watch?v=pMhR2q0pSPo |
| Cuidado Corazon | Los Rodarte | SR0000275187 | https://www.youtube.com/watch?v=LBA5ZybcQ20 |
| Llego Borracho El Borracho | Los Rodarte | SR0000275187 | https://www.youtube.com/watch?v=A8XEcFWItgs |
| Amor Perdoname | Los Rodarte | SR0000275187 | https://www.youtube.com/watch?v=P6u8aWKnDmA |
| 30 Anos | Los Rodarte | SR0000275187 | https://www.youtube.com/watch?v=X6UPfEv5rQU |
| Verdad Que Duele | Los del Barrio | SR0000278461 | https://www.youtube.com/watch?v=hhvGCP45REc |
| Lo Callare | Los del Barrio | SR0000278461 | https://www.youtube.com/watch?v=19QoFHa45i0 |
| Acariciame | Los Filis | SR0000279917 | https://www.youtube.com/watch?v=ZOHVkzHBtto |
| Solo Con Amor | Los Filis | SR0000279917 | https://www.youtube.com/watch?v=D1mvmT6_tOo |
| Nacio De Mujer | Los Filis | SR0000279917 | https://www.youtube.com/watch?v=MgpEeHZ0emI |
| No Se Si Es Amor | Priscila y Sus Balas de Plata | SR0000228139 | https://www.youtube.com/watch?v=3OaTaBXZXFU |
| No Se Si Es Amor | Priscila y Sus Balas de Plata | SR0000280002 | https://www.youtube.com/watch?v=3OaTaBXZXFU |
| Si Yo Fuera Ella | Priscila y Sus Balas de Plata | SR0000280002 | https://www.youtube.com/watch?v=mY4jGunIpEM |
| Solo Llame Para Decirte Que Te Amo | Priscila y Sus Balas de Plata | SR0000280002 | https://www.youtube.com/watch?v=bjqwydAteC0 |
| Un Beso Mas | Priscila y Sus Balas de Plata | SR0000280002 | https://www.youtube.com/watch?v=fLc1nZWggqk |
| Ven Por Favor | Priscila y Sus Balas de Plata | SR0000280002 | https://www.youtube.com/watch?v=grqdyhfQKr4 |
| Como La Sangre A Las Venas | Intocables del Norte | SR0000281940 | https://www.youtube.com/watch?v=GUxqrRg5__Q |
| Me Haces Falta | Intocables del Norte | SR0000281940 | https://www.youtube.com/watch?v=IwmzWepvD50 |
| Javier Diaz | Intocables del Norte | SR0000281940 | https://www.youtube.com/watch?v=nORekzD4m1Q |
| El Mar Y La Esperanza | Intocables del Norte | SR0000281940 | https://www.youtube.com/watch?v=BnsRCH95oSg |
| Tire La Llave | Los Alegres de Teran | SR0000288875 | https://www.youtube.com/watch?v=0mfNyqNVxXs |
| Despues Te Digo | Los Alegres de Teran | SR0000288875 | https://www.youtube.com/watch?v=CoukPwJMUT4 |
| Dinero Manchado | Los Alegres de Teran | SR0000288875 | https://www.youtube.com/watch?v=YPgOFAbBY7o |
| Como Me Haces Falta | Los Dinnos Aurios | SR0000290526 | https://www.youtube.com/watch?v=Lh_Zf2F4Y7U |
| No Llorare Por Ti | Los Dinnos Aurios | SR0000290526 | https://www.youtube.com/watch?v=RjyzOkwhUPA |
| El Venadito | Luis Perez Meza | SR0000291891 | https://www.youtube.com/watch?v=dtxuTL_QHlM |
| Atotonilco | Luis Perez Meza | SR0000291891 | https://www.youtube.com/watch?v=NOxxF4dsA-o |
| El Gavilan Pollero | Luis Perez Meza | SR0000291891 | https://www.youtube.com/watch?v=AUTr6MZ8NkM |
| La Anselma | Luis Perez Meza | SR0000291891 | https://www.youtube.com/watch?v=5Fq9llu3m5k |
| Cuando Se Llega A Viejo | Luis Perez Meza | SR0000291891 | https://www.youtube.com/watch?v=uSY6ieRsX6o |
| Quisiera | Los Dinnos Aurios | SR0000291895 | https://www.youtube.com/watch?v=HIhXtX3bC2w |
| El Amigo Organillero | Los Dinnos Aurios | SR0000291895 | https://www.youtube.com/watch?v=0_vzEhGjaXc |
| Inseparables | Los Dinnos Aurios | SR0000291895 | https://www.youtube.com/watch?v=K4ax_-Q-Aug |
| Te Conozco | Los Dinnos Aurios | SR0000291895 | https://www.youtube.com/watch?v=lJaFMXSoeMQ |
| Chiquitita (La Surtidita) | Los Dinnos Aurios | SR0000291895 | https://www.youtube.com/watch?v=rxa40pDOjOg |
| Chiquitita | Los Dinnos Aurios | SR0000291895 | https://www.youtube.com/watch?v=KqE5E9OuZ50 |
| Maldita Suerte | Los Dinnos Aurios | SR0000291895 | https://www.youtube.com/watch?v=Ak8ID7qhb4I |

| Te Conozco | Los Dinnos Aurios | SR0000291895 | https://www.youtube.com/watch?v=sojmXaqFs-k |
| Que Chulada De Mujer | Los Alegres de Teran | SR0000291899 | https://www.youtube.com/watch?v=Fa2AeKbSlOo |
| Que Chulada De Mujer | Los Alegres de Teran | SR0000291899 | https://www.youtube.com/watch?v=YirPq96GUHc |
| Soy Ladr√≥n | Los Relampagos del Norte | SR0000291911 | https://www.youtube.com/watch?v=XXX6z5gI4hU |
| Soy Ladron | Los Relampagos del Norte | SR0000291911 | https://www.youtube.com/watch?v=CspF1F9E8x8 |
| Te Lo Juro | Los Relampagos del Norte | SR0000291911 | https://www.youtube.com/watch?v=Rl57-mtPWUM |
| Mis Mejores A√±os | Los Relampagos del Norte | SR0000291911 | https://www.youtube.com/watch?v=2U3_I_As1NE |
| Vida Truncada | Los Relampagos del Norte | SR0000291911 | https://www.youtube.com/watch?v=5YdFs6_HaUk |
| La Chiva | Los Relampagos del Norte | SR0000291911 | https://www.youtube.com/watch?v=UV2w1qK_Ri8 |
| Maniqui | Los Rodarte | SR0000275187 | https://www.youtube.com/watch?v=pjJ2xUo1oUY |
| Maniqui | Los Rodarte | SR0000291915 | https://www.youtube.com/watch?v=pjJ2xUo1oUY |
| Pienso En Ti | Los Rodarte | SR0000291915 | https://www.youtube.com/watch?v=LhjrnpOQLdM |
| Te Esperare | La Fuga | SR0000295686 | https://www.youtube.com/watch?v=pN1sbMkgVv8 |
| Pero Eso Si | La Fuga | SR0000295686 | https://www.youtube.com/watch?v=QBlfudfGyeg |
| Dejenme | La Fuga | SR0000295686 | https://www.youtube.com/watch?v=6l4q_UdBmqI |
| Platiquemos | La Fuga | SR0000295686 | https://www.youtube.com/watch?v=N--ULHx1eF4 |
| No Te Puedo Perdonar | La Fuga | SR0000295686 | https://www.youtube.com/watch?v=Cx7_OeCX6Fc |
| Carino | Aguirre | SR0000295734 | https://www.youtube.com/watch?v=k-Evh_oanxw |
| Tristeza | Aguirre | SR0000295734 | https://www.youtube.com/watch?v=9UTALX3GvN0 |
| Anillo De Compromiso | Aguirre | SR0000295734 | https://www.youtube.com/watch?v=6hr76Tcsdlk |
| Hay Unos Ojos | Aguirre | SR0000295734 | https://www.youtube.com/watch?v=iHILHif27uE |
| Paloma Ajena | Sonideros Al Estilo L.A. | SR0000295739 | https://www.youtube.com/watch?v=SOyT-ZmNOnw |
| Cumbia Asi | Sonideros Al Estilo L.A. | SR0000295739 | https://www.youtube.com/watch?v=x0WKdC-s1jw |
| La Ultima Prenda | Sonideros Al Estilo L.A. | SR0000295739 | https://www.youtube.com/watch?v=9UW1Uw9mKLw |
| Oasis Del Amor | Sonideros Al Estilo L.A. | SR0000295739 | https://www.youtube.com/watch?v=u1ny8ydLTEg |
| La Cumbia De MI Rancho | Intocables del Norte | SR0000298378 | https://www.youtube.com/watch?v=WZhz5hhpyGU |
| El Compa | Intocables del Norte | SR0000298378 | https://www.youtube.com/watch?v=DeJomWy4CQg |
| Por Que | Intocables del Norte | SR0000298378 | https://www.youtube.com/watch?v=Fs8DRZA8Qqg |
| Un Amor | Priscila y Sus Balas de Plata | SR0000302491 | https://www.youtube.com/watch?v=LaQ0H9UeHFc |
| La Cantante | Priscila y Sus Balas de Plata | SR0000302497 | https://www.youtube.com/watch?v=Hwzui3wnYcI |
| La Cantante | Priscila y Sus Balas de Plata | SR0000228134 | https://www.youtube.com/watch?v=Hwzui3wnYcI |
| Las Tres Vacas Pintas | La Migra | SR0000303509 | https://www.youtube.com/watch?v=YzNQoIDHPeU |
| Al Calor De Las Copas | La Migra | SR0000303509 | https://www.youtube.com/watch?v=fTBV944XIg8 |
| Maldito Vicio | La Migra | SR0000303509 | https://www.youtube.com/watch?v=ZnwBurnJHqs |
| Borracho De Barrio | La Migra | SR0000303509 | https://www.youtube.com/watch?v=cgVyeGsyQ30 |
| Lo Que El Tiempo Se Llevo | La Migra | SR0000303509 | https://www.youtube.com/watch?v=8saU0tYjSYQ |
| Amargo Dolor (La Migra) | La Migra | SR0000303509 | https://www.youtube.com/watch?v=ISdeoxT-buA |
| Por Que Me Haces Llorar | Keyla feat. Orland Max | SR0000303509 | https://www.youtube.com/watch?v=nkA3YecZVXI |
| Bala Perdida | Marcos Puente | SR0000305345 | https://www.youtube.com/watch?v=gwq1fqLPNhw |
| Cuatro Toneladas | Marcos Puente | SR0000305345 | https://www.youtube.com/watch?v=csgE0Buwpqk |
| En Culiacan Me Paseo | Marcos Puente | SR0000305345 | https://www.youtube.com/watch?v=Wggv6l7XfAo |
| fabricante De Clavos | Marcos Puente | SR0000305345 | https://www.youtube.com/watch?v=Y4xUBE3TSXQ |
| La Carroza Negra | Marcos Puente | SR0000305345 | https://www.youtube.com/watch?v=YuHZHk8GrQw |
| El Rey De Los Traficantes | Marcos Puente | SR0000305345 | https://www.youtube.com/watch?v=LRGIKHgXADs |
| El Gallo Callejero | Marcos Puente | SR0000305345 | https://www.youtube.com/watch?v=WzxCUJ3Faqg |
| Clave Roja | Marcos Puente | SR0000305345 | https://www.youtube.com/watch?v=74b6E4Em2LY |
| No Te Puedo Olvidar | Los Jueces | SR0000309068 | https://www.youtube.com/watch?v=pTzhQFFUE9I |
| Me Lo Contaron Ayer | Los Jueces | SR0000309068 | https://www.youtube.com/watch?v=WPdUSrLNEX4 |
| La Repetidora | Los Jueces | SR0000309068 | https://www.youtube.com/watch?v=euO51dQryHg |
| Se Marcho | Los Jueces | SR0000309068 | https://www.youtube.com/watch?v=_7tYF7n4oKM |
| Encantos De Mujer | Aguirre | SR0000309916 | https://www.youtube.com/watch?v=A98Yz9O1slQ |
| Te Parto El Alma | Paralelo Norte | SR0000310105 | https://www.youtube.com/watch?v=MXD1G7sfD7Q |
| Asi Como Soy | Paralelo Norte | SR0000310105 | https://www.youtube.com/watch?v=FhWnq_MXwfw |
| Pagina Olvidada | Paralelo Norte | SR0000310105 | https://www.youtube.com/watch?v=LsOVmSOSzl8 |

| | | | |
|---|---|---|---|
| Entre Pase y Pase | Paralelo Norte | SR0000310105 | https://www.youtube.com/watch?v=JUEaJveSbOc |
| Piensa Morena | Mundo Miranda | SR0000310107 | https://www.youtube.com/watch?v=WMSmTsTqqcI |
| Sabiendo Quien Era Yo | Mundo Miranda | SR0000310107 | https://www.youtube.com/watch?v=BVUB379Bdzs |
| Clave Privada | Mundo Miranda | SR0000310107 | https://www.youtube.com/watch?v=P7k5xRRjZRM |
| Cuando Caigan Las Hojas | Mundo Miranda | SR0000310107 | https://www.youtube.com/watch?v=IXOfg6V3vzE |
| El Leon De La Sierra | Mundo Miranda | SR0000310107 | https://www.youtube.com/watch?v=CxQcf1TuCbc |
| Tomas Garza Duque | Mundo Miranda | SR0000310107 | https://www.youtube.com/watch?v=pQ_bS4tAico |
| Sentimiento De Dolor | Mundo Miranda | SR0000310107 | https://www.youtube.com/watch?v=6cV3c9hTNjo |
| Se Me Hizo Facil (Ramon Ayala) | Cornelio Reyna | SR0000313343 | https://www.youtube.com/watch?v=PooKSh6nr14 |
| Yo Se Que Te Acordaras | Los Alegres de Teran | SR0000313356 | https://www.youtube.com/watch?v=mo3DrCMEN_4 |
| El Cabo De Michoacan | La Tropa Chicana | SR0000313363 | https://www.youtube.com/watch?v=GvKShrYSFqI |
| Mujeres Divinas | La Tropa Chicana | SR0000313363 | https://www.youtube.com/watch?v=AQanvDoViLQ |
| Vive Feliz | La Tropa Chicana | SR0000313363 | https://www.youtube.com/watch?v=uOG4vQO9UPE |
| Lastima Que Seas Ajena | La Tropa Chicana | SR0000313363 | https://www.youtube.com/watch?v=mb9nDaEs9lg |
| Tu Nuevo Carinito | La Tropa Chicana | SR0000313363 | https://www.youtube.com/watch?v=MQ_FwXXL8w8 |
| Aunque Me Duela El Alma | La Tropa Chicana | SR0000313363 | https://www.youtube.com/watch?v=yvWHrGIVSx4 |
| El Corrido De Los Perez | La Nobleza De Aguililla | SR0000315434 | https://www.youtube.com/watch?v=BoQYUfSoBDQ |
| Isidro Micas | La Nobleza De Aguililla | SR0000315434 | https://www.youtube.com/watch?v=eMvSCjZZ-HI |
| Corrido De Joselo | La Nobleza De Aguililla | SR0000315434 | https://www.youtube.com/watch?v=b_FYcYdykcg |
| Felix Cornejo | La Nobleza De Aguililla | SR0000315434 | https://www.youtube.com/watch?v=WmqI74dTqho |
| Ya La Luna Ya Salio | Los Halcones De Coalcoman Michoacan | SR0000315449 | https://www.youtube.com/watch?v=7gdbUwko2E4 |
| Si Ya No Te Vuelvo A Ver | Los Halcones De Coalcoman Michoacan | SR0000315449 | https://www.youtube.com/watch?v=BZ1POMiK-hc |
| La Combi Anaranjada | Los Halcones De Coalcoman Michoacan | SR0000315449 | https://www.youtube.com/watch?v=qb2VysFRe74 |
| El Albanil | Los Halcones De Coalcoman Michoacan | SR0000315449 | https://www.youtube.com/watch?v=2j1ePsk9Iic |
| Linea Divisora | Los Halcones De Coalcoman Michoacan | SR0000315449 | https://www.youtube.com/watch?v=N549dH9SJZM |
| Ayer Baje De La Sierra | Los Halcones De Coalcoman Michoacan | SR0000315449 | https://www.youtube.com/watch?v=G3UPIGRcT3Y |
| Polo Moreno | Los Halcones De Coalcoman Michoacan | SR0000315449 | https://www.youtube.com/watch?v=737qs0Nni0g |
| El Corrido De Los Castillos | Los Halcones De Coalcoman Michoacan | SR0000315449 | https://www.youtube.com/watch?v=3rzlUICha4k |
| El Patiecito | Los Halcones De Coalcoman Michoacan | SR0000315449 | https://www.youtube.com/watch?v=xvFP5GUFQx4 |
| El Cabron El Viejo | Los Halcones De Coalcoman Michoacan | SR0000315449 | https://www.youtube.com/watch?v=q6Z-lqtpqQY |
| La Cumbia Del Lazo | La Mission Vallenata De Johnny Zamora | SR0000321580 | https://www.youtube.com/watch?v=Fn0BwH9VKoM |
| Agua Ardiente Con Leche | La Mission Vallenata De Johnny Zamora | SR0000321580 | https://www.youtube.com/watch?v=xykSFmYIf_M |
| AL Calor De La Cumbia | La Mission Vallenata De Johnny Zamora | SR0000321580 | https://www.youtube.com/watch?v=ZAuNWP8VLOk |
| La Cumbia Instrumental | La Mission Vallenata De Johnny Zamora | SR0000321580 | https://www.youtube.com/watch?v=lBLFHdao8os |
| La Cumbia Instrumental | La Mission Vallenata De Johnny Zamora | SR0000321580 | https://www.youtube.com/watch?v=zgbEPyc-kKw |
| Mi Último Refugio | Los Pumas del Norte | SR0000332368 | https://www.youtube.com/watch?v=raSjpVrhcVs |
| Corazon De Lata | Los Pumas del Norte | SR0000332368 | https://www.youtube.com/watch?v=9tf2eP-1QgI |
| Tu Eres | Los Pumas del Norte | SR0000332368 | https://www.youtube.com/watch?v=4cQlj8tAF7Q |
| Nada Contigo | La Tropa Chicana | SR0000341331 | https://www.youtube.com/watch?v=R2RL9JTqzrY |
| Cicatrices | La Tropa Chicana | SR0000341331 | https://www.youtube.com/watch?v=x6Lq1e1FlfA |
| No me Hagas Menos | La Tropa Chicana | SR0000341331 | https://www.youtube.com/watch?v=F97k-QEJVzQ |
| Recordando Aquel Amor | La Migra | SR0000341331 | https://www.youtube.com/watch?v=cp86ET1TgDA |
| Necesito Decirte Que Te Amo | La Migra | SR0000341331 | https://www.youtube.com/watch?v=ERsjNw8T0uw |
| Que No Relan En Tu Cara | Paralelo Norte | SR0000343965 | https://www.youtube.com/watch?v=GS_7KcNhqY8 |
| Por Eso Tomo | Paralelo Norte | SR0000344082 | https://www.youtube.com/watch?v=XJb2TEZyE_g |
| Me Muero Por Estar Contigo | Priscila Y Sus Balas de Plata | SR0000346052 | https://www.youtube.com/watch?v=nOxq3G8tzeQ |
| Rosas En El Mar | Priscila Y Sus Balas de Plata | SR0000346052 | https://www.youtube.com/watch?v=OB5IBRk5Kow |
| Dejame Volver Contigo | Priscila Y Sus Balas de Plata | SR0000346052 | https://www.youtube.com/watch?v=udlyDYVNxW0 |
| Por Que Te Vas | Priscila Y Sus Balas de Plata | SR0000346052 | https://www.youtube.com/watch?v=rcNK3PDX7J0 |
| UntitledEstoy Muy Triste | Los Pumas del Norte | SR0000346830 | https://www.youtube.com/watch?v=nRxqbsJVLOQ |
| Estoy Enamorado | Javier Alonso | SR0000346832 | https://www.youtube.com/watch?v=-Nd-lvRmdh4 |
| Llamarada | Javier Alonso | SR0000346832 | https://www.youtube.com/watch?v=XkDBrqFol1s |
| La Otra Parte De Mi | Javier Alonso | SR0000346832 | https://www.youtube.com/watch?v=nc4JvNKMe6A |
| Juro Que Nunca Volvere | Los Nortenos de Ojinaga | SR0000346833 | https://www.youtube.com/watch?v=ryl8Nw96MeI |

| | | | |
|---|---|---|---|
| La Mitad De Mi Orgullo | Los Nortenos de Ojinaga | SR0000346833 | https://www.youtube.com/watch?v=0f7NyZRRUo0 |
| Ella | Paralelo Norte | SR0000347578 | https://www.youtube.com/watch?v=PHrSmRQnphw |
| Por Eso Me Voy | Paralelo Norte | SR0000347578 | https://www.youtube.com/watch?v=ThszoCt3HKU |
| Me Ha Tocado Perder | Paralelo Norte | SR0000347578 | https://www.youtube.com/watch?v=JEAxY3DO1i0 |
| El Columpio | Los Rayados Del Norte | SR0000347698 | https://www.youtube.com/watch?v=OkDSc1yrH78 |
| Nieves De Enero | Los Rayados Del Norte | SR0000347698 | https://www.youtube.com/watch?v=YHfylUYWpsM |
| La Etica | Los Rayados Del Norte | SR0000347698 | https://www.youtube.com/watch?v=JGMFP7vY9Ec |
| El Alquije | Los Rayados Del Norte | SR0000347698 | https://www.youtube.com/watch?v=Av-Xr3fDHec |
| Mi Primer Amor | Los Rayados Del Norte | SR0000347698 | https://www.youtube.com/watch?v=7w4ClWk6_dk |
| No Me Se Rajar | Los Rayados Del Norte | SR0000347698 | https://www.youtube.com/watch?v=AEPmd_I9h-Q |
| El Cinto Piteado | Los Rayados Del Norte | SR0000347698 | https://www.youtube.com/watch?v=quwqlXY13MA |
| A Punto De Perder | Los Rayados Del Norte | SR0000347698 | https://www.youtube.com/watch?v=OzWYfSc0q7U |
| Plegaria A Mi Padre | Los Rayados Del Norte | SR0000347698 | https://www.youtube.com/watch?v=SxrFVodQQMs |
| Supe Perder | Los Rayados Del Norte | SR0000347698 | https://www.youtube.com/watch?v=LOBHA_97EI4 |
| Matare Mi Destino | Cornelio Reyna | SR0000349976 | https://www.youtube.com/watch?v=PBJ-hU8pfJ8 |
| Alma Rendida | Cornelio Reyna | SR0000349976 | https://www.youtube.com/watch?v=RJHFi_xMYu0 |
| Suspiro Sin Amor | Cornelio Reyna | SR0000349976 | https://www.youtube.com/watch?v=m14hlg8J-kA |
| Mientes | La Magia Del Amor | SR0000353869 | https://www.youtube.com/watch?v=UZiVpiU B3el |
| Siempre Estaras | La Magia Del Amor | SR0000353869 | https://www.youtube.com/watch?v=fNQ_akscp54 |
| No Quiero Quererte | La Magia Del Amor | SR0000353869 | https://www.youtube.com/watch?v=Cr97GzFRNq0 |
| El Sueno Americano | Los Sementales de Nuevo Leon | SR0000353870 | https://www.youtube.com/watch?v=eQh1NeMr7XM |
| El Regreso Del Cocho | Los Sementales de Nuevo Leon | SR0000353870 | https://www.youtube.com/watch?v=UjDQ9Z5kNZQ |
| Al Fin De Cuentas | Los Sementales de Nuevo Leon | SR0000353870 | https://www.youtube.com/watch?v=Op6YsGvUoiw |
| Al Ver Que Te Vas | Los Sementales de Nuevo Leon | SR0000353870 | https://www.youtube.com/watch?v=sgSiNL6-PIQ |
| SI Te Dijeron | Los Sementales de Nuevo Leon | SR0000353870 | https://www.youtube.com/watch?v=fMcn2YPDFRc |
| Ramiro Sierra | Los Sementales de Nuevo Leon | SR0000353870 | https://www.youtube.com/watch?v=rUP2SkW6NFc |
| Dejame Adivinar | Los Sementales de Nuevo Leon | SR0000353870 | https://www.youtube.com/watch?v=084727VTPZU |
| Ella Se Fue | Los Sementales de Nuevo Leon | SR0000353870 | https://www.youtube.com/watch?v=QaVYcLlNyeA |
| 30 Anos | Los Sementales de Nuevo Leon | SR0000353870 | https://www.youtube.com/watch?v=gkFponFxefY |
| Demaciadas Cosas | Los Sementales de Nuevo Leon | SR0000353870 | https://www.youtube.com/watch?v=wZr8IUQgeLA |
| Apoco No Es Bonito | Los Sementales de Nuevo Leon | SR0000353870 | https://www.youtube.com/watch?v=jLwGvVjNGuM |
| Mi Fracaso Y Mi Pecado | La Tradicion Del Norte | SR0000355673 | https://www.youtube.com/watch?v=ZX9acYYs_Io |
| Tengo Recuerdos | La Tradicion Del Norte | SR0000355673 | https://www.youtube.com/watch?v=a-6tAF93AMU |
| Arrinconamela 2 | Organizacion Acapulco Tropical | SR0000356526 | https://www.youtube.com/watch?v=1lJNlDknyAE |
| Arrinconamela | Organizacion Acapulco Tropical | SR0000356526 | https://www.youtube.com/watch?v=_x90IGAAI6g |
| Si i.a Miras Bailar | Organizacion Acapulco Tropical | SR0000356526 | https://www.youtube.com/watch?v=A2m_LYk7vpw |
| La Bruja | Organizacion Acapulco Tropical | SR0000356526 | https://www.youtube.com/watch?v=vQr_x_ZK3HA |
| Hazme Olvidarla | Organizacion Acapulco Tropical | SR0000356526 | https://www.youtube.com/watch?v=3-h0ssis6Ok |
| Corazoncito Loco | Organizacion Acapulco Tropical | SR0000356526 | https://www.youtube.com/watch?v=h2hxRLkr7zY |
| Mentiroza | Organizacion Acapulco Tropical | SR0000356526 | https://www.youtube.com/watch?v=pEcW-9YutWU |
| El Gusto | Organizacion Acapulco Tropical | SR0000356526 | https://www.youtube.com/watch?v=jjP-Md1RTks |
| El Sanate | Organizacion Acapulco Tropical | SR0000356526 | https://www.youtube.com/watch?v=zQi8YdW4dg4 |
| Rojo Es Rojo | Organizacion Acapulco Tropical | SR0000356526 | https://www.youtube.com/watch?v=B0TxY-kJmJY |
| El Buey De La Barranca | Los Indomables El Indio Que Le Canta A Su | SR0000356708 | https://www.youtube.com/watch?v=KLgJZqADC58 |
| Poquito A Poco | Los Indomables El Indio Que Le Canta A Su | SR0000356708 | https://www.youtube.com/watch?v=UuiHjRos20c |
| Rosa Valencia | Los Indomables El Indio Que Le Canta A Su | SR0000356708 | https://www.youtube.com/watch?v=oqjbO4zAx8A |
| Mi Chamaca | Los Indomables El Indio Que Le Canta A Su | SR0000356708 | https://www.youtube.com/watch?v=svq3LjGBnDs |
| Ay Esther | Los Indomables El Indio Que Le Canta A Su | SR0000356708 | https://www.youtube.com/watch?v=Q437ZaTBHSM |
| Paloma Mensajera | Los Indomables El Indio Que Le Canta A Su | SR0000356708 | https://www.youtube.com/watch?v=bGcmcILrwnk |
| El Quebrador | Los Indomables El Indio Que Le Canta A Su | SR0000356708 | https://www.youtube.com/watch?v=g0lscUPge00 |
| Parrandero Enamorado | Los Indomables El Indio Que Le Canta A Su | SR0000356708 | https://www.youtube.com/watch?v=uo-O1aHrZ7E |
| Noche Callada | Los Nortenos de Ojinaga | SR0000360303 | https://www.youtube.com/watch?v=iHzVTXxAo7A |
| Mi Tristreza | Los Nortenos de Ojinaga | SR0000360303 | https://www.youtube.com/watch?v=FebrMVhGb8 |
| ANda Borracho El Pelao | Los Dos De Nuevo Leon | SR0000360961 | https://www.youtube.com/watch?v=IRBlg4fo3fU |

| | | | |
|---|---|---|---|
| El Cuate Cuellar | Los Dos De Nuevo Leon | SR0000360961 | https://www.youtube.com/watch?v=irvBVa1lUkc |
| La Tia Chencha | Los Dos De Nuevo Leon | SR0000360961 | https://www.youtube.com/watch?v=Rricln81nfQ |
| Mi Pano De Lagrimas | Los Dos De Nuevo Leon | SR0000360961 | https://www.youtube.com/watch?v=LgpxkrikCFc |
| Aguanta Corazon | Los Dos De Nuevo Leon | SR0000360961 | https://www.youtube.com/watch?v=rMUsC3Q8jAg |
| Te Adivine El Pensamiento | Los Dos De Nuevo Leon | SR0000360961 | https://www.youtube.com/watch?v=vy1aH3wlCSzM |
| Flores De Mi Alma | Los Dos De Nuevo Leon | SR0000360961 | https://www.youtube.com/watch?v=E6Q2Ghq0e4Q |
| Como Me Haces Falta | Paralelo Norte | SR0000360963 | https://www.youtube.com/watch?v=8pDm0q0LCOY |
| Como Me Haces Falta | Paralelo Norte | SR0000360963 | https://www.youtube.com/watch?v=-EkCkZNIQO4 |
| Quien | Paralelo Norte | SR0000360963 | https://www.youtube.com/watch?v=TMbzZAurj5c |
| La Ladrona | Los Norteños De Ojinaga | SR0000360963 | https://www.youtube.com/watch?v=dpfleWTvC0M |
| El Corrido Del Callado | Luz del Norte | SR0000372448 | https://www.youtube.com/watch?v=u-kSZQY6eiY |
| Tu Traicion | Luz del Norte | SR0000372448 | https://www.youtube.com/watch?v=F5nLAb0p4_o |
| Cultivos En La Candela | Luz del Norte | SR0000372448 | https://www.youtube.com/watch?v=lQGwDoK-K20 |
| Caminos De Michoacan | Luz del Norte | SR0000372448 | https://www.youtube.com/watch?v=bntsNXV07eg |
| Estrella En El Cielo | Luz del Norte | SR0000372448 | https://www.youtube.com/watch?v=1KGVj4rgAOw |
| Despues De Tanto | Los Norteños De Ojinaga | SR0000372460 | https://www.youtube.com/watch?v=Xu_Hj9Va8Hg |
| Pobre Corazon | Los Norteños De Ojinaga | SR0000372460 | https://www.youtube.com/watch?v=CBWH_oMsuNQ |
| Sobrevivir© | Priscila y Sus Balas de Plata | SR0000373644 | https://www.youtube.com/watch?v=5Vic69qTGmg |
| La Baraja | Lobo Negro | SR0000373749 | https://www.youtube.com/watch?v=ggApXpTkKr8 |
| La Vereda | Lobo Negro | SR0000373749 | https://www.youtube.com/watch?v=ixy_xtOA-Vg |
| Chaparrita De Mi Vida | Lobo Negro | SR0000373749 | https://www.youtube.com/watch?v=AakEyfe9m9o |
| El Capiro | Lobo Negro | SR0000373749 | https://www.youtube.com/watch?v=qYdFOmzWAY8 |
| Dos Palomas Al Volar | Lobo Negro | SR0000373749 | https://www.youtube.com/watch?v=Lq7ySqaicNc |
| Cantinero Amigo | La Nobleza De Aguililla | SR0000373750 | https://www.youtube.com/watch?v=nUSehcEMLrs |
| La Mentira | La Nobleza De Aguililla | SR0000373750 | https://www.youtube.com/watch?v=SUCPIrSI2Uc |
| Jacinto Perez De La O | La Nobleza De Aguililla | SR0000373750 | https://www.youtube.com/watch?v=B8_RLfQoyg |
| Jacinto Perez De La O | La Nobleza De Aguililla | SR0000373750 | https://www.youtube.com/watch?v=22wcVheKJxM |
| Lo Que Deje Por Ti | Los Baron de Apodaca | SR0000373751 | https://www.youtube.com/watch?v=8rNhOz0kavl |
| Si Te Dijieron | Los Baron de Apodaca | SR0000373751 | https://www.youtube.com/watch?v=LBHX_yucD5s |
| Arruyo De Dios | Los Baron de Apodaca | SR0000373751 | https://www.youtube.com/watch?v=SRWAhY3MKH4 |
| El Hombre Que Mas Te Amo (Versio | Los Baron de Apodaca | SR0000373751 | https://www.youtube.com/watch?v=ARfW3vHOl_A |
| Ahora Soy Rico | Los Baron de Apodaca | SR0000373751 | https://www.youtube.com/watch?v=NumPo7obsY8 |
| El Hombre Que Mas Te Amo | Los Baron de Apodaca | SR0000373751 | https://www.youtube.com/watch?v=hWLfoptT0P8 |
| Ahora Que Estubiste Lejos | Priscila y Sus Balas de Plata | SR0000374322 | https://www.youtube.com/watch?v=r7r98HNiLpl |
| Cuanto Te Extrano | Patrulla 81 | SR0000378199 | https://www.youtube.com/watch?v=YlUkAceG8gk |
| Contigo Contigo Nomas | Patrulla 81 | SR0000378199 | https://www.youtube.com/watch?v=E-S-2kd4egM |
| Quiero Besarte EN La Noche | Patrulla 81 | SR0000378199 | https://www.youtube.com/watch?v=FfilmGcDZ5g |
| Eres Mia | Los Norteños De Ojinaga | SR0000355688 | https://www.youtube.com/watch?v=xKJ9yh7AsLk |
| A Tu Salud | Los Norteños De Ojinaga | SR0000344082 | https://www.youtube.com/watch?v=gEkvlV0mW3o |
| Eres Mia | Los Norteños De Ojinaga | SR0000378736 | https://www.youtube.com/watch?v=xKJ9yh7AsLk |
| A Tu Salud | Los Norteños De Ojinaga | SR0000378736 | https://www.youtube.com/watch?v=gEkvlV0mW3o |
| Con El Ultimo Adios | Los Norteños De Ojinaga | SR0000378736 | https://www.youtube.com/watch?v=snuvFo_Ui_k |
| Tu Aficion Favorita | Los Norteños De Ojinaga | SR0000378736 | https://www.youtube.com/watch?v=1sITDvEOh6l |
| El Llanto De Una Viuda | Los Norteños De Ojinaga | SR0000378736 | https://www.youtube.com/watch?v=CfV3-f0hDz4 |
| Ya No Molestare | Los Norteños De Ojinaga | SR0000378736 | https://www.youtube.com/watch?v=KwxOtfWjv-Q |
| Como Olvidarla | Los Norteños De Ojinaga | SR0000378736 | https://www.youtube.com/watch?v=ihJXNM7oHWw |
| El Mandado | Los Norteños De Ojinaga | SR0000378736 | https://www.youtube.com/watch?v=UR1u-Ou_wMw |
| A Que Te Sabe | Los Norteños De Ojinaga | SR0000378736 | https://www.youtube.com/watch?v=xuRtbm7yt6E |
| Regresa A Mi | Los Llayras | SR0000381230 | https://www.youtube.com/watch?v=Yw-evvFV7wc |
| Dejala | Los Llayras | SR0000381230 | https://www.youtube.com/watch?v=QREK0XBJokw |
| Cumbia Negra | Los Llayras | SR0000381230 | https://www.youtube.com/watch?v=uYLH0lSme9c |
| Mi Cumbia Huaracha | Los Llayras | SR0000381230 | https://www.youtube.com/watch?v=SWbP1GVKfsk |
| Amame | Los Llayras | SR0000381230 | https://www.youtube.com/watch?v=5gizOCKRgDU |
| Carino Infiel | Los Llayras | SR0000381230 | https://www.youtube.com/watch?v=bUfacPWnF00 |

| | | | |
|---|---|---|---|
| Daria La Vida | Los Llayras | SR0000381230 | https://www.youtube.com/watch?v=TTZAjMB32-0 |
| Papel De Plata | Los Llayras | SR0000381230 | https://www.youtube.com/watch?v=BITDiRzg-C0 |
| Me Llamas | La Tradicion Del Norte | SR0000382409 | https://www.youtube.com/watch?v=dIzhUe3o6u4 |
| Linda Morena | Luz del Norte | SR0000382409 | https://www.youtube.com/watch?v=m7ZLCz3bP1o |
| Senorita Cantinera | Los Alegres de Teran | SR0000382409 | https://www.youtube.com/watch?v=1V2w1rBek1A |
| Sufrir | Los Pumas del Norte | SR0000382675 | https://www.youtube.com/watch?v=DQv0d_c27B0 |
| Sufrir | Los Pumas del Norte | SR0000382675 | https://www.youtube.com/watch?v=NG6dizvPfGI |
| Prision De Oro | Los Aguerridos | SR0000383247 | https://www.youtube.com/watch?v=Cnl9xnKYG8A |
| Los Amarradores | Los Aguerridos | SR0000383247 | https://www.youtube.com/watch?v=uIjROrNLXuY |
| De Nueva Cuenta | Los Aguerridos | SR0000383247 | https://www.youtube.com/watch?v=3Ob0DgSitVc |
| Cuando Vendras A Mi | Los Aguerridos | SR0000383247 | https://www.youtube.com/watch?v=DBSqB-A1hGk |
| Pajarillo Cantador | Priscila y Sus Balas de Plata | SR0000386917 | https://www.youtube.com/watch?v=bf_T5cwiO2w |
| Hubo De Todo | Priscila y Sus Balas de Plata | SR0000374322 | https://www.youtube.com/watch?v=Kf4yTsl4QOI |
| Si No Vuelves | Priscila y Sus Balas de Plata | SR0000270114 | https://www.youtube.com/watch?v=kkzCh444OsA |
| Si No Vuelves | Priscila y Sus Balas de Plata | SR0000386917 | https://www.youtube.com/watch?v=kkzCh444OsA |
| Hubo De Todo | Priscila y Sus Balas de Plata | SR0000386917 | https://www.youtube.com/watch?v=Kf4yTsl4QOI |
| Es Urgente | Priscila y Sus Balas de Plata | SR0000373644 | https://www.youtube.com/watch?v=vS7r0NIH3_k |
| Es Urgente | Priscila y Sus Balas de Plata | SR0000386917 | https://www.youtube.com/watch?v=vS7r0NIH3_k |
| Solo Dios Sabe | Inesperado | SR0000389105 | https://www.youtube.com/watch?v=A93pnoqc3go |
| Solo Dios Sabe | Inesperado | SR0000389105 | https://www.youtube.com/watch?v=80fl3PEr_ec |
| Que Me Lleve La Muerte | Inesperado | SR0000389105 | https://www.youtube.com/watch?v=vTZ0qTOwTUI |
| No Me Van A Detener | Inesperado | SR0000389105 | https://www.youtube.com/watch?v=6DoFx4N8Yo4 |
| La Culpa De Tu Amor | Los Mier | SR0000390277 | https://www.youtube.com/watch?v=dx-i6tAVS6E |
| Retrato Hablado | Los Mier | SR0000390277 | https://www.youtube.com/watch?v=HG1fNfFoWf0 |
| Mu√±eca de Carton | Los Mier | SR0000390277 | https://www.youtube.com/watch?v=VlPcPulkjQw |
| Hoy Que Te Vuelvo A Ver | La Nobleza De Aguililla | SR0000390482 | https://www.youtube.com/watch?v=HTPWJb-Aebc |
| Teodoro Mata | La Nobleza De Aguililla | SR0000390482 | https://www.youtube.com/watch?v=QOfnBYNGPug |
| Teodoro Mata | La Nobleza De Aguililla | SR0000390482 | https://www.youtube.com/watch?v=QCbnoWsZYbw |
| El Comandante Castillo | La Nobleza De Aguililla | SR0000390482 | https://www.youtube.com/watch?v=kIXqym7S9iw |
| Envidia De Amor | La Nobleza De Aguililla | SR0000390482 | https://www.youtube.com/watch?v=JPcWCvYqxnc |
| Dos Gotas Agua | La Nobleza De Aguililla | SR0000406487 | https://www.youtube.com/watch?v=Ykv8Yycx8iw |
| Dos Gotas Agua | La Nobleza De Aguililla | SR0000390482 | https://www.youtube.com/watch?v=Ykv8Yycx8iw |
| Cosecha Tu Dolor | Los Norteños De Ojinaga | SR0000390483 | https://www.youtube.com/watch?v=H8359bUeBwY |
| Nada M√°s Te Digo Adios | Los Norteños De Ojinaga | SR0000390483 | https://www.youtube.com/watch?v=SgPxQt9K7Q4 |
| Aquel Cancionero | Los Norteños De Ojinaga | SR0000390986 | https://www.youtube.com/watch?v=ppDP65SeTTk |
| Cuando Yo Quiera Has De Volver | Los Norteños De Ojinaga | SR0000390986 | https://www.youtube.com/watch?v=UQY3DC9QL2E |
| Como Es Posible | Los Norteños De Ojinaga | SR0000390986 | https://www.youtube.com/watch?v=b7QAU0Tg28Q |
| Horas Extras | Los Norteños De Ojinaga | SR0000390986 | https://www.youtube.com/watch?v=xl0ifZ2cs30 |
| Como Tu Ninguna | Los Baron de Apodaca | SR0000405592 | https://www.youtube.com/watch?v=GnpMFnN6_AA |
| Como Tu Ninguna | Los Baron de Apodaca | SR0000405592 | https://www.youtube.com/watch?v=4gK1kdScKhE |
| Que Tristeza Me Acompana | Patrulla 81 | SR0000405862 | https://www.youtube.com/watch?v=-U42r6PeC8c |
| Por Una Mujer Bonita | La Nobleza De Aguililla | SR0000406487 | https://www.youtube.com/watch?v=vCfj35u0IK0 |
| Por Una Mujer Bonita | La Nobleza De Aguililla | SR0000390483 | https://www.youtube.com/watch?v=vCfj35u0IK0 |
| Falsa Mujer | La Nobleza De Aguililla | SR0000406487 | https://www.youtube.com/watch?v=1T3JTQbDbTo |
| Chica De Mis Suenos | La Nobleza De Aguililla | SR0000406487 | https://www.youtube.com/watch?v=ZrDFj5TMM8Q |
| Chica De Mis Suenos | La Nobleza De Aguililla | SR0000406487 | https://www.youtube.com/watch?v=eBcbQ6rM-2s |
| Sangre De Valiente | La Nobleza De Aguililla | SR0000406487 | https://www.youtube.com/watch?v=tK6z6UyAApw |
| Sangre De Valiente | La Nobleza De Aguililla | SR0000406487 | https://www.youtube.com/watch?v=_P7vnV_zUqk |
| Son Chingaderas | Los Dos De Nuevo Leon | SR0000406491 | https://www.youtube.com/watch?v=oqHnTiw3UNI |
| Cuando Se Aman Dos | Los Norteños De Ojinaga | SR0000406494 | https://www.youtube.com/watch?v=vtXckvrK7KA |
| Cuando Se Aman Dos | Los Norteños De Ojinaga | SR0000355688 | https://www.youtube.com/watch?v=vtXckvrK7KA |
| Castillos De Oro | Los Norteños De Ojinaga | SR0000372460 | https://www.youtube.com/watch?v=HnzfGOof5CY |
| Castillos De Oro | Los Norteños De Ojinaga | SR0000406494 | https://www.youtube.com/watch?v=Wx6AMNxln14 |
| Castillos de Oro | Los Norteños De Ojinaga | SR0000406494 | https://www.youtube.com/watch?v=HnzfGOof5CY |

| | | | |
|---|---|---|---|
| Lo Suave De Tu Piel | Los Norteños De Ojinaga | SR0000406494 | https://www.youtube.com/watch?v=gGpyc3nPqsA |
| Lo Suave De Tu Piel | Los Norteños De Ojinaga | SR0000406494 | https://www.youtube.com/watch?v=ignLfl5OOtM |
| Lo Suave De Tu Piel | Los Norteños De Ojinaga | SR0000406494 | https://www.youtube.com/watch?v=Y5WTlbTYPGI |
| El Ultimo Golpe | Los Norteños De Ojinaga | SR0000406494 | https://www.youtube.com/watch?v=32hfahmt5JY |
| Castillo De Oro | Los Norteños De Ojinaga | SR0000406494 | https://www.youtube.com/watch?v=oMPJKsbFt2I |
| Sin Saber De Ti | Paralelo Norte | SR0000408259 | https://www.youtube.com/watch?v=8MALuXz6NwA |
| Quiero Volver | Paralelo Norte | SR0000408259 | https://www.youtube.com/watch?v=GD-JLBa58f8 |
| Quiero Volver | Paralelo Norte | SR0000355625 | https://www.youtube.com/watch?v=er8elHydis4 |
| Quiero Volver | Paralelo Norte | SR0000408259 | https://www.youtube.com/watch?v=er8elHydis4 |
| Un Trago Amargo | Los Norteños De Ojinaga | SR0000408259 | https://www.youtube.com/watch?v=rBA5rraDuc8 |
| Un Trago Amargo | Los Norteños De Ojinaga | SR0000408259 | https://www.youtube.com/watch?v=EdHTh7u_Z1k |
| Perro Amor | Inesperado | SR0000408263 | https://www.youtube.com/watch?v=zOD2Ln_wK3Y |
| Los Cristaleros | Los Kortez De Sinaloa | SR0000408265 | https://www.youtube.com/watch?v=4IDJHTX2XDk |
| 700 Libras | Los Kortez De Sinaloa | SR0000408265 | https://www.youtube.com/watch?v=4bPLxGQTnkk |
| Corrido Del Compa Chago | Los Kortez De Sinaloa | SR0000408265 | https://www.youtube.com/watch?v=FecMyYdhp7A |
| Jesus Malverde | Los Kortez De Sinaloa | SR0000408265 | https://www.youtube.com/watch?v=zT7WQTKG9TA |
| Clave 7 | Los Kortez De Sinaloa | SR0000408265 | https://www.youtube.com/watch?v=0YF88FGQ36U |
| Los 5 De San Luis | Los Kortez De Sinaloa | SR0000408265 | https://www.youtube.com/watch?v=IquImDL808U |
| Dos Corazones | Los Jilgueros Del Arroyo De Israel Urias | SR0000408412 | https://www.youtube.com/watch?v=FpN14SrWPpc |
| El Corrido De Los Viejitos | Los Jilgueros Del Arroyo De Israel Urias | SR0000408412 | https://www.youtube.com/watch?v=Aj_ckM60dSg |
| El Corrido De Los Viejitos | Los Jilgueros Del Arroyo De Israel Urias | SR0000408412 | https://www.youtube.com/watch?v=iABuC3BgeqQ |
| Llorando A Mi Madre | Los Jilgueros Del Arroyo De Israel Urias | SR0000408412 | https://www.youtube.com/watch?v=KFl2jaXC7Xs |
| Dos Corazones | Los Jilgueros Del Arroyo De Israel Urias | SR0000408412 | https://www.youtube.com/watch?v=pOE4bd9FeTo |
| Llorando A Mi Madre | Los Jilgueros Del Arroyo De Israel Urias | SR0000410945 | https://www.youtube.com/watch?v=1lSWQkg0dSQ |
| No Te Olvidare | Paralelo Norte | SR0000410945 | https://www.youtube.com/watch?v=11d3jjPRWGY |
| Vuelve Paloma | Mario Castelli | SR0000609448 | https://www.youtube.com/watch?v=MD8pWT7cmqY |
| Eres Todo Para Mi | Mario Castelli | SR0000609448 | https://www.youtube.com/watch?v=DNJb1t_Xj54 |
| Te Pido Amor | Mario Castelli | SR0000609448 | https://www.youtube.com/watch?v=_0DCvMX4NVA |
| Hazme Olvirdarla | Mario Castelli | SR0000609448 | https://www.youtube.com/watch?v=CD_VzKOG90Y |
| A Veces Vivir | Mario Castelli | SR0000609448 | https://www.youtube.com/watch?v=mENmzWfGebY |
| Pudo Mas El Orgullo | Los Marineros del Norte | SR0000360963 | https://www.youtube.com/watch?v=EimUwHjxvfo |
| Pudo Mas El Orgullo | Los Marineros del Norte | SR0000612068 | https://www.youtube.com/watch?v=EimUwHjxvfo |
| El Reboso De Mi Madre | La Nobleza De Aguililla | SR0000612069 | https://www.youtube.com/watch?v=fg_ML-tfJ9g |
| El Reboso De Mi Madre | La Nobleza De Aguililla | SR0000373750 | https://www.youtube.com/watch?v=fg_ML-tfJ9g |
| El Reboso De Mi Madre | La Nobleza De Aguililla | SR0000612069 | https://www.youtube.com/watch?v=xtEgwLTC0-A |
| Piel A Piel | La Fuerza Del Amor | SR0000619589 | https://www.youtube.com/watch?v=N4Z8Ny8CNKI |
| La Interesada | Inesperado | SR0000619950 | https://www.youtube.com/watch?v=VOyWtV9Y4V0 |
| La Interesada | Inesperado | SR0000619950 | https://www.youtube.com/watch?v=BnCujaBIK5U |
| Para Que Aprendas | Inesperado | SR0000619950 | https://www.youtube.com/watch?v=FoCnm6K39GM |
| Mis Brazos Te Esperan | Los Alegres de Teran | SR0000619986 | https://www.youtube.com/watch?v=NyOZF7VuU7I |
| Tu Sombra En Mi | La Tradicion Del Norte | SR0000355673 | https://www.youtube.com/watch?v=Jxvu_def_Ls |
| El Dia Que Puedas | La Tradicion Del Norte | SR0000620031 | https://www.youtube.com/watch?v=MvGayORxiIU |
| Te Quiero | La Tradicion Del Norte | SR0000373710 | https://www.youtube.com/watch?v=8WZ9s1GWrSA |
| Te Quiero | La Tradicion Del Norte | SR0000620031 | https://www.youtube.com/watch?v=8WZ9s1GWrSA |
| Y Como Es El | La Tradicion Del Norte | SR0000620031 | https://www.youtube.com/watch?v=Bs06ehuNWIo |
| Tu Sombra En Mi | La Tradicion Del Norte | SR0000620031 | https://www.youtube.com/watch?v=Jxvu_def_Ls |
| Con Olor A Hierba | La Tradicion Del Norte | SR0000620031 | https://www.youtube.com/watch?v=tiVjE7SVCOE |
| El Dia Que Puedas | La Tradicion Del Norte | SR0000620031 | https://www.youtube.com/watch?v=oLXCvyO2hJo |
| Todo Se Derrumbo Dentro De Mi | La Tradicion Del Norte | SR0000620031 | https://www.youtube.com/watch?v=a0nX0cikPhQ |
| Si Tengo Madre | Novillos Musical | SR0000620035 | https://www.youtube.com/watch?v=cCX2KTVAAQw |
| Que Sacrificio | Novillos Musical | SR0000620035 | https://www.youtube.com/watch?v=dtyaV5zFJ5k |
| Noviembre Sin Ti | Novillos Musical | SR0000620035 | https://www.youtube.com/watch?v=e6ok3KjuDi4 |
| Como La Flor | Novillos Musical | SR0000620035 | https://www.youtube.com/watch?v=mAdJHEBS8Vw |
| Yo Si Te Quiero | Novillos Musical | SR0000620035 | https://www.youtube.com/watch?v=0mNVnj4kyA8 |

| Remolino | Laura Leon | SR0000620177 | https://www.youtube.com/watch?v=PRJLUHUl0F4 |
| Amor Bandolero | Laura Leon | SR0000620177 | https://www.youtube.com/watch?v=6pr0Sa4Wdic |
| Para No Verte Mas | Laura Leon | SR0000620177 | https://www.youtube.com/watch?v=Wu-kwYE9hyw |
| El Baile Del Tesoro (El Pimpollo) | Laura Leon | SR0000620177 | https://www.youtube.com/watch?v=BEB4sDGHew0 |
| Me Vale | Los Kortez De Sinaloa | SR0000620187 | https://www.youtube.com/watch?v=HN--UK-kiDc |
| Me Vale | Los Kortez De Sinaloa | SR0000393154 | https://www.youtube.com/watch?v=HN--UK-kiDc |
| El Muneco | Los Kortez De Sinaloa | SR0000303502 | https://www.youtube.com/watch?v=qIz79jpftXw |
| El Muneco | Los Kortez De Sinaloa | SR0000620187 | https://www.youtube.com/watch?v=qIz79jpftXw |
| Cuando Yo Diga | Los Kortez De Sinaloa | SR0000620187 | https://www.youtube.com/watch?v=U4ffXSlY2l8 |
| La Mazoquista | Los Kortez De Sinaloa | SR0000620187 | https://www.youtube.com/watch?v=XkwSWSRw3Ac |
| Corrido De Compa Fera | Los Kortez De Sinaloa | SR0000620187 | https://www.youtube.com/watch?v=4nSR1mYz6bs |
| El Corrido Del Compa Chago | Los Kortez De Sinaloa | SR0000620187 | https://www.youtube.com/watch?v=MugGAhX1UVA |
| El Contrabandista | Los Kortez De Sinaloa | SR0000620187 | https://www.youtube.com/watch?v=hPu6staGioA |
| Celos De Ti | Los Kortez De Sinaloa | SR0000620187 | https://www.youtube.com/watch?v=PBuRv83ZYlE |
| El Rey De Micas | La Nobleza De Aguililla | SR0000620216 | https://www.youtube.com/watch?v=abLewAaxXFY |
| Los Tres De Chila | La Nobleza De Aguililla | SR0000620216 | https://www.youtube.com/watch?v=922tmBSRNVk |
| El Rey De Micas | La Nobleza De Aguililla | SR0000620216 | https://www.youtube.com/watch?v=UH5WK9HDNeY |
| Los Tres De Chila | La Nobleza De Aguililla | SR0000620216 | https://www.youtube.com/watch?v=tTeCoz7G-0s |
| Los Tres De Chila | La Nobleza De Aguililla | SR0000620216 | https://www.youtube.com/watch?v=Fa7jA_1zSlE |
| Sierras Verdes | Los Kortez De Sinaloa | SR0000620216 | https://www.youtube.com/watch?v=hpacrhtAKw8 |
| Sierras Verdes | Los Kortez De Sinaloa | SR0000620216 | https://www.youtube.com/watch?v=OXglH1V9_Ws |
| Libras Y Kilos | Los Kortez De Sinaloa | SR0000620216 | https://www.youtube.com/watch?v=oDdLuwh493k |
| Libras Y Kilos | Los Kortez De Sinaloa | SR0000620216 | https://www.youtube.com/watch?v=68FGZxNGoN0 |
| El Socio | Los Norteños De Ojinaga | SR0000620216 | https://www.youtube.com/watch?v=4cv3R1qQxRY |
| El Socio | Los Norteños De Ojinaga | SR0000620216 | https://www.youtube.com/watch?v=RrIoBDgj_OM |
| El Socio | Los Norteños De Ojinaga | SR0000620216 | https://www.youtube.com/watch?v=p6lLACARlrQ |
| El Socio | Los Norteños De Ojinaga | SR0000620216 | https://www.youtube.com/watch?v=ykbxOxWXH48 |
| China De Los Ojos Negros | Los Primos de Michoacan | SR0000622790 | https://www.youtube.com/watch?v=Af4SlQ7LWcc |
| Chiquilla Bonita | Los Primos de Michoacan | SR0000622790 | https://www.youtube.com/watch?v=DSJ-A5HoJEE |
| El Federal De Caminos | Los Primos de Michoacan | SR0000622790 | https://www.youtube.com/watch?v=5TmToDSA5-4 |
| Traigo La Vida En Un Hilo | Los Primos de Michoacan | SR0000622790 | https://www.youtube.com/watch?v=Vq4EtD-K5eQ |
| Rueditas De Amor | Los Primos de Michoacan | SR0000622790 | https://www.youtube.com/watch?v=mdXmH0v5cg |
| La Polvadera | Los Primos de Michoacan | SR0000622790 | https://www.youtube.com/watch?v=zvRmQsLwbMM |
| Mas Alla Del Sol | Los Kortez De Sinaloa | SR0000623333 | https://www.youtube.com/watch?v=pa6tpeP8oVg |
| Dime Quien Es | Los Kortez De Sinaloa | SR0000623333 | https://www.youtube.com/watch?v=GQnTdHrcCb0 |
| Se Termino El Amor | Los Kortez De Sinaloa | SR0000623333 | https://www.youtube.com/watch?v=igdDCAOY75c |
| Tus Palabras | Los Kortez De Sinaloa | SR0000623333 | https://www.youtube.com/watch?v=bd_KL-9u6Vw |
| Que Me Des Tu Carino | Los Kortez De Sinaloa | SR0000623333 | https://www.youtube.com/watch?v=8Mr_W7HwExU |
| Me Muero | Los Kortez De Sinaloa | SR0000623333 | https://www.youtube.com/watch?v=P2y1h--J_VY |
| Amor Perfecto | Los Interpretes Del Norte | SR0000623341 | https://www.youtube.com/watch?v=dBR4h8gHgqw |
| Aquella Esquina | Los Interpretes Del Norte | SR0000623341 | https://www.youtube.com/watch?v=5w4eaTJIlFc |
| Mi Linda Mujercita | Los Jilgueros Del Arroyo De Israel Urias | SR0000623343 | https://www.youtube.com/watch?v=6N8d78yy_vc |
| Marcos Hernandez | Los Kortez De Sinaloa | SR0000623343 | https://www.youtube.com/watch?v=3HOVkVpaxWM |
| Cuando Te Conoci | Los Pumas del Norte | SR0000348875 | https://www.youtube.com/watch?v=UhyGPWX-79U |
| Cuando Te Conoci | Los Pumas del Norte | SR0000625569 | https://www.youtube.com/watch?v=UhyGPWX-79U |
| Poco A Poco | Los Pumas del Norte | SR0000625569 | https://www.youtube.com/watch?v=8ZngbKUegNg |
| Vino Maldito | Los Pumas del Norte | SR0000625569 | https://www.youtube.com/watch?v=u77Rnfhjkpc |
| Corazon De Roca | Paralelo Norte | SR0000625706 | https://www.youtube.com/watch?v=HK9cpuFUqbo |
| Mi Peque√±a Nataly | Los Bar√≥n de Apodaca | SR0000625706 | https://www.youtube.com/watch?v=HoiDVlEdlsc |
| Las Dos Cherokees | Los Kortez De Sinaloa | SR0000626622 | https://www.youtube.com/watch?v=WTE5_orSyW4 |
| El Corrido De Agapito | Los Norte√±itos de Ojinaga | SR0000626622 | https://www.youtube.com/watch?v=q8NbdK2YzCY |
| El Guero Y La Guera | Intocables del Norte | SR0000281940 | https://www.youtube.com/watch?v=dIcnI66rvjA |
| El Guero Y La Guera | Intocables del Norte | SR0000631665 | https://www.youtube.com/watch?v=dIcnI66rvjA |
| Dejenme Llorar | Intocables del Norte | SR0000631665 | https://www.youtube.com/watch?v=ZohOkpTbkZ8 |

| La Dama De Negro | Intocables del Norte | SR0000631665 | https://www.youtube.com/watch?v=_haQYvVGGLQ |
| La Dama De Negro | Intocables del Norte | SR0000631665 | https://www.youtube.com/watch?v=RDsCDKSLWiM |
| El Tocayo | Intocables del Norte | SR0000631665 | https://www.youtube.com/watch?v=5heYfT_z2_k |
| La Venia Bendita | Intocables del Norte | SR0000631665 | https://www.youtube.com/watch?v=LgKXRa_sXMI |
| Mala Mujer | Intocables del Norte | SR0000631665 | https://www.youtube.com/watch?v=6CmSsqxUAiA |
| El Tocayo | Intocables del Norte | SR0000631665 | https://www.youtube.com/watch?v=kvy5hNZTTVg |
| Dejenme Llorar | Intocables del Norte | SR0000631665 | https://www.youtube.com/watch?v=XvBXF2j1ONs |
| La Venia Bendita | Intocables del Norte | SR0000631665 | https://www.youtube.com/watch?v=KXsk6ANGjK8 |
| Le Pido A Dios | Intocables del Norte | SR0000631665 | https://www.youtube.com/watch?v=0q-9HsBBuOY |
| Amor Traicionero | Intocables del Norte | SR0000631665 | https://www.youtube.com/watch?v=QSxx64I4NXs |
| Recuerdos | Intocables del Norte | SR0000631665 | https://www.youtube.com/watch?v=gq1jTHgDJak |
| Recuerdos | Intocables del Norte | SR0000631665 | https://www.youtube.com/watch?v=lCFpRPdcNSl |
| Como Te Extra√±o | Intocables del Norte | SR0000631665 | https://www.youtube.com/watch?v=KNq9eQEAv1c |
| Tengo Miedo | Paralelo Norte | SR0000631676 | https://www.youtube.com/watch?v=xqXRB4llnxU |
| Tengo Miedo | Paralelo Norte | SR0000347578 | https://www.youtube.com/watch?v=xqXRB4llnxU |
| La Novia Del Pajarillo | Los Marineros del Norte | SR0000408412 | https://www.youtube.com/watch?v=qLKNbX-hv7Y |
| La Novia Del Pajarillo | Los Marineros del Norte | SR0000631676 | https://www.youtube.com/watch?v=qLKNbX-hv7Y |
| Aunque Me Duela El Corazon | Los Norteños De Ojinaga | SR0000631676 | https://www.youtube.com/watch?v=o8FR1rvbpKU |
| Aunque Me Duela El Corazon | Los Norteños De Ojinaga | SR0000631676 | https://www.youtube.com/watch?v=BHMP6odhPkE |
| Aunque Me Duela El Corazon | Los Norteños De Ojinaga | SR0000408259 | https://www.youtube.com/watch?v=BHMP6odhPkE |
| Aquella Cancion | Paralelo Norte | SR0000631676 | https://www.youtube.com/watch?v=myPkKJtzbts |
| No Te Voy A Perdonar | Los Jilgueros Del Arroyo De Israel Urias | SR0000631676 | https://www.youtube.com/watch?v=pG7uDYVexjM |
| Dolorosamente | Los Norteños De Ojinaga | SR0000631676 | https://www.youtube.com/watch?v=ZE-RJ2Mf7kU |
| Quien Te Dijo Que Te Quiero | Priscila y Sus Balas de Plata | SR0000373644 | https://www.youtube.com/watch?v=NEbxcYyfWvU |
| Quien Te Dijo Que Te Quiero | Priscila y Sus Balas de Plata | SR0000636379 | https://www.youtube.com/watch?v=NEbxcYyfWvU |
| Volver A Verte | La Nobleza De Aguililla | SR0000636379 | https://www.youtube.com/watch?v=m0FSgNrfPyY |
| La Hija De Nadie | Gaviota | SR0000636387 | https://www.youtube.com/watch?v=dnras3xP_ak |
| No Volvere | Gaviota | SR0000636387 | https://www.youtube.com/watch?v=UjFvhliCcuo |
| Ya Lo Se | Gaviota | SR0000636387 | https://www.youtube.com/watch?v=r2_fip04qss |
| Pa`Que Sientas Lo Que Siento | Gaviota | SR0000636387 | https://www.youtube.com/watch?v=i3X2LEvhJDY |
| Por Que Me Haces Llorar | Keyla feat. Orland Max | SR0000636347 | https://www.youtube.com/watch?v=nkA3YecZVXI |
| El Mejor De Los Amantes | Los Pumas del Norte | SR0000636455 | https://www.youtube.com/watch?v=IMsQgXrPWBE |
| La Mera Mera | Los Pumas del Norte | SR0000636455 | https://www.youtube.com/watch?v=O4aK0sYTB5U |
| Ojitos Negros Y Chinos | Los Pumas del Norte | SR0000346830 | https://www.youtube.com/watch?v=TYTCRYZzEFc |
| El Mejor De Los Amantes | Los Pumas del Norte | SR0000623343 | https://www.youtube.com/watch?v=IMsQgXrPWBE |
| Ojitos Negros Y Chinos | Los Pumas del Norte | SR0000636455 | https://www.youtube.com/watch?v=TYTCRYZzEFc |
| El Vicio De Quererla | Los Pumas del Norte | SR0000636455 | https://www.youtube.com/watch?v=Zf_vPhs-Fyc |
| Solo Pienso En Ti | Los Pumas del Norte | SR0000636455 | https://www.youtube.com/watch?v=KNZeM1JXR94 |
| Porque Te Marchaste | Paralelo Norte | SR0000636543 | https://www.youtube.com/watch?v=5NvnGrUhxYs |
| Oh Gran Dios | Los Jilgueros Del Arroyo De Israel Urias | SR0000636543 | https://www.youtube.com/watch?v=I6-o0bhNFJwc |
| Por Que Te Marchaste | Paralelo Norte | SR0000636543 | https://www.youtube.com/watch?v=clcPH_3kxcA |
| Un Caballero No Tiene Memoria | Los Bar√±n de Apodaca | SR0000636543 | https://www.youtube.com/watch?v=kygImDGc6cs |
| Un Caballero No Tiene Memoria | Los Bar√±n de Apodaca | SR0000636543 | https://www.youtube.com/watch?v=6ys3Kd5wlPc |
| No Abandonas | Los Norte√±itos de Ojinaga | SR0000636543 | https://www.youtube.com/watch?v=k1XiS88Qq-U |
| Aliado Del Tiempo | Los Kortez De Sinaloa | SR0000636549 | https://www.youtube.com/watch?v=0yNE4DLdL_w |
| Mil Flores De Mayo | Patrulla 81 | SR0000637425 | https://www.youtube.com/watch?v=ipOUsvRPCZc |
| Mil Flores De Mayo | Patrulla 81 | SR0000378199 | https://www.youtube.com/watch?v=ipOUsvRPCZc |
| El Lirio | Patrulla 81 | SR0000637425 | https://www.youtube.com/watch?v=TEAfWI8sBC4 |
| Por Si Me Olvidas | Patrulla 81 | SR0000637425 | https://www.youtube.com/watch?v=RBmGZMXEviM |
| Solo Dios | Patrulla 81 | SR0000637425 | https://www.youtube.com/watch?v=gRmAU8Wzg3I |
| Como Espejo Roto | Patrulla 81 | SR0000637425 | https://www.youtube.com/watch?v=EWGyC3Net8o |
| Anda y Di | Patrulla 81 | SR0000637425 | https://www.youtube.com/watch?v=msErHGit6EA |
| Ese Silencio Tuyo | Patrulla 81 | SR0000637425 | https://www.youtube.com/watch?v=I0E5g0Jz8c |
| Ya No Eres Pequena | Patrulla 81 | SR0000637425 | https://www.youtube.com/watch?v=OLv6dAlFNvl |

| | | | |
|---|---|---|---|
| Mentalidad De Nina | La Nobleza De Aguililla | SR0000405862 | https://www.youtube.com/watch?v=nYIVW-sGzEU |
| Te Quiero Tanto | La Nobleza De Aguililla | SR0000348875 | https://www.youtube.com/watch?v=qd2DEUP5Vks |
| Te Quiero Tanto | La Nobleza De Aguililla | SR0000637685 | https://www.youtube.com/watch?v=ZF4mkgaJO0Y |
| Te Quiero Tanto | La Nobleza De Aguililla | SR0000637685 | https://www.youtube.com/watch?v=qd2DEUP5Vks |
| Mentalidad De Nina | La Nobleza De Aguililla | SR0000637685 | https://www.youtube.com/watch?v=nYIVW-sGzEU |
| Bonita | La Nobleza De Aguililla | SR0000637685 | https://www.youtube.com/watch?v=XONA63gy6-g |
| Enamorado | La Nobleza De Aguililla | SR0000637685 | https://www.youtube.com/watch?v=n4vzV6QQ2cg |
| Bonita | La Nobleza De Aguililla | SR0000637685 | https://www.youtube.com/watch?v=hmXSCcmZqf0 |
| Enamorado | La Nobleza De Aguililla | SR0000637685 | https://www.youtube.com/watch?v=RMnxiWDRl3E |
| De Que Color | La Nobleza De Aguililla | SR0000637685 | https://www.youtube.com/watch?v=f9zAI6g8g9g |
| De Que Color | La Nobleza De Aguililla | SR0000637685 | https://www.youtube.com/watch?v=Cp85b93NA04 |
| Te Pido Que Vuelvas | La Nobleza De Aguililla | SR0000637685 | https://www.youtube.com/watch?v=vX-709c_TOs |
| El Aguila Gonzalez | La Nobleza De Aguililla | SR0000637685 | https://www.youtube.com/watch?v=7JD3T-gDGlY |
| El Aguila Gonzalez | La Nobleza De Aguililla | SR0000637685 | https://www.youtube.com/watch?v=-TKmIQ_xurnQ |
| El Aguila Gonzalez | La Nobleza De Aguililla | SR0000637685 | https://www.youtube.com/watch?v=1p1Hno22stA |
| El Aguila Gonzalez | La Nobleza De Aguililla | SR0000637685 | https://www.youtube.com/watch?v=O_D4jbk3ew4 |
| Te Pido Que Vuelvas | La Nobleza De Aguililla | SR0000637685 | https://www.youtube.com/watch?v=aljz6jWSW8U |
| El Casinito | La Nobleza De Aguililla | SR0000637685 | https://www.youtube.com/watch?v=L5Ip2ffUoy4 |
| Anselma | La Nobleza De Aguililla | SR0000637685 | https://www.youtube.com/watch?v=SytcAg0Sj38 |
| Te Pido Que Vuelvas | La Nobleza De Aguililla | SR0000637685 | https://www.youtube.com/watch?v=5Rfadg-0LHA |
| Que Vuelva Conmigo | La Nobleza De Aguililla | SR0000637685 | https://www.youtube.com/watch?v=DqK9d-sKBag |
| La Presumida | La Nobleza De Aguililla | SR0000637685 | https://www.youtube.com/watch?v=Bl907rcMoBQ |
| La Presumida | La Nobleza De Aguililla | SR0000637685 | https://www.youtube.com/watch?v=9A_xPI7yImg |
| Amigo Mio | La Nobleza De Aguililla | SR0000637685 | https://www.youtube.com/watch?v=NfGkeeUhEpo |
| La Renca | La Nobleza De Aguililla | SR0000637685 | https://www.youtube.com/watch?v=_BC6xVTy63Q |
| Los Palomos | Priscila Sus Balas de Plata | SR0000637687 | https://www.youtube.com/watch?v=94BvZjsDx2I |
| Los Palomos | Priscila Sus Balas de Plata | SR0000374322 | https://www.youtube.com/watch?v=94BvZjsDx2I |
| Cara De Gitana | Los Dinnos Aurios | SR0000218640 | https://www.youtube.com/watch?v=CtrPp-HhA8A |
| Cara De Gitana | Los Dinnos Aurios | SR0000637685 | https://www.youtube.com/watch?v=CtrPp-HhA8A |
| Adios Adios Amor | Priscila Sus Balas de Plata | SR0000637687 | https://www.youtube.com/watch?v=ixwlOdxdja0 |
| Fruta Prohibida | Los Norteños De Ojinaga | SR0000637716 | https://www.youtube.com/watch?v=ABgOC6DUpds |
| Fruta Prohibida | Los Norteños De Ojinaga | SR0000637716 | https://www.youtube.com/watch?v=I5UWE2GuGMc |
| Fruta Prohibida | Los Norteños De Ojinaga | SR0000406494 | https://www.youtube.com/watch?v=WDREY-2xlbQ |
| Tu | Los Norteños De Ojinaga | SR0000346833 | https://www.youtube.com/watch?v=fXE1c2EHc7w |
| Me Equivoque | Los Norteños De Ojinaga | SR0000343965 | https://www.youtube.com/watch?v=AtsDiH2Ot-A |
| Tu | Los Norteños De Ojinaga | SR0000637716 | https://www.youtube.com/watch?v=FbrC8hLytRs |
| Tienes Razon | Los Norteños De Ojinaga | SR0000637716 | https://www.youtube.com/watch?v=eGhreWgfmBw |
| Tienes Razon | Los Norteños De Ojinaga | SR0000637716 | https://www.youtube.com/watch?v=VEDoX3LaUVo |
| Cautivo De Amor | Los Norteños De Ojinaga | SR0000390483 | https://www.youtube.com/watch?v=fuKCoaPoYa8 |
| Cautivo De Amor | Los Norteños De Ojinaga | SR0000637716 | https://www.youtube.com/watch?v=o8lJ7KJRFhc |
| Me Equivoque | Los Norteños De Ojinaga | SR0000637716 | https://www.youtube.com/watch?v=AtsDiH2Ot-A |
| Tu | Los Norteños De Ojinaga | SR0000637716 | https://www.youtube.com/watch?v=fXE1c2EHc7w |
| Ay Amigo | Los Norteños De Ojinaga | SR0000637716 | https://www.youtube.com/watch?v=9MktWrNR8Do |
| Besos De Papel | Los Norteños De Ojinaga | SR0000276275 | https://www.youtube.com/watch?v=g6T6K1ptcWI |
| Besos De Papel | Los Norteños De Ojinaga | SR0000637716 | https://www.youtube.com/watch?v=g6T6K1ptcWI |
| Besos De Papel | Los Norteños De Ojinaga | SR0000637716 | https://www.youtube.com/watch?v=DJsIWP9UyAo |
| Besos De Papel | Los Norteños De Ojinaga | SR0000637716 | https://www.youtube.com/watch?v=cx-JrMw7tq0 |
| Necesito Tu Amor | Los Norteños De Ojinaga | SR0000637716 | https://www.youtube.com/watch?v=cKS4zUMsHA8 |
| Necesito Tu Amor | Los Norteños De Ojinaga | SR0000637716 | https://www.youtube.com/watch?v=o9FwIrZ0tyY |
| Necesito Tu Amor | Los Norteños De Ojinaga | SR0000637716 | https://www.youtube.com/watch?v=5441FRQs3Jg |
| Fruta Prohibida | Los Norteños De Ojinaga | SR0000637716 | https://www.youtube.com/watch?v=WDREY-2xlbQ |
| Cautivo De Amor | Los Norteños De Ojinaga | SR0000637716 | https://www.youtube.com/watch?v=fuKCoaPoYa8 |
| Algo Especial | Los Norteños De Ojinaga | SR0000637716 | https://www.youtube.com/watch?v=HS8xErrAbA4 |
| Algo Especial | Los Norteños De Ojinaga | SR0000637716 | https://www.youtube.com/watch?v=rm6hkFKM3NQ |

| | | | |
|---|---|---|---|
| Algo Especial | Los Norteños De Ojinaga | SR0000637716 | https://www.youtube.com/watch?v=x_wNLGnl20Q |
| Brindo Por Tu Cumplea√±os | Los Norteños De Ojinaga | SR0000637716 | https://www.youtube.com/watch?v=wNqbW1P69ak |
| El So√±ador | Los Norteños De Ojinaga | SR0000637716 | https://www.youtube.com/watch?v=eiGDtmbhSLY |
| El Sonador | Los Norteños De Ojinaga | SR0000637716 | https://www.youtube.com/watch?v=pbDplFQ7iX4 |
| Tu | Los Norteños De Ojinaga | SR0000637716 | https://www.youtube.com/watch?v=Iz_S70B0xxo |
| Tu | Los Norteños De Ojinaga | SR0000637716 | https://www.youtube.com/watch?v=VwdmVkE2CHw |
| Mi Tristeza | Los Norteños De Ojinaga | SR0000637716 | https://www.youtube.com/watch?v=r1lm-VxC3rc |
| Lo Suve De Tu Piel | Los Norteños De Ojinaga | SR0000637716 | https://www.youtube.com/watch?v=-TF5xkvxChs |
| Volver A Nacer | Los Norteños De Ojinaga | SR0000637716 | https://www.youtube.com/watch?v=utONobeKGN4 |
| Volver A Nacer | Los Norteños De Ojinaga | SR0000637716 | https://www.youtube.com/watch?v=suOKqubNQdU |
| Ya No La Molestare | Los Norteños De Ojinaga | SR0000637716 | https://www.youtube.com/watch?v=3Rn8lyBn1jc |
| Ya No La Molestare | Los Norteños De Ojinaga | SR0000637716 | https://www.youtube.com/watch?v=17dKqoCIGwl |
| Ya No La Molestare | Los Norteños De Ojinaga | SR0000637716 | https://www.youtube.com/watch?v=W0KglZtqnt8 |
| Una Mujer Especial | Los Norteños De Ojinaga | SR0000637716 | https://www.youtube.com/watch?v=1YHCN5VKgG8 |
| Corrido Del Compa Gera | Los Kortez De Sinaloa | SR0000637728 | https://www.youtube.com/watch?v=tRU0Ybx0MjA |
| No Te Olvidare | La Revolucion de Tuzantla | SR0000638316 | https://www.youtube.com/watch?v=mNTNERTUvTI |
| Quisiera Mejor Morir | La Revolucion de Tuzantla | SR0000638316 | https://www.youtube.com/watch?v=FaWAQI9jpOU |
| Vente Conmigo | La Revolucion de Tuzantla | SR0000638316 | https://www.youtube.com/watch?v=b_8wsrhSxv4 |
| Hambre De Perro | La Revolucion de Tuzantla | SR0000638316 | https://www.youtube.com/watch?v=m1vXd8p2zuQ |
| Te Lo Pido Por Favor | La Revolucion de Tuzantla | SR0000638316 | https://www.youtube.com/watch?v=Mff16lM6fO4 |
| Si Conmigo Tu No Estas | La Revolucion de Tuzantla | SR0000638316 | https://www.youtube.com/watch?v=Ns81QjAlkGk |
| Chiquilla Bonita | La Revolucion de Tuzantla | SR0000638316 | https://www.youtube.com/watch?v=UVr3rpMXKu4 |
| Por Que Siempre Te Amare | La Revolucion de Tuzantla | SR0000638316 | https://www.youtube.com/watch?v=3LwC2dzGyTk |
| Gracias Amor | Los Filis | SR0000269508 | https://www.youtube.com/watch?v=Mn6GtMCfHYU |
| Gracias Amor | Los Filis | SR0000638648 | https://www.youtube.com/watch?v=YbwljoCejgc |
| Solo Voy A Amarte | Los Filis | SR0000638648 | https://www.youtube.com/watch?v=QX5iyJOGR0U |
| Que Lastima | Los Filis | SR0000638648 | https://www.youtube.com/watch?v=VTiqGlX7a_w |
| Gracias Amor | Los Filis | SR0000638648 | https://www.youtube.com/watch?v=Mn6GtMCfHYU |
| Porque Si Te Amo | Los Filis | SR0000638648 | https://www.youtube.com/watch?v=Kf27IE9--sM |
| Esperame | Los Filis | SR0000638648 | https://www.youtube.com/watch?v=n_c0VHSmnPg |
| Asi Naci Ansina Soy | Los Filis | SR0000638648 | https://www.youtube.com/watch?v=LFPVtUU1cYo |
| Enamorado De Ti | Los Filis | SR0000638648 | https://www.youtube.com/watch?v=OzZzZYWEy-g |
| El Sueno Americano (The American | Los Norteños De Ojinaga | SR0000372460 | https://www.youtube.com/watch?v=Bg1irszt3hU |
| El Sueno Americano (The American | Los Norteños De Ojinaga | SR0000638661 | https://www.youtube.com/watch?v=Bg1irszt3hU |
| El Embrujado | Los Marineros del Norte | SR0000638661 | https://www.youtube.com/watch?v=3_wJFlccpxM |
| Como La Primavera | Los Jilgueros Del Arroyo De Israel Urias | SR0000638665 | https://www.youtube.com/watch?v=J7HymmqLgM0 |
| Como Primavera | Los Jilgueros Del Arroyo De Israel Urias | SR0000638665 | https://www.youtube.com/watch?v=7xmhJyQaChY |
| Ni EN Defensa Propia | Maximo Norte | SR0000646831 | https://www.youtube.com/watch?v=eZ-RwFSi3zs |
| Respeta Mi Dolor | Maximo Norte | SR0000646831 | https://www.youtube.com/watch?v=E8crnJi5G3Y |
| Vas A Sufrir | Maximo Norte | SR0000646831 | https://www.youtube.com/watch?v=_snvotkgEc8 |
| No Se Ha dado Cuenta | Los Dinnos Aurios | SR0000771296 | https://www.youtube.com/watch?v=aHJlf6Xraog |
| Siempre Estoy Pensando En Ti | Los Dinnos Aurios | SR0000771296 | https://www.youtube.com/watch?v=ienXnJ8du5c |

# EXHIBIT B

| Release Display Artist | Album Title | Track Number | Track Title | SR | Platform |
|---|---|---|---|---|---|
| Carlos y Jose | 20 Corridos Originales | 1 | El Gavilan De Agua Prieta | MX | Amazon |
| Carlos y Jose | 20 Corridos Originales | 2 | Venganza Desconocida | MX | Amazon |
| Carlos y Jose | 20 Corridos Originales | 3 | Los Valientes De Teran | MX | Amazon |
| Carlos y Jose | 20 Corridos Originales | 4 | El Patron Mayor | MX | Amazon |
| Carlos y Jose | 20 Corridos Originales | 5 | El Odio De Dos Hermanos | MX | Amazon |
| Carlos y Jose | 20 Corridos Originales | 6 | Dos Pistolas De Recuerdo | MX | Amazon |
| Carlos y Jose | 20 Corridos Originales | 7 | El Tartanero | MX | Amazon |
| Carlos y Jose | 20 Corridos Originales | 8 | Agapito Casanova | MX | Amazon |
| Carlos y Jose | 20 Corridos Originales | 9 | El Tres Dedos | MX | Amazon |
| Carlos y Jose | 20 Corridos Originales | 10 | El Muchacho Y El Potro | MX | Amazon |
| Carlos y Jose | 20 Corridos Originales | 11 | El Manchas Blancas | MX | Amazon |
| Carlos y Jose | 20 Corridos Originales | 12 | El Moro De Cumpas | MX | Amazon |
| Carlos y Jose | 20 Corridos Originales | 13 | Caballo De La Cordada | MX | Amazon |
| Carlos y Jose | 20 Corridos Originales | 14 | El Caballo Melado | MX | Amazon |
| Carlos y Jose | 20 Corridos Originales | 15 | El Lucero Y La Dama | MX | Amazon |
| Carlos y Jose | 20 Corridos Originales | 16 | Siete Leguas | MX | Amazon |
| Carlos y Jose | 20 Corridos Originales | 17 | El Caballo Ensillado | MX | Amazon |
| Carlos y Jose | 20 Corridos Originales | 18 | La Noria Escondiada | MX | Amazon |
| Carlos y Jose | 20 Corridos Originales | 19 | Tres Viudas Solas | MX | Amazon |
| Carlos y Jose | 20 Corridos Originales | 20 | La Mata De Sandia | MX | Amazon |
| Gilberto Valenzuela | Celoso | 1 | Hazla Regresar | MX | Amazon |
| Gilberto Valenzuela | Celoso | 2 | Una Copa Mas | MX | Amazon |
| Gilberto Valenzuela | Celoso | 3 | Hay Que Saber Perder | MX | Amazon |
| Gilberto Valenzuela | Celoso | 4 | Incertidumbre | MX | Amazon |
| Gilberto Valenzuela | Celoso | 5 | Vereda Tropical | MX | Amazon |
| Gilberto Valenzuela | Celoso | 6 | Cuatro Vidas | MX | Amazon |
| Gilberto Valenzuela | Celoso | 7 | Amor De La Calle | MX | Amazon |
| Gilberto Valenzuela | Celoso | 8 | El Moro De Cumpas | MX | Amazon |
| Gilberto Valenzuela | Celoso | 9 | La Traicionera | MX | Amazon |
| Gilberto Valenzuela | Celoso | 10 | En Buena Ley | MX | Amazon |
| Gilberto Valenzuela | Celoso | 11 | Que Sacrificio | MX | Amazon |
| Gilberto Valenzuela | Celoso | 12 | Por Que | MX | Amazon |
| Gilberto Valenzuela | Celoso | 13 | Sonora Querida | MX | Amazon |
| Gilberto Valenzuela | Celoso | 14 | A Pesar Del Tiempo | MX | Amazon |
| Gilberto Valenzuela | Celoso | 15 | Al Ver Que Te Vas | MX | Amazon |
| Gilberto Valenzuela | Celoso | 16 | Pacto Suicida | MX | Amazon |
| Gilberto Valenzuela | Celoso | 17 | La Carcel De Cananea | MX | Amazon |
| Gilberto Valenzuela | Celoso | 18 | Caballo Prieto Azabache | MX | Amazon |
| Gilberto Valenzuela | Celoso | 19 | Deje A Mis Padres | MX | Amazon |
| Gilberto Valenzuela | Celoso | 20 | Desesperanza | MX | Amazon |
| Gilberto Valenzuela | Celoso | 21 | La Rafaelita | MX | Amazon |
| Gilberto Valenzuela | Celoso | 22 | Asi Soy Yo | MX | Amazon |
| Gilberto Valenzuela | Celoso | 23 | Barrio Pobre | MX | Amazon |
| Gilberto Valenzuela | Celoso | 24 | La Higuera De Sonora | MX | Amazon |
| Gilberto Valenzuela | Celoso | 25 | A Flor De Labio | MX | Amazon |
| Gilberto Valenzuela | Celoso | 26 | Mitad Tu Mitad Yo | MX | Amazon |
| El Jefe & Su Grupo | 12 Super Exitos | 1 | No Te Vayas | MX | Amazon |
| El Jefe & Su Grupo | 12 Super Exitos | 2 | Un Mal Amor | MX | Amazon |

| | | | | |
|---|---|---|---|---|
| El Jefe & Su Grupo | 12 Super Exitos | 3 Infiel | MX | Amazon |
| El Jefe & Su Grupo | 12 Super Exitos | 4 Cruel Condena | MX | Amazon |
| El Jefe & Su Grupo | 12 Super Exitos | 5 Amor De Pobre | MX | Amazon |
| El Jefe & Su Grupo | 12 Super Exitos | 6 Amorosa | MX | Amazon |
| El Jefe & Su Grupo | 12 Super Exitos | 7 Tu Recuerdo Y Yo | MX | Amazon |
| El Jefe & Su Grupo | 12 Super Exitos | 8 Amor Ingrato | MX | Amazon |
| El Jefe & Su Grupo | 12 Super Exitos | 9 Un Dia Muy Triste | MX | Amazon |
| El Jefe & Su Grupo | 12 Super Exitos | 10 Paloma Piquito Negro | MX | Amazon |
| El Jefe & Su Grupo | 12 Super Exitos | 11 Jamas Jamas | MX | Amazon |
| El Jefe & Su Grupo | 12 Super Exitos | 12 Tengo Recuerdos De Ti | MX | Amazon |
| Jose Luis | Tu Diras Corazon | 1 Tu Diras Corazon | MX | Amazon |
| Jose Luis | Tu Diras Corazon | 2 Companero Corazon | MX | Amazon |
| Jose Luis | Tu Diras Corazon | 3 La Confianza Se Pierde | MX | Amazon |
| Jose Luis | Tu Diras Corazon | 4 Levantame El Castigo | MX | Amazon |
| Jose Luis | Tu Diras Corazon | 5 Que Seas Feliz | MX | Amazon |
| Jose Luis | Tu Diras Corazon | 6 Que Te Cuesta | MX | Amazon |
| Jose Luis | Tu Diras Corazon | 7 Sacaste Boleto | MX | Amazon |
| Jose Luis | Tu Diras Corazon | 8 Te Buscare | MX | Amazon |
| Jose Luis | Tu Diras Corazon | 9 Dile A Tu Marido | MX | Amazon |
| Jose Luis | Tu Diras Corazon | 10 Mi Hermano Salio El 18 | MX | Amazon |
| Jose Luis | Tu Diras Corazon | 11 Con Tu Amor | MX | Amazon |
| Jose Luis | Tu Diras Corazon | 12 Las Glorias Del Jefe | MX | Amazon |
| Jose Luis | Tu Diras Corazon | 13 La Probadita | MX | Amazon |
| Las Hermanas Aguila | 20 Super Exitos Originales | 1 Flor Sin Retono | MX | Amazon |
| Las Hermanas Aguila | 20 Super Exitos Originales | 2 Que Te Ha Dado Esa Mujer | MX | Amazon |
| Las Hermanas Aguila | 20 Super Exitos Originales | 3 Al Morir La Tarde | MX | Amazon |
| Las Hermanas Aguila | 20 Super Exitos Originales | 4 Cuatro Milpas | MX | Amazon |
| Las Hermanas Aguila | 20 Super Exitos Originales | 5 Espinita | MX | Amazon |
| Las Hermanas Aguila | 20 Super Exitos Originales | 6 Frenesi y Perfidia | MX | Amazon |
| Las Hermanas Aguila | 20 Super Exitos Originales | 7 Farolito | MX | Amazon |
| Las Hermanas Aguila | 20 Super Exitos Originales | 8 Sin Ti | MX | Amazon |
| Las Hermanas Aguila | 20 Super Exitos Originales | 9 El Rosal Enfermo | MX | Amazon |
| Las Hermanas Aguila | 20 Super Exitos Originales | 10 Sacrificio | MX | Amazon |
| Las Hermanas Aguila | 20 Super Exitos Originales | 11 Senora Tentacion | MX | Amazon |
| Las Hermanas Aguila | 20 Super Exitos Originales | 12 No Te Creo | MX | Amazon |
| Las Hermanas Aguila | 20 Super Exitos Originales | 13 Mis Ojos Me Denuncian | MX | Amazon |
| Las Hermanas Aguila | 20 Super Exitos Originales | 14 Temor y Traicion | MX | Amazon |
| Las Hermanas Aguila | 20 Super Exitos Originales | 15 Hoja Seca | MX | Amazon |
| Las Hermanas Aguila | 20 Super Exitos Originales | 16 Ven A Verme A Mi | MX | Amazon |
| Las Hermanas Aguila | 20 Super Exitos Originales | 17 Mi Tormento | MX | Amazon |
| Las Hermanas Aguila | 20 Super Exitos Originales | 18 Arroyito | MX | Amazon |
| Las Hermanas Aguila | 20 Super Exitos Originales | 19 La Vida Se Va | MX | Amazon |
| Las Hermanas Aguila | 20 Super Exitos Originales | 20 Que Te Valla Bien | MX | Amazon |
| Requinto Vaquero | Las Mulas De Moreno | 1 Las Mulas De Moreno | MX | Amazon |
| Requinto Vaquero | Las Mulas De Moreno | 2 Sobre La Cama | MX | Amazon |
| Requinto Vaquero | Las Mulas De Moreno | 3 Handan Diciendo Por Hai | MX | Amazon |
| Requinto Vaquero | Las Mulas De Moreno | 4 Chuy Y Mauricio | MX | Amazon |
| Requinto Vaquero | Las Mulas De Moreno | 5 La Cerca | MX | Amazon |
| Requinto Vaquero | Las Mulas De Moreno | 6 Palomas Que Handan Volando | MX | Amazon |

| | | | | |
|---|---|---|---|---|
| Requinto Vaquero | Las Mulas De Moreno | 7 El Mariguano | MX | Amazon |
| Requinto Vaquero | Las Mulas De Moreno | 8 El Lobo Domestico | MX | Amazon |
| Requinto Vaquero | Las Mulas De Moreno | 9 Yesenia Lopez | MX | Amazon |
| Requinto Vaquero | Las Mulas De Moreno | 10 Acavo De Enterarme | MX | Amazon |
| Requinto Vaquero | Las Mulas De Moreno | 11 Como Se Mata El Gusano | MX | Amazon |
| Requinto Vaquero | Las Mulas De Moreno | 12 Me Muero | MX | Amazon |
| Requinto Vaquero | Las Mulas De Moreno | 13 Antes De Que Te Vallas | MX | Amazon |
| Rita y Jose | 15 Super Exitos Con Mariachi | 1 Cuando Salgo A Los Campos | MX | Amazon |
| Rita y Jose | 15 Super Exitos Con Mariachi | 2 Morena La Causa Fuiste | MX | Amazon |
| Rita y Jose | 15 Super Exitos Con Mariachi | 3 Alma Enamorada | MX | Amazon |
| Rita y Jose | 15 Super Exitos Con Mariachi | 4 Debajo De Los Laureles (El Huerfanito | MX | Amazon |
| Rita y Jose | 15 Super Exitos Con Mariachi | 5 A Las Once De La Noche | MX | Amazon |
| Rita y Jose | 15 Super Exitos Con Mariachi | 6 Que Te Falta | MX | Amazon |
| Rita y Jose | 15 Super Exitos Con Mariachi | 7 Te Vas Angel Mio | MX | Amazon |
| Rita y Jose | 15 Super Exitos Con Mariachi | 8 La Zenaida | MX | Amazon |
| Rita y Jose | 15 Super Exitos Con Mariachi | 9 Compadecete Mujer | MX | Amazon |
| Rita y Jose | 15 Super Exitos Con Mariachi | 10 El Huerto | MX | Amazon |
| Rita y Jose | 15 Super Exitos Con Mariachi | 11 A Donde Andara | MX | Amazon |
| Rita y Jose | 15 Super Exitos Con Mariachi | 12 Una Sombra | MX | Amazon |
| Rita y Jose | 15 Super Exitos Con Mariachi | 13 Angel De Mis Anhelos | MX | Amazon |
| Rita y Jose | 15 Super Exitos Con Mariachi | 14 Sierra Ingrata | MX | Amazon |
| Rita y Jose | 15 Super Exitos Con Mariachi | 15 Cachito De Luna | MX | Amazon |
| Cantos Cristianos | Una Historia Real | 1 Una Historia Real | MX | Amazon |
| Cantos Cristianos | Una Historia Real | 2 Andando De Tu Mano | MX | Amazon |
| Cantos Cristianos | Una Historia Real | 3 Cuando Ya No Pueda | MX | Amazon |
| Cantos Cristianos | Una Historia Real | 4 Senor Dios | MX | Amazon |
| Cantos Cristianos | Una Historia Real | 5 Alma Misionera | MX | Amazon |
| Cantos Cristianos | Una Historia Real | 6 La Llave De La Felicidad | MX | Amazon |
| Cantos Cristianos | Una Historia Real | 7 Dios Esta Aqui | MX | Amazon |
| Cantos Cristianos | Una Historia Real | 8 Solo eres Tu | MX | Amazon |
| Cantos Cristianos | Una Historia Real | 9 La Otra Mujer | MX | Amazon |
| Cantos Cristianos | Una Historia Real | 10 Vuelve A Sonar | MX | Amazon |
| Cantos Cristianos | Una Historia Real | 11 Espiritu De Dios | MX | Amazon |
| Cantos Cristianos | Una Historia Real | 12 Soy Senor | MX | Amazon |
| Cantos Cristianos | Una Historia Real | 13 Maria Jose | MX | Amazon |
| Cantos Cristianos | Una Historia Real | 14 Danos Gracias Al Dios | MX | Amazon |
| Cantos Cristianos | Una Historia Real | 15 El Hombre Necesita De Dios | MX | Amazon |
| Grupo Fascinacion | Quien Eres Tu | 1 Quien Eres Tu | MX | Amazon |
| Grupo Fascinacion | Quien Eres Tu | 2 Ando Bien Arreglado | MX | Amazon |
| Grupo Fascinacion | Quien Eres Tu | 3 Cuota De Paso | MX | Amazon |
| Grupo Fascinacion | Quien Eres Tu | 4 Supe Perder | MX | Amazon |
| Grupo Fascinacion | Quien Eres Tu | 5 Se Acabaron Las Caricias | MX | Amazon |
| Grupo Fascinacion | Quien Eres Tu | 6 Porque No Vienes | MX | Amazon |
| Grupo Fascinacion | Quien Eres Tu | 7 En Realidad | MX | Amazon |
| Grupo Fascinacion | Quien Eres Tu | 8 Corrido De Jose Luis | MX | Amazon |
| Grupo Fascinacion | Quien Eres Tu | 9 El Negrito | MX | Amazon |
| Grupo Fascinacion | Quien Eres Tu | 10 Sabor Amargo | MX | Amazon |
| Grupo Fascinacion | Quien Eres Tu | 11 El Teniente Y El Ranchero | MX | Amazon |
| Reflexiones Y Alabanzas | Alabanzas | 1 Yo SoyTu Dios | MX | Amazon |

| | | | | |
|---|---|---|---|---|
| Reflexiones Y Alabanzas | Alabanzas | 2 Ten Piedad | MX | Amazon |
| Reflexiones Y Alabanzas | Alabanzas | 3 Un Amigo | MX | Amazon |
| Reflexiones Y Alabanzas | Alabanzas | 4 Pescador | MX | Amazon |
| Reflexiones Y Alabanzas | Alabanzas | 5 Oalabras De Amor | MX | Amazon |
| Reflexiones Y Alabanzas | Alabanzas | 6 te Prestare A Tus Padres Por Un Tiempo | MX | Amazon |
| Reflexiones Y Alabanzas | Alabanzas | 7 Amarte Solo A Ti | MX | Amazon |
| Reflexiones Y Alabanzas | Alabanzas | 8 Perdon | MX | Amazon |
| Reflexiones Y Alabanzas | Alabanzas | 9 Otra Vez | MX | Amazon |
| Reflexiones Y Alabanzas | Alabanzas | 10 Morir Por Ti | MX | Amazon |
| Reflexiones Y Alabanzas | Alabanzas | 11 No Me Busques Aqui | MX | Amazon |
| Reflexiones Y Alabanzas | Alabanzas | 12 Obsecion | MX | Amazon |
| Reflexiones Y Alabanzas | Alabanzas | 13 Entre Tus Manos | MX | Amazon |
| Reflexiones Y Alabanzas | Alabanzas | 14 Nostalgia | MX | Amazon |
| Reflexiones Y Alabanzas | Alabanzas | 15 No Hay Dos | MX | Amazon |
| Angeles De La Frontera | Y Le Llore | 1 Chque Al Portador | MX | Amazon |
| Angeles De La Frontera | Y Le Llore | 2 El Capiro | MX | Amazon |
| Angeles De La Frontera | Y Le Llore | 3 Jacinto El Tullido | MX | Amazon |
| Angeles De La Frontera | Y Le Llore | 4 Estrenando Ojos Mios | MX | Amazon |
| Angeles De La Frontera | Y Le Llore | 5 Ingratos Ojos Mios | MX | Amazon |
| Angeles De La Frontera | Y Le Llore | 6 Paloma Sin Nido | MX | Amazon |
| Angeles De La Frontera | Y Le Llore | 7 Me Ha Tocado Perder | MX | Amazon |
| Angeles De La Frontera | Y Le Llore | 8 Yo | MX | Amazon |
| Angeles De La Frontera | Y Le Llore | 9 La Novia Del Pajarillo | MX | Amazon |
| Angeles De La Frontera | Y Le Llore | 10 Linda Mujer | MX | Amazon |
| Angeles De La Frontera | Y Le Llore | 11 Me Persigue Tu Sombra | MX | Amazon |
| Angeles De La Frontera | Y Le Llore | 12 Y Le Llore | MX | Amazon |
| Angeles De La Frontera | Y Le Llore | 13 Polvo Maldito | MX | Amazon |
| Angeles De La Frontera | Y Le Llore | 14 Devuelveme | MX | Amazon |
| Aniceto Molina | 15 Exitos | 1 Mercedes | MX | Amazon |
| Aniceto Molina | 15 Exitos | 2 Charanga Costena | MX | Amazon |
| Aniceto Molina | 15 Exitos | 3 Por Todo El Mundo | MX | Amazon |
| Aniceto Molina | 15 Exitos | 4 Mataron Al Perro | MX | Amazon |
| Aniceto Molina | 15 Exitos | 5 No Llores | MX | Amazon |
| Aniceto Molina | 15 Exitos | 6 Las Bodas | MX | Amazon |
| Aniceto Molina | 15 Exitos | 7 Mi Sombrero Volteado | MX | Amazon |
| Aniceto Molina | 15 Exitos | 8 Mi Cafetal | MX | Amazon |
| Aniceto Molina | 15 Exitos | 9 Cabaretera | MX | Amazon |
| Aniceto Molina | 15 Exitos | 10 Se Caso El Gallo | MX | Amazon |
| Aniceto Molina | 15 Exitos | 11 Me Esta Matando | MX | Amazon |
| Aniceto Molina | 15 Exitos | 12 El Gusanito | MX | Amazon |
| Aniceto Molina | 15 Exitos | 13 Palito De Ahuacate | MX | Amazon |
| Aniceto Molina | 15 Exitos | 14 Playas Marinas | MX | Amazon |
| Aniceto Molina | 15 Exitos | 15 Cumbia Campanera | MX | Amazon |
| Beto Bermudez | 15 Exitos | 1 Noche De Ronda | MX | Amazon |
| Beto Bermudez | 15 Exitos | 2 Mi Ciudad | MX | Amazon |
| Beto Bermudez | 15 Exitos | 3 Alma Llanera | MX | Amazon |
| Beto Bermudez | 15 Exitos | 4 Popurri Espanol | MX | Amazon |
| Beto Bermudez | 15 Exitos | 5 Simon Blanco | MX | Amazon |
| Beto Bermudez | 15 Exitos | 6 Felicidades | MX | Amazon |

| | | | | | |
|---|---|---|---|---|---|
| Beto Bermudez | 15 Exitos | 7 | Vivir Por Vivir | MX | Amazon |
| Beto Bermudez | 15 Exitos | 8 | La Bikina | MX | Amazon |
| Beto Bermudez | 15 Exitos | 9 | Y La Amo | MX | Amazon |
| Beto Bermudez | 15 Exitos | 10 | Amigo | MX | Amazon |
| Beto Bermudez | 15 Exitos | 11 | Llamarada | MX | Amazon |
| Beto Bermudez | 15 Exitos | 12 | Maria Elena | MX | Amazon |
| Beto Bermudez | 15 Exitos | 13 | Por Los Caminos Del Sur | MX | Amazon |
| Beto Bermudez | 15 Exitos | 14 | El Panuelo | MX | Amazon |
| Beto Bermudez | 15 Exitos | 15 | La Sombra De Tu Sonrisa | MX | Amazon |
| Chayito Valdez | 15 Exitos | 1 | Te Vas Angel Mio | MX | Amazon |
| Chayito Valdez | 15 Exitos | 2 | Flor De Capomo | MX | Amazon |
| Chayito Valdez | 15 Exitos | 3 | Enseñame A Olvidar | MX | Amazon |
| Chayito Valdez | 15 Exitos | 4 | El Chubasco | MX | Amazon |
| Chayito Valdez | 15 Exitos | 5 | Los Dos Amigos | MX | Amazon |
| Chayito Valdez | 15 Exitos | 6 | La Basurita | MX | Amazon |
| Chayito Valdez | 15 Exitos | 7 | Volver Volver | MX | Amazon |
| Chayito Valdez | 15 Exitos | 8 | Libro Abierto | MX | Amazon |
| Chayito Valdez | 15 Exitos | 9 | Contrabando Y Traicion | MX | Amazon |
| Chayito Valdez | 15 Exitos | 10 | El Asesino | MX | Amazon |
| Chayito Valdez | 15 Exitos | 11 | Dos Seres Que Se Aman | MX | Amazon |
| Chayito Valdez | 15 Exitos | 12 | La Ley Del Monte | MX | Amazon |
| Chayito Valdez | 15 Exitos | 13 | El Rey | MX | Amazon |
| Chayito Valdez | 15 Exitos | 14 | Ingratos Ojos Mios | MX | Amazon |
| Chayito Valdez | 15 Exitos | 15 | Quedo Pendiente Una Boda | MX | Amazon |
| Chayito Valdez | 16 Grandes Exitos | 1 | Besos Y Copas | MX | Amazon |
| Chayito Valdez | 16 Grandes Exitos | 2 | La Silla Vacia | MX | Amazon |
| Chayito Valdez | 16 Grandes Exitos | 3 | Mi Soldadita | MX | Amazon |
| Chayito Valdez | 16 Grandes Exitos | 4 | Ambicion | MX | Amazon |
| Chayito Valdez | 16 Grandes Exitos | 5 | Celosa | MX | Amazon |
| Chayito Valdez | 16 Grandes Exitos | 6 | Son Habladas | MX | Amazon |
| Chayito Valdez | 16 Grandes Exitos | 7 | EL Canto De La Paloma | MX | Amazon |
| Chayito Valdez | 16 Grandes Exitos | 8 | Dime Si Ya No Puedes | MX | Amazon |
| Chayito Valdez | 16 Grandes Exitos | 9 | San Juan Del Rio | MX | Amazon |
| Chayito Valdez | 16 Grandes Exitos | 10 | Una Noche Me Embriague | MX | Amazon |
| Chayito Valdez | 16 Grandes Exitos | 11 | Espejito | MX | Amazon |
| Chayito Valdez | 16 Grandes Exitos | 12 | Se Marcho | MX | Amazon |
| Chayito Valdez | 16 Grandes Exitos | 13 | Dia Tras Dia | MX | Amazon |
| Chayito Valdez | 16 Grandes Exitos | 14 | Una Sombra | MX | Amazon |
| Chayito Valdez | 16 Grandes Exitos | 15 | La Historia De Mi Vida | MX | Amazon |
| Chayito Valdez | 16 Grandes Exitos | 16 | La Paloma Descarriada | MX | Amazon |
| Creacion Nortena | El Forastero | 1 | El Forastero | MX | Amazon |
| Creacion Nortena | El Forastero | 2 | La Venganza De Martinez | MX | Amazon |
| Creacion Nortena | El Forastero | 3 | Te Juro Que Te Amo | MX | Amazon |
| Creacion Nortena | El Forastero | 4 | Guillermo Gonzalez | MX | Amazon |
| Creacion Nortena | El Forastero | 5 | La Loba | MX | Amazon |
| Creacion Nortena | El Forastero | 6 | Lobos Del Contrabando | MX | Amazon |
| Creacion Nortena | El Forastero | 7 | Una Vez Mas | MX | Amazon |
| Creacion Nortena | El Forastero | 8 | Yo No Soy Un Gallo Giro | MX | Amazon |
| Creacion Nortena | El Forastero | 9 | Nunca Mas Podre Olvidarte | MX | Amazon |

| | | | | | |
|---|---|---|---|---|---|
| Creacion Nortena | El Forastero | 10 | La Reyna De La Frontera | MX | Amazon |
| Creacion Nortena | El Forastero | 11 | Dios Queria Un Angel | MX | Amazon |
| Creacion Nortena | El Forastero | 12 | Ojitos Sonadores | MX | Amazon |
| Creacion Nortena | El Forastero | 13 | Poquito A Poco | MX | Amazon |
| Creacion Nortena | El Forastero | 14 | No Volvere | MX | Amazon |
| Domadores De Nuevo Leon | Lobos De Contrabando | 1 | Lobos Del Contrabando | MX | Amazon |
| Domadores De Nuevo Leon | Lobos De Contrabando | 2 | Lamberto Quintero | MX | Amazon |
| Domadores De Nuevo Leon | Lobos De Contrabando | 3 | La Mesera | MX | Amazon |
| Domadores De Nuevo Leon | Lobos De Contrabando | 4 | Corrido De Los Perez | MX | Amazon |
| Domadores De Nuevo Leon | Lobos De Contrabando | 5 | Con La Tierra Encima | MX | Amazon |
| Domadores De Nuevo Leon | Lobos De Contrabando | 6 | El Columpio | MX | Amazon |
| Domadores De Nuevo Leon | Lobos De Contrabando | 7 | Yo Hice Lo Posible | MX | Amazon |
| Domadores De Nuevo Leon | Lobos De Contrabando | 8 | Gavino Barrera | MX | Amazon |
| Domadores De Nuevo Leon | Lobos De Contrabando | 9 | El Chato Esteban | MX | Amazon |
| Domadores De Nuevo Leon | Lobos De Contrabando | 10 | Se Les Pelo Baltazar | MX | Amazon |
| Domadores De Nuevo Leon | Lobos De Contrabando | 11 | Pa Que Son Pasiones | MX | Amazon |
| Domadores De Nuevo Leon | Lobos De Contrabando | 12 | Noches Eternas | MX | Amazon |
| Domadores De Nuevo Leon | Lobos De Contrabando | 13 | Cruz De Palo | MX | Amazon |
| Domadores De Nuevo Leon | Lobos De Contrabando | 14 | El Panteon Del Olvido | MX | Amazon |
| Dulce Maria | Boleros De Oro | 1 | Amor Prohibido | MX | Amazon |
| Dulce Maria | Boleros De Oro | 2 | Lloraras | MX | Amazon |
| Dulce Maria | Boleros De Oro | 3 | Desesperanza | MX | Amazon |
| Dulce Maria | Boleros De Oro | 4 | La Barca | MX | Amazon |
| Dulce Maria | Boleros De Oro | 5 | Collar De Perlas | MX | Amazon |
| Dulce Maria | Boleros De Oro | 6 | Contigo | MX | Amazon |
| Dulce Maria | Boleros De Oro | 7 | Por Si Me Olvidas | MX | Amazon |
| Dulce Maria | Boleros De Oro | 8 | Un Dia Nublado | MX | Amazon |
| Dulce Maria | Boleros De Oro | 9 | Nosotros | MX | Amazon |
| Dulce Maria | Boleros De Oro | 10 | Mi Unico Camino | MX | Amazon |
| Dulce Maria | Boleros De Oro | 11 | No Morira Mi Amor | MX | Amazon |
| Dulce Maria | Boleros De Oro | 12 | Cuando Llora Un Corazon | MX | Amazon |
| Dulce Maria | Boleros De Oro | 13 | Ambicion | MX | Amazon |
| Dulce Maria | Boleros De Oro | 14 | Celosa | MX | Amazon |
| Ecos De Chiapas | 15 Grandes Exitos | 1 | El Zancudito Loco | MX | Amazon |
| Ecos De Chiapas | 15 Grandes Exitos | 2 | El Pipiripau | MX | Amazon |
| Ecos De Chiapas | 15 Grandes Exitos | 3 | Golondrina | MX | Amazon |
| Ecos De Chiapas | 15 Grandes Exitos | 4 | Las Brujerias | MX | Amazon |
| Ecos De Chiapas | 15 Grandes Exitos | 5 | Las Pupusas | MX | Amazon |
| Ecos De Chiapas | 15 Grandes Exitos | 6 | Maria Victoria | MX | Amazon |
| Ecos De Chiapas | 15 Grandes Exitos | 7 | Aprendiste A Volar | MX | Amazon |
| Ecos De Chiapas | 15 Grandes Exitos | 8 | Lola La Trailera | MX | Amazon |
| Ecos De Chiapas | 15 Grandes Exitos | 9 | De Un Rancho Al Otro | MX | Amazon |
| Ecos De Chiapas | 15 Grandes Exitos | 10 | Asi Es Mi Tierra | MX | Amazon |
| Ecos De Chiapas | 15 Grandes Exitos | 11 | Flor De Capomo | MX | Amazon |
| Ecos De Chiapas | 15 Grandes Exitos | 12 | Nuevo Villaflores | MX | Amazon |
| Ecos De Chiapas | 15 Grandes Exitos | 13 | Y Por Esa Calle Vive | MX | Amazon |
| Ecos De Chiapas | 15 Grandes Exitos | 14 | Valle De La Esperalda | MX | Amazon |
| Ecos De Chiapas | 15 Grandes Exitos | 15 | Fijate Fijate | MX | Amazon |
| El Guma Y Su Grupo Invasion Norte Tragedia De Tres Amigos | | 1 | Tragedia De Tres Amigos | MX | Amazon |

| | | | | |
|---|---|---|---|---|
| El Guma Y Su Grupo Invasion Norte Tragedia De Tres Amigos | | 2 Con Cartitas | MX | Amazon |
| El Guma Y Su Grupo Invasion Norte Tragedia De Tres Amigos | | 3 El As De Espada | MX | Amazon |
| El Guma Y Su Grupo Invasion Norte Tragedia De Tres Amigos | | 4 Ando En Busca | MX | Amazon |
| El Guma Y Su Grupo Invasion Norte Tragedia De Tres Amigos | | 5 El Forastero Esta Preso | MX | Amazon |
| El Guma Y Su Grupo Invasion Norte Tragedia De Tres Amigos | | 6 Lupe | MX | Amazon |
| El Guma Y Su Grupo Invasion Norte Tragedia De Tres Amigos | | 7 Gallo Calentano | MX | Amazon |
| El Guma Y Su Grupo Invasion Norte Tragedia De Tres Amigos | | 8 COn Tu Misma Moneda | MX | Amazon |
| El Guma Y Su Grupo Invasion Norte Tragedia De Tres Amigos | | 9 Me Voy A Cortar Las Venas | MX | Amazon |
| El Guma Y Su Grupo Invasion Norte Tragedia De Tres Amigos | | 10 Carga Ladeada | MX | Amazon |
| El Guma Y Su Grupo Invasion Norte Tragedia De Tres Amigos | | 11 Paque Son Pasiones | MX | Amazon |
| El Guma Y Su Grupo Invasion Norte Tragedia De Tres Amigos | | 12 Juan Colorado. | MX | Amazon |
| Errantes Del Norte | Teresita | 1 Un Amigo De Jalisco | MX | Amazon |
| Errantes Del Norte | Teresita | 2 Chucho Nila | MX | Amazon |
| Errantes Del Norte | Teresita | 3 Teresita | MX | Amazon |
| Errantes Del Norte | Teresita | 4 El Leon De La Sierra | MX | Amazon |
| Errantes Del Norte | Teresita | 5 Cayetano Quintana | MX | Amazon |
| Errantes Del Norte | Teresita | 6 EL Gallo Giro | MX | Amazon |
| Errantes Del Norte | Teresita | 7 Miguel Cerna | MX | Amazon |
| Errantes Del Norte | Teresita | 8 Venganza Cumplida | MX | Amazon |
| Errantes Del Norte | Teresita | 9 Tumba Olvidada | MX | Amazon |
| Errantes Del Norte | Teresita | 10 Vivio Maldito | MX | Amazon |
| Errantes Del Norte | Teresita | 11 China De Los Ojos Negros | MX | Amazon |
| Errantes Del Norte | Teresita | 12 Esa Nina Sera Nuestro Angel | MX | Amazon |
| Errantes Del Norte | Teresita | 13 El Profugo De La Sierra | MX | Amazon |
| Errantes Del Norte | Teresita | 14 La Venganza De Silviano | MX | Amazon |
| Errantes Del Norte | Teresita | 15 Se Les Pelo Baltazar | MX | Amazon |
| Errantes Del Norte | Teresita | 16 Lucha Sin Medida | MX | Amazon |
| Errantes Del Norte | Teresita | 17 Cien Kilos De Reyna | MX | Amazon |
| Errantes Del Norte | Teresita | 18 Porque No Vienes | MX | Amazon |
| Errantes Del Norte | Teresita | 19 MArgarita | MX | Amazon |
| Errantes Del Norte | Teresita | 20 Caminos De Colorada | MX | Amazon |
| Fernando Y Su Palmera de la Cumb Como Sera La Mujer | | 1 Vamos A La Playa | MX | Amazon |
| Fernando Y Su Palmera De la Cumb Como Sera La Mujer | | 2 Una Pagina Mas | MX | Amazon |
| Fernando Y Su Palmera De la Cumb Como Sera La Mujer | | 3 Sancudito Loco | MX | Amazon |
| Fernando Y Su Palmera De la Cumb Como Sera La Mujer | | 4 Me Duele Escuchar Tu Nombre | MX | Amazon |
| Fernando Y Su Palmera De la Cumb Como Sera La Mujer | | 5 El Gatito | MX | Amazon |
| Fernando Y Su Palmera De la Cumb Como Sera La Mujer | | 6 Como Sera La Mujer | MX | Amazon |
| Fernando Y Su Palmera De la Cumb Como Sera La Mujer | | 7 Cada Dia Mas | MX | Amazon |
| Fernando Y Su Palmera De la Cumb Como Sera La Mujer | | 8 La Loca | MX | Amazon |
| Fernando Y Su Palmera De la Cumb Como Sera La Mujer | | 9 Dimelo De Frente | MX | Amazon |
| Fernando Y Su Palmera De la Cumb Como Sera La Mujer | | 10 El Gallo Mojao | MX | Amazon |
| Fernando Y Su Palmera De la Cumb Como Sera La Mujer | | 11 Palmera Tropical | MX | Amazon |
| Fernando Y Su Palmera De la Cumb Como Sera La Mujer | | 12 Adios Mi Amante | MX | Amazon |
| Fernando Y Su Palmera De la Cumb Como Sera La Mujer | | 13 Volo La Paloma | MX | Amazon |
| Fernando Y Su Palmera De la Cumb Como Sera La Mujer | | 14 Imposible Olvidarte | MX | Amazon |
| Fernando Y Su Palmera De la Cumb Como Sera La Mujer | | 15 Estoy llorando Por Ella | MX | Amazon |
| Fernando Y Su Palmera De la Cumb Como Sera La Mujer | | 16 Tu Nuevo Carinito | MX | Amazon |
| Fernando Y Su Palmera De la Cumb Como Sera La Mujer | | 17 Turista Fracasada | MX | Amazon |
| Fernando Y Su Palmera De la Cumb Como Sera La Mujer | | 18 Amor te Amo | MX | Amazon |

| | | | | |
|---|---|---|---|---|
| Fernando Y Su Palmera De la Cumb Como Sera La Mujer | | 19 La Brujita | MX | Amazon |
| Fernando Y Su Palmera De la Cumb Como Sera La Mujer | | 20 Mi Carcacha | MX | Amazon |
| Fernando Y Su Palmera De la Cumb Como Sera La Mujer | | 21 No Me Se Rajar | MX | Amazon |
| Fernando Y Su Palmera De la Cumb Como Sera La Mujer | | 22 Solterito | MX | Amazon |
| Grupo Los Saby's | Fuiste Mala | 1 Volverte A Ver | MX | Amazon |
| Grupo Los Saby's | Fuiste Mala | 2 Como Quisiera Decirte | MX | Amazon |
| Grupo Los Saby's | Fuiste Mala | 3 Me Etranaras | MX | Amazon |
| Grupo Los Saby's | Fuiste Mala | 4 Mi Tesoro | MX | Amazon |
| Grupo Los Saby's | Fuiste Mala | 5 Una Aventura | MX | Amazon |
| Grupo Los Saby's | Fuiste Mala | 6 EL Compadre Javier | MX | Amazon |
| Grupo Los Saby's | Fuiste Mala | 7 Aunque Me Ladren Tus Perros | MX | Amazon |
| Grupo Los Saby's | Fuiste Mala | 8 Fuiste Mala | MX | Amazon |
| Grupo Los Saby's | Fuiste Mala | 9 Voy Olvidarme De Ti | MX | Amazon |
| Grupo Los Saby's | Fuiste Mala | 10 Que Si Te Quiero | MX | Amazon |
| Grupo Los Saby's | Fuiste Mala | 11 Heridas De Amor | MX | Amazon |
| Grupo Los Saby's | Fuiste Mala | 12 Eslabon Por Eslabon | MX | Amazon |
| Grupo Los Saby's | Fuiste Mala | 13 Afilando Machetes | MX | Amazon |
| Grupo Los Saby's | Fuiste Mala | 14 Tatuajes | MX | Amazon |
| Grupo Prohibido | 18 Exitos | 1 Frente A Tu Altar | MX | Amazon |
| Grupo Prohibido | 18 Exitos | 2 Amor Interesado | MX | Amazon |
| Grupo Prohibido | 18 Exitos | 3 Triste Nina | MX | Amazon |
| Grupo Prohibido | 18 Exitos | 4 Tu Recuerdo Y Yo | MX | Amazon |
| Grupo Prohibido | 18 Exitos | 5 Una Cantina Es Mi Casa | MX | Amazon |
| Grupo Prohibido | 18 Exitos | 6 Todo Ha Terminado | MX | Amazon |
| Grupo Prohibido | 18 Exitos | 7 Triunfo Y Derrota | MX | Amazon |
| Grupo Prohibido | 18 Exitos | 8 Un Caso Particular | MX | Amazon |
| Grupo Prohibido | 18 Exitos | 9 Triste Guitarra | MX | Amazon |
| Grupo Prohibido | 18 Exitos | 10 No Es Por Ti | MX | Amazon |
| Grupo Prohibido | 18 Exitos | 11 Juanita Del Mar | MX | Amazon |
| Grupo Prohibido | 18 Exitos | 12 Siempre me Llevaras En Ti | MX | Amazon |
| Grupo Prohibido | 18 Exitos | 13 A Que Vuelves | MX | Amazon |
| Grupo Prohibido | 18 Exitos | 14 Escuchame Al telefono | MX | Amazon |
| Grupo Prohibido | 18 Exitos | 15 Hoy Le Dire Adios | MX | Amazon |
| Grupo Prohibido | 18 Exitos | 16 Mingo El Pescador | MX | Amazon |
| Grupo Prohibido | 18 Exitos | 17 Triste Y Solo | MX | Amazon |
| Grupo Prohibido | 18 Exitos | 18 Todo Por Ti | MX | Amazon |
| Grupos Del Recuerdo | Grupos | 1 Ya Me Voy ( Los Sotnorritmicos) | MX | Amazon |
| Grupos Del Recuerdo | Grupos | 2 Cruel Separacion ( Los Mensajeros De MX | | Amazon |
| Grupos Del Recuerdo | Grupos | 3 El Perdedor ( Jose Ramiro Y Su Grupo MX | | Amazon |
| Grupos Del Recuerdo | Grupos | 4 Te Vas Te Vas ( Los Sonadores) | MX | Amazon |
| Grupos Del Recuerdo | Grupos | 5 Enamorado II ( Efren Solis Y Su Grupo MX | | Amazon |
| Grupos Del Recuerdo | Grupos | 6 Amor Reciprocolo ( Los Grandes De C MX | | Amazon |
| Grupos Del Recuerdo | Grupos | 7 Suena ( Los 4 Ritmicos) | MX | Amazon |
| Grupos Del Recuerdo | Grupos | 8 Es Verdad ( Condesa Tropical) | MX | Amazon |
| Grupos Del Recuerdo | Grupos | 9 Hagamos Un Trato ( Grupo Atrevido) MX | | Amazon |
| Grupos Del Recuerdo | Grupos | 10 Granito De Oro ( Tommy Ramirez Y Lc MX | | Amazon |
| Grupos Del Recuerdo | Grupos | 11 Te Quiero ( Los Mensajeros Del Ritmc MX | | Amazon |
| Grupos Del Recuerdo | Grupos | 12 Te He Llorado Tanto ( Tropical Americ MX | | Amazon |
| Grupos Del Recuerdo | Grupos | 13 Tu Recuerdo Y Yo ( Grupo Prohibido) MX | | Amazon |

| Grupos Del Recuerdo | Grupos | 14 | Y Ahora Para Que ( Jose Ramiro Y Su | MX | Amazon |
|---|---|---|---|---|---|
| Grupos Del Recuerdo | Grupos | 15 | Como Tu Quieras Que Fuera ( Viento | MX | Amazon |
| Grupos Del Recuerdo | Grupos | 16 | Ruego A Dios ( Los Grandes De La Cos | MX | Amazon |
| Grupos Del Recuerdo | Grupos | 17 | Lloraremos Juntos ( Condesa Tropical | MX | Amazon |
| Grupos Del Recuerdo | Grupos | 18 | Cuando Estas Junto A Mi ( Grupo Atre | MX | Amazon |
| Grupos Del Recuerdo | Grupos | 19 | Hay Corazones ( Efren Solis Y Su Grup | MX | Amazon |
| Grupos Del Recuerdo | Grupos | 20 | Mi Pecado ( Los 4 Ritmicos) | MX | Amazon |
| Jorge Espinoza Carrizales | Boleros Vol. 4 | 1 | Siente Notas De Amor | MX | Amazon |
| Jorge Espinoza Carrizales | Boleros Vol. 4 | 2 | Besame Mucho | MX | Amazon |
| Jorge Espinoza Carrizales | Boleros Vol. 4 | 3 | Jurame | MX | Amazon |
| Jorge Espinoza Carrizales | Boleros Vol. 4 | 4 | Solamente Una Vez | MX | Amazon |
| Jorge Espinoza Carrizales | Boleros Vol. 4 | 5 | regalame Esta Noche | MX | Amazon |
| Jorge Espinoza Carrizales | Boleros Vol. 4 | 6 | Que Murmuren | MX | Amazon |
| Jorge Espinoza Carrizales | Boleros Vol. 4 | 7 | Sin Ti | MX | Amazon |
| Jorge Espinoza Carrizales | Boleros Vol. 4 | 8 | Amor Indio | MX | Amazon |
| Jorge Espinoza Carrizales | Boleros Vol. 4 | 9 | Quiereme Mucho | MX | Amazon |
| Jorge Espinoza Carrizales | Boleros Vol. 4 | 10 | Usted | MX | Amazon |
| Jorge Espinoza Carrizales | Boleros Vol. 4 | 11 | Nunca | MX | Amazon |
| Jorge Espinoza Carrizales | Boleros Vol. 4 | 12 | Mi Delito | MX | Amazon |
| Jorge Espinoza Carrizales | Boleros Vol. 4 | 13 | Aquellos Ojos verdes | MX | Amazon |
| Jorge Espinoza Carrizales | Boleros Vol. 4 | 14 | Sabor A Mi | MX | Amazon |
| Jorge Espinoza Carrizales | Boleros Vol. 4 | 15 | Dime | MX | Amazon |
| Jorge Espinoza Carrizales | Boleros Vol. 4 | 16 | Cuando Vuelva A Tu Lado | MX | Amazon |
| Jorge Espinoza Carrizales | Boleros Vol. 4 | 17 | Mujer | MX | Amazon |
| Jorge Espinoza Carrizales | Lo Mejor Del Violin Vol. 3 | 1 | Pidele Al Tiempo Que Vuelva | MX | Amazon |
| Jorge Espinoza Carrizales | Lo Mejor Del Violin Vol. 3 | 2 | Yo Que No Vivo Sin Ti | MX | Amazon |
| Jorge Espinoza Carrizales | Lo Mejor Del Violin Vol. 3 | 3 | i'Te Vussia Vasa | MX | Amazon |
| Jorge Espinoza Carrizales | Lo Mejor Del Violin Vol. 3 | 4 | A Mi Manera | MX | Amazon |
| Jorge Espinoza Carrizales | Lo Mejor Del Violin Vol. 3 | 5 | Solo Tu | MX | Amazon |
| Jorge Espinoza Carrizales | Lo Mejor Del Violin Vol. 3 | 6 | Te Llevo Dentro De Mi | MX | Amazon |
| Jorge Espinoza Carrizales | Lo Mejor Del Violin Vol. 3 | 7 | Melodia Desencadenada | MX | Amazon |
| Jorge Espinoza Carrizales | Lo Mejor Del Violin Vol. 3 | 8 | O My Beloved Father | MX | Amazon |
| Jorge Espinoza Carrizales | Lo Mejor Del Violin Vol. 3 | 9 | Parlame D'Amore | MX | Amazon |
| Jorge Espinoza Carrizales | Lo Mejor Del Violin Vol. 3 | 10 | Tiempo De Vals | MX | Amazon |
| Jorge Espinoza Carrizales | Lo Mejor Del Violin Vol. 3 | 11 | Nessum Dorma | MX | Amazon |
| Jorge Espinoza Carrizales | Lo Mejor Del Violin Vol. 3 | 12 | Nuestros Anos Felices | MX | Amazon |
| Jorge Espinoza Carrizales | Lo Mejor Del Violin Vol. 3 | 13 | Tema De Electrodanza | MX | Amazon |
| Jorge Espinoza Carrizales | Lo Mejor Del Violin Vol. 3 | 14 | La Hora Del Crepusculo | MX | Amazon |
| Jorge Espinoza Carrizales | Lo Mejor Del Violin Vol. 3 | 15 | Todos Los Domingos Del Mes | MX | Amazon |
| Jorge Espinoza Carrizales | Lo Mejor Del Violin Vol. 3 | 16 | Rapsodia Sobre Un tema De Paganini | MX | Amazon |
| Jorge Espinoza Carrizales | Lo Mejor Del Violin Vol. 3 | 17 | Cuando Escuches Este Vals | MX | Amazon |
| La Luz Roja De San Marcos | Dos En Uno Vol. 1 | 1 | Mi Cafetal | MX | Amazon |
| La Luz Roja De San Marcos | Dos En Uno Vol. 1 | 2 | 15 Primaveras | MX | Amazon |
| La Luz Roja De San Marcos | Dos En Uno Vol. 1 | 3 | Tu Recuerdo | MX | Amazon |
| La Luz Roja De San Marcos | Dos En Uno Vol. 1 | 4 | Mataron Al Perro | MX | Amazon |
| La Luz Roja De San Marcos | Dos En Uno Vol. 1 | 5 | Mi Linda San Marquena | MX | Amazon |
| La Luz Roja De San Marcos | Dos En Uno Vol. 1 | 6 | Por Todo El Mundo | MX | Amazon |
| La Luz Roja De San Marcos | Dos En Uno Vol. 1 | 7 | Cabeza De Hacha | MX | Amazon |
| La Luz Roja De San Marcos | Dos En Uno Vol. 1 | 8 | Ojitos Bellos | MX | Amazon |

| | | | | |
|---|---|---|---|---|
| La Luz Roja De San Marcos | Dos En Uno Vol. 1 | 9 La Basurita | MX | Amazon |
| La Luz Roja De San Marcos | Dos En Uno Vol. 1 | 10 Playas De Acapulco | MX | Amazon |
| La Luz Roja De San Marcos | Dos En Uno Vol. 1 | 11 El Gallo Pelon | MX | Amazon |
| La Luz Roja De San Marcos | Dos En Uno Vol. 1 | 12 Mata De Cana | MX | Amazon |
| La Luz Roja De San Marcos | Dos En Uno Vol. 1 | 13 Resbalo Mercedes | MX | Amazon |
| La Luz Roja De San Marcos | Dos En Uno Vol. 1 | 14 La Receta | MX | Amazon |
| La Luz Roja De San Marcos | Dos En Uno Vol. 1 | 15 El Azulejo | MX | Amazon |
| La Luz Roja De San Marcos | Dos En Uno Vol. 1 | 16 La Muerte De Marili | MX | Amazon |
| La Luz Roja De San Marcos | Dos En Uno Vol. 1 | 17 Cumbia De La Sabana | MX | Amazon |
| La Luz Roja De San Marcos | Dos En Uno Vol. 1 | 18 Te Recuerdo | MX | Amazon |
| La Luz Roja De San Marcos | Dos En Uno Vol. 1 | 19 Cumbia De La Sirenita | MX | Amazon |
| La Luz Roja De San Marcos | Dos En Uno Vol. 1 | 20 Cumbia Sobre El Mar | MX | Amazon |
| La Luz Roja De San Marcos | Dos En Uno Vol. 2 | 1 Aventurera | MX | Amazon |
| La Luz Roja De San Marcos | Dos En Uno Vol. 2 | 2 La Rasca Y Rasca | MX | Amazon |
| La Luz Roja De San Marcos | Dos En Uno Vol. 2 | 3 Cabaretera | MX | Amazon |
| La Luz Roja De San Marcos | Dos En Uno Vol. 2 | 4 Betty | MX | Amazon |
| La Luz Roja De San Marcos | Dos En Uno Vol. 2 | 5 Pa' Querete A Ti Nomas | MX | Amazon |
| La Luz Roja De San Marcos | Dos En Uno Vol. 2 | 6 Tu Desprecio | MX | Amazon |
| La Luz Roja De San Marcos | Dos En Uno Vol. 2 | 7 El Ancla | MX | Amazon |
| La Luz Roja De San Marcos | Dos En Uno Vol. 2 | 8 Cumbiamberita | MX | Amazon |
| La Luz Roja De San Marcos | Dos En Uno Vol. 2 | 9 Mariposa | MX | Amazon |
| La Luz Roja De San Marcos | Dos En Uno Vol. 2 | 10 La Gente | MX | Amazon |
| La Luz Roja De San Marcos | Dos En Uno Vol. 2 | 11 Mercedes | MX | Amazon |
| La Luz Roja De San Marcos | Dos En Uno Vol. 2 | 12 El Humilde | MX | Amazon |
| La Luz Roja De San Marcos | Dos En Uno Vol. 2 | 13 Agua Loca | MX | Amazon |
| La Luz Roja De San Marcos | Dos En Uno Vol. 2 | 14 La Muerte De Dos Hermanos | MX | Amazon |
| La Luz Roja De San Marcos | Dos En Uno Vol. 2 | 15 Sombra Negra | MX | Amazon |
| La Luz Roja De San Marcos | Dos En Uno Vol. 2 | 16 Amor Ingrato | MX | Amazon |
| La Luz Roja De San Marcos | Dos En Uno Vol. 2 | 17 No Llores | MX | Amazon |
| La Luz Roja De San Marcos | Dos En Uno Vol. 2 | 18 Paz Y Libertad | MX | Amazon |
| La Luz Roja De San Marcos | Dos En Uno Vol. 2 | 19 Pirulino | MX | Amazon |
| La Luz Roja De San Marcos | Dos En Uno Vol. 2 | 20 Adivinanzas | MX | Amazon |
| La Mafia | 16 Exitos Originales | 1 Llegando Ala Orilla | MX | Amazon |
| La Mafia | 16 Exitos Originales | 2 Dime Porque | MX | Amazon |
| La Mafia | 16 Exitos Originales | 3 Que Mal Me Tratas | MX | Amazon |
| La Mafia | 16 Exitos Originales | 4 Quiero Quiero | MX | Amazon |
| La Mafia | 16 Exitos Originales | 5 Carino | MX | Amazon |
| La Mafia | 16 Exitos Originales | 6 Demuestramelo | MX | Amazon |
| La Mafia | 16 Exitos Originales | 7 Regresa A Mi | MX | Amazon |
| La Mafia | 16 Exitos Originales | 8 Tu Tu Y Solo Tu | MX | Amazon |
| La Mafia | 16 Exitos Originales | 9 Nada Mas | MX | Amazon |
| La Mafia | 16 Exitos Originales | 10 Ensename A Perder | MX | Amazon |
| La Mafia | 16 Exitos Originales | 11 No Quiero Que Te Vayas | MX | Amazon |
| La Mafia | 16 Exitos Originales | 12 Tu Retrato | MX | Amazon |
| La Mafia | 16 Exitos Originales | 13 Sigue Cantando | MX | Amazon |
| La Mafia | 16 Exitos Originales | 14 Eloisa | MX | Amazon |
| La Mafia | 16 Exitos Originales | 15 No Te Vayas A Olvidar | MX | Amazon |
| La Mafia | 16 Exitos Originales | 16 Dices Que Te Vas | MX | Amazon |
| Layo | Las Mejores Chilenas | 1 Charanga Campechana | MX | Amazon |

| | | | | |
|---|---|---|---|---|
| Layo | Las Mejores Chilenas | 2 Popurri Chilenas | MX | Amazon |
| Layo | Las Mejores Chilenas | 3 Sin Parar | MX | Amazon |
| Layo | Las Mejores Chilenas | 4 La Negra Guapachosa | MX | Amazon |
| Layo | Las Mejores Chilenas | 5 La Tos | MX | Amazon |
| Layo | Las Mejores Chilenas | 6 Popurri Grupero | MX | Amazon |
| Layo | Las Mejores Chilenas | 7 Ojos Que No VEn | MX | Amazon |
| Layo | Las Mejores Chilenas | 8 Amorcito Mio | MX | Amazon |
| Lo Romantico De La Costa | 20 Exitos | 1 Este Es Mi Adios | MX | Amazon |
| Lo Romantico De La Costa | 20 Exitos | 2 Celos Y Dudas | MX | Amazon |
| Lo Romantico De La Costa | 20 Exitos | 3 Eternamente | MX | Amazon |
| Lo Romantico De La Costa | 20 Exitos | 4 Por Mi Sangre | MX | Amazon |
| Lo Romantico De La Costa | 20 Exitos | 5 Su Recuerdo | MX | Amazon |
| Lo Romantico De La Costa | 20 Exitos | 6 Cuando Ella Se Fue | MX | Amazon |
| Lo Romantico De La Costa | 20 Exitos | 7 Pokar De Ases | MX | Amazon |
| Lo Romantico De La Costa | 20 Exitos | 8 Ambiciosa | MX | Amazon |
| Lo Romantico De La Costa | 20 Exitos | 9 Llorando En Soledad | MX | Amazon |
| Lo Romantico De La Costa | 20 Exitos | 10 Frente A Tu Altar | MX | Amazon |
| Lo Romantico De La Costa | 20 Exitos | 11 Contigo | MX | Amazon |
| Lo Romantico De La Costa | 20 Exitos | 12 Y Dicen | MX | Amazon |
| Lo Romantico De La Costa | 20 Exitos | 13 Por Tu Traicion | MX | Amazon |
| Lo Romantico De La Costa | 20 Exitos | 14 Caprichos De Juventud | MX | Amazon |
| Lo Romantico De La Costa | 20 Exitos | 15 Cuando Yo Muera | MX | Amazon |
| Lo Romantico De La Costa | 20 Exitos | 16 EL Bardo | MX | Amazon |
| Lo Romantico De La Costa | 20 Exitos | 17 Mentiras | MX | Amazon |
| Lo Romantico De La Costa | 20 Exitos | 18 Recuerdos Del Pasado | MX | Amazon |
| Lo Romantico De La Costa | 20 Exitos | 19 Muchas Iluciones | MX | Amazon |
| Lo Romantico De La Costa | 20 Exitos | 20 Lo Mejro De Ti | MX | Amazon |
| Los Cadetes De Linares | 15 Grandes Exitos | 1 Dos Mujeres | MX | Amazon |
| Los Cadetes De Linares | 15 Grandes Exitos | 2 Prenda Del Alma | MX | Amazon |
| Los Cadetes De Linares | 15 Grandes Exitos | 3 El Vino | MX | Amazon |
| Los Cadetes De Linares | 15 Grandes Exitos | 4 Canto A Las Cuerdas | MX | Amazon |
| Los Cadetes De Linares | 15 Grandes Exitos | 5 Paloma Azul | MX | Amazon |
| Los Cadetes De Linares | 15 Grandes Exitos | 6 Si Tu Me Dejas | MX | Amazon |
| Los Cadetes De Linares | 15 Grandes Exitos | 7 El Muchacho Y El Potro | MX | Amazon |
| Los Cadetes De Linares | 15 Grandes Exitos | 8 Corrido De Los Mendoza | MX | Amazon |
| Los Cadetes De Linares | 15 Grandes Exitos | 9 Falsas Promesas | MX | Amazon |
| Los Cadetes De Linares | 15 Grandes Exitos | 10 La Hilacha | MX | Amazon |
| Los Cadetes De Linares | 15 Grandes Exitos | 11 Juan Renteria | MX | Amazon |
| Los Cadetes De Linares | 15 Grandes Exitos | 12 Quiero Hablar Contigo | MX | Amazon |
| Los Cadetes De Linares | 15 Grandes Exitos | 13 Contrabando Por Amor | MX | Amazon |
| Los Cadetes De Linares | 15 Grandes Exitos | 14 Una Imploracion | MX | Amazon |
| Los Cadetes De Linares | 15 Grandes Exitos | 15 Que Barbaro | MX | Amazon |
| Los Capiros Del Sur | Amor Ajeno | 1 Una Mujer Mexicana | MX | Amazon |
| Los Capiros Del Sur | Amor Ajeno | 2 Amor Ajeno | MX | Amazon |
| Los Capiros Del Sur | Amor Ajeno | 3 Barrio De San Miguelito | MX | Amazon |
| Los Capiros Del Sur | Amor Ajeno | 4 Donaciano Garcia | MX | Amazon |
| Los Capiros Del Sur | Amor Ajeno | 5 Rosendo Martinez | MX | Amazon |
| Los Capiros Del Sur | Amor Ajeno | 6 Armando Quintero | MX | Amazon |
| Los Capiros Del Sur | Amor Ajeno | 7 Zapotitlan Lagunas | MX | Amazon |

| | | | | | |
|---|---|---|---|---|---|
| Los Capiros Del Sur | Amor Ajeno | 8 | Leon De La Sierra | MX | Amazon |
| Los Capiros Del Sur | Amor Ajeno | 9 | El Amigo Del Pueblo | MX | Amazon |
| Los Capiros Del Sur | Amor Ajeno | 10 | Guadalupe Vila | MX | Amazon |
| Los Capiros Del Sur | Amor Ajeno | 11 | Flor De Las FLores | MX | Amazon |
| Los Capiros Del Sur | Amor Ajeno | 12 | Chaparrita De Mi Vida | MX | Amazon |
| Los Capiros Del Sur | Amor Ajeno | 13 | Dices Que Quieres Volver | MX | Amazon |
| Los Capiros Del Sur | Amor Ajeno | 14 | Que Milagro Chaparrita | MX | Amazon |
| Los Capiros Del Sur | Amor Ajeno | 15 | Morena La Causa Fuiste | MX | Amazon |
| Los Capiros Del Sur | Amor Ajeno | 16 | Por Que Has Jugado Con Mi Amor | MX | Amazon |
| Los Cristeros | 15 Exitos Vol. 1 | 1 | Paula | MX | Amazon |
| Los Cristeros | 15 Exitos Vol. 1 | 2 | La Facilita | MX | Amazon |
| Los Cristeros | 15 Exitos Vol. 1 | 3 | Por Tu Traicion | MX | Amazon |
| Los Cristeros | 15 Exitos Vol. 1 | 4 | Me Enganaste | MX | Amazon |
| Los Cristeros | 15 Exitos Vol. 1 | 5 | Me Voy Al Amanecer | MX | Amazon |
| Los Cristeros | 15 Exitos Vol. 1 | 6 | Mirame Y Escuchame | MX | Amazon |
| Los Cristeros | 15 Exitos Vol. 1 | 7 | Hoy Que Te Alejas | MX | Amazon |
| Los Cristeros | 15 Exitos Vol. 1 | 8 | El Abandonado | MX | Amazon |
| Los Cristeros | 15 Exitos Vol. 1 | 9 | Lo Mucho Que Te Quiero | MX | Amazon |
| Los Cristeros | 15 Exitos Vol. 1 | 10 | Mis Ilusiones | MX | Amazon |
| Los Cristeros | 15 Exitos Vol. 1 | 11 | Viejito Rabo Verde | MX | Amazon |
| Los Cristeros | 15 Exitos Vol. 1 | 12 | Tu Tienes Que Vivir Conmigo | MX | Amazon |
| Los Cristeros | 15 Exitos Vol. 1 | 13 | Mi Chelita | MX | Amazon |
| Los Cristeros | 15 Exitos Vol. 1 | 14 | El Chavo Sin Bigote | MX | Amazon |
| Los Cristeros | 15 Exitos Vol. 1 | 15 | Besame Morenita | MX | Amazon |
| Los Intrepidos Del Sahara | Macaya Bienvenidos En Vivo | 1 | No Me Llores Mas (En Vivo) | MX | Amazon |
| Los Intrepidos Dei Sahara | Macaya Bienvenidos En Vivo | 2 | Macaya (En Vivo) | MX | Amazon |
| Los Intrepidos Del Sahara | Macaya Bienvenidos En Vivo | 3 | San Luis Potosi (En Vivo) | MX | Amazon |
| Los Intrepidos Del Sahara | Macaya Bienvenidos En Vivo | 4 | Cancion Mixteca (En Vivo) | MX | Amazon |
| Los Intrepidos Del Sahara | Macaya Bienvenidos En Vivo | 5 | Una Carta (En Vivo) | MX | Amazon |
| Los Intrepidos Del Sahara | Macaya Bienvenidos En Vivo | 6 | Cuando Quieras Regresar (En Vivo) | MX | Amazon |
| Los Intrepidos Del Sahara | Macaya Bienvenidos En Vivo | 7 | Te Gusta A Ti Eso (En Vivo) | MX | Amazon |
| Los Intrepidos Del Sahara | Macaya Bienvenidos En Vivo | 8 | Cumbia Caliente (En Vivo) | MX | Amazon |
| Los Intrepidos Del Sahara | Macaya Bienvenidos En Vivo | 9 | La Tardeada (En Vivo) | MX | Amazon |
| Los Intrepidos Del Sahara | Macaya Bienvenidos En Vivo | 10 | Ayl Morenita (En Vivo) | MX | Amazon |
| Los Intrepidos Del Sahara | Macaya Bienvenidos En Vivo | 11 | Dame Dame (En Vivo) | MX | Amazon |
| Los Intrepidos Del Sahara | Macaya Bienvenidos En Vivo | 12 | Te Necesito (En Vivo) | MX | Amazon |
| Los Intrepidos Del Sahara | Macaya Bienvenidos En Vivo | 13 | Lagrimas De Sas (En Vivo) | MX | Amazon |
| Los Jilgueros Del Arrollo | 15 Exitos | 1 | El Carro Amarillo | MX | Amazon |
| Los Jilgueros Del Arrollo | 15 Exitos | 2 | Corrido De Jose Garcia | MX | Amazon |
| Los Jilgueros Del Arrollo | 15 Exitos | 3 | Corrido De Gracielo Gardea | MX | Amazon |
| Los Jilgueros Del Arrollo | 15 Exitos | 4 | Mi Penal | MX | Amazon |
| Los Jilgueros Del Arrollo | 15 Exitos | 5 | El Chubasco | MX | Amazon |
| Los Jilgueros Del Arrollo | 15 Exitos | 6 | Estrellita Marinera | MX | Amazon |
| Los Jilgueros Del Arrollo | 15 Exitos | 7 | Como La Mariposa | MX | Amazon |
| Los Jilgueros Del Arrollo | 15 Exitos | 8 | Carcel De Rio | MX | Amazon |
| Los Jilgueros Del Arrollo | 15 Exitos | 9 | Cuatro Milpas | MX | Amazon |
| Los Jilgueros Del Arrollo | 15 Exitos | 10 | La Enredadera | MX | Amazon |
| Los Jilgueros Del Arrollo | 15 Exitos | 11 | Rey De Los Mojados | MX | Amazon |
| Los Jilgueros Del Arrollo | 15 Exitos | 12 | El Corrido Del Chore | MX | Amazon |

| | | | | |
|---|---|---|---|---|
| Los Jilgueros Del Arrollo | 15 Exitos | 13 La Luiza | MX | Amazon |
| Los Jilgueros Del Arrollo | 15 Exitos | 14 Dijiste Y Juraste | MX | Amazon |
| Los Jilgueros Del Arrollo | 15 Exitos | 15 Contrabando Por Amor | MX | Amazon |
| Los Legendarios De La Sierra | Zenaida Ingrata | 1 Dos Hojas Sin Rumbo | MX | Amazon |
| Los Legendarios De La Sierra | Zenaida Ingrata | 2 Moneda Sin Valor | MX | Amazon |
| Los Legendarios De La Sierra | Zenaida Ingrata | 3 Rosa Tempranera | MX | Amazon |
| Los Legendarios De La Sierra | Zenaida Ingrata | 4 Hoy Te Mandare Una Carta | MX | Amazon |
| Los Legendarios De La Sierra | Zenaida Ingrata | 5 Ingrato Amor "Ranchera" | MX | Amazon |
| Los Legendarios De La Sierra | Zenaida Ingrata | 6 Estrellita Del Norte Al Oriente | MX | Amazon |
| Los Legendarios De La Sierra | Zenaida Ingrata | 7 La Pajarita | MX | Amazon |
| Los Legendarios De La Sierra | Zenaida Ingrata | 8 La Carta Que Te Mande | MX | Amazon |
| Los Legendarios De La Sierra | Zenaida Ingrata | 9 Pa' Que Son Pasiones | MX | Amazon |
| Los Legendarios De La Sierra | Zenaida Ingrata | 10 Flor De Dalia | MX | Amazon |
| Los Legendarios De La Sierra | Zenaida Ingrata | 11 El 24 De Junio | MX | Amazon |
| Los Legendarios De La Sierra | Zenaida Ingrata | 12 Aun Se Acuerda De Mi | MX | Amazon |
| Los Legendarios De La Sierra | Zenaida Ingrata | 13 Mataron A La Paloma | MX | Amazon |
| Los Legendarios De La Sierra | Zenaida Ingrata | 14 Vestida De Negro | MX | Amazon |
| Los Legendarios De La Sierra | Zenaida Ingrata | 15 Diamante Negro | MX | Amazon |
| Los Legendarios De La Sierra | Zenaida Ingrata | 16 Me Cai De La Nube | MX | Amazon |
| Los Legendarios De La Sierra | Zenaida Ingrata | 17 Tengo Recuerdos De Ti | MX | Amazon |
| Los Legendarios De La Sierra | Zenaida Ingrata | 18 Mi Segunda Carta | MX | Amazon |
| Los Legendarios De La Sierra | Zenaida Ingrata | 19 Zenaida Ingrata | MX | Amazon |
| Los Legendarios De La Sierra | Zenaida Ingrata | 20 Amor Y Lagrimas | MX | Amazon |
| Los Legendarios De La Sierra | Zenaida Ingrata | 21 Tu Solo Tu | MX | Amazon |
| Los Legendarios De La Sierra | Zenaida Ingrata | 22 Flor Del Rio | MX | Amazon |
| Los Legendarios De La Sierra | Zenaida Ingrata | 23 Llorar Llorar | MX | Amazon |
| Los Legendarios De La Sierra | Zenaida Ingrata | 24 El Huerfanito | MX | Amazon |
| Los Legendarios De La Sierra | Zenaida Ingrata | 25 Cuatro Cartas | MX | Amazon |
| Los Magallones | 20 Exitos | 1 Consentida | MX | Amazon |
| Los Magallones | 20 Exitos | 2 La Negrita | MX | Amazon |
| Los Magallones | 20 Exitos | 3 Rajita De Melon | MX | Amazon |
| Los Magallones | 20 Exitos | 4 Maximina | MX | Amazon |
| Los Magallones | 20 Exitos | 5 El Corrido De La Burra Bronca | MX | Amazon |
| Los Magallones | 20 Exitos | 6 Pata Cambay | MX | Amazon |
| Los Magallones | 20 Exitos | 7 Senderito De Amor | MX | Amazon |
| Los Magallones | 20 Exitos | 8 Cumbia A Mi Pueblo | MX | Amazon |
| Los Magallones | 20 Exitos | 9 Mujer Sin Dignidad | MX | Amazon |
| Los Magallones | 20 Exitos | 10 Corrido Del Macho Prieto | MX | Amazon |
| Los Magallones | 20 Exitos | 11 Cotorrita | MX | Amazon |
| Los Magallones | 20 Exitos | 12 Cachita | MX | Amazon |
| Los Magallones | 20 Exitos | 13 Te Perdono | MX | Amazon |
| Los Magallones | 20 Exitos | **14** Nena | MX | Amazon |
| Los Magallones | 20 Exitos | 15 Corrido De Los Hermanos Quinones | MX | Amazon |
| Los Magallones | 20 Exitos | 16 Vanidosa | MX | Amazon |
| Los Magallones | 20 Exitos | 17 Mi Canoita | MX | Amazon |
| Los Magallones | 20 Exitos | 18 Farsante | MX | Amazon |
| Los Magallones | 20 Exitos | 19 El Anzuelito | MX | Amazon |
| Los Magallones | 20 Exitos | 20 El Corrido De Maurillo Perez | MX | Amazon |
| Los Mazza Y Teclados | Dos En Uno **Vol.** 2 | 1 Tu Estas Conmigo | MX | Amazon |

| | | | | | |
|---|---|---|---|---|---|
| Los Mazza Y Teclados | Dos En Uno Vol. 2 | 2 | A Bailar Charanga | MX | Amazon |
| Los Mazza Y Teclados | Dos En Uno Vol. 2 | 3 | A Mover Las Caderitas | MX | Amazon |
| Los Mazza Y Teclados | Dos En Uno Vol. 2 | 4 | El Solteron | MX | Amazon |
| Los Mazza Y Teclados | Dos En Uno Vol. 2 | 5 | El Chuparosa | MX | Amazon |
| Los Mazza Y Teclados | Dos En Uno Vol. 2 | 6 | Ilusiones | MX | Amazon |
| Los Mazza Y Teclados | Dos En Uno Vol. 2 | 7 | Doña Juana | MX | Amazon |
| Los Mazza Y Teclados | Dos En Uno Vol. 2 | 8 | El Adivinador | MX | Amazon |
| Los Mazza Y Teclados | Dos En Uno Vol. 2 | 9 | Besito Corta'o | MX | Amazon |
| Los Mazza Y Teclados | Dos En Uno Vol. 2 | 10 | Vestido Blanco | MX | Amazon |
| Los Mazza Y Teclados | Dos En Uno Vol. 2 | 11 | Llegaron Los Mazza | MX | Amazon |
| Los Mazza Y Teclados | Dos En Uno Vol. 2 | 12 | Dame Mas Amor | MX | Amazon |
| Los Mazza Y Teclados | Dos En Uno Vol. 2 | 13 | Domingo 7 | MX | Amazon |
| Los Mazza Y Teclados | Dos En Uno Vol. 2 | 14 | Rosa Maria | MX | Amazon |
| Los Mazza Y Teclados | Dos En Uno Vol. 2 | 15 | La Tomadera | MX | Amazon |
| Los Mazza Y Teclados | Dos En Uno Vol. 2 | 16 | La Secretaria | MX | Amazon |
| Los Mazza Y Teclados | Dos En Uno Vol. 2 | 17 | El Pirulino | MX | Amazon |
| Los Michoacanos De Camerino Mar | 18 Exitos Vol. 1 | 1 | Ando Escaso | MX | Amazon |
| Los Michoacanos De Camerino Mar | 18 Exitos Vol. 1 | 2 | La Tempranera | MX | Amazon |
| Los Michoacanos De Camerino Mar | 18 Exitos Vol. 1 | 3 | La Palma | MX | Amazon |
| Los Michoacanos De Camerino Mar | 18 Exitos Vol. 1 | 4 | Por Una Mujer Bonita | MX | Amazon |
| Los Michoacanos De Camerino Mar | 18 Exitos Vol. 1 | 5 | Regalo Equivocado | MX | Amazon |
| Los Michoacanos De Camerino Mar | 18 Exitos Vol. 1 | 6 | La Viuda | MX | Amazon |
| Los Michoacanos De Camerino Mar | 18 Exitos Vol. 1 | 7 | Me Persigue La Sombra | MX | Amazon |
| Los Michoacanos De Camerino Mar | 18 Exitos Vol. 1 | 8 | Mujer Paseada | MX | Amazon |
| Los Michoacanos De Camerino Mar | 18 Exitos Vol. 1 | 9 | Mi Josefina | MX | Amazon |
| Los Michoacanos De Camerino Mar | 18 Exitos Vol. 1 | 10 | Una Carta Y Un Clavel | MX | Amazon |
| Los Michoacanos De Camerino Mar | 18 Exitos Vol. 1 | 11 | De Buena Gana | MX | Amazon |
| Los Michoacanos De Camerino Mar | 18 Exitos Vol. 1 | 12 | Corrido De Roman Padilla | MX | Amazon |
| Los Michoacanos De Camerino Mar | 18 Exitos Vol. 1 | 13 | Cuando Salgo A Los Campos | MX | Amazon |
| Los Michoacanos De Camerino Mar | 18 Exitos Vol. 1 | 14 | Entre Copa Y Copa | MX | Amazon |
| Los Michoacanos De Camerino Mar | 18 Exitos Vol. 1 | 15 | La Pavada | MX | Amazon |
| Los Michoacanos De Camerino Mar | 18 Exitos Vol. 1 | 16 | Flor De Las Flores | MX | Amazon |
| Los Michoacanos De Camerino Mar | 18 Exitos Vol. 1 | 17 | Amarga Navidad | MX | Amazon |
| Los Michoacanos De Camerino Mar | 18 Exitos Vol. 1 | 18 | Corrido De Ventura Valdez | MX | Amazon |
| Los Sonantes Del Norte | Lo Que Descubri En Mi Vida | 1 | Lo Que Platicamos | MX | Amazon |
| Los Sonantes Del Norte | Lo Que Descubri En Mi Vida | 2 | Amor Sincero | MX | Amazon |
| Los Sonantes Del Norte | Lo Que Descubri En Mi Vida | 3 | Tu Quisiste Abandonarme | MX | Amazon |
| Los Sonantes Del Norte | Lo Que Descubri En Mi Vida | 4 | En Una Carta | MX | Amazon |
| Los Sonantes Del Norte | Lo Que Descubri En Mi Vida | 5 | Pensando En Tu Amor | MX | Amazon |
| Los Sonantes Del Norte | Lo Que Descubri En Mi Vida | 6 | Que Dices Chata | MX | Amazon |
| Los Sonantes Del Norte | Lo Que Descubri En Mi Vida | 7 | Has Quedado Libremente | MX | Amazon |
| Los Sonantes Del Norte | Lo Que Descubri En Mi Vida | 8 | Con Esos Ojos | MX | Amazon |
| Los Sonantes Del Norte | Lo Que Descubri En Mi Vida | 9 | Que Vuelvas Conmigo | MX | Amazon |
| Los Sonantes Del Norte | Lo Que Descubri En Mi Vida | 10 | Seis Copas | MX | Amazon |
| Los Sonantes Del Norte | Lo Que Descubri En Mi Vida | 11 | Mujer Bandolera | MX | Amazon |
| Los Sonantes Del Norte | Lo Que Descubri En Mi Vida | 12 | Una Vez Que Comprendas | MX | Amazon |
| Los Sonantes Del Norte | Lo Que Descubri En Mi Vida | 13 | Me Enganaste | MX | Amazon |
| Los Sonantes Del Norte | Lo Que Descubri En Mi Vida | 14 | Yo Vine A Buscarte | MX | Amazon |
| Los Sonantes Del Norte | Lo Que Descubri En Mi Vida | 15 | Moises Fernandez | MX | Amazon |

| | | | | |
|---|---|---|---|---|
| Los Sonantes Del Norte | Lo Que Descubri En Mi Vida | 16 Jamas Te Voy A Olvidar | MX | Amazon |
| Los Sonantes Del Norte | Lo Que Descubri En Mi Vida | 17 Lo Que Has Prometido | MX | Amazon |
| Los Sonantes Del Norte | Lo Que Descubri En Mi Vida | 18 No Poder Olvidarte | MX | Amazon |
| Los Sonantes Del Norte | Lo Que Descubri En Mi Vida | 19 Casita De Cristal | MX | Amazon |
| Los Sonantes Del Norte | Lo Que Descubri En Mi Vida | 20 Son Los Sonates Del Norte | MX | Amazon |
| Los Velsa De Tierra Caliente | Olvide Tu Nombre | 1 Olvide Tu Nombre | MX | Amazon |
| Los Velsa De Tierra Caliente | Olvide Tu Nombre | 2 Carinito De Mi Vida | MX | Amazon |
| Los Velsa De Tierra Caliente | Olvide Tu Nombre | 3 Seis Pies Abajo | MX | Amazon |
| Los Velsa De Tierra Caliente | Olvide Tu Nombre | 4 Coyuca De Catalan | MX | Amazon |
| Los Velsa De Tierra Caliente | Olvide Tu Nombre | 5 Jacinto El Tullido | MX | Amazon |
| Los Velsa De Tierra Caliente | Olvide Tu Nombre | 6 La Tocada | MX | Amazon |
| Los Velsa De Tierra Caliente | Olvide Tu Nombre | 7 Me Caiste Del Cielo | MX | Amazon |
| Los Velsa De Tierra Caliente | Olvide Tu Nombre | 8 Morena Morenita | MX | Amazon |
| Los Velsa De Tierra Caliente | Olvide Tu Nombre | 9 Un Tiempo Tuve Un Carino | MX | Amazon |
| Los Velsa De Tierra Caliente | Olvide Tu Nombre | 10 Enamorate De Mi | MX | Amazon |
| Los Velsa De Tierra Caliente | Olvide Tu Nombre | 11 Mi Gusto Es | MX | Amazon |
| Los Velsa De Tierra Caliente | Olvide Tu Nombre | 12 El Mudo | MX | Amazon |
| Lupita Alatorre | 2 Grandes Con Norteno | 1 Gaviota Aventurera | MX | Amazon |
| Lupita Alatorre | 2 Grandes Con Norteno | 2 Se Vende Un Corazon Usado | MX | Amazon |
| Lupita Alatorre | 2 Grandes Con Norteno | 3 Vestida De Color De Rosa | MX | Amazon |
| Lupita Alatorre | 2 Grandes Con Norteno | 4 Carta Abierta | MX | Amazon |
| Lupita Alatorre | 2 Grandes Con Norteno | 5 Carino | MX | Amazon |
| Lupita Alatorre | 2 Grandes Con Norteno | 6 Mi Buena Suerte | MX | Amazon |
| Lupita Alatorre | 2 Grandes Con Norteno | 7 Celos De Ti | MX | Amazon |
| Lupita Alatorre | 2 Grandes Con Norteno | 8 Despedida Con Mariachi | MX | Amazon |
| Lupita Alatorre | 2 Grandes Con Norteno | 9 Seis Pies Abajo | MX | Amazon |
| Lupita Alatorre | 2 Grandes Con Norteno | 10 Caminos De La Vida | MX | Amazon |
| Lupita Alatorre | 2 Grandes Con Norteno | 11 Quisiera Tener Alas | MX | Amazon |
| Lupita Alatorre | 2 Grandes Con Norteno | 12 Hombre Y Rey | MX | Amazon |
| Lupita Alatorre | 2 Grandes Con Norteno | 13 Cheque Al Portador | MX | Amazon |
| Lupita Alatorre | 2 Grandes Con Norteno | 14 Tiempo Perdido | MX | Amazon |
| Lupita Alatorre | 2 Grandes Con Norteno | 15 Y Por Esa Calle Vive | MX | Amazon |
| Lupita Alatorre | 2 Grandes Con Norteno | 16 La Voz Del Amor | MX | Amazon |
| Luz Verde De Acapulco | Para Corridos "Guerrero" | 1 El Triunfo | MX | Amazon |
| Luz Verde De Acapulco | Para Corridos "Guerrero" | 2 Cruz De Madera | MX | Amazon |
| Luz Verde De Acapulco | Para Corridos "Guerrero" | 3 Corrido De Sotera Morales | MX | Amazon |
| Luz Verde De Acapulco | Para Corridos "Guerrero" | 4 Tino Rodriguez | MX | Amazon |
| Luz Verde De Acapulco | Para Corridos "Guerrero" | 5 El Defensor De Los Pobres | MX | Amazon |
| Luz Verde De Acapulco | Para Corridos "Guerrero" | 6 La Piedresita | MX | Amazon |
| Luz Verde De Acapulco | Para Corridos "Guerrero" | 7 El Corrido De Margarita | MX | Amazon |
| Luz Verde De Acapulco | Para Corridos "Guerrero" | 8 Que Me Entierren Con La Banda | MX | Amazon |
| Luz Verde De Acapulco | Para Corridos "Guerrero" | 9 Los Tres Valientes De Negro | MX | Amazon |
| Luz Verde De Acapulco | Para Corridos "Guerrero" | 10 Un Puno De Tierra | MX | Amazon |
| Manuel Olivera Almada | Boleros De America Con Orquesta | 1 Noche De Ronda | MX | Amazon |
| Manuel Olivera Almada | Boleros De America Con Orquesta | 2 Sabor A Mi | MX | Amazon |
| Manuel Olivera Almada | Boleros De America Con Orquesta | 3 Moliendo Cafe | MX | Amazon |
| Manuel Olivera Almada | Boleros De America Con Orquesta | 4 Historia De Un Amor | MX | Amazon |
| Manuel Olivera Almada | Boleros De America Con Orquesta | 5 La Media Vuelta | MX | Amazon |
| Manuel Olivera Almada | Boleros De America Con Orquesta | 6 Contigo Aprendi | MX | Amazon |

| | | | | |
|---|---|---|---|---|
| Manuel Olivera Almada | Boleros De America Con Orquesta | 7 Tu Me Acostumbraste | MX | Amazon |
| Manuel Olivera Almada | Boleros De America Con Orquesta | 8 Lamento Borincano | MX | Amazon |
| Manuel Olivera Almada | Boleros De America Con Orquesta | 9 Piel Canela | MX | Amazon |
| Manuel Olivera Almada | Boleros De America Con Orquesta | 10 Cuando Vuelva A Tu Lado | MX | Amazon |
| Manuel Olivera Almada | Boleros De America Con Orquesta | 11 Recuerdos De Ipacarai | MX | Amazon |
| Manuel Olivera Almada | Boleros De America Con Orquesta | 12 Nosotros | MX | Amazon |
| Manuel Olivera Almada | Boleros De America Con Orquesta | 13 El Reloj | MX | Amazon |
| Manuel Olivera Almada | Boleros De America Con Orquesta | 14 Ojos Espanoles | MX | Amazon |
| Manuel Olivera Almada | Boleros De America Con Orquesta | 15 Alma Llanera | MX | Amazon |
| Manuel Olivera Almada | Boleros De America Con Orquesta | 16 Alfonsina Y El Mar | MX | Amazon |
| Mar Azul | 15 Exitos | 1 Yo El Negrito | MX | Amazon |
| Mar Azul | 15 Exitos | 2 El Chupacosas | MX | Amazon |
| Mar Azul | 15 Exitos | 3 La Zacatera | MX | Amazon |
| Mar Azul | 15 Exitos | 4 Al Ritmo Del Bajo | MX | Amazon |
| Mar Azul | 15 Exitos | 5 Maria Teresa | MX | Amazon |
| Mar Azul | 15 Exitos | 6 Gloria | MX | Amazon |
| Mar Azul | 15 Exitos | 7 Amelia | MX | Amazon |
| Mar Azul | 15 Exitos | 8 La Diabla | MX | Amazon |
| Mar Azul | 15 Exitos | 9 Flor Silvestre | MX | Amazon |
| Mar Azul | 15 Exitos | 10 Perico Loco | MX | Amazon |
| Mar Azul | 15 Exitos | 11 Cumbia Mas Azul | MX | Amazon |
| Mar Azul | 15 Exitos | 12 El Borrachito | MX | Amazon |
| Mar Azul | 15 Exitos | 13 Maria Dolores | MX | Amazon |
| Mar Azul | 15 Exitos | 14 Porque Te Quiero | MX | Amazon |
| Mar Azul | 15 Exitos | 15 Paseo En Chacahua | MX | Amazon |
| Mario Mazza | Dos En Uno Vol. 2 | 1 Alguien Para Gozar | MX | Amazon |
| Mario Mazza | Dos En Uno Vol. 2 | 2 La Chicharra | MX | Amazon |
| Mario Mazza | Dos En Uno Vol. 2 | 3 La Bola | MX | Amazon |
| Mario Mazza | Dos En Uno Vol. 2 | 4 De Cartoncito | MX | Amazon |
| Mario Mazza | Dos En Uno Vol. 2 | 5 Sabavididabadabado | MX | Amazon |
| Mario Mazza | Dos En Uno Vol. 2 | 6 El Fraude | MX | Amazon |
| Mario Mazza | Dos En Uno Vol. 2 | 7 Dueno De Tu Amor | MX | Amazon |
| Mario Mazza | Dos En Uno Vol. 2 | 8 La Democracia | MX | Amazon |
| Mario Mazza | Dos En Uno Vol. 2 | 9 Ella Se Puso Colorada | MX | Amazon |
| Mario Mazza | Dos En Uno Vol. 2 | 10 Papa Y Mama | MX | Amazon |
| Mario Mazza | Dos En Uno Vol. 2 | 11 La Batea | MX | Amazon |
| Mario Mazza | Dos En Uno Vol. 2 | 12 Ya No Quiero Verla | MX | Amazon |
| Mario Mazza | Dos En Uno Vol. 2 | 13 Acuerdate Mujer | MX | Amazon |
| Mario Mazza | Dos En Uno Vol. 2 | 14 Cumbia Del Cometa | MX | Amazon |
| Mario Mazza | Dos En Uno Vol. 2 | 15 La Malaguena | MX | Amazon |
| Mario Mazza | Dos En Uno Vol. 2 | 16 Mi Novia Chana | MX | Amazon |
| Mario Mazza | Dos En Uno Vol. 2 | 17 Carino Verdadero | MX | Amazon |
| Mario Mazza | Dos En Uno Vol. 2 | 18 Yo No Fui | MX | Amazon |
| Mario Mazza | En Vivo Vol. 3 | 1 Juana La Cubana (En Vivo) | MX | Amazon |
| Mario Mazza | En Vivo Vol. 3 | 2 Ella Se Puso Colorada (En Vivo) | MX | Amazon |
| Mario Mazza | En Vivo Vol. 3 | 3 La Batea (En Vivo) | MX | Amazon |
| Mario Mazza | En Vivo Vol. 3 | 4 No Me Vayas A Olvidar (En Vivo) | MX | Amazon |
| Mario Mazza | En Vivo Vol. 3 | 5 Mariquita (En Vivo) | MX | Amazon |
| Mario Mazza | En Vivo Vol. 3 | 6 Por Que Te Quiero (En Vivo) | MX | Amazon |

| | | | | | |
|---|---|---|---|---|---|
| Mario Mazza | En Vivo Vol. 3 | 7 | Ya No Quiero Verla Mas (En Vivo) | MX | Amazon |
| Mario Mazza | En Vivo Vol. 3 | 8 | El Ombliguito (En Vivo) | MX | Amazon |
| Mario Mazza | En Vivo Vol. 3 | 9 | Pasito Tun Tun (En Vivo) | MX | Amazon |
| Mario Mazza | En Vivo Vol. 3 | 10 | Capitan (En Vivo) | MX | Amazon |
| Miguel Y Su Organizacion Luz Azul | Lo Mas Nuevo | 1 | Piquetes De Hormiga | MX | Amazon |
| Miguel Y Su Organizacion Luz Azul | Lo Mas Nuevo | 2 | Por Los Caminos Del Sur | MX | Amazon |
| Miguel Y Su Organizacion Luz Azul | Lo Mas Nuevo | 3 | Pica Que Pica | MX | Amazon |
| Miguel Y Su Organizacion Luz Azul | Lo Mas Nuevo | 4 | Ya Me Voy Pa La Ciudad | MX | Amazon |
| Miguel Y Su Organizacion Luz Azul | Lo Mas Nuevo | 5 | Llorame | MX | Amazon |
| Miguel Y Su Organizacion Luz Azul | Lo Mas Nuevo | 6 | Carta De Recuerdo | MX | Amazon |
| Miguel Y Su Organizacion Luz Azul | Lo Mas Nuevo | 7 | El Cuartetazo | MX | Amazon |
| Miguel Y Su Organizacion Luz Azul | Lo Mas Nuevo | 8 | El Oaxacado La Del Vestido Verde | MX | Amazon |
| Miguel Y Su Organizacion Luz Azul | Lo Mas Nuevo | 9 | El Baile Del Guajolote | MX | Amazon |
| Miguel Y Su Organizacion Luz Azul | Lo Mas Nuevo | 10 | El Carrito | MX | Amazon |
| Miguel Y Su Organizacion Luz Azul | Lo Mas Nuevo | 11 | Minerva | MX | Amazon |
| Miguel Y Su Organizacion Luz Azul | Lo Mas Nuevo | 12 | Las Copetonas | MX | Amazon |
| Miguel Y Su Organizacion Luz Azul | Lo Mas Nuevo | 13 | Kuni Kuni | MX | Amazon |
| Miguel Y Su Organizacion Luz Azul | Lo Mas Nuevo | 14 | Si No Me Quisieras | MX | Amazon |
| Miguel Y Su Organizacion Luz Azul | Lo Mas Nuevo | 15 | Adelita De Mi Amor | MX | Amazon |
| Orquesta Aguilas De Chiapas | Boleros Con Marimba | 1 | Cuando Ya No Me Quieras | MX | Amazon |
| Orquesta Aguilas De Chiapas | Boleros Con Marimba | 2 | Cada Noche Un Amor | MX | Amazon |
| Orquesta Aguilas De Chiapas | Boleros Con Marimba | 3 | Balalayca | MX | Amazon |
| Orquesta Aguilas De Chiapas | Boleros Con Marimba | 4 | Convencida | MX | Amazon |
| Orquesta Aguilas De Chiapas | Boleros Con Marimba | 5 | Olvido Pasional | MX | Amazon |
| Orquesta Aguilas De Chiapas | Boleros Con Marimba | 6 | Amargura | MX | Amazon |
| Orquesta Aguilas De Chiapas | Boleros Con Marimba | 7 | Un Mundo Raro | MX | Amazon |
| Orquesta Aguilas De Chiapas | Boleros Con Marimba | 8 | Mi Destino Fue Quererte | MX | Amazon |
| Orquesta Aguilas De Chiapas | Boleros Con Marimba | 9 | Yo | MX | Amazon |
| Orquesta Aguilas De Chiapas | Boleros Con Marimba | 10 | Desvelo De Amor | MX | Amazon |
| Orquesta Aguilas De Chiapas | Boleros Con Marimba | 11 | Lo Siento Por Ti | MX | Amazon |
| Orquesta Aguilas De Chiapas | Boleros Con Marimba | 12 | Siempre Viva | MX | Amazon |
| Orquesta Aguilas De Chiapas | Boleros Con Marimba | 13 | Martha | MX | Amazon |
| Orquesta Aguilas De Chiapas | Boleros Con Marimba | 14 | No Vuelvo Contigo | MX | Amazon |
| Orquesta Aguilas De Chiapas | Boleros Con Marimba | 15 | Un Viejo Amor | MX | Amazon |
| Orquesta Aguilas De Chiapas | Boleros Con Marimba | 16 | Presentimiento | MX | Amazon |
| Orquesta De Mexico | Danzones | 1 | Zacatlan | MX | Amazon |
| Orquesta De Mexico | Danzones | 2 | Sorrento | MX | Amazon |
| Orquesta De Mexico | Danzones | 3 | Telefono A Larga Distancia | MX | Amazon |
| Orquesta De Mexico | Danzones | 4 | Nana | MX | Amazon |
| Orquesta De Mexico | Danzones | 5 | Danzozon | MX | Amazon |
| Orquesta De Mexico | Danzones | 6 | Cuando Canta El Cornetin | MX | Amazon |
| Orquesta De Mexico | Danzones | 7 | Mi Merida | MX | Amazon |
| Orquesta De Mexico | Danzones | 8 | Por Un Cerro Mejor | MX | Amazon |
| Orquesta De Mexico | Danzones | 9 | Rincon De Las Doncellas | MX | Amazon |
| Orquesta De Mexico | Danzones | 10 | Mi Consuelo Es Amarte | MX | Amazon |
| Orquesta De Mexico | Danzones | 11 | Acayucan | MX | Amazon |
| Orquesta De Mexico | Danzones | 12 | Pulque Para Todos | MX | Amazon |
| Palmera Tropical De Jesus Palmas | El Pollito Contra El Patito Blanco | 1 | De Toluca Al California (En Vivo) | MX | Amazon |
| Palmera Tropical De Jesus Palmas | El Pollito Contra El Patito Blanco | 2 | El Patito Blanco (En Vivo) | MX | Amazon |

| Palmera Tropical De Jesus Palmas | El Pollito Contra El Patito Blanco | 3 | El Pollito (En Vivo) | MX | Amazon |
|---|---|---|---|---|---|
| Palmera Tropical De Jesus Palmas | El Pollito Contra El Patito Blanco | 4 | Nina Bonita (En Vivo) | MX | Amazon |
| Palmera Tropical De Jesus Palmas | El Pollito Contra El Patito Blanco | 5 | Ha Chalmita (En Vivo) | MX | Amazon |
| Palmera Tropical De Jesus Palmas | El Pollito Contra El Patito Blanco | 6 | Triste Carita (En Vivo) | MX | Amazon |
| Palmera Tropical De Jesus Palmas | El Pollito Contra El Patito Blanco | 7 | La Arana De Teresa (En Vivo) | MX | Amazon |
| Palmera Tropical De Jesus Palmas | El Pollito Contra El Patito Blanco | 8 | Silvia (En Vivo) | MX | Amazon |
| Palmera Tropical De Jesus Palmas | El Pollito Contra El Patito Blanco | 9 | Cumbia Sampuesana (En Vivo) | MX | Amazon |
| Palmera Tropical De Jesus Palmas | El Pollito Contra El Patito Blanco | 10 | Marili (En Vivo) | MX | Amazon |
| Palmera Tropical De Jesus Palmas | El Pollito Contra El Patito Blanco | 11 | Lindas Toluquenas (En Vivo) | MX | Amazon |
| Palmera Tropical De Jesus Palmas | El Pollito Contra El Patito Blanco | 12 | La Burra Tuerta (En Vivo) | MX | Amazon |
| Palmera Tropical De Jesus Palmas | El Pollito Contra El Patito Blanco | 13 | Margarita (En Vivo) | MX | Amazon |
| Palmera Tropical De Jesus Palmas | El Pollito Contra El Patito Blanco | 14 | Sin Basilada (En Vivo) | MX | Amazon |
| Palmera Tropical De Jesus Palmas | El Pollito Contra El Patito Blanco | 15 | Granito De Sal (En Vivo) | MX | Amazon |
| Palmera Tropical De Jesus Palmas | El Pollito Contra El Patito Blanco | 16 | La Cumbia De Los Pobres (En Vivo) | MX | Amazon |
| Palmera Tropical De Jesus Palmas | El Pollito Contra El Patito Blanco | 17 | El Arrolluelo (En Vivo) | MX | Amazon |
| Palmera Tropical De Jesus Palmas | El Pollito Contra El Patito Blanco | 18 | Jalaclaco (En Vivo) | MX | Amazon |
| Pifas Y Su Toque Sabroson | Dos En Uno | 1 | La Gaviota | MX | Amazon |
| Pifas Y Su Toque Sabroson | Dos En Uno | 2 | Monterrey | MX | Amazon |
| Pifas Y Su Toque Sabroson | Dos En Uno | 3 | Paloma Blanca | MX | Amazon |
| Pifas Y Su Toque Sabroson | Dos En Uno | 4 | Coyote Invalido | MX | Amazon |
| Pifas Y Su Toque Sabroson | Dos En Uno | 5 | Macondo | MX | Amazon |
| Pifas Y Su Toque Sabroson | Dos En Uno | 6 | Porque Te Vas | MX | Amazon |
| Pifas Y Su Toque Sabroson | Dos En Uno | 7 | Le Pones Jorge Al Nino | MX | Amazon |
| Pifas Y Su Toque Sabroson | Dos En Uno | 8 | Que Me Coma El Tiburon | MX | Amazon |
| Pifas Y Su Toque Sabroson | Dos En Uno | 9 | En Aquel Lugar | MX | Amazon |
| Pifas Y Su Toque Sabroson | Dos En Uno | 10 | Se Vende Mi Casa | MX | Amazon |
| Pifas Y Su Toque Sabroson | Dos En Uno | 11 | El Flaco De Oro | MX | Amazon |
| Pifas Y Su Toque Sabroson | Dos En Uno | 12 | Mi Juguete | MX | Amazon |
| Pifas Y Su Toque Sabroson | Dos En Uno | 13 | La Tremenda Cruda | MX | Amazon |
| Pifas Y Su Toque Sabroson | Dos En Uno | 14 | Si Supiera Ella | MX | Amazon |
| Pifas Y Su Toque Sabroson | Dos En Uno | 15 | Vamonos Al Baile | MX | Amazon |
| Pifas Y Su Toque Sabroson | Dos En Uno | 16 | Que Casualidad | MX | Amazon |
| Pifas Y Su Toque Sabroson | Dos En Uno | 17 | La Yaquesita | MX | Amazon |
| Pifas Y Su Toque Sabroson | Dos En Uno | 18 | Karina | MX | Amazon |
| Pifas Y Su Toque Sabroson | Dos En Uno | 19 | Mi Mala Suerte | MX | Amazon |
| Pifas Y Su Toque Sabroson | Dos En Uno | 20 | El Que Murio Murio | MX | Amazon |
| Pifas Y Su Toque Sabroson | Dos En Uno | 21 | Tristemente Loraras | MX | Amazon |
| Roger Y Su Extremo Digital | Dos En Uno | 1 | La Mojarrita | MX | Amazon |
| Roger Y Su Extremo Digital | Dos En Uno | 2 | Aguita De Coco | MX | Amazon |
| Roger Y Su Extremo Digital | Dos En Uno | 3 | Te Hubieras Muerto | MX | Amazon |
| Roger Y Su Extremo Digital | Dos En Uno | 4 | El Cafetal | MX | Amazon |
| Roger Y Su Extremo Digital | Dos En Uno | 5 | Palito De Guayacan | MX | Amazon |
| Roger Y Su Extremo Digital | Dos En Uno | 6 | El Bombon | MX | Amazon |
| Roger Y Su Extremo Digital | Dos En Uno | 7 | El Cuartetazo | MX | Amazon |
| Roger Y Su Extremo Digital | Dos En Uno | 8 | El Tao Tao | MX | Amazon |
| Roger Y Su Extremo Digital | Dos En Uno | 9 | La Palma De Coco / Prende El Foco / | MX | Amazon |
| Roger Y Su Extremo Digital | Dos En Uno | 10 | Nectar De Manzana | MX | Amazon |
| Roger Y Su Extremo Digital | Dos En Uno | 11 | Matando Al Gusano | MX | Amazon |
| Roger Y Su Extremo Digital | Dos En Uno | 12 | Meneando La Batea | MX | Amazon |

| | | | | |
|---|---|---|---|---|
| Roger Y Su Extremo Digital | Dos En Uno | 13 Dame Que Quiero Gozar | MX | Amazon |
| Roger Y Su Extremo Digital | Dos En Uno | 14 Bomboncito | MX | Amazon |
| Roger Y Su Extremo Digital | Dos En Uno | 15 Juguito De Naranja | MX | Amazon |
| Roger Y Su Extremo Digital | Dos En Uno | 16 Mambo Gozalo | MX | Amazon |
| Roger Y Su Extremo Digital | Dos En Uno | 17 Mas Que Tu Amigo | MX | Amazon |
| Roger Y Su Extremo Digital | Dos En Uno | 18 El Pescador | MX | Amazon |
| Roger Y Su Extremo Digital | Dos En Uno | 19 Soca Y Rumba | MX | Amazon |
| Roger Y Su Extremo Digital | Dos En Uno | 20 La Caminera | MX | Amazon |
| Roger Y Su Extremo Digital | Dos En Uno | 21 Que Siga La Fiesta | MX | Amazon |
| Various Artists | Grupos Del Recuerdo | 1 Ya Me Voy | MX | Amazon |
| Various Artists | Grupos Del Recuerdo | 2 Cruel Separacion | MX | Amazon |
| Various Artists | Grupos Del Recuerdo | 3 El Perdedor | MX | Amazon |
| Various Artists | Grupos Del Recuerdo | 4 Te Vas Te Vas | MX | Amazon |
| Various Artists | Grupos Del Recuerdo | 5 Enamorado II | MX | Amazon |
| Various Artists | Grupos Del Recuerdo | 6 Amor Reciprocolo | MX | Amazon |
| Various Artists | Grupos Del Recuerdo | 7 Suena | MX | Amazon |
| Various Artists | Grupos Del Recuerdo | 8 Es Verdad | MX | Amazon |
| Various Artists | Grupos Del Recuerdo | 9 Hagamos Un Trato | MX | Amazon |
| Various Artists | Grupos Del Recuerdo | 10 Granito De Oro | MX | Amazon |
| Various Artists | Grupos Del Recuerdo | 11 Te Quiero | MX | Amazon |
| Various Artists | Grupos Del Recuerdo | 12 Te He Llorado Tanto | MX | Amazon |
| Various Artists | Grupos Del Recuerdo | 13 Tu Recuerdo Y Yo | MX | Amazon |
| Various Artists | Grupos Del Recuerdo | 14 Y Ahora Para Que | MX | Amazon |
| Various Artists | Grupos Del Recuerdo | 15 Como Tu Quieras Que Fuera | MX | Amazon |
| Various Artists | Grupos Del Recuerdo | 16 Ruego A Dios | MX | Amazon |
| Various Artists | Grupos Del Recuerdo | 17 Lloraremos Juntos | MX | Amazon |
| Various Artists | Grupos Del Recuerdo | 18 Cuando Estas Junto A Mi | MX | Amazon |
| Various Artists | Grupos Del Recuerdo | 19 Hay Corazones | MX | Amazon |
| Various Artists | Grupos Del Recuerdo | 20 Mi Pecado | MX | Amazon |
| Various Artists | Los Grandes De La Costa Vol. 1 | 1 Cuando Yo Muera | MX | Amazon |
| Various Artists | Los Grandes De La Costa Vol. 1 | 2 La Muerte De Maryli | MX | Amazon |
| Various Artists | Los Grandes De La Costa Vol. 1 | 3 Quel Momento Triste | MX | Amazon |
| Various Artists | Los Grandes De La Costa Vol. 1 | 4 Flor De Guerrero | MX | Amazon |
| Various Artists | Los Grandes De La Costa Vol. 1 | 5 Tu Recuerdo Y Yo | MX | Amazon |
| Various Artists | Los Grandes De La Costa Vol. 1 | 6 El Desquebrajado | MX | Amazon |
| Various Artists | Los Grandes De La Costa Vol. 1 | 7 Regalo Equivocado | MX | Amazon |
| Various Artists | Los Grandes De La Costa Vol. 1 | 8 El Mensaje | MX | Amazon |
| Various Artists | Los Grandes De La Costa Vol. 1 | 9 Cabeza De Hacha | MX | Amazon |
| Various Artists | Los Grandes De La Costa Vol. 1 | 10 Que Te Vaya Bien | MX | Amazon |
| Various Artists | Los Grandes De La Costa Vol. 1 | 11 Juguito De Uva | MX | Amazon |
| Various Artists | Los Grandes De La Costa Vol. 1 | 12 Te Vas Te Vas | MX | Amazon |
| Various Artists | Los Grandes De La Costa Vol. 1 | 13 La Rumba De Mi Novia | MX | Amazon |
| Various Artists | Los Grandes De La Costa Vol. 1 | 14 Merequetengue A Huetamo | MX | Amazon |
| Various Artists | Los Grandes De La Costa Vol. 1 | 15 Es Muy Libre Tu Camino | MX | Amazon |
| Various Artists | Los Grandes De La Costa Vol. 1 | 16 Region Hermosa | MX | Amazon |
| Various Artists | Los Grandes De La Costa Vol. 1 | 17 Mi Linda Esposa | MX | Amazon |
| Various Artists | Los Grandes De La Costa Vol. 1 | 18 Tu Nunca Me Miras | MX | Amazon |
| Yuriko All-Stars | 16 Exitos Con Marimba | 1 El Ascensor | MX | Amazon |
| Yuriko All-Stars | 16 Exitos Con Marimba | 2 El Africano | MX | Amazon |

| | | | | | |
|---|---|---|---|---|---|
| Yuriko All-Stars | 16 Exitos Con Marimba | 3 | Un Mundo Raro | MX | Amazon |
| Yuriko All-Stars | 16 Exitos Con Marimba | 4 | Y Por Esa Calle Vive | MX | Amazon |
| Yuriko All-Stars | 16 Exitos Con Marimba | 5 | La Pollera Colorada | MX | Amazon |
| Yuriko All-Stars | 16 Exitos Con Marimba | 6 | Mi Destino Fue Quererte | MX | Amazon |
| Yuriko All-Stars | 16 Exitos Con Marimba | 7 | Vestida De Color De Rosa | MX | Amazon |
| Yuriko All-Stars | 16 Exitos Con Marimba | 8 | Luna De Xelaju | MX | Amazon |
| Yuriko All-Stars | 16 Exitos Con Marimba | 9 | El Zancudito Loco | MX | Amazon |
| Yuriko All-Stars | 16 Exitos Con Marimba | 10 | El Buey De La Barranca | MX | Amazon |
| Yuriko All-Stars | 16 Exitos Con Marimba | 11 | Ton's Que Mami | MX | Amazon |
| Yuriko All-Stars | 16 Exitos Con Marimba | 12 | La Nina De Guatemala | MX | Amazon |
| Yuriko All-Stars | 16 Exitos Con Marimba | 13 | Catalina Le Pego | MX | Amazon |
| Yuriko All-Stars | 16 Exitos Con Marimba | 14 | Yo | MX | Amazon |
| Yuriko All-Stars | 16 Exitos Con Marimba | 15 | Luna Azul | MX | Amazon |
| Yuriko All-Stars | 16 Exitos Con Marimba | 16 | Collar De Perlas | MX | Amazon |
| EL Pollo Estevan Y SU Grupo Pegasso | Nueva Vida | 1 | Muchas Razones | MX | Amazon |
| EL Pollo Estevan Y SU Grupo Pegasso | Nueva Vida | 2 | Hoy Recorde | MX | Amazon |
| EL Pollo Estevan Y SU Grupo Pegasso | Nueva Vida | 3 | Dime Por Que | MX | Amazon |
| EL Pollo Estevan Y SU Grupo Pegasso | Nueva Vida | 4 | Parches | MX | Amazon |
| EL Pollo Estevan Y SU Grupo Pegasso | Nueva Vida | 5 | No Soy Yo | MX | Amazon |
| EL Pollo Estevan Y SU Grupo Pegasso | Nueva Vida | 6 | Estoy Enamorado | MX | Amazon |
| EL Pollo Estevan Y SU Grupo Pegasso | Nueva Vida | 7 | Atras De La Raya | MX | Amazon |
| EL Pollo Estevan Y SU Grupo Pegasso | Nueva Vida | 8 | Un recuerdo De Ayer | MX | Amazon |
| EL Pollo Estevan Y SU Grupo Pegasso | Nueva Vida | 9 | Ya Me Voy | MX | Amazon |
| EL Pollo Estevan Y SU Grupo Pegasso | Nueva Vida | 10 | Historia De Amor | MX | Amazon |
| La Brisa | Dos En Uno | 1 | Te Vas O Te Quedas | MX | Amazon |
| La Brisa | Dos En Uno | 2 | El Rayo Veloz | MX | Amazon |
| La Brisa | Dos En Uno | 3 | Paloma | MX | Amazon |
| La Brisa | Dos En Uno | 4 | El Penal De la Loma | MX | Amazon |
| La Brisa | Dos En Uno | 5 | Enamorado De Ti | MX | Amazon |
| La Brisa | Dos En Uno | 6 | Que Bonita Chaparrita | MX | Amazon |
| La Brisa | Dos En Uno | 7 | Los Alambrados | MX | Amazon |
| La Brisa | Dos En Uno | 8 | Y Por Esa Calle Vive | MX | Amazon |
| La Brisa | Dos En Uno | 9 | Cosecho | MX | Amazon |
| La Brisa | Dos En Uno | 10 | Rosa De Castilla | MX | Amazon |
| La Brisa | Dos En Uno | 11 | El Tercer Jalon | MX | Amazon |
| La Brisa | Dos En Uno | 12 | Ritmo Caliente | MX | Amazon |
| La Brisa | Dos En Uno | 13 | La Unica Estrella | MX | Amazon |
| La Brisa | Dos En Uno | 14 | Lucio Vazquez | MX | Amazon |
| La Brisa | Dos En Uno | 15 | A Veces Recuerdo | MX | Amazon |
| La Brisa | Dos En Uno | 16 | Cantinero | MX | Amazon |
| La Brisa | Dos En Uno | 17 | Una Pagina Mas | MX | Amazon |
| La Brisa | Dos En Uno | 18 | Nada De Estar Triste | MX | Amazon |
| La Brisa | Dos En Uno | 19 | La Luz De Un Farol | MX | Amazon |
| La Brisa | Dos En Uno | 20 | Falsa Moneda | MX | Amazon |
| La Brisa | Dos En Uno | 21 | Paloma Errante | MX | Amazon |
| La Brisa | Dos En Uno | 22 | Sabes Que Sufro | MX | Amazon |
| La Brisa | Dos En Uno | 23 | Contrabando En La Sierra | MX | Amazon |
| La Brisa | Dos En Uno | 24 | Cuando Te Despediste | MX | Amazon |
| Andres "El Guero" Landeros | 12 Grandes Exitos Con Banda | 1 | Pa' Que Y Por Que | MX | Amazon |

| Andres "El Guero" Landeros | 12 Grandes Exitos Con Banda | 2 Los Girasoles | MX | Amazon |
|---|---|---|---|---|
| Andres "El Guero" Landeros | 12 Grandes Exitos Con Banda | 3 Besame Y Olvidame | MX | Amazon |
| Andres "El Guero" Landeros | 12 Grandes Exitos Con Banda | 4 Por Un Agujerito | MX | Amazon |
| Andres "El Guero" Landeros | 12 Grandes Exitos Con Banda | 5 Asi | MX | Amazon |
| Andres "El Guero" Landeros | 12 Grandes Exitos Con Banda | 6 Cuando Llegue El Momento | MX | Amazon |
| Andres "El Guero" Landeros | 12 Grandes Exitos Con Banda | 7 Por Tal De Que Seas Feliz | MX | Amazon |
| Andres "El Guero" Landeros | 12 Grandes Exitos Con Banda | 8 Besito Sabroso | MX | Amazon |
| Andres "El Guero" Landeros | 12 Grandes Exitos Con Banda | 9 Tu Dulce Nombre | MX | Amazon |
| Andres "El Guero" Landeros | 12 Grandes Exitos Con Banda | 10 Que Quieres Que Haga | MX | Amazon |
| Andres "El Guero" Landeros | 12 Grandes Exitos Con Banda | 11 Que Me Entierren Con Botellas | MX | Amazon |
| Andres "El Guero" Landeros | 12 Grandes Exitos Con Banda | 12 Pero Se Fue | MX | Amazon |
| Andres "El Guero" Landeros | De Puro Milagro | 1 La Tumba Sera El Final | MX | Amazon |
| Andres "El Guero" Landeros | De Puro Milagro | 2 Risa Me Causa | MX | Amazon |
| Andres "El Guero" Landeros | De Puro Milagro | 3 Lagrimas Del Alma | MX | Amazon |
| Andres "El Guero" Landeros | De Puro Milagro | 4 Mal Pagadora | MX | Amazon |
| Andres "El Guero" Landeros | De Puro Milagro | 5 Mas De Mil Besos | MX | Amazon |
| Andres "El Guero" Landeros | De Puro Milagro | 6 Empate De Amor | MX | Amazon |
| Andres "El Guero" Landeros | De Puro Milagro | 7 Que Te Perdone El Diablo | MX | Amazon |
| Andres "El Guero" Landeros | De Puro Milagro | 8 Mi Ranchito | MX | Amazon |
| Andres "El Guero" Landeros | De Puro Milagro | 9 Sin Mentiras | MX | Amazon |
| Andres "El Guero" Landeros | De Puro Milagro | 10 Tu Castigo | MX | Amazon |
| Banda Cuisillos | 15 Canonazos | 1 Yo No Fui | MX | Amazon |
| Banda Cuisillos | 15 Canonazos | 2 Motivos | MX | Amazon |
| Banda Cuisillos | 15 Canonazos | 3 Corazon Magico | MX | Amazon |
| Banda Cuisillos | 15 Canonazos | 4 No Me Vuelvo A Enamorar | MX | Amazon |
| Banda Cuisillos | 15 Canonazos | 5 Anoche Sone | MX | Amazon |
| Banda Cuisillos | 15 Canonazos | 6 Lo Que Te Queda | MX | Amazon |
| Banda Cuisillos | 15 Canonazos | 7 Recuerdame Bonito | MX | Amazon |
| Banda Cuisillos | 15 Canonazos | 8 Esta Cobardia | MX | Amazon |
| Banda Cuisillos | 15 Canonazos | 9 Derrumbes | MX | Amazon |
| Banda Cuisillos | 15 Canonazos | 10 Aunque Te Enamores | MX | Amazon |
| Banda Cuisillos | 15 Canonazos | 11 Te He Prometido | MX | Amazon |
| Banda Cuisillos | 15 Canonazos | 12 La Vi Estrenando Novio | MX | Amazon |
| Banda Cuisillos | 15 Canonazos | 13 El Horoscopo | MX | Amazon |
| Banda Cuisillos | 15 Canonazos | 14 Mi Razon | MX | Amazon |
| Banda Cuisillos | 15 Canonazos | 15 Par De Anillos | MX | Amazon |
| Banda La Robleda | Mi Razon | 1 La Cuca | MX | Amazon |
| Banda La Robleda | Mi Razon | 2 Derrumbes | MX | Amazon |
| Banda La Robleda | Mi Razon | 3 Carcel De Oro | MX | Amazon |
| Banda La Robleda | Mi Razon | 4 Por Cobarde | MX | Amazon |
| Banda La Robleda | Mi Razon | 5 Amargo Dolor | MX | Amazon |
| Banda La Robleda | Mi Razon | 6 Mi Razon | MX | Amazon |
| Banda La Robleda | Mi Razon | 7 El Toro Cuatezon | MX | Amazon |
| Banda La Robleda | Mi Razon | 8 No Me Vuelvo A Enamorar | MX | Amazon |
| Banda La Robleda | Mi Razon | 9 La Viuda | MX | Amazon |
| Banda La Robleda | Mi Razon | 10 Entrega Apasionada | MX | Amazon |
| El Barzon | Al Que Le Duele Le Duele | 1 Al Que Le Duele Le Duele | MX | Amazon |
| El Barzon | Al Que Le Duele Le Duele | 2 Porque Volviste A Mi | MX | Amazon |
| El Barzon | Al Que Le Duele Le Duele | 3 El Altarcito | MX | Amazon |

| | | | | | |
|---|---|---|---|---|---|
| El Barzon | Al Que Le Duele Le Duele | 4 | Ingratos Ojos Mios | MX | Amazon |
| El Barzon | Al Que Le Duele Le Duele | 5 | Y Dicen | MX | Amazon |
| El Barzon | Al Que Le Duele Le Duele | 6 | Veinte Anos | MX | Amazon |
| El Barzon | Al Que Le Duele Le Duele | 7 | Besos Besitos | MX | Amazon |
| El Barzon | Al Que Le Duele Le Duele | 8 | Nuestro Amor No Morira | MX | Amazon |
| El Barzon | Al Que Le Duele Le Duele | 9 | Punales De Fuego | MX | Amazon |
| El Barzon | Al Que Le Duele Le Duele | 10 | El Pavido Navido | MX | Amazon |
| El Nenorro | Nenorreando | 1 | El Piojo y La Pulga | MX | Amazon |
| El Nenorro | Nenorreando | 2 | La Mosca Muerta | MX | Amazon |
| El Nenorro | Nenorreando | 3 | Y Tu Paleta | MX | Amazon |
| El Nenorro | Nenorreando | 4 | El Chile Verde | MX | Amazon |
| El Nenorro | Nenorreando | 5 | El Ranchero Chido | MX | Amazon |
| El Nenorro | Nenorreando | 6 | La Risa De Las Vocales | MX | Amazon |
| El Nenorro | Nenorreando | 7 | Con Zapatos De Tacon | MX | Amazon |
| El Nenorro | Nenorreando | 8 | El Chamaco Moderno | MX | Amazon |
| El Nenorro | Nenorreando | 9 | Buscando Novia | MX | Amazon |
| El Nenorro | Nenorreando | 10 | Guero Guerinche | MX | Amazon |
| Los Potrillos Del Norte | Ni La Distancia Ni El Vino | 1 | Ni La Distancia Ni El Vino | MX | Amazon |
| Los Potrillos Del Norte | Ni La Distancia Ni El Vino | 2 | Pero Que Necesidad | MX | Amazon |
| Los Potrillos Del Norte | Ni La Distancia Ni El Vino | 3 | No Pidas Mas Perdon | MX | Amazon |
| Los Potrillos Del Norte | Ni La Distancia Ni El Vino | 4 | La Noche De Mi Mal | MX | Amazon |
| Los Potrillos Del Norte | Ni La Distancia Ni El Vino | 5 | Otra Vez | MX | Amazon |
| Los Potrillos Del Norte | Ni La Distancia Ni El Vino | 6 | No Estes Triste | MX | Amazon |
| Los Potrillos Del Norte | Ni La Distancia Ni El Vino | 7 | Casos Curiosos | MX | Amazon |
| Los Potrillos Del Norte | Ni La Distancia Ni El Vino | 8 | Ni La Distancia | MX | Amazon |
| Los Potrillos Del Norte | Ni La Distancia Ni El Vino | 9 | A Mi Viejo | MX | Amazon |
| Los Potrillos Del Norte | Ni La Distancia Ni El Vino | 10 | Como Olvidar | MX | Amazon |
| Los Primos De Durango | Nostalgia Duranguense | 1 | Pero Esa Vez Llore | MX | Amazon |
| Los Primos De Durango | Nostalgia Duranguense | 2 | En La Estacion | MX | Amazon |
| Los Primos De Durango | Nostalgia Duranguense | 3 | Tocando Fondo | MX | Amazon |
| Los Primos De Durango | Nostalgia Duranguense | 4 | Mi Corazon Es Un Gitano | MX | Amazon |
| Los Primos De Durango | Nostalgia Duranguense | 5 | Dos Botellas De Mezcal | MX | Amazon |
| Los Primos De Durango | Nostalgia Duranguense | 6 | Lamento De Amor | MX | Amazon |
| Los Primos De Durango | Nostalgia Duranguense | 7 | Me Gusta Como Eres | MX | Amazon |
| Los Primos De Durango | Nostalgia Duranguense | 8 | Mi Vicente Guerrero | MX | Amazon |
| Los Primos De Durango | Nostalgia Duranguense | 9 | Frente A Frente | MX | Amazon |
| Los Primos De Durango | Nostalgia Duranguense | 10 | Pirata | MX | Amazon |
| Los Sagitarios | Mil Cadenas | 1 | Mil Cadenas | MX | Amazon |
| Los Sagitarios | Mil Cadenas | 2 | Asi | MX | Amazon |
| Los Sagitarios | Mil Cadenas | 3 | Los Girasoles | MX | Amazon |
| Los Sagitarios | Mil Cadenas | 4 | A Manos Llenas | MX | Amazon |
| Los Sagitarios | Mil Cadenas | 5 | Se Fue Mi Prietita | MX | Amazon |
| Los Sagitarios | Mil Cadenas | 6 | Corazon Ciego | MX | Amazon |
| Los Sagitarios | Mil Cadenas | 7 | El Recuerdo Que Me Queda | MX | Amazon |
| Los Sagitarios | Mil Cadenas | 8 | Dos Almas | MX | Amazon |
| Los Sagitarios | Mil Cadenas | 9 | Fui Tu Juguete | MX | Amazon |
| Los Sagitarios | Mil Cadenas | 10 | Recuerdos De Ipacarai | MX | Amazon |

# EXHIBIT C

| SONG TITTLE | ARTIST | SR | LINK |
|---|---|---|---|
| El Patiecito | La Nobleza De Aguililla | SR0000638659 | https://www.youtube.com/watch?v=XcXLN9aOWSY |
| Olvidame | La Nobleza De Aguililla | SR0000638659 | https://www.youtube.com/watch?v=OfOFrjsrQQc |
| Digane A Ella | Los Mier | SR0000136458 | https://www.youtube.com/watch?v=ss3Np-hclmU |
| Mi Destino Fue Quererte | Los Mier | SR0000136458 | https://www.youtube.com/watch?v=JI5Sjh1wIGo |
| Si Me Dejaras Habitar Tu Corazon | Los Mier | SR0000136458 | https://www.youtube.com/watch?v=cYW5KChUmic |
| Nunca Te Vallas | Los Mier | SR0000136458 | https://www.youtube.com/watch?v=ihgcBf_rvBl |
| Yo Soy Aquel | Los Dinnos Aurios | SR0000218640 | https://www.youtube.com/watch?v=R7tL41awZEo |
| Caminare | Los Dinnos Aurios | SR0000218640 | https://www.youtube.com/watch?v=utyi9EjycCg |
| Si La Ven | Max | SR0000237033 | https://www.youtube.com/watch?v=1XNSoXatKUs |
| Como Han Pasado Los Anos | Max | SR0000237033 | https://www.youtube.com/watch?v=Fyfwic0UPag |
| Dulces Besos | Volcan | SR0000241273 | https://www.youtube.com/watch?v=moQfXFO5XVQ |
| Popurri Tropical | Marito Rivera y su grupo Bravo | SR0000245586 | https://www.youtube.com/watch?v=AYPf-XrZGRU |
| Vamos A Bailar Merengue | Marito Rivera y su grupo Bravo | SR0000245586 | https://www.youtube.com/watch?v=15nU19kGWWo |
| Sentado A La Vera Del Camino | Marito Rivera y su grupo Bravo | SR0000245586 | https://www.youtube.com/watch?v=paRlqri2lFA |
| Vale Mas la Calidad | Las Lluvias Del Norte | SR0000245590 | https://www.youtube.com/watch?v=ybkBPLCj4Nl |
| Las Dos Hermanas | Las Lluvias Del Norte | SR0000245590 | https://www.youtube.com/watch?v=H9ojDPESLYs |
| Vamos Al Rodeo | Las Lluvias Del Norte | SR0000245590 | https://www.youtube.com/watch?v=mglCOytcr8U |
| Alla En Plateros | Las Lluvias Del Norte | SR0000245590 | https://www.youtube.com/watch?v=F9RgMJhc654 |
| Las Pleves | Las Lluvias Del Norte | SR0000245590 | https://www.youtube.com/watch?v=FnXbCqTz_Uw |
| La Voz Del Amor | Las Lluvias Del Norte | SR0000245590 | https://www.youtube.com/watch?v=BR1R5WphqxE |
| Liberacion Femenina | Las Lluvias Del Norte | SR0000245590 | https://www.youtube.com/watch?v=9KfAHW2B_PE |
| Norteno Y Banda | Las Lluvias Del Norte | SR0000245590 | https://www.youtube.com/watch?v=NniD-EncHmk |
| No Te Vayas | Las Lluvias Del Norte | SR0000245590 | https://www.youtube.com/watch?v=Fb78krcYFTc |
| Bailar Con Usted | Las Lluvias Del Norte | SR0000245590 | https://www.youtube.com/watch?v=6bnsRGFyFiA |
| El Fantasma Del Bus | Los Bondadosos | SR0000245604 | https://www.youtube.com/watch?v=gT7IAPXMDQU |
| Ingratitud | Los Coroneles De Nuevo Leon | SR0000250232 | https://www.youtube.com/watch?v=1fhqwE05Dn0 |
| Si Tus Besos Se Van | Los Coroneles De Nuevo Leon | SR0000250232 | https://www.youtube.com/watch?v=-w-8HIP5AOh8 |
| Desilusion | Los Coroneles De Nuevo Leon | SR0000250232 | https://www.youtube.com/watch?v=mEnCu8IVL1o |
| Con El Agua Hasta El Cuello | Los Coroneles De Nuevo Leon | SR0000250232 | https://www.youtube.com/watch?v=0JYaBpdOlxg |
| Quiereme, Quiereme | Los Vidrios | SR0000251323 | https://www.youtube.com/watch?v=Yv3GWq9-TbU |
| Chupame Dracula | Sherif Alarcon | SR0000251324 | https://www.youtube.com/watch?v=dUFeWaUkYMM |
| La Basurita | Sherif Alarcon | SR0000251324 | https://www.youtube.com/watch?v=8Zw8lE-W7V4 |
| Que Tiene El Burro | Sherif Alarcon | SR0000251324 | https://www.youtube.com/watch?v=AYYvK8E1hvc |
| Popurri Norteno | Sherif Alarcon | SR0000251324 | https://www.youtube.com/watch?v=kcErSkCaI98 |
| Quien Se La Llevo | Kobrizo | SR0000253351 | https://www.youtube.com/watch?v=TsVlf-iOOgo |
| A Cambio De Que | Kobrizo | SR0000253351 | https://www.youtube.com/watch?v=yxCNQbQ0aOc |
| A Que Regresas Hoy | Kobrizo | SR0000253351 | https://www.youtube.com/watch?v=Mar7ignRJ1A |
| Solos | Los Dinnos Aurios | SR0000255989 | https://www.youtube.com/watch?v=6hdZWbfUwc0 |
| Me Duele | Los Dinnos Aurios | SR0000255989 | https://www.youtube.com/watch?v=1yytEwR3res |
| Quiero Amanecer | Los Dinnos Aurios | SR0000255989 | https://www.youtube.com/watch?v=PdxYC4vLc64 |
| A Medio Metro | Los Dinnos Aurios | SR0000255989 | https://www.youtube.com/watch?v=h3YuS-GeMNc |
| De Que Sirvio | Los Dinnos Aurios | SR0000255989 | https://www.youtube.com/watch?v=xROqCMTINXs |
| Aque Chofer | Los Dinnos Aurios | SR0000255989 | https://www.youtube.com/watch?v=C6Dbx1pTyZM |
| Cuando Decimos A Un Amor Adios | Los Fantasmas del Caribe | SR0000256000 | https://www.youtube.com/watch?v=XnlokfJ__8M |
| La Vi Llorando | Maney Y Su Grupo | SR0000256012 | https://www.youtube.com/watch?v=nzoM5mwrrfo |
| Cacheteadito | Maney Y Su Grupo | SR0000256012 | https://www.youtube.com/watch?v=_olYLuJrfvc |
| Bikini Colorado | Maney Y Su Grupo | SR0000256012 | https://www.youtube.com/watch?v=AGrnlBh47-8 |
| Sabor A Mi Tierra | Maney Y Su Grupo | SR0000256012 | https://www.youtube.com/watch?v=qYhvygzjLkl |
| El Doctor Simon | Maney Y Su Grupo | SR0000256012 | https://www.youtube.com/watch?v=jbDBrOV9e1k |
| Senor Pasajero | Los Alegres de Teran | SR0000259023 | https://www.youtube.com/watch?v=jSGQ-qA3TV4 |
| Sufriendo Y Llorando | Los Alegres de Teran | SR0000259023 | https://www.youtube.com/watch?v=iIyDc7whrnXY |
| Encadenada | Los Alegres de Teran | SR0000259023 | https://www.youtube.com/watch?v=QJZ_Ylc5Rf8 |
| Ojitos Sonadores | Los Alegres de Teran | SR0000259023 | https://www.youtube.com/watch?v=P9OCUOs3ZGQ |

| | | | |
|---|---|---|---|
| Las Uvas | Los Alegres de Teran | SR0000259023 | https://www.youtube.com/watch?v=dm6Rfiqjp0s |
| Lastima | La Fuga | SR0000264530 | https://www.youtube.com/watch?v=soHNyRq7IjM |
| Rama Seca | La Fuga | SR0000264530 | https://www.youtube.com/watch?v=sklb71oBttY |
| Gato Loco | Nevada | SR0000264542 | https://www.youtube.com/watch?v=BIngpId8rQs |
| Trata De Olvidarla | Nevada | SR0000264542 | https://www.youtube.com/watch?v=IwbEAmG8sfU |
| Un Pedacito De Amor | Kristy Y Su Sonora | SR0000268866 | https://www.youtube.com/watch?v=9eZVe41YxUQ |
| Amor Locutor | Kristy Y Su Sonora | SR0000268866 | https://www.youtube.com/watch?v=fUsqWwqaJQw |
| Con Una Lagrima En La Garganta | Kristy Y Su Sonora | SR0000268866 | https://www.youtube.com/watch?v=LdZBqHpk4sU |
| Llorando Por Dentro | Los Filis | SR0000269508 | https://www.youtube.com/watch?v=NGe2vXCGWL0 |
| Que Bella Sorpresa | Los Rodarte | SR0000275187 | https://www.youtube.com/watch?v=FJcoppZN-Uw |
| Que Te Entierren En Mi Cama | Los Rodarte | SR0000275187 | https://www.youtube.com/watch?v=tLPDEE_Z70c |
| Pobrecita De Mi Alma | Los Rodarte | SR0000275187 | https://www.youtube.com/watch?v=KVWNxT_PAVo |
| Pichamela | Los Rodarte | SR0000275187 | https://www.youtube.com/watch?v=Y3i6o-RABkY |
| Por Que Llegaste | Los Rodarte | SR0000275187 | https://www.youtube.com/watch?v=Kn-k5KM2zXY |
| Te Estuve Sonando | Los Rodarte | SR0000275187 | https://www.youtube.com/watch?v=8W9ooeT8TIU |
| Ya No Tengo Corazon | Los Rodarte | SR0000275187 | https://www.youtube.com/watch?v=KMiZzM4FWGo |
| El Estilo Mexicano | Los Rodarte | SR0000275187 | https://www.youtube.com/watch?v=JdTv3reOM18 |
| El Bikini Colorado | Los Rodarte | SR0000275187 | https://www.youtube.com/watch?v=pMhR2q0pSPo |
| Cuidado Corazon | Los Rodarte | SR0000275187 | https://www.youtube.com/watch?v=LBA5ZybcQ20 |
| Llego Borracho El Borracho | Los Rodarte | SR0000275187 | https://www.youtube.com/watch?v=A8XEcFWitgs |
| Amor Perdoname | Los Rodarte | SR0000275187 | https://www.youtube.com/watch?v=P6u8aWKnDmA |
| 30 Anos | Los Rodarte | SR0000275187 | https://www.youtube.com/watch?v=X6UPfEv5rQU |
| Verdad Que Duele | Los del Barrio | SR0000278461 | https://www.youtube.com/watch?v=hhvGCP45REc |
| Lo Callare | Los del Barrio | SR0000278461 | https://www.youtube.com/watch?v=19QoFHa45i0 |
| Acariciame | Los Filis | SR0000279917 | https://www.youtube.com/watch?v=ZOHVkzHBtto |
| Solo Con Amor | Los Filis | SR0000279917 | https://www.youtube.com/watch?v=D1mvmT6_tOo |
| Nacio De Mujer | Los Filis | SR0000279917 | https://www.youtube.com/watch?v=MgpEeHZ0emI |
| No Se Si Es Amor | Priscila y Sus Balas de Plata | SR0000228139 | https://www.youtube.com/watch?v=3OaTaBXZXFU |
| No Se Si Es Amor | Priscila y Sus Balas de Plata | SR0000280002 | https://www.youtube.com/watch?v=3OaTaBXZXFU |
| Si Yo Fuera Ella | Priscila y Sus Balas de Plata | SR0000280002 | https://www.youtube.com/watch?v=mY4jGunIpEM |
| Solo Llame Para Decirte Que Te Am | Priscila y Sus Balas de Plata | SR0000280002 | https://www.youtube.com/watch?v=bjqwydAteC0 |
| Un Beso Mas | Priscila y Sus Balas de Plata | SR0000280002 | https://www.youtube.com/watch?v=fLc1nZWggqk |
| Ven Por Favor | Priscila y Sus Balas de Plata | SR0000280002 | https://www.youtube.com/watch?v=grqdyhfQKr4 |
| Como La Sangre A Las Venas | Intocables del Norte | SR0000281940 | https://www.youtube.com/watch?v=GUxqrRg5__Q |
| Me Haces Falta | Intocables del Norte | SR0000281940 | https://www.youtube.com/watch?v=IwmzWepvD50 |
| Javier Diaz | Intocables del Norte | SR0000281940 | https://www.youtube.com/watch?v=nORekzD4m1Q |
| El Mar Y La Esperanza | Intocables del Norte | SR0000281940 | https://www.youtube.com/watch?v=BnsRCH95o5q |
| Tire La Llave | Los Alegres de Teran | SR0000288875 | https://www.youtube.com/watch?v=0mfNyqNVxXs |
| Despues Te Digo | Los Alegres de Teran | SR0000288875 | https://www.youtube.com/watch?v=CoukPwJMUT4 |
| Dinero Manchado | Los Alegres de Teran | SR0000288875 | https://www.youtube.com/watch?v=YPgOFAbBY7o |
| Como Me Haces Falta | Los Dinnos Aurios | SR0000290526 | https://www.youtube.com/watch?v=Lh_Zf2F4Y7U |
| No Llorare Por Ti | Los Dinnos Aurios | SR0000290526 | https://www.youtube.com/watch?v=RJyzOkwhUPA |
| El Venadito | Luis Perez Meza | SR0000291891 | https://www.youtube.com/watch?v=dtxuTL_QHlM |
| Atotonico | Luis Perez Meza | SR0000291891 | https://www.youtube.com/watch?v=NOxxF4dsA-o |
| El Gavilan Pollero | Luis Perez Meza | SR0000291891 | https://www.youtube.com/watch?v=AUTr6MZ8NkM |
| La Anselma | Luis Perez Meza | SR0000291891 | https://www.youtube.com/watch?v=5Fq9Ilu3m5k |
| Cuando Se Llega A Viejo | Luis Perez Meza | SR0000291891 | https://www.youtube.com/watch?v=uSY6ieRsX6o |
| Quisiera | Los Dinnos Aurios | SR0000291895 | https://www.youtube.com/watch?v=HIhXtX3bC2w |
| El Amigo Organillero | Los Dinnos Aurios | SR0000291895 | https://www.youtube.com/watch?v=0_vzEhGjaXc |
| Inseparables | Los Dinnos Aurios | SR0000291895 | https://www.youtube.com/watch?v=K4ax_-Q-Aug |
| Te Conozco | Los Dinnos Aurios | SR0000291895 | https://www.youtube.com/watch?v=UaFMXSoeMQ |
| Chiquitita (La Surtidita) | Los Dinnos Aurios | SR0000291895 | https://www.youtube.com/watch?v=rxa40pDOJOg |
| Chiquitita | Los Dinnos Aurios | SR0000291895 | https://www.youtube.com/watch?v=KqE5E9OuZ50 |
| Maldita Suerte | Los Dinnos Aurios | SR0000291895 | https://www.youtube.com/watch?v=Ak8ID7qhb4I |

| Te Conozco | Los Dinnos Aurios | SR0000291895 | https://www.youtube.com/watch?v=sojmXaqFs-k |
| Que Chulada De Mujer | Los Alegres de Teran | SR0000291899 | https://www.youtube.com/watch?v=Fa2AeKbSIOo |
| Que Chulada De Mujer | Los Alegres de Teran | SR0000291899 | https://www.youtube.com/watch?v=YirPq96GUHc |
| Soy Ladr√≤n | Los Relampagos del Norte | SR0000291911 | https://www.youtube.com/watch?v=XXX6z5gI4hU |
| Soy Ladron | Los Relampagos del Norte | SR0000291911 | https://www.youtube.com/watch?v=CspF1F9E8x8 |
| Te Lo Juro | Los Relampagos del Norte | SR0000291911 | https://www.youtube.com/watch?v=RI57-mtPWUM |
| Mis Mejores A√±os | Los Relampagos del Norte | SR0000291911 | https://www.youtube.com/watch?v=2U3_I_As1NE |
| Vida Truncada | Los Relampagos del Norte | SR0000291911 | https://www.youtube.com/watch?v=5YdFs6_HaUk |
| La Chiva | Los Relampagos del Norte | SR0000291911 | https://www.youtube.com/watch?v=UV2w1qK_Ri8 |
| Maniqui | Los Rodarte | SR0000275187 | https://www.youtube.com/watch?v=pjJ2xUo1oUY |
| Maniqui | Los Rodarte | SR0000291915 | https://www.youtube.com/watch?v=pjJ2xUo1oUY |
| Pienso En Ti | Los Rodarte | SR0000291915 | https://www.youtube.com/watch?v=LhjrnpOQLdM |
| Te Esperare | La Fuga | SR0000295686 | https://www.youtube.com/watch?v=pN1sbMkgVv8 |
| Pero Eso Si | La Fuga | SR0000295686 | https://www.youtube.com/watch?v=QBIfudfGyeg |
| Dejenme | La Fuga | SR0000295686 | https://www.youtube.com/watch?v=6l4q_UdBmql |
| Platiquemos | La Fuga | SR0000295686 | https://www.youtube.com/watch?v=N--ULHx1eF4 |
| No Te Puedo Perdonar | La Fuga | SR0000295686 | https://www.youtube.com/watch?v=Cx7_OeCX6Fc |
| Carino | Aguirre | SR0000295734 | https://www.youtube.com/watch?v=k-Evh_oanxw |
| Tristeza | Aguirre | SR0000295734 | https://www.youtube.com/watch?v=9UTALX3GvN0 |
| Anillo De Compromiso | Aguirre | SR0000295734 | https://www.youtube.com/watch?v=6hr76Tcsdlk |
| Hay Unos Ojos | Aguirre | SR0000295734 | https://www.youtube.com/watch?v=iHILHif27uE |
| Paloma Ajena | Sonideros Al Estilo L.A. | SR0000295739 | https://www.youtube.com/watch?v=SOyT-ZmNOnw |
| Cumbia Asi | Sonideros Al Estilo L.A. | SR0000295739 | https://www.youtube.com/watch?v=x0WKdC-s1jw |
| La Ultima Prenda | Sonideros Al Estilo L.A. | SR0000295739 | https://www.youtube.com/watch?v=9UW1Uw9mKLw |
| Oasis Del Amor | Sonideros Al Estilo L.A. | SR0000295739 | https://www.youtube.com/watch?v=u1nyBydLTEg |
| La Cumbia De MI Rancho | Intocables del Norte | SR0000298378 | https://www.youtube.com/watch?v=WZhz5hhpyGU |
| El Compa | Intocables del Norte | SR0000298378 | https://www.youtube.com/watch?v=DeJomWy4COg |
| Por Que | Intocables del Norte | SR0000298378 | https://www.youtube.com/watch?v=Fs8DRZA8Qqg |
| Un Amor | Priscila y Sus Balas de Plata | SR0000302491 | https://www.youtube.com/watch?v=LaQ0H9UeHFc |
| La Cantante | Priscila y Sus Balas de Plata | SR0000302497 | https://www.youtube.com/watch?v=Hwzui3wnYcl |
| La Cantante | Priscila y Sus Balas de Plata | SR0000228139 | https://www.youtube.com/watch?v=Hwzui3wnYcl |
| Las Tres Vacas Pintas | La Migra | SR0000303509 | https://www.youtube.com/watch?v=YzNQoIDHPeU |
| Al Calor De Las Copas | La Migra | SR0000303509 | https://www.youtube.com/watch?v=fTBV944Xlg8 |
| Maldito Vicio | La Migra | SR0000303509 | https://www.youtube.com/watch?v=ZnwBurnJHqs |
| Borracho De Barrio | La Migra | SR0000303509 | https://www.youtube.com/watch?v=cgVyeGsyQ30 |
| Lo Que El Tiempo Se Llevo | La Migra | SR0000303509 | https://www.youtube.com/watch?v=8saU0tYjSYQ |
| Amargo Dolor (La Migra) | La Migra | SR0000303509 | https://www.youtube.com/watch?v=ISdeoxT-buA |
| Por Que Me Haces Llorar | Keyla feat. Orland Max | SR0000303509 | https://www.youtube.com/watch?v=nkA3YecZVXI |
| Bala Perdida | Marcos Puente | SR0000305345 | https://www.youtube.com/watch?v=gwq1fqLPNhw |
| Cuatro Toneladas | Marcos Puente | SR0000305345 | https://www.youtube.com/watch?v=csgE0Buwpqk |
| En Culiacan Me Paseo | Marcos Puente | SR0000305345 | https://www.youtube.com/watch?v=Wggv6l7XfAo |
| fabricante De Clavos | Marcos Puente | SR0000305345 | https://www.youtube.com/watch?v=Y4xUBE3TSXQ |
| La Carroza Negra | Marcos Puente | SR0000305345 | https://www.youtube.com/watch?v=YuHZHk8GrQw |
| El Rey De Los Traficantes | Marcos Puente | SR0000305345 | https://www.youtube.com/watch?v=LRGIKHgXADs |
| El Gallo Callejero | Marcos Puente | SR0000305345 | https://www.youtube.com/watch?v=WzxCUJ3Faqg |
| Clave Roja | Marcos Puente | SR0000305345 | https://www.youtube.com/watch?v=74b6E4Em2LY |
| No Te Puedo Olvidar | Los Jueces | SR0000309068 | https://www.youtube.com/watch?v=pTzhQFFUE9I |
| Me Lo Contaron Ayer | Los Jueces | SR0000309068 | https://www.youtube.com/watch?v=WPdUSrLNEX4 |
| La Repetidora | Los Jueces | SR0000309068 | https://www.youtube.com/watch?v=euO51dQryHg |
| Se Marcho | Los Jueces | SR0000309068 | https://www.youtube.com/watch?v=_7tYF7n4oKM |
| Encantos De Mujer | Aguirre | SR0000309916 | https://www.youtube.com/watch?v=A98Yz9O1sIQ |
| Te Parto El Alma | Paralelo Norte | SR0000310105 | https://www.youtube.com/watch?v=MXD1G7sfD7Q |
| Asi Como Soy | Paralelo Norte | SR0000310105 | https://www.youtube.com/watch?v=FhWnq_MXwfw |
| Pagina Olvidada | Paralelo Norte | SR0000310105 | https://www.youtube.com/watch?v=LsOVmSOSzI8 |

| | | | |
|---|---|---|---|
| Entre Pase y Pase | Paralelo Norte | SR0000310105 | https://www.youtube.com/watch?v=JUEaJveSbOc |
| Piensa Morena | Mundo Miranda | SR0000310107 | https://www.youtube.com/watch?v=WMSmTsTqqcI |
| Sabiendo Quien Era Yo | Mundo Miranda | SR0000310107 | https://www.youtube.com/watch?v=BVUB379Bdzs |
| Clave Privada | Mundo Miranda | SR0000310107 | https://www.youtube.com/watch?v=P7k5xRRjZRM |
| Cuando Caigan Las Hojas | Mundo Miranda | SR0000310107 | https://www.youtube.com/watch?v=IXOfg6V3vzE |
| El Leon De La Sierra | Mundo Miranda | SR0000310107 | https://www.youtube.com/watch?v=CxQcf1TuCbc |
| Tomas Garza Duque | Mundo Miranda | SR0000310107 | https://www.youtube.com/watch?v=pQ_bS4tAico |
| Sentimiento De Dolor | Mundo Miranda | SR0000310107 | https://www.youtube.com/watch?v=6cV3c9hTNjo |
| Se Me Hizo Facil (Ramon Ayala) | Cornelio Reyna | SR0000313343 | https://www.youtube.com/watch?v=PooKSh6nr14 |
| Yo Se Que Te Acordaras | Los Alegres de Teran | SR0000313356 | https://www.youtube.com/watch?v=mo3DrCMEN_4 |
| El Cabo De Michoacan | La Tropa Chicana | SR0000313363 | https://www.youtube.com/watch?v=GvKShrYSFqI |
| Mujeres Divinas | La Tropa Chicana | SR0000313363 | https://www.youtube.com/watch?v=AQanvDoVlLQ |
| Vive Feliz | La Tropa Chicana | SR0000313363 | https://www.youtube.com/watch?v=uOG4vQO9UPE |
| Lastima Que Seas Ajena | La Tropa Chicana | SR0000313363 | https://www.youtube.com/watch?v=mb9nDaEs9lg |
| Tu Nuevo Carinito | La Tropa Chicana | SR0000313363 | https://www.youtube.com/watch?v=MQ_FwXXL8w8 |
| Aunque Me Duela El Alma | La Tropa Chicana | SR0000313363 | https://www.youtube.com/watch?v=yvWHrGlVSx4 |
| El Corrido De Los Perez | La Nobleza De Aguililla | SR0000315434 | https://www.youtube.com/watch?v=BoQYUf5oBDQ |
| Isidro Micas | La Nobleza De Aguililla | SR0000315434 | https://www.youtube.com/watch?v=eMvSCjZZ-HI |
| Corrido De Joselo | La Nobleza De Aguililla | SR0000315434 | https://www.youtube.com/watch?v=p_FYcYdykcg |
| Felix Cornejo | La Nobleza De Aguililla | SR0000315434 | https://www.youtube.com/watch?v=Wmql74dTqho |
| Ya La Luna Ya Salio | Los Halcones De Coalcoman Michoacan | SR0000315449 | https://www.youtube.com/watch?v=7gdbUwko2E4 |
| Si Ya No Te Vuelvo A Ver | Los Halcones De Coalcoman Michoacan | SR0000315449 | https://www.youtube.com/watch?v=BZ1POMiK-hc |
| La Combi Anarajanda | Los Halcones De Coalcoman Michoacan | SR0000315449 | https://www.youtube.com/watch?v=qb2VysFRe74 |
| El Albanil | Los Halcones De Coalcoman Michoacan | SR0000315449 | https://www.youtube.com/watch?v=2j1ePsk9lic |
| Linea Divisora | Los Halcones De Coalcoman Michoacan | SR0000315449 | https://www.youtube.com/watch?v=N549dH9SJZM |
| Ayer Baje De La Sierra | Los Halcones De Coalcoman Michoacan | SR0000315449 | https://www.youtube.com/watch?v=G3UPlGRcT3Y |
| Polo Moreno | Los Halcones De Coalcoman Michoacan | SR0000315449 | https://www.youtube.com/watch?v=737qs0Nni0g |
| El Corrido De Los Castillos | Los Halcones De Coalcoman Michoacan | SR0000315449 | https://www.youtube.com/watch?v=3rzlUlCha4k |
| El Patiecito | Los Halcones De Coalcoman Michoacan | SR0000315449 | https://www.youtube.com/watch?v=xvFP5GUFQx4 |
| El Cabron El Viejo | Los Halcones De Coalcoman Michoacan | SR0000315449 | https://www.youtube.com/watch?v=q6Z-lqtpqQY |
| La Cumbia Del Lazo | La Mission Vallenata De Johnny Zamora | SR0000321580 | https://www.youtube.com/watch?v=Fn0BwH9VKoM |
| Agua Ardiente Con Leche | La Mission Vallenata De Johnny Zamora | SR0000321580 | https://www.youtube.com/watch?v=xykSFmYlf_M |
| AL Calor De La Cumbia | La Mission Vallenata De Johnny Zamora | SR0000321580 | https://www.youtube.com/watch?v=ZAuNWP8VLOk |
| La Cumbia Instrumental | La Mission Vallenata De Johnny Zamora | SR0000321580 | https://www.youtube.com/watch?v=IBLFHdao8os |
| La Cumbia Instrumental | La Mission Vallenata De Johnny Zamora | SR0000321580 | https://www.youtube.com/watch?v=zgbEPyc-kKw |
| Mi Ultimo Refugio | Los Pumas del Norte | SR0000332368 | https://www.youtube.com/watch?v=raSjpVrhcVs |
| Corazon De Lata | Los Pumas del Norte | SR0000332368 | https://www.youtube.com/watch?v=9tf2eP-1QgI |
| Tu Eres | Los Pumas del Norte | SR0000332368 | https://www.youtube.com/watch?v=4cQIj8tAF7Q |
| Nada Contigo | La Tropa Chicana | SR0000341331 | https://www.youtube.com/watch?v=R2RL9JTqzrY |
| Cicatrices | La Tropa Chicana | SR0000341331 | https://www.youtube.com/watch?v=x6Lq1e1FIfA |
| No me Hagas Menos | La Tropa Chicana | SR0000341331 | https://www.youtube.com/watch?v=F97k-QEJVzQ |
| Recordando Aquel Amor | La Migra | SR0000341331 | https://www.youtube.com/watch?v=cp86ET1TgDA |
| Necesito Decirte Que Te Amo | La Migra | SR0000341331 | https://www.youtube.com/watch?v=ERsjNw8T0uw |
| Que No Reian En Tu Cara | Paralelo Norte | SR0000343965 | https://www.youtube.com/watch?v=GS_7KcNhqY8 |
| Por Eso Tomo | Paralelo Norte | SR0000344082 | https://www.youtube.com/watch?v=XJb2TEZyE_g |
| Me Muero Por Estar Contigo | Priscila y Sus Balas de Plata | SR0000346052 | https://www.youtube.com/watch?v=nOxq3G8tzeQ |
| Rosas En El Mar | Priscila y Sus Balas de Plata | SR0000346052 | https://www.youtube.com/watch?v=OB5IBRk5Kow |
| Dejame Volver Contigo | Priscila y Sus Balas de Plata | SR0000346052 | https://www.youtube.com/watch?v=udIyDYVNxW0 |
| Por Que Te Vas | Priscila y Sus Balas de Plata | SR0000346052 | https://www.youtube.com/watch?v=rcNK3PDX7J0 |
| UntitledEstoy Muy Triste | Los Pumas del Norte | SR0000346830 | https://www.youtube.com/watch?v=nRxqbsJVLOQ |
| Estoy Enamorado | Javier Alonso | SR0000346832 | https://www.youtube.com/watch?v=-Nd-IvRmdh4 |
| Llamarada | Javier Alonso | SR0000346832 | https://www.youtube.com/watch?v=XkDBrqFol1s |
| La Otra Parte De Mi | Javier Alonso | SR0000346832 | https://www.youtube.com/watch?v=nc4JvNKMe6A |
| Juro Que Nunca Volvere | Los Nortenos de Ojinaga | SR0000346833 | https://www.youtube.com/watch?v=ryl8Nw96MeI |

| | | | |
|---|---|---|---|
| La Mitad De Mi Orgullo | Los Nortenos de Ojinaga | SR0000346833 | https://www.youtube.com/watch?v=0f7NyZRRUoO |
| Ella | Paralelo Norte | SR0000347578 | https://www.youtube.com/watch?v=PHrSmRQnphw |
| Por Eso Me Voy | Paralelo Norte | SR0000347578 | https://www.youtube.com/watch?v=ThszoCt3HKU |
| Me Ha Tocado Perder | Paralelo Norte | SR0000347578 | https://www.youtube.com/watch?v=JEAxY3DO1i0 |
| El Columpio | Los Rayados Del Norte | SR0000347698 | https://www.youtube.com/watch?v=OkDSc1yrH78 |
| Nieves De Enero | Los Rayados Del Norte | SR0000347698 | https://www.youtube.com/watch?v=YHfyiUYWpsM |
| La Etica | Los Rayados Del Norte | SR0000347698 | https://www.youtube.com/watch?v=JGMFP7vY9Ec |
| El Alquije | Los Rayados Del Norte | SR0000347698 | https://www.youtube.com/watch?v=Av-Xr3fDHec |
| Mi Primer Amor | Los Rayados Del Norte | SR0000347698 | https://www.youtube.com/watch?v=7w4ClWk6_dk |
| No Me Se Rajar | Los Rayados Del Norte | SR0000347698 | https://www.youtube.com/watch?v=AEPmd_l9h-Q |
| El Cinto Piteado | Los Rayados Del Norte | SR0000347698 | https://www.youtube.com/watch?v=quwqlXY13MA |
| A Punto De Perder | Los Rayados Del Norte | SR0000347698 | https://www.youtube.com/watch?v=OzWYfSc0q7U |
| Plegaria A Mi Padre | Los Rayados Del Norte | SR0000347698 | https://www.youtube.com/watch?v=5xrFVodQQMs |
| Supe Perder | Los Rayados Del Norte | SR0000347698 | https://www.youtube.com/watch?v=LOBHA_97El4 |
| Matare Mi Destino | Cornelio Reyna | SR0000349976 | https://www.youtube.com/watch?v=PBJ-hUBpfJ8 |
| Alma Rendida | Cornelio Reyna | SR0000349976 | https://www.youtube.com/watch?v=RJHFi_xMYu0 |
| Suspiro Sin Amor | Cornelio Reyna | SR0000349976 | https://www.youtube.com/watch?v=m14hlg8J-kA |
| Mientes | La Magia Del Amor | SR0000353869 | https://www.youtube.com/watch?v=UZiVpiUB3el |
| Siempre Estaras | La Magia Del Amor | SR0000353869 | https://www.youtube.com/watch?v=fNQ_akscp54 |
| No Quiero Quererte | La Magia Del Amor | SR0000353869 | https://www.youtube.com/watch?v=Cr97GzFRNq0 |
| El Sueno Americano | Los Sementales de Nuevo Leon | SR0000353870 | https://www.youtube.com/watch?v=eQh1NeMr7XM |
| El Regreso Del Cocho | Los Sementales de Nuevo Leon | SR0000353870 | https://www.youtube.com/watch?v=UjDQ9Z5kNZQ |
| Al Fin De Cuentas | Los Sementales de Nuevo Leon | SR0000353870 | https://www.youtube.com/watch?v=Op6YsGvUoiw |
| Al Ver Que Te Vas | Los Sementales de Nuevo Leon | SR0000353870 | https://www.youtube.com/watch?v=sgSiNL6-PlQ |
| Si Te Dijeron | Los Sementales de Nuevo Leon | SR0000353870 | https://www.youtube.com/watch?v=fMcn2YPDFRc |
| Ramiro Sierra | Los Sementales de Nuevo Leon | SR0000353870 | https://www.youtube.com/watch?v=rUP2SkW6NFc |
| Dejame Adivinar | Los Sementales de Nuevo Leon | SR0000353870 | https://www.youtube.com/watch?v=084727VTPZU |
| Ella Se Fue | Los Sementales de Nuevo Leon | SR0000353870 | https://www.youtube.com/watch?v=QaVYcLlNyeA |
| 30 Anos | Los Sementales de Nuevo Leon | SR0000353870 | https://www.youtube.com/watch?v=gkFponFxefY |
| Demaciadas Cosas | Los Sementales de Nuevo Leon | SR0000353870 | https://www.youtube.com/watch?v=wZr8lUQgeLA |
| Apoco No Es Bonito | Los Sementales de Nuevo Leon | SR0000353870 | https://www.youtube.com/watch?v=jLwGvVJNGuM |
| Mi Fracaso Y Mi Pecado | La Tradicion Del Norte | SR0000355673 | https://www.youtube.com/watch?v=ZX9acYYs_lo |
| Tengo Recuerdos | La Tradicion Del Norte | SR0000355673 | https://www.youtube.com/watch?v=a-6tAF93AMU |
| Arrinconamela 2 | Organizacion Acapulco Tropical | SR0000356526 | https://www.youtube.com/watch?v=1lJNlDknyAE |
| Arrinconamela | Organizacion Acapulco Tropical | SR0000356526 | https://www.youtube.com/watch?v=_x90IGAAl6g |
| Si La Miras Bailar | Organizacion Acapulco Tropical | SR0000356526 | https://www.youtube.com/watch?v=A2m_LYk7vpw |
| La Bruja | Organizacion Acapulco Tropical | SR0000356526 | https://www.youtube.com/watch?v=vQr_x_ZK3HA |
| Hazme Olvidarla | Organizacion Acapulco Tropical | SR0000356526 | https://www.youtube.com/watch?v=3-h0ssis6Ok |
| Corazoncito Loco | Organizacion Acapulco Tropical | SR0000356526 | https://www.youtube.com/watch?v=h2hxRLkr7zY |
| Mentiroza | Organizacion Acapulco Tropical | SR0000356526 | https://www.youtube.com/watch?v=pEcW-9YutWU |
| El Gusto | Organizacion Acapulco Tropical | SR0000356526 | https://www.youtube.com/watch?v=jJP-Md1RTks |
| El Sanate | Organizacion Acapulco Tropical | SR0000356526 | https://www.youtube.com/watch?v=zQJ8YdW4dg4 |
| Rojo Es Rojo | Organizacion Acapulco Tropical | SR0000356526 | https://www.youtube.com/watch?v=B0TxY-kJmJY |
| El Buey De La Barranca | Los Indomables El Indio Que Le Canta A Su | SR0000356708 | https://www.youtube.com/watch?v=KLgJZqADC58 |
| Poquito A Poco | Los Indomables El Indio Que Le Canta A Su | SR0000356708 | https://www.youtube.com/watch?v=UuiHjRos20c |
| Rosa Valencia | Los Indomables El Indio Que Le Canta A Su | SR0000356708 | https://www.youtube.com/watch?v=oqjbO4zAx8A |
| Mi Chamaca | Los Indomables El Indio Que Le Canta A Su | SR0000356708 | https://www.youtube.com/watch?v=svq3LJGBnDs |
| Ay Esther | Los Indomables El Indio Que Le Canta A Su | SR0000356708 | https://www.youtube.com/watch?v=Q437ZaTBHSM |
| Paloma Mensajera | Los Indomables El Indio Que Le Canta A Su | SR0000356708 | https://www.youtube.com/watch?v=bGcmclLrwnk |
| El Quebrador | Los Indomables El Indio Que Le Canta A Su | SR0000356708 | https://www.youtube.com/watch?v=g0IscUPge00 |
| Parrandero Enamorado | Los Indomables El Indio Que Le Canta A Su | SR0000356708 | https://www.youtube.com/watch?v=uo-O1aHrZ7E |
| Noche Callada | Los Nortenos de Ojinaga | SR0000360303 | https://www.youtube.com/watch?v=iHzVTXxAo7A |
| Mi Tristreza | Los Nortenos de Ojinaga | SR0000360303 | https://www.youtube.com/watch?v=-FebrMVhGb8 |
| ANda Borracho El Pelao | Los Dos De Nuevo Leon | SR0000360961 | https://www.youtube.com/watch?v=IRBlg4fo3fU |

| | | | |
|---|---|---|---|
| El Cuate Cuellar | Los Dos De Nuevo Leon | SR0000360961 | https://www.youtube.com/watch?v=irvBVa1lUkc |
| La Tia Chencha | Los Dos De Nuevo Leon | SR0000360961 | https://www.youtube.com/watch?v=RricIn81nfQ |
| Mi Pano De Lagrimas | Los Dos De Nuevo Leon | SR0000360961 | https://www.youtube.com/watch?v=LgpxkrikCFc |
| Aguanta Corazon | Los Dos De Nuevo Leon | SR0000360961 | https://www.youtube.com/watch?v=rMUsC3Q8jAg |
| Te Adivine El Pensamiento | Los Dos De Nuevo Leon | SR0000360961 | https://www.youtube.com/watch?v=vy1aH3wlCSzM |
| Flores De Mi Alma | Los Dos De Nuevo Leon | SR0000360961 | https://www.youtube.com/watch?v=E6Q2Ghq0e4Q |
| Como Me Haces Falta | Paralelo Norte | SR0000360963 | https://www.youtube.com/watch?v=8pDm0q0LCOY |
| Como Me Haces Falta | Paralelo Norte | SR0000360963 | https://www.youtube.com/watch?v=EkCkZNlQO4 |
| Quien | Paralelo Norte | SR0000360963 | https://www.youtube.com/watch?v=TMbzZAurj5c |
| La Ladrona | Los Norteños De Ojinaga | SR0000360963 | https://www.youtube.com/watch?v=dpfleWTvC0M |
| El Corrido Del Callado | Luz del Norte | SR0000372448 | https://www.youtube.com/watch?v=u-kSZQY6eIY |
| Tu Traicion | Luz del Norte | SR0000372448 | https://www.youtube.com/watch?v=F5nLAb0p4_o |
| Cultivos En La Candela | Luz del Norte | SR0000372448 | https://www.youtube.com/watch?v=lQGwDoK-K20 |
| Caminos De Michoacan | Luz del Norte | SR0000372448 | https://www.youtube.com/watch?v=bntsNXV07eg |
| Estrella En El Cielo | Luz del Norte | SR0000372448 | https://www.youtube.com/watch?v=1KGVj4rgAOw |
| Despues De Tanto | Los Norteños De Ojinaga | SR0000372460 | https://www.youtube.com/watch?v=Xu_Hj9Va8Hg |
| Pobre Corazon | Los Norteños De Ojinaga | SR0000372460 | https://www.youtube.com/watch?v=CBWH_oMsuNQ |
| Sobrevivir√© | Priscila y Sus Balas de Plata | SR0000373644 | https://www.youtube.com/watch?v=5Vic69qTGmg |
| La Baraja | Lobo Negro | SR0000373749 | https://www.youtube.com/watch?v=ggApXpTkKr8 |
| La Vereda | Lobo Negro | SR0000373749 | https://www.youtube.com/watch?v=ixy_xtOA-Vg |
| Chaparrita De Mi Vida | Lobo Negro | SR0000373749 | https://www.youtube.com/watch?v=AakEyfe9m9o |
| El Capiro | Lobo Negro | SR0000373749 | https://www.youtube.com/watch?v=qYdFOmzWAY8 |
| Dos Palomas Al Volar | Lobo Negro | SR0000373749 | https://www.youtube.com/watch?v=Lq7ySqaicNc |
| Cantinero Amigo | La Nobleza De Aguililla | SR0000373750 | https://www.youtube.com/watch?v=nUSehcEMLrs |
| La Mentira | La Nobleza De Aguililla | SR0000373750 | https://www.youtube.com/watch?v=SUCPlr5l2Uc |
| Jacinto Perez De La O | La Nobleza De Aguililla | SR0000373750 | https://www.youtube.com/watch?v=B8_RLJfQoyg |
| Jacinto Perez De La O | La Nobleza De Aguililla | SR0000373750 | https://www.youtube.com/watch?v=22wcVheKJxM |
| Lo Que Deje Por Ti | Los Baron de Apodaca | SR0000373751 | https://www.youtube.com/watch?v=8rNhOz0kavl |
| Si Te Dijieron | Los Baron de Apodaca | SR0000373751 | https://www.youtube.com/watch?v=LBHX_yucD5s |
| Arruyo De Dios | Los Baron de Apodaca | SR0000373751 | https://www.youtube.com/watch?v=SRWAhY3MKH4 |
| El Hombre Que Mas Te Amo (Versio | Los Baron de Apodaca | SR0000373751 | https://www.youtube.com/watch?v=ARfW3vHOl_A |
| Ahora Soy Rico | Los Baron de Apodaca | SR0000373751 | https://www.youtube.com/watch?v=NumPo7obsY8 |
| El Hombre Que Mas Te Amo | Los Baron de Apodaca | SR0000373751 | https://www.youtube.com/watch?v=hWLfoptT0P8 |
| Ahora Que Estubiste Lejos | Priscila y Sus Balas de Plata | SR0000374322 | https://www.youtube.com/watch?v=r7r98HNiLpI |
| Cuanto Te Extrano | Patrulla 81 | SR0000378199 | https://www.youtube.com/watch?v=YlUkAceG8gk |
| Contigo Contigo Nomas | Patrulla 81 | SR0000378199 | https://www.youtube.com/watch?v=E-S-2kd4egM |
| Quiero Besarte EN La Noche | Patrulla 81 | SR0000378199 | https://www.youtube.com/watch?v=FfilmGcDZ5g |
| Eres Mia | Los Norteños De Ojinaga | SR0000355688 | https://www.youtube.com/watch?v=xKJ9yh7AsLk |
| A Tu Salud | Los Norteños De Ojinaga | SR0000344082 | https://www.youtube.com/watch?v=gEkvlV0mW3o |
| Eres Mia | Los Norteños De Ojinaga | SR0000378736 | https://www.youtube.com/watch?v=xKJ9yh7AsLk |
| A Tu Salud | Los Norteños De Ojinaga | SR0000378736 | https://www.youtube.com/watch?v=gEkvlV0mW3o |
| Con El Ultimo Adios | Los Norteños De Ojinaga | SR0000378736 | https://www.youtube.com/watch?v=snuvFo_Ul_k |
| Tu Aficion Favorita | Los Norteños De Ojinaga | SR0000378736 | https://www.youtube.com/watch?v=1slTDvEOh6l |
| El Llanto De Una Viuda | Los Norteños De Ojinaga | SR0000378736 | https://www.youtube.com/watch?v=CfV3-f0hDz4 |
| Ya No Molestare | Los Norteños De Ojinaga | SR0000378736 | https://www.youtube.com/watch?v=KwxOtfWjv-Q |
| Como Olvidarla | Los Norteños De Ojinaga | SR0000378736 | https://www.youtube.com/watch?v=ihJXNM7oHWw |
| El Mandado | Los Norteños De Ojinaga | SR0000378736 | https://www.youtube.com/watch?v=UR1u-Ou_wMw |
| A Que Te Sabe | Los Norteños De Ojinaga | SR0000378736 | https://www.youtube.com/watch?v=xuRtbm7yt6E |
| Regresa A Mi | Los Llayras | SR0000381230 | https://www.youtube.com/watch?v=Yw-evvFV7wc |
| Dejala | Los Llayras | SR0000381230 | https://www.youtube.com/watch?v=QREK0XBJokw |
| Cumbia Negra | Los Llayras | SR0000381230 | https://www.youtube.com/watch?v=uYLH0ISme9c |
| Mi Cumbia Huaracha | Los Llayras | SR0000381230 | https://www.youtube.com/watch?v=SWbP1GVKfsk |
| Amame | Los Llayras | SR0000381230 | https://www.youtube.com/watch?v=5gizOCKRgDU |
| Carino Infiel | Los Llayras | SR0000381230 | https://www.youtube.com/watch?v=bUfacPWnF00 |

| | | | |
|---|---|---|---|
| Daria La Vida | Los Llayras | SR0000381230 | https://www.youtube.com/watch?v=TTZAjMB32-0 |
| Papel De Plata | Los Llayras | SR0000381230 | https://www.youtube.com/watch?v=BlTDiRzg-C0 |
| Me Llamas | La Tradicion Del Norte | SR0000382409 | https://www.youtube.com/watch?v=dlzhUe3o6u4 |
| Linda Morena | Luz del Norte | SR0000382409 | https://www.youtube.com/watch?v=m7ZLCz3bP1o |
| Senorita Cantinera | Los Alegres de Teran | SR0000382409 | https://www.youtube.com/watch?v=1V2w1rBek1A |
| Sufrir | Los Pumas del Norte | SR0000382675 | https://www.youtube.com/watch?v=DQv0d_c27B0 |
| Sufrir | Los Pumas del Norte | SR0000382675 | https://www.youtube.com/watch?v=NG6dizvPfGI |
| Prision De Oro | Los Aguerridos | SR0000383247 | https://www.youtube.com/watch?v=Cnl9xnKYG8A |
| Los Amarrados | Los Aguerridos | SR0000383247 | https://www.youtube.com/watch?v=uIjROrNLXuY |
| De Nueva Cuenta | Los Aguerridos | SR0000383247 | https://www.youtube.com/watch?v=3Ob0DgSltVc |
| Cuando Vendras A Mi | Los Aguerridos | SR0000383247 | https://www.youtube.com/watch?v=DBSqB-A1hGk |
| Pajarillo Cantador | Priscila y Sus Balas de Plata | SR0000386917 | https://www.youtube.com/watch?v=bf_T5cwlO2w |
| Hubo De Todo | Priscila y Sus Balas de Plata | SR0000374322 | https://www.youtube.com/watch?v=Kf4yTsl4QOI |
| Si No Vuelves | Priscila y Sus Balas de Plata | SR0000270114 | https://www.youtube.com/watch?v=kkzCh444OsA |
| Si No Vuelves | Priscila y Sus Balas de Plata | SR0000386917 | https://www.youtube.com/watch?v=kkzCh444OsA |
| Hubo De Todo | Priscila y Sus Balas de Plata | SR0000386917 | https://www.youtube.com/watch?v=Kf4yTsl4QOI |
| Es Urgente | Priscila y Sus Balas de Plata | SR0000373644 | https://www.youtube.com/watch?v=vS7r0NIH3_k |
| Es Urgente | Priscila y Sus Balas de Plata | SR0000386917 | https://www.youtube.com/watch?v=vS7r0NIH3_k |
| Solo Dios Sabe | Inesperado | SR0000389105 | https://www.youtube.com/watch?v=A93pnoqc3go |
| Solo Dios Sabe | Inesperado | SR0000389105 | https://www.youtube.com/watch?v=80fI3PEr_ec |
| Que Me Lleve La Muerte | Inesperado | SR0000389105 | https://www.youtube.com/watch?v=vTZ0qTOwTUI |
| No Me Van A Detener | Inesperado | SR0000389105 | https://www.youtube.com/watch?v=6DoFx4N8Yo4 |
| La Culpa De Tu Amor | Los Mier | SR0000390277 | https://www.youtube.com/watch?v=dx-i6tAVS6E |
| Retrato Hablado | Los Mier | SR0000390277 | https://www.youtube.com/watch?v=HG1fNfFoWf0 |
| Muñeca de Carton | Los Mier | SR0000390277 | https://www.youtube.com/watch?v=VlPcPulkjQw |
| Hoy Que Te Vuelvo A Ver | La Nobleza De Aguililla | SR0000390482 | https://www.youtube.com/watch?v=HTPWJb-Aebc |
| Teodoro Mata | La Nobleza De Aguililla | SR0000390482 | https://www.youtube.com/watch?v=QOfnBYNGPug |
| Teodoro Mata | La Nobleza De Aguililla | SR0000390482 | https://www.youtube.com/watch?v=QCbnoWsZYbw |
| El Comandante Castillo | La Nobleza De Aguililla | SR0000390482 | https://www.youtube.com/watch?v=kIXqym7S9iw |
| Envidia De Amor | La Nobleza De Aguililla | SR0000390482 | https://www.youtube.com/watch?v=JPcWCvYqxnc |
| Dos Gotas Agua | La Nobleza De Aguililla | SR0000406487 | https://www.youtube.com/watch?v=Ykv8Yycx8iw |
| Dos Gotas Agua | La Nobleza De Aguililla | SR0000406487 | https://www.youtube.com/watch?v=Ykv8Yycx8iw |
| Cosecha Tu Dolor | Los Norteños De Ojinaga | SR0000390483 | https://www.youtube.com/watch?v=H8359bUe8wY |
| Nada Mÿs Te Digo Adios | Los Norteños De Ojinaga | SR0000390483 | https://www.youtube.com/watch?v=SgPxQt9K7Q4 |
| Aquel Cancionero | Los Norteños De Ojinaga | SR0000390986 | https://www.youtube.com/watch?v=ppDP65SeTTk |
| Cuando Yo Quiera Has De Volver | Los Norteños De Ojinaga | SR0000390986 | https://www.youtube.com/watch?v=UQY3DC9QL2E |
| Como Es Posible | Los Norteños De Ojinaga | SR0000390986 | https://www.youtube.com/watch?v=b7QAU0Tg28Q |
| Horas Extras | Los Norteños De Ojinaga | SR0000390986 | https://www.youtube.com/watch?v=xl0ifZ2cs30 |
| Como Tu Ninguna | Los Baron de Apodaca | SR0000405592 | https://www.youtube.com/watch?v=GnpMFnN6_AA |
| Como Tu Ninguna | Los Baron de Apodaca | SR0000405592 | https://www.youtube.com/watch?v=4gK1kdScKhE |
| Que Tristeza Me Acompana | Patrulla 81 | SR0000405862 | https://www.youtube.com/watch?v=-U42r6PeC8c |
| Por Una Mujer Bonita | La Nobleza De Aguililla | SR0000406487 | https://www.youtube.com/watch?v=vCfj35u0IK0 |
| Por Una Mujer Bonita | La Nobleza De Aguililla | SR0000390482 | https://www.youtube.com/watch?v=vCfj35u0IK0 |
| Falsa Mujer | La Nobleza De Aguililla | SR0000406487 | https://www.youtube.com/watch?v=1T3JTQbDbTo |
| Chica De Mis Suenos | La Nobleza De Aguililla | SR0000406487 | https://www.youtube.com/watch?v=ZrDFjSTMM8Q |
| Chica De Mis Suenos | La Nobleza De Aguililla | SR0000406487 | https://www.youtube.com/watch?v=e8cbQ6rM-2s |
| Sangre De Valiente | La Nobleza De Aguililla | SR0000406487 | https://www.youtube.com/watch?v=tK6z6UyAApw |
| Sangre De Valiente | La Nobleza De Aguililla | SR0000406487 | https://www.youtube.com/watch?v=_P7vnV_zUqk |
| Son Chingaderas | Los Dos De Nuevo Leon | SR0000406491 | https://www.youtube.com/watch?v=oqHnTiw3UNI |
| Cuando Se Aman Dos | Los Norteños De Ojinaga | SR0000406494 | https://www.youtube.com/watch?v=vtXckvrK7KA |
| Cuando Se Aman Dos | Los Norteños De Ojinaga | SR0000355688 | https://www.youtube.com/watch?v=vtXckvrK7KA |
| Castillos De Oro | Los Norteños De Ojinaga | SR0000372460 | https://www.youtube.com/watch?v=HnzfGOof5CY |
| Castillos De Oro | Los Norteños De Ojinaga | SR0000406494 | https://www.youtube.com/watch?v=Wx6AMNxIn14 |
| Castillos de Oro | Los Norteños De Ojinaga | SR0000406494 | https://www.youtube.com/watch?v=HnzfGOof5CY |

| | | | |
|---|---|---|---|
| Lo Suave De Tu Piel | Los Norteños De Ojinaga | SR0000406494 | https://www.youtube.com/watch?v=gGpyc3nPqsA |
| Lo Suave De Tu Piel | Los Norteños De Ojinaga | SR0000406494 | https://www.youtube.com/watch?v=ignLfI50OtM |
| Lo Suave De Tu Piel | Los Norteños De Ojinaga | SR0000406494 | https://www.youtube.com/watch?v=Y5WTlbTYPGI |
| El Ultimo Golpe | Los Norteños De Ojinaga | SR0000406494 | https://www.youtube.com/watch?v=32hfahmt5JY |
| Castillo De Oro | Los Norteños De Ojinaga | SR0000406494 | https://www.youtube.com/watch?v=oMPJKsbFt2I |
| Sin Saber De Ti | Paralelo Norte | SR0000408259 | https://www.youtube.com/watch?v=8MALuXz6NwA |
| Quiero Volver | Paralelo Norte | SR0000408259 | https://www.youtube.com/watch?v=GD-JLBa58f8 |
| Quiero Volver | Paralelo Norte | SR0000355625 | https://www.youtube.com/watch?v=erBelHydis4 |
| Quiero Volver | Paralelo Norte | SR0000408259 | https://www.youtube.com/watch?v=erBelHydIs4 |
| Un Trago Amargo | Los Norteños De Ojinaga | SR0000408259 | https://www.youtube.com/watch?v=BA5rraDuc8 |
| Un Trago Amargo | Los Norteños De Ojinaga | SR0000408259 | https://www.youtube.com/watch?v=EdHTh7u_Z1k |
| Perro Amor | Inesperado | SR0000408263 | https://www.youtube.com/watch?v=zOD2Ln_wK3Y |
| Los Cristaleros | Los Kortez De Sinaloa | SR0000408265 | https://www.youtube.com/watch?v=4IDJHTX2XDk |
| 700 Libras | Los Kortez De Sinaloa | SR0000408265 | https://www.youtube.com/watch?v=4bPLxGQTnkk |
| Corrido Del Compa Chago | Los Kortez De Sinaloa | SR0000408265 | https://www.youtube.com/watch?v=FecMyYdhp7A |
| Jesus Malverde | Los Kortez De Sinaloa | SR0000408265 | https://www.youtube.com/watch?v=zT7WQTKG9TA |
| Clave 7 | Los Kortez De Sinaloa | SR0000408265 | https://www.youtube.com/watch?v=0YF88FGQ36U |
| Los 5 De San Luis | Los Kortez De Sinaloa | SR0000408265 | https://www.youtube.com/watch?v=IquImDL808U |
| Dos Corazones | Los Jilgueros Del Arroyo De Israel Urias | SR0000408412 | https://www.youtube.com/watch?v=FpN14SrWPpc |
| El Corrido De Los Viejitos | Los Jilgueros Del Arroyo De Israel Urias | SR0000408412 | https://www.youtube.com/watch?v=Aj_ckM60dSg |
| El Corrido De Los Viejitos | Los Jilgueros Del Arroyo De Israel Urias | SR0000408412 | https://www.youtube.com/watch?v=iABuC3BgeqQ |
| Llorando A Mi Madre | Los Jilgueros Del Arroyo De Israel Urias | SR0000408412 | https://www.youtube.com/watch?v=KFl2jaXC7Xs |
| Dos Corazones | Los Jilgueros Del Arroyo De Israel Urias | SR0000408412 | https://www.youtube.com/watch?v=pOE4bd9FeTo |
| Llorando A Mi Madre | Los Jilgueros Del Arroyo De Israel Urias | SR0000408412 | https://www.youtube.com/watch?v=1lSWQkg0dSQ |
| No Te Olvidare | Paralelo Norte | SR0000410945 | https://www.youtube.com/watch?v=11d3jjPRWGY |
| Vuelve Paloma | Mario Castelli | SR0000609448 | https://www.youtube.com/watch?v=MD8pWT7cmqY |
| Eres Todo Para Mi | Mario Castelli | SR0000609448 | https://www.youtube.com/watch?v=DNJb1t_Xj54 |
| Te Pido Amor | Mario Castelli | SR0000609448 | https://www.youtube.com/watch?v=_0DCvMX4NVA |
| Hazme Olvirdarla | Mario Castelli | SR0000609448 | https://www.youtube.com/watch?v=CD_VzKO690Y |
| A Veces Vivir | Mario Castelli | SR0000609448 | https://www.youtube.com/watch?v=mENmzWfGebY |
| Pudo Mas El Orgullo | Los Marineros del Norte | SR0000360963 | https://www.youtube.com/watch?v=EimUwHjxvfo |
| Pudo Mas El Orgullo | Los Marineros del Norte | SR0000612068 | https://www.youtube.com/watch?v=EimUwHjxvfo |
| El Reboso De Mi Madre | La Nobleza De Aguililla | SR0000612069 | https://www.youtube.com/watch?v=fg_ML-tfJ9g |
| El Reboso De Mi Madre | La Nobleza De Aguililla | SR0000373710 | https://www.youtube.com/watch?v=fg_ML-tfJ9g |
| El Reboso De Mi Madre | La Nobleza De Aguililla | SR0000612069 | https://www.youtube.com/watch?v=xtEgwLTC0-A |
| Piel A Piel | La Fuerza Del Amor | SR0000619589 | https://www.youtube.com/watch?v=N4Z8Ny8CNKI |
| La Interesada | Inesperado | SR0000619950 | https://www.youtube.com/watch?v=VOyWtV9Y4V0 |
| La Interesada | Inesperado | SR0000619950 | https://www.youtube.com/watch?v=BnCujaBlK5U |
| Para Que Aprendas | Inesperado | SR0000619950 | https://www.youtube.com/watch?v=FoCnm6K39GM |
| Mis Brazos Te Esperan | Los Alegres de Teran | SR0000619986 | https://www.youtube.com/watch?v=NyOZF7VuU7I |
| Tu Sombra En Mi | La Tradicion Del Norte | SR0000355673 | https://www.youtube.com/watch?v=Jxvu_def_Ls |
| El Dia Que Puedas | La Tradicion Del Norte | SR0000620031 | https://www.youtube.com/watch?v=MvGayORxiIU |
| Te Quiero | La Tradicion Del Norte | SR0000373710 | https://www.youtube.com/watch?v=8WZ9s1GWrSA |
| Te Quiero | La Tradicion Del Norte | SR0000620031 | https://www.youtube.com/watch?v=8WZ9s1GWrSA |
| Y Como Es El | La Tradicion Del Norte | SR0000620031 | https://www.youtube.com/watch?v=Bs06ehuNWIo |
| Tu Sombra En Mi | La Tradicion Del Norte | SR0000620031 | https://www.youtube.com/watch?v=Jxvu_def_Ls |
| Con Olor A Hierba | La Tradicion Del Norte | SR0000620031 | https://www.youtube.com/watch?v=tiVjE7SVCOE |
| El Dia Que Puedas | La Tradicion Del Norte | SR0000620031 | https://www.youtube.com/watch?v=oLXCvyO2hJo |
| Todo Se Derrumbo Dentro De Mi | La Tradicion Del Norte | SR0000620031 | https://www.youtube.com/watch?v=a0nX0cikPhQ |
| Si Tengo Madre | Novillos Musical | SR0000620035 | https://www.youtube.com/watch?v=cCX2KTVAAQw |
| Que Sacrificio | Novillos Musical | SR0000620035 | https://www.youtube.com/watch?v=dtyaV5zFJ5k |
| Noviembre Sin Ti | Novillos Musical | SR0000620035 | https://www.youtube.com/watch?v=e6ok3KjuDi4 |
| Como La Flor | Novillos Musical | SR0000620035 | https://www.youtube.com/watch?v=mAdJHEBS8Vw |
| Yo Si Te Quiero | Novillos Musical | SR0000620035 | https://www.youtube.com/watch?v=0mNVnj4kyA8 |

| | | | |
|---|---|---|---|
| Remolino | Laura Leon | SR0000620177 | https://www.youtube.com/watch?v=PRJLUHUl0F4 |
| Amor Bandolero | Laura Leon | SR0000620177 | https://www.youtube.com/watch?v=6pr0Sa4Wdic |
| Para No Verte Mas | Laura Leon | SR0000620177 | https://www.youtube.com/watch?v=Wu-kwYE9hyw |
| El Baile Del Tesoro (El Pimpollo) | Laura Leon | SR0000620177 | https://www.youtube.com/watch?v=BE84sDGHew0 |
| Me Vale | Los Kortez De Sinaloa | SR0000620187 | https://www.youtube.com/watch?v=HN--UK-kiDc |
| Me Vale | Los Kortez De Sinaloa | SR0000393154 | https://www.youtube.com/watch?v=HN--UK-kiDc |
| El Muneco | Los Kortez De Sinaloa | SR0000303502 | https://www.youtube.com/watch?v=qlz79jjpftXw |
| El Muneco | Los Kortez De Sinaloa | SR0000620187 | https://www.youtube.com/watch?v=qlz79jjpftXw |
| Cuando Yo Diga | Los Kortez De Sinaloa | SR0000620187 | https://www.youtube.com/watch?v=U4ffXSIY2l8 |
| La Mazoquista | Los Kortez De Sinaloa | SR0000620187 | https://www.youtube.com/watch?v=XkwSWSRw3Ac |
| Corrido De Compa Fera | Los Kortez De Sinaloa | SR0000620187 | https://www.youtube.com/watch?v=4nSR1mYz6bs |
| El Corrido Del Compa Chago | Los Kortez De Sinaloa | SR0000620187 | https://www.youtube.com/watch?v=MugGAhX1UVA |
| El Contrabandista | Los Kortez De Sinaloa | SR0000620187 | https://www.youtube.com/watch?v=hPu6staGioA |
| Celos De Ti | Los Kortez De Sinaloa | SR0000620187 | https://www.youtube.com/watch?v=PBuRv83ZYlE |
| El Rey De Micas | La Nobleza De Aguililla | SR0000620216 | https://www.youtube.com/watch?v=abLewAaxXFY |
| Los Tres De Chila | La Nobleza De Aguililla | SR0000620216 | https://www.youtube.com/watch?v=922tmBSRNVk |
| El Rey De Micas | La Nobleza De Aguililla | SR0000620216 | https://www.youtube.com/watch?v=UH5WK9HDNeY |
| Los Tres De Chila | La Nobleza De Aguililla | SR0000620216 | https://www.youtube.com/watch?v=tTeCoz7G-0s |
| Los Tres De Chila | La Nobleza De Aguililla | SR0000620216 | https://www.youtube.com/watch?v=Fa7JA_1zSlE |
| Sierras Verdes | Los Kortez De Sinaloa | SR0000620216 | https://www.youtube.com/watch?v=hpacrhtAKw8 |
| Sierras Verdes | Los Kortez De Sinaloa | SR0000620216 | https://www.youtube.com/watch?v=OXglH1V9_Ws |
| Libras Y Kilos | Los Kortez De Sinaloa | SR0000620216 | https://www.youtube.com/watch?v=oDdLuwh493k |
| Libras Y Kilos | Los Kortez De Sinaloa | SR0000620216 | https://www.youtube.com/watch?v=68FGZxNGoN0 |
| El Socio | Los Norteños De Ojinaga | SR0000620216 | https://www.youtube.com/watch?v=4cv3R1qQxRY |
| El Socio | Los Norteños De Ojinaga | SR0000620216 | https://www.youtube.com/watch?v=RrloBDgj_OM |
| El Socio | Los Norteños De Ojinaga | SR0000620216 | https://www.youtube.com/watch?v=p6lLACARlrQ |
| El Socio | Los Norteños De Ojinaga | SR0000620216 | https://www.youtube.com/watch?v=ykbxOxWXH48 |
| China De Los Ojos Negros | Los Primos de Michoacan | SR0000622790 | https://www.youtube.com/watch?v=Af4SlQ7LWcc |
| Chiquilla Bonita | Los Primos de Michoacan | SR0000622790 | https://www.youtube.com/watch?v=DSJ-A5HoJEE |
| El Federal De Caminos | Los Primos de Michoacan | SR0000622790 | https://www.youtube.com/watch?v=5TmToDSA5-4 |
| Traigo La Vida En Un Hilo | Los Primos de Michoacan | SR0000622790 | https://www.youtube.com/watch?v=Vq4EtD-K5eQ |
| Rueditas De Amor | Los Primos de Michoacan | SR0000622790 | https://www.youtube.com/watch?v=-mdXmH0v5cg |
| La Polvadera | Los Primos de Michoacan | SR0000622790 | https://www.youtube.com/watch?v=zvRmQsLwbMM |
| Mas Alla Del Sol | Los Kortez De Sinaloa | SR0000623333 | https://www.youtube.com/watch?v=pa6tpeP8oVg |
| Dime Quien Es | Los Kortez De Sinaloa | SR0000623333 | https://www.youtube.com/watch?v=GQnTdHrcCb0 |
| Se Termino El Amor | Los Kortez De Sinaloa | SR0000623333 | https://www.youtube.com/watch?v=igdDCAOY75c |
| Tus Palabras | Los Kortez De Sinaloa | SR0000623333 | https://www.youtube.com/watch?v=bd_KL-9u6Vw |
| Que Me Des Tu Carino | Los Kortez De Sinaloa | SR0000623333 | https://www.youtube.com/watch?v=8Mr_W7HwExU |
| Me Muero | Los Kortez De Sinaloa | SR0000623333 | https://www.youtube.com/watch?v=P2y1h--J_VY |
| Amor Perfecto | Los Interpretes Del Norte | SR0000623341 | https://www.youtube.com/watch?v=dBR4h8gHgqw |
| Aquella Esquina | Los Interpretes Del Norte | SR0000623341 | https://www.youtube.com/watch?v=5w4eaTJIlFc |
| Mi Linda Mujercita | Los Jilgueros Del Arroyo de Israel Urias | SR0000623343 | https://www.youtube.com/watch?v=6N8d78yy_vc |
| Marcos Hernandez | Los Kortez De Sinaloa | SR0000623343 | https://www.youtube.com/watch?v=3HOVkVpaxWM |
| Cuando Te Conoci | Los Pumas del Norte | SR0000348875 | https://www.youtube.com/watch?v=UhyGPWX-79U |
| Cuando Te Conoci | Los Pumas del Norte | SR0000625569 | https://www.youtube.com/watch?v=UhyGPWX-79U |
| Poco A Poco | Los Pumas del Norte | SR0000625569 | https://www.youtube.com/watch?v=8ZngbKUegNg |
| Vino Maldito | Los Pumas del Norte | SR0000625569 | https://www.youtube.com/watch?v=u77Rnfhjkpc |
| Corazon De Roca | Paralelo Norte | SR0000625706 | https://www.youtube.com/watch?v=HK9cpuFUqbo |
| Mi Peque√±a Nataly | Los Bar√≥n de Apodaca | SR0000625706 | https://www.youtube.com/watch?v=HoIDVIEdIsc |
| Las Dos Cherokees | Los Kortez De Sinaloa | SR0000626622 | https://www.youtube.com/watch?v=WTE5_orSyW4 |
| El Corrido De Agapito | Los Norte√±itos de Ojinaga | SR0000626622 | https://www.youtube.com/watch?v=q8NbdK2YzCY |
| El Guero Y La Guera | Intocables del Norte | SR0000281940 | https://www.youtube.com/watch?v=dIcnI66rvjA |
| El Guero Y La Guera | Intocables del Norte | SR0000631665 | https://www.youtube.com/watch?v=dIcnI66rvjA |
| Dejenme Llorar | Intocables del Norte | SR0000631665 | https://www.youtube.com/watch?v=ZohOkpTbkZ8 |

| | | | |
|---|---|---|---|
| La Dama De Negro | Intocables del Norte | SR0000631665 | https://www.youtube.com/watch?v=_haQYvVGGLQ |
| La Dama De Negro | Intocables del Norte | SR0000631665 | https://www.youtube.com/watch?v=RDsCDKSLWiM |
| El Tocayo | Intocables del Norte | SR0000631665 | https://www.youtube.com/watch?v=5heYfT_z2_k |
| La Venia Bendita | Intocables del Norte | SR0000631665 | https://www.youtube.com/watch?v=LgKXRa_sXMI |
| Mala Mujer | Intocables del Norte | SR0000631665 | https://www.youtube.com/watch?v=6CmSsqxUAiA |
| El Tocayo | Intocables del Norte | SR0000631665 | https://www.youtube.com/watch?v=kvy5hNZTTVg |
| Dejenme Llorar | Intocables del Norte | SR0000631665 | https://www.youtube.com/watch?v=XvBXF2j1ONs |
| La Venia Bendita | Intocables del Norte | SR0000631665 | https://www.youtube.com/watch?v=KXsk6ANGjX8 |
| Le Pido A Dios | Intocables del Norte | SR0000631665 | https://www.youtube.com/watch?v=0q-9HsBBuOY |
| Amor Traicionero | Intocables del Norte | SR0000631665 | https://www.youtube.com/watch?v=QSxx64I4NXs |
| Recuerdos | Intocables del Norte | SR0000631665 | https://www.youtube.com/watch?v=gq1jTHgDJak |
| Recuerdos | Intocables del Norte | SR0000631665 | https://www.youtube.com/watch?v=ICFpRPdcNSI |
| Como Te Extra√±o | Intocables del Norte | SR0000631665 | https://www.youtube.com/watch?v=KNq9eQEAv1c |
| Tengo Miedo | Paralelo Norte | SR0000631676 | https://www.youtube.com/watch?v=xqXRB4IInxU |
| Tengo Miedo | Paralelo Norte | SR0000347578 | https://www.youtube.com/watch?v=xqXRB4IInxU |
| La Novia Del Pajarillo | Los Marineros del Norte | SR0000408412 | https://www.youtube.com/watch?v=qLKNbX-hv7Y |
| La Novia Del Pajarillo | Los Marineros del Norte | SR0000631676 | https://www.youtube.com/watch?v=qLKNbX-hv7Y |
| Aunque Me Duela El Corazon | Los Norteños De Ojinaga | SR0000631676 | https://www.youtube.com/watch?v=o8FR1rvbpKU |
| Aunque Me Duela El Corazon | Los Norteños De Ojinaga | SR0000631676 | https://www.youtube.com/watch?v=BHMP6odhPkE |
| Aunque Me Duela El Corazon | Los Norteños De Ojinaga | SR0000408259 | https://www.youtube.com/watch?v=BHMP6odhPkE |
| Aquella Cancion | Paralelo Norte | SR0000631676 | https://www.youtube.com/watch?v=myPkKJtzbts |
| No Te Voy A Perdonar | Los Jilgueros Del Arroyo De Israel Urias | SR0000631676 | https://www.youtube.com/watch?v=pG7uDYVexjM |
| Dolorosamente | Los Norteños De Ojinaga | SR0000631676 | https://www.youtube.com/watch?v=ZE-RJ2Mf7kU |
| Quien Te Dijo Que Te Quiero | Priscila y Sus Balas de Plata | SR0000373644 | https://www.youtube.com/watch?v=NEbxcYyfWvU |
| Quien Te Dijo Que Te Quiero | Priscila y Sus Balas de Plata | SR0000636379 | https://www.youtube.com/watch?v=NEbxcYyfWvU |
| Volver A Verte | La Nobleza De Aguililla | SR0000636379 | https://www.youtube.com/watch?v=m0FSgNrfPyY |
| La Hija De Nadie | Gaviota | SR0000636387 | https://www.youtube.com/watch?v=dnras3xP_ak |
| No Volvere | Gaviota | SR0000636387 | https://www.youtube.com/watch?v=UjFvhliCcuo |
| Ya Lo Se | Gaviota | SR0000636387 | https://www.youtube.com/watch?v=r2_flp04qss |
| Pa` Que Sientas Lo Que Siento | Gaviota | SR0000636387 | https://www.youtube.com/watch?v=i3X2LEvhJDY |
| Por Que Me Haces Llorar | Keyla feat. Orland Max | SR0000636452 | https://www.youtube.com/watch?v=nkA3YecZVXI |
| El Mejor De Los Amantes | Los Pumas del Norte | SR0000636455 | https://www.youtube.com/watch?v=IMsQgXrPWBE |
| La Mera Mera | Los Pumas del Norte | SR0000636455 | https://www.youtube.com/watch?v=O4aK0sYTB5U |
| Ojitos Negros Y Chinos | Los Pumas del Norte | SR0000346830 | https://www.youtube.com/watch?v=TYTCRYZzEFc |
| El Mejor De Los Amantes | Los Pumas del Norte | SR0000623343 | https://www.youtube.com/watch?v=IMsQgXrPWBE |
| Ojitos Negros Y Chinos | Los Pumas del Norte | SR0000636455 | https://www.youtube.com/watch?v=TYTCRYZzEFc |
| El Vicio De Quererla | Los Pumas del Norte | SR0000636455 | https://www.youtube.com/watch?v=Zf_vPhs-fyc |
| Solo Pienso En Ti | Los Pumas del Norte | SR0000636455 | https://www.youtube.com/watch?v=KNZeM1JXR94 |
| Porque Te Marchaste | Paralelo Norte | SR0000636543 | https://www.youtube.com/watch?v=5NvnGrUhxYs |
| Oh Gran Dios | Los Jilgueros Del Arroyo De Israel Urias | SR0000636543 | https://www.youtube.com/watch?v=I6-olbiNFJwc |
| Por Que Te Marchaste | Paralelo Norte | SR0000636543 | https://www.youtube.com/watch?v=clcPH_3kxcA |
| Un Caballero No Tiene Memoria | Los Bar√±n de Apodaca | SR0000636543 | https://www.youtube.com/watch?v=kygImDGc6cs |
| Un Caballero No Tiene Memoria | Los Bar√±n de Apodaca | SR0000636543 | https://www.youtube.com/watch?v=6ys3Kd5wIPc |
| No Abandonas | Los Norte√±itos de Ojinaga | SR0000636543 | https://www.youtube.com/watch?v=k1XiS88Qq-U |
| Aliado Del Tiempo | Los Kortez De Sinaloa | SR0000636549 | https://www.youtube.com/watch?v=0yNE4DLdL_w |
| Mil Flores De Mayo | Patrulla 81 | SR0000637425 | https://www.youtube.com/watch?v=ipOUsvRPCZc |
| Mil Flores De Mayo | Patrulla 81 | SR0000378199 | https://www.youtube.com/watch?v=ipOUsvRPCZc |
| El Lirio | Patrulla 81 | SR0000637425 | https://www.youtube.com/watch?v=TEAfWl8sBC4 |
| Por Si Me Olvidas | Patrulla 81 | SR0000637425 | https://www.youtube.com/watch?v=RBmGZMXEviM |
| Solo Dios | Patrulla 81 | SR0000637425 | https://www.youtube.com/watch?v=gRmAU8Wzg3I |
| Como Espejo Roto | Patrulla 81 | SR0000637425 | https://www.youtube.com/watch?v=EWGyC3Net8o |
| Anda y Di | Patrulla 81 | SR0000637425 | https://www.youtube.com/watch?v=msErHGit6EA |
| Ese Silencio Tuyo | Patrulla 81 | SR0000637425 | https://www.youtube.com/watch?v=I0E5g0jz8c |
| Ya No Eres Pequena | Patrulla 81 | SR0000637425 | https://www.youtube.com/watch?v=OLv6dAIFNvI |

| | | | |
|---|---|---|---|
| Mentalidad De Nina | La Nobleza De Aguililla | SR0000405862 | https://www.youtube.com/watch?v=nYIVW-sGzEU |
| Te Quiero Tanto | La Nobleza De Aguililla | SR0000348875 | https://www.youtube.com/watch?v=qd2DEUP5Vks |
| Te Quiero Tanto | La Nobleza De Aguililla | SR0000637685 | https://www.youtube.com/watch?v=ZF4mkgaJ00Y |
| Te Quiero Tanto | La Nobleza De Aguililla | SR0000637685 | https://www.youtube.com/watch?v=qd2DEUP5Vks |
| Mentalidad De Nina | La Nobleza De Aguililla | SR0000637685 | https://www.youtube.com/watch?v=nYIVW-sGzEU |
| Bonita | La Nobleza De Aguililla | SR0000637685 | https://www.youtube.com/watch?v=XONA63gy6-g |
| Enamorado | La Nobleza De Aguililla | SR0000637685 | https://www.youtube.com/watch?v=n4vzV6QQ2cg |
| Bonita | La Nobleza De Aguililla | SR0000637685 | https://www.youtube.com/watch?v=hmXSCcmZqf0 |
| Enamorado | La Nobleza De Aguililla | SR0000637685 | https://www.youtube.com/watch?v=RMnxiWDRi3E |
| De Que Color | La Nobleza De Aguililla | SR0000637685 | https://www.youtube.com/watch?v=f9zAI6g8g9g |
| De Que Color | La Nobleza De Aguililla | SR0000637685 | https://www.youtube.com/watch?v=Cp85b93NA04 |
| Te Pido Que Vuelvas | La Nobleza De Aguililla | SR0000637685 | https://www.youtube.com/watch?v=vX-709c_TOs |
| El Aguila Gonzalez | La Nobleza De Aguililla | SR0000637685 | https://www.youtube.com/watch?v=7JD3T-gDGlY |
| El Aguila Gonzalez | La Nobleza De Aguililla | SR0000637685 | https://www.youtube.com/watch?v=TKmlQ_xumQ |
| El Aguila Gonzalez | La Nobleza De Aguililla | SR0000637685 | https://www.youtube.com/watch?v=1p1Hno22stA |
| El Aguila Gonzalez | La Nobleza De Aguililla | SR0000637685 | https://www.youtube.com/watch?v=O_D4jbk3ew4 |
| Te Pido Que Vuelvas | La Nobleza De Aguililla | SR0000637685 | https://www.youtube.com/watch?v=alJz6jWSW8U |
| El Casinito | La Nobleza De Aguililla | SR0000637685 | https://www.youtube.com/watch?v=L5lp2ffUoy4 |
| Anselma | La Nobleza De Aguililla | SR0000637685 | https://www.youtube.com/watch?v=SytcAg0SJ38 |
| Te Pido Que Vuelvas | La Nobleza De Aguililla | SR0000637685 | https://www.youtube.com/watch?v=5Rfadg-0LHA |
| Que Vuelva Conmigo | La Nobleza De Aguililla | SR0000637685 | https://www.youtube.com/watch?v=DqK9d-sKBag |
| La Presumida | La Nobleza De Aguililla | SR0000637685 | https://www.youtube.com/watch?v=Bl907rcMo8Q |
| La Presumida | La Nobleza De Aguililla | SR0000637685 | https://www.youtube.com/watch?v=9A_xPl7yImg |
| Amigo Mio | La Nobleza De Aguililla | SR0000637685 | https://www.youtube.com/watch?v=NfGkeeUhEpo |
| La Renca | La Nobleza De Aguililla | SR0000637685 | https://www.youtube.com/watch?v=_BC6xVTy63Q |
| Los Palomos | Priscila Sus Balas de Plata | SR0000637687 | https://www.youtube.com/watch?v=94BvZjsDx2I |
| Los Palomos | Priscila Sus Balas de Plata | SR0000374322 | https://www.youtube.com/watch?v=94BvZjsDx2I |
| Cara De Gitana | Los Dinnos Aurios | SR0000218640 | https://www.youtube.com/watch?v=CtrPp-HhA8A |
| Cara De Gitana | Los Dinnos Aurios | SR0000637685 | https://www.youtube.com/watch?v=CtrPp-HhA8A |
| Adios Adios Amor | Priscila Sus Balas de Plata | SR0000637685 | https://www.youtube.com/watch?v=ixwIOdxdja0 |
| Fruta Prohibida | Los Norteños De Ojinaga | SR0000637716 | https://www.youtube.com/watch?v=A8gOC6DUpds |
| Fruta Prohibida | Los Norteños De Ojinaga | SR0000637716 | https://www.youtube.com/watch?v=I5UWE2GuGMc |
| Fruta Prohibida | Los Norteños De Ojinaga | SR0000406494 | https://www.youtube.com/watch?v=WDREY-2xlbQ |
| Tu | Los Norteños De Ojinaga | SR0000346833 | https://www.youtube.com/watch?v=fXE1c2EHc7w |
| Me Equivoque | Los Norteños De Ojinaga | SR0000343965 | https://www.youtube.com/watch?v=AtsDiH2Ot-A |
| Tu | Los Norteños De Ojinaga | SR0000637716 | https://www.youtube.com/watch?v=FbrC8hLytRs |
| Tienes Razon | Los Norteños De Ojinaga | SR0000637716 | https://www.youtube.com/watch?v=eGhreWgfmBw |
| Tienes Razon | Los Norteños De Ojinaga | SR0000637716 | https://www.youtube.com/watch?v=VEDoX3LaUVo |
| Cautivo De Amor | Los Norteños De Ojinaga | SR0000390483 | https://www.youtube.com/watch?v=fuKCoaPoYa8 |
| Cautivo De Amor | Los Norteños De Ojinaga | SR0000637716 | https://www.youtube.com/watch?v=o8U7KJRFhc |
| Me Equivoque | Los Norteños De Ojinaga | SR0000637716 | https://www.youtube.com/watch?v=AtsDiH2Ot-A |
| Tu | Los Norteños De Ojinaga | SR0000637716 | https://www.youtube.com/watch?v=fXE1c2EHc7w |
| Ay Amigo | Los Norteños De Ojinaga | SR0000637716 | https://www.youtube.com/watch?v=9MktWrNR8Do |
| Besos De Papel | Los Norteños De Ojinaga | SR0000276275 | https://www.youtube.com/watch?v=g6T6K1ptcWI |
| Besos De Papel | Los Norteños De Ojinaga | SR0000637716 | https://www.youtube.com/watch?v=g6T6K1ptcWI |
| Besos De Papel | Los Norteños De Ojinaga | SR0000637716 | https://www.youtube.com/watch?v=DJsIWP9UyAo |
| Besos De Papel | Los Norteños De Ojinaga | SR0000637716 | https://www.youtube.com/watch?v=cx-JrMw7tq0 |
| Necesito Tu Amor | Los Norteños De Ojinaga | SR0000637716 | https://www.youtube.com/watch?v=cKS4zUMsHA8 |
| Necesito Tu Amor | Los Norteños De Ojinaga | SR0000637716 | https://www.youtube.com/watch?v=o9FwIrZ0tyY |
| Necesito Tu Amor | Los Norteños De Ojinaga | SR0000637716 | https://www.youtube.com/watch?v=5441FRQs3Jg |
| Fruta Prohibida | Los Norteños De Ojinaga | SR0000637716 | https://www.youtube.com/watch?v=WDREY-2xlbQ |
| Cautivo De Amor | Los Norteños De Ojinaga | SR0000637716 | https://www.youtube.com/watch?v=fuKCoaPoYa8 |
| Algo Especial | Los Norteños De Ojinaga | SR0000637716 | https://www.youtube.com/watch?v=HS8xErrAbA4 |
| Algo Especial | Los Norteños De Ojinaga | SR0000637716 | https://www.youtube.com/watch?v=rm6hkFKM3NQ |

| | | | |
|---|---|---|---|
| Algo Especial | Los Norteños De Ojinaga | SR0000637716 | https://www.youtube.com/watch?v=x_wNLGnl20Q |
| Brindo Por Tu Cumplea√±os | Los Norteños De Ojinaga | SR0000637716 | https://www.youtube.com/watch?v=wNqbW1P69ak |
| El So√±ador | Los Norteños De Ojinaga | SR0000637716 | https://www.youtube.com/watch?v=eiGDtmbhSLY |
| El Sonador | Los Norteños De Ojinaga | SR0000637716 | https://www.youtube.com/watch?v=pbDplFQ7IX4 |
| Tu | Los Norteños De Ojinaga | SR0000637716 | https://www.youtube.com/watch?v=Iz_S70B0xxo |
| Tu | Los Norteños De Ojinaga | SR0000637716 | https://www.youtube.com/watch?v=VwdmVkE2CHw |
| Mi Tristeza | Los Norteños De Ojinaga | SR0000637716 | https://www.youtube.com/watch?v=r1lm-VxC3rc |
| Lo Suve De Tu Piel | Los Norteños De Ojinaga | SR0000637716 | https://www.youtube.com/watch?v=-TF5xkvxChs |
| Volver A Nacer | Los Norteños De Ojinaga | SR0000637716 | https://www.youtube.com/watch?v=utONobeKGN4 |
| Volver A Nacer | Los Norteños De Ojinaga | SR0000637716 | https://www.youtube.com/watch?v=suOKqubNQdU |
| Ya No La Molestare | Los Norteños De Ojinaga | SR0000637716 | https://www.youtube.com/watch?v=3Rn8IyBn1jc |
| Ya No La Molestare | Los Norteños De Ojinaga | SR0000637716 | https://www.youtube.com/watch?v=17dKqoCIGwI |
| Ya No La Molestare | Los Norteños De Ojinaga | SR0000637716 | https://www.youtube.com/watch?v=W0KgIZtqnt8 |
| Una Mujer Especial | Los Norteños De Ojinaga | SR0000637716 | https://www.youtube.com/watch?v=1YHCN5VKgG8 |
| Corrido Del Compa Gera | Los Kortez De Sinaloa | SR0000637728 | https://www.youtube.com/watch?v=tRU0Ybx0MjA |
| No Te Olvidare | La Revolucion de Tuzantla | SR0000638316 | https://www.youtube.com/watch?v=mNTNERTUvTI |
| Quisiera Mejor Morir | La Revolucion de Tuzantla | SR0000638316 | https://www.youtube.com/watch?v=FaWAQl9jpOU |
| Vente Conmigo | La Revolucion de Tuzantla | SR0000638316 | https://www.youtube.com/watch?v=b_8wsrhSxv4 |
| Hambre De Perro | La Revolucion de Tuzantla | SR0000638316 | https://www.youtube.com/watch?v=m1vXd8p2zuQ |
| Te Lo Pido Por Favor | La Revolucion de Tuzantla | SR0000638316 | https://www.youtube.com/watch?v=Mff16lM6fO4 |
| Si Conmigo Tu No Estas | La Revolucion de Tuzantla | SR0000638316 | https://www.youtube.com/watch?v=Ns81QjAlkGk |
| Chiquilla Bonita | La Revolucion de Tuzantla | SR0000638316 | https://www.youtube.com/watch?v=UVr3rpMXKu4 |
| Por Que Siempre Te Amare | La Revolucion de Tuzantla | SR0000638316 | https://www.youtube.com/watch?v=3LwC2dzGyTk |
| Gracias Amor | Los Filis | SR0000269508 | https://www.youtube.com/watch?v=Mn6GtMCfHYU |
| Gracias Amor | Los Filis | SR0000638648 | https://www.youtube.com/watch?v=YbwljoCejgc |
| Solo Voy A Amarte | Los Filis | SR0000638648 | https://www.youtube.com/watch?v=QX5iyJOGR0U |
| Que Lastima | Los Filis | SR0000638648 | https://www.youtube.com/watch?v=VTiqGlX7a_w |
| Gracias Amor | Los Filis | SR0000638648 | https://www.youtube.com/watch?v=Mn6GtMCfHYU |
| Porque Si Te Amo | Los Filis | SR0000638648 | https://www.youtube.com/watch?v=Kf27iE9--sM |
| Esperame | Los Filis | SR0000638648 | https://www.youtube.com/watch?v=_c0VHSmnPg |
| Asi Naci Ansina Soy | Los Filis | SR0000638648 | https://www.youtube.com/watch?v=LFPVtUU1cYo |
| Enamorado De Ti | Los Filis | SR0000638648 | https://www.youtube.com/watch?v=OzZzZYWEy-g |
| El Sueno Americano (The American | Los Norteños De Ojinaga | SR0000372460 | https://www.youtube.com/watch?v=Bg1irszt3hU |
| El Sueno Americano (The American | Los Norteños De Ojinaga | SR0000638661 | https://www.youtube.com/watch?v=Bg1irszt3hU |
| El Embrujado | Los Marineros del Norte | SR0000638661 | https://www.youtube.com/watch?v=3_wJFlccpxM |
| Como La Primavera | Los Jilgueros Del Arroyo De Israel Urias | SR0000638665 | https://www.youtube.com/watch?v=J7HymmqLgM0 |
| Como Primavera | Los Jilgueros Del Arroyo De Israel Urias | SR0000638665 | https://www.youtube.com/watch?v=7xmhJyQaChY |
| Ni EN Defensa Propia | Maximo Norte | SR0000646831 | https://www.youtube.com/watch?v=eZ-RwFSi3zs |
| Respeta Mi Dolor | Maximo Norte | SR0000646831 | https://www.youtube.com/watch?v=E8crnJi5G3Y |
| Vas A Sufrir | Maximo Norte | SR0000646831 | https://www.youtube.com/watch?v=_snvotkgEc8 |
| No Se Ha dado Cuenta | Los Dinnos Aurios | SR0000771296 | https://www.youtube.com/watch?v=aHJlf6Xraog |
| Siempre Estoy Pensando En Ti | Los Dinnos Aurios | SR0000771296 | https://www.youtube.com/watch?v=ienXnJ8du5c |

# EXHIBIT D

| Release Display Artist | Album Title | Track Number | Track Title | SR | Platform |
|---|---|---|---|---|---|
| Banda el Recodo & Banda Cuisillos | Dos Grandes Bandas Vol.2 | 1 | Dolor De Soledad | SR0000346032 | AMAZON |
| Banda el Recodo & Banda Cuisillos | Dos Grandes Bandas Vol.2 | 2 | Lo Que Te Queda | SR0000346032 | AMAZON |
| Banda el Recodo & Banda Cuisillos | Dos Grandes Bandas Vol.2 | 3 | Indita Mia | SR0000346032 | AMAZON |
| Banda el Recodo & Banda Cuisillos | Dos Grandes Bandas Vol.2 | 4 | Nada De Tu Amor | SR0000346032 | AMAZON |
| Banda el Recodo & Banda Cuisillos | Dos Grandes Bandas Vol.2 | 5 | El Chicano - Corrido Al Chicano | SR0000346032 | AMAZON |
| Banda el Recodo & Banda Cuisillos | Dos Grandes Bandas Vol.2 | 6 | Mala Mujer | SR0000346032 | AMAZON |
| Banda el Recodo & Banda Cuisillos | Dos Grandes Bandas Vol.2 | 7 | Con el Santo De Espaldas | SR0000346032 | AMAZON |
| Banda el Recodo & Banda Cuisillos | Dos Grandes Bandas Vol.2 | 8 | A Donde Ira Maria | SR0000346032 | AMAZON |
| Banda el Recodo & Banda Cuisillos | Dos Grandes Bandas Vol.2 | 9 | Vuelve Gaviota | SR0000346032 | AMAZON |
| Banda el Recodo & Banda Cuisillos | Dos Grandes Bandas Vol.2 | 10 | Fiesta En Mi Pueblo | SR0000346032 | AMAZON |
| Carlos Y Jose | 15 Kilates Musicales | 1 | El Chubasco | SR0000297168 | AMAZON |
| Carlos Y Jose | 15 Kilates Musicales | 2 | Flor De Capomo | SR0000297168 | AMAZON |
| Carlos Y Jose | 15 Kilates Musicales | 3 | Es Imposible | SR0000297168 | AMAZON |
| Carlos Y Jose | 15 Kilates Musicales | 4 | Arboles De La Barranca | SR0000297168 | AMAZON |
| Carlos Y Jose | 15 Kilates Musicales | 5 | De California Te Escribo | SR0000297168 | AMAZON |
| Carlos Y Jose | 15 Kilates Musicales | 6 | El Manicero | SR0000297168 | AMAZON |
| Carlos Y Jose | 15 Kilates Musicales | 7 | Con La Luz Apagada | SR0000297168 | AMAZON |
| Carlos Y Jose | 15 Kilates Musicales | 8 | Amores Fingidos | SR0000297168 | AMAZON |
| Carlos Y Jose | 15 Kilates Musicales | 9 | El Taxista Enamorado | SR0000297168 | AMAZON |
| Carlos Y Jose | 15 Kilates Musicales | 10 | Ella | SR0000297168 | AMAZON |
| Carlos Y Jose | 15 Kilates Musicales | 11 | La Clave Del Jefe | SR0000297168 | AMAZON |
| Carlos Y Jose | 15 Kilates Musicales | 12 | Ya Viene Amaneciendo | SR0000297168 | AMAZON |
| Carlos Y Jose | 15 Kilates Musicales | 13 | El Mandilon | SR0000297168 | AMAZON |
| Carlos Y Jose | 15 Kilates Musicales | 14 | Una Noche Serena Y Obscura | SR0000297168 | AMAZON |
| Carlos Y Jose | 15 Kilates Musicales | 15 | Ahora Seremos Felices | SR0000297168 | AMAZON |
| Carlos Y Jose | Corridos De Lujo | 1 | El Rico Pobre | SR0000251376 | AMAZON |
| Carlos Y Jose | Corridos De Lujo | 2 | Cuenta Pagada | SR0000251376 | AMAZON |
| Carlos Y Jose | Corridos De Lujo | 3 | La Montura Ensangrentada | SR0000251376 | AMAZON |
| Carlos Y Jose | Corridos De Lujo | 4 | El Indio Azteca | SR0000251376 | AMAZON |
| Carlos Y Jose | Corridos De Lujo | 5 | Bolsas De A Gramo | SR0000251376 | AMAZON |
| Carlos Y Jose | Corridos De Lujo | 6 | Temo Bravo | SR0000251376 | AMAZON |
| Carlos Y Jose | Corridos De Lujo | 7 | El Bipper De Mis Amigos | SR0000251376 | AMAZON |
| Carlos Y Jose | Corridos De Lujo | 8 | El Plaguitas | SR0000251376 | AMAZON |
| Carlos Y Jose | Corridos De Lujo | 9 | La Cuerva De la Petaca | SR0000251376 | AMAZON |
| Carlos Y Jose | Corridos De Lujo | 10 | El Guero Rubalcava | SR0000251376 | AMAZON |
| Carlos Y Jose | Corridos De Lujo | 11 | El Contrabando Del Rio | SR0000251376 | AMAZON |
| Carlos Y Jose | Corridos De Lujo | 12 | Patrullas De Blanco Y Negro | SR0000251376 | AMAZON |
| Carlos Y Jose | Para Rato 25 Grandes | 1 | Mujer De Agallas | SR0000636585 | AMAZON |
| Carlos Y Jose | Para Rato 25 Grandes | 2 | Amores Fingidos | SR0000636585 | AMAZON |
| Carlos Y Jose | Para Rato 25 Grandes | 3 | Dos Seres Que Se Aman | SR0000636585 | AMAZON |
| Carlos Y Jose | Para Rato 25 Grandes | 4 | El Cielo Estaba Llorando | SR0000636585 | AMAZON |
| Carlos Y Jose | Para Rato 25 Grandes | 5 | Por Que Te Fuiste | SR0000636585 | AMAZON |
| Carlos Y Jose | Para Rato 25 Grandes | 6 | La Cama De Piedra | SR0000636585 | AMAZON |
| Carlos Y Jose | Para Rato 25 Grandes | 7 | Al Pie de Un Arbol | SR0000636585 | AMAZON |
| Carlos Y Jose | Para Rato 25 Grandes | 8 | El Rico Pobre | SR0000636585 | AMAZON |
| Carlos Y Jose | Para Rato 25 Grandes | 9 | Anhelando Tus Besos | SR0000636585 | AMAZON |
| Carlos Y Jose | Para Rato 25 Grandes | 10 | Amor De Cobre | SR0000636585 | AMAZON |
| Carlos Y Jose | Para Rato 25 Grandes | 11 | El Chubasco | SR0000636585 | AMAZON |
| Carlos Y Jose | Para Rato 25 Grandes | 12 | Flor De Capomo | SR0000636585 | AMAZON |
| Carlos Y Jose | Para Rato 25 Grandes | 13 | Es Imposible | SR0000636585 | AMAZON |
| Carlos Y Jose | Para Rato 25 Grandes | 14 | Arboles De La Barranca | SR0000636585 | AMAZON |
| Carlos Y Jose | Para Rato 25 Grandes | 15 | De California Te Escribo | SR0000636585 | AMAZON |
| Carlos Y Jose | Para Rato 25 Grandes | 16 | El Manicero | SR0000636585 | AMAZON |
| Carlos Y Jose | Para Rato 25 Grandes | 17 | Con La Luz Apagada | SR0000636585 | AMAZON |
| Carlos Y Jose | Para Rato 25 Grandes | 18 | Amores Fingidos | SR0000636585 | AMAZON |
| Carlos Y Jose | Para Rato 25 Grandes | 19 | El Taxista Enamorado | SR0000636585 | AMAZON |
| Carlos Y Jose | Para Rato 25 Grandes | 20 | Ella | SR0000636585 | AMAZON |
| Carlos Y Jose | Para Rato 25 Grandes | 21 | La Clave Del Jefe | SR0000636585 | AMAZON |
| Carlos Y Jose | Para Rato 25 Grandes | 22 | Ya Viene Amaneciendo | SR0000636585 | AMAZON |
| Carlos Y Jose | Para Rato 25 Grandes | 23 | El Mandilon | SR0000636585 | AMAZON |
| Carlos Y Jose | Para Rato 25 Grandes | 24 | Una Noche Serena Y Obscura | SR0000636585 | AMAZON |
| Carlos Y Jose | Para Rato 25 Grandes | 25 | Ahora Seremos Felices | SR0000636585 | AMAZON |
| Carlos Y Jose | Recuerdos De Carlos y Jose Vol. | 1 | La Vanidosa | SR0000382284 | AMAZON |
| Carlos Y Jose | Recuerdos De Carlos y Jose Vol. | 2 | Fraude De Amor | SR0000382284 | AMAZON |
| Carlos Y Jose | Recuerdos De Carlos y Jose Vol. | 3 | Lo Doy Por Hecho | SR0000382284 | AMAZON |
| Carlos Y Jose | Recuerdos De Carlos y Jose Vol. | 4 | Me Sobra Corazon | SR0000382284 | AMAZON |
| Carlos Y Jose | Recuerdos De Carlos y Jose Vol. | 5 | Del Recuerdo Vivire | SR0000382284 | AMAZON |
| Carlos Y Jose | Recuerdos De Carlos y Jose Vol. | 6 | El Reflejo De Mi Padre | SR0000382284 | AMAZON |
| Carlos Y Jose | Recuerdos De Carlos y Jose Vol. | 7 | El Viaje Sin Regreso | SR0000382284 | AMAZON |

| Carlos Y Jose | Recuerdos De Carlos y Jose Vol. | 8 | Venganza Desconocida | SR0000382284 | AMAZON |
|---|---|---|---|---|---|
| Carlos Y Jose | Recuerdos De Carlos y Jose Vol. | 9 | Los Dos Fuerenos | SR0000382284 | AMAZON |
| Carlos Y Jose | Recuerdos De Carlos y Jose Vol. | 10 | Malos Caminantes | SR0000382284 | AMAZON |
| Cornelio Reyna "Con Mariachi y Acordeor | Puro Dolor | 1 | Te Robaste Mis Suenos | SR0000291912 | AMAZON |
| Cornelio Reyna "Con Mariachi y Acordeor | Puro Dolor | 2 | Alma Triste | SR0000291912 | AMAZON |
| Cornelio Reyna "Con Mariachi y Acordeor | Puro Dolor | 3 | Matare Mi Destino | SR0000291912 | AMAZON |
| Cornelio Reyna "Con Mariachi y Acordeor | Puro Dolor | 4 | Ni Los Pleytos | SR0000291912 | AMAZON |
| Cornelio Reyna "Con Mariachi y Acordeor | Puro Dolor | 5 | Si No Ha Sido Por Ti | SR0000291912 | AMAZON |
| Cornelio Reyna "Con Mariachi y Acordeor | Puro Dolor | 6 | Doy Mi Brazo A Torcer | SR0000291912 | AMAZON |
| Cornelio Reyna "Con Mariachi y Acordeor | Puro Dolor | 7 | El Intrigado | SR0000291912 | AMAZON |
| Cornelio Reyna "Con Mariachi y Acordeor | Puro Dolor | 8 | Quiero Vivir En Tu Pecho | SR0000291912 | AMAZON |
| Cornelio Reyna "Con Mariachi y Acordeor | Puro Dolor | 9 | Aunque Tenga Otros Amores | SR0000291912 | AMAZON |
| Cornelio Reyna "Con Mariachi y Acordeor | Puro Dolor | 10 | Ciego Estoy | SR0000291912 | AMAZON |
| Destrampados | Ritmo Calor Y Sentimiento | 1 | Adolorido | SR0000372447 | AMAZON |
| Destrampados | Ritmo Calor Y Sentimiento | 2 | Arreando La Mula | SR0000372447 | AMAZON |
| Destrampados | Ritmo Calor Y Sentimiento | 3 | Borracho Mal Bebido | SR0000372447 | AMAZON |
| Destrampados | Ritmo Calor Y Sentimiento | 4 | Hey baby Que Paso | SR0000372447 | AMAZON |
| Destrampados | Ritmo Calor Y Sentimiento | 5 | Sirvame Otra | SR0000372447 | AMAZON |
| Destrampados | Ritmo Calor Y Sentimiento | 6 | Cancion Mixteca | SR0000372447 | AMAZON |
| Destrampados | Ritmo Calor Y Sentimiento | 7 | Por Esa Yegua | SR0000372447 | AMAZON |
| Destrampados | Ritmo Calor Y Sentimiento | 8 | Siempre Siempre | SR0000372447 | AMAZON |
| Destrampados | Ritmo Calor Y Sentimiento | 9 | Sentimiento Y Traicion | SR0000372447 | AMAZON |
| Destrampados | Ritmo Calor Y Sentimiento | 10 | El Taconazo | SR0000372447 | AMAZON |
| Destrampados | Ritmo Calor Y Sentimiento | 11 | Una Lagrima | SR0000372447 | AMAZON |
| El Simbolo | Exitos | 1 | Exito | SR0000392716 | AMAZON |
| El Simbolo | Exitos | 2 | Levantando Las Manos | SR0000392716 | AMAZON |
| El Simbolo | Exitos | 3 | Pa' Delante Pa' Tras | SR0000392716 | AMAZON |
| El Simbolo | Exitos | 4 | Mucho Mas | SR0000392716 | AMAZON |
| El Simbolo | Exitos | 5 | No Te Preocupes | SR0000392716 | AMAZON |
| El Simbolo | Exitos | 6 | Ya No Hay Mas Problemas | SR0000392716 | AMAZON |
| El Simbolo | Exitos | 7 | Quiero Darte Mas | SR0000392716 | AMAZON |
| El Simbolo | Exitos | 8 | Felicidades | SR0000392716 | AMAZON |
| El Simbolo | Exitos | 9 | Abrazaito | SR0000392716 | AMAZON |
| El Simbolo | Exitos | 10 | Subelo (Zumba) | SR0000392716 | AMAZON |
| El Simbolo | Exitos | 11 | Pasa La Ola | SR0000392716 | AMAZON |
| El Simbolo | Exitos | 12 | Solo | SR0000392716 | AMAZON |
| Los Vaquetones | Por Que Me Puse High - Single | 1 | Por Que Me Puse High | SR0000882089 | AMAZON |
| Grupo La Migra | Celos De Ti | 1 | Celos De Ti | SR0000021131 | AMAZON |
| Grupo La Migra | Celos De Ti | 2 | Compadre Del Alma | SR0000021131 | AMAZON |
| Grupo La Migra | Celos De Ti | 3 | Borracho | SR0000021131 | AMAZON |
| Grupo La Migra | Celos De Ti | 4 | Mi Cumbia | SR0000021131 | AMAZON |
| Grupo La Migra | Celos De Ti | 5 | Perdoname | SR0000021131 | AMAZON |
| Grupo La Migra | Celos De Ti | 6 | Busca Otro Amor | SR0000021131 | AMAZON |
| Grupo La Migra | Celos De Ti | 7 | A Donde Te Hayas | SR0000021131 | AMAZON |
| Grupo La Migra | Celos De Ti | 8 | Esta Noche O Nunca | SR0000021131 | AMAZON |
| Grupo La Migra | Celos De Ti | 9 | Chamaca | SR0000021131 | AMAZON |
| Grupo La Migra | Celos De Ti | 10 | Tengo Ganas De Tomar | SR0000021131 | AMAZON |
| Grupo La Migra | Con Banda Cuisillos Musical | 1 | Albur De Amor | SR0000256680 | AMAZON |
| Grupo La Migra | Con Banda Cuisillos Musical | 2 | Serenata Sin Luna | SR0000256680 | AMAZON |
| Grupo La Migra | Con Banda Cuisillos Musical | 3 | El Troquero | SR0000256680 | AMAZON |
| Grupo La Migra | Con Banda Cuisillos Musical | 4 | Aborrezco | SR0000256680 | AMAZON |
| Grupo La Migra | Con Banda Cuisillos Musical | 5 | El Corral De Piedra | SR0000256680 | AMAZON |
| Grupo La Migra | Con Banda Cuisillos Musical | 6 | Caminos De La Vida | SR0000256680 | AMAZON |
| Grupo La Migra | Con Banda Cuisillos Musical | 7 | La Nueva Zenaida | SR0000256680 | AMAZON |
| Grupo La Migra | Con Banda Cuisillos Musical | 8 | Hablando Claro | SR0000256680 | AMAZON |
| Grupo La Migra | Con Banda Cuisillos Musical | 9 | Mujer Paseada | SR0000256680 | AMAZON |
| Grupo La Migra | Con Banda Cuisillos Musical | 10 | Seis Pies Abajo | SR0000256680 | AMAZON |
| Grupo La Migra | Con Banda La Bufa | 1 | Hijo Malo | SR0000232174 | AMAZON |
| Grupo La Migra | Con Banda La Bufa | 2 | El Pachangon | SR0000232174 | AMAZON |
| Grupo La Migra | Con Banda La Bufa | 3 | Tus Promesas De Amor | SR0000232174 | AMAZON |
| Grupo La Migra | Con Banda La Bufa | 4 | Corazon De Luto | SR0000232174 | AMAZON |
| Grupo La Migra | Con Banda La Bufa | 5 | Solo Yo Sere Tuyo | SR0000232174 | AMAZON |
| Grupo La Migra | Con Banda La Bufa | 6 | Hasta El Copete | SR0000232174 | AMAZON |
| Grupo La Migra | Con Banda La Bufa | 7 | Los Vaiveines De La Vida | SR0000232174 | AMAZON |
| Grupo La Migra | Con Banda La Bufa | 8 | El Ofendido | SR0000232174 | AMAZON |
| Grupo La Migra | Con Banda La Bufa | 9 | Amor Traicionero | SR0000232174 | AMAZON |
| Grupo La Migra | Con Banda La Bufa | 10 | Quiero | SR0000232174 | AMAZON |
| Grupo Vennus | 15 Exitos | 1 | Alma | SR0000201144 | AMAZON |
| Grupo Vennus | 15 Exitos | 2 | Me Duele | SR0000201144 | AMAZON |
| Grupo Vennus | 15 Exitos | 3 | Esclavo Y Rey | SR0000201144 | AMAZON |

| Grupo Vennus | 15 Exitos | 4 | Vuelva | SR0000201144 | AMAZON |
|---|---|---|---|---|---|
| Grupo Vennus | 15 Exitos | 5 | Yo Comence La Broma | SR0000201144 | AMAZON |
| Grupo Vennus | 15 Exitos | 6 | El Viento La Brisa Y Tu Recuerdo | SR0000201144 | AMAZON |
| Grupo Vennus | 15 Exitos | 7 | Amame Mas | SR0000201144 | AMAZON |
| Grupo Vennus | 15 Exitos | 8 | Lo Que Tu Has Hecho | SR0000201144 | AMAZON |
| Grupo Vennus | 15 Exitos | 9 | Mi Pena | SR0000201144 | AMAZON |
| Grupo Vennus | 15 Exitos | 10 | Pero Que Sera | SR0000201144 | AMAZON |
| Grupo Vennus | 15 Exitos | 11 | Maribel | SR0000201144 | AMAZON |
| Grupo Vennus | 15 Exitos | 12 | Anoche No Pude Dormir | SR0000201144 | AMAZON |
| Grupo Vennus | 15 Exitos | 13 | Vida Mia | SR0000201144 | AMAZON |
| Grupo Vennus | 15 Exitos | 14 | Quisiera Ser | SR0000201144 | AMAZON |
| Grupo Vennus | 15 Exitos | 15 | Cada Quien Por Su Lado | SR0000201144 | AMAZON |
| Grupo Vennus | Y Si Te Quiero | 1 | Y Si Te Quiero | SR0000315434 | AMAZON |
| Grupo Vennus | Y Si Te Quiero | 2 | La Rosa | SR0000315434 | AMAZON |
| Grupo Vennus | Y Si Te Quiero | 3 | Que Tarde Te Conoci | SR0000315434 | AMAZON |
| Grupo Vennus | Y Si Te Quiero | 4 | El Suavecito | SR0000315434 | AMAZON |
| Grupo Vennus | Y Si Te Quiero | 5 | La Condicion | SR0000315434 | AMAZON |
| Grupo Vennus | Y Si Te Quiero | 6 | Tu Amor No Me Vasta | SR0000315434 | AMAZON |
| Grupo Vennus | Y Si Te Quiero | 7 | Que Lastima | SR0000315434 | AMAZON |
| Grupo Vennus | Y Si Te Quiero | 8 | No Tiene La Culpa El Indio | SR0000315434 | AMAZON |
| Grupo Vennus | Y Si Te Quiero | 9 | Si Piensas Regresar | SR0000315434 | AMAZON |
| Grupo Vennus | Y Si Te Quiero | 10 | La Duda | SR0000315434 | AMAZON |
| La Tropa Chicana | 15 Grandes Exitos | 1 | Vestido Mojado | SR0000313363 | AMAZON |
| La Tropa Chicana | 15 Grandes Exitos | 2 | Tu Nuevo Carinito | SR0000313363 | AMAZON |
| La Tropa Chicana | 15 Grandes Exitos | 3 | Vive Feliz | SR0000313363 | AMAZON |
| La Tropa Chicana | 15 Grandes Exitos | 4 | El Cuerno De Chivo | SR0000313363 | AMAZON |
| La Tropa Chicana | 15 Grandes Exitos | 5 | Senorita Cantinera | SR0000313363 | AMAZON |
| La Tropa Chicana | 15 Grandes Exitos | 6 | Por Una Mujer Casada | SR0000313363 | AMAZON |
| La Tropa Chicana | 15 Grandes Exitos | 7 | La Suavecita | SR0000313363 | AMAZON |
| La Tropa Chicana | 15 Grandes Exitos | 8 | Se Me Olvido Otra Vez | SR0000313363 | AMAZON |
| La Tropa Chicana | 15 Grandes Exitos | 9 | Polvo Maldito | SR0000313363 | AMAZON |
| La Tropa Chicana | 15 Grandes Exitos | 10 | Que Sirvan Las Otras | SR0000313363 | AMAZON |
| La Tropa Chicana | 15 Grandes Exitos | 11 | El Cabo De Michoacan | SR0000313363 | AMAZON |
| La Tropa Chicana | 15 Grandes Exitos | 12 | Besando La Cruz | SR0000313363 | AMAZON |
| La Tropa Chicana | 15 Grandes Exitos | 13 | Te Dejo Me Voy | SR0000313363 | AMAZON |
| La Tropa Chicana | 15 Grandes Exitos | 14 | Sera Que Aun Te Quiero | SR0000313363 | AMAZON |
| La Tropa Chicana | 15 Grandes Exitos | 15 | Por Quien Me Dejas | SR0000313363 | AMAZON |
| La Tropa Chicana | Cicatrices | 1 | Cicatrices | SR0000228985 | AMAZON |
| La Tropa Chicana | Cicatrices | 2 | Yo Quiero Ser | SR0000228985 | AMAZON |
| La Tropa Chicana | Cicatrices | 3 | Las Rejas No Matan | SR0000228985 | AMAZON |
| La Tropa Chicana | Cicatrices | 4 | Nada Contigo | SR0000228985 | AMAZON |
| La Tropa Chicana | Cicatrices | 5 | Mis Ojos Viejos | SR0000228985 | AMAZON |
| La Tropa Chicana | Cicatrices | 6 | Tres Mares Dos Rios | SR0000228985 | AMAZON |
| La Tropa Chicana | Cicatrices | 7 | Coquito De Agua | SR0000228985 | AMAZON |
| La Tropa Chicana | Cicatrices | 8 | Por Que Me Enamore | SR0000228985 | AMAZON |
| La Tropa Chicana | Cicatrices | 9 | Que Nadie Nos Moleste | SR0000228985 | AMAZON |
| La Tropa Chicana | Cicatrices | 10 | La Brujita | SR0000228985 | AMAZON |
| La Tropa Chicana | Una Limosna | 1 | Una Limosna | SR0000229638 | AMAZON |
| La Tropa Chicana | Una Limosna | 2 | Vivir Para Amarte | SR0000229638 | AMAZON |
| La Tropa Chicana | Una Limosna | 3 | Amor Perfecto | SR0000229638 | AMAZON |
| La Tropa Chicana | Una Limosna | 4 | Como Le Hago | SR0000229638 | AMAZON |
| La Tropa Chicana | Una Limosna | 5 | Que Mas Da | SR0000229638 | AMAZON |
| La Tropa Chicana | Una Limosna | 6 | Aunque Me Duela El Alma | SR0000229638 | AMAZON |
| La Tropa Chicana | Una Limosna | 7 | Renunciacion | SR0000229638 | AMAZON |
| La Tropa Chicana | Una Limosna | 8 | El Traficante | SR0000229638 | AMAZON |
| La Tropa Chicana | Una Limosna | 9 | Cabalgando | SR0000229638 | AMAZON |
| La Tropa Chicana | Una Limosna | 10 | Por Amarte | SR0000229638 | AMAZON |
| La Tropa Chicana | Puras De Dolor y Sentimiento Vo | 1 | Aca Entre Nos | SR0000341331 | AMAZON |
| La Tropa Chicana | Puras De Dolor y Sentimiento Vo | 2 | Las Rejas No Matan | SR0000341331 | AMAZON |
| La Tropa Chicana | Puras De Dolor y Sentimiento Vo | 3 | El Malquerido | SR0000341331 | AMAZON |
| La Tropa Chicana | Puras De Dolor y Sentimiento Vo | 4 | No Me Hagas Menos | SR0000341331 | AMAZON |
| La Tropa Chicana | Puras De Dolor y Sentimiento Vo | 5 | Una Limosina | SR0000341331 | AMAZON |
| La Tropa Chicana | Puras De Dolor y Sentimiento Vo | 6 | Cicatrices | SR0000341331 | AMAZON |
| La Tropa Chicana | Puras De Dolor y Sentimiento Vo | 7 | Lastima Que Seas Ajena | SR0000341331 | AMAZON |
| La Tropa Chicana | Puras De Dolor y Sentimiento Vo | 8 | Nada Contigo | SR0000341331 | AMAZON |
| La Tropa Chicana | Puras De Dolor y Sentimiento Vo | 9 | Donde Caigo | SR0000341331 | AMAZON |
| La Tropa Chicana | Puras De Dolor y Sentimiento Vo | 10 | Aunque Me Duela El Alma | SR0000341331 | AMAZON |
| Los Acuario | Sus Mas Grandes Exitos | 1 | La Enorme Distancia | SR0000231289 | AMAZON |
| Los Acuario | Sus Mas Grandes Exitos | 2 | Las Misma Piedras | SR0000231289 | AMAZON |
| Los Acuario | Sus Mas Grandes Exitos | 3 | Cuando Volvere | SR0000231289 | AMAZON |

| | | | | | |
|---|---|---|---|---|---|
| Los Acuario | Sus Mas Grandes Exitos | 4 | Mi Pena | SR0000231289 | AMAZON |
| Los Acuario | Sus Mas Grandes Exitos | 5 | Compadre Pa' Luego Es Tarde | SR0000231289 | AMAZON |
| Los Acuario | Sus Mas Grandes Exitos | 6 | La Hielera | SR0000231289 | AMAZON |
| Los Acuario | Sus Mas Grandes Exitos | 7 | De Todo Tomo | SR0000231289 | AMAZON |
| Los Acuario | Sus Mas Grandes Exitos | 8 | El Tercer Jalon | SR0000231289 | AMAZON |
| Los Acuario | Sus Mas Grandes Exitos | 9 | Despues De 20 Copas | SR0000231289 | AMAZON |
| Los Acuario | Sus Mas Grandes Exitos | 10 | Tierra Mala | SR0000231289 | AMAZON |
| Los Acuario | Sus Mas Grandes Exitos | 11 | La Muerte / Las Nopaleras | SR0000231289 | AMAZON |
| Los Acuario | Sus Mas Grandes Exitos | 12 | La Esquina Embrujada | SR0000231289 | AMAZON |
| Los Acuario | Sus Mas Grandes Exitos | 13 | Ando Que Me Lleva La Tristeza | SR0000231289 | AMAZON |
| Los Acuario | Sus Mas Grandes Exitos | 14 | Pa' Todo El Ano | SR0000231289 | AMAZON |
| Los Acuario | Sus Mas Grandes Exitos | 15 | El Aguijon | SR0000231289 | AMAZON |
| Los Bondadosos | 15 Exitos Versiones Orijinales Vo | 1 | Por Que Te Querre Yo Tanto | SR0000065917 | AMAZON |
| Los Bondadosos | 15 Exitos Versiones Orijinales Vo | 2 | Solo Cuando Estoy Contigo | SR0000065917 | AMAZON |
| Los Bondadosos | 15 Exitos Versiones Orijinales Vo | 3 | Amigos Y Rivales | SR0000065917 | AMAZON |
| Los Bondadosos | 15 Exitos Versiones Orijinales Vo | 4 | Mis Ojos Lloran Otra Vez | SR0000065917 | AMAZON |
| Los Bondadosos | 15 Exitos Versiones Orijinales Vo | 5 | Jugando Con Lumbre | SR0000065917 | AMAZON |
| Los Bondadosos | 15 Exitos Versiones Orijinales Vo | 6 | Un Besito Por Que Nos Queremos | SR0000065917 | AMAZON |
| Los Bondadosos | 15 Exitos Versiones Orijinales Vo | 7 | Mira Que Casualidad | SR0000065917 | AMAZON |
| Los Bondadosos | 15 Exitos Versiones Orijinales Vo | 8 | Necesito Que Me Quieras | SR0000065917 | AMAZON |
| Los Bondadosos | 15 Exitos Versiones Orijinales Vo | 9 | Como Me Gusta Quererte | SR0000065917 | AMAZON |
| Los Bondadosos | 15 Exitos Versiones Orijinales Vo | 10 | Porque Me Haces Sufrir | SR0000065917 | AMAZON |
| Los Bondadosos | 15 Exitos Versiones Orijinales Vo | 11 | Que Tal Si Me Das Un Beso | SR0000065917 | AMAZON |
| Los Bondadosos | 15 Exitos Versiones Orijinales Vo | 12 | Cara De Angel | SR0000065917 | AMAZON |
| Los Bondadosos | 15 Exitos Versiones Orijinales Vo | 13 | Se Oyen Rumores | SR0000065917 | AMAZON |
| Los Bondadosos | 15 Exitos Versiones Orijinales Vo | 14 | Dime Cuando Dejes De Quererme | SR0000065917 | AMAZON |
| Los Bondadosos | 15 Exitos Versiones Orijinales Vo | 15 | Propiedad Privada | SR0000065917 | AMAZON |
| Los Bondadosos | Realidades | 1 | Acostumbrado A Tu Amor | SR0000112817 | AMAZON |
| Los Bondadosos | Realidades | 2 | Solo Dejame Tu Amistad | SR0000112817 | AMAZON |
| Los Bondadosos | Realidades | 3 | Tu Peor Es Nada | SR0000112817 | AMAZON |
| Los Bondadosos | Realidades | 4 | Noche De Amor | SR0000112817 | AMAZON |
| Los Bondadosos | Realidades | 5 | Por Que Nos Peleamos Tanto | SR0000112817 | AMAZON |
| Los Bondadosos | Realidades | 6 | Ya No Puedo Quererte | SR0000112817 | AMAZON |
| Los Bondadosos | Realidades | 7 | Dejame Rehacer Mi Vida | SR0000112817 | AMAZON |
| Los Bondadosos | Realidades | 8 | La Gira | SR0000112817 | AMAZON |
| Los Bondadosos | Realidades | 9 | Una Oportunidad Mas | SR0000112817 | AMAZON |
| Los Bondadosos | Realidades | 10 | Dilema | SR0000112817 | AMAZON |
| Los Bondadosos | Realidades | 11 | Si Me Hubieras Esperado | SR0000112817 | AMAZON |
| Los Kinos | 15 Grandes Exitos | 1 | Ya Borracho Que Horas Son | SR0000061575 | AMAZON |
| Los Kinos | 15 Grandes Exitos | 2 | Y Si Lloro Que | SR0000061575 | AMAZON |
| Los Kinos | 15 Grandes Exitos | 3 | Brinca Y Veras | SR0000061575 | AMAZON |
| Los Kinos | 15 Grandes Exitos | 4 | Los Dos Amantes | SR0000061575 | AMAZON |
| Los Kinos | 15 Grandes Exitos | 5 | La Rosa De Oro | SR0000061575 | AMAZON |
| Los Kinos | 15 Grandes Exitos | 6 | Amarga Navidad | SR0000061575 | AMAZON |
| Los Kinos | 15 Grandes Exitos | 7 | Las Cuatro Novias | SR0000061575 | AMAZON |
| Los Kinos | 15 Grandes Exitos | 8 | Pa' Yo | SR0000061575 | AMAZON |
| Los Kinos | 15 Grandes Exitos | 9 | Me Doy Contigo | SR0000061575 | AMAZON |
| Los Kinos | 15 Grandes Exitos | 10 | El Saltadito | SR0000061575 | AMAZON |
| Los Kinos | 15 Grandes Exitos | 11 | La Piedrecita | SR0000061575 | AMAZON |
| Los Kinos | 15 Grandes Exitos | 12 | La Maldicion | SR0000061575 | AMAZON |
| Los Kinos | 15 Grandes Exitos | 13 | Que Te Vas Adios | SR0000061575 | AMAZON |
| Los Kinos | 15 Grandes Exitos | 14 | La Brujeria | SR0000061575 | AMAZON |
| Los Kinos | 15 Grandes Exitos | 15 | El Huerfanito | SR0000061575 | AMAZON |
| Los Kinos | Y Sus Mas Grandes Exitos | 1 | Ya Borracho Que Horas Son | SR0000065691 | AMAZON |
| Los Kinos | Y Sus Mas Grandes Exitos | 2 | Pa' Yo | SR0000065691 | AMAZON |
| Los Kinos | Y Sus Mas Grandes Exitos | 3 | Y Si Lloro Que? | SR0000065691 | AMAZON |
| Los Kinos | Y Sus Mas Grandes Exitos | 4 | El Ultimo Trago | SR0000065691 | AMAZON |
| Los Kinos | Y Sus Mas Grandes Exitos | 5 | Fallaste Corazon | SR0000065691 | AMAZON |
| Los Kinos | Y Sus Mas Grandes Exitos | 6 | Brinca Y Veras | SR0000065691 | AMAZON |
| Los Kinos | Y Sus Mas Grandes Exitos | 7 | Los Dos Amantes | SR0000065691 | AMAZON |
| Los Kinos | Y Sus Mas Grandes Exitos | 8 | Besos De Papel | SR0000065691 | AMAZON |
| Los Kinos | Y Sus Mas Grandes Exitos | 9 | El Abandonado | SR0000065691 | AMAZON |
| Los Kinos | Y Sus Mas Grandes Exitos | 10 | Esta Sellado | SR0000065691 | AMAZON |
| Los Sagitarios | 17 Exitos | 1 | Adios Amor | SR0000129419 | AMAZON |
| Los Sagitarios | 17 Exitos | 2 | La Carta | SR0000129419 | AMAZON |
| Los Sagitarios | 17 Exitos | 3 | Ojitos De Capulin | SR0000129419 | AMAZON |
| Los Sagitarios | 17 Exitos | 4 | La Duena De Mi Amor | SR0000129419 | AMAZON |
| Los Sagitarios | 17 Exitos | 5 | Nomas Por Ti | SR0000129419 | AMAZON |
| Los Sagitarios | 17 Exitos | 6 | Pobrecito Gorrion | SR0000129419 | AMAZON |
| Los Sagitarios | 17 Exitos | 7 | Quisiera Ser Golondrina | SR0000129419 | AMAZON |

| Los Sagitarios | 17 Exitos | 8 | Chava Romero | SR0000129419 | AMAZON |
|---|---|---|---|---|---|
| Los Sagitarios | 17 Exitos | 9 | Triste Recuerdo | SR0000129419 | AMAZON |
| Los Sagitarios | 17 Exitos | 10 | Ven | SR0000129419 | AMAZON |
| Los Sagitarios | 17 Exitos | 11 | Paloma Que Vas Volando | SR0000129419 | AMAZON |
| Los Sagitarios | 17 Exitos | 12 | La Chicanita | SR0000129419 | AMAZON |
| Los Sagitarios | 17 Exitos | 13 | Se Que Te Sigo Gustando | SR0000129419 | AMAZON |
| Los Sagitarios | 17 Exitos | 14 | Cuando Vendras | SR0000129419 | AMAZON |
| Los Sagitarios | 17 Exitos | 15 | Se Fue Mi Chata | SR0000129419 | AMAZON |
| Los Sagitarios | 17 Exitos | 16 | Amorcito De Mi Alma | SR0000129419 | AMAZON |
| Los Sagitarios | 17 Exitos | 17 | A Mi Cuanto Me Cuesta | SR0000129419 | AMAZON |
| Carlos y Jose | 20 Corridos Originales | 1 | El Gavilan De Agua Prieta | MX | Amazon |
| Carlos y Jose | 20 Corridos Originales | 2 | Venganza Desconocida | MX | Amazon |
| Carlos y Jose | 20 Corridos Originales | 3 | Los Valientes De Teran | MX | Amazon |
| Carlos y Jose | 20 Corridos Originales | 4 | El Patron Mayor | MX | Amazon |
| Carlos y Jose | 20 Corridos Originales | 5 | El Odio De Dos Hermanos | MX | Amazon |
| Carlos y Jose | 20 Corridos Originales | 6 | Dos Pistolas De Recuerdo | MX | Amazon |
| Carlos y Jose | 20 Corridos Originales | 7 | El Tartanero | MX | Amazon |
| Carlos y Jose | 20 Corridos Originales | 8 | Agapito Casanova | MX | Amazon |
| Carlos y Jose | 20 Corridos Originales | 9 | El Tres Dedos | MX | Amazon |
| Carlos y Jose | 20 Corridos Originales | 10 | El Muchacho Y El Potro | MX | Amazon |
| Carlos y Jose | 20 Corridos Originales | 11 | El Manchas Blancas | MX | Amazon |
| Carlos y Jose | 20 Corridos Originales | 12 | El Moro De Cumpas | MX | Amazon |
| Carlos y Jose | 20 Corridos Originales | 13 | Caballo De La Cordada | MX | Amazon |
| Carlos y Jose | 20 Corridos Originales | 14 | El Caballo Melado | MX | Amazon |
| Carlos y Jose | 20 Corridos Originales | 15 | El Lucero Y La Dama | MX | Amazon |
| Carlos y Jose | 20 Corridos Originales | 16 | Siete Leguas | MX | Amazon |
| Carlos y Jose | 20 Corridos Originales | 17 | El Caballo Ensillado | MX | Amazon |
| Carlos y Jose | 20 Corridos Originales | 18 | La Noria Escondiada | MX | Amazon |
| Carlos y Jose | 20 Corridos Originales | 19 | Tres Viudas Solas | MX | Amazon |
| Carlos y Jose | 20 Corridos Originales | 20 | La Mata De Sandia | MX | Amazon |
| Gilberto Valenzuela | Celoso | 1 | Hazla Regresar | MX | Amazon |
| Gilberto Valenzuela | Celoso | 2 | Una Copa Mas | MX | Amazon |
| Gilberto Valenzuela | Celoso | 3 | Hay Que Saber Perder | MX | Amazon |
| Gilberto Valenzuela | Celoso | 4 | Incertidumbre | MX | Amazon |
| Gilberto Valenzuela | Celoso | 5 | Vereda Tropical | MX | Amazon |
| Gilberto Valenzuela | Celoso | 6 | Cuatro Vidas | MX | Amazon |
| Gilberto Valenzuela | Celoso | 7 | Amor De La Calle | MX | Amazon |
| Gilberto Valenzuela | Celoso | 8 | El Moro De Cumpas | MX | Amazon |
| Gilberto Valenzuela | Celoso | 9 | La Traicionera | MX | Amazon |
| Gilberto Valenzuela | Celoso | 10 | En Buena Ley | MX | Amazon |
| Gilberto Valenzuela | Celoso | 11 | Que Sacrificio | MX | Amazon |
| Gilberto Valenzuela | Celoso | 12 | Por Que | MX | Amazon |
| Gilberto Valenzuela | Celoso | 13 | Sonora Querida | MX | Amazon |
| Gilberto Valenzuela | Celoso | 14 | A Pesar Del Tiempo | MX | Amazon |
| Gilberto Valenzuela | Celoso | 15 | Al Ver Que Te Vas | MX | Amazon |
| Gilberto Valenzuela | Celoso | 16 | Pacto Suicida | MX | Amazon |
| Gilberto Valenzuela | Celoso | 17 | La Carcel De Cananea | MX | Amazon |
| Gilberto Valenzuela | Celoso | 18 | Caballo Prieto Azabache | MX | Amazon |
| Gilberto Valenzuela | Celoso | 19 | Deje A Mis Padres | MX | Amazon |
| Gilberto Valenzuela | Celoso | 20 | Desesperanza | MX | Amazon |
| Gilberto Valenzuela | Celoso | 21 | La Rafaelita | MX | Amazon |
| Gilberto Valenzuela | Celoso | 22 | Asi Soy Yo | MX | Amazon |
| Gilberto Valenzuela | Celoso | 23 | Barrio Pobre | MX | Amazon |
| Gilberto Valenzuela | Celoso | 24 | La Higuera De Sonora | MX | Amazon |
| Gilberto Valenzuela | Celoso | 25 | A Flor De Labio | MX | Amazon |
| Gilberto Valenzuela | Celoso | 26 | Mitad Tu Mitad Yo | MX | Amazon |
| El Jefe & Su Grupo | 12 Super Exitos | 1 | No Te Vayas | MX | Amazon |
| El Jefe & Su Grupo | 12 Super Exitos | 2 | Un Mal Amor | MX | Amazon |
| El Jefe & Su Grupo | 12 Super Exitos | 3 | Infiel | MX | Amazon |
| El Jefe & Su Grupo | 12 Super Exitos | 4 | Cruel Condena | MX | Amazon |
| El Jefe & Su Grupo | 12 Super Exitos | 5 | Amor De Pobre | MX | Amazon |
| El Jefe & Su Grupo | 12 Super Exitos | 6 | Amorosa | MX | Amazon |
| El Jefe & Su Grupo | 12 Super Exitos | 7 | Tu Recuerdo Y Yo | MX | Amazon |
| El Jefe & Su Grupo | 12 Super Exitos | 8 | Amor Ingrato | MX | Amazon |
| El Jefe & Su Grupo | 12 Super Exitos | 9 | Un Dia Muy Triste | MX | Amazon |
| El Jefe & Su Grupo | 12 Super Exitos | 10 | Paloma Piquito Negro | MX | Amazon |
| El Jefe & Su Grupo | 12 Super Exitos | 11 | Jamas Jamas | MX | Amazon |
| El Jefe & Su Grupo | 12 Super Exitos | 12 | Tengo Recuerdos De Ti | MX | Amazon |
| Jose Luis | Tu Diras Corazon | 1 | Tu Diras Corazon | MX | Amazon |

| Jose Luis | Tu Diras Corazon | 2 | Companero Corazon | MX | Amazon |
|---|---|---|---|---|---|
| Jose Luis | Tu Diras Corazon | 3 | La Confianza Se Pierde | MX | Amazon |
| Jose Luis | Tu Diras Corazon | 4 | Levantame El Castigo | MX | Amazon |
| Jose Luis | Tu Diras Corazon | 5 | Que Seas Feliz | MX | Amazon |
| Jose Luis | Tu Diras Corazon | 6 | Que Te Cuesta | MX | Amazon |
| Jose Luis | Tu Diras Corazon | 7 | Sacaste Boleto | MX | Amazon |
| Jose Luis | Tu Diras Corazon | 8 | Te Buscare | MX | Amazon |
| Jose Luis | Tu Diras Corazon | 9 | Dile A Tu Marido | MX | Amazon |
| Jose Luis | Tu Diras Corazon | 10 | Mi Hermano Salio El 18 | MX | Amazon |
| Jose Luis | Tu Diras Corazon | 11 | Con Tu Amor | MX | Amazon |
| Jose Luis | Tu Diras Corazon | 12 | Las Glorias Del Jefe | MX | Amazon |
| Jose Luis | Tu Diras Corazon | 13 | La Probadita | MX | Amazon |
| Las Hermanas Aguila | 20 Super Exitos Originales | 1 | Flor Sin Retono | MX | Amazon |
| Las Hermanas Aguila | 20 Super Exitos Originales | 2 | Que Te Ha Dado Esa Mujer | MX | Amazon |
| Las Hermanas Aguila | 20 Super Exitos Originales | 3 | Al Morir La Tarde | MX | Amazon |
| Las Hermanas Aguila | 20 Super Exitos Originales | 4 | Cuatro Milpas | MX | Amazon |
| Las Hermanas Aguila | 20 Super Exitos Originales | 5 | Espinita | MX | Amazon |
| Las Hermanas Aguila | 20 Super Exitos Originales | 6 | Frenesi y Perfidia | MX | Amazon |
| Las Hermanas Aguila | 20 Super Exitos Originales | 7 | Farolito | MX | Amazon |
| Las Hermanas Aguila | 20 Super Exitos Originales | 8 | Sin Ti | MX | Amazon |
| Las Hermanas Aguila | 20 Super Exitos Originales | 9 | El Rosal Enfermo | MX | Amazon |
| Las Hermanas Aguila | 20 Super Exitos Originales | 10 | Sacrificio | MX | Amazon |
| Las Hermanas Aguila | 20 Super Exitos Originales | 11 | Senora Tentacion | MX | Amazon |
| Las Hermanas Aguila | 20 Super Exitos Originales | 12 | No Te Creo | MX | Amazon |
| Las Hermanas Aguila | 20 Super Exitos Originales | 13 | Mis Ojos Me Denuncian | MX | Amazon |
| Las Hermanas Aguila | 20 Super Exitos Originales | 14 | Temor y Traicion | MX | Amazon |
| Las Hermanas Aguila | 20 Super Exitos Originales | 15 | Hoja Seca | MX | Amazon |
| Las Hermanas Aguila | 20 Super Exitos Originales | 16 | Ven A Verme A Mi | MX | Amazon |
| Las Hermanas Aguila | 20 Super Exitos Originales | 17 | Mi Tormento | MX | Amazon |
| Las Hermanas Aguila | 20 Super Exitos Originales | 18 | Arroyito | MX | Amazon |
| Las Hermanas Aguila | 20 Super Exitos Originales | 19 | La Vida Se Va | MX | Amazon |
| Las Hermanas Aguila | 20 Super Exitos Originales | 20 | Que Te Valla Bien | MX | Amazon |
| Requinto Vaquero | Las Mulas De Moreno | 1 | Las Mulas De Moreno | MX | Amazon |
| Requinto Vaquero | Las Mulas De Moreno | 2 | Sobre La Cama | MX | Amazon |
| Requinto Vaquero | Las Mulas De Moreno | 3 | Handan Diciendo Por Hai | MX | Amazon |
| Requinto Vaquero | Las Mulas De Moreno | 4 | Chuy Y Mauricio | MX | Amazon |
| Requinto Vaquero | Las Mulas De Moreno | 5 | La Cerca | MX | Amazon |
| Requinto Vaquero | Las Mulas De Moreno | 6 | Palomas Que Handan Volando | MX | Amazon |
| Requinto Vaquero | Las Mulas De Moreno | 7 | El Mariguano | MX | Amazon |
| Requinto Vaquero | Las Mulas De Moreno | 8 | El Lobo Domestico | MX | Amazon |
| Requinto Vaquero | Las Mulas De Moreno | 9 | Yesenia Lopez | MX | Amazon |
| Requinto Vaquero | Las Mulas De Moreno | 10 | Acavo De Enterarme | MX | Amazon |
| Requinto Vaquero | Las Mulas De Moreno | 11 | Como Se Mata El Gusano | MX | Amazon |
| Requinto Vaquero | Las Mulas De Moreno | 12 | Me Muero | MX | Amazon |
| Requinto Vaquero | Las Mulas De Moreno | 13 | Antes De Que Te Vallas | MX | Amazon |
| Rita y Jose | 15 Super Exitos Con Mariachi | 1 | Cuando Salgo A Los Campos | MX | Amazon |
| Rita y Jose | 15 Super Exitos Con Mariachi | 2 | Morena La Causa Fuiste | MX | Amazon |
| Rita y Jose | 15 Super Exitos Con Mariachi | 3 | Alma Enamorada | MX | Amazon |
| Rita y Jose | 15 Super Exitos Con Mariachi | 4 | Debajo De Los Laureles (El Huerfa | MX | Amazon |
| Rita y Jose | 15 Super Exitos Con Mariachi | 5 | A Las Once De La Noche | MX | Amazon |
| Rita y Jose | 15 Super Exitos Con Mariachi | 6 | Que Te Falta | MX | Amazon |
| Rita y Jose | 15 Super Exitos Con Mariachi | 7 | Te Vas Angel Mio | MX | Amazon |
| Rita y Jose | 15 Super Exitos Con Mariachi | 8 | La Zenaida | MX | Amazon |
| Rita y Jose | 15 Super Exitos Con Mariachi | 9 | Compadecete Mujer | MX | Amazon |
| Rita y Jose | 15 Super Exitos Con Mariachi | 10 | El Huerto | MX | Amazon |
| Rita y Jose | 15 Super Exitos Con Mariachi | 11 | A Donde Andara | MX | Amazon |
| Rita y Jose | 15 Super Exitos Con Mariachi | 12 | Una Sombra | MX | Amazon |
| Rita y Jose | 15 Super Exitos Con Mariachi | 13 | Angel De Mis Anhelos | MX | Amazon |
| Rita y Jose | 15 Super Exitos Con Mariachi | 14 | Sierra Ingrata | MX | Amazon |
| Rita y Jose | 15 Super Exitos Con Mariachi | 15 | Cachito De Luna | MX | Amazon |
| Cantos Cristianos | Una Historia Real | 1 | Una Historia Real | MX | Amazon |
| Cantos Cristianos | Una Historia Real | 2 | Andando De Tu Mano | MX | Amazon |
| Cantos Cristianos | Una Historia Real | 3 | Cuando Ya No Pueda | MX | Amazon |
| Cantos Cristianos | Una Historia Real | 4 | Senor Dios | MX | Amazon |
| Cantos Cristianos | Una Historia Real | 5 | Alma Misionera | MX | Amazon |
| Cantos Cristianos | Una Historia Real | 6 | La Llave De La Felicidad | MX | Amazon |
| Cantos Cristianos | Una Historia Real | 7 | Dios Esta Aqui | MX | Amazon |
| Cantos Cristianos | Una Historia Real | 8 | Solo eres Tu | MX | Amazon |
| Cantos Cristianos | Una Historia Real | 9 | La Otra Mujer | MX | Amazon |

| | | | | | |
|---|---|---|---|---|---|
| Cantos Cristianos | Una Historia Real | 10 | Vuelve A Sonar | MX | Amazon |
| Cantos Cristianos | Una Historia Real | 11 | Espiritu De Dios | MX | Amazon |
| Cantos Cristianos | Una Historia Real | 12 | Soy Senor | MX | Amazon |
| Cantos Cristianos | Una Historia Real | 13 | Maria Jose | MX | Amazon |
| Cantos Cristianos | Una Historia Real | 14 | Danos Gracias Al Dios | MX | Amazon |
| Cantos Cristianos | Una Historia Real | 15 | El Hombre Necesita De Dios | MX | Amazon |
| Grupo Fascinacion | Quien Eres Tu | 1 | Quien Eres Tu | MX | Amazon |
| Grupo Fascinacion | Quien Eres Tu | 2 | Ando Bien Arreglado | MX | Amazon |
| Grupo Fascinacion | Quien Eres Tu | 3 | Cuota De Paso | MX | Amazon |
| Grupo Fascinacion | Quien Eres Tu | 4 | Supe Perder | MX | Amazon |
| Grupo Fascinacion | Quien Eres Tu | 5 | Se Acabaron Las Caricias | MX | Amazon |
| Grupo Fascinacion | Quien Eres Tu | 6 | Porque No Vienes | MX | Amazon |
| Grupo Fascinacion | Quien Eres Tu | 7 | En Realidad | MX | Amazon |
| Grupo Fascinacion | Quien Eres Tu | 8 | Corrido De Jose Luis | MX | Amazon |
| Grupo Fascinacion | Quien Eres Tu | 9 | El Negrito | MX | Amazon |
| Grupo Fascinacion | Quien Eres Tu | 10 | Sabor Amargo | MX | Amazon |
| Grupo Fascinacion | Quien Eres Tu | 11 | El Teniente Y El Ranchero | MX | Amazon |
| Reflexiones Y Alabanzas | Alabanzas | 1 | Yo SoyTu Dios | MX | Amazon |
| Reflexiones Y Alabanzas | Alabanzas | 2 | Ten Piedad | MX | Amazon |
| Reflexiones Y Alabanzas | Alabanzas | 3 | Un Amigo | MX | Amazon |
| Reflexiones Y Alabanzas | Alabanzas | 4 | Pescador | MX | Amazon |
| Reflexiones Y Alabanzas | Alabanzas | 5 | Oalabras De Amor | MX | Amazon |
| Reflexiones Y Alabanzas | Alabanzas | 6 | te Prestare A Tus Padres Por Un Tie | MX | Amazon |
| Reflexiones Y Alabanzas | Alabanzas | 7 | Amarte Solo A Ti | MX | Amazon |
| Reflexiones Y Alabanzas | Alabanzas | 8 | Perdon | MX | Amazon |
| Reflexiones Y Alabanzas | Alabanzas | 9 | Otra Vez | MX | Amazon |
| Reflexiones Y Alabanzas | Alabanzas | 10 | Morir Por Ti | MX | Amazon |
| Reflexiones Y Alabanzas | Alabanzas | 11 | No Me Busques Aqui | MX | Amazon |
| Reflexiones Y Alabanzas | Alabanzas | 12 | Obsecion | MX | Amazon |
| Reflexiones Y Alabanzas | Alabanzas | 13 | Entre Tus Manos | MX | Amazon |
| Reflexiones Y Alabanzas | Alabanzas | 14 | Nostalgia | MX | Amazon |
| Reflexiones Y Alabanzas | Alabanzas | 15 | No Hay Dos | MX | Amazon |
| Angeles De La Frontera | Y Le Llore | 1 | Chque Al Portador | MX | Amazon |
| Angeles De La Frontera | Y Le Llore | 2 | El Capiro | MX | Amazon |
| Angeles De La Frontera | Y Le Llore | 3 | Jacinto El Tullido | MX | Amazon |
| Angeles De La Frontera | Y Le Llore | 4 | Estrenando Ojos Mios | MX | Amazon |
| Angeles De La Frontera | Y Le Llore | 5 | Ingratos Ojos Mios | MX | Amazon |
| Angeles De La Frontera | Y Le Llore | 6 | Paloma Sin Nido | MX | Amazon |
| Angeles De La Frontera | Y Le Llore | 7 | Me Ha Tocado Perder | MX | Amazon |
| Angeles De La Frontera | Y Le Llore | 8 | Yo | MX | Amazon |
| Angeles De La Frontera | Y Le Llore | 9 | La Novia Del Pajarillo | MX | Amazon |
| Angeles De La Frontera | Y Le Llore | 10 | Linda Mujer | MX | Amazon |
| Angeles De La Frontera | Y Le Llore | 11 | Me Persigue Tu Sombra | MX | Amazon |
| Angeles De La Frontera | Y Le Llore | 12 | Y Le Llore | MX | Amazon |
| Angeles De La Frontera | Y Le Llore | 13 | Polvo Maldito | MX | Amazon |
| Angeles De La Frontera | Y Le Llore | 14 | Devuelveme | MX | Amazon |
| Aniceto Molina | 15 Exitos | 1 | Mercedes | MX | Amazon |
| Aniceto Molina | 15 Exitos | 2 | Charanga Costena | MX | Amazon |
| Aniceto Molina | 15 Exitos | 3 | Por Todo El Mundo | MX | Amazon |
| Aniceto Molina | 15 Exitos | 4 | Mataron Al Perro | MX | Amazon |
| Aniceto Molina | 15 Exitos | 5 | No Llores | MX | Amazon |
| Aniceto Molina | 15 Exitos | 6 | Las Bodas | MX | Amazon |
| Aniceto Molina | 15 Exitos | 7 | Mi Sombrero Volteado | MX | Amazon |
| Aniceto Molina | 15 Exitos | 8 | Mi Cafetal | MX | Amazon |
| Aniceto Molina | 15 Exitos | 9 | Cabaretera | MX | Amazon |
| Aniceto Molina | 15 Exitos | 10 | Se Caso El Gallo | MX | Amazon |
| Aniceto Molina | 15 Exitos | 11 | Me Esta Matando | MX | Amazon |
| Aniceto Molina | 15 Exitos | 12 | El Gusanito | MX | Amazon |
| Aniceto Molina | 15 Exitos | 13 | Palito De Ahuacate | MX | Amazon |
| Aniceto Molina | 15 Exitos | 14 | Playas Marinas | MX | Amazon |
| Aniceto Molina | 15 Exitos | 15 | Cumbia Campanera | MX | Amazon |
| Beto Bermudez | 15 Exitos | 1 | Noche De Ronda | MX | Amazon |
| Beto Bermudez | 15 Exitos | 2 | Mi Ciudad | MX | Amazon |
| Beto Bermudez | 15 Exitos | 3 | Alma Llanera | MX | Amazon |
| Beto Bermudez | 15 Exitos | 4 | Popurri Espanol | MX | Amazon |
| Beto Bermudez | 15 Exitos | 5 | Simon Blanco | MX | Amazon |
| Beto Bermudez | 15 Exitos | 6 | Felicidades | MX | Amazon |
| Beto Bermudez | 15 Exitos | 7 | Vivir Por Vivir | MX | Amazon |
| Beto Bermudez | 15 Exitos | 8 | La Bikina | MX | Amazon |

| Beto Bermudez | 15 Exitos | 9 | Y La Amo | MX | Amazon |
|---|---|---|---|---|---|
| Beto Bermudez | 15 Exitos | 10 | Amigo | MX | Amazon |
| Beto Bermudez | 15 Exitos | 11 | Llamarada | MX | Amazon |
| Beto Bermudez | 15 Exitos | 12 | Maria Elena | MX | Amazon |
| Beto Bermudez | 15 Exitos | 13 | Por Los Caminos Del Sur | MX | Amazon |
| Beto Bermudez | 15 Exitos | 14 | El Panuelo | MX | Amazon |
| Beto Bermudez | 15 Exitos | 15 | La Sombra De Tu Sonrisa | MX | Amazon |
| Chayito Valdez | 15 Exitos | 1 | Te Vas Angel Mio | MX | Amazon |
| Chayito Valdez | 15 Exitos | 2 | Flor De Capomo | MX | Amazon |
| Chayito Valdez | 15 Exitos | 3 | Enseñame A Olvidar | MX | Amazon |
| Chayito Valdez | 15 Exitos | 4 | El Chubasco | MX | Amazon |
| Chayito Valdez | 15 Exitos | 5 | Los Dos Amigos | MX | Amazon |
| Chayito Valdez | 15 Exitos | 6 | La Basurita | MX | Amazon |
| Chayito Valdez | 15 Exitos | 7 | Volver Volver | MX | Amazon |
| Chayito Valdez | 15 Exitos | 8 | Libro Abierto | MX | Amazon |
| Chayito Valdez | 15 Exitos | 9 | Contrabando Y Traicion | MX | Amazon |
| Chayito Valdez | 15 Exitos | 10 | El Asesino | MX | Amazon |
| Chayito Valdez | 15 Exitos | 11 | Dos Seres Que Se Aman | MX | Amazon |
| Chayito Valdez | 15 Exitos | 12 | La Ley Del Monte | MX | Amazon |
| Chayito Valdez | 15 Exitos | 13 | El Rey | MX | Amazon |
| Chayito Valdez | 15 Exitos | 14 | Ingratos Ojos Mios | MX | Amazon |
| Chayito Valdez | 15 Exitos | 15 | Quedo Pendiente Una Boda | MX | Amazon |
| Chayito Valdez | 16 Grandes Exitos | 1 | Besos Y Copas | MX | Amazon |
| Chayito Valdez | 16 Grandes Exitos | 2 | La Silla Vacia | MX | Amazon |
| Chayito Valdez | 16 Grandes Exitos | 3 | Mi Soldadita | MX | Amazon |
| Chayito Valdez | 16 Grandes Exitos | 4 | Ambicion | MX | Amazon |
| Chayito Valdez | 16 Grandes Exitos | 5 | Celosa | MX | Amazon |
| Chayito Valdez | 16 Grandes Exitos | 6 | Son Habladas | MX | Amazon |
| Chayito Valdez | 16 Grandes Exitos | 7 | EL Canto De La Paloma | MX | Amazon |
| Chayito Valdez | 16 Grandes Exitos | 8 | Dime Si Ya No Puedes | MX | Amazon |
| Chayito Valdez | 16 Grandes Exitos | 9 | San Juan Del Rio | MX | Amazon |
| Chayito Valdez | 16 Grandes Exitos | 10 | Una Noche Me Embriague | MX | Amazon |
| Chayito Valdez | 16 Grandes Exitos | 11 | Espejito | MX | Amazon |
| Chayito Valdez | 16 Grandes Exitos | 12 | Se Marcho | MX | Amazon |
| Chayito Valdez | 16 Grandes Exitos | 13 | Dia Tras Dia | MX | Amazon |
| Chayito Valdez | 16 Grandes Exitos | 14 | Una Sombra | MX | Amazon |
| Chayito Valdez | 16 Grandes Exitos | 15 | La Historia De Mi Vida | MX | Amazon |
| Chayito Valdez | 16 Grandes Exitos | 16 | La Paloma Descarriada | MX | Amazon |
| Creacion Nortena | El Forastero | 1 | El Forastero | MX | Amazon |
| Creacion Nortena | El Forastero | 2 | La Venganza De Martinez | MX | Amazon |
| Creacion Nortena | El Forastero | 3 | Te Juro Que Te Amo | MX | Amazon |
| Creacion Nortena | El Forastero | 4 | Guillermo Gonzalez | MX | Amazon |
| Creacion Nortena | El Forastero | 5 | La Loba | MX | Amazon |
| Creacion Nortena | El Forastero | 6 | Lobos Del Contrabando | MX | Amazon |
| Creacion Nortena | El Forastero | 7 | Una Vez Mas | MX | Amazon |
| Creacion Nortena | El Forastero | 8 | Yo No Soy Un Gallo Giro | MX | Amazon |
| Creacion Nortena | El Forastero | 9 | Nunca Mas Podre Olvidarte | MX | Amazon |
| Creacion Nortena | El Forastero | 10 | La Reyna De La Frontera | MX | Amazon |
| Creacion Nortena | El Forastero | 11 | Dios Queria Un Angel | MX | Amazon |
| Creacion Nortena | El Forastero | 12 | Ojitos Sonadores | MX | Amazon |
| Creacion Nortena | El Forastero | 13 | Poquito A Poco | MX | Amazon |
| Creacion Nortena | El Forastero | 14 | No Volvere | MX | Amazon |
| Domadores De Nuevo Leon | Lobos De Contrabando | 1 | Lobos Del Contrabando | MX | Amazon |
| Domadores De Nuevo Leon | Lobos De Contrabando | 2 | Lamberto Quintero | MX | Amazon |
| Domadores De Nuevo Leon | Lobos De Contrabando | 3 | La Mesera | MX | Amazon |
| Domadores De Nuevo Leon | Lobos De Contrabando | 4 | Corrido De Los Perez | MX | Amazon |
| Domadores De Nuevo Leon | Lobos De Contrabando | 5 | Con La Tierra Encima | MX | Amazon |
| Domadores De Nuevo Leon | Lobos De Contrabando | 6 | El Columpio | MX | Amazon |
| Domadores De Nuevo Leon | Lobos De Contrabando | 7 | Yo Hice Lo Posible | MX | Amazon |
| Domadores De Nuevo Leon | Lobos De Contrabando | 8 | Gavino Barrera | MX | Amazon |
| Domadores De Nuevo Leon | Lobos De Contrabando | 9 | El Chato Esteban | MX | Amazon |
| Domadores De Nuevo Leon | Lobos De Contrabando | 10 | Se Les Pelo Baltazar | MX | Amazon |
| Domadores De Nuevo Leon | Lobos De Contrabando | 11 | Pa Que Son Pasiones | MX | Amazon |
| Domadores De Nuevo Leon | Lobos De Contrabando | 12 | Noches Eternas | MX | Amazon |
| Domadores De Nuevo Leon | Lobos De Contrabando | 13 | Cruz De Palo | MX | Amazon |
| Domadores De Nuevo Leon | Lobos De Contrabando | 14 | El Panteon Del Olvido | MX | Amazon |
| Dulce Maria | Boleros De Oro | 1 | Amor Prohibido | MX | Amazon |
| Dulce Maria | Boleros De Oro | 2 | Lloraras | MX | Amazon |
| Dulce Maria | Boleros De Oro | 3 | Desesperanza | MX | Amazon |

| Dulce Maria | Boleros De Oro | 4 | La Barca | MX | Amazon |
|---|---|---|---|---|---|
| Dulce Maria | Boleros De Oro | 5 | Collar De Perlas | MX | Amazon |
| Dulce Maria | Boleros De Oro | 6 | Contigo | MX | Amazon |
| Dulce Maria | Boleros De Oro | 7 | Por Si Me Olvidas | MX | Amazon |
| Dulce Maria | Boleros De Oro | 8 | Un Dia Nublado | MX | Amazon |
| Dulce Maria | Boleros De Oro | 9 | Nosotros | MX | Amazon |
| Dulce Maria | Boleros De Oro | 10 | Mi Unico Camino | MX | Amazon |
| Dulce Maria | Boleros De Oro | 11 | No Morira Mi Amor | MX | Amazon |
| Dulce Maria | Boleros De Oro | 12 | Cuando Llora Un Corazon | MX | Amazon |
| Dulce Maria | Boleros De Oro | 13 | Ambicion | MX | Amazon |
| Dulce Maria | Boleros De Oro | 14 | Celosa | MX | Amazon |
| Ecos De Chiapas | 15 Grandes Exitos | 1 | El Zancudito Loco | MX | Amazon |
| Ecos De Chiapas | 15 Grandes Exitos | 2 | El Pipiripau | MX | Amazon |
| Ecos De Chiapas | 15 Grandes Exitos | 3 | Golondrina | MX | Amazon |
| Ecos De Chiapas | 15 Grandes Exitos | 4 | Las Brujerias | MX | Amazon |
| Ecos De Chiapas | 15 Grandes Exitos | 5 | Las Pupusas | MX | Amazon |
| Ecos De Chiapas | 15 Grandes Exitos | 6 | Maria Victoria | MX | Amazon |
| Ecos De Chiapas | 15 Grandes Exitos | 7 | Aprendiste A Volar | MX | Amazon |
| Ecos De Chiapas | 15 Grandes Exitos | 8 | Lola La Trailera | MX | Amazon |
| Ecos De Chiapas | 15 Grandes Exitos | 9 | De Un Rancho Al Otro | MX | Amazon |
| Ecos De Chiapas | 15 Grandes Exitos | 10 | Asi Es Mi Tierra | MX | Amazon |
| Ecos De Chiapas | 15 Grandes Exitos | 11 | Flor De Capomo | MX | Amazon |
| Ecos De Chiapas | 15 Grandes Exitos | 12 | Nuevo Villaflores | MX | Amazon |
| Ecos De Chiapas | 15 Grandes Exitos | 13 | Y Por Esa Calle Vive | MX | Amazon |
| Ecos De Chiapas | 15 Grandes Exitos | 14 | Valle De La Esperalda | MX | Amazon |
| Ecos De Chiapas | 15 Grandes Exitos | 15 | Fijate Fijate | MX | Amazon |
| El Guma Y Su Grupo Invasion Nortena | Tragedia De Tres Amigos | 1 | Tragedia De Tres Amigos | MX | Amazon |
| El Guma Y Su Grupo Invasion Nortena | Tragedia De Tres Amigos | 2 | Con Cartitas | MX | Amazon |
| El Guma Y Su Grupo Invasion Nortena | Tragedia De Tres Amigos | 3 | El As De Espada | MX | Amazon |
| El Guma Y Su Grupo Invasion Nortena | Tragedia De Tres Amigos | 4 | Ando En Busca | MX | Amazon |
| El Guma Y Su Grupo Invasion Nortena | Tragedia De Tres Amigos | 5 | El Forastero Esta Preso | MX | Amazon |
| El Guma Y Su Grupo Invasion Nortena | Tragedia De Tres Amigos | 6 | Lupe | MX | Amazon |
| El Guma Y Su Grupo Invasion Nortena | Tragedia De Tres Amigos | 7 | Gallo Calentano | MX | Amazon |
| El Guma Y Su Grupo Invasion Nortena | Tragedia De Tres Amigos | 8 | COn Tu Misma Moneda | MX | Amazon |
| El Guma Y Su Grupo Invasion Nortena | Tragedia De Tres Amigos | 9 | Me Voy A Cortar Las Venas | MX | Amazon |
| El Guma Y Su Grupo Invasion Nortena | Tragedia De Tres Amigos | 10 | Carga Ladeada | MX | Amazon |
| El Guma Y Su Grupo Invasion Nortena | Tragedia De Tres Amigos | 11 | Paque Son Pasiones | MX | Amazon |
| El Guma Y Su Grupo Invasion Nortena | Tragedia De Tres Amigos | 12 | Juan Colorado. | MX | Amazon |
| Errantes Del Norte | Teresita | 1 | Un Amigo De Jalisco | MX | Amazon |
| Errantes Del Norte | Teresita | 2 | Chucho Nila | MX | Amazon |
| Errantes Del Norte | Teresita | 3 | Teresita | MX | Amazon |
| Errantes Del Norte | Teresita | 4 | El Leon De La Sierra | MX | Amazon |
| Errantes Del Norte | Teresita | 5 | Cayetano Quintana | MX | Amazon |
| Errantes Del Norte | Teresita | 6 | EL Gallo Giro | MX | Amazon |
| Errantes Del Norte | Teresita | 7 | Miguel Cerna | MX | Amazon |
| Errantes Del Norte | Teresita | 8 | Venganza Cumplida | MX | Amazon |
| Errantes Del Norte | Teresita | 9 | Tumba Olvidada | MX | Amazon |
| Errantes Del Norte | Teresita | 10 | Vivio Maldito | MX | Amazon |
| Errantes Del Norte | Teresita | 11 | China De Los Ojos Negros | MX | Amazon |
| Errantes Del Norte | Teresita | 12 | Esa Nina Sera Nuestro Angel | MX | Amazon |
| Errantes Del Norte | Teresita | 13 | El Profugo De La Sierra | MX | Amazon |
| Errantes Del Norte | Teresita | 14 | La Venganza De Silviano | MX | Amazon |
| Errantes Del Norte | Teresita | 15 | Se Les Pelo Baltazar | MX | Amazon |
| Errantes Del Norte | Teresita | 16 | Lucha Sin Medida | MX | Amazon |
| Errantes Del Norte | Teresita | 17 | Cien Kilos De Reyna | MX | Amazon |
| Errantes Del Norte | Teresita | 18 | Porque No Vienes | MX | Amazon |
| Errantes Del Norte | Teresita | 19 | MArgarita | MX | Amazon |
| Errantes Del Norte | Teresita | 20 | Caminos De Colorada | MX | Amazon |
| Fernando Y Su Palmera De la Cumbia | Como Sera La Mujer | 1 | Vamos A La Playa | MX | Amazon |
| Fernando Y Su Palmera De la Cumbia | Como Sera La Mujer | 2 | Una Pagina Mas | MX | Amazon |
| Fernando Y Su Palmera De la Cumbia | Como Sera La Mujer | 3 | Sancudito Loco | MX | Amazon |
| Fernando Y Su Palmera De la Cumbia | Como Sera La Mujer | 4 | Me Duele Escuchar Tu Nombre | MX | Amazon |
| Fernando Y Su Palmera De la Cumbia | Como Sera La Mujer | 5 | El Gatito | MX | Amazon |
| Fernando Y Su Palmera De la Cumbia | Como Sera La Mujer | 6 | Como Sera La Mujer | MX | Amazon |
| Fernando Y Su Palmera De la Cumbia | Como Sera La Mujer | 7 | Cada Dia Mas | MX | Amazon |
| Fernando Y Su Palmera De la Cumbia | Como Sera La Mujer | 8 | La Loca | MX | Amazon |
| Fernando Y Su Palmera De la Cumbia | Como Sera La Mujer | 9 | Dimelo De Frente | MX | Amazon |
| Fernando Y Su Palmera De la Cumbia | Como Sera La Mujer | 10 | El Gallo Mojao | MX | Amazon |
| Fernando Y Su Palmera De la Cumbia | Como Sera La Mujer | 11 | Palmera Tropical | MX | Amazon |

| Fernando Y Su Palmera de la Cumbia | Como Sera La Mujer | 12 | Adios Mi Amante | MX | Amazon |
|---|---|---|---|---|---|
| Fernando Y Su Palmera De la Cumbia | Como Sera La Mujer | 13 | Volo La Paloma | MX | Amazon |
| Fernando Y Su Palmera De la Cumbia | Como Sera La Mujer | 14 | Imposible Olvidarte | MX | Amazon |
| Fernando Y Su Palmera De la Cumbia | Como Sera La Mujer | 15 | Estoy llorando Por Ella | MX | Amazon |
| Fernando Y Su Palmera De la Cumbia | Como Sera La Mujer | 16 | Tu Nuevo Carinito | MX | Amazon |
| Fernando Y Su Palmera De la Cumbia | Como Sera La Mujer | 17 | Turista Fracasada | MX | Amazon |
| Fernando Y Su Palmera De la Cumbia | Como Sera La Mujer | 18 | Amor te Amo | MX | Amazon |
| Fernando Y Su Palmera De la Cumbia | Como Sera La Mujer | 19 | La Brujita | MX | Amazon |
| Fernando Y Su Palmera De la Cumbia | Como Sera La Mujer | 20 | Mi Carcacha | MX | Amazon |
| Fernando Y Su Palmera De la Cumbia | Como Sera La Mujer | 21 | No Me Se Rajar | MX | Amazon |
| Fernando Y Su Palmera De la Cumbia | Como Sera La Mujer | 22 | Solterito | MX | Amazon |
| Grupo Los Saby's | Fuiste Mala | 1 | Volverte A Ver | MX | Amazon |
| Grupo Los Saby's | Fuiste Mala | 2 | Como Quisiera Decirte | MX | Amazon |
| Grupo Los Saby's | Fuiste Mala | 3 | Me Etranaras | MX | Amazon |
| Grupo Los Saby's | Fuiste Mala | 4 | Mi Tesoro | MX | Amazon |
| Grupo Los Saby's | Fuiste Mala | 5 | Una Aventura | MX | Amazon |
| Grupo Los Saby's | Fuiste Mala | 6 | EL Compadre Javier | MX | Amazon |
| Grupo Los Saby's | Fuiste Mala | 7 | Aunque Me Ladren Tus Perros | MX | Amazon |
| Grupo Los Saby's | Fuiste Mala | 8 | Fuiste Mala | MX | Amazon |
| Grupo Los Saby's | Fuiste Mala | 9 | Voy Olvidarme De Ti | MX | Amazon |
| Grupo Los Saby's | Fuiste Mala | 10 | Que Si Te Quiero | MX | Amazon |
| Grupo Los Saby's | Fuiste Mala | 11 | Heridas De Amor | MX | Amazon |
| Grupo Los Saby's | Fuiste Mala | 12 | Eslabon Por Eslabon | MX | Amazon |
| Grupo Los Saby's | Fuiste Mala | 13 | Afilando Machetes | MX | Amazon |
| Grupo Los Saby's | Fuiste Mala | 14 | Tatuajes | MX | Amazon |
| Grupo Prohibido | 18 Exitos | 1 | Frente A Tu Altar | MX | Amazon |
| Grupo Prohibido | 18 Exitos | 2 | Amor Interesado | MX | Amazon |
| Grupo Prohibido | 18 Exitos | 3 | Triste Nina | MX | Amazon |
| Grupo Prohibido | 18 Exitos | 4 | Tu Recuerdo Y Yo | MX | Amazon |
| Grupo Prohibido | 18 Exitos | 5 | Una Cantina Es Mi Casa | MX | Amazon |
| Grupo Prohibido | 18 Exitos | 6 | Todo Ha Terminado | MX | Amazon |
| Grupo Prohibido | 18 Exitos | 7 | Triunfo Y Derrota | MX | Amazon |
| Grupo Prohibido | 18 Exitos | 8 | Un Caso Particular | MX | Amazon |
| Grupo Prohibido | 18 Exitos | 9 | Triste Guitarra | MX | Amazon |
| Grupo Prohibido | 18 Exitos | 10 | No Es Por Ti | MX | Amazon |
| Grupo Prohibido | 18 Exitos | 11 | Juanita Del Mar | MX | Amazon |
| Grupo Prohibido | 18 Exitos | 12 | Siempre me Llevaras En Ti | MX | Amazon |
| Grupo Prohibido | 18 Exitos | 13 | A Que Vuelves | MX | Amazon |
| Grupo Prohibido | 18 Exitos | 14 | Escuchame Al telefono | MX | Amazon |
| Grupo Prohibido | 18 Exitos | 15 | Hoy Le Dire Adios | MX | Amazon |
| Grupo Prohibido | 18 Exitos | 16 | Mingo El Pescador | MX | Amazon |
| Grupo Prohibido | 18 Exitos | 17 | Triste Y Solo | MX | Amazon |
| Grupo Prohibido | 18 Exitos | 18 | Todo Por Ti | MX | Amazon |
| Grupos Del Recuerdo | Grupos | 1 | Ya Me Voy ( Los Sotnorritmicos) | MX | Amazon |
| Grupos Del Recuerdo | Grupos | 2 | Cruel Separacion ( Los Mensajeros | MX | Amazon |
| Grupos Del Recuerdo | Grupos | 3 | El Perdedor ( Jose Ramiro Y Su Gru | MX | Amazon |
| Grupos Del Recuerdo | Grupos | 4 | Te Vas Te Vas ( Los Sonadores) | MX | Amazon |
| Grupos Del Recuerdo | Grupos | 5 | Enamorado II ( Efren Solis Y Su Gru | MX | Amazon |
| Grupos Del Recuerdo | Grupos | 6 | Amor Reciprocolo ( Los Grandes D | MX | Amazon |
| Grupos Del Recuerdo | Grupos | 7 | Suena ( Los 4 Ritmicos) | MX | Amazon |
| Grupos Del Recuerdo | Grupos | 8 | Es Verdad ( Condesa Tropical) | MX | Amazon |
| Grupos Del Recuerdo | Grupos | 9 | Hagamos Un Trato ( Grupo Atrevid | MX | Amazon |
| Grupos Del Recuerdo | Grupos | 10 | Granito De Oro ( Tommy Ramirez | MX | Amazon |
| Grupos Del Recuerdo | Grupos | 11 | Te Quiero ( Los Mensajeros Del Rit | MX | Amazon |
| Grupos Del Recuerdo | Grupos | 12 | Te He Llorado Tanto ( Tropical Am | MX | Amazon |
| Grupos Del Recuerdo | Grupos | 13 | Tu Recuerdo Y Yo ( Grupo Prohibid | MX | Amazon |
| Grupos Del Recuerdo | Grupos | 14 | Y Ahora Para Que ( Jose Ramiro Y | MX | Amazon |
| Grupos Del Recuerdo | Grupos | 15 | Como Tu Quieras Que Fuera ( Vien | MX | Amazon |
| Grupos Del Recuerdo | Grupos | 16 | Ruego A Dios ( Los Grandes De La | MX | Amazon |
| Grupos Del Recuerdo | Grupos | 17 | Lloraremos Juntos ( Condesa Trop | MX | Amazon |
| Grupos Del Recuerdo | Grupos | 18 | Cuando Estas Junto A Mi ( Grupo A | MX | Amazon |
| Grupos Del Recuerdo | Grupos | 19 | Hay Corazones ( Efren Solis Y Su G | MX | Amazon |
| Grupos Del Recuerdo | Grupos | 20 | Mi Pecado ( Los 4 Ritmicos) | MX | Amazon |
| Jorge Espinoza Carrizales | Boleros Vol. 4 | 1 | Siente Notas De Amor | MX | Amazon |
| Jorge Espinoza Carrizales | Boleros Vol. 4 | 2 | Besame Mucho | MX | Amazon |
| Jorge Espinoza Carrizales | Boleros Vol. 4 | 3 | Jurame | MX | Amazon |
| Jorge Espinoza Carrizales | Boleros Vol. 4 | 4 | Solamente Una Vez | MX | Amazon |
| Jorge Espinoza Carrizales | Boleros Vol. 4 | 5 | regalame Esta Noche | MX | Amazon |
| Jorge Espinoza Carrizales | Boleros Vol. 4 | 6 | Que Murmuren | MX | Amazon |

| Jorge Espinoza Carrizales | Boleros Vol. 4 | 7 | Sin Ti | MX | Amazon |
|---|---|---|---|---|---|
| Jorge Espinoza Carrizales | Boleros Vol. 4 | 8 | Amor Indio | MX | Amazon |
| Jorge Espinoza Carrizales | Boleros Vol. 4 | 9 | Quiereme Mucho | MX | Amazon |
| Jorge Espinoza Carrizales | Boleros Vol. 4 | 10 | Usted | MX | Amazon |
| Jorge Espinoza Carrizales | Boleros Vol. 4 | 11 | Nunca | MX | Amazon |
| Jorge Espinoza Carrizales | Boleros Vol. 4 | 12 | Mi Delito | MX | Amazon |
| Jorge Espinoza Carrizales | Boleros Vol. 4 | 13 | Aquellos Ojos verdes | MX | Amazon |
| Jorge Espinoza Carrizales | Boleros Vol. 4 | 14 | Sabor A Mi | MX | Amazon |
| Jorge Espinoza Carrizales | Boleros Vol. 4 | 15 | Dime | MX | Amazon |
| Jorge Espinoza Carrizales | Boleros Vol. 4 | 16 | Cuando Vuelva A Tu Lado | MX | Amazon |
| Jorge Espinoza Carrizales | Boleros Vol. 4 | 17 | Mujer | MX | Amazon |
| Jorge Espinoza Carrizales | Lo Mejor Del Violin Vol. 3 | 1 | Pidele Al Tiempo Que Vuelva | MX | Amazon |
| Jorge Espinoza Carrizales | Lo Mejor Del Violin Vol. 3 | 2 | Yo Que No Vivo Sin Ti | MX | Amazon |
| Jorge Espinoza Carrizales | Lo Mejor Del Violin Vol. 3 | 3 | I'Te Vussia Vasa | MX | Amazon |
| Jorge Espinoza Carrizales | Lo Mejor Del Violin Vol. 3 | 4 | A Mi Manera | MX | Amazon |
| Jorge Espinoza Carrizales | Lo Mejor Del Violin Vol. 3 | 5 | Solo Tu | MX | Amazon |
| Jorge Espinoza Carrizales | Lo Mejor Del Violin Vol. 3 | 6 | Te Llevo Dentro De Mi | MX | Amazon |
| Jorge Espinoza Carrizales | Lo Mejor Del Violin Vol. 3 | 7 | Melodia Desencadenada | MX | Amazon |
| Jorge Espinoza Carrizales | Lo Mejor Del Violin Vol. 3 | 8 | O My Beloved Father | MX | Amazon |
| Jorge Espinoza Carrizales | Lo Mejor Del Violin Vol. 3 | 9 | Parlame D'Amore | MX | Amazon |
| Jorge Espinoza Carrizales | Lo Mejor Del Violin Vol. 3 | 10 | Tiempo De Vals | MX | Amazon |
| Jorge Espinoza Carrizales | Lo Mejor Del Violin Vol. 3 | 11 | Nessum Dorma | MX | Amazon |
| Jorge Espinoza Carrizales | Lo Mejor Del Violin Vol. 3 | 12 | Nuestros Anos Felices | MX | Amazon |
| Jorge Espinoza Carrizales | Lo Mejor Del Violin Vol. 3 | 13 | Tema De Electrodanza | MX | Amazon |
| Jorge Espinoza Carrizales | Lo Mejor Del Violin Vol. 3 | 14 | La Hora Del Crepusculo | MX | Amazon |
| Jorge Espinoza Carrizales | Lo Mejor Del Violin Vol. 3 | 15 | Todos Los Domingos Del Mes | MX | Amazon |
| Jorge Espinoza Carrizales | Lo Mejor Del Violin Vol. 3 | 16 | Rapsodia Sobre Un tema De Pagan | MX | Amazon |
| Jorge Espinoza Carrizales | Lo Mejor Del Violin Vol. 3 | 17 | Cuando Escuches Este Vals | MX | Amazon |
| La Luz Roja De San Marcos | Dos En Uno Vol. 1 | 1 | Mi Cafetal | MX | Amazon |
| La Luz Roja De San Marcos | Dos En Uno Vol. 1 | 2 | 15 Primaveras | MX | Amazon |
| La Luz Roja De San Marcos | Dos En Uno Vol. 1 | 3 | Tu Recuerdo | MX | Amazon |
| La Luz Roja De San Marcos | Dos En Uno Vol. 1 | 4 | Mataron Al Perro | MX | Amazon |
| La Luz Roja De San Marcos | Dos En Uno Vol. 1 | 5 | Mi Linda San Marquena | MX | Amazon |
| La Luz Roja De San Marcos | Dos En Uno Vol. 1 | 6 | Por Todo El Mundo | MX | Amazon |
| La Luz Roja De San Marcos | Dos En Uno Vol. 1 | 7 | Cabeza De Hacha | MX | Amazon |
| La Luz Roja De San Marcos | Dos En Uno Vol. 1 | 8 | Ojitos Bellos | MX | Amazon |
| La Luz Roja De San Marcos | Dos En Uno Vol. 1 | 9 | La Basurita | MX | Amazon |
| La Luz Roja De San Marcos | Dos En Uno Vol. 1 | 10 | Playas De Acapulco | MX | Amazon |
| La Luz Roja De San Marcos | Dos En Uno Vol. 1 | 11 | El Gallo Pelon | MX | Amazon |
| La Luz Roja De San Marcos | Dos En Uno Vol. 1 | 12 | Mata De Cana | MX | Amazon |
| La Luz Roja De San Marcos | Dos En Uno Vol. 1 | 13 | Resbalo Mercedes | MX | Amazon |
| La Luz Roja De San Marcos | Dos En Uno Vol. 1 | 14 | La Receta | MX | Amazon |
| La Luz Roja De San Marcos | Dos En Uno Vol. 1 | 15 | El Azulejo | MX | Amazon |
| La Luz Roja De San Marcos | Dos En Uno Vol. 1 | 16 | La Muerte De Marili | MX | Amazon |
| La Luz Roja De San Marcos | Dos En Uno Vol. 1 | 17 | Cumbia De La Sabana | MX | Amazon |
| La Luz Roja De San Marcos | Dos En Uno Vol. 1 | 18 | Te Recuerdo | MX | Amazon |
| La Luz Roja De San Marcos | Dos En Uno Vol. 1 | 19 | Cumbia De La Sirenita | MX | Amazon |
| La Luz Roja De San Marcos | Dos En Uno Vol. 1 | 20 | Cumbia Sobre El Mar | MX | Amazon |
| La Luz Roja De San Marcos | Dos En Uno Vol. 2 | 1 | Aventurera | MX | Amazon |
| La Luz Roja De San Marcos | Dos En Uno Vol. 2 | 2 | La Rasca Y Rasca | MX | Amazon |
| La Luz Roja De San Marcos | Dos En Uno Vol. 2 | 3 | Cabaretera | MX | Amazon |
| La Luz Roja De San Marcos | Dos En Uno Vol. 2 | 4 | Betty | MX | Amazon |
| La Luz Roja De San Marcos | Dos En Uno Vol. 2 | 5 | Pa' Querete A Ti Nomas | MX | Amazon |
| La Luz Roja De San Marcos | Dos En Uno Vol. 2 | 6 | Tu Desprecio | MX | Amazon |
| La Luz Roja De San Marcos | Dos En Uno Vol. 2 | 7 | El Ancla | MX | Amazon |
| La Luz Roja De San Marcos | Dos En Uno Vol. 2 | 8 | Cumbiamberita | MX | Amazon |
| La Luz Roja De San Marcos | Dos En Uno Vol. 2 | 9 | Mariposa | MX | Amazon |
| La Luz Roja De San Marcos | Dos En Uno Vol. 2 | 10 | La Gente | MX | Amazon |
| La Luz Roja De San Marcos | Dos En Uno Vol. 2 | 11 | Mercedes | MX | Amazon |
| La Luz Roja De San Marcos | Dos En Uno Vol. 2 | 12 | El Humilde | MX | Amazon |
| La Luz Roja De San Marcos | Dos En Uno Vol. 2 | 13 | Agua Loca | MX | Amazon |
| La Luz Roja De San Marcos | Dos En Uno Vol. 2 | 14 | La Muerte De Dos Hermanos | MX | Amazon |
| La Luz Roja De San Marcos | Dos En Uno Vol. 2 | 15 | Sombra Negra | MX | Amazon |
| La Luz Roja De San Marcos | Dos En Uno Vol. 2 | 16 | Amor Ingrato | MX | Amazon |
| La Luz Roja De San Marcos | Dos En Uno Vol. 2 | 17 | No Llores | MX | Amazon |
| La Luz Roja De San Marcos | Dos En Uno Vol. 2 | 18 | Paz Y Libertad | MX | Amazon |
| La Luz Roja De San Marcos | Dos En Uno Vol. 2 | 19 | Pirulino | MX | Amazon |
| La Luz Roja De San Marcos | Dos En Uno Vol. 2 | 20 | Adivinanzas | MX | Amazon |
| La Mafia | 16 Exitos Originales | 1 | LLegando Ala Orilla | MX | Amazon |

| La Mafia | 16 Exitos Originales | 2 | Dime Porque | MX | Amazon |
|---|---|---|---|---|---|
| La Mafia | 16 Exitos Originales | 3 | Que Mal Me Tratas | MX | Amazon |
| La Mafia | 16 Exitos Originales | 4 | Quiero Quiero | MX | Amazon |
| La Mafia | 16 Exitos Originales | 5 | Carino | MX | Amazon |
| La Mafia | 16 Exitos Originales | 6 | Demuestramelo | MX | Amazon |
| La Mafia | 16 Exitos Originales | 7 | Regresa A Mi | MX | Amazon |
| La Mafia | 16 Exitos Originales | 8 | Tu Tu Y Solo Tu | MX | Amazon |
| La Mafia | 16 Exitos Originales | 9 | Nada Mas | MX | Amazon |
| La Mafia | 16 Exitos Originales | 10 | Ensename A Perder | MX | Amazon |
| La Mafia | 16 Exitos Originales | 11 | No Quiero Que Te Vayas | MX | Amazon |
| La Mafia | 16 Exitos Originales | 12 | Tu Retrato | MX | Amazon |
| La Mafia | 16 Exitos Originales | 13 | Sigue Cantando | MX | Amazon |
| La Mafia | 16 Exitos Originales | 14 | Eloisa | MX | Amazon |
| La Mafia | 16 Exitos Originales | 15 | No Te Vayas A Olvidar | MX | Amazon |
| La Mafia | 16 Exitos Originales | 16 | Dices Que Te Vas | MX | Amazon |
| Layo | Las Mejores Chilenas | 1 | Charanga Campechana | MX | Amazon |
| Layo | Las Mejores Chilenas | 2 | Popurri Chilenas | MX | Amazon |
| Layo | Las Mejores Chilenas | 3 | Sin Parar | MX | Amazon |
| Layo | Las Mejores Chilenas | 4 | La Negra Guapachosa | MX | Amazon |
| Layo | Las Mejores Chilenas | 5 | La Tos | MX | Amazon |
| Layo | Las Mejores Chilenas | 6 | Popurri Grupero | MX | Amazon |
| Layo | Las Mejores Chilenas | 7 | Ojos Que No VEn | MX | Amazon |
| Layo | Las Mejores Chilenas | 8 | Amorcito Mio | MX | Amazon |
| Lo Romantico De La Costa | 20 Exitos | 1 | Este Es Mi Adios | MX | Amazon |
| Lo Romantico De La Costa | 20 Exitos | 2 | Celos Y Dudas | MX | Amazon |
| Lo Romantico De La Costa | 20 Exitos | 3 | Eternamente | MX | Amazon |
| Lo Romantico De La Costa | 20 Exitos | 4 | Por Mi Sangre | MX | Amazon |
| Lo Romantico De La Costa | 20 Exitos | 5 | Su Recuerdo | MX | Amazon |
| Lo Romantico De La Costa | 20 Exitos | 6 | Cuando Ella Se Fue | MX | Amazon |
| Lo Romantico De La Costa | 20 Exitos | 7 | Pokar De Ases | MX | Amazon |
| Lo Romantico De La Costa | 20 Exitos | 8 | Ambiciosa | MX | Amazon |
| Lo Romantico De La Costa | 20 Exitos | 9 | Llorando En Soledad | MX | Amazon |
| Lo Romantico De La Costa | 20 Exitos | 10 | Frente A Tu Altar | MX | Amazon |
| Lo Romantico De La Costa | 20 Exitos | 11 | Contigo | MX | Amazon |
| Lo Romantico De La Costa | 20 Exitos | 12 | Y Dicen | MX | Amazon |
| Lo Romantico De La Costa | 20 Exitos | 13 | Por Tu Traicion | MX | Amazon |
| Lo Romantico De La Costa | 20 Exitos | 14 | Caprichos De Juventud | MX | Amazon |
| Lo Romantico De La Costa | 20 Exitos | 15 | Cuando Yo Muera | MX | Amazon |
| Lo Romantico De La Costa | 20 Exitos | 16 | EL Bardo | MX | Amazon |
| Lo Romantico De La Costa | 20 Exitos | 17 | Mentiras | MX | Amazon |
| Lo Romantico De La Costa | 20 Exitos | 18 | Recuerdos Del Pasado | MX | Amazon |
| Lo Romantico De La Costa | 20 Exitos | 19 | Muchas Iluciones | MX | Amazon |
| Lo Romantico De La Costa | 20 Exitos | 20 | Lo Mejro De Ti | MX | Amazon |
| Los Cadetes De Linares | 15 Grandes Exitos | 1 | Dos Mujeres | MX | Amazon |
| Los Cadetes De Linares | 15 Grandes Exitos | 2 | Prenda Del Alma | MX | Amazon |
| Los Cadetes De Linares | 15 Grandes Exitos | 3 | El Vino | MX | Amazon |
| Los Cadetes De Linares | 15 Grandes Exitos | 4 | Canto A Las Cuerdas | MX | Amazon |
| Los Cadetes De Linares | 15 Grandes Exitos | 5 | Paloma Azul | MX | Amazon |
| Los Cadetes De Linares | 15 Grandes Exitos | 6 | Si Tu Me Dejas | MX | Amazon |
| Los Cadetes De Linares | 15 Grandes Exitos | 7 | El Muchacho Y El Potro | MX | Amazon |
| Los Cadetes De Linares | 15 Grandes Exitos | 8 | Corrido De Los Mendoza | MX | Amazon |
| Los Cadetes De Linares | 15 Grandes Exitos | 9 | Falsas Promesas | MX | Amazon |
| Los Cadetes De Linares | 15 Grandes Exitos | 10 | La Hilacha | MX | Amazon |
| Los Cadetes De Linares | 15 Grandes Exitos | 11 | Juan Renteria | MX | Amazon |
| Los Cadetes De Linares | 15 Grandes Exitos | 12 | Quiero Hablar Contigo | MX | Amazon |
| Los Cadetes De Linares | 15 Grandes Exitos | 13 | Contrabando Por Amor | MX | Amazon |
| Los Cadetes De Linares | 15 Grandes Exitos | 14 | Una Imploracion | MX | Amazon |
| Los Cadetes De Linares | 15 Grandes Exitos | 15 | Que Barbaro | MX | Amazon |
| Los Capiros Del Sur | Amor Ajeno | 1 | Una Mujer Mexicana | MX | Amazon |
| Los Capiros Del Sur | Amor Ajeno | 2 | Amor Ajeno | MX | Amazon |
| Los Capiros Del Sur | Amor Ajeno | 3 | Barrio De San Miguelito | MX | Amazon |
| Los Capiros Del Sur | Amor Ajeno | 4 | Donaciano Garcia | MX | Amazon |
| Los Capiros Del Sur | Amor Ajeno | 5 | Rosendo Martinez | MX | Amazon |
| Los Capiros Del Sur | Amor Ajeno | 6 | Armando Quintero | MX | Amazon |
| Los Capiros Del Sur | Amor Ajeno | 7 | Zapotitlan Lagunas | MX | Amazon |
| Los Capiros Del Sur | Amor Ajeno | 8 | Leon De La Sierra | MX | Amazon |
| Los Capiros Del Sur | Amor Ajeno | 9 | El Amigo Del Pueblo | MX | Amazon |
| Los Capiros Del Sur | Amor Ajeno | 10 | Guadalupe Vila | MX | Amazon |
| Los Capiros Del Sur | Amor Ajeno | 11 | Flor De Las FLores | MX | Amazon |

| Los Capiros Del Sur | Amor Ajeno | 12 | Chaparrita De Mi Vida | MX | Amazon |
|---|---|---|---|---|---|
| Los Capiros Del Sur | Amor Ajeno | 13 | Dices Que Quieres Volver | MX | Amazon |
| Los Capiros Del Sur | Amor Ajeno | 14 | Que Milagro Chaparrita | MX | Amazon |
| Los Capiros Del Sur | Amor Ajeno | 15 | Morena La Causa Fuiste | MX | Amazon |
| Los Capiros Del Sur | Amor Ajeno | 16 | Por Que Has Jugado Con Mi Amor | MX | Amazon |
| Los Cristeros | 15 Exitos Vol. 1 | 1 | Paula | MX | Amazon |
| Los Cristeros | 15 Exitos Vol. 1 | 2 | La Facilita | MX | Amazon |
| Los Cristeros | 15 Exitos Vol. 1 | 3 | Por Tu Traicion | MX | Amazon |
| Los Cristeros | 15 Exitos Vol. 1 | 4 | Me Enganaste | MX | Amazon |
| Los Cristeros | 15 Exitos Vol. 1 | 5 | Me Voy Al Amanecer | MX | Amazon |
| Los Cristeros | 15 Exitos Vol. 1 | 6 | Mirame Y Escuchame | MX | Amazon |
| Los Cristeros | 15 Exitos Vol. 1 | 7 | Hoy Que Te Alejas | MX | Amazon |
| Los Cristeros | 15 Exitos Vol. 1 | 8 | El Abandonado | MX | Amazon |
| Los Cristeros | 15 Exitos Vol. 1 | 9 | Lo Mucho Que Te Quiero | MX | Amazon |
| Los Cristeros | 15 Exitos Vol. 1 | 10 | Mis Ilusiones | MX | Amazon |
| Los Cristeros | 15 Exitos Vol. 1 | 11 | Viejito Rabo Verde | MX | Amazon |
| Los Cristeros | 15 Exitos Vol. 1 | 12 | Tu Tienes Que Vivir Conmigo | MX | Amazon |
| Los Cristeros | 15 Exitos Vol. 1 | 13 | Mi Chelita | MX | Amazon |
| Los Cristeros | 15 Exitos Vol. 1 | 14 | El Chavo Sin Bigote | MX | Amazon |
| Los Cristeros | 15 Exitos Vol. 1 | 15 | Besame Morenita | MX | Amazon |
| Los Intrepidos Del Sahara | Macaya Bienvenidos En Vivo | 1 | No Me Llores Mas (En Vivo) | MX | Amazon |
| Los Intrepidos Del Sahara | Macaya Bienvenidos En Vivo | 2 | Macaya (En Vivo) | MX | Amazon |
| Los Intrepidos Del Sahara | Macaya Bienvenidos En Vivo | 3 | San Luis Potosi (En Vivo) | MX | Amazon |
| Los Intrepidos Del Sahara | Macaya Bienvenidos En Vivo | 4 | Cancion Mixteca (En Vivo) | MX | Amazon |
| Los Intrepidos Del Sahara | Macaya Bienvenidos En Vivo | 5 | Una Carta (En Vivo) | MX | Amazon |
| Los Intrepidos Del Sahara | Macaya Bienvenidos En Vivo | 6 | Cuando Quieras Regresar (En Vivo) | MX | Amazon |
| Los Intrepidos Del Sahara | Macaya Bienvenidos En Vivo | 7 | Te Gusta A Ti Eso (En Vivo) | MX | Amazon |
| Los Intrepidos Del Sahara | Macaya Bienvenidos En Vivo | 8 | Cumbia Caliente (En Vivo) | MX | Amazon |
| Los Intrepidos Del Sahara | Macaya Bienvenidos En Vivo | 9 | La Tardeada (En Vivo) | MX | Amazon |
| Los Intrepidos Del Sahara | Macaya Bienvenidos En Vivo | 10 | Ay! Morenita (En Vivo) | MX | Amazon |
| Los Intrepidos Del Sahara | Macaya Bienvenidos En Vivo | 11 | Dame Dame (En Vivo) | MX | Amazon |
| Los Intrepidos Del Sahara | Macaya Bienvenidos En Vivo | 12 | Te Necesito (En Vivo) | MX | Amazon |
| Los Intrepidos Del Sahara | Macaya Bienvenidos En Vivo | 13 | Lagrimas De Sas (En Vivo) | MX | Amazon |
| Los Jilgueros Del Arrollo | 15 Exitos | 1 | El Carro Amarillo | MX | Amazon |
| Los Jilgueros Del Arrollo | 15 Exitos | 2 | Corrido De Jose Garcia | MX | Amazon |
| Los Jilgueros Del Arrollo | 15 Exitos | 3 | Corrido De Gracielo Gardea | MX | Amazon |
| Los Jilgueros Del Arrollo | 15 Exitos | 4 | Mi Penal | MX | Amazon |
| Los Jilgueros Del Arrollo | 15 Exitos | 5 | El Chubasco | MX | Amazon |
| Los Jilgueros Del Arrollo | 15 Exitos | 6 | Estrellita Marinera | MX | Amazon |
| Los Jilgueros Del Arrollo | 15 Exitos | 7 | Como La Mariposa | MX | Amazon |
| Los Jilgueros Del Arrollo | 15 Exitos | 8 | Carcel De Rio | MX | Amazon |
| Los Jilgueros Del Arrollo | 15 Exitos | 9 | Cuatro Milpas | MX | Amazon |
| Los Jilgueros Del Arrollo | 15 Exitos | 10 | La Enredadera | MX | Amazon |
| Los Jilgueros Del Arrollo | 15 Exitos | 11 | Rey De Los Mojados | MX | Amazon |
| Los Jilgueros Del Arrollo | 15 Exitos | 12 | El Corrido Del Chore | MX | Amazon |
| Los Jilgueros Del Arrollo | 15 Exitos | 13 | La Lulza | MX | Amazon |
| Los Jilgueros Del Arrollo | 15 Exitos | 14 | Dijiste Y Juraste | MX | Amazon |
| Los Jilgueros Del Arrollo | 15 Exitos | 15 | Contrabando Por Amor | MX | Amazon |
| Los Legendarios De La Sierra | Zenaida Ingrata | 1 | Dos Hojas Sin Rumbo | MX | Amazon |
| Los Legendarios De La Sierra | Zenaida Ingrata | 2 | Moneda Sin Valor | MX | Amazon |
| Los Legendarios De La Sierra | Zenaida Ingrata | 3 | Rosa Tempranera | MX | Amazon |
| Los Legendarios De La Sierra | Zenaida Ingrata | 4 | Hoy Te Mandare Una Carta | MX | Amazon |
| Los Legendarios De La Sierra | Zenaida Ingrata | 5 | Ingrato Amor "Ranchera" | MX | Amazon |
| Los Legendarios De La Sierra | Zenaida Ingrata | 6 | Estrellita Del Norte Al Oriente | MX | Amazon |
| Los Legendarios De La Sierra | Zenaida Ingrata | 7 | La Pajarita | MX | Amazon |
| Los Legendarios De La Sierra | Zenaida Ingrata | 8 | La Carta Que Te Mande | MX | Amazon |
| Los Legendarios De La Sierra | Zenaida Ingrata | 9 | Pa' Que Son Pasiones | MX | Amazon |
| Los Legendarios De La Sierra | Zenaida Ingrata | 10 | Flor De Dalia | MX | Amazon |
| Los Legendarios De La Sierra | Zenaida Ingrata | 11 | El 24 De Junio | MX | Amazon |
| Los Legendarios De La Sierra | Zenaida Ingrata | 12 | Aun Se Acuerda De Mi | MX | Amazon |
| Los Legendarios De La Sierra | Zenaida Ingrata | 13 | Mataron A La Paloma | MX | Amazon |
| Los Legendarios De La Sierra | Zenaida Ingrata | 14 | Vestida De Negro | MX | Amazon |
| Los Legendarios De La Sierra | Zenaida Ingrata | 15 | Diamante Negro | MX | Amazon |
| Los Legendarios De La Sierra | Zenaida Ingrata | 16 | Me Cai De La Nube | MX | Amazon |
| Los Legendarios De La Sierra | Zenaida Ingrata | 17 | Tengo Recuerdos De Ti | MX | Amazon |
| Los Legendarios De La Sierra | Zenaida Ingrata | 18 | Mi Segunda Carta | MX | Amazon |
| Los Legendarios De La Sierra | Zenaida Ingrata | 19 | Zenaida Ingrata | MX | Amazon |
| Los Legendarios De La Sierra | Zenaida Ingrata | 20 | Amor Y Lagrimas | MX | Amazon |
| Los Legendarios De La Sierra | Zenaida Ingrata | 21 | Tu Solo Tu | MX | Amazon |

| | | | | | |
|---|---|---|---|---|---|
| Los Legendarios De La Sierra | Zenaida Ingrata | 22 | Flor Del Rio | MX | Amazon |
| Los Legendarios De La Sierra | Zenaida Ingrata | 23 | Llorar Llorar | MX | Amazon |
| Los Legendarios De La Sierra | Zenaida Ingrata | 24 | El Huerfanito | MX | Amazon |
| Los Legendarios De La Sierra | Zenaida Ingrata | 25 | Cuatro Cartas | MX | Amazon |
| Los Magallones | 20 Exitos | 1 | Consentida | MX | Amazon |
| Los Magallones | 20 Exitos | 2 | La Negrita | MX | Amazon |
| Los Magallones | 20 Exitos | 3 | Rajita De Melon | MX | Amazon |
| Los Magallones | 20 Exitos | 4 | Maximina | MX | Amazon |
| Los Magallones | 20 Exitos | 5 | El Corrido De La Burra Bronca | MX | Amazon |
| Los Magallones | 20 Exitos | 6 | Pata Cambay | MX | Amazon |
| Los Magallones | 20 Exitos | 7 | Senderito De Amor | MX | Amazon |
| Los Magallones | 20 Exitos | 8 | Cumbia A Mi Pueblo | MX | Amazon |
| Los Magallones | 20 Exitos | 9 | Mujer Sin Dignidad | MX | Amazon |
| Los Magallones | 20 Exitos | 10 | Corrido Del Macho Prieto | MX | Amazon |
| Los Magallones | 20 Exitos | 11 | Cotorrita | MX | Amazon |
| Los Magallones | 20 Exitos | 12 | Cachita | MX | Amazon |
| Los Magallones | 20 Exitos | 13 | Te Perdono | MX | Amazon |
| Los Magallones | 20 Exitos | 14 | Nena | MX | Amazon |
| Los Magallones | 20 Exitos | 15 | Corrido De Los Hermanos Quinones | MX | Amazon |
| Los Magallones | 20 Exitos | 16 | Vanidosa | MX | Amazon |
| Los Magallones | 20 Exitos | 17 | Mi Canoita | MX | Amazon |
| Los Magallones | 20 Exitos | 18 | Farsante | MX | Amazon |
| Los Magallones | 20 Exitos | 19 | El Anzuelito | MX | Amazon |
| Los Magallones | 20 Exitos | 20 | El Corrido De Maurillo Perez | MX | Amazon |
| Los Mazza Y Teclados | Dos En Uno Vol. 2 | 1 | Tu Estas Conmigo | MX | Amazon |
| Los Mazza Y Teclados | Dos En Uno Vol. 2 | 2 | A Bailar Charanga | MX | Amazon |
| Los Mazza Y Teclados | Dos En Uno Vol. 2 | 3 | A Mover Las Caderitas | MX | Amazon |
| Los Mazza Y Teclados | Dos En Uno Vol. 2 | 4 | El Solteron | MX | Amazon |
| Los Mazza Y Teclados | Dos En Uno Vol. 2 | 5 | El Chuparosa | MX | Amazon |
| Los Mazza Y Teclados | Dos En Uno Vol. 2 | 6 | Ilusiones | MX | Amazon |
| Los Mazza Y Teclados | Dos En Uno Vol. 2 | 7 | Doña Juana | MX | Amazon |
| Los Mazza Y Teclados | Dos En Uno Vol. 2 | 8 | El Adivinador | MX | Amazon |
| Los Mazza Y Teclados | Dos En Uno Vol. 2 | 9 | Besito Corta'o | MX | Amazon |
| Los Mazza Y Teclados | Dos En Uno Vol. 2 | 10 | Vestido Blanco | MX | Amazon |
| Los Mazza Y Teclados | Dos En Uno Vol. 2 | 11 | Llegaron Los Mazza | MX | Amazon |
| Los Mazza Y Teclados | Dos En Uno Vol. 2 | 12 | Dame Mas Amor | MX | Amazon |
| Los Mazza Y Teclados | Dos En Uno Vol. 2 | 13 | Domingo 7 | MX | Amazon |
| Los Mazza Y Teclados | Dos En Uno Vol. 2 | 14 | Rosa Maria | MX | Amazon |
| Los Mazza Y Teclados | Dos En Uno Vol. 2 | 15 | La Tomadera | MX | Amazon |
| Los Mazza Y Teclados | Dos En Uno Vol. 2 | 16 | La Secretaria | MX | Amazon |
| Los Mazza Y Teclados | Dos En Uno Vol. 2 | 17 | El Pirulino | MX | Amazon |
| Los Michoacanos De Camerino Martin | 18 Exitos Vol. 1 | 1 | Ando Escaso | MX | Amazon |
| Los Michoacanos De Camerino Martin | 18 Exitos Vol. 1 | 2 | La Tempranera | MX | Amazon |
| Los Michoacanos De Camerino Martin | 18 Exitos Vol. 1 | 3 | La Palma | MX | Amazon |
| Los Michoacanos De Camerino Martin | 18 Exitos Vol. 1 | 4 | Por Una Mujer Bonita | MX | Amazon |
| Los Michoacanos De Camerino Martin | 18 Exitos Vol. 1 | 5 | Regalo Equivocado | MX | Amazon |
| Los Michoacanos De Camerino Martin | 18 Exitos Vol. 1 | 6 | La Viuda | MX | Amazon |
| Los Michoacanos De Camerino Martin | 18 Exitos Vol. 1 | 7 | Me Persigue La Sombra | MX | Amazon |
| Los Michoacanos De Camerino Martin | 18 Exitos Vol. 1 | 8 | Mujer Paseada | MX | Amazon |
| Los Michoacanos De Camerino Martin | 18 Exitos Vol. 1 | 9 | Mi Josefina | MX | Amazon |
| Los Michoacanos De Camerino Martin | 18 Exitos Vol. 1 | 10 | Una Carta Y Un Clavel | MX | Amazon |
| Los Michoacanos De Camerino Martin | 18 Exitos Vol. 1 | 11 | De Buena Gana | MX | Amazon |
| Los Michoacanos De Camerino Martin | 18 Exitos Vol. 1 | 12 | Corrido De Roman Padilla | MX | Amazon |
| Los Michoacanos De Camerino Martin | 18 Exitos Vol. 1 | 13 | Cuando Salgo A Los Campos | MX | Amazon |
| Los Michoacanos De Camerino Martin | 18 Exitos Vol. 1 | 14 | Entre Copa Y Copa | MX | Amazon |
| Los Michoacanos De Camerino Martin | 18 Exitos Vol. 1 | 15 | La Pavada | MX | Amazon |
| Los Michoacanos De Camerino Martin | 18 Exitos Vol. 1 | 16 | Flor De Las Flores | MX | Amazon |
| Los Michoacanos De Camerino Martin | 18 Exitos Vol. 1 | 17 | Amarga Navidad | MX | Amazon |
| Los Michoacanos De Camerino Martin | 18 Exitos Vol. 1 | 18 | Corrido De Ventura Valdez | MX | Amazon |
| Los Sonantes Del Norte | Lo Que Descubri En Mi Vida | 1 | Lo Que Platicamos | MX | Amazon |
| Los Sonantes Del Norte | Lo Que Descubri En Mi Vida | 2 | Amor Sincero | MX | Amazon |
| Los Sonantes Del Norte | Lo Que Descubri En Mi Vida | 3 | Tu Quisiste Abandonarme | MX | Amazon |
| Los Sonantes Del Norte | Lo Que Descubri En Mi Vida | 4 | En Una Carta | MX | Amazon |
| Los Sonantes Del Norte | Lo Que Descubri En Mi Vida | 5 | Pensando En Tu Amor | MX | Amazon |
| Los Sonantes Del Norte | Lo Que Descubri En Mi Vida | 6 | Que Dices Chata | MX | Amazon |
| Los Sonantes Del Norte | Lo Que Descubri En Mi Vida | 7 | Has Quedado Libremente | MX | Amazon |
| Los Sonantes Del Norte | Lo Que Descubri En Mi Vida | 8 | Con Esos Ojos | MX | Amazon |
| Los Sonantes Del Norte | Lo Que Descubri En Mi Vida | 9 | Que Vuelvas Conmigo | MX | Amazon |
| Los Sonantes Del Norte | Lo Que Descubri En Mi Vida | 10 | Seis Copas | MX | Amazon |

| | | | | | |
|---|---|---|---|---|---|
| Los Sonantes Del Norte | Lo Que Descubri En Mi Vida | 11 | Mujer Bandolera | MX | Amazon |
| Los Sonantes Del Norte | Lo Que Descubri En Mi Vida | 12 | Una Vez Que Comprendas | MX | Amazon |
| Los Sonantes Del Norte | Lo Que Descubri En Mi Vida | 13 | Me Enganaste | MX | Amazon |
| Los Sonantes Del Norte | Lo Que Descubri En Mi Vida | 14 | Yo Vine A Buscarte | MX | Amazon |
| Los Sonantes Del Norte | Lo Que Descubri En Mi Vida | 15 | Moises Fernandez | MX | Amazon |
| Los Sonantes Del Norte | Lo Que Descubri En Mi Vida | 16 | Jamas Te Voy A Olvidar | MX | Amazon |
| Los Sonantes Del Norte | Lo Que Descubri En Mi Vida | 17 | Lo Que Has Prometido | MX | Amazon |
| Los Sonantes Del Norte | Lo Que Descubri En Mi Vida | 18 | No Poder Olvidarte | MX | Amazon |
| Los Sonantes Del Norte | Lo Que Descubri En Mi Vida | 19 | Casita De Cristal | MX | Amazon |
| Los Sonantes Del Norte | Lo Que Descubri En Mi Vida | 20 | Son Los Sonates Del Norte | MX | Amazon |
| Los Velsa De Tierra Caliente | Olvide Tu Nombre | 1 | Olvide Tu Nombre | MX | Amazon |
| Los Velsa De Tierra Caliente | Olvide Tu Nombre | 2 | Carinito De Mi Vida | MX | Amazon |
| Los Velsa De Tierra Caliente | Olvide Tu Nombre | 3 | Seis Pies Abajo | MX | Amazon |
| Los Velsa De Tierra Caliente | Olvide Tu Nombre | 4 | Coyuca De Catalan | MX | Amazon |
| Los Velsa De Tierra Caliente | Olvide Tu Nombre | 5 | Jacinto El Tullido | MX | Amazon |
| Los Velsa De Tierra Caliente | Olvide Tu Nombre | 6 | La Tocada | MX | Amazon |
| Los Velsa De Tierra Caliente | Olvide Tu Nombre | 7 | Me Caiste Del Cielo | MX | Amazon |
| Los Velsa De Tierra Caliente | Olvide Tu Nombre | 8 | Morena Morenita | MX | Amazon |
| Los Velsa De Tierra Caliente | Olvide Tu Nombre | 9 | Un Tiempo Tuve Un Carino | MX | Amazon |
| Los Velsa De Tierra Caliente | Olvide Tu Nombre | 10 | Enamorate De Mi | MX | Amazon |
| Los Velsa De Tierra Caliente | Olvide Tu Nombre | 11 | Mi Gusto Es | MX | Amazon |
| Los Velsa De Tierra Caliente | Olvide Tu Nombre | 12 | El Mudo | MX | Amazon |
| Lupita Alatorre | 2 Grandes Con Norteno | 1 | Gaviota Aventurera | MX | Amazon |
| Lupita Alatorre | 2 Grandes Con Norteno | 2 | Se Vende Un Corazon Usado | MX | Amazon |
| Lupita Alatorre | 2 Grandes Con Norteno | 3 | Vestida De Color De Rosa | MX | Amazon |
| Lupita Alatorre | 2 Grandes Con Norteno | 4 | Carta Ablerta | MX | Amazon |
| Lupita Alatorre | 2 Grandes Con Norteno | 5 | Carino | MX | Amazon |
| Lupita Alatorre | 2 Grandes Con Norteno | 6 | Mi Buena Suerte | MX | Amazon |
| Lupita Alatorre | 2 Grandes Con Norteno | 7 | Celos De Ti | MX | Amazon |
| Lupita Alatorre | 2 Grandes Con Norteno | 8 | Despedida Con Mariachi | MX | Amazon |
| Lupita Alatorre | 2 Grandes Con Norteno | 9 | Seis Pies Abajo | MX | Amazon |
| Lupita Alatorre | 2 Grandes Con Norteno | 10 | Caminos De La Vida | MX | Amazon |
| Lupita Alatorre | 2 Grandes Con Norteno | 11 | Quisiera Tener Alas | MX | Amazon |
| Lupita Alatorre | 2 Grandes Con Norteno | 12 | Hombre Y Rey | MX | Amazon |
| Lupita Alatorre | 2 Grandes Con Norteno | 13 | Cheque Al Portador | MX | Amazon |
| Lupita Alatorre | 2 Grandes Con Norteno | 14 | Tiempo Perdido | MX | Amazon |
| Lupita Alatorre | 2 Grandes Con Norteno | 15 | Y Por Esa Calle Vive | MX | Amazon |
| Lupita Alatorre | 2 Grandes Con Norteno | 16 | La Voz Del Amor | MX | Amazon |
| Luz Verde De Acapulco | Para Corridos "Guerrero" | 1 | El Triunfo | MX | Amazon |
| Luz Verde De Acapulco | Para Corridos "Guerrero" | 2 | Cruz De Madera | MX | Amazon |
| Luz Verde De Acapulco | Para Corridos "Guerrero" | 3 | Corrido De Sotera Morales | MX | Amazon |
| Luz Verde De Acapulco | Para Corridos "Guerrero" | 4 | Tino Rodriguez | MX | Amazon |
| Luz Verde De Acapulco | Para Corridos "Guerrero" | 5 | El Defensor De Los Pobres | MX | Amazon |
| Luz Verde De Acapulco | Para Corridos "Guerrero" | 6 | La Piedresita | MX | Amazon |
| Luz Verde De Acapulco | Para Corridos "Guerrero" | 7 | El Corrido De Margarita | MX | Amazon |
| Luz Verde De Acapulco | Para Corridos "Guerrero" | 8 | Que Me Entierren Con La Banda | MX | Amazon |
| Luz Verde De Acapulco | Para Corridos "Guerrero" | 9 | Los Tres Valientes De Negro | MX | Amazon |
| Luz Verde De Acapulco | Para Corridos "Guerrero" | 10 | Un Puno De Tierra | MX | Amazon |
| Manuel Olivera Almada | Boleros De America Con Orques | 1 | Noche De Ronda | MX | Amazon |
| Manuel Olivera Almada | Boleros De America Con Orques | 2 | Sabor A Mi | MX | Amazon |
| Manuel Olivera Almada | Boleros De America Con Orques | 3 | Moliendo Cafe | MX | Amazon |
| Manuel Olivera Almada | Boleros De America Con Orques | 4 | Historia De Un Amor | MX | Amazon |
| Manuel Olivera Almada | Boleros De America Con Orques | 5 | La Media Vuelta | MX | Amazon |
| Manuel Olivera Almada | Boleros De America Con Orques | 6 | Contigo Aprendi | MX | Amazon |
| Manuel Olivera Almada | Boleros De America Con Orques | 7 | Tu Me Acostumbraste | MX | Amazon |
| Manuel Olivera Almada | Boleros De America Con Orques | 8 | Lamento Borincano | MX | Amazon |
| Manuel Olivera Almada | Boleros De America Con Orques | 9 | Piel Canela | MX | Amazon |
| Manuel Olivera Almada | Boleros De America Con Orques | 10 | Cuando Vuelva A Tu Lado | MX | Amazon |
| Manuel Olivera Almada | Boleros De America Con Orques | 11 | Recuerdos De Ipacarai | MX | Amazon |
| Manuel Olivera Almada | Boleros De America Con Orques | 12 | Nosotros | MX | Amazon |
| Manuel Olivera Almada | Boleros De America Con Orques | 13 | El Reloj | MX | Amazon |
| Manuel Olivera Almada | Boleros De America Con Orques | 14 | Ojos Espanoles | MX | Amazon |
| Manuel Olivera Almada | Boleros De America Con Orques | 15 | Alma Llanera | MX | Amazon |
| Manuel Olivera Almada | Boleros De America Con Orques | 16 | Alfonsina Y El Mar | MX | Amazon |
| Mar Azul | 15 Exitos | 1 | Yo El Negrito | MX | Amazon |
| Mar Azul | 15 Exitos | 2 | El Chupacosas | MX | Amazon |
| Mar Azul | 15 Exitos | 3 | La Zacatera | MX | Amazon |
| Mar Azul | 15 Exitos | 4 | Al Ritmo Del Bajo | MX | Amazon |
| Mar Azul | 15 Exitos | 5 | Maria Teresa | MX | Amazon |

| Mar Azul | 15 Exitos | 6 | Gloria | MX | Amazon |
|---|---|---|---|---|---|
| Mar Azul | 15 Exitos | 7 | Amelia | MX | Amazon |
| Mar Azul | 15 Exitos | 8 | La Diabla | MX | Amazon |
| Mar Azul | 15 Exitos | 9 | Flor Silvestre | MX | Amazon |
| Mar Azul | 15 Exitos | 10 | Perico Loco | MX | Amazon |
| Mar Azul | 15 Exitos | 11 | Cumbia Mas Azul | MX | Amazon |
| Mar Azul | 15 Exitos | 12 | El Borrachito | MX | Amazon |
| Mar Azul | 15 Exitos | 13 | Maria Dolores | MX | Amazon |
| Mar Azul | 15 Exitos | 14 | Porque Te Quiero | MX | Amazon |
| Mar Azul | 15 Exitos | 15 | Paseo En Chacahua | MX | Amazon |
| Mario Mazza | Dos En Uno Vol. 2 | 1 | Alguien Para Gozar | MX | Amazon |
| Mario Mazza | Dos En Uno Vol. 2 | 2 | La Chicharra | MX | Amazon |
| Mario Mazza | Dos En Uno Vol. 2 | 3 | La Bola | MX | Amazon |
| Mario Mazza | Dos En Uno Vol. 2 | 4 | De Cartoncito | MX | Amazon |
| Mario Mazza | Dos En Uno Vol. 2 | 5 | Sabavididabadabado | MX | Amazon |
| Mario Mazza | Dos En Uno Vol. 2 | 6 | El Fraude | MX | Amazon |
| Mario Mazza | Dos En Uno Vol. 2 | 7 | Dueno De Tu Amor | MX | Amazon |
| Mario Mazza | Dos En Uno Vol. 2 | 8 | La Democracia | MX | Amazon |
| Mario Mazza | Dos En Uno Vol. 2 | 9 | Ella Se Puso Colorada | MX | Amazon |
| Mario Mazza | Dos En Uno Vol. 2 | 10 | Papa Y Mama | MX | Amazon |
| Mario Mazza | Dos En Uno Vol. 2 | 11 | La Batea | MX | Amazon |
| Mario Mazza | Dos En Uno Vol. 2 | 12 | Ya No Quiero Verla | MX | Amazon |
| Mario Mazza | Dos En Uno Vol. 2 | 13 | Acuerdate Mujer | MX | Amazon |
| Mario Mazza | Dos En Uno Vol. 2 | 14 | Cumbia Del Cometa | MX | Amazon |
| Mario Mazza | Dos En Uno Vol. 2 | 15 | La Malaguena | MX | Amazon |
| Mario Mazza | Dos En Uno Vol. 2 | 16 | Mi Novia Chana | MX | Amazon |
| Mario Mazza | Dos En Uno Vol. 2 | 17 | Carino Verdadero | MX | Amazon |
| Mario Mazza | Dos En Uno Vol. 2 | 18 | Yo No Fui | MX | Amazon |
| Mario Mazza | En Vivo Vol. 3 | 1 | Juana La Cubana (En Vivo) | MX | Amazon |
| Mario Mazza | En Vivo Vol. 3 | 2 | Ella Se Puso Colorada (En Vivo) | MX | Amazon |
| Mario Mazza | En Vivo Vol. 3 | 3 | La Batea (En Vivo) | MX | Amazon |
| Mario Mazza | En Vivo Vol. 3 | 4 | No Me Vayas A Olvidar (En Vivo) | MX | Amazon |
| Mario Mazza | En Vivo Vol. 3 | 5 | Mariquita (En Vivo) | MX | Amazon |
| Mario Mazza | En Vivo Vol. 3 | 6 | Por Que Te Quiero (En Vivo) | MX | Amazon |
| Mario Mazza | En Vivo Vol. 3 | 7 | Ya No Quiero Verla Mas (En Vivo) | MX | Amazon |
| Mario Mazza | En Vivo Vol. 3 | 8 | El Ombliguito (En Vivo) | MX | Amazon |
| Mario Mazza | En Vivo Vol. 3 | 9 | Pasito Tun Tun (En Vivo) | MX | Amazon |
| Mario Mazza | En Vivo Vol. 3 | 10 | Capitan (En Vivo) | MX | Amazon |
| Miguel Y Su Organizacion Luz Azul | Lo Mas Nuevo | 1 | Piquetes De Hormiga | MX | Amazon |
| Miguel Y Su Organizacion Luz Azul | Lo Mas Nuevo | 2 | Por Los Caminos Del Sur | MX | Amazon |
| Miguel Y Su Organizacion Luz Azul | Lo Mas Nuevo | 3 | Pica Que Pica | MX | Amazon |
| Miguel Y Su Organizacion Luz Azul | Lo Mas Nuevo | 4 | Ya Me Voy Pa La Ciudad | MX | Amazon |
| Miguel Y Su Organizacion Luz Azul | Lo Mas Nuevo | 5 | Llorame | MX | Amazon |
| Miguel Y Su Organizacion Luz Azul | Lo Mas Nuevo | 6 | Carta De Recuerdo | MX | Amazon |
| Miguel Y Su Organizacion Luz Azul | Lo Mas Nuevo | 7 | El Cuartetazo | MX | Amazon |
| Miguel Y Su Organizacion Luz Azul | Lo Mas Nuevo | 8 | El Oaxacado La Del Vestido Verde | MX | Amazon |
| Miguel Y Su Organizacion Luz Azul | Lo Mas Nuevo | 9 | El Baile Del Guajolote | MX | Amazon |
| Miguel Y Su Organizacion Luz Azul | Lo Mas Nuevo | 10 | El Carrito | MX | Amazon |
| Miguel Y Su Organizacion Luz Azul | Lo Mas Nuevo | 11 | Minerva | MX | Amazon |
| Miguel Y Su Organizacion Luz Azul | Lo Mas Nuevo | 12 | Las Copetonas | MX | Amazon |
| Miguel Y Su Organizacion Luz Azul | Lo Mas Nuevo | 13 | Kuni Kuni | MX | Amazon |
| Miguel Y Su Organizacion Luz Azul | Lo Mas Nuevo | 14 | Si No Me Quisieras | MX | Amazon |
| Miguel Y Su Organizacion Luz Azul | Lo Mas Nuevo | 15 | Adelita De Mi Amor | MX | Amazon |
| Orquesta Aguilas De Chiapas | Boleros Con Marimba | 1 | Cuando Ya No Me Quieras | MX | Amazon |
| Orquesta Aguilas De Chiapas | Boleros Con Marimba | 2 | Cada Noche Un Amor | MX | Amazon |
| Orquesta Aguilas De Chiapas | Boleros Con Marimba | 3 | Balalayca | MX | Amazon |
| Orquesta Aguilas De Chiapas | Boleros Con Marimba | 4 | Convencida | MX | Amazon |
| Orquesta Aguilas De Chiapas | Boleros Con Marimba | 5 | Olvido Pasional | MX | Amazon |
| Orquesta Aguilas De Chiapas | Boleros Con Marimba | 6 | Amargura | MX | Amazon |
| Orquesta Aguilas De Chiapas | Boleros Con Marimba | 7 | Un Mundo Raro | MX | Amazon |
| Orquesta Aguilas De Chiapas | Boleros Con Marimba | 8 | Mi Destino Fue Quererte | MX | Amazon |
| Orquesta Aguilas De Chiapas | Boleros Con Marimba | 9 | Yo | MX | Amazon |
| Orquesta Aguilas De Chiapas | Boleros Con Marimba | 10 | Desvelo De Amor | MX | Amazon |
| Orquesta Aguilas De Chiapas | Boleros Con Marimba | 11 | Lo Siento Por Ti | MX | Amazon |
| Orquesta Aguilas De Chiapas | Boleros Con Marimba | 12 | Siempre Viva | MX | Amazon |
| Orquesta Aguilas De Chiapas | Boleros Con Marimba | 13 | Martha | MX | Amazon |
| Orquesta Aguilas De Chiapas | Boleros Con Marimba | 14 | No Vuelvo Contigo | MX | Amazon |
| Orquesta Aguilas De Chiapas | Boleros Con Marimba | 15 | Un Viejo Amor | MX | Amazon |
| Orquesta Aguilas De Chiapas | Boleros Con Marimba | 16 | Presentimiento | MX | Amazon |

| Orquesta De Mexico | Danzones | 1 | Zacatlan | MX | Amazon |
|---|---|---|---|---|---|
| Orquesta De Mexico | Danzones | 2 | Sorrento | MX | Amazon |
| Orquesta De Mexico | Danzones | 3 | Telefono A Larga Distancia | MX | Amazon |
| Orquesta De Mexico | Danzones | 4 | Nana | MX | Amazon |
| Orquesta De Mexico | Danzones | 5 | Danzozon | MX | Amazon |
| Orquesta De Mexico | Danzones | 6 | Cuando Canta El Cornetin | MX | Amazon |
| Orquesta De Mexico | Danzones | 7 | Mi Merida | MX | Amazon |
| Orquesta De Mexico | Danzones | 8 | Por Un Cerro Mejor | MX | Amazon |
| Orquesta De Mexico | Danzones | 9 | Rincon De Las Doncellas | MX | Amazon |
| Orquesta De Mexico | Danzones | 10 | Mi Consuelo Es Amarte | MX | Amazon |
| Orquesta De Mexico | Danzones | 11 | Acayucan | MX | Amazon |
| Orquesta De Mexico | Danzones | 12 | Pulque Para Todos | MX | Amazon |
| Palmera Tropical De Jesus Palmas | El Pollito Contra El Patito Blanco | 1 | De Toluca Al California (En Vivo) | MX | Amazon |
| Palmera Tropical De Jesus Palmas | El Pollito Contra El Patito Blanco | 2 | El Patito Blanco (En Vivo) | MX | Amazon |
| Palmera Tropical De Jesus Palmas | El Pollito Contra El Patito Blanco | 3 | El Pollito (En Vivo) | MX | Amazon |
| Palmera Tropical De Jesus Palmas | El Pollito Contra El Patito Blanco | 4 | Nina Bonita (En Vivo) | MX | Amazon |
| Palmera Tropical De Jesus Palmas | El Pollito Contra El Patito Blanco | 5 | Ha Chalmita (En Vivo) | MX | Amazon |
| Palmera Tropical De Jesus Palmas | El Pollito Contra El Patito Blanco | 6 | Triste Carita (En Vivo) | MX | Amazon |
| Palmera Tropical De Jesus Palmas | El Pollito Contra El Patito Blanco | 7 | La Arana De Teresa (En Vivo) | MX | Amazon |
| Palmera Tropical De Jesus Palmas | El Pollito Contra El Patito Blanco | 8 | Silvia (En Vivo) | MX | Amazon |
| Palmera Tropical De Jesus Palmas | El Pollito Contra El Patito Blanco | 9 | Cumbia Sampuesana (En Vivo) | MX | Amazon |
| Palmera Tropical De Jesus Palmas | El Pollito Contra El Patito Blanco | 10 | Marili (En Vivo) | MX | Amazon |
| Palmera Tropical De Jesus Palmas | El Pollito Contra El Patito Blanco | 11 | Lindas Toluquenas (En Vivo) | MX | Amazon |
| Palmera Tropical De Jesus Palmas | El Pollito Contra El Patito Blanco | 12 | La Burra Tuerta (En Vivo) | MX | Amazon |
| Palmera Tropical De Jesus Palmas | El Pollito Contra El Patito Blanco | 13 | Margarita (En Vivo) | MX | Amazon |
| Palmera Tropical De Jesus Palmas | El Pollito Contra El Patito Blanco | 14 | Sin Basilada (En Vivo) | MX | Amazon |
| Palmera Tropical De Jesus Palmas | El Pollito Contra El Patito Blanco | 15 | Granito De Sal (En Vivo) | MX | Amazon |
| Palmera Tropical De Jesus Palmas | El Pollito Contra El Patito Blanco | 16 | La Cumbia De Los Pobres (En Vivo) | MX | Amazon |
| Palmera Tropical De Jesus Palmas | El Pollito Contra El Patito Blanco | 17 | El Arrolluelo (En Vivo) | MX | Amazon |
| Palmera Tropical De Jesus Palmas | El Pollito Contra El Patito Blanco | 18 | Jalaclaco (En Vivo) | MX | Amazon |
| Pifas Y Su Toque Sabroson | Dos En Uno | 1 | La Gaviota | MX | Amazon |
| Pifas Y Su Toque Sabroson | Dos En Uno | 2 | Monterrey | MX | Amazon |
| Pifas Y Su Toque Sabroson | Dos En Uno | 3 | Paloma Blanca | MX | Amazon |
| Pifas Y Su Toque Sabroson | Dos En Uno | 4 | Coyote Invalido | MX | Amazon |
| Pifas Y Su Toque Sabroson | Dos En Uno | 5 | Macondo | MX | Amazon |
| Pifas Y Su Toque Sabroson | Dos En Uno | 6 | Porque Te Vas | MX | Amazon |
| Pifas Y Su Toque Sabroson | Dos En Uno | 7 | Le Pones Jorge Al Nino | MX | Amazon |
| Pifas Y Su Toque Sabroson | Dos En Uno | 8 | Que Me Coma El Tiburon | MX | Amazon |
| Pifas Y Su Toque Sabroson | Dos En Uno | 9 | En Aquel Lugar | MX | Amazon |
| Pifas Y Su Toque Sabroson | Dos En Uno | 10 | Se Vende MI Casa | MX | Amazon |
| Pifas Y Su Toque Sabroson | Dos En Uno | 11 | El Flaco De Oro | MX | Amazon |
| Pifas Y Su Toque Sabroson | Dos En Uno | 12 | MI Juguete | MX | Amazon |
| Pifas Y Su Toque Sabroson | Dos En Uno | 13 | La Tremenda Cruda | MX | Amazon |
| Pifas Y Su Toque Sabroson | Dos En Uno | 14 | Si Supiera Ella | MX | Amazon |
| Pifas Y Su Toque Sabroson | Dos En Uno | 15 | Vamonos Al Baile | MX | Amazon |
| Pifas Y Su Toque Sabroson | Dos En Uno | 16 | Que Casualidad | MX | Amazon |
| Pifas Y Su Toque Sabroson | Dos En Uno | 17 | La Yaquesita | MX | Amazon |
| Pifas Y Su Toque Sabroson | Dos En Uno | 18 | Karina | MX | Amazon |
| Pifas Y Su Toque Sabroson | Dos En Uno | 19 | Mi Mala Suerte | MX | Amazon |
| Pifas Y Su Toque Sabroson | Dos En Uno | 20 | El Que Murio Murio | MX | Amazon |
| Pifas Y Su Toque Sabroson | Dos En Uno | 21 | Tristemente Loraras | MX | Amazon |
| Roger Y Su Extremo Digital | Dos En Uno | 1 | La Mojarrita | MX | Amazon |
| Roger Y Su Extremo Digital | Dos En Uno | 2 | Agulta De Coco | MX | Amazon |
| Roger Y Su Extremo Digital | Dos En Uno | 3 | Te Hubieras Muerto | MX | Amazon |
| Roger Y Su Extremo Digital | Dos En Uno | 4 | El Cafetal | MX | Amazon |
| Roger Y Su Extremo Digital | Dos En Uno | 5 | Palito De Guayacan | MX | Amazon |
| Roger Y Su Extremo Digital | Dos En Uno | 6 | El Bombon | MX | Amazon |
| Roger Y Su Extremo Digital | Dos En Uno | 7 | El Cuartetazo | MX | Amazon |
| Roger Y Su Extremo Digital | Dos En Uno | 8 | El Tao Tao | MX | Amazon |
| Roger Y Su Extremo Digital | Dos En Uno | 9 | La Palma De Coco / Prende El Foco | MX | Amazon |
| Roger Y Su Extremo Digital | Dos En Uno | 10 | Nectar De Manzana | MX | Amazon |
| Roger Y Su Extremo Digital | Dos En Uno | 11 | Matando Al Gusano | MX | Amazon |
| Roger Y Su Extremo Digital | Dos En Uno | 12 | Meneando La Batea | MX | Amazon |
| Roger Y Su Extremo Digital | Dos En Uno | 13 | Dame Que Quiero Gozar | MX | Amazon |
| Roger Y Su Extremo Digital | Dos En Uno | 14 | Bomboncito | MX | Amazon |
| Roger Y Su Extremo Digital | Dos En Uno | 15 | Jugulto De Naranja | MX | Amazon |
| Roger Y Su Extremo Digital | Dos En Uno | 16 | Mambo Gozalo | MX | Amazon |
| Roger Y Su Extremo Digital | Dos En Uno | 17 | Mas Que Tu Amigo | MX | Amazon |
| Roger Y Su Extremo Digital | Dos En Uno | 18 | El Pescador | MX | Amazon |

| Roger Y Su Extremo Digital | Dos En Uno | 19 | Soca Y Rumba | MX | Amazon |
|---|---|---|---|---|---|
| Roger Y Su Extremo Digital | Dos En Uno | 20 | La Caminera | MX | Amazon |
| Roger Y Su Extremo Digital | Dos En Uno | 21 | Que Siga La Fiesta | MX | Amazon |
| Various Artists | Grupos Del Recuerdo | 1 | Ya Me Voy | MX | Amazon |
| Various Artists | Grupos Del Recuerdo | 2 | Cruel Separacion | MX | Amazon |
| Various Artists | Grupos Del Recuerdo | 3 | El Perdedor | MX | Amazon |
| Various Artists | Grupos Del Recuerdo | 4 | Te Vas Te Vas | MX | Amazon |
| Various Artists | Grupos Del Recuerdo | 5 | Enamorado II | MX | Amazon |
| Various Artists | Grupos Del Recuerdo | 6 | Amor Reciprocolo | MX | Amazon |
| Various Artists | Grupos Del Recuerdo | 7 | Suena | MX | Amazon |
| Various Artists | Grupos Del Recuerdo | 8 | Es Verdad | MX | Amazon |
| Various Artists | Grupos Del Recuerdo | 9 | Hagamos Un Trato | MX | Amazon |
| Various Artists | Grupos Del Recuerdo | 10 | Granito De Oro | MX | Amazon |
| Various Artists | Grupos Del Recuerdo | 11 | Te Quiero | MX | Amazon |
| Various Artists | Grupos Del Recuerdo | 12 | Te He Llorado Tanto | MX | Amazon |
| Various Artists | Grupos Del Recuerdo | 13 | Tu Recuerdo Y Yo | MX | Amazon |
| Various Artists | Grupos Del Recuerdo | 14 | Y Ahora Para Que | MX | Amazon |
| Various Artists | Grupos Del Recuerdo | 15 | Como Tu Quieras Que Fuera | MX | Amazon |
| Various Artists | Grupos Del Recuerdo | 16 | Ruego A Dios | MX | Amazon |
| Various Artists | Grupos Del Recuerdo | 17 | Lloraremos Juntos | MX | Amazon |
| Various Artists | Grupos Del Recuerdo | 18 | Cuando Estas Junto A Mi | MX | Amazon |
| Various Artists | Grupos Del Recuerdo | 19 | Hay Corazones | MX | Amazon |
| Various Artists | Grupos Del Recuerdo | 20 | Mi Pecado | MX | Amazon |
| Various Artists | Los Grandes De La Costa Vol. 1 | 1 | Cuando Yo Muera | MX | Amazon |
| Various Artists | Los Grandes De La Costa Vol. 1 | 2 | La Muerte De Maryli | MX | Amazon |
| Various Artists | Los Grandes De La Costa Vol. 1 | 3 | Quel Momento Triste | MX | Amazon |
| Various Artists | Los Grandes De La Costa Vol. 1 | 4 | Flor De Guerrero | MX | Amazon |
| Various Artists | Los Grandes De La Costa Vol. 1 | 5 | Tu Recuerdo Y Yo | MX | Amazon |
| Various Artists | Los Grandes De La Costa Vol. 1 | 6 | El Desquebrajado | MX | Amazon |
| Regalo Equivocado | Los Grandes De La Costa Vol. 1 | 7 | Regalo Equivocado | MX | Amazon |
| Various Artists | Los Grandes De La Costa Vol. 1 | 8 | El Mensaje | MX | Amazon |
| Various Artists | Los Grandes De La Costa Vol. 1 | 9 | Cabeza De Hacha | MX | Amazon |
| Various Artists | Los Grandes De La Costa Vol. 1 | 10 | Que Te Vaya Bien | MX | Amazon |
| Various Artists | Los Grandes De La Costa Vol. 1 | 11 | Juguito De Uva | MX | Amazon |
| Various Artists | Los Grandes De La Costa Vol. 1 | 12 | Te Vas Te Vas | MX | Amazon |
| Various Artists | Los Grandes De La Costa Vol. 1 | 13 | La Rumba De Mi Novia | MX | Amazon |
| Various Artists | Los Grandes De La Costa Vol. 1 | 14 | Merequetengue A Huetamo | MX | Amazon |
| Various Artists | Los Grandes De La Costa Vol. 1 | 15 | Es Muy Libre Tu Camino | MX | Amazon |
| Various Artists | Los Grandes De La Costa Vol. 1 | 16 | Region Hermosa | MX | Amazon |
| Various Artists | Los Grandes De La Costa Vol. 1 | 17 | Mi Linda Esposa | MX | Amazon |
| Various Artists | Los Grandes De La Costa Vol. 1 | 18 | Tu Nunca Me Miras | MX | Amazon |
| Yuriko All-Stars | 16 Exitos Con Marimba | 1 | El Ascensor | MX | Amazon |
| Yuriko All-Stars | 16 Exitos Con Marimba | 2 | El Africano | MX | Amazon |
| Yuriko All-Stars | 16 Exitos Con Marimba | 3 | Un Mundo Raro | MX | Amazon |
| Yuriko All-Stars | 16 Exitos Con Marimba | 4 | Y Por Esa Calle Vive | MX | Amazon |
| Yuriko All-Stars | 16 Exitos Con Marimba | 5 | La Pollera Colorada | MX | Amazon |
| Yuriko All-Stars | 16 Exitos Con Marimba | 6 | Mi Destino Fue Quererte | MX | Amazon |
| Yuriko All-Stars | 16 Exitos Con Marimba | 7 | Vestida De Color De Rosa | MX | Amazon |
| Yuriko All-Stars | 16 Exitos Con Marimba | 8 | Luna De Xelaju | MX | Amazon |
| Yuriko All-Stars | 16 Exitos Con Marimba | 9 | El Zancudito Loco | MX | Amazon |
| Yuriko All-Stars | 16 Exitos Con Marimba | 10 | EL Buey De La Barranca | MX | Amazon |
| Yuriko All-Stars | 16 Exitos Con Marimba | 11 | Ton's Que Mami | MX | Amazon |
| Yuriko All-Stars | 16 Exitos Con Marimba | 12 | La Nina De Guatemala | MX | Amazon |
| Yuriko All-Stars | 16 Exitos Con Marimba | 13 | Catalina Le Pego | MX | Amazon |
| Yuriko All-Stars | 16 Exitos Con Marimba | 14 | Yo | MX | Amazon |
| Yuriko All-Stars | 16 Exitos Con Marimba | 15 | Luna Azul | MX | Amazon |
| Yuriko All-Stars | 16 Exitos Con Marimba | 16 | Collar De Perlas | MX | Amazon |
| EL Pollo Estevan Y SU Grupo Pegasso | Nueva Vida | 1 | Muchas Razones | MX | Amazon |
| EL Pollo Estevan Y SU Grupo Pegasso | Nueva Vida | 2 | Hoy Recorde | MX | Amazon |
| EL Pollo Estevan Y SU Grupo Pegasso | Nueva Vida | 3 | Dime Por Que | MX | Amazon |
| EL Pollo Estevan Y SU Grupo Pegasso | Nueva Vida | 4 | Parches | MX | Amazon |
| EL Pollo Estevan Y SU Grupo Pegasso | Nueva Vida | 5 | No Soy Yo | MX | Amazon |
| EL Pollo Estevan Y SU Grupo Pegasso | Nueva Vida | 6 | Estoy Enamorado | MX | Amazon |
| EL Pollo Estevan Y SU Grupo Pegasso | Nueva Vida | 7 | Atras De La Raya | MX | Amazon |
| EL Pollo Estevan Y SU Grupo Pegasso | Nueva Vida | 8 | Un recuerdo De Ayer | MX | Amazon |
| EL Pollo Estevan Y SU Grupo Pegasso | Nueva Vida | 9 | Ya Me Voy | MX | Amazon |
| EL Pollo Estevan Y SU Grupo Pegasso | Nueva Vida | 10 | Historia De Amor | MX | Amazon |
| La Brisa | Dos En Uno | 1 | Te Vas O Te Quedas | MX | Amazon |
| La Brisa | Dos En Uno | 2 | El Rayo Veloz | MX | Amazon |

| La Brisa | Dos En Uno | 3 | Paloma | MX | Amazon |
|---|---|---|---|---|---|
| La Brisa | Dos En Uno | 4 | El Penal De La Loma | MX | Amazon |
| La Brisa | Dos En Uno | 5 | Enamorado De Ti | MX | Amazon |
| La Brisa | Dos En Uno | 6 | Que Bonita Chaparrita | MX | Amazon |
| La Brisa | Dos En Uno | 7 | Los Alambrados | MX | Amazon |
| La Brisa | Dos En Uno | 8 | Y Por Esa Calle Vive | MX | Amazon |
| La Brisa | Dos En Uno | 9 | Cosecho | MX | Amazon |
| La Brisa | Dos En Uno | 10 | Rosa De Castilla | MX | Amazon |
| La Brisa | Dos En Uno | 11 | El Tercer Jalon | MX | Amazon |
| La Brisa | Dos En Uno | 12 | Ritmo Caliente | MX | Amazon |
| La Brisa | Dos En Uno | 13 | La Unica Estrella | MX | Amazon |
| La Brisa | Dos En Uno | 14 | Lucio Vazquez | MX | Amazon |
| La Brisa | Dos En Uno | 15 | A Veces Recuerdo | MX | Amazon |
| La Brisa | Dos En Uno | 16 | Cantinero | MX | Amazon |
| La Brisa | Dos En Uno | 17 | Una Pagina Mas | MX | Amazon |
| La Brisa | Dos En Uno | 18 | Nada De Estar Triste | MX | Amazon |
| La Brisa | Dos En Uno | 19 | La Luz De Un Farol | MX | Amazon |
| La Brisa | Dos En Uno | 20 | Falsa Moneda | MX | Amazon |
| La Brisa | Dos En Uno | 21 | Paloma Errante | MX | Amazon |
| La Brisa | Dos En Uno | 22 | Sabes Que Sufro | MX | Amazon |
| La Brisa | Dos En Uno | 23 | Contrabando En La Sierra | MX | Amazon |
| La Brisa | Dos En Uno | 24 | Cuando Te Despediste | MX | Amazon |
| Andres "El Guero" Landeros | 12 Grandes Exitos Con Banda | 1 | Pa' Que Y Por Que | MX | Amazon |
| Andres "El Guero" Landeros | 12 Grandes Exitos Con Banda | 2 | Los Girasoles | MX | Amazon |
| Andres "El Guero" Landeros | 12 Grandes Exitos Con Banda | 3 | Besame Y Olvidame | MX | Amazon |
| Andres "El Guero" Landeros | 12 Grandes Exitos Con Banda | 4 | Por Un Agujerito | MX | Amazon |
| Andres "El Guero" Landeros | 12 Grandes Exitos Con Banda | 5 | Asi | MX | Amazon |
| Andres "El Guero" Landeros | 12 Grandes Exitos Con Banda | 6 | Cuando Llegue El Momento | MX | Amazon |
| Andres "El Guero" Landeros | 12 Grandes Exitos Con Banda | 7 | Por Tal De Que Seas Feliz | MX | Amazon |
| Andres "El Guero" Landeros | 12 Grandes Exitos Con Banda | 8 | Besito Sabroso | MX | Amazon |
| Andres "El Guero" Landeros | 12 Grandes Exitos Con Banda | 9 | Tu Dulce Nombre | MX | Amazon |
| Andres "El Guero" Landeros | 12 Grandes Exitos Con Banda | 10 | Que Quieres Que Haga | MX | Amazon |
| Andres "El Guero" Landeros | 12 Grandes Exitos Con Banda | 11 | Que Me Entierren Con Botellas | MX | Amazon |
| Andres "El Guero" Landeros | 12 Grandes Exitos Con Banda | 12 | Pero Se Fue | MX | Amazon |
| Andres "El Guero" Landeros | De Puro Milagro | 1 | La Tumba Sera El Final | MX | Amazon |
| Andres "El Guero" Landeros | De Puro Milagro | 2 | Risa Me Causa | MX | Amazon |
| Andres "El Guero" Landeros | De Puro Milagro | 3 | Lagrimas Del Alma | MX | Amazon |
| Andres "El Guero" Landeros | De Puro Milagro | 4 | Mal Pagadora | MX | Amazon |
| Andres "El Guero" Landeros | De Puro Milagro | 5 | Mas De Mil Besos | MX | Amazon |
| Andres "El Guero" Landeros | De Puro Milagro | 6 | Empate De Amor | MX | Amazon |
| Andres "El Guero" Landeros | De Puro Milagro | 7 | Que Te Perdone El Diablo | MX | Amazon |
| Andres "El Guero" Landeros | De Puro Milagro | 8 | Mi Ranchito | MX | Amazon |
| Andres "El Guero" Landeros | De Puro Milagro | 9 | Sin Mentiras | MX | Amazon |
| Andres "El Guero" Landeros | De Puro Milagro | 10 | Tu Castigo | MX | Amazon |
| Banda Cuisillos | 15 Canonazos | 1 | Yo No Fui | MX | Amazon |
| Banda Cuisillos | 15 Canonazos | 2 | Motivos | MX | Amazon |
| Banda Cuisillos | 15 Canonazos | 3 | Corazon Magico | MX | Amazon |
| Banda Cuisillos | 15 Canonazos | 4 | No Me Vuelvo A Enamorar | MX | Amazon |
| Banda Cuisillos | 15 Canonazos | 5 | Anoche Sone | MX | Amazon |
| Banda Cuisillos | 15 Canonazos | 6 | Lo Que Te Queda | MX | Amazon |
| Banda Cuisillos | 15 Canonazos | 7 | Recuerdame Bonito | MX | Amazon |
| Banda Cuisillos | 15 Canonazos | 8 | Esta Cobardia | MX | Amazon |
| Banda Cuisillos | 15 Canonazos | 9 | Derrumbes | MX | Amazon |
| Banda Cuisillos | 15 Canonazos | 10 | Aunque Te Enamores | MX | Amazon |
| Banda Cuisillos | 15 Canonazos | 11 | Te He Prometido | MX | Amazon |
| Banda Cuisillos | 15 Canonazos | 12 | La Vi Estrenando Novio | MX | Amazon |
| Banda Cuisillos | 15 Canonazos | 13 | El Horoscopo | MX | Amazon |
| Banda Cuisillos | 15 Canonazos | 14 | Mi Razon | MX | Amazon |
| Banda Cuisillos | 15 Canonazos | 15 | Par De Anillos | MX | Amazon |
| Banda La Robleda | Mi Razon | 1 | La Cuca | MX | Amazon |
| Banda La Robleda | Mi Razon | 2 | Derrumbes | MX | Amazon |
| Banda La Robleda | Mi Razon | 3 | Carcel De Oro | MX | Amazon |
| Banda La Robleda | Mi Razon | 4 | Por Cobarde | MX | Amazon |
| Banda La Robleda | Mi Razon | 5 | Amargo Dolor | MX | Amazon |
| Banda La Robleda | Mi Razon | 6 | Mi Razon | MX | Amazon |
| Banda La Robleda | Mi Razon | 7 | El Toro Cuatezon | MX | Amazon |
| Banda La Robleda | Mi Razon | 8 | No Me Vuelvo A Enamorar | MX | Amazon |
| Banda La Robleda | Mi Razon | 9 | La Viuda | MX | Amazon |
| Banda La Robleda | Mi Razon | 10 | Entrega Apasionada | MX | Amazon |

| El Barzon | Al Que Le Duele Le Duele | 1 | Al Que Le Duele Le Duele | MX | Amazon |
|---|---|---|---|---|---|
| El Barzon | Al Que Le Duele Le Duele | 2 | Porque Volviste A Mi | MX | Amazon |
| El Barzon | Al Que Le Duele Le Duele | 3 | El Altarcito | MX | Amazon |
| El Barzon | Al Que Le Duele Le Duele | 4 | Ingratos Ojos Mios | MX | Amazon |
| El Barzon | Al Que Le Duele Le Duele | 5 | Y Dicen | MX | Amazon |
| El Barzon | Al Que Le Duele Le Duele | 6 | Veinte Anos | MX | Amazon |
| El Barzon | Al Que Le Duele Le Duele | 7 | Besos Besitos | MX | Amazon |
| El Barzon | Al Que Le Duele Le Duele | 8 | Nuestro Amor No Morira | MX | Amazon |
| El Barzon | Al Que Le Duele Le Duele | 9 | Punales De Fuego | MX | Amazon |
| El Barzon | Al Que Le Duele Le Duele | 10 | El Pavido Navido | MX | Amazon |
| El Nenorro | Nenorreando | 1 | El Piojo y La Pulga | MX | Amazon |
| El Nenorro | Nenorreando | 2 | La Mosca Muerta | MX | Amazon |
| El Nenorro | Nenorreando | 3 | Y Tu Paleta | MX | Amazon |
| El Nenorro | Nenorreando | 4 | El Chile Verde | MX | Amazon |
| El Nenorro | Nenorreando | 5 | El Ranchero Chido | MX | Amazon |
| El Nenorro | Nenorreando | 6 | La Risa De Las Vocales | MX | Amazon |
| El Nenorro | Nenorreando | 7 | Con Zapatos De Tacon | MX | Amazon |
| El Nenorro | Nenorreando | 8 | El Chamaco Moderno | MX | Amazon |
| El Nenorro | Nenorreando | 9 | Buscando Novia | MX | Amazon |
| El Nenorro | Nenorreando | 10 | Guero Guerinche | MX | Amazon |
| Los Potrillos Del Norte | Ni La Distancia Ni El Vino | 1 | Ni La Distancia Ni El Vino | MX | Amazon |
| Los Potrillos Del Norte | Ni La Distancia Ni El Vino | 2 | Pero Que Necesidad | MX | Amazon |
| Los Potrillos Del Norte | Ni La Distancia Ni El Vino | 3 | No Pidas Mas Perdon | MX | Amazon |
| Los Potrillos Del Norte | Ni La Distancia Ni El Vino | 4 | La Noche De Mi Mal | MX | Amazon |
| Los Potrillos Del Norte | Ni La Distancia Ni El Vino | 5 | Otra Vez | MX | Amazon |
| Los Potrillos Del Norte | Ni La Distancia Ni El Vino | 6 | No Estes Triste | MX | Amazon |
| Los Potrillos Del Norte | Ni La Distancia Ni El Vino | 7 | Casos Curiosos | MX | Amazon |
| Los Potrillos Del Norte | Ni La Distancia Ni El Vino | 8 | Ni La Distancia | MX | Amazon |
| Los Potrillos Del Norte | Ni La Distancia Ni El Vino | 9 | A Mi Viejo | MX | Amazon |
| Los Potrillos Del Norte | Ni La Distancia Ni El Vino | 10 | Como Olvidar | MX | Amazon |
| Los Primos De Durango | Nostalgia Duranguense | 1 | Pero Esa Vez Llore | MX | Amazon |
| Los Primos De Durango | Nostalgia Duranguense | 2 | En La Estacion | MX | Amazon |
| Los Primos De Durango | Nostalgia Duranguense | 3 | Tocando Fondo | MX | Amazon |
| Los Primos De Durango | Nostalgia Duranguense | 4 | Mi Corazon Es Un Gitano | MX | Amazon |
| Los Primos De Durango | Nostalgia Duranguense | 5 | Dos Botellas De Mezcal | MX | Amazon |
| Los Primos De Durango | Lamento Duranguense | 6 | Lamento De Amor | MX | Amazon |
| Los Primos De Durango | Nostalgia Duranguense | 7 | Me Gusta Como Eres | MX | Amazon |
| Los Primos De Durango | Nostalgia Duranguense | 8 | Mi Vicente Guerrero | MX | Amazon |
| Los Primos De Durango | Nostalgia Duranguense | 9 | Frente A Frente | MX | Amazon |
| Los Primos De Durango | Nostalgia Duranguense | 10 | Pirata | MX | Amazon |
| Los Sagitarios | Mil Cadenas | 1 | Mil Cadenas | MX | Amazon |
| Los Sagitarios | Mil Cadenas | 2 | Asi | MX | Amazon |
| Los Sagitarios | Mil Cadenas | 3 | Los Girasoles | MX | Amazon |
| Los Sagitarios | Mil Cadenas | 4 | A Manos Llenas | MX | Amazon |
| Los Sagitarios | Mil Cadenas | 5 | Se Fue Mi Prietita | MX | Amazon |
| Los Sagitarios | Mil Cadenas | 6 | Corazon Ciego | MX | Amazon |
| Los Sagitarios | Mil Cadenas | 7 | El Recuerdo Que Me Queda | MX | Amazon |
| Los Sagitarios | Mil Cadenas | 8 | Dos Almas | MX | Amazon |
| Los Sagitarios | Mil Cadenas | 9 | Fui Tu Juguete | MX | Amazon |
| Los Sagitarios | Mil Cadenas | 10 | Recuerdos De Ipacarai | MX | Amazon |

# Exhibit 2

Type of Work:        Sound Recording

Registration Number / Date:
                     SR0000638659 / 2009-08-13

Application Title: Siempre Juntos, Artist: La Nobleza De Aguilla,
                     00808835352222 (compact disc)

Title:               Siempre Juntos.

Publisher Number:    0883535222 Fonovisa

Description:         Compact disc.

Copyright Claimant:
                     Platino Records c/o UMG Recordings, Inc.

Date of Creation:  2008

Date of Publication:
                     2008-04-29

Nation of First Publication:
                     United States

Authorship on Application:
                     Platino Records, employer for hire; Domicile: United
                        States. Authorship: artwork, photograph(s), compilation,
                        Some Sound Recordings.

Pre-existing Material:
                     Most Sound Recordings.

Basis of Claim:      artwork, photograph(s), compilation, 2 new sound
                        recordings: "Olvidame" and "Ya Para Que".

Rights and Permissions:
                     Universal Music Group

Names:               Platino Records
                     UMG Recordings, Inc.

==============================================================================

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit 3

```
Type of Work:        Sound Recording

Registration Number / Date:
                     SR0000136458 / 1991-06-06

Title:               Desde el corazon / Los Mier.

Description:         1 sound cassette.

Notes:               Collection.

Language:            Photo: Maritza Lopez, design: Adolfo Blanco.

Copyright Claimant:
                     © ℗ on performance, recording, artwork; Fonovisa, Inc.
                        (employer for hire)

Date of Creation:  1990

Date of Publication:
                     1990-06-01

Copyright Note:      C.O. correspondence.

Names:               Lopez, Maritza
                     Blanco, Adolfo
                     Mier
                     Fonovisa, Inc.

================================================================================
```

# Exhibit 4

```
Type of Work:      Sound Recording

Registration Number / Date:
                   SR0000218640 / 1996-04-05

Title:             Caminare.

Imprint:            c1996.

Publisher Number:  Fonovisa FPCD-9400

Description:       Compact disc.

Notes:             Collection.
                   Insert art: A. Blanco.

Performer:         Performed by Los Dinnos Aurio.

Copyright Claimant:
                   © ℗ on sound recording, performance, artwork; Fonovisa,
                      Inc. (employer for hire)

Date of Creation:  1995

Date of Publication:
                   1996-02-21

Names:             Blanco, A.
                   Dinnos Aurio
                   Fonovisa, Inc.

===============================================================================
```

# Exhibit 5

```
Type of Work:        Sound Recording

Registration Number / Date:
                     SR0000237033 / 1997-06-26

Title:               Sentimiento cachanilla / Grupo Max.

Imprint:             c1997.

Publisher Number:    Fonovisa MPCD-5477

Description:         Compact disc.

Notes:               Collection.
                     Fotografia: Estudio Martell.

Copyright Claimant:
                     © ℗ on artwork, recording, performance; Fonovisa, Inc.
                        (employer for hire)

Date of Creation:    1997

Date of Publication:
                     1997-04-29

Names:               Martell, Estudio
                     Grupo Max
                     Max Grupo
                     Fonovisa, Inc.


==============================================================================
```

# Exhibit 6

```
Type of Work:       Sound Recording

Registration Number / Date:
                    SR0000241273 / 1997-09-05

Title:              Una nueva ilusion / Volcan.

Imprint:            c1997.

Publisher Number:   Fonovisa MPCD-5490

Description:        Compact disc.

Notes:              Collection.

Copyright Claimant:
                    © ℗ on recording, performance & artwork; Fonovisa, Inc.
                       (employer for hire)

Date of Creation:   1997

Date of Publication:
                    1997-06-24

Copyright Note:     C.O. correspondence.

Names:              Volcan
                    Fonovisa, Inc.

===============================================================================
```

# Exhibit 7

```
Type of Work:        Sound Recording

Registration Number / Date:
                     SR0000245586 / 1997-12-22

Title:               Dejate querer / Marito Rivera y su Grupo Bravo.

Imprint:             c1997.

Publisher Number:    Fonovisa FPPCD-9616

Description:         Compact disc.

Notes:               Collection.
                     Photos: Edgar Orellana.

Copyright Claimant:
                     © ℗ sound recording, performance, & artwork; Fonovisa,
                        Inc. (employer for hire)

Date of Creation:    1997

Date of Publication:
                     1997-10-13

Names:               Rivera, Marito
                     Orellana, Edgar
                     Bravo, Grupo
                     Fonovisa, Inc.

=============================================================================
```

# Exhibit 8

```
Type of Work:      Sound Recording

Registration Number / Date:
                   SR0000245590 / 1997-12-22

Title:             Llegaron las Lluvias / las Lluvias del Norte.

Imprint:           c1997.

Publisher Number:  Fonovisa MPPCD-5507

Description:       Compact disc.

Notes:             Collection.

Copyright Claimant:
                   © ℗ on sound recording, performance & artwork; Fonovisa,
                      Inc. (employer for hire)

Date of Creation:  1997

Date of Publication:
                   1997-10-13

Names:             Lluvias del Norte
                   Fonovisa, Inc.

================================================================================
```

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit 9

Type of Work:        Sound Recording

Registration Number / Date:
                     SR0000245604 / 1997-12-22

Title:               Conflictos / los Bondadosos.

Imprint:              c1997.

Publisher Number:    Fonovisa FPCD-9618

Description:         Compact disc.

Notes:               Collection.
                     Photography: Andy Studio.

Copyright Claimant:
                     © ℗ on sound recording, performance & artwork; Fonovisa,
                        Inc. (employer for hire)

Date of Creation:    1997

Date of Publication:
                     1997-10-20

Names:               Studio, Andy
                     Bondadosos
                     Fonovisa, Inc.

===============================================================================

# Exhibit 10

```
Type of Work:        Sound Recording

Registration Number / Date:
                     SR0000250232 / 1998-02-27

Title:               Abranla que ya llegamos! / los Coroneles de Nuevo Leon.

Imprint:             c1998.

Publisher Number:    Fonovisa MPPCD-5527

Description:         Compact disc.

Notes:               Collection.

Copyright Claimant:
                     © ℗ on sound recording, performance, artwork; Fonovisa,
                       Inc. (employer for hire)

Date of Creation:    1997

Date of Publication:
                     1998-01-19

Names:               Coroneles de Nuevo Leon
                     Fonovisa, Inc.

===============================================================================
```

# Exhibit 11

```
Type of Work:      Sound Recording

Registration Number / Date:
                   SR0000251323 / 1998-05-11

Title:             Romantico enamorado / los Vidrios.

Imprint:           c1998.

Publisher Number:  Fonovisa MPPCD-5540

Description:       Compact disc.

Notes:             Collection.

Copyright Claimant:
                   © ℗ on sound recording, performance & artwork; Fonovisa,
                     Inc. (employer for hire)

Date of Creation:  1998

Date of Publication:
                   1998-03-02

Names:             Vidrios.
                   Fonovisa, Inc.

================================================================================
```

# Exhibit 12

```
Type of Work:        Sound Recording

Registration Number / Date:
                     SR0000251324 / 1998-05-11

Title:               Chupame Dracula / Sheriff Alarcon.

Imprint:             c1998.

Publisher Number:    Fonovisa MPPCD-5543

Description:         Compact disc.

Notes:               Collection.

Copyright Claimant:
                     © ℗ on sound recording, performance & artwork; Fonovisa,
                       Inc. (employer for hire)

Date of Creation:    1998

Date of Publication:
                     1998-03-16

Names:               Alarcon, Sheriff
                     Fonovisa, Inc.

===============================================================================
```

# Exhibit 13

```
Type of Work:      Sound Recording

Registration Number / Date:
                   SR0000253351 / 1998-06-18

Title:             Tatuaje de amor / Kobrizo.

Imprint:           c1998.

Publisher Number:  Fonovisa MPPCD-5555

Description:       Compact disc.

Notes:             Collection.

Copyright Claimant:
                   © ℗ on recording, performance & artwork; Fonovisa, Inc.
                      (employer for hire)

Date of Creation:  1997

Date of Publication:
                   1998-05-05

Names:             Kobrizo
                   Fonovisa, Inc.

===============================================================================
```

# Exhibit 14

```
Type of Work:        Sound Recording

Registration Number / Date:
                     SR0000255989 / 1998-07-15

Title:               Tiempo de amar / Los Dinnos Aurios.

Imprint:             c1998.

Publisher Number:    Fonovisa FPPCD 9675

Description:         Compact disc.

Notes:               Collection.

Copyright Claimant:
                     © ℗ on recording, performance, artwork; Fonovisa, Inc.
                        (employer for hire)

Date of Creation:    1998

Date of Publication:
                     1998-06-30

Names:               Dinnos Aurios
                     Fonovisa, Inc.

===============================================================================
```

# Exhibit 15

```
Type of Work:      Sound Recording

Registration Number / Date:
                   SR0000256000 / 1998-07-15

Title:             Imagina / los Fantasmas del Caribe.

Imprint:           c1998.

Publisher Number:  Fonovisa FPPCD 9674

Description:       Compact disc.

Notes:             Collection.

Copyright Claimant:
                   © ℗ on recording, performance, artwork; Fonovisa, Inc.
                      (employer for hire)

Date of Creation:  1998

Date of Publication:
                   1998-06-30

Names:             Fantasmas del Caribe
                   Fonovisa, Inc.

==============================================================================
```

# Exhibit 16

```
Type of Work:      Sound Recording

Registration Number / Date:
                   SR0000256012 / 1998-07-15

Title:             Lo mejor de la cumbia andina, puro DF! / Grupo Maney.

Imprint:           c1998.

Publisher Number:  Fonovisa MPPCD-5560

Description:       Compact disc.

Notes:             Collection.

Copyright Claimant:
                   © ℗ on recording, performance, artwork; Fonovisa, Inc.
                      (employer for hire)

Date of Creation:  1998

Date of Publication:
                   1998-06-30

Names:             Grupo Maney
                   Maney, Grupo
                   Fonovisa, Inc.

==============================================================================
```

# Exhibit 17

Type of Work:      Sound Recording

Registration Number / Date:
                   SR0000259023 / 2000-12-11

Application Title: Exitos.

Title:             12 exitos de la leyenda / los Alegres de Teran.

Imprint:            c2000.

Publisher Number:  Fonovisa FPPCD 10147

Description:       Compact disc.

Copyright Claimant:
                   © Fonovisa, Inc. (employer for hire)

Date of Creation:  1996

Date of Publication:
                   2000-08-29

Basis of Claim:    New Matter: compilation of sound recordings.

Names:             Alegres de Teran.
                   Fonovisa, Inc.

===============================================================================

# Exhibit 18

Type of Work:      Sound Recording

Registration Number / Date:
                   SR0000264530 / 1999-05-14

Title:             Alguien mejor que yo / la Fuga.

Imprint:           c1999.

Publisher Number:  Fonovisa BMPCD-4134

Description:       Compact disc.

Notes:             Collection.

Copyright Claimant:
                   © ℗ on recording, performance, artwork; Fonovisa, Inc.
                     (employer for hire)

Date of Creation:  1998

Date of Publication:
                   1999-02-23

Names:             Fuga.
                   Fonovisa, Inc.

===============================================================================

# Exhibit 19

Type of Work:      Sound Recording

Registration Number / Date:
                   SR0000264542 / 1999-05-14

Title:             Dame felicidad / Nevada.

Imprint:            c1999.

Publisher Number:  Fonovisa BMPCD-4137

Description:       Compact disc.

Copyright Claimant:
                   © ℗ on recording, performance & artwork; Fonovisa, Inc.
                      (employer for hire)

Date of Creation:  1999

Date of Publication:
                   1999-02-16

Names:             Nevada
                   Fonovisa, Inc.

===============================================================================

# Exhibit 20

6/24/2021                                    https://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi

Type of Work:      Sound Recording

Registration Number / Date:
                   SR0000268866 / 1999-06-18

Title:             Espejismo / Kristy y su Sonora.

Imprint:           c1999.

Publisher Number:  Fonovisa MPPCD-5621

Description:       Compact disc.

Notes:             Collection.

Copyright Claimant:
                   © ℗ on recording, performance, artwork; Fonovisa, Inc.
                     (employer for hire)

Date of Creation:  1999

Date of Publication:
                   1999-03-16

Copyright Note:    C.O. correspondence.

Names:             Kristy y su Sonora
                   Fonovisa, Inc.

===============================================================================

# Exhibit 21

Type of Work:     Sound Recording

Registration Number / Date:
                  SR0000269508 / 1999-09-22

Title:            Enamorate de mi / los Filis.

Imprint:          c1999.

Publisher Number: Fonovisa FPPCD-9865

Description:      Compact disc.

Notes:            Collection.

Copyright Claimant:
                  © ℗ on artwork, recording, performance; Fonovisa, Inc.
                     (employer for hire)

Date of Creation: 1999

Date of Publication:
                  1999-07-20

Names:            Filis.
                  Fonovisa, Inc.

===============================================================================

# Exhibit 22

```
Type of Work:      Sound Recording

Registration Number / Date:
                   SR0000275187 / 1999-12-14

Title:             Jugo de hits / los Rodarte.

Imprint:            c1999.

Publisher Number:  Fonovisa FDCD-80783

Description:       2 compact discs.

Copyright Claimant:
                   © on compilation of recordings; Fonovisa, Inc. (employer
                      for hire)

Date of Creation:  1996

Date of Publication:
                   1999-10-26

Names:             Rodarte.
                   Fonovisa, Inc.

===============================================================================
```

# Exhibit 23

```
Type of Work:      Sound Recording

Registration Number / Date:
                   SR0000278461 / 2000-03-22

Title:             Amor sin condiciones / los Del Barrio.

Imprint:           c2000.

Publisher Number:  Fonovisa FPPCD-9984

Description:       Compact disc.

Notes:             Collection.

Copyright Claimant:
                   © ℗ on sound recordings, performance & artwork;
                      Fonovisa, Inc. (employer for hire)

Date of Creation:  1999

Date of Publication:
                   2000-02-21

Names:             Del Barrio
                   Fonovisa, Inc.

=============================================================================
```

# Exhibit 24

```
Type of Work:      Sound Recording

Registration Number / Date:
                   SR0000279917 / 2000-05-10

Title:             Solo con amor / los Filis.

Imprint:           c2000.

Publisher Number:  Fonovisa FPPCD-9999

Description:       Compact disc.

Notes:             Collection.

Copyright Claimant:
                   © ℗ on recording, performance, artwork; Fonovisa, Inc.
                     (employer for hire)

Date of Creation:  1999

Date of Publication:
                   2000-03-21

Names:             Filis
                   Fonovisa, Inc.

================================================================================
```

# Exhibit 25

```
Type of Work:        Sound Recording

Registration Number / Date:
                     SR0000228139 / 1997-10-17

Title:               La cantante ... / Priscila y su Balas de Plata.

Imprint:             c1997.

Publisher Number:    Fonovisa FPPCD-9593

Description:         Compact disc.

Notes:               Collection.

Copyright Claimant:
                     © ℗ on sound recording, performance & artwork; Fonovisa,
                        Inc. (employer for hire)

Date of Creation:    1997

Date of Publication:
                     1997-09-08

Names:               Priscila y su Balas de Plata
                     Fonovisa, Inc.

===============================================================================
```

# Exhibit 26

```
Type of Work:        Sound Recording

Registration Number / Date:
                     SR0000280002 / 2000-05-10

Title:               Exitos sin fronteras : Covers : 10 balazos de plata /
                        Priscila & sus Balas de Plata.

Imprint:             c2000.

Publisher Number:    Fonovisa FPPCD-9983

Description:         Compact disc.

Notes:               Collection.

Copyright Claimant:
                     ℗ Fonovisa, Inc. (employer for hire)

Date of Creation:    1998

Date of Publication:
                     2000-03-28

Basis of Claim:      New Matter: compilation of sound recordings.

Other Title:         Covers
                     10 balazos de plata

Names:               Priscila & sus Balas de Plata
                     Fonovisa, Inc.

===============================================================================
```

# Exhibit 27

Type of Work:      Sound Recording

Registration Number / Date:
                   SR0000281940 / 2000-07-05

Title:             Me haces falta / Intocables del Norte.

Imprint:           c2000.

Publisher Number:  Fonovisa FPPCD-10021

Description:       Compact disc.

Notes:             Collection.

Copyright Claimant:
                   © ℗ on recording, performance & artwork; Fonovisa, Inc.
                      (employer for hire)

Date of Creation:  2000

Date of Publication:
                   2000-05-16

Names:             Intocables del Norte
                   Fonovisa, Inc.

===============================================================================

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit 28

```
Type of Work:      Sound Recording

Registration Number / Date:
                   SR0000288875 / 2001-08-08

Title:             Como nunca / los Alegres de Teran.

Imprint:            c2001.

Publisher Number:  Fonovisa BMPCD-4168

Description:       Compact disc.

Notes:             Collection.

Copyright Claimant:
                   © ℗ on recording, performance & artwork; Fonovisa, Inc.
                      (employer for hire)

Date of Creation:  2001

Date of Publication:
                   2001-06-12

Names:             Alegres de Teran
                   Fonovisa, Inc.

===============================================================================
```

# Exhibit 29

```
Type of Work:       Sound Recording

Registration Number / Date:
                    SR0000290526 / 2000-12-11

Title:              Nuestro tiempo / los Dinnos Aurios.

Imprint:             c2000.

Publisher Number:   Fonovisa FPPCD 10099

Description:        Compact disc.

Notes:              Collection.

Copyright Claimant:
                    © ℗ on artwork, performance, recording; Fonavisa, Inc.
                       (employer for hire)

Date of Creation:   2000

Date of Publication:
                    2000-10-30

Names:              Dinnos Aurios
                    Fonavisa, Inc.

===============================================================================
```

# Exhibit 30

```
Type of Work:      Sound Recording

Registration Number / Date:
                   SR0000291891 / 2001-09-27

Title:             Remembranzas / Luis Perez Meza.

Imprint:           c2001.

Publisher Number:  Fonovisa BMPCD-4193

Description:       Compact disc.

Notes:             Collection.

Copyright Claimant:
                   © ℗ on sound recordings, performance & artwork;
                      Fonovisa, Inc. (employer for hire)

Date of Creation:  2001

Date of Publication:
                   2001-08-27

Names:             Meza, Luis Perez
                   Fonovisa, Inc.

===============================================================================
```

# Exhibit 31

```
Type of Work:        Sound Recording

Registration Number / Date:
                     SR0000291895 / 2001-09-27

Title:               Inolvidables / los Dinnos Aurios.

Imprint:             c2001.

Publisher Number:    Fonovisa BMPCD-4184

Description:         Compact disc.

Notes:              Collection.

Copyright Claimant:
                    © ℗ on sound recordings, performance & artwork;
                       Fonovisa, Inc. (employer for hire)

Date of Creation:   2001

Date of Publication:
                    2001-08-27

Names:              Dinnos Aurios
                    Fonovisa, Inc.

===============================================================================
```

# Exhibit 32

Type of Work:      Sound Recording

Registration Number / Date:
                   SR0000291899 / 2001-09-27

Title:             Incondicionales / los Alegres de Teran.

Imprint:           c2001.

Publisher Number:  Fonovisa BMPCD-4169

Description:       Compact disc.

Notes:             Collection.

Copyright Claimant:
                   © ℗ on sound recordings, performance & artwork;
                      Fonovisa, Inc. (employer for hire)

Date of Creation:  2001

Date of Publication:
                   2001-08-27

Names:             Alegres de Teran
                   Fonovisa, Inc.

===============================================================================

# Exhibit 33

Type of Work:      Sound Recording

Registration Number / Date:
                   SR0000291911 / 2001-09-27

Title:             Mis mejores anos / los Relampagos del Norte.

Imprint:           c2001.

Publisher Number:  Fonovisa BMPCD-4198

Description:       Compact disc.

Notes:             Collection.

Copyright Claimant:
                   © ℗ on recording, performance & artwork; Fonovisa, Inc.
                      (employer for hire)

Date of Creation:  2001

Date of Publication:
                   2001-08-27

Names:             Relampagos del Norte
                   Fonovisa, Inc.

===============================================================================

Exhibit 34

```
Type of Work:      Sound Recording

Registration Number / Date:
                   SR0000291915 / 2001-09-27

Title:             Solo recuerdos / los Rodarte.

Imprint:           c2001.

Publisher Number:  Fonovisa BMPCD-4192

Description:       Compact disc.

Notes:            Collection.

Copyright Claimant:
                  © ℗ on recording, performance & artwork; Fonovisa, Inc.
                     (employer for hire)

Date of Creation:  2001

Date of Publication:
                   2001-08-27

Names:             Rodarte
                   Fonovisa, Inc.

===============================================================================
```

# Exhibit 35

```
Type of Work:       Sound Recording

Registration Number / Date:
                    SR0000295686 / 2001-05-07

Title:              Eres mi todo / la Fuga.

Imprint:            c2001.

Publisher Number:   Fonovisa MPP-5872

Description:        Compact disc.

Notes:              Collection.

Copyright Claimant:
                    © ℗ on recording, artwork, performance; Fonovisa, Inc.
                       (employer for hire)

Date of Creation:   2001

Date of Publication:
                    2001-03-05

Names:              Fuga.
                    Fonovisa, Inc.

===============================================================================
```

# Exhibit 36

Type of Work:      Sound Recording

Registration Number / Date:
                   SR0000295734 / 2001-05-07

Title:             Las consentidas de Don Cuco / los Aguirre.

Imprint:            c2001.

Publisher Number:  Fonovisa FPPCD-10281

Description:       Compact disc.

Copyright Claimant:
                   © ℗ on recordings, performance, artwork; Fonovisa, Inc.
                      (employer for hire)

Date of Creation:  2000

Date of Publication:
                   2001-02-27

Names:             Aguirre
                   Fonovisa, Inc.

===============================================================================

# Exhibit 37

Type of Work:      Sound Recording

Registration Number / Date:
                   SR0000295739 / 2001-05-07

Application Title: Sonideros para neros, neros.

Title:             Sonideros al estilo la y esta nero, nero, nero.

Imprint:            c2001.

Publisher Number:  Fonovisa FPPCD-10278

Description:       Compact disc.

Performer:         Performed by various artists.

Copyright Claimant:
                   © Fonovisa, Inc. (employer for hire)

Date of Creation:  2000

Date of Publication:
                   2001-02-13

Basis of Claim:    New Matter: compilation of sound recordings.

Names:             Fonovisa, Inc.

===============================================================================

# Exhibit 38

```
Type of Work:       Sound Recording

Registration Number / Date:
                    SR0000298378 / 2001-05-07

Title:              De sinaloa para el mundo / los Intocables del Norte.

Imprint:            c2000.

Publisher Number:   Fonovisa Records FP 10240

Description:        Compact disc.

Notes:              Collection.

Copyright Claimant:
                    © ℗ on sound recording, performance, artwork; Fonovisa,
                      Inc. (employer for hire)

Date of Creation:   2000

Date of Publication:
                    2001-02-20

Names:              Intocables del Norte
                    Fonovisa, Inc.

===============================================================================
```

# Exhibit 39

Type of Work:        Sound Recording

Registration Number / Date:
                     SR0000302491 / 2001-10-10

Title:               Rancheras para mas paisanos / Priscila y sus Balas de
                        Plata.

Imprint:             c2001.

Publisher Number:    Fonovisa FPPCD-10445

Description:         Compact disc.

Notes:               Collection.

Copyright Claimant:
                     © ℗ on sound recording, performance & artwork; Fonovisa,
                        Inc. (employer for hire)

Date of Creation:    2001

Date of Publication:
                     2001-08-21

Names:               Priscila y sus Balas de Plata.
                     Fonovisa, Inc.

===============================================================================

# Exhibit 40

```
Type of Work:        Sound Recording

Registration Number / Date:
                     SR0000302497 / 2001-10-10

Title:               Viva Mexico.

Imprint:              c2001.

Publisher Number:    Fonovisa FPPCD-10431

Description:         Compact disc.

Notes:               Collection.

Performer:           Performed by various artists.

Copyright Claimant:
                     © ℗ on compilation of sound recordings; Fonovisa, Inc.
                       (employer for hire)

Date of Creation:    1999

Date of Publication:
                     2001-08-21

Names:               Fonovisa, Inc.

==============================================================================
```

# Exhibit 41

```
Type of Work:        Sound Recording

Registration Number / Date:
                     SR0000303509 / 2001-11-13

Title:               15 exitos / la Migra.

Imprint:             c2001.

Publisher Number:  Fonovisa FPPCD-10484

Description:         Compact disc.

Copyright Claimant:
                     © Fonovisa, Inc.

Date of Creation:  2001

Date of Publication:
                     2001-10-12

Authorship on Application:
                     compilation of sound recordings & artwork: Fonovisa, Inc.,
                         employer for hire.

Basis of Claim:    New Matter: compilation of sound recordings.

Names:               Migra
                     Fonovisa, Inc.

===============================================================================
```

# Exhibit 42

```
Type of Work:        Sound Recording

Registration Number / Date:
                     SR0000305345 / 2002-01-07

Title:               Clave roja / Marcos Puente.

Imprint:               c2001.

Publisher Number:    Fonovisa/Platino Records MPPCD-5912

Description:         Compact disc.

Notes:               Collection.

Copyright Claimant:
                     © ℗ on sound recording, performance & artwork; Fonovisa,
                       Inc. (employer for hire)

Date of Creation:    2001

Date of Publication:
                     2001-11-12

Names:               Puente, Marcos
                     Fonovisa, Inc.

================================================================================
```

# Exhibit 43

```
Type of Work:      Sound Recording

Registration Number / Date:
                   SR0000309068 / 2002-12-11

Title:             A partir de hoy / los Jueces.

Imprint:            c2002.

Publisher Number:  Fonovisa MPPCD-5970

Description:       Compact disc.

Notes:             Collection.

Copyright Claimant:
                   © ℗ on recording & artwork; Platino Records, Inc.
                      (employer for hire)

Date of Creation:  2002

Date of Publication:
                   2002-10-22

Names:             Jueces
                   Platino Records, Inc.

===============================================================================
```

# Exhibit 44

```
Type of Work:       Sound Recording

Registration Number / Date:
                    SR0000309916 / 2002-04-16

Title:              Me gustas tu / los Aguirre.

Imprint:            c2002.

Publisher Number:   Fonovisa FPPCD-10565

Description:        Compact disc.

Notes:              Collection.

Copyright Claimant:
                    © ℗ on artwork, performance, recording; Fonovisa, Inc.
                       (employer for hire)

Date of Creation:   2002

Date of Publication:
                    2002-03-26

Names:              Aguirre.
                    Fonovisa, Inc.

================================================================================
```

# Exhibit 45

Type of Work:      Sound Recording

Registration Number / Date:
                   SR0000310105 / 2002-05-16

Title:             Mi idolo / Paralelo Norte.

Imprint:            c2002.

Publisher Number:  Fonovisa FPPCD-10583

Description:       Sound cassette.

Notes:             Collection.

Copyright Claimant:
                   © © on sound recording, performance & artwork; Fonovisa,
                     Inc. (employer for hire)

Date of Creation:  2002

Date of Publication:
                   2002-04-30

Names:             Paralelo Norte
                   Fonovisa, Inc.

===============================================================================

# Exhibit 46

```
Type of Work:        Sound Recording

Registration Number / Date:
                     SR0000310107 / 2002-05-16

Title:               Noble engano con banda / Mundo Miranda.

Imprint:             c2002.

Publisher Number:    Fonovisa BMPCD-4276

Description:         Sound cassette.

Notes:               Collection.

Copyright Claimant:
                     © ℗ on sound recording, performance & artwork; Fonovisa,
                       Inc. (employer for hire)

Date of Creation:    2002

Date of Publication:
                     2002-04-30

Names:               Miranda, Mundo
                     Fonovisa, Inc.
                     Mundo Miranda

==============================================================================
```

# Exhibit 47

```
Type of Work:      Sound Recording

Registration Number / Date:
                   SR0000313343 / 2002-05-03

Title:             Encuentro, incomparable / Cornelio Reyna y Los Relampagos
                      del Norte.

Imprint:           c2001.

Publisher Number:  Fonovisa FPPCD-10530

Description:       Compact disc.

Copyright Claimant:
                   © Fonovisa, Inc. (employer for hire)

Date of Creation:  2001

Date of Publication:
                   2001-12-04

Basis of Claim:    New Matter: compilation of preexisting sound recordings.

Names:             Reyna, Cornelio
                   Relampagos del Norte
                   Fonovisa, Inc.

===============================================================================
```

# Exhibit 48

Type of Work:      Sound Recording

Registration Number / Date:
                   SR0000313356 / 2002-05-03

Title:             Pa'mi pueblo / Los Alegres de Teran.

Imprint:            c2002.

Publisher Number:  Fonovisa BMPCD-4205

Description:       Compact disc.

Notes:             Collection.

Copyright Claimant:
                   © ℗ Fonovisa, Inc.

Date of Creation:  2002

Date of Publication:
                   2002-01-15

Authorship on Application:
                   sound recording, performance, artwork: Fonovisa, Inc.,
                     employer for hire.

Names:             Alegres de Teran
                   Fonovisa, Inc.

===============================================================================

# Exhibit 49

Type of Work:      Sound Recording

Registration Number / Date:
                   SR0000313363 / 2002-05-03

Title:             15 exitos / La Tropa Chicana.

Imprint:             c2001.

Publisher Number:  Fonovisa FPPCD 10506

Description:       Compact disc.

Notes:             Collection.

Copyright Claimant:
                   © Fonovisa, Inc. (employer for hire)

Date of Creation:  2001

Date of Publication:
                   2001-12-18

Basis of Claim:    New Matter: compilation of preexisting sound recordings.

Names:             Tropa Chicana
                   Chicana, Tropa
                   Fonovisa, Inc.

================================================================================

# Exhibit 50

Type of Work:      Sound Recording

Registration Number / Date:
                   SR0000315434 / 2002-07-26

Title:             15 grandes existos / Grupo Vennus de Aguililla, Michoacan.

Imprint:           c2002.

Publisher Number:  Fonovisa FPPCD-10600

Description:       Compact disc.

Copyright Claimant:
                   © Fonovisa, Inc. (employer for hire)

Date of Creation:  2002

Date of Publication:
                   2002-07-09

Basis of Claim:   New Matter: compilation of sound recordings.

Names:             Fonovisa, Inc.
                   Vennus de Aguililla, Michoacan, Groupo

===============================================================================

# Exhibit 51

Type of Work:        Sound Recording

Registration Number / Date:
                     SR0000315449 / 2002-07-26

Title:               Si ya no te vuelvo a ver / Halcones de Coalcoman Mich.

Imprint:               c2002

Publisher Number:    Fonovisa MPPCD-5963

Description:         Compact disc.

Notes:               Collection.

Copyright Claimant:
                     © ℗ on recording, performance, artwork; Fonovisa, Inc.
                       (employer for hire)

Date of Creation:   2002

Date of Publication:
                     2002-06-18

Names:               Halcones de Coalcoman Mich.
                     Fonovisa, Inc.

===============================================================================

# Exhibit 52

Type of Work:      Sound Recording

Registration Number / Date:
                   SR0000321580 / 2002-12-12

Title:             Cumbia caliente / la Mission Vallenata de Johnny Zamora.

Imprint:            c2002.

Publisher Number:  Fonovisa/Platino Records BMPCD-4281

Description:       Compact disc.

Copyright Claimant:
                   © Mayo Records (employer for hire)

Date of Creation:  2002

Date of Publication:
                   2002-07-23

Previous Registration:
                   Appl. states sound recordings preexisting.

Basis of Claim:    New Matter: compilation.

Names:             Mission Vallenata de Johnny Zamora
                   Mayo Records

================================================================================

# Exhibit 53

```
Type of Work:      Sound Recording

Registration Number / Date:
                   SR0000332368 / 2004-08-05

Title:             Enamorate / Los Pumas del Norte.

Imprint:           c2004.

Publisher Number:  Fonovisa Records 0883 51326 2

Description:       Compact disc.

Notes:             Collection.

Copyright Claimant:
                   © ℗ on sound recording & artwork; Platino Records, Inc.
                     (employer for hire)

Date of Creation:  2004

Date of Publication:
                   2004-05-25

Names:             Pumas del Norte
                   Platino Records, Inc.

================================================================================
```

# Exhibit 54

Type of Work:      Sound Recording

Registration Number / Date:
                   SR0000341331 / 2002-12-02

Title:             Epoca de oro / La Tropa Chicana & La Migra.

Imprint:             c2002.

Publisher Number:  Fonovisa Records 0883 50709 2

Description:       Compact disc.

Copyright Claimant:
                   ℗ Platino Records, Inc. (employer for hire)

Date of Creation:  2002

Date of Publication:
                   2002-11-19

Basis of Claim:    New Matter: compilation of prev. released recordings.

Names:             Tropa Chicana
                   Migra
                   Platino Records, Inc.

===============================================================================

# Exhibit 55

```
Type of Work:       Sound Recording

Registration Number / Date:
                    SR0000343965 / 2003-11-26

Title:              Mas de sax en sax : vol. 2.

Imprint:            c2003.

Publisher Number:   Fonovisa Records 0883 50963 2

Description:        Compact disc.

Performer:          Performed by various artists.

Copyright Claimant:
                    ℗ Fonovisa Records, a division of Univision Music, LLC
                       (employer for hire)

Date of Creation:   2003

Date of Publication:
                    2003-10-28

Basis of Claim:     New Matter: compilation of prev. released recordings.

Variant title:      Mas de sax en sax : vol. 2

Names:              Fonovisa Records
                    Univision Music, LLC.  Fonovisa Records

================================================================================
```

# Exhibit 56

```
Type of Work:        Sound Recording

Registration Number / Date:
                     SR0000344082 / 2003-07-24

Title:               30 de sax en sax.

Imprint:              c2003.

Publisher Number:  Fonovisa Records 0883 50837 2

Description:         Compact disc.

Notes:               Collection.

Copyright Claimant:
                     ℗ Fonovisa Records, a division of Univision Music, LLC

Date of Creation:  2003

Date of Publication:
                     2003-04-29

Authorship on Application:
                     artwork, compilation of sound recordings: Fonovisa Records,
                        a division of Univision Music, LLC, employer for hire.

Basis of Claim:    New Matter: compilation of prev. pub. sound recordings.

Other Title:       De sax en sax

Names:               Fonovisa Records
                     Univision Music, LLC
                     Univision Music, LLC.  Fonovisa Records

===============================================================================
```

# Exhibit 57

```
Type of Work:        Sound Recording

Registration Number / Date:
                     SR0000346052 / 2003-11-14

Title:               Recordar es vivir 1960-1980 / Priscila y Sus Balas de
                       Plata.

Imprint:              c2003.

Publisher Number:    Fonovisa Records 0883 50971 2

Description:         Compact disc.

Notes:               Collection.

Copyright Claimant:
                     © ℗ on recording, liner notes, artwork; Fonovisa
                       Records, a division of Univision Music, LLC (employer
                       for hire)

Date of Creation:    2003

Date of Publication:
                     2003-09-30

Names:               Priscila y Sus Balas de Plata
                     Fonovisa Records
                     Univision Music, LLC.  Fonovisa Records

==============================================================================
```

# Exhibit 58

```
Type of Work:        Sound Recording

Registration Number / Date:
                     SR0000346830 / 2004-02-11

Title:               100% norteno / los Pumas del Norte.

Imprint:               c2003.

Publisher Number:  Fonovisa Records 0883 50977 2

Notes:               Collection.

Copyright Claimant:
                     © ℗ on recordings & artwork; Platino Records, Inc.
                       (employer for hire)

Date of Creation:  2003

Date of Publication:
                     2003-11-11

Names:               Pumas del Norte
                     Platino Records, Inc.
```

===============================================================================

# Exhibit 59

```
Type of Work:       Sound Recording

Registration Number / Date:
                    SR0000346832 / 2004-02-11

Title:              La otra pate de mi / Javier Alonso.

Imprint:            c2003.

Publisher Number:   Fonovisa Records 0883 50914 2

Notes:              Collection.
                    Photography by Salvador Cano & Carlos Macedo.
                    Liner notes by Javier Alonso.

Copyright Claimant:
                    © ℗ on recordings, liner notes & artwork; Platino
                       Records, Inc. (employer for hire)

Date of Creation:   2003

Date of Publication:
                    2003-11-11

Names:              Alonso, Javier
                    Cano, Salvador
                    Macedo, Carlos
                    Platino Records, Inc.

================================================================================
```

# Exhibit 60

Type of Work:      Sound Recording

Registration Number / Date:
                SR0000346833 / 2004-02-11

Title:             Orgullosamente nortenos / Nortenos de Ojinaga.

Imprint:           c2003.

Publisher Number:  Fonovisa Records 0883 50978 2

Description:       Compact disc.

Notes:             Collection.
                   Liner notes by Nortenos de Ojinaga.

Copyright Claimant:
                   © ℗ on recordings, liner notes & artwork; Platino
                     Records, Inc. (employer for hire)

Date of Creation:  2003

Date of Publication:
                   2003-11-25

Names:             Nortenos de Ojinaga
                   Platino Records, Inc.

===============================================================================

# Exhibit 61

```
Type of Work:      Sound Recording

Registration Number / Date:
                   SR0000347578 / 2004-03-29

Title:             Simplemente amor / Paralelo Norte.

Imprint:           c2004.

Publisher Number:  Fonovisa Records 0883 51258 2

Description:       Compact disc.

Notes:             Collection.

Copyright Claimant:
                   © ℗ on artwork, sound recording; Platino Records, Inc.
                      (employer for hire)

Date of Creation:  2004

Date of Publication:
                   2004-03-02

Names:             Paralelo Norte
                   Platino Records, Inc.

===============================================================================
```

# Exhibit 62

Type of Work:      Sound Recording

Registration Number / Date:
                   SR0000347698 / 2004-03-29

Title:             Plegaria a mi madre / Lo$ Rayado$ del Norte.

Imprint:           c2003.

Publisher Number:  Fonovisa Records 0883 51295 2

Description:       Compact disc.

Notes:             Collection.

Copyright Claimant:
                   © ℗ on recording & artwork; Platino Records, Inc.
                      (employer for hire)

Date of Creation:  2003

Date of Publication:
                   2004-03-09

Names:             Platino Records, Inc.
                   Rayados del Norte

===============================================================================

# Exhibit 63

```
Type of Work:        Sound Recording

Registration Number / Date:
                     SR0000349976 / 2004-03-29

Title:               15 clasicas de leyenda : vol. 2 / Cornelio Reyna & los
                        Relampagos del Norte.

Imprint:             c2003.

Publisher Number:    Fonovisa Records 0883 51251 2

Description:         Compact disc.

Copyright Claimant:
                     ℗ Platino Records, Inc.

Date of Creation:    2003

Date of Publication:
                     2004-01-13

Authorship on Application:
                     compilation of sound recordings, artwork: Platino Records,
                        Inc., employer for hire.

Basis of Claim:      New Matter: compilation of prev. released sound recordings.

Variant title:       15 clasicas de leyenda : vol. 2

Other Title:         Clasicas de leyenda : vol. 2

Names:               Reyna, Cornelio
                     Relampagos del Norte
                     Platino Records, Inc.

================================================================================
```

# Exhibit 64

```
Type of Work:      Sound Recording

Registration Number / Date:
                   SR0000353869 / 2004-05-17

Title:             Siempre estaras / la Magia del Amor.

Notes:             Cataloged from appl. only.
                   Collection.

Copyright Claimant:
                   © ℗ on artwork & sound recording; Platino Records, Inc.
                   (employer for hire)

Date of Creation:  2004

Date of Publication:
                   2004-04-13

Names:             Magia del Amor
                   Platino Records, Inc.

=============================================================================
```

# Exhibit 65

6/24/2021                                    https://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi

Type of Work:       Sound Recording

Registration Number / Date:
                    SR0000353870 / 2004-05-17

Title:              El sueno americano / los  Sementales de Nuevo Leon.

Notes:              Cataloged from appl. only.
                    Collection.

Copyright Claimant:
                    © ℗ on artwork & sound recording; Platino Records, Inc.
                    (employer for hire)

Date of Creation:   2004

Date of Publication:
                    2004-03-23

Names:              Sementales de Nuevo Leon
                    Platino Records, Inc.

=============================================================================

# Exhibit 66

Type of Work:        Sound Recording

Registration Number / Date:
                     SR0000355673 / 2004-07-26

Title:               La huella de tu amor / La Tradicion del Norte.

Notes:               Cataloged from appl. only.
                     Collection.

Copyright Claimant:
                     © ℗ on artwork & recording; Platino Records, Inc.,
                     employer for hire

Date of Creation:    2004

Date of Publication:
                     2004-05-04

Names:               Tradicion del Norte
                     Platino Records, Inc.

===============================================================================

# Exhibit 67

Type of Work:      Sound Recording

Registration Number / Date:
                   SR0000356526 / 2004-08-05

Title:             Del meritito tierra caliente / Organizacion Acapulco.

Imprint:           c2004.

Publisher Number:  Fonovisa Records/Univision Music Group 0883 51391 2

Description:       Compact disc.

Notes:             Collection.

Copyright Claimant:
                   © ℗ Platino Records, Inc.

Date of Creation:  2004

Date of Publication:
                   2004-05-25

Authorship on Application:
                   sound recordings & artwork: Platino Records, Inc., employer
                      for hire.

Names:             Platino Records, Inc.
                   Acapulco, Organizacion

===============================================================================

# Exhibit 68

```
Type of Work:        Sound Recording

Registration Number / Date:
                     SR0000356708 / 2004-08-05

Title:               El buey de la barranca / los Indomables.

Notes:               Cataloged from appl. only.
                     Collection.

Copyright Claimant:
                     © ℗ on artwork & recording; Platino Records, Inc.
                         (employer for hire)

Date of Creation:  2004

Date of Publication:
                     2004-05-25

Names:               Indomables.
                     Platino Records, Inc.

===============================================================================
```

# Exhibit 69

```
Type of Work:      Sound Recording

Registration Number / Date:
                   SR0000360303 / 2004-09-21

Title:             Amor con sax / by Nortenos de Ojinaga.

Notes:             Cataloged from appl. only.
                   Collection.

Copyright Claimant:
                   © ℗ on liner notes, recording & artwork; Platino
                      Records, Inc. (employer for hire)

Date of Creation:  2004

Date of Publication:
                   2004-07-27

Names:             Nortenos de Ojinaga.
                   Platino Records, Inc.

==============================================================================
```

# Exhibit 70

6/24/2021　　　　　　　　　　https://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi

```
Type of Work:      Sound Recording

Registration Number / Date:
                   SR0000360961 / 2004-09-24

Title:             Del meritito cerro de la silla / los Dos de Nuevo Leon.

Notes:             Collection.

Copyright Claimant:
                   © ℗ on recording, artwork; Platino Records, Inc.
                     (employer for hire)

Date of Creation:  2004

Date of Publication:
                   2004-08-31

Copyright Note:    Cataloged from appl. only.

Names:             Dos de Nuevo Leon
                   Platino Records, Inc.

===============================================================================
```

# Exhibit 71

```
Type of Work:        Sound Recording

Registration Number / Date:
                     SR0000360963 / 2004-09-24

Title:               Mas de sax en sax ... el desafio continua.

Performer:           Collection performed by various artists.

Copyright Claimant:
                     © Fonovisa Records, a division of Univision Music, LLC
                        (employer for hire)

Date of Creation:    2004

Date of Publication:
                     2004-05-25

Previous Registration:
                     Recordings prev. released.

Basis of Claim:      New Matter: compilation of prev. released recordings.

Copyright Note:      Cataloged from appl. only.

Names:               Fonovisa Records
                     Univision Music, LLC.  Fonovisa Records

================================================================================
```

# Exhibit 72

```
Type of Work:      Sound Recording

Registration Number / Date:
                   SR0000372448 / 2005-08-04

Title:             Nace una nueva luz / Luz del Norte.

Notes:             Collection.

Copyright Claimant:
                   © ℗ on artwork & recording; Platino Records, Inc.
                     (employer for hire)

Date of Creation:  2005

Date of Publication:
                   2005-03-07

Copyright Note:    Cataloged from appl. only.

Names:             Luz del Norte
                   Platino Records, Inc.

================================================================================
```

# Exhibit 73

```
Type of Work:       Sound Recording

Registration Number / Date:
                    SR0000372460 / 2005-08-04

Title:              Nortenos por siempre / Nortenos de Ojinaga.

Notes:              Collection.

Copyright Claimant:
                    © ℗ on liner notes, artwork & recording; Platino
                       Records, Inc. (employer for hire)

Date of Creation:   2004

Date of Publication:
                    2005-01-01

Copyright Note:     Cataloged from appl. only.

Names:              Nortenos de Ojinaga
                    Platino Records, Inc.

================================================================================
```

# Exhibit 74

Type of Work:        Sound Recording

Registration Number / Date:
                     SR0000373644 / 2005-07-29

Title:               Siempre te amare.

Notes:               Collection.

Performer:           Performed by Priscila y Sus Balas de Plata.

Copyright Claimant:
                     © ℗ Fonovisa Records, a division of Univision Music, LLC

Date of Creation:    2004

Date of Publication:
                     2004-09-28

Authorship on Application:
                     sound recording & artwork: Univision Music, LLC.  Fonovisa
                         Records, employer for hire.

Previous Registration:
                     Incorporates prev. released sound recordings.

Basis of Claim:      New Matter: new compilation of prev. released sound
                         recordings & artwork.

Copyright Note:      Cataloged from appl. only.

Names:               Priscila y Sus Balas de Plata
                     Fonovisa Records
                     Univision Music, LLC.  Fonovisa Records

================================================================================

# Exhibit 75

Type of Work:      Sound Recording

Registration Number / Date:
                   SR0000373749 / 2005-08-04

Title:             100% pa'l terre.

Notes:             Collection.

Performer:         Performed by Lobo Negro.

Copyright Claimant:
                   © © on sound recording, liner notes & artwork; Platino
                      Records, Inc. (employer for hire)

Date of Creation:  2005

Date of Publication:
                   2005-03-14

Copyright Note:    Cataloged from appl. only.

Names:             Lobo Negro
                   Platino Records, Inc.

===============================================================================

# Exhibit 76

Type of Work:     Sound Recording

Registration Number / Date:
                  SR0000373750 / 2005-08-04

Title:            Pa' mis valis de tierra caliente.

Notes:            Collection.

Performer:        Performed by La Nobleza de Aguililla.

Copyright Claimant:
                  © © on sound recording, liner notes & artwork; Platino
                     Records, Inc. (employer for hire)

Date of Creation: 2005

Date of Publication:
                  2005-05-02

Copyright Note:   Cataloged from appl. only.

Names:            Nobleza de Aguililla
                  Platino Records, Inc.

===============================================================================

# Exhibit 77

```
Type of Work:        Sound Recording

Registration Number / Date:
                     SR0000373751 / 2005-08-04

Title:               Seguimos por la masma calle.

Notes:               Collection.

Performer:           Performed by Los Baron de Apodaca.

Copyright Claimant:
                     © ℗ on sound recording & artwork; Platino Records, Inc.
                        (employer for hire)

Date of Creation:    2005

Date of Publication:
                     2005-03-21

Copyright Note:      Cataloged from appl. only.

Names:               Baron de Apodaca
                     Platino Records, Inc.


===============================================================================
```

# Exhibit 78

6/24/2021

```
Type of Work:      Sound Recording

Registration Number / Date:
                   SR0000374322 / 2005-08-01

Title:             Sobrevivire / recorded by Priscila y Sus Balas de Plata.

Notes:             Collection.

Copyright Claimant:
                   © ℗ on recording, artwork; Fonovisa Records, a division
                     of Univision Music, LLC (employer for hire)

Date of Creation:  2005

Date of Publication:
                   2005-06-20

Copyright Note:    Cataloged from appl. only.

Names:             Priscila y Sus Balas de Plata
                   Fonovisa Records
                   Univision Music, LLC.  Fonovisa Records
```

===============================================================================

# Exhibit 79

Type of Work:      Sound Recording

Registration Number / Date:
                   SR0000378199 / 2005-12-12

Title:             Nuestros primeros exitos.

Imprint:           Univision Music Group/Platino Records, Fonovisa Records
                      0883 51353 2, c2004.

Description:       Compact disc.

Performer:         Performed by Patrulla 81.

Copyright Claimant:
                   © ℗ Platino Records, Inc. (employer for hire)

Date of Creation:  2005

Date of Publication:
                   2005-07-25

Other Title:       Patrulla 81

Names:             Platino Records, Inc.

===============================================================================

# Exhibit 80

Type of Work:     Sound Recording

Registration Number / Date:
                  SR0000355688 / 2004-07-26

Title:            15 anos de trayectoria / Noretenas de Ojinaga.

Notes:            Cataloged from appl. only.
                  20 tracks.

Copyright Claimant:
                  © ℗ Platino Records, Inc., employer for hire

Date of Creation:  2004

Date of Publication:
                  2004-04-06

Previous Registration:
                  Recordings preexisting.

Basis of Claim:   New Matter: compilation & artwork.

Other Title:      Anos de trayectoria

Names:            Noretenas de Ojinaga
                  Platino Records, Inc.

===============================================================================

# Exhibit 81

```
Type of Work:          Sound Recording

Registration Number / Date:
                       SR0000378736 / 2006-01-11

Title:                 30 recuerdos / Nortenos de Ojinaga.

Copyright Claimant:
                       © ℗ Platino Records, Inc.

Date of Creation:  2005

Date of Publication:
                       2005-05-30

Previous Registration:
                       Recordings preexisting.

Basis of Claim:    New Matter: artwork & compilation of recordings.

Copyright Note:    Cataloged from appl. only.

Names:             Nortenos de Ojinaga
                   Platino Records, Inc.

===============================================================================
```

# Exhibit 82

Type of Work:      Sound Recording

Registration Number / Date:
                   SR0000381230 / 2005-11-04

Title:             Papel de plata / Los Llayas.

Notes:             Collection.

Copyright Claimant:
                   © ℗ on sound recordings & artwork; Platino Records, Inc.
                     (employer for hire)

Date of Creation:  2005

Date of Publication:
                   2005-08-15

Copyright Note:    Cataloged from appl. only.

Names:             Llayas
                   Platino Records, Inc.

===============================================================================

# Exhibit 83

```
Type of Work:        Sound Recording

Registration Number / Date:
                     SR0000382409 / 2005-12-07

Title:               Jugo de hits.

Copyright Claimant:
                     © ℗ Platino Records

Date of Creation:  2005

Date of Publication:
                     2005-10-31

Basis of Claim:    New Matter: compilation of prev. released sound recordings
                       & artwork.

Copyright Note:    Cataloged from appl. only.

Names:               Platino Records

==============================================================================
```

# Exhibit 84

```
Type of Work:      Sound Recording

Registration Number / Date:
                   SR0000382675 / 2005-12-09

Title:             4x4 pa' mi troca.

Performer:         Performed by various artists.

Copyright Claimant:
                   © ℗ Platino Records, Inc. (employer for hire)

Date of Creation:  2005

Date of Publication:
                   2005-06-06

Basis of Claim:    New Matter: compilation of prev. released sound recordings,
                      artwork.

Copyright Note:    Cataloged from appl. only.

Names:             Platino Records, Inc.

================================================================================
```

# Exhibit 85

```
Type of Work:        Sound Recording

Registration Number / Date:
                     SR0000383247 / 2006-06-08

Title:               Desde la huasteca potosina.

Notes:               Collection.

Performer:           Performed by los Grey's & los Acosta.

Copyright Claimant:
                     © ℗ Univision Music, LLC.  Fonovisa Records

Date of Creation:  2005

Date of Publication:
                     2005-06-20

Authorship on Application:
                     compilation & artwork: Fonovisa Records, a division of
                        Univision Music, LLC, employer for hire.

Basis of Claim:    New Matter: compilation of prev. released sound recordings
                        & artwork.

Copyright Note:    Cataloged from appl. only.

Names:               Grey's
                     Acosta.
                     Univision Music, LLC.  Fonovisa Records
                     Fonovisa Records

================================================================================
```

# Exhibit 86

Type of Work:      Sound Recording

Registration Number / Date:
                   SR0000386917 / 2006-06-02

Title:             30 recuerdos.

Performer:         Performed by various artists.

Copyright Claimant:
                   © ℗ Platino Records, Inc. (employer for hire)

Date of Creation:  2005

Date of Publication:
                   2006-03-13

Basis of Claim:    New Matter: compilation of prev. released sound recordings;
                       artwork.

Copyright Note:    Cataloged from appl. only.

Other Title:       Recuerdos

Names:             Platino Records, Inc.

===============================================================================

# Exhibit 87

```
Type of Work:      Sound Recording and Music

Registration Number / Date:
                   SR0000270114 / 2000-12-11

Title:             El amor nos mantendra juntos / Priscila y sus Balas de
                      Plata.

Imprint:           c2000.

Publisher Number:  Fonovisa FPPCD-10124

Description:       Compact disc.

Notes:             Collection.

Copyright Claimant:
                   © ℗ on artwork, recording & performance; Fonovisa, Inc.
                   (employer for hire)

Date of Creation:  2000

Date of Publication:
                   2000-09-29

Names:             Priscila y sus Balas de Plata
                   Fonovisa, Inc.

===============================================================================
```

# Exhibit 88

```
Type of Work:      Sound Recording

Registration Number / Date:
                   SR0000389105 / 2006-07-24

Title:             No me van a detener / Inesperado.

Notes:             Collection.

Copyright Claimant:
                   © ℗ on sound recordings, artwork, liner notes; Platino
                     Records, Inc. (employer for hire)

Date of Creation:  2006

Date of Publication:
                   2006-05-16

Copyright Note:    Cataloged from appl. only.

Names:             Inesperado
                   Platino Records, Inc.

================================================================================
```

# Exhibit 89

Type of Work:      Sound Recording

Registration Number / Date:
                   SR0000390277 / 2006-05-25

Title:             Vive el amor / los Mier.

Notes:             Collection.

Copyright Claimant:
                   © on sound recording, artwork; Platino Records, Inc.
                      (employer for hire)

Date of Creation:  2006

Date of Publication:
                   2006-04-24

Copyright Note:    Cataloged from appl. only.

Names:             Mier
                   Platino Records, Inc.

===============================================================================

# Exhibit 90

Type of Work:        Sound Recording

Registration Number / Date:
                     SR0000390482 / 2006-05-25

Title:               20 exitos desde tierra caliente / by la Nobleza de
                     Aguililla.

Copyright Claimant:
                     © Platino Records, Inc. (employer for hire)

Date of Creation:  2006

Date of Publication:
                     2006-05-01

Basis of Claim:    New Matter: artwork & compilation of prev. released sound
                     recordings.

Copyright Note:    Cataloged from appl. only.

Names:               Nobleza de Aguililla
                     Platino Records, Inc.

================================================================================

# Exhibit 91

6/24/2021

```
Type of Work:      Sound Recording

Registration Number / Date:
                   SR0000406487 / 2007-03-30

Title:             Mi legado musical / La Nobleza De Aguililla.

Copyright Claimant:
                   © ℗ Platino Records, Inc. (employer for hire)

Date of Creation:  2006

Date of Publication:
                   2006-12-04

Previous Registration:
                   Incorporates prev. released sound recordings.

Basis of Claim:    New Matter: compilation of prev. released sound recordings;
                      artwork.

Copyright Note:    Cataloged from appl. only.

Names:             La Nobleza De Aguililla
                   Platino Records, Inc.

===============================================================================
```

# Exhibit 92

```
Type of Work:        Sound Recording

Registration Number / Date:
                     SR0000390483 / 2006-05-25

Title:               2 en 1 / by Nortenos de Ojinaga.

Copyright Claimant:
                     © Platino Records, Inc. (employer for hire)

Date of Creation:  2006

Date of Publication:
                     2006-05-01

Basis of Claim:    New Matter: artwork & compilation of prev. released sound
                       recordings.

Copyright Note:    Cataloged from appl. only.

Names:             Nortenos de Ojinaga
                   Platino Records, Inc.
```

===============================================================================

# Exhibit 93

```
Type of Work:        Sound Recording and Music

Registration Number / Date:
                     SR0000390986 / 2006-06-05

Title:               Algo especial / by Nortenos De Ojinaga.

Notes:               Collection.

Copyright Claimant:
                     © ℗ Platino Records, Inc.

Date of Creation:    2005

Date of Publication:
                     2005-10-31

Authorship on Application:
                     artwork, recording: Platino Records, Inc., employer for
                        hire.

Copyright Note:      Cataloged from appl. only.

Names:               Nortenos De Ojinaga
                     Platino Records, Inc.


================================================================================
```

# Exhibit 94

```
Type of Work:      Sound Recording

Registration Number / Date:
                   SR0000405592 / 2007-04-03

Title:             Jugo de exitos / Various Artists.

Copyright Claimant:
                   © ℗ Platino Records, Inc.

Date of Creation:  2006

Date of Publication:
                   2006-11-06

Basis of Claim:    New Matter: new compilation of preexisting sound
                       recordings; artwork.

Copyright Note:    Cataloged from appl. only.

Names:             Platino Records, Inc.

===============================================================================
```

# Exhibit 95

```
Type of Work:        Sound Recording

Registration Number / Date:
                     SR0000405862 / 2007-03-02

Title:               2 impactos musicales.

Copyright Claimant:
                     © ℗ Platino Records, Inc.

Date of Creation:    2006

Date of Publication:
                     2006-09-21

Basis of Claim:      New Matter: compilation of prev. released sound recordings
                        & artwork.

Copyright Note:      Cataloged from appl. only.

Names:               Platino Records, Inc.

===============================================================================
```

# Exhibit 96

```
Type of Work:        Sound Recording

Registration Number / Date:
                     SR0000406491 / 2007-03-30

Title:               De la sierra a tu rancho : vol. 4 / by Various Artists.

Copyright Claimant:
                     © ℗ Platino Records, Inc.

Date of Creation:    2006

Date of Publication:
                     2006-11-27

Previous Registration:
                     Incorporates prev. released recordings.

Basis of Claim:      New Matter: compilation of prev. released recordings;
                        artwork.

Copyright Note:      Cataloged from appl. only.

Names:               Platino Records, Inc.

================================================================================
```

# Exhibit 97

```
Type of Work:        Sound Recording

Registration Number / Date:
                     SR0000406494 / 2007-03-30

Title:               Mi legado musical / by Nortenos de Ojinaga.

Copyright Claimant:
                     © ℗ Platino Records, Inc. (employer for hire)

Date of Creation:  2006

Date of Publication:
                     2006-11-06

Previous Registration:
                     Incorporates prev. released sound recordings.

Basis of Claim:      New Matter: compilation of sound recordings; artwork.

Copyright Note:      Cataloged from appl. only.

Names:               Nortenos de Ojinaga
                     Platino Records, Inc.
```

================================================================================

# Exhibit 98

Type of Work:     Sound Recording

Registration Number / Date:
                  SR0000408259 / 2007-05-29

Title:            De sax en sax : vol. 5.

Copyright Claimant:
                  © ℗ Platino Records, Inc. (employer for hire)

Date of Creation:  2006

Date of Publication:
                  2007-02-05

Basis of Claim:   New Matter: new compilation of prev. released sound
                     recordings & artwork.

Copyright Note:   Cataloged from appl. only.

Names:            Platino Records, Inc.

===============================================================================

# Exhibit 99

```
Type of Work:        Sound Recording

Registration Number / Date:
                     SR0000355625 / 2004-07-26

Title:               Festival de estrellas.

Imprint:              c2004

Publisher Number:    Fonovisa Records 0883 51320 2

Description:         Compact disc.

Notes:               20 tracks.

Copyright Claimant:
                     ℗ Fonovisa Records, a division of Univision Music, LLC

Date of Creation:    2004

Date of Publication:
                     2004-05-11

Previous Registration:
                     Recordings preexisting.

Basis of Claim:      New Matter: compilation.

Names:               Fonovisa Records
                     Univision Music, LLC.  Fonovisa Records

================================================================================
```

# Exhibit 100

```
Type of Work:          Sound Recording

Registration Number / Date:
                       SR0000408263 / 2007-05-29

Title:                 Tu mejor mano musical.

Copyright Claimant:
                       © ℗ Platino Records, Inc. (employer for hire)

Date of Creation:  2006

Date of Publication:
                       2007-02-19

Basis of Claim:    New Matter: compilation of prev. released sound recordings
                       & artwork.

Copyright Note:    Cataloged from appl. only.

Names:                 Platino Records, Inc.

===============================================================================
```

# Exhibit 101

```
Type of Work:        Sound Recording

Registration Number / Date:
                     SR0000408265 / 2007-05-29

Title:               Corrido a lo sierreno / los Kortez de Sinaloa.

Copyright Claimant:
                     © ℗ on sound recordings, artwork; Platino Records, Inc.
                        (employer for hire)

Date of Creation:    2006

Date of Publication:
                     2007-01-22

Copyright Note:      Cataloged from appl. only.

Names:               Kortez de Sinaloa
                     Platino Records, Inc.

================================================================================
```

# Exhibit 102

```
Type of Work:        Sound Recording

Registration Number / Date:
                     SR0000408412 / 2007-05-25

Title:               Entre urias te veas / by Various Artists.

Copyright Claimant:
                     © ℗  Platino Records

Date of Creation:  2006

Date of Publication:
                     2007-01-15

Basis of Claim:      New Matter: compilation of prev. released sound recordings;
                         artwork.

Copyright Note:      Cataloged from appl. only.

Names:               Platino Records
                     Univision Music, LLC.  Fonovisa Records

================================================================================
```

# Exhibit 103

Type of Work:        Sound Recording

Registration Number / Date:
                     SR0000410945 / 2007-05-25

Title:               Concierto para enamorados recorded by various artists.

Notes:               Collection.

Copyright Claimant:
                     © Platino Records, Inc.

Date of Creation:  2006

Date of Publication:
                     2007-01-01

Authorship on Application:
                     compilation of sound recordings: Platino Records, Inc.

Previous Registration:
                     Sound recordings are preexisting.

Basis of Claim:    New Matter: compilation of sound recordings.

Copyright Note:    Cataloged from appl. only.

Names:             Platino Records, Inc.

===============================================================================

# Exhibit 104

Type of Work:     Sound Recording

Registration Number / Date:
                  SR0000609448 / 2007-08-02

Application Title: "FRONTERA," recorded by Mario Castelli  80883-53278(CD)

Title:            FRONTERA.

Publisher Number:  0883 53278 2 Fonovisa Records

Description:       Compact Disc.

Copyright Claimant:
                  Platino Records, Inc..

Date of Creation: 2007

Date of Publication:
                  2007-05-28

Nation of First Publication:
                  United States

Authorship on Application:
                  Platino Records, Inc., employer for hire; Citizenship:
                    United States. Authorship: NEW SOUND RECORDINGS, LINER
                    NOTES AND ARTWORK.

Names:            Castelli, Mario
                  Platino Records, Inc.

================================================================================

# Exhibit 105

```
Type of Work:        Sound Recording

Registration Number / Date:
                     SR0000612068 / 2007-10-22

Application Title: "MI LEGADO MUSICAL," recorded by Los Marineros Del Norte
                     80883-53118.

Title:               Los Marineros Del Norte: MI LEGADO MUSICAL.

Publisher Number:    0883-53118-2 Fonovisa Records

Description:         Compact disc.

Copyright Claimant:
                     Platino Records, Inc..

Date of Creation:    2007

Date of Publication:
                     2007-03-26

Nation of First Publication:
                     United States

Authorship on Application:
                     Platino Records, Inc., employer for hire. Authorship: NEW
                        COMPILATION OF PREVIOUSLY SOUND RECORDINGS AND ARTWORK.

Pre-existing Material:
                     INCORPORATES PREVIOUSLY RELEASED SOUND RECORDINGS.

Basis of Claim:      NEW COMPILATION OF PREVIOUSLY SOUND RECORDINGS AND ARTWORK.

Names:               Platino Records, Inc.

===============================================================================
```

# Exhibit 106

```
Type of Work:        Sound Recording

Registration Number / Date:
                     SR0000612069 / 2007-10-22

Application Title: "MI QUERIDA  MADRE," recorded by Various Artists
                     80883-53147 (CD)

Title:               "MI QUERIDA  MADRE".

Publisher Number:  0883-53147-2 Fonovisa Records

Description:       Compact  disc.

Copyright Claimant:
                     Platino Records, Inc..

Date of Creation: 2007

Date of Publication:
                     2007-04-10

Nation of First Publication:
                     United States

Authorship on Application:
                     Platino Records, Inc., employer for hire; Domicile: United
                        States. Authorship: NEW COMPILATION OF PREVIOUSLY SOUND
                        RECORDINGS AND ARTWORK.

Pre-existing Material:
                     Incorporates previously released sound recordings.

Basis of Claim:   New compilation of previously sound recordings and artwork.

Names:            Platino Records, Inc.

================================================================================
```

# Exhibit 107

```
Type of Work:        Sound Recording

Registration Number / Date:
                     SR0000619589 / 2008-12-11

Application Title: Con Toda El Alma, Artist: La Fuerza Del Amor,
                     00808835377720 (compact disc)

Title:               Con Toda El Alma.

Publisher Number:  0833 5377 2 Fonovisa Records

Description:       Compact disc.

Copyright Claimant:
                     Platino Records c/o UMG Recordings, Inc.

Date of Creation:  2008

Date of Publication:
                     2008-11-04

Nation of First Publication:
                     United States

Authorship on Application:
                     Platino Records, employer for hire; Citizenship: United
                        States. Authorship: sound recording, artwork,
                        photograph(s)

Names:               Platino Records
                     Platino Records

==============================================================================
```

# Exhibit 108

```
Type of Work:         Sound Recording

Registration Number / Date:
                      SR0000619950 / 2007-08-09

Application Title: AMOR ES SER ORIGINAL  recorded by Inesperado
                      80883-53056   CD.

Title:                AMOR ES SER ORIGINAL.

Publisher Number:  0883 53056 2 Fonovisa

Description:       Compact disc.

Copyright Claimant:
                      Platino Records Inc.

Date of Creation:  2007

Date of Publication:
                      2007-05-14

Nation of First Publication:
                      United States

Authorship on Application:
                      Platino Records Inc, employer for hire; Domicile: United
                         States. Authorship: NEW SOUND RECORDINGS AND ARTWORK.

Names:                Platino Records Inc

================================================================================
```

# Exhibit 109

```
Type of Work:        Sound Recording

Registration Number / Date:
                     SR0000619986 / 2008-12-22

Application Title: En Memoria A Don Tomas Ortiz, Artist: Los Alegres De Teran,
                     00808835381628 (compact disc)

Title:               En Memoria A Don Tomas Ortiz, Artist: Los Alegres De Teran,
                     00808835381628 (compact disc)

Description:         Compact disk (CD)

Copyright Claimant:
                     Platino Records c/o UMG Recordings, Inc.

Date of Creation:  2008

Date of Publication:
                     2008-12-09

Nation of First Publication:
                     United States

Authorship on Application:
                     Platino Records, employer for hire; Citizenship: United
                        States. Authorship: artwork, compilation.

Pre-existing Material:
                     sound recording.

Basis of Claim:      artwork, compilation.

Names:               Platino Records
                     Platino Records c/o UMG Recordings, Inc.

================================================================================
```

# Exhibit 110

```
Type of Work:        Sound Recording

Registration Number / Date:
                     SR0000620031 / 2008-12-11

Application Title: Canciones Con Tradicion, Artist: La Tradicion Del Norte,
                     00808835377829 (compact disc)

Title:               La Tradicion Del Norte : Canciones Con Tradicion.

Publisher Number:    0883 537782 Fonovisa

Description:         Compact disc.

Copyright Claimant:
                     Platino Records c/o UMG Recordings, Inc.

Date of Creation:    2008

Date of Publication:
                     2008-10-28

Nation of First Publication:
                     United States

Authorship on Application:
                     Platino Records, employer for hire; Citizenship: United
                        States. Authorship: artwork, compilation.

Pre-existing Material:
                     sound recording.

Basis of Claim:      artwork, compilation.

Names:               Platino Records
                     Platino Records c/o UMG Recordings, Inc.

================================================================================
```

# Exhibit 111

6/24/2021                    https://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi

```
Type of Work:        Sound Recording

Registration Number / Date:
                     SR0000373710 / 2005-08-04

Title:               Secretos nortenos.

Notes:               Collection.

Performer:           Performed by La Tradicion del Norte.

Copyright Claimant:
                     © ℗ on sound recording & artwork; Platino Records, Inc.
                        (employer for hire)

Date of Creation:    2005

Date of Publication:
                     2005-05-30

Copyright Note:      Cataloged from appl. only.

Names:               Tradicion del Norte
                     Platino Records, Inc.


==============================================================================
```

# Exhibit 112

```
Type of Work:        Sound Recording

Registration Number / Date:
                     SR0000620035 / 2008-12-11

Application Title: Ni Como Amigos, Artist: Novillos Musical, 00808835370929
                     (compact disc)

Title:               Novillos Musical : Ni Como Amigos.

Publisher Number:    0883 53709 2 Fonovisa

Description:         Compact disc.

Copyright Claimant:
                     Platino Records c/o UMG Recordings, Inc.

Date of Creation: 2008

Date of Publication:
                     2008-11-18

Nation of First Publication:
                     United States

Authorship on Application:
                     Platino Records, employer for hire; Citizenship: United
                       States. Authorship: sound recording, artwork,
                       photograph(s)

Names:               Platino Records
                     Platino Records c/o UMG Recordings, Inc.

================================================================================
```

# Exhibit 113

```
Type of Work:      Sound Recording

Registration Number / Date:
                   SR0000620177 / 2008-12-11

Application Title: Lo Nuevo, Artist: Laura Leon, 00808835375122 (compact disc)

Title:             Laura Leon: Lo Nuevo.

Publisher Number:  0883537512 Fonovisa

Description:       Compact disc.

Copyright Claimant:
                   Platino Records c/o UMG Recordings, Inc.

Date of Creation:  2008

Date of Publication:
                   2008-10-21

Nation of First Publication:
                   United States

Authorship on Application:
                   Platino Records, employer for hire; Citizenship: United
                      States. Authorship: sound recording, artwork,
                      photograph(s)

Names:             Platino Records
                   Platino Records c/o UMG Recordings, Inc.


===============================================================================
```

# Exhibit 114

Type of Work:        Sound Recording

Registration Number / Date:
                     SR0000620187 / 2008-12-11

Application Title: 100% Sierrenos, Artist: Los Kortez De Sinaloa,
                     00808835382625 (compact disc)

Title:               Los Kortez De Sinaloa: 100% Sierrenos.

Publisher Number:  0883538262 Fonovisa

Description:        Compact disc.

Copyright Claimant:
                     Platino Records c/o UMG Recordings, Inc.

Date of Creation:  2008

Date of Publication:
                     2008-11-24

Nation of First Publication:
                     United States

Authorship on Application:
                     Platino Records, employer for hire; Citizenship: United
                         States. Authorship: artwork, compilation.

Pre-existing Material:
                     sound recording.

Basis of Claim:    artwork, compilation.

Names:               Platino Records
                     Platino Records c/o UMG Recordings, Inc.

================================================================================

# Exhibit 115

Type of Work:      Sound Recording

Registration Number / Date:
                   SR0000393154 / 2006-07-24

Title:             Los amos de los sierreno.

Notes:             Collection.

Performer:         Performed by los Kortez de Sinaloa.

Copyright Claimant:
                   © ℗ on sound recording, artwork & liner notes; Platino
                      Records, Inc. (employer for hire)

Date of Creation:  2006

Date of Publication:
                   2006-05-16

Copyright Note:    Cataloged from appl. only.

Names:             Kortez de Sinaloa
                   Platino Records, Inc.

===============================================================================

# Exhibit 116

```
Type of Work:       Sound Recording

Registration Number / Date:
                    SR0000303502 / 2001-11-13

Title:              Super bailables / Mariachi Fiesta Mexicana.

Imprint:            c2001.

Publisher Number:   Fonovisa FPPCD-10491

Description:        Compact disc.

Copyright Claimant:
                    © Fonovisa, Inc.

Date of Creation:   2001

Date of Publication:
                    2001-09-10

Authorship on Application:
                    compilation of sound recordings & artwork: Fonovisa, Inc.,
                        employer for hire.

Basis of Claim:     New Matter: compilation of sound recordings.

Names:              Mariachi Fiesta Mexicana
                    Fonovisa, Inc.

===============================================================================
```

# Exhibit 117

```
Type of Work:        Sound Recording

Registration Number / Date:
                     SR0000620216 / 2008-12-11

Application Title: Guerra De Carteles, Artist: Various, 00808835377522
                     (compact disc)

Title:               Guerra De Carteles.

Publisher Number:    0883537752 Fonovisa

Description:         Compact disc.

Copyright Claimant:
                     Platino Records c/o UMG Recordings, Inc.

Date of Creation:  2008

Date of Publication:
                     2008-10-28

Nation of First Publication:
                     United States

Authorship on Application:
                     Platino Records, employer for hire; Citizenship: United
                        States. Authorship: artwork, compilation.

Pre-existing Material:
                     sound recording.

Basis of Claim:    artwork, compilation.

Names:               Platino Records
                     Platino Records c/o UMG Recordings, Inc.

================================================================================
```

# Exhibit 118

Type of Work:        Sound Recording

Registration Number / Date:
                     SR0000622790 / 2009-01-21

Application Title: Homenaje A Mis Padres, Artist: Los Primos De Michoacan,
                   00808835370622 (compact disc)

Title:               Homenaje A Mis Padres, Artist: Los Primos De Michoacan.

Description:         Compact disc.

Copyright Claimant:
                     Platino Records c/o Fonovisa / UMG Recordings, Inc.

Date of Creation:  2008

Date of Publication:
                     2008-11-18

Nation of First Publication:
                     United States

Authorship on Application:
                     Platino Records, employer for hire; Citizenship: United
                     States. Authorship: sound recording, artwork,
                     photograph(s)

Names:               Platino Records
                     Platino Records c/o Fonovisa / UMG Recordings, Inc.

===============================================================================

# Exhibit 119

```
Type of Work:      Sound Recording

Registration Number / Date:
                   SR0000623333 / 2007-12-13

Application Title: "LO QUE ESTAS ESCUCHANDO EN LA RADIO" recorded by Los
                   Kortez De Sinaloa 80883-53217 (CD)

Title:             LO QUE ESTAS ESCUCHANDO EN LA RADIO.

Description:       Compact Disc (CD)

Copyright Claimant:
                   Platino Records, Inc.

Date of Creation:  2007

Date of Publication:
                   2007-07-23

Nation of First Publication:
                   United States

Authorship on Application:
                   Platino Records, Inc., employer for hire; Domicile: United
                   States. Authorship: NEW SOUND RECORDINGS AND ARTWORK.

Names:             Platino Records, Inc.

================================================================================
```

# Exhibit 120

```
Type of Work:     Sound Recording

Registration Number / Date:
                  SR0000623341 / 2007-12-13

Application Title: "DIRECTO AL CORAZON," recorded by Los Interpretes Del Norte
                   80883-53380 (CD)

Title:            DIRECTO AL CORAZON.

Description:      Compact Disc (CD)

Copyright Claimant:
                  Platino Records, Inc.

Date of Creation:  2007

Date of Publication:
                  2007-10-01

Nation of First Publication:
                  United States

Authorship on Application:
                  Platino Records, Inc, employer for hire; Domicile: United
                     States. Authorship: NEW SOUND RECORDINGS AND ARTWORK.

Names:            Platino Records, Inc

===============================================================================
```

# Exhibit 121

```
Type of Work:        Sound Recording

Registration Number / Date:
                     SR0000623343 / 2007-12-13

Application Title: "FOGATA NORTENA" recorded by Various Artists  80883-53219
                     (CD)

Title:               FOGATA NORTENA.

Description:         Compact Disc (CD)

Copyright Claimant:
                     Platino Records, Inc.

Date of Creation:  2007

Date of Publication:
                     2007-07-23

Nation of First Publication:
                     United States

Authorship on Application:
                     Platino Records, Inc., employer for hire; Domicile: United
                        States. Authorship: NEW COMPILATION OF PREVIOUSLY SOUND
                        RECORDINGS AND ARTWORK.

Pre-existing Material:
                     INCORPORATES PREVIOUSLY RELEASED SOUND RECORDINGS.

Basis of Claim:      NEW COMPILATION OF PREVIOUSLY SOUND RECORDINGS AND ARTWORK.

Names:               Platino Records, Inc.

================================================================================
```

# Exhibit 122

```
Type of Work:        Sound Recording

Registration Number / Date:
                     SR0000348875 / 2004-07-26

Title:               Cumbias nortenas.

Imprint:              c2002.

Publisher Number:  Fonovisa Records 0883 50738 2

Description:         Compact disc.

Performer:           Performed by various artists.

Copyright Claimant:
                     © Platino Records, Inc. (employer for hire)

Date of Creation:  2002

Date of Publication:
                     2003-01-28

Basis of Claim:    New Matter: compilation of prev. released sound recordings.

Names:               Platino Records, Inc.

===============================================================================
```

# Exhibit 123

Type of Work:          Sound Recording

Registration Number / Date:
                       SR0000625569 / 2009-02-25

Application Title: 12 Pumazos Musicales, Artist: Los Pumas Del Norte,
                   00808835385220 (compact disc)

Title:                 12 Pumazos Musicales.

Publisher Number:  808835385220 Fonovisa

Description:       Compact disc.

Copyright Claimant:
                       Platino Records.

Date of Creation:  2008

Date of Publication:
                       2008-12-16

Nation of First Publication:
                       United States

Authorship on Application:
                       Platino Records, employer for hire; Citizenship: United
                          States. Authorship: artwork, compilation.

Pre-existing Material:
                       sound recording.

Basis of Claim:    artwork, compilation.

Names:             Platino Records
                   Pumas del Norte

================================================================================

# Exhibit 124

```
Type of Work:        Sound Recording

Registration Number / Date:
                SR0000625706 / 2009-02-25

Application Title: Bailazo Tropical Norteno, Artist: Various, 00808835384223
                (compact disc)

Title:               Bailazo Tropical Norteno.

Publisher Number:    00808835384223 Fonovisa

Description:         Compact disc.

Copyright Claimant:
                Platino Records.

Date of Creation: 2008

Date of Publication:
                2008-12-16

Nation of First Publication:
                United States

Authorship on Application:
                Platino Records, employer for hire; Citizenship: United
                    States. Authorship: artwork, compilation.

Pre-existing Material:
                sound recording.

Basis of Claim:     artwork, compilation.

Names:              Platino Records

================================================================================
```

# Exhibit 125

```
Type of Work:       Sound Recording

Registration Number / Date:
                    SR0000626622 / 2009-02-04

Application Title: CORRIDOS PESADOS PA 'MI TROCA recorded by Various Artists
                    80883-53383 (CD)

Title:              CORRIDOS PESADOS PA' MI TROCA.

Description:        Compact disc.

Copyright Claimant:
                    Platino Records, Inc.

Date of Creation:   2007

Date of Publication:
                    2007-10-08

Nation of First Publication:
                    United States

Authorship on Application:
                    Platino Records, Inc., employer for hire; Domicile: United
                       States. Authorship: NEW COMPILATION OF PREVIOUSLY SOUND
                       RECORDINGS AND ARTWORK.

Pre-existing Material:
                    INCORPORATES PREVIOUSLY RELEASED SOUND RECORDINGS.

Basis of Claim:     NEW COMPILATION OF PREVIOUSLY SOUND RECORDINGS AND ARTWORK.

Copyright Note:     C.O. correspondence.

================================================================================
```

# Exhibit 126

```
Type of Work:       Sound Recording

Registration Number / Date:
                    SR0000631665 / 2009-09-02

Application Title: 12 Balazos Musicales, Artist: Los Intocables del Norte,
                    00808835374026 (compact disc)

Title:              12 Balazos Musicales: Los Intocables del Norte.

Description:        Compact disc.

Copyright Claimant:
                    Platino Records c/o UMG Recordings, Inc.

Date of Creation:   2008

Date of Publication:
                    2008-09-30

Nation of First Publication:
                    United States

Authorship on Application:
                    Platino Records, employer for hire; Domicile: United
                      States. Authorship: Most Sound Recordings/ Pictorial
                      Matter.

Pre-existing Material:
                    3 Sound Recordings: "Le Pido A Dios," "De Ti Enamorado,"
                      and "El Tocayo".

Basis of Claim:     All Other Sound Recordings/ Pictorial Matter.

Rights and Permissions:
                    Universal Music Group

Names:              Platino Records
                    Platino Records c/o UMG Recordings, Inc.
                    UMG Recordings, Inc.
```

===============================================================================

# Exhibit 127

```
Type of Work:        Sound Recording

Registration Number / Date:
                     SR0000631676 / 2009-09-02

Application Title: De Ojinaga Para El Mundo, Artist: Various, 00808835368223
                     (compact disc)

Title:               De Ojinaga Para El Mundo.

Description:         Compact disc.

Copyright Claimant:
                     Platino Records c/o UMG Recordings, Inc.

Date of Creation:  2008

Date of Publication:
                     2008-08-26

Nation of First Publication:
                     United States

Authorship on Application:
                     Platino Records, employer for hire; Domicile: United
                        States. Authorship: Compilation.

Pre-existing Material:
                     sound recording.

Basis of Claim:    Compilation.

Rights and Permissions:
                     Universal Music Group

Names:               Platino Records
                     Platino Records c/o UMG Recordings, Inc.
                     UMG Recordings, Inc.

===============================================================================
```

# Exhibit 128

```
Type of Work:        Sound Recording

Registration Number / Date:
                     SR0000636379 / 2010-01-27

Application Title: Destilando Pasion, Artist: Various, 00808835351720 (compact
                     disc)

Title:               Destilando Pasion.

Publisher Number:    0883 53517 2 Fonovisa

Description:         Compact disc.

Notes:               Collection

Copyright Claimant:
                     Platino Records.

Date of Creation:    2008

Date of Publication:
                     2008-03-25

Nation of First Publication:
                     United States

Authorship on Application:
                     Platino Records, employer for hire; Domicile: United
                        States. Authorship: Compilation/Artwork.

Pre-existing Material:
                     sound recording.

Basis of Claim:      Compilation/Artwork.

Rights and Permissions:
                     Universal Music Group

Names:               Platino Records
                     Platino Records
```

===============================================================================

# Exhibit 129

```
Type of Work:        Sound Recording

Registration Number / Date:
                     SR0000636387 / 2010-01-27

Application Title: Ardiendo En Pasion, Artist: La Gaviota, 00808835351126
                     (compact disc)

Title:               La Gaviota.

Publisher Number:    0883 53511 2 Fonovisa

Description:         Compact disc.

Notes:               Collection

Copyright Claimant:
                     Platino Records.

Date of Creation:    2008

Date of Publication:
                     2008-03-25

Nation of First Publication:
                     United States

Authorship on Application:
                     Platino Records, employer for hire; Domicile: United
                        States. Authorship: sound recording, Pictorial Matter.

Rights and Permissions:
                     Universal Music Group

Names:               Platino Records
                     Platino Records
```

================================================================================

# Exhibit 130

```
Type of Work:        Sound Recording

Registration Number / Date:
                     SR0000636452 / 2009-07-27

Application Title: Donde Andaras, Artist: Keyla, 00808835374620 (compact disc)

Title:               Donde Andaras.

Publisher Number:    0883537462 Fonovisa Records

Description:         Compact disc.

Copyright Claimant:
                     Platino Records c/o UMG Recordings, Inc.

Date of Creation:  2008

Date of Publication:
                     2008-09-23

Nation of First Publication:
                     United States

Authorship on Application:
                     Platino Records, employer for hire; Domicile: United
                        States. Authorship: sound recording, photograph(s)

Rights and Permissions:
                     Universal Music Group

Names:               Platino Records
                     Platino Records c/o UMG Recordings, Inc.
                     UMG Recordings, Inc.


===============================================================================
```

# Exhibit 131

```
Type of Work:        Sound Recording

Registration Number / Date:
                     SR0000636455 / 2009-07-27

Application Title: 20 Aranazos Musicales, Artist: Los Pumas Del Norte,
                     00808835360821 (compact disc)

Title:               20 Aranazos Musicales : Los Pumas Del Norte.

Publisher Number:  0883536082 Fonovisa Records

Description:        Compact disc.

Copyright Claimant:
                     Platino Records c/o UMG Recordings, Inc.

Date of Creation:  2008

Date of Publication:
                     2008-07-01

Nation of First Publication:
                     United States

Authorship on Application:
                     Platino Records, employer for hire; Domicile: United
                        States. Authorship: artwork, photograph(s), compilation.

Pre-existing Material:
                     sound recording.

Basis of Claim:    artwork, photograph(s), compilation.

Rights and Permissions:
                     Universal Music Group

Names:               Platino Records
                     Platino Records c/o UMG Recordings, Inc.
                     UMG Recordings, Inc.

==============================================================================
```

# Exhibit 132

```
Type of Work:        Sound Recording

Registration Number / Date:
                     SR0000636543 / 2010-01-27

Application Title: Sin Musica No Hay Parranda, Artist: Various, 00808835367325
                     (compact disc)

Title:               Sin Musica No Hay Parranda.

Publisher Number:  0883 53673 2 Fonovisa

Description:         Compact disc.

Copyright Claimant:
                     Platino Records.

Date of Creation:  2008

Date of Publication:
                     2008-08-26

Nation of First Publication:
                     United States

Authorship on Application:
                     Platino Records, employer for hire; Domicile: United
                        States. Authorship: Compilation/ Artwork/ One Sound
                        Recording.

Pre-existing Material:
                     Most Sound Recordings.

Basis of Claim:    Compilation/ Artwork/ One Sound Recording: "Que Puedo Hacer
                        Por Ti" performed by Los Nortenos De Ojinaga.

Rights and Permissions:
                     Universal Music Group

Names:               Platino Records
                     Platino Records

===============================================================================
```

# Exhibit 133

```
Type of Work:        Sound Recording

Registration Number / Date:
                     SR0000636549 / 2010-01-27

Application Title: 20 Reatazos Musicales, Artist: Various, 00808835359122
                     (compact disc)

Title:               20 Reatazos Musicales.

Publisher Number:  0883 53591 2 Fonovisa

Description:         Compact disc.

Notes:               Collection

Copyright Claimant:
                     Platino Records.

Date of Creation:  2008

Date of Publication:
                     2008-04-15

Nation of First Publication:
                     United States

Authorship on Application:
                     Platino Records, employer for hire; Domicile: United
                       States. Authorship: Compilation/ Artwork.

Pre-existing Material:
                     sound recording.

Basis of Claim:    Compilation/Artwork.

Rights and Permissions:
                     Universal Music Group

Names:               Platino Records
                     Platino Records
```

===============================================================================

# Exhibit 134

Type of Work:        Sound Recording

Registration Number / Date:
                     SR0000637425 / 2010-01-13

Application Title: Serie Diamante 30 Super Exitos, Artist: Patrulla 81,
                   00801472135524 (2 compact discs)

Title:               Serie Diamante 30 Super Exitos: Patrulla 81.

Description:         2 compact discs (CD)

Copyright Claimant:
                     Disa Latin Music, A Div. of UMG Recordings, Inc.

Date of Creation:  2009

Date of Publication:
                     2009-11-17

Nation of First Publication:
                     United States

Authorship on Application:
                     Disa Latin Music, A Div. of UMG Recordings, Inc., employer
                       for hire; Domicile: United States. Authorship:
                       Compilation of Sound Recordings / Pictorial Matter.

Pre-existing Material:
                     Sound Recording.

Basis of Claim:    Compilation of Sound Recordings / Pictorial Matter.

Rights and Permissions:
                     Universal Music Group

Names:               Disa Latin Music
                     UMG Recordings, Inc.

===============================================================================

# Exhibit 135

```
Type of Work:        Sound Recording

Registration Number / Date:
                     SR0000405862 / 2007-03-02

Title:               2 impactos musicales.

Copyright Claimant:
                     © ℗ Platino Records, Inc.

Date of Creation:    2006

Date of Publication:
                     2006-09-21

Basis of Claim:      New Matter: compilation of prev. released sound recordings
                        & artwork.

Copyright Note:      Cataloged from appl. only.

Names:               Platino Records, Inc.

================================================================================
```

# Exhibit 136

Type of Work:        Sound Recording

Registration Number / Date:
                     SR0000637685 / 2008-07-07

Application Title: "20 EXITOS CON NOBLEZA," recorded by La Nobleza De
                     Aguililla    80883-53412 (CD)

Title:               20 EXITOS CON NOBLEZA.

Publisher Number:   80883 53412 2 Fonovisa Records

Description:        Compact disc.

Copyright Claimant:
                     Platino Records, Inc.

Date of Creation:   2007

Date of Publication:
                     2007-11-05

Nation of First Publication:
                     United States

Authorship on Application:
                     Platino Records, Inc., employer for hire; Domicile: United
                        States. Authorship: New compilation of previously sound
                        recordings and artwork.

Pre-existing Material:
                     Incorporates previously released sound recordings.

Basis of Claim:     New compilation of previously sound recordings and artwork.

Names:               Platino Records, Inc.

================================================================================

# Exhibit 137

```
Type of Work:        Sound Recording

Registration Number / Date:
                     SR0000637687 / 2008-07-07

Application Title: "20 RECUERDOS TROPICALES" recorded by Various Artists
                     80883-53439 (CD)

Title:               20 RECUERDOS TROPICALES : VARIOS.

Publisher Number:  0883534392 Fonovisa Records

Description:       Compact disc.

Copyright Claimant:
                     Platino Records, Inc.

Date of Creation: 2007

Date of Publication:
                     2007-12-03

Nation of First Publication:
                     United States

Authorship on Application:
                     Platino Records, Inc., employer for hire; Domicile: United
                        States. Authorship: NEW COMPILATION OF PREVIOUSLY SOUND
                        RECORDINGS AND ARTWORK.

Pre-existing Material:
                     INCORPORATES PREVIOUSLY RELEASED SOUND RECORDINGS.

Basis of Claim:    NEW COMPILATION OF PREVIOUSLY SOUND RECORDINGS AND ARTWORK.

Names:             Platino Records, Inc.

================================================================================
```

# Exhibit 138

Type of Work:       Sound Recording

Registration Number / Date:
                    SR0000637716 / 2008-07-07

Application Title: "20 MADRAZOS CON ZAX," recorded by Nortenos De Ojinaga
                    80883 53415 (CD)

Title:              20 MADRAZOZ CON ZAX.

Publisher Number:   0883534152 Fonovisa Records

Description:        Compact disc.

Copyright Claimant:
                    Platino Records, Inc.

Date of Creation:   2007

Date of Publication:
                    2007-11-12

Nation of First Publication:
                    United States

Authorship on Application:
                    Platino Records, Inc., employer for hire; Domicile: United
                       States. Authorship: New compilation of previously sound
                       recordings and artwork.

Pre-existing Material:
                    Incorporates previously released sound recordings.

Basis of Claim:     New compilation of previously sound recordings and artwork.

Names:              Platino Records, Inc.

================================================================================

# Exhibit 139

```
Type of Work:        Sound Recording

Registration Number / Date:
                     SR0000276275 / 2000-01-28

Title:               Nortenos a morir / Nortenos de Ojinaga.

Imprint:             c1999.

Publisher Number:    Fonovisa FPCD 9900

Description:         Compact disc.

Notes:               Collection.

Copyright Claimant:
                     © ℗ on performance, recording, artwork; Fonovisa, Inc.
                       (employer for hire)

Date of Creation:    1999

Date of Publication:
                     1999-12-16

Copyright Note:      C.O. correspondence.

Names:               Nortenos de Ojinaga.
                     Fonovisa, Inc.
```

===============================================================================

# Exhibit 140

Type of Work:        Sound Recording

Registration Number / Date:
                     SR0000637728 / 2008-07-07

Application Title: "DE LA SIERRA A TU RANCHO VOL. 6," recorded by Various
                     Artist 80883-53414 (CD)

Title:               DE LA SIERRA A TU RANCHO VOL. 6.

Publisher Number:    0883534142 Fonovisa Records

Description:         Compact disc.

Copyright Claimant:
                     Platino Records, Inc.

Date of Creation:  2007

Date of Publication:
                     2007-11-12

Nation of First Publication:
                     United States

Authorship on Application:
                     Platino Records, Inc., employer for hire; Domicile: United
                        States. Authorship: NEW COMPILATION OF PREVIOUSLY SOUND
                        RECORDINGS AND ARTWORK.

Pre-existing Material:
                     INCORPORATES PREVIOUSLY RELEASED SOUND RECORDINGS.

Basis of Claim:   NEW COMPILATION OF PREVIOUSLY SOUND RECORDINGS AND ARTWORK.

Names:               Platino Records, Inc.

================================================================================

# Exhibit 141

```
Type of Work:      Sound Recording

Registration Number / Date:
                   SR0000638316 / 2008-07-07

Application Title: "EN EL CIELO," recorded by La Revolucion De Tuzantla
                   80883-53436 (CD)

Title:             La Revolucion De Tuzantla.

Publisher Number:  0883 53436 2 Fonovisa

Description:       Compact disc.

Copyright Claimant:
                   Platino Records, Inc.

Date of Creation:  2007

Date of Publication:
                   2007-11-26

Nation of First Publication:
                   United States

Authorship on Application:
                   Platino Records, Inc., employer for hire; Domicile: United
                      States. Authorship: NEW SOUND RECORDINGS AND ARTWORK.

Names:             Platino Records, Inc.

================================================================================
```

# Exhibit 142

```
Type of Work:        Sound Recording

Registration Number / Date:
                     SR0000638648 / 2009-08-13

Application Title: 12 Gruperas del Recuerdo, Artist: Los Filis, 00808835374125
                     (compact disc)

Title:               12 Gruperas del Recuerdo.

Publisher Number:    0883537412

Description:         Compact disc.

Copyright Claimant:
                     Platino Records c/o UMG Recordings, Inc.

Date of Creation:    2008

Date of Publication:
                     2008-09-30

Nation of First Publication:
                     United States

Authorship on Application:
                     Platino Records, employer for hire; Domicile: United
                        States. Authorship: sound recording, photograph(s)

Rights and Permissions:
                     Universal Music Group

Names:               Platino Records
                     UMG Recordings, Inc.
                     Platino Records

===============================================================================
```

# Exhibit 143

Type of Work:       Sound Recording

Registration Number / Date:
                    SR0000638661 / 2009-08-13

Application Title: De La Sierra A Tu Rancho, Artist: Los Dos Rancheros/ Miguel
                    y Miguel, 00808835360722 (compact disc)

Title:              De La Sierra A Tu Rancho.

Publisher Number:   0883536072 Fonovisa

Description:        Compact disc.

Copyright Claimant:
                    Platino Records c/o UMG Recordings, Inc.

Date of Creation:   2008

Date of Publication:
                    2008-06-17

Nation of First Publication:
                    United States

Authorship on Application:
                    Platino Records, employer for hire; Domicile: United
                    States. Authorship: artwork, compilation, Some Sound
                    Recordings.

Pre-existing Material:
                    Some Sound Recordings: 1, 3, 5, 7, 9, 11, 13, 15, 17, 19.

Basis of Claim:     artwork, compilation, Some Sound Recordings: 2, 4, 6, 8,
                    10, 12, 14, 16, 18, 20.

Rights and Permissions:
                    Universal Music Group

Names:              Platino Records
                    UMG Recordings, Inc.

===============================================================================

# Exhibit 144

```
Type of Work:        Sound Recording

Registration Number / Date:
                     SR0000638665 / 2009-08-13

Application Title: Festejemos el 5 De Mayo, Artist: Various, 00808835358828
                     (compact disc)

Title:               Festejemos el 5 De Mayo.

Description:         Compact disc.

Copyright Claimant:
                     Platino Records c/o UMG Recordings, Inc.

Date of Creation:   2008

Date of Publication:
                     2008-04-08

Nation of First Publication:
                     United States

Authorship on Application:
                     Platino Records, employer for hire; Domicile: United
                        States. Authorship: photograph(s), compilation.

Pre-existing Material:
                     sound recording.

Basis of Claim:     photograph(s), compilation.

Rights and Permissions:
                     Universal Music Group

Names:               Platino Records
                     UMG Recordings, Inc.
```

===============================================================================

# Exhibit 145

Type of Work:        Sound Recording

Registration Number / Date:
                     SR0000646831 / 2010-03-15

Application Title: Palabra De Rey, Artist: Maximo Norte, 00808835340922
                     (compact disc)

Title:               Palabra De Rey.

Description:         Compact disc.

Copyright Claimant:
                     Platino Records c/o UMG Recordings, Inc.

Date of Creation:   2008

Date of Publication:
                     2008-02-05

Nation of First Publication:
                     United States

Authorship on Application:
                     Platino Records, employer for hire; Domicile: United
                        States. Authorship: sound recording, Pictorial Matter.

Rights and Permissions:
                     Universal Music Group

Names:               Platino Records
                     Platino Records c/o UMG Recordings, Inc.

================================================================================

# Exhibit 146

```
Type of Work:         Sound Recording

Registration Number / Date:
                      SR0000771296 / 2015-10-01

Application Title: Las Gruperas Romanticas 2015, Artist: Various Artists
                      00600753622001 (compact disc)

Title:                Las Gruperas Romanticas 2015.

Publisher Number:     B0023549-02 Fonovisa

Description:          Compact disc.

Copyright Claimant:
                      Fonovisa, A Div. of UMG Recordings, Inc.

Date of Creation: 2015

Date of Publication:
                      2015-07-24

Nation of First Publication:
                      United States

Authorship on Application:
                      Fonovisa, A Div. of UMG Recordings, Inc., employer for
                        hire; Domicile: United States. Authorship: Compilation /
                        Artwork.

Pre-existing Material:
                      Sound Recordings.

Basis of Claim:       Compilation of Sound Recordings / Artwork.

Rights and Permissions:
                      Universal Music Group

Copyright Note:       Basis for Registration: Unit of publication containing
                        collective work(s).

Names:                Fonovisa
                      UMG Recordings, Inc.

===============================================================================
```

# Exhibit 147

```
Type of Work:        Sound Recording

Registration Number / Date:
                     SR0000346032 / 2003-11-14

Title:               Dos grandes bandas : vol. 2 / Banda El Recodo de Cruz
                        Lizarraga, canta Juan Zaizar y Cuisillos de Arturo
                        Macias.

Imprint:             c2002.

Publisher Number:    Fonovisa Records 0883 50766 2

Description:         Compact disc.

Copyright Claimant:
                     © Platino Records, Inc. (employer for hire)

Date of Creation:    2002

Date of Publication:
                     2003-02-25

Basis of Claim:      New Matter: compilation of prev. released recordings.

Variant title:       Dos grandes bandas : vol. 2

Names:               Zaizar, Juan
                     Lizarraga, Cruz
                     Macias, Arturo
                     Cuisillos de Arturo Macias
                     Platino Records, Inc.
                     Recodo de Cruz Lizarraga, Banda

=============================================================================
```

# Exhibit 148

Type of Work:      Sound Recording

Registration Number / Date:
                   SR0000297168 / 2001-05-18

Title:             15 kilates musicales / Carlos y Jose.

Imprint:            c2001.

Publisher Number:  Fonovisa SDCD-6111

Description:       Compact disc.

Copyright Claimant:
                   © Fonovisa, Inc. (employer for hire)

Date of Creation:  1998

Date of Publication:
                   2001-04-24

Basis of Claim:    New Matter: compilation of sound recordings.

Names:             Carlos y Jose.
                   Fonovisa, Inc.

===============================================================================

# Exhibit 149

```
Type of Work:        Sound Recording

Registration Number / Date:
                     SR0000251376 / 1998-05-11

Title:               Corridos de lujo / Carlos y Jose.

Imprint:             c1998.

Publisher Number:    Fonovisa FPPCD-9654

Description:         Compact disc.

Copyright Claimant:
                     © on compilation of sounds; Fonovisa, Inc. (employer for
                        hire)

Date of Creation:    1998

Date of Publication:
                     1998-03-30

Names:               Carlos y Jose
                     Fonovisa, Inc.

================================================================================
```

# Exhibit 150

```
Type of Work:        Sound Recording

Registration Number / Date:
                     SR0000636585 / 2010-01-27

Application Title: Edixion Platino, Artist: Carlos y Jose, 00808835360128
                     (compact disc)

Title:               Carlos y Jose.

Publisher Number:    0883 53601 2 Fonovisa

Description:         Compact disc.

Notes:               Collection

Copyright Claimant:
                     Platino Records.

Date of Creation:    2008

Date of Publication:
                     2008-05-27

Nation of First Publication:
                     United States

Authorship on Application:
                     Platino Records, employer for hire; Domicile: United
                         States. Authorship: Compilation/ Pictorial Matter.

Pre-existing Material:
                     sound recording.

Basis of Claim:      Compilation/ Pictorial Matter.

Rights and Permissions:
                     Universal Music Group

Names:               Platino Records
                     Platino Records
```

===============================================================================

# Exhibit 151

```
Type of Work:      Sound Recording

Registration Number / Date:
                   SR0000382284 / 2006-01-11

Title:             30 recuerdos / Carlos y Jose.

Notes:             Collection.

Copyright Claimant:
                   © © Platino Records, Inc. (employer for hire)

Date of Creation:  2005

Date of Publication:
                   2005-03-28

Basis of Claim:    New Matter: compilation of prev. released sound recordings
                      & artwork.

Copyright Note:    Cataloged from appl. only.

Other Title:       Recuerdos

Names:             Carlos y Jose
                   Platino Records, Inc.


================================================================================
```

# Exhibit 152

Type of Work:      Sound Recording

Registration Number / Date:
                   SR0000291912 / 2001-09-27

Title:             Puro dolor / Cornelio Reyna, con mariachi y acordeon.

Imprint:           c2001.

Publisher Number:  Fonovisa BMPCD-4177

Description:       Compact disc.

Notes:             Collection.

Copyright Claimant:
                   © ℗ on recording, performance & artwork; Fonovisa, Inc.
                      (employer for hire)

Date of Creation:  2001

Date of Publication:
                   2001-08-27

Names:             Reyna, Cornelio
                   Fonovisa, Inc.

=============================================================================

# Exhibit 153

```
Type of Work:        Sound Recording

Registration Number / Date:
                     SR0000372447 / 2005-08-04

Title:               Ritmo, calor y sentimiento / Destrampados.

Notes:               Collection.

Copyright Claimant:
                     © ℗ on artwork & recording; Platino Records, Inc.
                        (employer for hire)

Date of Creation:    2004

Date of Publication:
                     2004-11-15

Copyright Note:      Cataloged from appl. only.

Names:               Destrampados
                     Platino Records, Inc.

================================================================================
```

# Exhibit 154

Type of Work:      Sound Recording

Registration Number / Date:
                   SR0000392716 / 2006-09-15

Title:             Exitos / El Simbolo.

Copyright Claimant:
                   © ℗ Platino Records, Inc. (employer for hire)

Date of Creation:  2006

Date of Publication:
                   2006-07-10

Basis of Claim:    New Matter: compilation of prev. released sound recordings;
                       artwork.

Copyright Note:    Cataloged from appl. only.

Names:             Simbolo
                   Platino Records, Inc.

================================================================================

# Exhibit 155

```
Type of Work:        Sound Recording

Registration Number / Date:
                     SR0000882089 / 2020-07-28

Application Title: Album Title: Porque Me Puse High [performed by:] Los
                     Vaquetones del Hyphy, 682858364512 .

Title:               Album Title: Porque Me Puse High [performed by:] Los
                     Vaquetones del Hyphy, 682858364512 .

Description:         Electronic file (eService)

Copyright Claimant:
                     YELLOWCAKE, INC, Transfer: By written agreement.

Date of Creation:  2011

Date of Publication:
                     2011-09-19

Nation of First Publication:
                     United States

Authorship on Application:
                     YELLOWCAKE, INC, employer for hire; Domicile: United
                        States; Citizenship: United States. Authorship: sound
                        recording.

Rights and Permissions:
                     YELLOWCAKE, INC, 701 E Canal Drive, Turlock, CA, 95380,
                        United States, (209) 632-9938, (415) 735-8236,
                        info@yellowcakecorp.com

Copyright Note:    Basis for Registration: Collective work.

Names:               YELLOWCAKE, INC

===============================================================================
```

# Exhibit 156

Type of Work:     Sound Recording and Music

Registration Number / Date:
                  SR0000021131 / 1980-09-29

Title:            Celos de ti / [performed by] Grupo La Migra.

Imprint:          c1978.

Publisher Number: Mar International Records MILP-108

Description:      1 sound disc : 33 1/3 rpm, stereo. ; 12 in.

Copyright Claimant:
                  © ℗ Mar International

Date of Creation: 1978

Date of Publication:
                  1978-12-20

Authorship on Application:
                  arr. of music & sound recording: Mar International,
                      employer for La Migra.

Previous Registration:
                  Appl. identifies various works of Spanish speaking artists
                      as preexisting.

Basis of Claim:  New Matter: "new arrangements and sound recording."

Contents:        Celos de ti -- Compadre del alma -- Borracho -- Mi cumby --
                      Perdoname -- Busca otro amor -- Adonde te hayas -- Esta
                      noche o nunca -- Chamaca -- Tengo ganas de tomar.

Names:           Migra, Grupo
                 Mar International

==============================================================================

# Exhibit 157

```
Type of Work:     Sound Recording and Music

Registration Number / Date:
                  SR0000256680 / 1998-07-08

Title:            Canciones consagradas de la Migra con banda / acompanado
                    por la banda Cuisillos Musical.

Imprint:          c1993.

Publisher Number: MAR International Records MICD-237

Description:      Compact disc.

Notes:            Collection.

Copyright Claimant:
                  © ® MAR International Records, Inc. (employer for hire)

Date of Creation: 1989

Date of Publication:
                  1989-09-02

Previous Registration:
                  Words and music preexisting.

Basis of Claim:   New Matter: sound recording & arr.

Names:            Cuisillos Musical
                  MAR International Records, Inc.
                  Migra

===============================================================================
```

# Exhibit 158

```
Type of Work:      Sound Recording and Music

Registration Number / Date:
                   SR0000232174 / 1997-02-03

Title:             Canta Sacramento / la Migra.

Description:       Sound cassette.

Notes:             Collection.

Copyright Claimant:
                   © © on arr., sound recording; MAR International Records,
                     Inc. (employer for hire of La Migra con banda)

Date of Creation:  1989

Date of Publication:
                   1989-02-25

Previous Registration:
                   Sounds and music preexisting.

Basis of Claim:    New Matter: sound recording and arr.

Copyright Note:    C.O. correspondence.

Names:             Migra
                   MAR International Records, Inc.
```

===============================================================================

# Exhibit 159

Type of Work:     Sound Recording and Music

Registration Number / Date:
                  SR0000201144 / 1997-02-03

Title:            Grupo "Vennus" 15 exitos.

Imprint:          c1994.

Publisher Number: Mar International Records MICD-251

Description:      Compact disc.

Copyright Claimant:
                  © ℗ Mar International Records, Inc. (employer for hire
                  of Vennus, Grupo)

Date of Creation: 1990

Date of Publication:
                  1990-01-15

Previous Registration:
                  Sounds & music preexisting.

Basis of Claim:   New Matter: sounds & arr.

Names:            Mar International Records, Inc.
                  Vennus, Grupo

===============================================================================

# Exhibit 160

```
Type of Work:      Sound Recording and Music

Registration Number / Date:
                   SR0000228985 / 1996-12-02

Title:             Cicatrices / la Tropa Chicana.

Imprint:           c1995.

Publisher Number:  Mar International Records MICD-422

Description:       Compact disc.

Notes:             Collection.

Copyright Claimant:
                   © ℗ on recording & arr.; Mar International Records, Inc.
                     (employer for hire)

Date of Creation:  1995

Date of Publication:
                   1995-03-13

Previous Registration:
                   Words & music preexisting.

Names:             Tropa Chicana.
                   Mar International Records, Inc.

===============================================================================
```

# Exhibit 161

```
Type of Work:      Sound Recording and Music

Registration Number / Date:
                   SR0000229638 / 1996-12-02

Application Title: Una limosna.

Title:             La Tropa Chicana.

Imprint:           c1996.

Publisher Number:  Mar International Records MICD-452

Description:       Compact disc.

Notes:             Collection.

Copyright Claimant:
                   © ℗ Mar International Records, Inc. (employer for hire)

Date of Creation:  1996

Date of Publication:
                   1996-06-12

Previous Registration:
                   Words and music preexisting.

Basis of Claim:    New Matter: sound recording and arr.

Names:             Tropa Chicana
                   Mar International Records, Inc.

===============================================================================
```

# Exhibit 162

6/24/2021

```
Type of Work:        Sound Recording

Registration Number / Date:
                     SR0000231289 / 1996-11-29

Title:               Los acuario de Mexico.

Description:         Sound cassette.

Notes:               Collection.

Copyright Claimant:
                     © © on recording, performance, artwork; Fonovisa, Inc.
                        (employer for hire)

Date of Creation:    1996

Date of Publication:
                     1996-08-21

Names:               Fonovisa, Inc.

=============================================================================
```

# Exhibit 163

```
Type of Work:      Sound Recording

Registration Number / Date:
                   SR0000065917 / 1985-09-27

Title:             Jugando con lumbre / autor de todas las canciones, Gabriel
                      Garcia ; [performed by] los Bondadosos.

Imprint:           Miami : Distributed by Discos C B S International,  c1984.

Publisher Number:  Profono Internacional PRL-90303

Description:       1 sound disc : 33 1/3 rpm, stereo. ; 12 in.

Copyright Claimant:
                   © ℗ Profono Internacional, Inc. (in notices: C B S,
                      Inc.)  Nature of copyrightable authorship: sound
                      recording, pictorial & photographic material on album
                      cover

Date of Creation:  1984

Date of Publication:
                   1984-04-10

Authorship on Application:
                   sound recording, pictorial & photographic material on album
                      cover: Profono Internacional, Inc., employer for hire.

Contents:          Dime cuando dejes de quererme -- Solo cuando estoy contigo
                      -- Que no debi enamorarme de ti -- Mira que casualidad
                      -- Hijita -- Me haces tanta falta -- Necesito que me
                      quieras -- No te canses de mi -- Linda -- Jugando con
                      lumbre -- Sera mejor decirte adios -- Adios, mi dulce
                      amor.

Names:             Garcia, Gabriel
                   Bondadosos
                   Profono Internacional, Inc.
                   CBS, Inc.

=============================================================================
```

# Exhibit 164

```
Type of Work:        Sound Recording

Registration Number / Date:
                     SR0000112817 / 1990-02-14

Title:               15 super hits! / [performed by] los Bondadosos.

Imprint:             c1989.

Publisher Number:    Fonovisa FPCD 8820

Description:         1 compact disc.

Notes:               Cover design: Adolfo Blanco.

Copyright Claimant:
                     © ℗ Fonovisa, Inc.

Date of Creation:    1989

Date of Publication:
                     1989-05-15

Authorship on Application:
                     sound recording, performance, artwork: Fonovisa, Inc.,
                        employer for hire.

Names:               Blanco, Adolfo
                     Bondadosos
                     Fonovisa, Inc.

===============================================================================
```

# Exhibit 165

```
Type of Work:        Sound Recording

Registration Number / Date:
                     SR0000061575 / 1984-12-24

Title:               Los Kinos.

Imprint:             c1983.

Publisher Number:    Mar International Records MILP 141

Description:         1 sound disc : 33 1/3 rpm, stereo. ; 12 in.

Copyright Claimant:
                     Mar International Records, Inc.

Date of Creation:    1983

Date of Publication:
                     1983-05-24

Authorship on Application:
                     sound recording: Mar International Records, Inc., employer
                       for hire of Los Kinos.

Copyright Note:      C.O. correspondence.

Contents:            El Huerfanito -- La Noche de mi mal -- Corazon alegre --
                       Respeta mi carino -- Una Vieja cancion de amor -- Un
                       Clavo con otro -- Besos de papel -- Tu desconfianza --
                       Llorale -- No me cumpliste.

Other Title:         El Huerfanito.
                     La Noche de mi mal.
                     Una Vieja cancion de amor.
                     Un Clavo con otro.

Names:               Mar International Records, Inc.
                     Kinos.

===============================================================================
```

# Exhibit 166

```
Type of Work:        Sound Recording

Registration Number / Date:
                     SR0000065691 / 1985-08-07

Application Title: Los Kinos.

Title:               Los Kinos y sus mas grandes exitos.

Imprint:             c1985.

Publisher Number:  Mar International Records MILP 164

Description:         1 sound disc : 33 1/3 rpm, stereo. ; 12 in.

Copyright Claimant:
                     Mar International Records, Inc.

Date of Creation:  1985

Date of Publication:
                     1985-05-15

Authorship on Application:
                     sound recording: Mar International Records, Inc., employer
                        for hire of los Kinos.

Contents:            Ya borracho que horas son -- Pa' yo -- Y si lloro que -- El
                        Ultimo trago -- Fallaste corazon -- Brinca y veras --
                        Los Dos amantes -- Besos de papel -- El Abandonado --
                        Esta sellado.

Other Title:         El Ultimo trago.
                     Los Dos amantes.
                     El Abandonado.

Names:               Kinos.
                     Mar International Records, Inc.

================================================================================
```

# Exhibit 167

```
Type of Work:     Sound Recording and Music

Registration Number / Date:
                  SR0000129419 / 1990-02-20

Title:            Ojitos de capulin / [performed by] los Sagitarios.

Appears in:       Los Sagitarios. 1 sound cassette

Copyright Claimant:
                  © © Jarabe Publishing Company

Copyright Notice: notice: Mar International Records, Inc.

Date of Creation: 1982

Date of Publication:
                  1987-02-01

Authorship on Application:
                  recording, arr.: Catarino Lara Benavidez.

Copyright Note:   C.O. correspondence.

Other Title:      Sagitarios

Names:            Benavidez, Catarino Lara
                  Sagitarios
                  Jarabe Publishing Company
                  Mar International Records, Inc.


================================================================================
```