Richard J. Idell, Esq. (SBN 069033)
Ory Sandel, Esq. (SBN 233204)
DICKENSON PEATMAN & FOGARTY P.C.
1455 First Street, Suite 301
Napa, CA 94559
Telephone: (707) 261-7000
Facsimile: (707) 255-6876
Email: ridell@dpf-law.com
        osandel@dpf-law.com
*Attorneys for Defendants Dashgo, Inc. and Audiomicro, Inc. d.b.a. Adrev*

Thomas P. Griffin, Jr., Esq. (SBN 155133)
HEFNER, STARK & MAROIS, LLP
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833
Telephone: (916) 925-6620
Facsimile: (916) 925-1127
Email: tgriffin@hsmlaw.com

Seth L. Berman, Esq. (admitted *pro hac vice*)
ABRAMS, FENSTERMAN, FENSTERMAN, EISMAN,
FORMATO, FERRARA, WOLF & CARONE, LLP
3 Dakota Drive, Suite 300
Lake Success, NY 11042
Telephone: (516) 328-2300
Facsimile: (516) 328-6638
Email: sberman@abramslaw.com
*Attorneys for Plaintiff Yellowcake, Inc.*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| YELLOWCAKE, INC., a California corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DASHGO, INC., a Delaware corporation; and AUDIOMICRO, INC. d/b/a ADREV, a Delaware corporation,<br><br>　　　　　　Defendants. | CASE NO. 1:21-cv-00803-AWI-BAM<br><br>**STIPULATION RE: EXTENSION OF TIME TO FILE REPLY PAPERS IN SUPPORT OF DEFENDANTS' MOTION: (A) TO DISMISS OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT; AND (B) TO STRIKE ALLEGATIONS OF PLAINTIFF'S AMENDED COMPLAINT; AND TO CONTINUE THE HEARING ON THE MOTION;** |

STIPULATION RE: EXTENSION OF TIME TO FILE REPLY PAPERS

**[~~PROPOSED~~] ORDER**

**Date**:  Monday, October 4, 2021

**Time**:  1:30 p.m.

**Place:**  United States District Court, E.D. Cal.

    Robert E. Coyle U.S. Courthouse

    Courtroom 2 – Eighth Floor

    2500 Tulare Street
    Fresno, CA 93721

(E-filing)

Hon. Judge Anthony W. Ishii, Presiding

STIPULATION RE: EXTENSION OF TIME TO FILE REPLY PAPERS

Defendants Dashgo, Inc. ("Dashgo") and Audiomicro, Inc. d/b/a Adrev ("Adrev") (collectively, "Defendants"), on the one hand, and Plaintiff Yellowcake, Inc. ("Yellowcake" or "Plaintiff"), on the other hand, by and through counsel, hereby make the below agreement and stipulation with regard to the following facts:

1. On July 21, 2021, Plaintiff filed an Amended Complaint.

2. On August 3, 2021, Defendants filed a motion to dismiss or, in the alternative, for a more definite statement, and to strike allegations of Plaintiff's Amended Complaint ("Motion"), noticing a hearing date of Monday, September 13, 2021.

3. On August 25, 2021, the Court issued a minute order continuing the hearing on the Motion to October 4, 2021 and ordering that any opposition or reply is to be filed no later than the applicable dates set through Local Rule 230(b).

4. Pursuant to Local Rule 230(b), Plaintiff's papers in opposition to the Motion are now due on Monday, September 20, 2021, giving Plaintiff's counsel a total of thirty-three (33) business days to prepare and file Plaintiff's papers in opposition to the Motion.

5. Defendants' counsel is unavailable (and does not work) during the Jewish holidays of Rosh Hashanah (September 7 & 8), Yom Kippur (September 16) and Sukkot (September 21, 22, 27 & 28).

6. Pursuant to Local Rule 230(b), Defendants' reply papers in support of the Motion are now due on Monday, September 27, 2021, giving Defendants' counsel a total of two (2) business days to prepare Defendants' reply papers.

THEREFORE, IT IS HEREBY STIPULATED AS FOLLOWS:

A. Upon entry of an order hereon:

     **a.** Defendants' reply papers in support of the Motion shall be filed and served on or before Thursday, September 30, 2021; *or, in the alternative*

     b.  The hearing on Defendants' Motion shall be continued to Monday, October 11, 2021, or such other date as the Court may determine to be appropriate, and Plaintiff's papers in opposition to the Motion shall be filed and served on or before Monday, September 20, 2021 and Defendants' reply papers in support of the Motion shall be filed and served on or before Monday, October 4, 2021.

SO STIPULATED.

DICKENSON PEATMAN & FOGARTY P.C.

Dated: _____  By: _____
                                                         Richard J. Idell
                                                         Ory Sandel
                                                         *Attorneys for Defendants Dashgo, Inc. and Audiomicro, Inc. d.b.a. Adrev*

HEFNER, STARK & MAROIS, LLP

Dated: _____  By: _____
                                                         Thomas P. Griffin, Jr.
                                                         *Attorneys for Plaintiff Yellowcake, Inc.*

**[PROPOSED] ORDER**

The Stipulation of the parties, having come before the Court, and good cause appearing, IT IS HEREBY ORDERED as follows:

The hearing on Defendants' motion to dismiss or, in the alternative, for a more definite statement, and to strike allegations of Plaintiff's Amended Complaint ("Motion") is hereby continued to **October 12, 2021,** at 1:30 p.m. in Courtroom No. 2.  Plaintiff's papers in opposition to the Motion shall be filed and served on or before Monday, September 20, 2021. Defendants' reply papers in support of the Motion shall be filed and served on or before Monday, October 4, 2021.

IT IS SO ORDERED.

Dated:   August 31, 2021                            _____
                                                    SENIOR DISTRICT JUDGE