# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YELLOWCAKE, INC., a California corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>DASHGO, INC., a Delaware corporation; and AUDIOMICRO, INC. d/b/a ADREV, a Delaware corporation,<br><br>　　　　　　　Defendants. | CASE NO. 1:21-cv-00803-AWI-BAM<br><br>**ORDER GRANTING PARTIES' STIPULATION RE: EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO: (1) PLAINTIFF'S REQUEST FOR PRODUCTION TO DEFENDANTS – SET ONE; AND (2) PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANTS**<br><br>(Doc. 28.) |

1

On December 28, 2021, Plaintiff Yellowcake, Inc. ("Plaintiff" or "Yellowcake") along with defendants Dashgo, Inc. ("Dashgo") and Audiomicro, Inc. d.b.a. Adrev ("Adrev") (collectively, "Defendants"), filed a second joint stipulation to extend the time for Defendants to respond to Plaintiff's request for production, set one and Plaintiff's first set of interrogatories. (Doc. 28.) The parties requested an extension of eight (8) days, from December 31, 2021 to January 7, 2022. (*Id.*) Under Local Rule 144(a), initial stipulations for extensions of time to respond to discovery requests do not require a court order. However, since this is a second request for extension, an order is required.

Therefore, pursuant to the Stipulation of the Parties, and good cause appearing, IT IS HEREBY ORDERED as follows:

1. Defendants Dashgo, Inc. and Audiomicro, Inc. d.b.a. Adrev's written responses to Yellowcake, Inc.'s Requests for Production to Defendants – Set One are due on or before January 7, 2022.

2. Defendants Dashgo, Inc. and Audiomicro, Inc. d.b.a. Adrev's written responses to Yellowcake, Inc.'s First Set of Interrogatories are due on or before January 7, 2022.

IT IS SO ORDERED.

Dated:   **January 6, 2022**              /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE