# EXHIBIT C

| DashGo UPC | Colonize UPC | Release Display Artist | Album Title | Track Number | Track Title | SR | Platform |
|---|---|---|---|---|---|---|---|
| 18736108457 | 682858287781 | Carlos y Jose | 20 Corridos Originales | 1 | El Gavilan De Agua Prieta | MX | Amazon |
| 18736108457 | 682858287781 | Carlos y Jose | 20 Corridos Originales | 2 | Venganza Desconocida | MX | Amazon |
| 18736108457 | 682858287781 | Carlos y Jose | 20 Corridos Originales | 3 | Los Valientes De Teran | MX | Amazon |
| 18736108457 | 682858287781 | Carlos y Jose | 20 Corridos Originales | 4 | El Patron Mayor | MX | Amazon |
| 18736108457 | 682858287781 | Carlos y Jose | 20 Corridos Originales | 5 | El Odio De Dos Hermanos | MX | Amazon |
| 18736108457 | 682858287781 | Carlos y Jose | 20 Corridos Originales | 6 | Dos Pistolas De Recuerdo | MX | Amazon |
| 18736108457 | 682858287781 | Carlos y Jose | 20 Corridos Originales | 7 | El Tartanero | MX | Amazon |
| 18736108457 | 682858287781 | Carlos y Jose | 20 Corridos Originales | 8 | Agapito Casanova | MX | Amazon |
| 18736108457 | 682858287781 | Carlos y Jose | 20 Corridos Originales | 9 | El Tres Dedos | MX | Amazon |
| 18736108457 | 682858287781 | Carlos y Jose | 20 Corridos Originales | 10 | El Muchacho Y El Potro | MX | Amazon |
| 18736108457 | 682858287781 | Carlos y Jose | 20 Corridos Originales | 11 | El Manchas Blancas | MX | Amazon |
| 18736108457 | 682858287781 | Carlos y Jose | 20 Corridos Originales | 12 | El Moro De Cumpas | MX | Amazon |
| 18736108457 | 682858287781 | Carlos y Jose | 20 Corridos Originales | 13 | Caballo De La Cordada | MX | Amazon |
| 18736108457 | 682858287781 | Carlos y Jose | 20 Corridos Originales | 14 | El Caballo Melado | MX | Amazon |
| 18736108457 | 682858287781 | Carlos y Jose | 20 Corridos Originales | 15 | El Lucero Y La Dama | MX | Amazon |
| 18736108457 | 682858287781 | Carlos y Jose | 20 Corridos Originales | 16 | Siete Leguas | MX | Amazon |
| 18736108457 | 682858287781 | Carlos y Jose | 20 Corridos Originales | 17 | El Caballo Ensillado | MX | Amazon |
| 18736108457 | 682858287781 | Carlos y Jose | 20 Corridos Originales | 18 | La Noria Escondiada | MX | Amazon |
| 18736108457 | 682858287781 | Carlos y Jose | 20 Corridos Originales | 19 | Tres Viudas Solas | MX | Amazon |
| 18736108457 | 682858287781 | Carlos y Jose | 20 Corridos Originales | 20 | La Mata De Sandia | MX | Amazon |
| 18736123702 | 682858287910 | Gilberto Valenzuela | Celoso | 1 | Hazla Regresar | MX | Amazon |
| 18736123702 | 682858287910 | Gilberto Valenzuela | Celoso | 2 | Una Copa Mas | MX | Amazon |
| 18736123702 | 682858287910 | Gilberto Valenzuela | Celoso | 3 | Hay Que Saber Perder | MX | Amazon |
| 18736123702 | 682858287910 | Gilberto Valenzuela | Celoso | 4 | Incertidumbre | MX | Amazon |
| 18736123702 | 682858287910 | Gilberto Valenzuela | Celoso | 5 | Vereda Tropical | MX | Amazon |
| 18736123702 | 682858287910 | Gilberto Valenzuela | Celoso | 6 | Cuatro Vidas | MX | Amazon |
| 18736123702 | 682858287910 | Gilberto Valenzuela | Celoso | 7 | Amor De La Calle | MX | Amazon |
| 18736123702 | 682858287910 | Gilberto Valenzuela | Celoso | 8 | El Moro De Cumpas | MX | Amazon |
| 18736123702 | 682858287910 | Gilberto Valenzuela | Celoso | 9 | La Traicionera | MX | Amazon |
| 18736123702 | 682858287910 | Gilberto Valenzuela | Celoso | 10 | En Buena Ley | MX | Amazon |
| 18736123702 | 682858287910 | Gilberto Valenzuela | Celoso | 11 | Que Sacrificio | MX | Amazon |
| 18736123702 | 682858287910 | Gilberto Valenzuela | Celoso | 12 | Por Que | MX | Amazon |
| 18736123702 | 682858287910 | Gilberto Valenzuela | Celoso | 13 | Sonora Querida | MX | Amazon |
| 18736123702 | 682858287910 | Gilberto Valenzuela | Celoso | 14 | A Pesar Del Tiempo | MX | Amazon |
| 18736123702 | 682858287910 | Gilberto Valenzuela | Celoso | 15 | Al Ver Que Te Vas | MX | Amazon |
| 18736123702 | 682858287910 | Gilberto Valenzuela | Celoso | 16 | Pacto Suicida | MX | Amazon |
| 18736123702 | 682858287910 | Gilberto Valenzuela | Celoso | 17 | La Carcel De Cananea | MX | Amazon |
| 18736123702 | 682858287910 | Gilberto Valenzuela | Celoso | 18 | Caballo Prieto Azabache | MX | Amazon |
| 18736123702 | 682858287910 | Gilberto Valenzuela | Celoso | 19 | Deje A Mis Padres | MX | Amazon |
| 18736123702 | 682858287910 | Gilberto Valenzuela | Celoso | 20 | Desesperanza | MX | Amazon |
| 18736123702 | 682858287910 | Gilberto Valenzuela | Celoso | 21 | La Rafaelita | MX | Amazon |
| 18736123702 | 682858287910 | Gilberto Valenzuela | Celoso | 22 | Asi Soy Yo | MX | Amazon |
| 18736123702 | 682858287910 | Gilberto Valenzuela | Celoso | 23 | Barrio Pobre | MX | Amazon |
| 18736123702 | 682858287910 | Gilberto Valenzuela | Celoso | 24 | La Higuera De Sonora | MX | Amazon |
| 18736123702 | 682858287910 | Gilberto Valenzuela | Celoso | 25 | A Flor De Labio | MX | Amazon |
| 18736123702 | 682858287910 | Gilberto Valenzuela | Celoso | 26 | Mitad Tu  Mitad Yo | MX | Amazon |
| 18736128356 | 682858297377 | El Jefe & Su Grupo | 12 Super Exitos | 1 | No Te Vayas | MX | Amazon |
| 18736128356 | 682858297377 | El Jefe & Su Grupo | 12 Super Exitos | 2 | Un Mal Amor | MX | Amazon |
| 18736128356 | 682858297377 | El Jefe & Su Grupo | 12 Super Exitos | 3 | Infiel | MX | Amazon |
| 18736128356 | 682858297377 | El Jefe & Su Grupo | 12 Super Exitos | 4 | Cruel Condena | MX | Amazon |
| 18736128356 | 682858297377 | El Jefe & Su Grupo | 12 Super Exitos | 5 | Amor De Pobre | MX | Amazon |
| 18736128356 | 682858297377 | El Jefe & Su Grupo | 12 Super Exitos | 6 | Amorosa | MX | Amazon |
| 18736128356 | 682858297377 | El Jefe & Su Grupo | 12 Super Exitos | 7 | Tu Recuerdo Y Yo | MX | Amazon |
| 18736128356 | 682858297377 | El Jefe & Su Grupo | 12 Super Exitos | 8 | Amor Ingrato | MX | Amazon |
| 18736128356 | 682858297377 | El Jefe & Su Grupo | 12 Super Exitos | 9 | Un Dia Muy Triste | MX | Amazon |
| 18736128356 | 682858297377 | El Jefe & Su Grupo | 12 Super Exitos | 10 | Paloma Piquito Negro | MX | Amazon |
| 18736128356 | 682858297377 | El Jefe & Su Grupo | 12 Super Exitos | 11 | Jamas Jamas | MX | Amazon |
| 18736128356 | 682858297377 | El Jefe & Su Grupo | 12 Super Exitos | 12 | Tengo Recuerdos De Ti | MX | Amazon |
| 18736173578 | 682858297643 | Jose Luis | Tu Diras Corazon | 1 | Tu Diras Corazon | MX | Amazon |
| 18736173578 | 682858297643 | Jose Luis | Tu Diras Corazon | 2 | Companero Corazon | MX | Amazon |
| 18736173578 | 682858297643 | Jose Luis | Tu Diras Corazon | 3 | La Confianza Se Pierde | MX | Amazon |
| 18736173578 | 682858297643 | Jose Luis | Tu Diras Corazon | 4 | Levantame El Castigo | MX | Amazon |
| 18736173578 | 682858297643 | Jose Luis | Tu Diras Corazon | 5 | Que Seas Feliz | MX | Amazon |
| 18736173578 | 682858297643 | Jose Luis | Tu Diras Corazon | 6 | Que Te Cuesta | MX | Amazon |
| 18736173578 | 682858297643 | Jose Luis | Tu Diras Corazon | 7 | Sacaste Boleto | MX | Amazon |
| 18736173578 | 682858297643 | Jose Luis | Tu Diras Corazon | 8 | Te Buscare | MX | Amazon |
| 18736173578 | 682858297643 | Jose Luis | Tu Diras Corazon | 9 | Dile A Tu Marido | MX | Amazon |
| 18736173578 | 682858297643 | Jose Luis | Tu Diras Corazon | 10 | Mi Hermano Salio El 18 | MX | Amazon |
| 18736173578 | 682858297643 | Jose Luis | Tu Diras Corazon | 11 | Con Tu Amor | MX | Amazon |
| 18736173578 | 682858297643 | Jose Luis | Tu Diras Corazon | 12 | Las Glorias Del Jefe | MX | Amazon |
| 18736173578 | 682858297643 | Jose Luis | Tu Diras Corazon | 13 | La Probadita | MX | Amazon |
| 18736127700 | 682858297360 | Las Hermanas Aguila | 20 Super Exitos Originales | 1 | Flor Sin Retono | MX | Amazon |
| 18736127700 | 682858297360 | Las Hermanas Aguila | 20 Super Exitos Originales | 2 | Que Te Ha Dado Esa Mujer | MX | Amazon |
| 18736127700 | 682858297360 | Las Hermanas Aguila | 20 Super Exitos Originales | 3 | Al Morir La Tarde | MX | Amazon |
| 18736127700 | 682858297360 | Las Hermanas Aguila | 20 Super Exitos Originales | 4 | Cuatro Milpas | MX | Amazon |
| 18736127700 | 682858297360 | Las Hermanas Aguila | 20 Super Exitos Originales | 5 | Espinita | MX | Amazon |
| 18736127700 | 682858297360 | Las Hermanas Aguila | 20 Super Exitos Originales | 6 | Frenesi y Perfidia | MX | Amazon |
| 18736127700 | 682858297360 | Las Hermanas Aguila | 20 Super Exitos Originales | 7 | Farolito | MX | Amazon |
| 18736127700 | 682858297360 | Las Hermanas Aguila | 20 Super Exitos Originales | 8 | Sin Ti | MX | Amazon |
| 18736127700 | 682858297360 | Las Hermanas Aguila | 20 Super Exitos Originales | 9 | El Rosal Enfermo | MX | Amazon |
| 18736127700 | 682858297360 | Las Hermanas Aguila | 20 Super Exitos Originales | 10 | Sacrificio | MX | Amazon |
| 18736127700 | 682858297360 | Las Hermanas Aguila | 20 Super Exitos Originales | 11 | Senora Tentacion | MX | Amazon |
| 18736127700 | 682858297360 | Las Hermanas Aguila | 20 Super Exitos Originales | 12 | No Te Creo | MX | Amazon |
| 18736127700 | 682858297360 | Las Hermanas Aguila | 20 Super Exitos Originales | 13 | Mis Ojos Me Denuncian | MX | Amazon |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 18736127700 | 682858297360 | Las Hermanas Aguila | 20 Super Exitos Originales | 14 | Temor y Traicion | MX | Amazon |
| 18736127700 | 682858297360 | Las Hermanas Aguila | 20 Super Exitos Originales | 15 | Hoja Seca | MX | Amazon |
| 18736127700 | 682858297360 | Las Hermanas Aguila | 20 Super Exitos Originales | 16 | Ven A Verme A Mi | MX | Amazon |
| 18736127700 | 682858297360 | Las Hermanas Aguila | 20 Super Exitos Originales | 17 | Mi Tormento | MX | Amazon |
| 18736127700 | 682858297360 | Las Hermanas Aguila | 20 Super Exitos Originales | 18 | Arroyito | MX | Amazon |
| 18736127700 | 682858297360 | Las Hermanas Aguila | 20 Super Exitos Originales | 19 | La Vida Se Va | MX | Amazon |
| 18736127700 | 682858297360 | Las Hermanas Aguila | 20 Super Exitos Originales | 20 | Que Te Valla Bien | MX | Amazon |
| 18736127694 | 682858297353 | Requinto Vaquero | Las Mulas De Moreno | 1 | Las Mulas De Moreno | MX | Amazon |
| 18736127694 | 682858297353 | Requinto Vaquero | Las Mulas De Moreno | 2 | Sobre La Cama | MX | Amazon |
| 18736127694 | 682858297353 | Requinto Vaquero | Las Mulas De Moreno | 3 | Handan Diciendo Por Hai | MX | Amazon |
| 18736127694 | 682858297353 | Requinto Vaquero | Las Mulas De Moreno | 4 | Chuy Y Mauricio | MX | Amazon |
| 18736127694 | 682858297353 | Requinto Vaquero | Las Mulas De Moreno | 5 | La Cerca | MX | Amazon |
| 18736127694 | 682858297353 | Requinto Vaquero | Las Mulas De Moreno | 6 | Palomas Que Handan Volando | MX | Amazon |
| 18736127694 | 682858297353 | Requinto Vaquero | Las Mulas De Moreno | 7 | El Mariguano | MX | Amazon |
| 18736127694 | 682858297353 | Requinto Vaquero | Las Mulas De Moreno | 8 | El Lobo Domestico | MX | Amazon |
| 18736127694 | 682858297353 | Requinto Vaquero | Las Mulas De Moreno | 9 | Yesenia Lopez | MX | Amazon |
| 18736127694 | 682858297353 | Requinto Vaquero | Las Mulas De Moreno | 10 | Acavo De Enterarme | MX | Amazon |
| 18736127694 | 682858297353 | Requinto Vaquero | Las Mulas De Moreno | 11 | Como Se Mata El Gusano | MX | Amazon |
| 18736127694 | 682858297353 | Requinto Vaquero | Las Mulas De Moreno | 12 | Me Muero | MX | Amazon |
| 18736127694 | 682858297353 | Requinto Vaquero | Las Mulas De Moreno | 13 | Antes De Que Te Vallas | MX | Amazon |
| 18736173622 | 682858297681 | Rita y Jose | 15 Super Exitos Con Mariachi | 1 | Cuando Salgo A Los Campos | MX | Amazon |
| 18736173622 | 682858297681 | Rita y Jose | 15 Super Exitos Con Mariachi | 2 | Morena La Causa Fuiste | MX | Amazon |
| 18736173622 | 682858297681 | Rita y Jose | 15 Super Exitos Con Mariachi | 3 | Alma Enamorada | MX | Amazon |
| 18736173622 | 682858297681 | Rita y Jose | 15 Super Exitos Con Mariachi | 4 | Debajo De Los Laureles (El Huerfanito) | MX | Amazon |
| 18736173622 | 682858297681 | Rita y Jose | 15 Super Exitos Con Mariachi | 5 | A Las Once De La Noche | MX | Amazon |
| 18736173622 | 682858297681 | Rita y Jose | 15 Super Exitos Con Mariachi | 6 | Que Te Falta | MX | Amazon |
| 18736173622 | 682858297681 | Rita y Jose | 15 Super Exitos Con Mariachi | 7 | Te Vas Angel Mio | MX | Amazon |
| 18736173622 | 682858297681 | Rita y Jose | 15 Super Exitos Con Mariachi | 8 | La Zenaida | MX | Amazon |
| 18736173622 | 682858297681 | Rita y Jose | 15 Super Exitos Con Mariachi | 9 | Compadecete Mujer | MX | Amazon |
| 18736173622 | 682858297681 | Rita y Jose | 15 Super Exitos Con Mariachi | 10 | El Huerto | MX | Amazon |
| 18736173622 | 682858297681 | Rita y Jose | 15 Super Exitos Con Mariachi | 11 | A Donde Andara | MX | Amazon |
| 18736173622 | 682858297681 | Rita y Jose | 15 Super Exitos Con Mariachi | 12 | Una Sombra | MX | Amazon |
| 18736173622 | 682858297681 | Rita y Jose | 15 Super Exitos Con Mariachi | 13 | Angel De Mis Anhelos | MX | Amazon |
| 18736173622 | 682858297681 | Rita y Jose | 15 Super Exitos Con Mariachi | 14 | Sierra Ingrata | MX | Amazon |
| 18736173622 | 682858297681 | Rita y Jose | 15 Super Exitos Con Mariachi | 15 | Cachito De Luna | MX | Amazon |
| 18736173271 | 682858303344 | Cantos Cristianos | Una Historia Real | 1 | Una Historia Real | MX | Amazon |
| 18736173271 | 682858303344 | Cantos Cristianos | Una Historia Real | 2 | Andando De Tu Mano | MX | Amazon |
| 18736173271 | 682858303344 | Cantos Cristianos | Una Historia Real | 3 | Cuando Ya No Pueda | MX | Amazon |
| 18736173271 | 682858303344 | Cantos Cristianos | Una Historia Real | 4 | Senor Dios | MX | Amazon |
| 18736173271 | 682858303344 | Cantos Cristianos | Una Historia Real | 5 | Alma Misionera | MX | Amazon |
| 18736173271 | 682858303344 | Cantos Cristianos | Una Historia Real | 6 | La Llave De La Felicidad | MX | Amazon |
| 18736173271 | 682858303344 | Cantos Cristianos | Una Historia Real | 7 | Dios Esta Aqui | MX | Amazon |
| 18736173271 | 682858303344 | Cantos Cristianos | Una Historia Real | 8 | Solo eres Tu | MX | Amazon |
| 18736173271 | 682858303344 | Cantos Cristianos | Una Historia Real | 9 | La Otra Mujer | MX | Amazon |
| 18736173271 | 682858303344 | Cantos Cristianos | Una Historia Real | 10 | Vuelve A Sonar | MX | Amazon |
| 18736173271 | 682858303344 | Cantos Cristianos | Una Historia Real | 11 | Espiritu De Dios | MX | Amazon |
| 18736173271 | 682858303344 | Cantos Cristianos | Una Historia Real | 12 | Soy Senor | MX | Amazon |
| 18736173271 | 682858303344 | Cantos Cristianos | Una Historia Real | 13 | Maria Jose | MX | Amazon |
| 18736173271 | 682858303344 | Cantos Cristianos | Una Historia Real | 14 | Danos Gracias Al Dios | MX | Amazon |
| 18736173271 | 682858303344 | Cantos Cristianos | Una Historia Real | 15 | El Hombre Necesita De Dios | MX | Amazon |
| 18736148019 | 682858300190 | Grupo Fascinacion | Quien Eres Tu | 1 | Quien Eres Tu | MX | Amazon |
| 18736148019 | 682858300190 | Grupo Fascinacion | Quien Eres Tu | 2 | Ando Bien Arreglado | MX | Amazon |
| 18736148019 | 682858300190 | Grupo Fascinacion | Quien Eres Tu | 3 | Cuota De Paso | MX | Amazon |
| 18736148019 | 682858300190 | Grupo Fascinacion | Quien Eres Tu | 4 | Supe Perder | MX | Amazon |
| 18736148019 | 682858300190 | Grupo Fascinacion | Quien Eres Tu | 5 | Se Acabaron Las Caricias | MX | Amazon |
| 18736148019 | 682858300190 | Grupo Fascinacion | Quien Eres Tu | 6 | Porque No Vienes | MX | Amazon |
| 18736148019 | 682858300190 | Grupo Fascinacion | Quien Eres Tu | 7 | En Realidad | MX | Amazon |
| 18736148019 | 682858300190 | Grupo Fascinacion | Quien Eres Tu | 8 | Corrido De Jose Luis | MX | Amazon |
| 18736148019 | 682858300190 | Grupo Fascinacion | Quien Eres Tu | 9 | El Negrito | MX | Amazon |
| 18736148019 | 682858300190 | Grupo Fascinacion | Quien Eres Tu | 10 | Sabor Amargo | MX | Amazon |
| 18736148019 | 682858300190 | Grupo Fascinacion | Quien Eres Tu | 11 | El Teniente Y El Ranchero | MX | Amazon |
| 18736173370 | 682858303443 | Reflexiones Y Alabanzas | Alabanzas | 1 | Yo SoyTu Dios | MX | Amazon |
| 18736173370 | 682858303443 | Reflexiones Y Alabanzas | Alabanzas | 2 | Ten Piedad | MX | Amazon |
| 18736173370 | 682858303443 | Reflexiones Y Alabanzas | Alabanzas | 3 | Un Amigo | MX | Amazon |
| 18736173370 | 682858303443 | Reflexiones Y Alabanzas | Alabanzas | 4 | Pescador | MX | Amazon |
| 18736173370 | 682858303443 | Reflexiones Y Alabanzas | Alabanzas | 5 | Oalabras De Amor | MX | Amazon |
| 18736173370 | 682858303443 | Reflexiones Y Alabanzas | Alabanzas | 6 | te Prestare A Tus Padres Por Un Tiempo | MX | Amazon |
| 18736173370 | 682858303443 | Reflexiones Y Alabanzas | Alabanzas | 7 | Amarte Solo A Ti | MX | Amazon |
| 18736173370 | 682858303443 | Reflexiones Y Alabanzas | Alabanzas | 8 | Perdon | MX | Amazon |
| 18736173370 | 682858303443 | Reflexiones Y Alabanzas | Alabanzas | 9 | Otra Vez | MX | Amazon |
| 18736173370 | 682858303443 | Reflexiones Y Alabanzas | Alabanzas | 10 | Morir Por Ti | MX | Amazon |
| 18736173370 | 682858303443 | Reflexiones Y Alabanzas | Alabanzas | 11 | No Me Busques Aqui | MX | Amazon |
| 18736173370 | 682858303443 | Reflexiones Y Alabanzas | Alabanzas | 12 | Obsecion | MX | Amazon |
| 18736173370 | 682858303443 | Reflexiones Y Alabanzas | Alabanzas | 13 | Entre Tus Manos | MX | Amazon |
| 18736173370 | 682858303443 | Reflexiones Y Alabanzas | Alabanzas | 14 | Nostalgia | MX | Amazon |
| 18736173370 | 682858303443 | Reflexiones Y Alabanzas | Alabanzas | 15 | No Hay Dos | MX | Amazon |
| 18736166761 | 758381386571 | Aniceto Molina | 15 Exitos | 1 | Mercedes | MX | Amazon |
| 18736166761 | 758381386571 | Aniceto Molina | 15 Exitos | 2 | Charanga Costena | MX | Amazon |
| 18736166761 | 758381386571 | Aniceto Molina | 15 Exitos | 3 | Por Todo el Mundo | MX | Amazon |
| 18736166761 | 758381386571 | Aniceto Molina | 15 Exitos | 4 | Mataron al Perro | MX | Amazon |
| 18736166761 | 758381386571 | Aniceto Molina | 15 Exitos | 5 | No Llores | MX | Amazon |
| 18736166761 | 758381386571 | Aniceto Molina | 15 Exitos | 6 | Las Bodas | MX | Amazon |
| 18736166761 | 758381386571 | Aniceto Molina | 15 Exitos | 7 | Mi Sombrero Volteado | MX | Amazon |
| 18736166761 | 758381386571 | Aniceto Molina | 15 Exitos | 8 | Mi Cafetal | MX | Amazon |
| 18736166761 | 758381386571 | Aniceto Molina | 15 Exitos | 9 | Cabaretera | MX | Amazon |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 18736166761 | 758381386571 | Aniceto Molina | 15 Exitos | | 10 | Se Caso el Gallo | MX | Amazon |
| 18736166761 | 758381386571 | Aniceto Molina | 15 Exitos | | 11 | Me Esta Matando | MX | Amazon |
| 18736166761 | 758381386571 | Aniceto Molina | 15 Exitos | | 12 | El Gusanito | MX | Amazon |
| 18736166761 | 758381386571 | Aniceto Molina | 15 Exitos | | 13 | Palito de Ahuacate | MX | Amazon |
| 18736166761 | 758381386571 | Aniceto Molina | 15 Exitos | | 14 | Playas Marinas | MX | Amazon |
| 18736166761 | 758381386571 | Aniceto Molina | 15 Exitos | | 15 | Cumbia Campanera | MX | Amazon |
| 18736171314 | 682858325643 | La Luz Roja De San Marcos | Dos En Uno Vol. 1 | | 1 | Mi Cafetal | MX | Amazon |
| 18736171314 | 682858325643 | La Luz Roja De San Marcos | Dos En Uno Vol. 1 | | 2 | 15 Primaveras | MX | Amazon |
| 18736171314 | 682858325643 | La Luz Roja De San Marcos | Dos En Uno Vol. 1 | | 3 | Tu Recuerdo | MX | Amazon |
| 18736171314 | 682858325643 | La Luz Roja De San Marcos | Dos En Uno Vol. 1 | | 4 | Mataron Al Perro | MX | Amazon |
| 18736171314 | 682858325643 | La Luz Roja De San Marcos | Dos En Uno Vol. 1 | | 5 | Mi Linda San Marquena | MX | Amazon |
| 18736171314 | 682858325643 | La Luz Roja De San Marcos | Dos En Uno Vol. 1 | | 6 | Por Todo El Mundo | MX | Amazon |
| 18736171314 | 682858325643 | La Luz Roja De San Marcos | Dos En Uno Vol. 1 | | 7 | Cabeza De Hacha | MX | Amazon |
| 18736171314 | 682858325643 | La Luz Roja De San Marcos | Dos En Uno Vol. 1 | | 8 | Ojitos Bellos | MX | Amazon |
| 18736171314 | 682858325643 | La Luz Roja De San Marcos | Dos En Uno Vol. 1 | | 9 | La Basurita | MX | Amazon |
| 18736171314 | 682858325643 | La Luz Roja De San Marcos | Dos En Uno Vol. 1 | | 10 | Playas De Acapulco | MX | Amazon |
| 18736171314 | 682858325643 | La Luz Roja De San Marcos | Dos En Uno Vol. 1 | | 11 | El Gallo Pelon | MX | Amazon |
| 18736171314 | 682858325643 | La Luz Roja De San Marcos | Dos En Uno Vol. 1 | | 12 | Mata De Cana | MX | Amazon |
| 18736171314 | 682858325643 | La Luz Roja De San Marcos | Dos En Uno Vol. 1 | | 13 | Resbalo Mercedes | MX | Amazon |
| 18736171314 | 682858325643 | La Luz Roja De San Marcos | Dos En Uno Vol. 1 | | 14 | La Receta | MX | Amazon |
| 18736171314 | 682858325643 | La Luz Roja De San Marcos | Dos En Uno Vol. 1 | | 15 | El Azulejo | MX | Amazon |
| 18736171314 | 682858325643 | La Luz Roja De San Marcos | Dos En Uno Vol. 1 | | 16 | La Muerte De Marili | MX | Amazon |
| 18736171314 | 682858325643 | La Luz Roja De San Marcos | Dos En Uno Vol. 1 | | 17 | Cumbia De La Sabana | MX | Amazon |
| 18736171314 | 682858325643 | La Luz Roja De San Marcos | Dos En Uno Vol. 1 | | 18 | Te Recuerdo | MX | Amazon |
| 18736171314 | 682858325643 | La Luz Roja De San Marcos | Dos En Uno Vol. 1 | | 19 | Cumbia De La Sirenita | MX | Amazon |
| 18736171314 | 682858325643 | La Luz Roja De San Marcos | Dos En Uno Vol. 1 | | 20 | Cumbia Sobre El Mar | MX | Amazon |
| 18736166242 | 682858323045 | La Mafia | 16 Exitos Originales | | 1 | LLegando Ala Orilla | MX | Amazon |
| 18736166242 | 682858323045 | La Mafia | 16 Exitos Originales | | 2 | Dime Porque | MX | Amazon |
| 18736166242 | 682858323045 | La Mafia | 16 Exitos Originales | | 3 | Que Mal Me Tratas | MX | Amazon |
| 18736166242 | 682858323045 | La Mafia | 16 Exitos Originales | | 4 | Quiero Quiero | MX | Amazon |
| 18736166242 | 682858323045 | La Mafia | 16 Exitos Originales | | 5 | Carino | MX | Amazon |
| 18736166242 | 682858323045 | La Mafia | 16 Exitos Originales | | 6 | Demuestramelo | MX | Amazon |
| 18736166242 | 682858323045 | La Mafia | 16 Exitos Originales | | 7 | Regresa A Mi | MX | Amazon |
| 18736166242 | 682858323045 | La Mafia | 16 Exitos Originales | | 8 | Tu Tu Y Solo Tu | MX | Amazon |
| 18736166242 | 682858323045 | La Mafia | 16 Exitos Originales | | 9 | Nada Mas | MX | Amazon |
| 18736166242 | 682858323045 | La Mafia | 16 Exitos Originales | | 10 | Ensename A Perder | MX | Amazon |
| 18736166242 | 682858323045 | La Mafia | 16 Exitos Originales | | 11 | No Quiero Que Te Vayas | MX | Amazon |
| 18736166242 | 682858323045 | La Mafia | 16 Exitos Originales | | 12 | Tu Retrato | MX | Amazon |
| 18736166242 | 682858323045 | La Mafia | 16 Exitos Originales | | 13 | Sigue Cantando | MX | Amazon |
| 18736166242 | 682858323045 | La Mafia | 16 Exitos Originales | | 14 | Eloisa | MX | Amazon |
| 18736166242 | 682858323045 | La Mafia | 16 Exitos Originales | | 15 | No Te Vayas A Olvidar | MX | Amazon |
| 18736166242 | 682858323045 | La Mafia | 16 Exitos Originales | | 16 | Dices Que Te Vas | MX | Amazon |
| 18736165214 | 682858322918 | Los Cadetes De Linares | 15 Grandes Exitos | | 1 | Dos Mujeres | MX | Amazon |
| 18736165214 | 682858322918 | Los Cadetes De Linares | 15 Grandes Exitos | | 2 | Prenda Del Alma | MX | Amazon |
| 18736165214 | 682858322918 | Los Cadetes De Linares | 15 Grandes Exitos | | 3 | El Vino | MX | Amazon |
| 18736165214 | 682858322918 | Los Cadetes De Linares | 15 Grandes Exitos | | 4 | Canto A Las Cuerdas | MX | Amazon |
| 18736165214 | 682858322918 | Los Cadetes De Linares | 15 Grandes Exitos | | 5 | Paloma Azul | MX | Amazon |
| 18736165214 | 682858322918 | Los Cadetes De Linares | 15 Grandes Exitos | | 6 | Si Tu Me Dejas | MX | Amazon |
| 18736165214 | 682858322918 | Los Cadetes De Linares | 15 Grandes Exitos | | 7 | El Muchacho Y El Potro | MX | Amazon |
| 18736165214 | 682858322918 | Los Cadetes De Linares | 15 Grandes Exitos | | 8 | Corrido De Los Mendoza | MX | Amazon |
| 18736165214 | 682858322918 | Los Cadetes De Linares | 15 Grandes Exitos | | 9 | Falsas Promesas | MX | Amazon |
| 18736165214 | 682858322918 | Los Cadetes De Linares | 15 Grandes Exitos | | 10 | La Hilacha | MX | Amazon |
| 18736165214 | 682858322918 | Los Cadetes De Linares | 15 Grandes Exitos | | 11 | Juan Renteria | MX | Amazon |
| 18736165214 | 682858322918 | Los Cadetes De Linares | 15 Grandes Exitos | | 12 | Quiero Hablar Contigo | MX | Amazon |
| 18736165214 | 682858322918 | Los Cadetes De Linares | 15 Grandes Exitos | | 13 | Contrabando Por Amor | MX | Amazon |
| 18736165214 | 682858322918 | Los Cadetes De Linares | 15 Grandes Exitos | | 14 | Una Imploracion | MX | Amazon |
| 18736165214 | 682858322918 | Los Cadetes De Linares | 15 Grandes Exitos | | 15 | Que Barbaro | MX | Amazon |
| 18736171529 | 682858325834 | Los Sonantes Del Norte | Lo Que Descubri En Mi Vida | | 1 | Lo Que Platicamos | MX | Amazon |
| 18736171529 | 682858325834 | Los Sonantes Del Norte | Lo Que Descubri En Mi Vida | | 2 | Amor Sincero | MX | Amazon |
| 18736171529 | 682858325834 | Los Sonantes Del Norte | Lo Que Descubri En Mi Vida | | 3 | Tu Quisiste Abandonarme | MX | Amazon |
| 18736171529 | 682858325834 | Los Sonantes Del Norte | Lo Que Descubri En Mi Vida | | 4 | En Una Carta | MX | Amazon |
| 18736171529 | 682858325834 | Los Sonantes Del Norte | Lo Que Descubri En Mi Vida | | 5 | Pensando En Tu Amor | MX | Amazon |
| 18736171529 | 682858325834 | Los Sonantes Del Norte | Lo Que Descubri En Mi Vida | | 6 | Que Dices Chata | MX | Amazon |
| 18736171529 | 682858325834 | Los Sonantes Del Norte | Lo Que Descubri En Mi Vida | | 7 | Has Quedado Libremente | MX | Amazon |
| 18736171529 | 682858325834 | Los Sonantes Del Norte | Lo Que Descubri En Mi Vida | | 8 | Con Esos Ojos | MX | Amazon |
| 18736171529 | 682858325834 | Los Sonantes Del Norte | Lo Que Descubri En Mi Vida | | 9 | Que Vuelvas Conmigo | MX | Amazon |
| 18736171529 | 682858325834 | Los Sonantes Del Norte | Lo Que Descubri En Mi Vida | | 10 | Seis Copas | MX | Amazon |
| 18736171529 | 682858325834 | Los Sonantes Del Norte | Lo Que Descubri En Mi Vida | | 11 | Mujer Bandolera | MX | Amazon |
| 18736171529 | 682858325834 | Los Sonantes Del Norte | Lo Que Descubri En Mi Vida | | 12 | Una Vez Que Comprendas | MX | Amazon |
| 18736171529 | 682858325834 | Los Sonantes Del Norte | Lo Que Descubri En Mi Vida | | 13 | Me Enganaste | MX | Amazon |
| 18736171529 | 682858325834 | Los Sonantes Del Norte | Lo Que Descubri En Mi Vida | | 14 | Yo Vine A Buscarte | MX | Amazon |
| 18736171529 | 682858325834 | Los Sonantes Del Norte | Lo Que Descubri En Mi Vida | | 15 | Moises Fernandez | MX | Amazon |
| 18736171529 | 682858325834 | Los Sonantes Del Norte | Lo Que Descubri En Mi Vida | | 16 | Jamas Te Voy A Olvidar | MX | Amazon |
| 18736171529 | 682858325834 | Los Sonantes Del Norte | Lo Que Descubri En Mi Vida | | 17 | Lo Que Has Prometido | MX | Amazon |
| 18736171529 | 682858325834 | Los Sonantes Del Norte | Lo Que Descubri En Mi Vida | | 18 | No Poder Olvidarte | MX | Amazon |
| 18736171529 | 682858325834 | Los Sonantes Del Norte | Lo Que Descubri En Mi Vida | | 19 | Casita De Cristal | MX | Amazon |
| 18736171529 | 682858325834 | Los Sonantes Del Norte | Lo Que Descubri En Mi Vida | | 20 | Son Los Sonates Del Norte | MX | Amazon |
| 18736170775 | 682858325131 | Mario Mazza | En Vivo Vol. 3 | | 1 | Juana La Cubana (En Vivo) | MX | Amazon |
| 18736170775 | 682858325131 | Mario Mazza | En Vivo Vol. 3 | | 2 | Ella Se Puso Colorada (En Vivo) | MX | Amazon |
| 18736170775 | 682858325131 | Mario Mazza | En Vivo Vol. 3 | | 3 | La Batea (En Vivo) | MX | Amazon |
| 18736170775 | 682858325131 | Mario Mazza | En Vivo Vol. 3 | | 4 | No Me Vayas A Olvidar (En Vivo) | MX | Amazon |
| 18736170775 | 682858325131 | Mario Mazza | En Vivo Vol. 3 | | 5 | Mariquita (En Vivo) | MX | Amazon |
| 18736170775 | 682858325131 | Mario Mazza | En Vivo Vol. 3 | | 6 | Por Que Te Quiero (En Vivo) | MX | Amazon |
| 18736170775 | 682858325131 | Mario Mazza | En Vivo Vol. 3 | | 7 | Ya No Quiero Verla Mas (En Vivo) | MX | Amazon |
| 18736170775 | 682858325131 | Mario Mazza | En Vivo Vol. 3 | | 8 | El Ombliguito (En Vivo) | MX | Amazon |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 18736170775 | 682858325131 | Mario Mazza | En Vivo Vol. 3 | 9 | Pasito Tun Tun (En Vivo) | MX | Amazon |
| 18736170775 | 682858325131 | Mario Mazza | En Vivo Vol. 3 | 10 | Capitan (En Vivo) | MX | Amazon |
| 18736168574 | 682858324271 | EL Pollo Estevan Y SU Grupo Peq | Nueva Vida | 1 | Muchas Razones | MX | Amazon |
| 18736168574 | 682858324271 | EL Pollo Estevan Y SU Grupo Peq | Nueva Vida | 2 | Hoy Recorde | MX | Amazon |
| 18736168574 | 682858324271 | EL Pollo Estevan Y SU Grupo Peq | Nueva Vida | 3 | Dime Por Que | MX | Amazon |
| 18736168574 | 682858324271 | EL Pollo Estevan Y SU Grupo Peq | Nueva Vida | 4 | Parches | MX | Amazon |
| 18736168574 | 682858324271 | EL Pollo Estevan Y SU Grupo Peq | Nueva Vida | 5 | No Soy Yo | MX | Amazon |
| 18736168574 | 682858324271 | EL Pollo Estevan Y SU Grupo Peq | Nueva Vida | 6 | Estoy Enamorado | MX | Amazon |
| 18736168574 | 682858324271 | EL Pollo Estevan Y SU Grupo Peq | Nueva Vida | 7 | Atras De La Raya | MX | Amazon |
| 18736168574 | 682858324271 | EL Pollo Estevan Y SU Grupo Peq | Nueva Vida | 8 | Un recuerdo De Ayer | MX | Amazon |
| 18736168574 | 682858324271 | EL Pollo Estevan Y SU Grupo Peq | Nueva Vida | 9 | Ya Me Voy | MX | Amazon |
| 18736168574 | 682858324271 | EL Pollo Estevan Y SU Grupo Peq | Nueva Vida | 10 | Historia De Amor | MX | Amazon |
| 18736118753 | 682858305195 | Andres "El Guero" Landeros | 12 Grandes Exitos Con Banda | 1 | Pa' Que Y Por Que | MX | Amazon |
| 18736118753 | 682858305195 | Andres "El Guero" Landeros | 12 Grandes Exitos Con Banda | 2 | Los Girasoles | MX | Amazon |
| 18736118753 | 682858305195 | Andres "El Guero" Landeros | 12 Grandes Exitos Con Banda | 3 | Besame Y Olvidame | MX | Amazon |
| 18736118753 | 682858305195 | Andres "El Guero" Landeros | 12 Grandes Exitos Con Banda | 4 | Por Un Agujerito | MX | Amazon |
| 18736118753 | 682858305195 | Andres "El Guero" Landeros | 12 Grandes Exitos Con Banda | 5 | Asi | MX | Amazon |
| 18736118753 | 682858305195 | Andres "El Guero" Landeros | 12 Grandes Exitos Con Banda | 6 | Cuando Llegue El Momento | MX | Amazon |
| 18736118753 | 682858305195 | Andres "El Guero" Landeros | 12 Grandes Exitos Con Banda | 7 | Por Tal De Que Seas Feliz | MX | Amazon |
| 18736118753 | 682858305195 | Andres "El Guero" Landeros | 12 Grandes Exitos Con Banda | 8 | Besito Sabroso | MX | Amazon |
| 18736118753 | 682858305195 | Andres "El Guero" Landeros | 12 Grandes Exitos Con Banda | 9 | Tu Dulce Nombre | MX | Amazon |
| 18736118753 | 682858305195 | Andres "El Guero" Landeros | 12 Grandes Exitos Con Banda | 10 | Que Quieres Que Haga | MX | Amazon |
| 18736118753 | 682858305195 | Andres "El Guero" Landeros | 12 Grandes Exitos Con Banda | 11 | Que Me Entierren Con Botellas | MX | Amazon |
| 18736118753 | 682858305195 | Andres "El Guero" Landeros | 12 Grandes Exitos Con Banda | 12 | Pero Se Fue | MX | Amazon |
| 18736118746 | 682858305188 | Andres "El Guero" Landeros | De Puro Milagro | 1 | La Tumba Sera El Final | MX | Amazon |
| 18736118746 | 682858305188 | Andres "El Guero" Landeros | De Puro Milagro | 2 | Risa Me Causa | MX | Amazon |
| 18736118746 | 682858305188 | Andres "El Guero" Landeros | De Puro Milagro | 3 | Lagrimas Del Alma | MX | Amazon |
| 18736118746 | 682858305188 | Andres "El Guero" Landeros | De Puro Milagro | 4 | Mal Pagadora | MX | Amazon |
| 18736118746 | 682858305188 | Andres "El Guero" Landeros | De Puro Milagro | 5 | Mas De Mil Besos | MX | Amazon |
| 18736118746 | 682858305188 | Andres "El Guero" Landeros | De Puro Milagro | 6 | Empate De Amor | MX | Amazon |
| 18736118746 | 682858305188 | Andres "El Guero" Landeros | De Puro Milagro | 7 | Que Te Perdone El Diablo | MX | Amazon |
| 18736118746 | 682858305188 | Andres "El Guero" Landeros | De Puro Milagro | 8 | Mi Ranchito | MX | Amazon |
| 18736118746 | 682858305188 | Andres "El Guero" Landeros | De Puro Milagro | 9 | Sin Mentiras | MX | Amazon |
| 18736118746 | 682858305188 | Andres "El Guero" Landeros | De Puro Milagro | 10 | Tu Castigo | MX | Amazon |
| 18736118319 | 682858305119 | Banda Cuisillos | 15 Canonazos | 1 | Yo No Fui | MX | Amazon |
| 18736118319 | 682858305119 | Banda Cuisillos | 15 Canonazos | 2 | Motivos | MX | Amazon |
| 18736118319 | 682858305119 | Banda Cuisillos | 15 Canonazos | 3 | Corazon Magico | MX | Amazon |
| 18736118319 | 682858305119 | Banda Cuisillos | 15 Canonazos | 4 | No Me Vuelvo A Enamorar | MX | Amazon |
| 18736118319 | 682858305119 | Banda Cuisillos | 15 Canonazos | 5 | Anoche Sone | MX | Amazon |
| 18736118319 | 682858305119 | Banda Cuisillos | 15 Canonazos | 6 | Lo Que Te Queda | MX | Amazon |
| 18736118319 | 682858305119 | Banda Cuisillos | 15 Canonazos | 7 | Recuerdame Bonito | MX | Amazon |
| 18736118319 | 682858305119 | Banda Cuisillos | 15 Canonazos | 8 | Esta Cobardia | MX | Amazon |
| 18736118319 | 682858305119 | Banda Cuisillos | 15 Canonazos | 9 | Derrumbes | MX | Amazon |
| 18736118319 | 682858305119 | Banda Cuisillos | 15 Canonazos | 10 | Aunque Te Enamores | MX | Amazon |
| 18736118319 | 682858305119 | Banda Cuisillos | 15 Canonazos | 11 | Te He Prometido | MX | Amazon |
| 18736118319 | 682858305119 | Banda Cuisillos | 15 Canonazos | 12 | La Vi Estrenando Novio | MX | Amazon |
| 18736118319 | 682858305119 | Banda Cuisillos | 15 Canonazos | 13 | El Horoscopo | MX | Amazon |
| 18736118319 | 682858305119 | Banda Cuisillos | 15 Canonazos | 14 | Mi Razon | MX | Amazon |
| 18736118319 | 682858305119 | Banda Cuisillos | 15 Canonazos | 15 | Par De Anillos | MX | Amazon |
| 18736118739 | 682858305171 | Banda La Robleda | Mi Razon | 1 | La Cuca | MX | Amazon |
| 18736118739 | 682858305171 | Banda La Robleda | Mi Razon | 2 | Derrumbes | MX | Amazon |
| 18736118739 | 682858305171 | Banda La Robleda | Mi Razon | 3 | Carcel De Oro | MX | Amazon |
| 18736118739 | 682858305171 | Banda La Robleda | Mi Razon | 4 | Por Cobarde | MX | Amazon |
| 18736118739 | 682858305171 | Banda La Robleda | Mi Razon | 5 | Amargo Dolor | MX | Amazon |
| 18736118739 | 682858305171 | Banda La Robleda | Mi Razon | 6 | Mi Razon | MX | Amazon |
| 18736118739 | 682858305171 | Banda La Robleda | Mi Razon | 7 | El Toro Cuatezon | MX | Amazon |
| 18736118739 | 682858305171 | Banda La Robleda | Mi Razon | 8 | No Me Vuelvo A Enamorar | MX | Amazon |
| 18736118739 | 682858305171 | Banda La Robleda | Mi Razon | 9 | La Viuda | MX | Amazon |
| 18736118739 | 682858305171 | Banda La Robleda | Mi Razon | 10 | Entrega Apasionada | MX | Amazon |
| 18736118708 | 682858305140 | El Barzon | Al Que Le Duele Le Duele | 1 | Al Que Le Duele Le Duele | MX | Amazon |
| 18736118708 | 682858305140 | El Barzon | Al Que Le Duele Le Duele | 2 | Porque Volviste A Mi | MX | Amazon |
| 18736118708 | 682858305140 | El Barzon | Al Que Le Duele Le Duele | 3 | El Altarcito | MX | Amazon |
| 18736118708 | 682858305140 | El Barzon | Al Que Le Duele Le Duele | 4 | Ingratos Ojos Mios | MX | Amazon |
| 18736118708 | 682858305140 | El Barzon | Al Que Le Duele Le Duele | 5 | Y Dicen | MX | Amazon |
| 18736118708 | 682858305140 | El Barzon | Al Que Le Duele Le Duele | 6 | Veinte Anos | MX | Amazon |
| 18736118708 | 682858305140 | El Barzon | Al Que Le Duele Le Duele | 7 | Besos Besitos | MX | Amazon |
| 18736118708 | 682858305140 | El Barzon | Al Que Le Duele Le Duele | 8 | Nuestro Amor No Morira | MX | Amazon |
| 18736118708 | 682858305140 | El Barzon | Al Que Le Duele Le Duele | 9 | Punales De Fuego | MX | Amazon |
| 18736118708 | 682858305140 | El Barzon | Al Que Le Duele Le Duele | 10 | El Pavido Navido | MX | Amazon |
| 18736117701 | 682858304976 | El Nenorro | Nenorreando | 1 | El Piojo y La Pulga | MX | Amazon |
| 18736117701 | 682858304976 | El Nenorro | Nenorreando | 2 | La Mosca Muerta | MX | Amazon |
| 18736117701 | 682858304976 | El Nenorro | Nenorreando | 3 | Y Tu Paleta | MX | Amazon |
| 18736117701 | 682858304976 | El Nenorro | Nenorreando | 4 | El Chile Verde | MX | Amazon |
| 18736117701 | 682858304976 | El Nenorro | Nenorreando | 5 | El Ranchero Chido | MX | Amazon |
| 18736117701 | 682858304976 | El Nenorro | Nenorreando | 6 | La Risa De Las Vocales | MX | Amazon |
| 18736117701 | 682858304976 | El Nenorro | Nenorreando | 7 | Con Zapatos De Tacon | MX | Amazon |
| 18736117701 | 682858304976 | El Nenorro | Nenorreando | 8 | El Chamaco Moderno | MX | Amazon |
| 18736117701 | 682858304976 | El Nenorro | Nenorreando | 9 | Buscando Novia | MX | Amazon |
| 18736117701 | 682858304976 | El Nenorro | Nenorreando | 10 | Guero Guerinche | MX | Amazon |
| 18736117169 | 682858304754 | Los Potrillos Del Norte | Ni La Distancia Ni El Vino | 1 | Ni La Distancia Ni El Vino | MX | Amazon |
| 18736117169 | 682858304754 | Los Potrillos Del Norte | Ni La Distancia Ni El Vino | 2 | Pero Que Necesidad | MX | Amazon |
| 18736117169 | 682858304754 | Los Potrillos Del Norte | Ni La Distancia Ni El Vino | 3 | No Pidas Mas Perdon | MX | Amazon |
| 18736117169 | 682858304754 | Los Potrillos Del Norte | Ni La Distancia Ni El Vino | 4 | La Noche De Mi Mal | MX | Amazon |
| 18736117169 | 682858304754 | Los Potrillos Del Norte | Ni La Distancia Ni El Vino | 5 | Otra Vez | MX | Amazon |
| 18736117169 | 682858304754 | Los Potrillos Del Norte | Ni La Distancia Ni El Vino | 6 | No Estes Triste | MX | Amazon |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 18736117169 | 682858304754 | Los Potrillos Del Norte | Ni La Distancia Ni El Vino | 7 | Casos Curiosos | MX | Amazon |
| 18736117169 | 682858304754 | Los Potrillos Del Norte | Ni La Distancia Ni El Vino | 8 | Ni La Distancia | MX | Amazon |
| 18736117169 | 682858304754 | Los Potrillos Del Norte | Ni La Distancia Ni El Vino | 9 | A Mi Viejo | MX | Amazon |
| 18736117169 | 682858304754 | Los Potrillos Del Norte | Ni La Distancia Ni El Vino | 10 | Como Olvidar | MX | Amazon |
| 18736116865 | 682858304679 | Los Primos De Durango | Nostalgia Duranguense | 1 | Pero Esa Vez Llore | MX | Amazon |
| 18736116865 | 682858304679 | Los Primos De Durango | Nostalgia Duranguense | 2 | En La Estacion | MX | Amazon |
| 18736116865 | 682858304679 | Los Primos De Durango | Nostalgia Duranguense | 3 | Tocando Fondo | MX | Amazon |
| 18736116865 | 682858304679 | Los Primos De Durango | Nostalgia Duranguense | 4 | Mi Corazon Es Un Gitano | MX | Amazon |
| 18736116865 | 682858304679 | Los Primos De Durango | Nostalgia Duranguense | 5 | Dos Botellas De Mezcal | MX | Amazon |
| 18736116865 | 682858304679 | Los Primos De Durango | Nostalgia Duranguense | 6 | Lamento De Amor | MX | Amazon |
| 18736116865 | 682858304679 | Los Primos De Durango | Nostalgia Duranguense | 7 | Me Gusta Como Eres | MX | Amazon |
| 18736116865 | 682858304679 | Los Primos De Durango | Nostalgia Duranguense | 8 | Mi Vicente Guerrero | MX | Amazon |
| 18736116865 | 682858304679 | Los Primos De Durango | Nostalgia Duranguense | 9 | Frente A Frente | MX | Amazon |
| 18736116865 | 682858304679 | Los Primos De Durango | Nostalgia Duranguense | 10 | Pirata | MX | Amazon |
| 18736115110 | 682858304402 | Los Sagitarios | Mil Cadenas | 1 | Mil Cadenas | MX | Amazon |
| 18736115110 | 682858304402 | Los Sagitarios | Mil Cadenas | 2 | Asi | MX | Amazon |
| 18736115110 | 682858304402 | Los Sagitarios | Mil Cadenas | 3 | Los Girasoles | MX | Amazon |
| 18736115110 | 682858304402 | Los Sagitarios | Mil Cadenas | 4 | A Manos Llenas | MX | Amazon |
| 18736115110 | 682858304402 | Los Sagitarios | Mil Cadenas | 5 | Se Fue Mi Prietita | MX | Amazon |
| 18736115110 | 682858304402 | Los Sagitarios | Mil Cadenas | 6 | Corazon Ciego | MX | Amazon |
| 18736115110 | 682858304402 | Los Sagitarios | Mil Cadenas | 7 | El Recuerdo Que Me Queda | MX | Amazon |
| 18736115110 | 682858304402 | Los Sagitarios | Mil Cadenas | 8 | Dos Almas | MX | Amazon |
| 18736115110 | 682858304402 | Los Sagitarios | Mil Cadenas | 9 | Fui Tu Juguete | MX | Amazon |
| 18736115110 | 682858304402 | Los Sagitarios | Mil Cadenas | 10 | Recuerdos De Ipacarai | MX | Amazon |