RICHARD J. IDELL, ESQ. (SBN 069033)
ORY SANDEL, ESQ. (SBN 233204)
DICKENSON PEATMAN & FOGARTY P.C.
1455 First Street, Suite 301
Napa, CA 94559
Telephone: (707) 261-7000
Facsimile: (707) 255-6876
Email: ridell@dpf-law.com
       osandel@dpf-law.com

*Attorneys for Defendants Dashgo, Inc., Audiomicro, Inc. d.b.a. Adrev, Benjamin Patterson and Noah Becker*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| YELLOWCAKE, INC., a California corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>DASHGO, INC., a Delaware corporation; AUDIOMICRO, INC. d/b/a ADREV, a Delaware corporation; BENJAMIN PATTERSON, an individual; and NOAH BECKER, an individual,<br><br>    Defendants. | CASE NO. 1:21-cv-00803-AWI-BAM<br><br>**NOTICE OF MOTION AND MOTION FOR ENTRY OF A TWO-TIER PROTECTIVE ORDER, AND FOR AWARD OF DASHGO'S AND ADREV'S ATTORNEYS' FEES INCURRED IN MAKING THE MOTION**<br><br>[Fed. R. Civ. P., Rules 26(c), 37]<br><br>(E-filing)<br><br>Date: Friday, April 29, 2022<br>Time: 9:00 a.m.<br>Place: Robert E. Coyle Courthouse<br>    2500 Tulare Street,<br>    Courtroom 8, 6th floor<br>    Fresno, CA 93721<br><br>Hon. Magistrate Judge Barbara A. McAuliffe, Presiding |

TO:  ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on Friday, April 29, 2022, at the hour of 9:00 a.m., in the Courtroom of the Honorable Magistrate Judge Barbara A. McAuliffe, located at the Robert E. Coyle Courthouse, 2500 Tulare Street, Courtroom 8, 6th floor, Fresno, CA 93721, Defendants Dashgo, Inc. ("Dashgo") and Audiomicro, Inc. d.b.a. Adrev ("Adrev") (collectively, "Defendants") will move, and do hereby move, this Court for entry of a two-tier protective order, in the form provided by Defendants. Defendants further move the Court for an award of their attorneys' fees incurred in making this Motion.

This Motion is made pursuant to Rules 26(c) and 37 of the Federal Rules of Civil Procedure and Civil Local Rule 251 on the following grounds:

1. Discovery in this action includes extremely sensitive information and tangible things that qualify for protection under Federal Rule of Civil Procedure 26(c), disclosure of which to another party or non-party would create a substantial risk of significant financial or competitive harm that could not be avoided by less restrictive means.

2. Moreover, Plaintiff agreed to entry of a two-tier protective order in the parties' Joint Scheduling Conference Report filed with the Court on August 10, 2021. Docket No. 14.

3. Despite Plaintiff's written agreement to entry of a two-tier protective order, and representation of the same to the Court, Plaintiff has adamantly refused to now agree to entry of a two-tier protective order, and Defendant's efforts to meet and confer with Plaintiff have been to no avail.

4. Defendants provided a form of two-tier protective order, based on the Northern District of California form, to Plaintiff's counsel for review, but Plaintiff's counsel

has failed and refused to identify any particular issues with the terms and conditions of the form of protective order, and has failed and refused to agree to the two-tier form.

5. Under Federal Rule of Civil Procedure 26(c)(3), Defendants are entitled to an award of their expenses pursuant to Federal Rule of Civil Procedure 37(a)(5).

6. Yellowcake's objections to Defendants' form of two-tier protective order were without substantial justification and there are no other circumstances make an award of expenses unjust.

This Motion will be, and is, based upon this Notice of Motion and the Joint Statement re: Discovery Disagreement in support thereof, to be jointly completed and filed by the parties, and such other and further documentary and oral evidence and matters as may be brought before the Court at the hearing on this matter.

Respectfully submitted,

Dated: March 25, 2022                    DICKENSON PEATMAN & FOGARTY P.C.

By:  /s/ Richard Idell
Richard J. Idell (SBN 069033)
Ory Sandel (SBN 233204)
*Attorneys for Defendants Dashgo, Inc., Audiomicro, Inc. d.b.a. Adrev, Benjamin Patterson and Noah Becker*