UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YELLOWCAKE, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>DASHGO, INC., a Delaware corporation; AUDIOMICRO, INC. d/b/a ADREV, a Delaware corporation; BENJAMIN PATTERSON, an individual; and NOAH BECKER, an individual,<br><br>Defendants. | Case No. 1:21-cv-00803-AWI-BAM<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO CONTINUE HEARING ON YELLOWCAKE, INC.' MOTION TO COMPEL DISCOVERY**<br><br>(Doc. 45)<br><br>**ORDER SETTING STATUS CONFERENCE**<br><br>Date: **April 6, 2022**<br>Time: **9:00 AM** |

On March 28, 2022, Defendants Dashgo, Inc. and Audiomicro, Inc. d.b.a. Advrev (collectively "Defendants") filed the instant *ex parte* application for an order pursuant to Local Rule 230 continuing the hearing on Plaintiff Yellowcake, Inc.'s Motion to Compel Discovery from April 15, 2022 to April 29, 2022. (Doc. 45.) Defendants assert that there is good cause to grant application, including (1) that the April 15, 2022 hearing is set on the eve of the Passover holiday; and (2) that Defendants have four discovery motions all set for hearing on April 29, 2022, and it will be more efficient for the Court to consider the parties' discovery motions at a single hearing. (*Id.*)

Having considered Defendants' *ex parte* application, the Court finds good cause to continue the hearing on Plaintiff's Motion to Compel Discovery from April 15, 2022 to April 29, 2022. The continued hearing will serve the interests of judicial and party economy, allowing the Court to efficiently address all currently pending discovery motions.

1

Notwithstanding the continued hearing, the volume and scope of pending discovery motions demonstrate that the parties have failed to engage in good faith meet and confer efforts to resolve the disputes prior to seeking judicial intervention. The Court therefore intends to set a status conference to discuss the pending discovery motions with counsel for the parties. In advance of the conference, the parties shall meet and confer in a true attempt to resolve their disputes, as instructed below.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Defendants' *ex parte* application to continue the hearing on Yellowcake, Inc.'s Motion to Compel Discovery (Doc. 45) is GRANTED;
2. The hearing on Plaintiff's Motion to Compel Discovery (Doc. 40) currently set for 4/15/2022 is CONTINUED to **April 29, 2022, at 9:00 AM in Courtroom 8 (BAM)**;
3. A STATUS CONFERENCE is SET for **April 6, 2022, at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe** to address the pending discovery motions. The parties shall appear at the conference remotely with each party connecting either via Zoom video conference or Zoom telephone number. parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire required; and
4. Prior to the status conference, the parties are directed to meet and confer in good faith regarding the pending discovery motions. Counsel for the parties are required to conduct at least **one telephonic or in person conference** as part of their obligation to meet and confer in good faith regarding the disputes.

IT IS SO ORDERED.

Dated:   **March 29, 2022**                    /s/ *Barbara A. McAuliffe*
                                               UNITED STATES MAGISTRATE JUDGE

2