Thomas P. Griffin, Jr., Esq. (SBN 155133)
HEFNER, STARK & MAROIS, LLP
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833
Telephone: (916) 925-6620
Facsimile: (916) 925-1127
Email: tgriffin@hsmlaw.com

Seth L. Berman, Esq. (admitted *pro hac vice*)
ABRAMS, FENSTERMAN, FENSTERMAN, EISMAN,
FORMATO, FERRARA, WOLF & CARONE, LLP
3 Dakota Drive, Suite 300
Lake Success, NY 11042
Telephone: (516) 328-2300
Facsimile: (516) 328-6638
Email: sberman@abramslaw.com
*Attorneys for Plaintiff Yellowcake, Inc.*

Richard J. Idell, Esq. (SBN 069033)
Ory Sandel, Esq. (SBN 233204)
DICKENSON PEATMAN & FOGARTY P.C.
1455 First Street, Suite 301
Napa, CA 94559
Telephone: (707) 261-7000
Facsimile: (707) 255-6876
Email: ridell@dpf-law.com
         osandel@dpf-law.com
*Attorneys for Defendants Dashgo, Inc., Audiomicro, Inc. d.b.a. Adrev, Benjamin Patterson and Noah Becker*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YELLOWCAKE, INC., a California corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>DASHGO, INC., a Delaware corporation; AUDIOMICRO, INC. d/b/a ADREV, a Delaware corporation; BENJAMIN PATTERSON, an individual; and NOAH BECKER, an individual,<br><br>            Defendants. | CASE NO. 1:21-cv-00803-AWI-BAM<br><br>**STIPULATION TO CONTINUE APRIL 26, 2022 STATUS CONFERENCE AND MAY 19, 2022 INITIAL SCHEDULING CONFERENCE;**<br><br>**ORDER**<br><br>(E-filing)<br><br>Hon. Magistrate Judge Barbara A. McAuliffe, Presiding |

STIPULATION RE: CONTINUANCE OF STATUS CONF AND INITIAL SCHEDULING CONF

Plaintiff Yellowcake, Inc. ("Plaintiff" or "Yellowcake"), on the one hand, and defendants Dashgo, Inc. ("Dashgo") and Audiomicro, Inc. d.b.a. Adrev ("Adrev") (collectively, "Defendants"), on the other hand (collectively, the "Parties"; each individually, a "Party"), by and through their respective attorneys, hereby agree and stipulate as follows with reference to the following facts:

1. On March 24, 2022, Plaintiff filed a motion to compel discovery, setting a hearing date of April 15, 2022.

2. On March 25, 2022, Defendants filed three motions to compel discovery and a motion for entry of a two-tier protective order, setting a hearing date of April 29, 2022.

3. On March 28, 2022, Defendants applied *ex parte* to continue the hearing on Plaintiff's motion to compel to April 29, 2022.

4. On March 29, 2022, the Court entered an order granting Defendants' ex parte application and setting a status conference for April 6, 2022.

5. On April 5, 2022, Plaintiff filed a motion for an extension of time to respond to Dashgo's Request for Production of Documents, Set Three.

6. On April 6, 2022, a status conference was held in this matter with the Honorable Magistrate Judge Barbara A. McAuliffe, at which time Judge McAuliffe ordered the four pending discovery motions off calendar, directed the parties to further meet and confer and scheduled a further status conference for April 26, 2022.

7. On April 7, 2022, Plaintiff served Defendants with notices of subpoenas to Amazon.com, Inc. and YouTube, Inc.

8. On April 8, 2022, Defendants applied *ex parte* for an order directing Plaintiff's counsel to withdraw subpoenas to Amazon.com, Inc. and YouTube, Inc. or, in the alternative, staying enforcement of the subpoenas.

9. On April 8, 2022, the Court entered a minute order, which, in pertinent part, states as follows:

> "[On] April 6, 2022, the Court held a status conference in this matter to discuss various pending motions. Following a discussion about the numerous motions, the Court determined that the parties have not thoroughly met and conferred on the various issues raised by the motions. Further, the Court determined that additional meet and confer efforts are required to narrow the issues to be addressed by the Court. To allow the parties time to engage in substantive meet and confer efforts, the Court VACATES the April 29, 2022 hearing date and sets a FURTHER STATUS CONFERENCE on April 26, 2022, at 10:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe. The purpose of the conference will be to address the status of the various pending motions. If after substantive meet and confer efforts the parties have not reached an agreement on the issues raised in the motions, the Court will set a briefing schedule and hearing date to address the remaining issues. The parties shall appear at the conference remotely either via Zoom video conference or Zoom telephone number. The parties shall be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared. Appropriated court attire required."

10. On April 11, 2022, the Court entered a minute order, which, in pertinent part, states as follows:

> "Based on the ongoing discovery disputes and the upcoming status conference, the Court STAYS all Discovery pending further meeting with the Court. Nonetheless, the parties are instructed to continue their meet and confer efforts on ALL discovery disputes, including the recently noticed subpoenas, and be prepared to present a plan to the Court on April 26 as to how the parties plan to proceed with discovery. In addition, at the April 26 zoom conference, the Court intends to set an IN PERSON meet and confer conference in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe to discuss discovery and a discovery plan for the remainder of this case. ALL COUNSEL identified on the pleadings in this action will be instructed to PERSONALLY APPEAR on the date to be determined. On the date selected by the Court, and throughout the day, counsel SHALL meet and confer and resolve any outstanding discovery motions and plan discovery for this case. Counsel will be required to stay until released by the Court. Counsel for the parties will be excused from this personal appearance ONLY upon permission by the Court. The failure to appear or otherwise comply with this order may result in the imposition of sanctions."

11. On April 13, 2022, counsel for the parties held a telephonic meet and confer conference lasting approximately four hours.

12. On the April 13, 2022 teleconference, in discussion of scheduling further meet and confer, the parties noted and discussed that:

    a. Seth Berman, Esq., an attorney for Plaintiff, will be on vacation from April 18-22, 2022 and unavailable to meet and confer during that time; and

    b. Ory Sandel, Esq., an attorney for Defendants, will be on vacation and out of the country from May 2-12, 2022 and unavailable to meet and confer during that time.

13. Counsel were not able to fully narrow or resolve the pending discovery issues and discovery motions on their April 13, 2022 telephonic conference and agree that further meet and confer efforts are appropriate. However, given the limited time before the April 26, 2022 status conference and the limited availability of counsel due to the vacations noted above, the parties were unable to schedule a further telephonic conference before the April 26, 2022 status conference. The parties have agreed to a further telephonic meet and confer on April 26, 2022, at 10 a.m. PST, after Mr. Berman returns from vacation, subject to the Court's approval of this Stipulation.

14. Counsel agree and stipulate that, in view of, *inter alia*, the unsettled discovery matters and the upcoming vacations of counsel, it would be appropriate for the Court to amend its April 8, 2022 and April 11, 2022 minute orders to continue, by three weeks, the April 26, 2022 status conference, the May 19, 2022 initial scheduling conference and the due date for the parties' joint scheduling conference report.

//

NOW THEREFORE, the Parties hereby agree and stipulate as follows:

A. Subject to the Court's approval and entry of an order hereon, the Court's April 8, 2022 and April 11, 2022 minute orders shall be amended to continue, by three weeks, the April 26, 2022 status conference, the May 19, 2022 initial scheduling conference and the due date for the parties' joint scheduling conference report, such that:

   i. the April 26, 2022 status conference shall be continued to May 17, 2022;

   ii. the May 19, 2022 initial scheduling conference shall be continued to June 9, 2022; and

   iii. the parties' joint scheduling conference report shall be due on June 2, 2022.

B. The parties joint request that the Court approve of this Stipulation and the amended schedule and enter an order hereon.

SO STIPULATED.

ABRAMS, FENSTERMAN, FENSTERMAN, EISMAN, FORMATO, FERRARA, WOLF & CARONE, LLP

By: /s/ Seth L. Berman
Seth L. Berman (admitted *pro hac vice*)
*Attorneys for Plaintiff Yellowcake, Inc.*

DICKENSON PEATMAN & FOGARTY P.C.

By: /s/ Richard Idell
Richard J. Idell
Ory Sandel
*Attorneys for Defendants Dashgo, Inc. and Audiomicro, Inc. d.b.a. Adrev*

**ORDER**

Pursuant to the Stipulation of the Parties, and good cause appearing, it is hereby ordered as follows:

The Court's April 8, 2022 and April 11, 2022 minute orders are hereby amended to continue, by three weeks, the April 26, 2022 status conference, the May 19, 2022 initial scheduling conference and the due date for the parties' joint scheduling conference report, such that:

1. the April 26, 2022 status conference is hereby continued to **May 17, 2022, at 1:30 PM** in Courtroom 8 (BAM);

2. the May 19, 2022 initial scheduling conference is hereby continued to **June 9, 2022, at 8:30 AM** in Courtroom 8 (BAM)**;**

3. the parties' joint scheduling conference report shall be filed on or before June 2, 2022; and

4. As previously ordered by the Court, discovery in this action remains stayed pending further meeting with the Court.  (*See* Doc. 54.)

IT IS SO ORDERED.

Dated:   **April 15, 2022**                    /s/ *Barbara A. McAuliffe*
                                                            UNITED STATES MAGISTRATE JUDGE