**HEFNER, STARK & MAROIS, LLP**
Thomas P. Griffin, Jr., Esq. (SBN 155133)
   tgriffin@hsmlaw.com
2150 River Plaza Drive, Suite 450
Sacramento, CA  95833
Telephone: 916.925.6620
Facsimile: 916.925.1127

**ABRAMS FENSTERMAN, LLP**
Seth L. Berman, Esq. (*pro hac vice*)
   sberman@abramslaw.com
3 Dakota Drive, Suite 300
Lake Success, NY 11042
Telephone: 516.328.2300
Facsimile: 516.328.6638

Attorneys for Plaintiff YELLOWCAKE, INC.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YELLOWCAKE, INC., a California corporation,<br><br>            Plaintiff,<br><br>v.<br><br>DASHGO, INC., a Delaware corporation; and AUDIOMICRO, INC. d/b/a ADREV, a Delaware corporation, BENJAMIN PATTERSON, an individual and NOAH BECKER, an individual,<br><br>            Defendants. | Case No.: 1:21-cv-00803-AWI-BAM<br><br>**PLAINTIFF'S AMENDED NOTICE OF MOTION AND MOTION TO COMPEL SUBSTANTIVE RESPONSES TO PLAINTIFF'S DEMANDS**<br><br>Date:       June 2, 2022<br>Time:      9:00 a.m.<br>Location:  Courtroom 8, 6th Fl<br>Judge:     Hon. B. McAuliffe<br>Trial Date: June 13, 2022<br>Action Filed: May 17, 2021<br><br>Plaintiff's Counsel and Co-Counsel to Appear Telephonically |

---

1

**PLAINTIFF'S AMENDED NOTICE OF MOTION AND MOTION TO COMPEL DISCOVERY**

TO DEFENDANTS DASHGO, INC. AND AUDIOMICRO, INC. D/B/A ADREV, BY AND THROUGH THE ATTORNEY RECORDED HEREIN:

PLEASE TAKE NOTICE that on June 2, 2022, at 9:00 a.m. or as soon thereafter as this motion may be heard, in Courtroom 8, 6th floor, in the United States District Court for the Eastern District of California, Robert E. Coyle United States Courthouse, 2500 Tulare Street, Fresno, California, Plaintiff Yellowcake, Inc. will move, pursuant to Fed. R. Civ. P. 37 and Eastern District of California Civil Local Rule 251, to:

(a) compel production of documents responsive to Plaintiff's Request for Documents, Set Two;

(b) compel substantive responses to Plaintiff's Interrogatories Nos. 2, 4, 5, 10, 11, 12, 14, 16, 20, 21, 22 and 25; and

(c) compel production of all relevant documents responsive to Plaintiff's Request for Production of Documents, Set One.

Pursuant to Local Rule 174 and Magistrate Judge McAuliffe's standing order, counsel may appear by telephone conference by providing notice in the caption or by submitting an email to evaldez@caed.uscourts.gov at least one week prior to the hearing.

Pursuant to Local Rule 251(a) and (c), the Parties will submit a Joint Statement regarding this discovery dispute and outline their positions by May 26, 2022.

Dated: May 24, 2022

Respectfully submitted,

**ABRAMS FENSTERMAN, LLP**

By:     /s/ Seth L. Berman
    Seth L. Berman, Esq.
    *Attorneys for Plaintiff Yellowcake*

2

**PLAINTIFF'S AMENDED NOTICE OF MOTION AND MOTION TO COMPEL DISCOVERY**

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **PLAINTIFF'S AMENDED NOTICE OF MOTION AND MOTION TO COMPEL DISCOVERY** has been served upon the Attorneys for Defendants via Electronic Mail addressed to:

>RICHARD J. IDELL, ESQ. (SBN 069033)
>ORY SANDEL, ESQ. (SBN 233204)
>DICKENSON PEATMAN & FOGARTY P.C.
>1455 First Street, Suite 301
>Napa, CA 94559
>Telephone: (707) 261-7000
>Facsimile: (707) 255-6876
>Email:   ridell@dpf-law.com
>          osandel@dpf-law.com
>Attorneys for Defendants Dashgo, Inc. and Audiomicro, Inc. d.b.a. Adrev

on May 24, 2022.

_____
Seth L. Berman

Abrams Fensterman, LLP
3 Dakota Drive, Suite 300
Lake Success, NY 11042
Tel: 516.328.2300 | Fax: 516.328.6638