**HEFNER, STARK & MAROIS, LLP**
Thomas P. Griffin, Jr., Esq. (SBN 155133)
    tgriffin@hsmlaw.com
2150 River Plaza Drive, Suite 450
Sacramento, CA  95833
Telephone: 916.925.6620
Facsimile: 916.925.1127

**ABRAMS FENSTERMAN, LLP**
Seth L. Berman, Esq. (*admitted pro hac vice*)
    sberman@abramslaw.com
3 Dakota Drive, Suite 300
Lake Success, NY 11042
Telephone: 516.328.2300
Facsimile: 516.328.6638
Attorneys for Plaintiff YELLOWCAKE, INC.

**DICKENSON PEATMAN & FOGARTY P.C.**
RICHARD J. IDELL, ESQ. (SBN 069033)
ORY SANDEL, ESQ. (SBN 233204)
1455 First Street, Suite 301
Napa, CA 94559
Telephone: (707) 261-7000
Facsimile: (707) 255-6876
Email: ridell@dpf-law.com
        osandel@dpf-law.com
Attorneys for Defendants Dashgo, Inc., Audiomicro, Inc. d.b.a. Adrev, Benjamin Patterson and Noah Becker

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YELLOWCAKE, INC., a California corporation, | Case No.: 1:21-cv-00803-AWI-BAM |
| Plaintiff, | **DISCOVERY STIPULATION RE: AMENDED SUBPOENAS TO YOUTUBE, INC. AND AMAZON.COM, INC.;** |
| v. | |
| DASHGO, INC., a Delaware corporation; | **[PROPOSED] ORDER** |

1

**DISCOVERY STIPULATION**

|   |
|---|
| and AUDIOMICRO, INC. d/b/a ADREV, ) <br> a Delaware corporation, BENJAMIN ) <br> PATTERSON, an individual and NOAH ) <br> BECKER, an individual. ) <br> ) <br>     Defendants. ) |

WHEREAS, on or about April 7, 2022, Plaintiff, Yellowcake, Inc. ("Plaintiff" or "Yellowcake"), served Amended Subpoenas to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action on YouTube, Inc. and Amazon.com, Inc. ("Amended Subpoenas"); and

WHEREAS, Defendants Dashgo, Inc., Audiomicro, Inc. d.b.a. Adrev, Benjamin Patterson and Noah Becker (collectively, "Defendants") have interposed certain objections to the Amended Subpoenas; and

WHEREAS, in addition, the subpoenaed parties have also interposed objections to the Amended Subpoenas; and

WHEREAS, the parties have met and conferred regarding Defendants' objections and have reached a Stipulation as to Defendants' objections; and

WHEREAS, on April 11, 2022, the Court stayed all discovery in this action, including without limitation as to the Amended Subpoenas; and

WHEREAS, on June 9, 2022, at the Initial Scheduling Conference in this action, the Court lifted the discovery stay as to the parties, but not as to third party discovery, including without limitation as to the Amended Subpoenas; and

WHEREAS, on June 9, 2022, at the Initial Scheduling Conference in this action, the Court set a status conference for 9:00 a.m. on June 27, 2022 to review the status of the Amended Subpoenas;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties as follows:

1. The Amended Subpoena served by Plaintiff on YouTube, Inc. on or about April 7, 2022 is hereby amended so that Plaintiff will limit the documents demanded in Request No. 2 of Attachment 1 of the Amended Subpoena to the following:

> "Copies of all documents from May 17, 2018 to the present concerning any revenue paid by YouTube, Inc., its parents, subsidiaries, and/or affiliates, and/or their departments, divisions or platforms (collectively, "YouTube"), to defendants Dashgo, Inc. ("Dashgo") and/or Audiomicro, Inc. d/b/a Adrev ("Adrev" and collectively when referred to with Dashgo, "Defendants"), in this action in connection the sound recordings identified in Exhibit A attached hereto."

With regard to Requests Nos. 1, 3 and 4 of Attachment 1 of the Amended Subpoena served by Plaintiff on YouTube, Inc. on or about April 7, 2022, production of documents concerning any revenue paid by YouTube, Inc., its parents, subsidiaries, and/or affiliates, and/or their departments, divisions or platforms (collectively, "YouTube"), to Defendants, or any of them, in this action in connection the sound recordings identified in Exhibit A attached to the said the Amended Subpoena, is limited to the period of time from May 17, 2018 to the present.

2. The Amended Subpoena served by Plaintiff on Amazon.com, Inc. on or about April 8, 2022 is hereby amended so that Plaintiff will limit the documents demanded in Request No. 2 of Attachment 1 of the Amended Subpoena to the following:

> "Copies of all documents from May 17, 2018 to the present concerning any revenue paid by Amazon.com, Inc., its parents, subsidiaries, and/or affiliates, and/or their departments, divisions or platforms, including, without limitations, Amazon Music (collectively, "Amazon"), to defendants Dashgo, Inc. ("Dashgo") and/or Audiomicro, Inc. d/b/a Adrev ("Adrev" and collectively when referred to with Dashgo, "Defendants"), in this action in connection the sound recordings identified in Exhibits A and B attached hereto."

With regard to Requests Nos. 1, 3 and 4 of Attachment 1 of the Amended Subpoena served by Plaintiff on Amazon.com, Inc. on or about April 8, 2022, production of documents concerning any revenue paid by Amazon.com, Inc., its parents, subsidiaries, and/or affiliates, and/or their departments, divisions or platforms (collectively, "Amazon"), to Defendants, or any of them, in this action in connection the sound recordings identified in Exhibits A and B attached to the said the Amended Subpoena, is limited to the period of time from May 17, 2018 to the present.

3. The parties further stipulate and agree that, until such time as the Court enters a Protective Order in this action, any documents produced by either Amazon or YouTube shall be deemed documents of Defendants and deemed "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" and may be disclosed only to

Plaintiff's attorneys who are not employees of Plaintiff but are retained to represent or advise Plaintiff and have appeared in this action on behalf of Plaintiff or are affiliated with a law firm which has appeared on behalf of Plaintiff.  Upon the entry of a two-tier Protective Order in this action, any documents produced by either Amazon or YouTube shall continue to be deemed "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" for an additional period of 30 days from the date of entry of a Protective Order in this action, during which time Defendants shall designate, re-designate or de-designate all or any part of the document production made by either Amazon or YouTube in accordance with the terms of the two-tier Protective Order. Upon the entry of a one-tier Protective Order in this action, any documents produced by either Amazon or YouTube shall automatically be deemed "CONFIDENTIAL" for an additional period of 30 days from the date of entry of a Protective Order in this action, during which time Defendants shall designate, re-designate or de-designate all or any part of the document production made by either Amazon or YouTube in accordance with the terms of the one-tier Protective Order.

4. The parties further stipulate and agree that this Stipulation resolves all objections of Defendants concerning the aforementioned Amended Subpoenas and that, after entry of a court order hereon, Defendants will not move to quash either Amended Subpoena. This Stipulation does not purport to resolve or waive any objections to the Amended Subpoenas raised by either Amazon or YouTube, which objections Plaintiff

must either work out or litigate with the subpoenaed parties. Defendants agree that the Court may lift the stay of discovery as to the Amended Subpoenas, expressly subject to: (a) entry of a court order hereon; and (b) resolution of any objections of Amazon or YouTube to the Amended Subpoenas.

5. The parties further stipulate and agree that, upon entry of a court order hereon, the Court may take off calendar the status conference currently set for 9:00 a.m. on June 27, 2022.

Dated:  June 23, 2022

**ABRAMS FENSTERMAN, LLP**

By: /s/ Seth L. Berman_____

Seth L. Berman, Esq.
(*admitted pro hac vice*)
and
**HEFNER, STARK & MAROIS, LLP**
Thomas P. Griffin, Jr., Esq. (SBN 155133)
*Attorneys for Plaintiff Yellowcake, Inc.*

**DICKENSON PEATMAN & FOGARTY P.C.**

By: /s/ Richard J. Idell_____
RICHARD J. IDELL, ESQ. (SBN 069033)
ORY SANDEL, ESQ. (SBN 233204)
1455 First Street, Suite 301
Napa, CA 94559
Telephone: (707) 261-7000
Facsimile: (707) 255-6876
Email:   ridell@dpf-law.com
            osandel@dpf-law.com
*Attorneys for Defendants Dashgo, Inc., Audiomicro, Inc. d.b.a. Adrev, Benjamin Patterson and Noah Becker*

**ORDER**

Pursuant to the Stipulation of the Parties, and good cause appearing, it is hereby ordered as follows:

1. The Amended Subpoena served by Plaintiff on YouTube, Inc. on or about April 7, 2022 is hereby amended so that Plaintiff will limit the documents demanded in Request No. 2 of Attachment 1 of the Amended Subpoena to the following:

   "Copies of all documents from May 17, 2018 to the present concerning any revenue paid by YouTube, Inc., its parents, subsidiaries, and/or affiliates, and/or their departments, divisions or platforms (collectively, "YouTube"), to defendants Dashgo, Inc. ("Dashgo") and/or Audiomicro, Inc. d/b/a Adrev ("Adrev" and collectively when referred to with Dashgo, "Defendants"), in this action in connection the sound recordings identified in Exhibit A attached hereto."

   With regard to Requests Nos. 1, 3 and 4 of Attachment 1 of the Amended Subpoena served by Plaintiff on YouTube, Inc. on or about April 7, 2022, production of documents concerning any revenue paid by YouTube, Inc., its parents, subsidiaries, and/or affiliates, and/or their departments, divisions or platforms (collectively, "YouTube"), to Defendants, or any of them, in this action in connection the sound recordings identified in Exhibit A attached to the said the Amended Subpoena, is limited to the period of time from May 17, 2018 to the present.

2. The Amended Subpoena served by Plaintiff on Amazon.com, Inc. on or about April 8, 2022 is hereby amended so that Plaintiff will limit the documents demanded in Request No. 2 of Attachment 1 of the Amended Subpoena to the following:

> "Copies of all documents from May 17, 2018 to the present concerning any revenue paid by Amazon.com, Inc., its parents, subsidiaries, and/or affiliates, and/or their departments, divisions or platforms, including, without limitations, Amazon Music (collectively, "Amazon"), to defendants Dashgo, Inc. ("Dashgo") and/or Audiomicro, Inc. d/b/a Adrev ("Adrev" and collectively when referred to with Dashgo, "Defendants"), in this action in connection the sound recordings identified in Exhibits A and B attached hereto."

With regard to Requests Nos. 1, 3 and 4 of Attachment 1 of the Amended Subpoena served by Plaintiff on Amazon.com, Inc. on or about April 8, 2022, production of documents concerning any revenue paid by Amazon.com, Inc., its parents, subsidiaries, and/or affiliates, and/or their departments, divisions or platforms (collectively, "Amazon"), to Defendants, or any of them, in this action in connection the sound recordings identified in Exhibits A and B attached to the said the Amended Subpoena, is limited to the period of time from May 17, 2018 to the present

3. Until such time as the Court enters a Protective Order in this action, any documents produced by either Amazon or YouTube shall be deemed documents of Defendants and deemed "HIGHLY CONFIDENTIAL –

ATTORNEYS' EYES ONLY" and may be disclosed only to Plaintiff's attorneys who are not employees of Plaintiff but are retained to represent or advise Plaintiff and have appeared in this action on behalf of Plaintiff or are affiliated with a law firm which has appeared on behalf of Plaintiff.  Upon the entry of a two-tier Protective Order in this action, any documents produced by either Amazon or YouTube shall continue to be deemed "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" for an additional period of 30 days from the date of entry of a Protective Order in this action, during which time Defendants shall designate, re-designate or de-designate all or any part of the document production made by either Amazon or YouTube in accordance with the terms of the two-tier Protective Order. Upon the entry of a one-tier Protective Order in this action, any documents produced by either Amazon or YouTube shall automatically be deemed "CONFIDENTIAL" for an additional period of 30 days from the date of entry of a Protective Order in this action, during which time Defendants shall designate, re-designate or de-designate all or any part of the document production made by either Amazon or YouTube in accordance with the terms of the one-tier Protective Order.

4. Defendants will not move to quash either Amended Subpoena. Any objections to the Amended Subpoenas raised by either Amazon or YouTube shall either be worked out or litigated by Plaintiff with the subpoenaed parties. The stay of discovery as to the Amended Subpoenas shall be lifted upon resolution of any objections of Amazon or YouTube to the Amended Subpoenas.

5. The status conference currently set for 9:00 a.m. on June 27, 2022 is hereby vacated.

IT IS SO ORDERED.

Dated: __June 23, 2022__         /s/ *Barbara A. McAuliffe*
                                 UNITED STATES MAGISTRATE JUDGE