# EXHIBIT 18



Amigo Mio

127 views · Apr 3, 2020

👍 0    👎 0    ↷ SHARE    ⤓ SAVE    ...

 La Nobleza De Aguililla ♪
84.5K subscribers

SUBSCRIBE

Provided to YouTube by DashGo 

Amigo Mio · La Nobleza De Aguililla

15 Picudas Con La Nobleza De Aguililla

℗ 2014 M-GEN STREAM INC

Released on: 2014-01-09

Auto-generated by YouTube

PLF002968



PLF002969



El Casinito

2,030 views · Apr 3, 2020



 **La Nobleza De Aguililla** ♪
84.9K subscribers

SUBSCRIBE

Provided to YouTube by DashGo

El Casinito · La Nobleza De Aguililla

15 Picudas Con La Nobleza De Aguililla

℗ 2014 M-GEN STREAM INC

Released on: 2014-01-09

PLF002970



PLF002971



El Panteon Viejo

565 views · Apr 3, 2020

👍 10    👎 0    ➡ SHARE    ⬇ SAVE    ...


**La Nobleza De Aguililla** ♪
84.9K subscribers

SUBSCRIBE

Provided to YouTube by DashGo

El Panteon Viejo · La Nobleza De Aguilillá

15 Picudas Con La Nobleza De Aguililla

℗ 2014 M-GEN STREAM INC

Released on: 2014-01-09

PLF002972



PLF002973



Enamorado

264 views · Apr 3, 2020

 6    👎 1    ↪ SHARE    ⬇ SAVE    · · ·

**La Nobleza De Aguililla** ♪
84.9K subscribers

Provided to YouTube by DashGo

Enamorado · La Nobleza De Aguilillá

15 Picudas Con La Nobleza De Aguililla

℗ 2014 M-GEN STREAM INC

Released on: 2014-01-09

SUBSCRIBE

PLF002974



PLF002975





See Full Video  **WATCH MORE**

Up next                                                        AUTOPLAY

  Antes De Que Te Vayas
La Nobleza De Aguililla
4.7K views · 4 years ago
3:16

  Mix - Te Pido Que Vuelvas
YouTube

  Orgullosa y Bonita
La Nobleza De Aguililla
16 views · 1 month ago
3:12

  Te Pido Que Vuelvas
La Nobleza De Aguililla
6.4K views · 4 years ago
3:15

  Tierra Cali & Los Creyentes Del
Poder - Quiero Que Seas Mi
Tierra Cali
990K views · 4 weeks ago
3:09

  Arabe (feat. Many Malon & Jose
Victoria)
Hubbah Malon
300K views · 5 years ago
3:44

  Popurri Novedad (En Vivo)
La Novedad Norteña de Israel De
12K views · 1 week ago
8:10

  Arabe (Remix)
Hubbah Malon
4.1K views · 2 years ago
7:44

  Inmigrante
Jose Victoria · Topic
730 views · 2 months ago

Te Pido Que Vuelvas

3 views · Apr 3, 2020                          1      0    SHARE    SAVE    ...

 La Nobleza De Aguililla
84.6K subscribers                                        **SUBSCRIBE**

Provided to YouTube by DashGo

Te Pido Que Vuelvas · La Nobleza De Aguililla

15 Picudas Con La Nobleza De Aguililla

℗ 2014 M-GEN STREAM, INC.

Released on: 2014-01-09

Auto-generated by YouTube

SHOW LESS

PLF002976



PLF002977

# EXHIBIT 19



*advertisement*




| CRIME |

# "YouTube Thief" Pleads Guilty to $20 Million Scam, Forfeits Tesla and BMW

**JOSHUA CEBALLOS** | **APRIL 26, 2022** | **9:00AM**





Webster Batista must forfeit the luxury sports cars he owns as part of a guilty plea agreement filed last week.
**Screenshot via @fuckmediamuv [Twitter](Twitter)**



Last week, a prolific scammer who allegedly raked in an estimated **$20 million in a years-long YouTube royalties scam** has pleaded guilty to two felony charges in federal court and will now have to forfeit his sports cars and real estate properties.

Webster Batista was **arrested last November in Doral** and ordered by a federal judge to remove himself to Phoenix, Arizona, to await trial alongside his alleged co-conspirator, Jose Teran. The pair, who were dubbed **"ladrones de contenido en YouTube"** – YouTube content thieves – were accused of fraudulently claiming ownership of thousands of songs and sending bogus copyright claims to YouTube content creators who used those tracks, raking in $20,776,517 from 2017 to 2021 without paying a penny to the original artists. A grand jury indictment charged Batista with 15 counts of wire fraud, seven counts of money laundering, and seven counts of identity theft, as well as a single count of conspiracy.

In Batista's plea agreement, filed last Thursday, he pleads guilty to two of the 30 counts levied against him: one felony count of conspiracy and one count of wire fraud. In the agreement, Batista stated he would forfeit his **five-bedroom property in Phoenix, Arizona**, a 2017 Tesla X 100D, a 2014 BMW i8, and nearly $1 million seized from various bank accounts.

"Sometime in 2016, I discovered there were recorded songs of musicians and bands on the internet that were not being monetized. I began searching for these

songs and uploading them to [YouTube] as mp3 files," Batista states in his plea
agreement, which has been embedded at the end of this story. "I falsely claimed
legal ownership over them and began receiving royalty payments."

## RELATED STORIES

**Federal Indictment Alleges "YouTube Thieves" Scammed Music Artists Out of More Than $20 Million**
**Broward Proud Boy Barry Ramey's Jan. 6 Arrest Reveals "Multiple Confidential Human Sources"**
**Sharking Lots: Private Businesses Can Now Legally Issue Parking Tickets in Miami**

Up Next - Sponsored Content - Brock Prudy discusses 'Mr. Irrelevant' title, settling into NFL



As part of the plea agreement, Batista admitted that he created a fictitious entity
called MediaMuv in Arizona for the purpose of fraudulently monetizing music on
YouTube, and that he falsely claimed MediaMuv owned the royalties to more than
50,000 songs from an array of genres, including Spanish songs ranging from the
1970s to the early 2000s, as well as music from the popular visual-novel game
**Doki Doki Literature Club**.

In a video showing how the pair of media moguls, Batista and Teran were arrested, YouTube user **Mental Outlaw** explained how the pair manipulated YouTube's content-identification system, which uses computer software to identify licensed music used in videos posted on the platform, and highlights a serious weakness in the platform's copyright policy.

Batista faces a maximum of five years imprisonment for his felony conspiracy charge, and a maximum sentence of 20 years for felony wire fraud. In his plea agreement, Batista's attorneys stipulate that in exchange for his plea, the faux-media mogul be sentenced based on the lower range of the court's sentencing guidelines. On top of his asset forfeiture to the court, Batista agreed to pay up to $25 million in restitution to victims.

The defense and the prosecution agreed to the terms of Batista's plea agreement last Thursday, and it is now up to U.S. District Judge Douglas L. Rayes to accept the terms of the agreement.

Batista's co-conspirator, Teran, pleaded not guilty to all charges against him last December and has not changed his plea.

PDF — Webster_Batista_Plea_Agreement.pdf

webster_batista_plea_agreement.pdf

Page: 1 of 14

Automatic

ViewerJS



GARY M. RESTAINO
United States Attorney
District of Arizona
Raymond K. Woo
Arizona State Bar No. 023050
Seth T. Goertz
Arizona State Bar No. 031645
Assistant U.S. Attorney
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Raymond.woo@usdoj.gov
Attorneys for Plaintiff

☐ FILED   ☒ LODGED

**Apr 21 2022**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR21-0955-01-PHX-DLR |
|---|---|
| Plaintiff, | |
| vs. | **PLEA AGREEMENT** |
| Webster Batista Fernandez, | |
| Defendant. | |

Plaintiff, United States of America, and the defendant, WEBSTER BATISTA FERNANDEZ, hereby agree to dispose of this matter on the following terms and conditions:

**1.   PLEA**

The defendant will plead guilty to Count 1 and 2 of the indictment. Count 1 charges the defendant with Conspiracy, a Class D felony, in violation of Title 18, United States Code (U.S.C.) § 371. Count 2 charges the defendant with Wire Fraud, a Class C felony, in violation of Title 18, U.S.C. § 1343.

**2.   MAXIMUM PENALTIES**

a.     A violation of Title 18, U.S.C. § 371, is punishable by a maximum fine of $250,000, a maximum term of imprisonment of 5 years, or both, a maximum term of

1  supervised release of 3 years, and a maximum term of probation of five years (including a

2  minimum term of one year if probation is imposed).

3       b.    A violation of Title 18, U.S.C. § 1343, is punishable by a maximum fine of

4  $250,000, a maximum term of imprisonment of 20 years, or both, a maximum term of

5  supervised release of 3 years, and a maximum term of probation of five years (including a

6  minimum term of one year if probation is imposed).

7       c.    According to the Sentencing Guidelines issued pursuant to the Sentencing

8  Reform Act of 1984, the Court shall order the defendant to:

9           (1)    make restitution to any victim of the offense pursuant to 18 U.S.C.

10  § 3663 and/or 3663A, unless the Court determines that restitution would not be

11  appropriate;

12           (2)    pay a fine pursuant to 18 U.S.C. § 3572, unless the Court finds that a

13  fine is not appropriate;

14           (3)    serve a term of supervised release when required by statute or when a

15  sentence of imprisonment of more than one year is imposed (with the understanding that

16  the Court may impose a term of supervised release in all other cases); and

17           (4)    pay upon conviction a $100 special assessment for each count to

18  which the defendant pleads guilty pursuant to 18 U.S.C. § 3013.

19       d.    The Court is required to consider the Sentencing Guidelines in determining

20  the defendant's sentence. However, the Sentencing Guidelines are advisory, and the Court

21  is free to exercise its discretion to impose any reasonable sentence up to the maximum set

22  by statute for the crime(s) of conviction, unless there are stipulations to the contrary that

23  the Court accepts.

24  **3.**    **AGREEMENTS REGARDING SENTENCING**

25       a.    Stipulation. Pursuant to Fed. R. Crim. P. 11(c)(1)(C), the United States and

26  the defendant stipulate that the defendant's sentence shall not exceed the low-end of the

27  sentencing range as calculated under U.S.S.G. § 1B1.1(a). This stipulated sentencing cap

28  will not change based on departures considered under U.S.S.G. § 1B1.1(b). Nothing in

1     this agreement shall preclude defendant from moving for a downward departure, variance,

2     or sentence below the cap, or the court from imposing a sentence below the cap.

3          b.      Stipulation.  Pursuant to Fed. R. Crim. P. 11(c)(1)(C), the United States and

4     the defendant stipulate that: 1) U.S.S.G. § 2B1.1(b)(1)(K), which is loss that exceeds

5     $9,500,000 but is not greater than $25,000,000, shall apply to the defendant's sentencing

6     calculation; and 2) sentences for Counts 1 and 2 shall run concurrently.

7          c.      Restitution.  Pursuant to 18 U.S.C. § 3663 and/or 3663A, the defendant

8     agrees to pay restitution -- not to exceed $25 million -- to all victims directly or proximately

9     harmed by the defendant's "relevant conduct," including conduct pertaining to any

10     dismissed counts or uncharged conduct, as defined by U.S.S.G. § 1B1.3, regardless of

11     whether such conduct constitutes an "offense" under 18 U.S.C. §§ 2259, 3663 or 3663A.

12     The defendant understands that such restitution will be included in the Court's Order of

13     Judgment and that an unanticipated restitution amount will not serve as grounds to

14     withdraw the defendant's guilty plea or to withdraw from this plea agreement.

15          d.      Assets and Financial Responsibility.  The defendant shall make a full

16     accounting of all assets in which the defendant has any legal or equitable interest.  The

17     defendant shall not (and shall not aid or abet any other party to) sell, hide, waste, spend, or

18     transfer any such assets or property before sentencing, without the prior approval of the

19     United States (provided, however, that no prior approval will be required for routine, day-

20     to-day expenditures).  The defendant also expressly authorizes the United States Attorney's

21     Office to immediately obtain a credit report as to the defendant in order to evaluate the

22     defendant's ability to satisfy any financial obligation imposed by the Court. The defendant

23     also shall make full disclosure of all current and projected assets to the U.S. Probation

24     Office immediately and prior to the termination of the defendant's supervised release or

25     probation, such disclosures to be shared with the U.S. Attorney's Office, including the

26     Financial Litigation Unit, for any purpose.  Finally, the defendant shall participate in the

27     Inmate Financial Responsibility Program to fulfill all financial obligations due and owing

28     under this agreement and the law.

1         e.     Acceptance of Responsibility. If the defendant makes full and complete

2 disclosure to the U.S. Probation Office of the circumstances surrounding the defendant's

3 commission of the offense, and if the defendant demonstrates an acceptance of

4 responsibility for this offense up to and including the time of sentencing, the United States

5 will recommend a two-level reduction in the applicable Sentencing Guidelines offense

6 level pursuant to U.S.S.G. § 3E1.1(a). If the defendant has an offense level of 16 or more,

7 the United States will move the Court for an additional one-level reduction in the applicable

8 Sentencing Guidelines offense level pursuant to U.S.S.G. § 3E1.1(b).

9 **4.     AGREEMENT TO DISMISS OR NOT TO PROSECUTE**

10         a.     Pursuant to Fed. R. Crim. P. 11(c)(1)(A), the United States, at the time of

11 sentencing, shall dismiss the following charges in the Indictment: Counts 3 - 30.

12         b.     This agreement does not, in any manner, restrict the actions of the United

13 States in any other district or bind any other United States Attorney's Office.

14 **5.     COURT APPROVAL REQUIRED; REINSTITUTION OF PROSECUTION**

15         a.     If the Court, after reviewing this plea agreement, concludes that any

16 provision contained herein is inappropriate, it may reject the plea agreement and give the

17 defendant the opportunity to withdraw the guilty plea in accordance with Fed. R. Crim. P.

18 11(c)(5).

19         b.     If the defendant's guilty plea or plea agreement is rejected, withdrawn,

20 vacated, or reversed at any time, this agreement shall be null and void, the United States

21 shall be free to prosecute the defendant for all crimes of which it then has knowledge and

22 any charges that have been dismissed because of this plea agreement shall automatically

23 be reinstated. In such event, the defendant waives any and all objections, motions, and

24 defenses based upon the Statute of Limitations, the Speedy Trial Act, or constitutional

25 restrictions in bringing later charges or proceedings. The defendant understands that any

26 statements made at the time of the defendant's change of plea or sentencing may be used

27 against the defendant in any subsequent hearing, trial, or proceeding subject to the

28 limitations of Fed. R. Evid. 410.

**6.**    **WAIVER OF DEFENSES AND APPEAL RIGHTS**

The defendant waives (1) any and all motions, defenses, probable cause determinations, and objections that the defendant could assert to the indictment or information; and (2) any right to file an appeal, any collateral attack, and any other writ or motion that challenges the conviction, an order of restitution or forfeiture, the entry of judgment against the defendant, or any aspect of the defendant's sentence, including the manner in which the sentence is determined, including but not limited to any appeals under 18 U.S.C. § 3742 (sentencing appeals) and motions under 28 U.S.C. §§ 2241 and 2255 (habeas petitions), and any right to file a motion for modification of sentence, including under 18 U.S.C. § 3582(c) (except for the right to file a compassionate release motion under 18 U.S.C. § 3582(c)(1)(A) and to appeal the denial of such a motion).  This waiver shall result in the dismissal of any appeal, collateral attack, or other motion the defendant might file challenging the conviction, order of restitution or forfeiture, or sentence in this case. This waiver shall not be construed to bar an otherwise-preserved claim of ineffective assistance of counsel or of "prosecutorial misconduct" (as that term is defined by Section II.B of Ariz. Ethics Op. 15-01 (2015)).

**7.**    **DISCLOSURE OF INFORMATION**

a.    The United States retains the unrestricted right to provide information and make any and all statements it deems appropriate to the U.S. Probation Office and to the Court in connection with the case.

b.    Any information, statements, documents, and evidence that the defendant provides to the United States pursuant to this agreement may be used against the defendant at any time.

c.    The defendant shall cooperate fully with the U.S. Probation Office.  Such cooperation shall include providing complete and truthful responses to questions posed by the U.S. Probation Office including, but not limited to, questions relating to:

(1)    criminal convictions, history of drug abuse, and mental illness; and

1          (2)     financial information, including present financial assets or liabilities

2 that relate to the ability of the defendant to pay a fine or restitution.

3    **8.**     **FORFEITURE, CIVIL, AND ADMINISTRATIVE PROCEEDINGS**

4          a.     Nothing in this agreement shall be construed to protect the defendant from

5 administrative or civil forfeiture proceedings or prohibit the United States from proceeding

6 with and/or initiating an action for civil forfeiture. Pursuant to 18 U.S.C. § 3613, all

7 monetary penalties, including restitution imposed by the Court, shall be due immediately

8 upon judgment, shall be subject to immediate enforcement by the United States, and shall

9 be submitted to the Treasury Offset Program so that any federal payment or transfer of

10 returned property the defendant receives may be offset and applied to federal debts (which

11 offset will not affect the periodic payment schedule). If the Court imposes a schedule of

12 payments, the schedule of payments shall be merely a schedule of minimum payments and

13 shall not be a limitation on the methods available to the United States to enforce the

14 judgment.

15          b.     The defendant agrees to forfeit, and hereby forfeits, all interest in any asset

16 that the defendant owns or over which the defendant exercises control, directly or

17 indirectly, as well as any property that is traceable to, derived from, fungible with, or a

18 substitute for property that constitutes the proceeds of the offense(s), or which was used to

19 facilitate the commission of the offense(s), including the following property:

20          (1)     Real property located at 1725 W. Burnside Trail, Phoenix, Arizona

21                 85085;

22          (2)     Lot 35, Sonoran Foothills Parcel 19, according to Book 697 of Maps,

23                 page 18, records of Maricopa County, Arizona. Tax ID: 204-25-154;

24          (3)     $2,600.04 seized from PNC Bank Business Checking Account No.

25                 ending 2252;

26          (4)     $452.08 seized from PNC Bank Business Account No. ending 2279;

27          (5)     $68,046.22 seized from PNC Bank Business Savings Account No.

28                 ending 4623;

(6)    $218,241.64 seized from JPMorgan Chase Bank Account No. ending 7351;

(7)    2017 Tesla C 100D, VIN: 5YJXCAE27HF070324;

(8)    2014 BMW i8; VIN: WBY2Z2C51EVX64286;

(9)    $141,424.63 seized from National Bank of Arizona Account No. ending 3869; and

(10)    $589,833.27 seized from Fifth Third Bank Account No. ending 8358.

c.    The defendant further agrees to waive all interest in any such asset in any administrative or judicial forfeiture proceeding, whether criminal or civil, state or federal. The defendant agrees to consent to the entry of orders of forfeiture for such property and waives the requirements of Federal Rules of Criminal Procedure 32.2 and 43(a) regarding notice of the forfeiture in the charging instrument, announcement of the forfeiture at sentencing, and incorporation of the forfeiture in the judgment. The defendant further understands and agrees that forfeiture of the assets is appropriate and in accordance with the applicable forfeiture statutes, which may include Title 18 U.S.C. §§ 924(d), 981, 982 and 2253, Title 21 U.S.C. §§ 853 and 881, and Title 28 U.S.C. § 2461(c).

d.    Forfeiture of the defendant's assets shall not be treated as satisfaction of any fine, restitution, cost of imprisonment, or any other penalty this court may impose upon the defendant in addition to forfeiture. This agreement does not preclude the United States from instituting any civil or administrative forfeiture proceedings as may be appropriate now or in the future.

e.    The defendant agrees to waive all constitutional and statutory challenges in any manner (including direct appeal, habeas corpus, double jeopardy or any other means) to any forfeiture imposed as a result of this guilty plea or any pending or completed administrative or civil forfeiture actions, including that the forfeiture constitutes an excessive fine or punishment. The defendant agrees to take all steps as requested by the United States to pass clear title to forfeitable assets to the United States, and to testify truthfully in any judicial forfeiture proceeding. The defendant acknowledges that all

property covered by this agreement is subject to forfeiture as proceeds of illegal conduct, property facilitating illegal conduct, and substitute assets for property otherwise subject to forfeiture, and that no other person or entity has a legitimate claim to these items listed.

      f.     The defendant agrees not to file a claim to any of the listed property in any civil proceeding, administrative or judicial, which may be initiated.  The defendant further agrees that he/she will not contest civil, administrative or judicial forfeiture of the listed property.  The defendant agrees to waive his/her right to notice of any forfeiture proceeding involving this property, and agrees not to file a claim or assist others in filing a claim in that forfeiture proceeding.

      g.     The government reserves its right to proceed against any remaining assets not identified either in this agreement or in any civil actions which are being resolved along with this plea of guilty, including any property in which the defendant has any interest or control, if said assets, real or personal, tangible or intangible were involved in the offense(s).

      h.     The defendant hereby waives, and agrees to hold the government and its agents and employees harmless from any and all claims whatsoever in connection with the seizure, forfeiture, and disposal of the property described above.  Without limitation, the defendant understands and agrees that by virtue of this plea of guilty, the defendant will waive any rights or cause of action that the defendant might otherwise have had to claim that he/she is a "substantially prevailing party" for the purpose of recovery of attorney fees and other litigation costs in any related civil forfeiture proceeding pursuant to 28 U.S.C. § 2465(b)(1).

**9.**   **ELEMENTS**

### Conspiracy

1. Beginning in 2016 and continuing to the present, there was an agreement between two or more persons to commit at least one crime as charged in the indictment;

2. The defendant became a member of the conspiracy knowing of at least one of its objects and intending to help accomplish it; and

- 8 -

3. One of the members of the conspiracy performed at least one overt act for the purpose of carrying out the conspiracy.

**Wire Fraud**

On or about February 13, 2017, in the State of Arizona:

1. The defendant knowingly participated in, devised, or intended to devise a scheme or plan to defraud, or a scheme or plan for obtaining money or property by means of false or fraudulent pretenses, representations, or promises;

2. The statements made or facts omitted as part of the scheme were material; that is, they had a natural tendency to influence, or were capable of influencing, a person to part with money or property;

3. The defendant acted with the intent to defraud; that is, the intent to deceive or cheat; and

4. The defendant used, or caused to be used, an interstate wire communication to carry out or attempt to carry out an essential part of the scheme.

**10.   FACTUAL BASIS**

a.     The defendant admits that the following facts are true and that if this matter were to proceed to trial the United States could prove the following facts beyond a reasonable doubt:

I, Webster Batista Fernandez (BATISTA), Jose Teran (TERAN), and other co-conspirators, worked together to monetize music on Y.T. we had no lawful rights to monetize or otherwise control. Sometime in 2016, I discovered there were recorded songs of musicians and bands on the internet that were not being monetized. I began searching for these songs and uploading them to Y.T., as mp3 files. I falsely claimed legal ownership over them and began receiving royalty payments.

In early 2017, Teran and I created an entity called MediaMuv L.L.C., for the purpose of falsely claiming large swaths of music recordings we had no legal rights to whatsoever. Teran and I were partners, and we co-owned and managed this illegal operation.  Using MediaMuv, we entered a contract with Y.T. to utilize their content management system

1    (CMS) to monetize music we purportedly owned and controlled.  We also entered contract

2    with a third-party company, A.R., to assist us in administering the music we fraudulently

3    claimed.

4         On   or   about   February   13,   2017,   I   sent   an   email   to   Y.T.   from

5    mediamuvtv@hotmail.com.   To conceal my involvement, I signed the email in the name

6    of another person.  In my email, I falsely claimed MediaMuv owned over 50,000 songs

7    and was seeking access to Y.T.'s CMS.

8         Once Teran and I gained access to Y.T.'s CMS, we began uploading mp3 files of

9    music we fraudulently claimed to own or control.  We would use a G.C. tool called H.B.,

10    to search for recorded Latin music from musicians and bands on Y.T. we could fraudulently

11    monetize.  At some point, we hired over five co-conspirators to use Heartbeat to search for

12    Latin music.  If they found recorded music that had not yet been monetized, we directed

13    them to download the mp3 of the song so that Teran and I could then upload the song, over

14    the internet, to Y.T. through our CMS access.  We would pay the co-conspirators a portion

15    of the royalties we received for the songs they downloaded.  For accounting purposes, we

16    directed the co-conspirators to create fictitious record label names, such as J & C records,

17    on the song recordings they downloaded.

18         In July 2017, Teran or I fraudulently created 3 contracts with companies that

19    purportedly managed certain artists.  We then emailed those contracts to A.R. and Y.T. in

20    July 2017, for the purpose of deceiving A.R. and Y.T. into allowing us to continue our

21    fraudulent operation.

22         It was part of our conspiracy to create a false sense of legitimacy for MediaMuv by

23    sending interstate emails to A.R. and Y.T., that were purportedly from MediaMuv

24    employees J.F., J.P., O.L., and others.   These were fictitious employees, and we did not

25    have authorization to use the identities of real people in this manner.  It was also a part of

26    our conspiracy to direct interstate wire transactions of royalty payments into accounts in

27    our name or in our control.  We would transfer these funds into other accounts and/or use

28    the funds to pay for our lavish lifestyles. The wire transactions of royalty payments, which

1  were paid from Y.T. to A.R., and then to Teran and I, represented proceeds of our fraud
2  and typically exceeded $10,000.   Through the life of our conspiracy, we fraudulently
3  received approximately $23,464,450.35.    All of the assets listed in section 8, titled
4  "Forfeiture, Civil and Administrative Proceedings," represent proceeds of the fraud
5  described above or are traceable to such proceeds.   I transferred some assets that were
6  acquired with proceeds of my offenses to Omeida Batista.   Neither Omeida Batista, Eddie
7  Hugo Flores nor Carrie Arellano paid anything for the assets listed in section 8.

8     Neither Teran nor I had the legal rights to monetize all the songs we claimed through
9  Y.T. and A.R. from 2016 to the present.

10     b.     The defendant shall swear under oath to the accuracy of this statement and,
11  if the defendant should be called upon to testify about this matter in the future, any
12  intentional material inconsistencies in the defendant's testimony may subject the defendant
13  to additional penalties for perjury or false swearing, which may be enforced by the United
14  States under this agreement.

15           **APPROVAL AND ACCEPTANCE OF THE DEFENDANT**

16     I have read the entire plea agreement with the assistance of my attorney.   I
17  understand each of its provisions and I voluntarily agree to it.

18     I have discussed the case and my constitutional and other rights with my attorney.
19  I understand that by entering my plea of guilty I shall waive my rights to plead not guilty,
20  to trial by jury, to confront, cross-examine, and compel the attendance of witnesses, to
21  present evidence in my defense, to remain silent and refuse to be a witness against myself
22  by asserting my privilege against self-incrimination, all with the assistance of counsel, and
23  to be presumed innocent until proven guilty beyond a reasonable doubt.

24     I agree to enter my guilty plea as indicated above on the terms and conditions set
25  forth in this agreement.

26     I have been advised by my attorney of the nature of the charges to which I am
27  entering my guilty plea. I have further been advised by my attorney of the nature and range

28

of the possible sentence and that my ultimate sentence shall be determined by the Court after consideration of the advisory Sentencing Guidelines.

My guilty plea is not the result of force, threats, assurances, or promises, other than the promises contained in this agreement.  I voluntarily agree to the provisions of this agreement and I agree to be bound according to its provisions.

I understand that if I am granted probation or placed on supervised release by the Court, the terms and conditions of such probation/supervised release are subject to modification at any time.  I further understand that if I violate any of the conditions of my probation/supervised release, my probation/supervised release may be revoked and upon such revocation, notwithstanding any other provision of this agreement, I may be required to serve a term of imprisonment or my sentence otherwise may be altered.

This written plea agreement, and any written addenda filed as attachments to this plea agreement, contain all the terms and conditions of the plea.  Any additional agreements, if any such agreements exist, shall be recorded in a separate document and may be filed with the Court under seal; accordingly, additional agreements, if any, may not be in the public record.

I further agree that promises, including any predictions as to the Sentencing Guideline range or to any Sentencing Guideline factors that will apply, made by anyone (including my attorney) that are not contained within this written plea agreement, are null and void and have no force and effect.

I am satisfied that my defense attorney has represented me in a competent manner.

///

///

///

I fully understand the terms and conditions of this plea agreement.  I am not now using or under the influence of any drug, medication, liquor, or other intoxicant or depressant that would impair my ability to fully understand the terms and conditions of this plea agreement.

_3/6/2022_____

Date

_____

WEBSTER BATISTA FERNANDEZ
Defendant

## APPROVAL OF DEFENSE COUNSEL

I have discussed this case and the plea agreement with my client in detail and have advised the defendant of all matters within the scope of Fed. R. Crim. P. 11, the constitutional and other rights of an accused, the factual basis for and the nature of the offense to which the guilty plea will be entered, possible defenses, and the consequences of the guilty plea including the maximum statutory sentence possible.  I have further discussed the concept of the advisory Sentencing Guidelines with the defendant.  No assurances, promises, or representations have been given to me or to the defendant by the United States or any of its representatives that are not contained in this written agreement. I concur in the entry of the plea as indicated above and that the terms and conditions set forth in this agreement are in the best interests of my client.  I agree to make a bona fide effort to ensure that the guilty plea is entered in accordance with all the requirements of Fed. R. Crim. P. 11.

_3/21/2022_____

Date

_____

JOSHUA KOLSRUD
Attorney for Defendant

- 13 -

1

## **APPROVAL OF THE UNITED STATES**

2      I have reviewed this matter and the plea agreement.  I agree on behalf of the United

3   States that the terms and conditions set forth herein are appropriate and are in the best

4   interests of justice.

5

6                                        GARY M. RESTAINO
                                         United States Attorney
                                         District of Arizona

7

8   _____               _____
    Date                                 RAYMOND K. WOO

9                                        Assistant U.S. Attorney

10

11

12                              **ACCEPTANCE BY THE COURT**

13

14  _____               _____
    Date                                 Honorable DOUGLAS L. RAYES

15                                       United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT 20



David Hernandez <davidh@colonizemedia.com>

## AdRev/MediaMuv Copyright Infringments
14 messages

**David Hernandez** <davidh@colonizemedia.com>                          Fri, May 18, 2018 at 4:50 PM
To: noah@adrev.net, Matt Davis <matt.d@colonizemedia.com>, Kevin Berger <kevin@colonizemedia.com>, Erin Bishop
<erin@colonizemedia.com>, Colonize Media Copyright <Colonizecopyright@gmail.com>, contact@adrev.net

Hi Noah,

Attached you will find a small list of Content that was infringed upon by AdRev/MediaMuve regarding our client LZ
RECORDS LLC

We expect full reporting on this tracks No Later than 5 PM, Pacific time on Monday, May 21st, 2018.

And check payment no later than Friday may 25th 2018.

This is pretty black and white. AdRev Never had the rights to monetize this content. If you feel we Wrong please provide
contact with LZ RECORDS LLC the owner of this Copyrights and do not put me in touch with any other parties. we hold
you and AdRev completely responsible for this actions.

Please send Revenue reports at 100% No Rev share for you. Attached is our W9.

Thank You!


--
David Hernandez | CEO | COLONIZE MEDIA, INC | 415-735-8236 | DavidH@ColonizeMedia.com

This email and any files transmitted with it are confidential and intended solely for the use of the individual or
entity to whom they are addressed. If you have received this email in error please notify the system manager. This
message contains confidential information and is intended only for the individual named. If you are not the named
addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail
if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended
recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents
of this information is strictly prohibited.

**3 attachments**

📄 **LZ RECORDS LA ZENDA NORTENA - VS ADREV - MEDIAMUV.xlsx**
      49K

📄 **Colonize completed W9.pdf**
      572K

📄 **LZ Records_YouTube Assets_051518.xlsx**
      18K


**Noah Becker** <noah@adrev.net>                                  Mon, May 21, 2018 at 9:35 AM
To: David Hernandez <davidh@colonizemedia.com>
Cc: Matt Davis <matt.d@colonizemedia.com>, Kevin Berger <kevin@colonizemedia.com>, Erin Bishop
<erin@colonizemedia.com>, Colonize Media Copyright <Colonizecopyright@gmail.com>, Support AdRev CID
<contact@adrev.net>

Hi David,

Thanks for the list. We removed ownership on these files ages ago, and
they were in conflict prior to said removal.

PLF003321



Cheers,

nb

[Quoted text hidden]

—

_____

Noah S. Becker
President
http://adrev.net
YouTube Certified - Advanced Digital Rights Management, Audience Growth
(818) 356-8393

AdRev is a 2013, 2014 and 2015 Inc. 500 Honoree Ranked #2 (2013/2014)
and #5 (2015) Fastest Growing Media Company

CONFIDENTIALITY NOTICE: The information contained in this email
message and any attachments may be confidential and privileged, and
exempt from disclosure under applicable law. This email message is
intended only for the exclusive use of the person or entity to whom it
is addressed. If you are not the intended recipient (or someone
responsible for delivering this email message to the intended
recipient), please be aware that any use, distribution or copying of
this communication is strictly prohibited. If you have received this
communication in error, please notify the sender immediately by return
email or by telephone and delete or destroy this email message and any
attachments to it. Thank you.

**David Hernandez** <davidh@colonizemedia.com>        Mon, May 21, 2018 at 10:46 AM
To: Noah Becker <noah@adrev.net>
Cc: Matt Davis <matt.d@colonizemedia.com>, Kevin Berger <kevin@colonizemedia.com>, Erin Bishop
<erin@colonizemedia.com>, Colonize Media Copyright <Colonizecopyright@gmail.com>, Support AdRev CID
<contact@adrev.net>

Noah,

Our client had no contract with AdRev. Can you please shed some light on who got paid for this content?

Thanks

[Quoted text hidden]

**David Hernandez** <davidh@colonizemedia.com>        Tue, May 22, 2018 at 8:32 AM
To: Noah Becker <noah@adrev.net>
Cc: Matt Davis <matt.d@colonizemedia.com>, Kevin Berger <kevin@colonizemedia.com>, Erin Bishop
<erin@colonizemedia.com>, Colonize Media Copyright <Colonizecopyright@gmail.com>, Support AdRev CID
<contact@adrev.net>

Noah,

We need to know why AdRev was claiming this content without the rights.

We also need full Reporting and we need to know who was getting paid. Unless you can show us a valid agreement with
the right holder we will keep pressing for this.

Please advise.

On Mon, May 21, 2018 at 9:35 AM, Noah Becker <noah@adrev.net> wrote:

[Quoted text hidden]

[Quoted text hidden]

PLF003322

**Noah Becker** <noah@adrev.net>　　　　　　　　　　　　　　Tue, May 22, 2018 at 8:45 AM
To: David Hernandez <davidh@colonizemedia.com>
Cc: Matt Davis <matt.d@colonizemedia.com>, Kevin Berger <kevin@colonizemedia.com>, Erin Bishop
<erin@colonizemedia.com>, Colonize Media Copyright <Colonizecopyright@gmail.com>, Support AdRev CID
<contact@adrev.net>

    Hi David,

    The files were delivered by MediaMuv. Cheers,

    nb
    [Quoted text hidden]

**David Hernandez** <davidh@colonizemedia.com>　　　　　　Tue, May 22, 2018 at 3:31 PM
To: Noah Becker <noah@adrev.net>
Cc: Matt Davis <matt.d@colonizemedia.com>, Kevin Berger <kevin@colonizemedia.com>, Erin Bishop
<erin@colonizemedia.com>, Colonize Media Copyright <Colonizecopyright@gmail.com>, Support AdRev CID
<contact@adrev.net>

    Can you please provide full reporting, your contract with MediaMuve and the contract of any they have with the content
    owners. We request full reporting and payment. You are very well aware of the illegal activities perpetrated by Mediaamuve
    under your watch.

    Please comply with my requests
    [Quoted text hidden]

**Noah Becker** <noah@adrev.net>　　　　　　　　　　　　　　Tue, May 22, 2018 at 5:16 PM
To: David Hernandez <davidh@colonizemedia.com>
Cc: Matt Davis <matt.d@colonizemedia.com>, Kevin Berger <kevin@colonizemedia.com>, Erin Bishop
<erin@colonizemedia.com>, Colonize Media Copyright <Colonizecopyright@gmail.com>, Support AdRev CID
<contact@adrev.net>

    Hi David,

    If you feel there is more information you need, you need to raise the issue with MediaMuv.

    I understand you and Jose have a working relationship or at least some sort of rapport?

    Rest assured, if Jose or another exec from MM instructs us to comply with your asks here, we will most certainly
    acquiesce.

    Cheers,

    nb


    [Quoted text hidden]

**Muv CEO** <jmedina@mediamuv.com>　　　　　　　　　　　　Tue, May 22, 2018 at 5:52 PM
To: Noah Becker <noah@adrev.net>
Cc: David Hernandez <davidh@colonizemedia.com>, Matt Davis <matt.d@colonizemedia.com>, Kevin Berger
<kevin@colonizemedia.com>, Erin Bishop <erin@colonizemedia.com>, Colonize Media Copyright
<Colonizecopyright@gmail.com>, Support AdRev CID <contact@adrev.net>

    Any issue that David Hernandez have with our content, he can email me directly, we will not issue any revenue share to
    him or anyone just because he say he has the right to, we have contracts, and if he have doubts we can keep discussing
    this in front of a federal judge thanks.

    Jose Medina
    MediaMuv LLC [CEO]
    www.MediaMuv.com

PLF003323

JMedina@colonizemedia.com
3442 W Rose Ln
STE C1
Phoenix AZ 85017
United States
[Quoted text hidden]

**David Hernandez** <davidh@colonizemedia.com>                    Tue, May 22, 2018 at 10:04 PM
To: Noah Becker <noah@adrev.net>
Cc: Matt Davis <matt.d@colonizemedia.com>, Kevin Berger <kevin@colonizemedia.com>, Erin Bishop
<erin@colonizemedia.com>, Colonize Media Copyright <Colonizecopyright@gmail.com>, Support AdRev CID
<contact@adrev.net>

Who is Jose?

We have absolutely no Relationship with MM.

On The conflict Email, it has an AdRev email, my questions are pretty clear. Why is Adrev claiming content without rights?
Where Is The Reporting in it`s totality and we need payment for our clients? That is all we are asking here. Cut and Dry.

We need to wrap this one up because we have more just like this.

Thanks
[Quoted text hidden]

**Noah Becker** <noah@adrev.net>                                  Wed, May 23, 2018 at 10:25 AM
To: David Hernandez <davidh@colonizemedia.com>
Cc: Matt Davis <matt.d@colonizemedia.com>, Kevin Berger <kevin@colonizemedia.com>, Erin Bishop
<erin@colonizemedia.com>, Colonize Media Copyright <Colonizecopyright@gmail.com>, Support AdRev CID
<contact@adrev.net>

HI David,

MediaMuv Contact <contact@mediamuv.com>

If and when I receive instruction from MediaMuv to comply with your requests, I will do so.

Cheers,

nb


[Quoted text hidden]

**David Hernandez** <davidh@colonizemedia.com>                    Wed, May 23, 2018 at 12:57 PM
To: Noah Becker <noah@adrev.net>
Cc: Matt Davis <matt.d@colonizemedia.com>, Kevin Berger <kevin@colonizemedia.com>, Erin Bishop
<erin@colonizemedia.com>, Colonize Media Copyright <Colonizecopyright@gmail.com>, Support AdRev CID
<contact@adrev.net>

Have them contact me with you on copy. We need to solve this ASAP
[Quoted text hidden]


**David Hernandez** <davidh@colonizemedia.com>                    Wed, May 23, 2018 at 2:37 PM
To: Muv CEO <jmedina@mediamuv.com>
Cc: Noah Becker <noah@adrev.net>, Matt Davis <matt.d@colonizemedia.com>, Kevin Berger <kevin@colonizemedia.com>,
Erin Bishop <erin@colonizemedia.com>, Colonize Media Copyright <Colonizecopyright@gmail.com>, Support AdRev CID
<contact@adrev.net>

Please Show us your contract for Eagle Music inc  - Inquietos Del Norte

And

PLF003324

LZ RECORDS LLC - LA ZENDA NORTEÑA

[Quoted text hidden]

**David Hernandez** <davidh@colonizemedia.com>        Thu, May 24, 2018 at 5:18 PM
To: Muv CEO <jmedina@mediamuv.com>
Cc: Noah Becker <noah@adrev.net>, Matt Davis <matt.d@colonizemedia.com>, Kevin Berger <kevin@colonizemedia.com>, Erin Bishop <erin@colonizemedia.com>, Colonize Media Copyright <Colonizecopyright@gmail.com>, Support AdRev CID <contact@adrev.net>

> Contract?
> Where are they?
> [Quoted text hidden]

**David Hernandez** <davidh@colonizemedia.com>        Fri, May 25, 2018 at 8:49 AM
To: Muv CEO <jmedina@mediamuv.com>
Cc: Noah Becker <noah@adrev.net>, Matt Davis <matt.d@colonizemedia.com>, Kevin Berger <kevin@colonizemedia.com>, Erin Bishop <erin@colonizemedia.com>, Colonize Media Copyright <Colonizecopyright@gmail.com>, Support AdRev CID <contact@adrev.net>

Noah,

We hold you and AdRev/MediaMuv directly responsable for allowing this illegal infringements to happen and go on since February of 2017 wich affected our clients.

Unless you have legitimate contracts from the content owners on the lists on this thread. We request full reporting by the end of business day. You have had a week to complete this request and do your due diligence.

[Quoted text hidden]

PLF003325

| Asset ID | Artist | Song |
| --- | --- | --- |
| A420091160272130 | La Zenda Nortena | No Era Un Vaquero |
| A721685287531279 | La Zenda Nortena | Prohibido |
| A656272731231764 | La Zenda Nortena | En Silencio |
| A757541472316762 | La Zenda Nortena | Mi Historia Entre Tus Dedos |
| A830867940686769 | La Zenda Nortena | Te Veré Como Me Ves |
| A704502123868150 | La Zenda Nortena | Termina |
| A231806240337908 | La Zenda Nortena | El Jabalí |
| A753558740614037 | La Zenda Nortena | El Jabalí |
| A306804933334440 | La Zenda Nortena | Popurri De Huapangos |
| A172907219142167 | La Zenda Nortena | Tan Bonita Que Se Mira |
| A807199609831727 | La Zenda Nortena | Popurri Con Sabor |
| A671002557487423 | La Zenda Nortena | Adios Amor |
| A168707932963835 | La Zenda Nortena | Ya Te Hubieras Ido |
| A744321912625259 | La Zenda Nortena | La Burra Orejona |
| A235289878091717 | La Zenda Nortena | Los Mensajes De Whatsapp |
| A411624651917155 | La Zenda Nortena | Tan Bonita Que Se Mira |
| A953695629420748 | La Zenda Nortena | Mientes |
| A304913642266451 | La Zenda Nortena | Adios Amor |
| A854113157749010 | La Zenda Nortena | Popurri Con Sabor |
| A158082171680995 | La Zenda Nortena | Prohibido |

PLF003326

 **COLONIZE® MEDIA**

David Hernandez <davidh@colonizemedia.com>

## LZ MUSIC LLC - ASSET ID`s Infringement
7 messages

**David Hernandez** <davidh@colonizemedia.com>　　　　　　Mon, Jun 4, 2018 at 4:31 PM
To: Noah Becker <noah@adrev.net>, Muv CEO <jmedina@mediamuv.com>, Matt Davis <matt.d@colonizemedia.com>, Erin Bishop <erin@colonizemedia.com>, Colonize Media Copyright <Colonizecopyright@gmail.com>
Bcc: "Maddux, Tracy" <Tracy@cdbaby.com>

Hi Noah,

Attached you will find more copyright infringements. We have way more on the way, just trying to sort through this one step at a time.

Please look through this and let us know if you have any questions.

Thanks

--
David Hernandez | CEO | COLONIZE MEDIA, INC | 415-735-8236 | DavidH@ColonizeMedia.com

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

**15 attachments**

📄 **LZ Records_YouTube Assets_051518 (1).xlsx**
　　11K

📄 **metadata_A411624651917155.csv**
　　1K

📄 **metadata_A158082171680995.csv**
　　1K

📄 **metadata_A753558740614037.csv**
　　1K

📄 **metadata_A304913642266451.csv**
　　1K

📄 **metadata_A744321912625259.csv**
　　1K

📄 **metadata_A757541472316762.csv**
　　2K

📄 **metadata_A306804933334440.csv**
　　2K

📄 **metadata_A854113157749010.csv**
　　1K

📄 **metadata_A420091160272130.csv**
　　2K

PLF003327

⌐⌐ metadata_A168707932963835.csv
    2K

⌐⌐ **metadata_A830867940686769**.csv
    2K

⌐⌐ **metadata_A704502123868150**.csv
    1K

⌐⌐ **metadata_A953695629420748**.csv
    1K

⌐⌐ **metadata_A656272731231764**.csv
    1K

**Noah Becker** <noah@adrev.net>                                Tue, Jun 5, 2018 at 1:12 AM
To: David Hernandez <davidh@colonizemedia.com>
Cc: Muv CEO <jmedina@mediamuv.com>, Matt Davis <matt.d@colonizemedia.com>, Erin Bishop
<erin@colonizemedia.com>, Colonize Media Copyright <Colonizecopyright@gmail.com>

    Hi David,

    Can you please compile a single sheet? Some of these have like 3 rows of data on them. This will not be a scaleable way
    to work through issues. The easiest thing would be to receive a single master sheet we can review and respond to, or
    perhaps create a shared google doc etc?

    Thanks!

    Nb

    Sent from my mobile please excuses typos and brevity.


    [Quoted text hidden]

        <LZ Records_YouTube Assets_051518 (1).xlsx>

        <metadata_A411624651917155.csv>

        <metadata_A158082171680995.csv>

        <metadata_A753558740614037.csv>

        <metadata_A304913642266451.csv>

        <metadata_A744321912625259.csv>

        <metadata_A757541472316762.csv>

        <metadata_A306804933334440.csv>

        <metadata_A854113157749010.csv>

        <metadata_A420091160272130.csv>

        <metadata_A168707932963835.csv>

        <metadata_A830867940686769.csv>

        <metadata_A704502123868150.csv>

        <metadata_A953695629420748.csv>

        <metadata_A656272731231764.csv>

PLF003328

**David Hernandez** <davidh@colonizemedia.com>                    Tue, Jun 5, 2018 at 7:27 AM
To: Noah Becker <noah@adrev.net>
Cc: Muv CEO <jmedina@mediamuv.com>, Matt Davis <matt.d@colonizemedia.com>, Erin Bishop
<erin@colonizemedia.com>, Colonize Media Copyright <Colonizecopyright@gmail.com>

  There is one single sheet
  [Quoted text hidden]

**David Hernandez** <davidh@colonizemedia.com>                    Thu, Jun 7, 2018 at 12:30 PM
To: Noah Becker <noah@adrev.net>
Cc: Muv CEO <jmedina@mediamuv.com>, Matt Davis <matt.d@colonizemedia.com>, Erin Bishop
<erin@colonizemedia.com>, Colonize Media Copyright <Colonizecopyright@gmail.com>

  Greetings,

  At what time will we received reporting?
  [Quoted text hidden]

**David Hernandez** <davidh@colonizemedia.com>                    Mon, Jun 11, 2018 at 4:55 PM
To: Noah Becker <noah@adrev.net>
Cc: Muv CEO <jmedina@mediamuv.com>, Matt Davis <matt.d@colonizemedia.com>, Erin Bishop
<erin@colonizemedia.com>, Colonize Media Copyright <Colonizecopyright@gmail.com>

  Waiting on response
  [Quoted text hidden]

**David Hernandez** <davidh@colonizemedia.com>                    Mon, Jul 16, 2018 at 3:06 PM
To: Noah Becker <noah@adrev.net>
Cc: Muv CEO <jmedina@mediamuv.com>, Matt Davis <matt.d@colonizemedia.com>, Erin Bishop
<erin@colonizemedia.com>, Colonize Media Copyright <Colonizecopyright@gmail.com>

  LZ RECORDS  - LA ZENDA NORTENA

  Hi Noah,

  I apologize for the delay,

  We have been extremely busy over here.
  Attached you will find our executed doc from LZ RECORDS- LA ZENDA NORTENA.

  Please let us know if you have any questions.

  Thanks
  [Quoted text hidden]

  📄 **Please_DocuSign__LZ_RECORDS_LLC__LA_ZENDA_NORTENA__-w-_COLONIZE_MEDIA__INC---
  CORRECTED FULL DOC.pdf**
  357K

**David Hernandez** <davidh@colonizemedia.com>                    Mon, Jul 30, 2018 at 11:47 AM
To: Noah Becker <noah@adrev.net>
Cc: Muv CEO <jmedina@mediamuv.com>, Matt Davis <matt.d@colonizemedia.com>, Erin Bishop
<erin@colonizemedia.com>, Colonize Media Copyright <Colonizecopyright@gmail.com>

  Any updates on this?
  [Quoted text hidden]

PLF003329

| Asset ID | Asset Type | Status | Artist | Song | Album | Label |
|----------|-----------|--------|--------|------|-------|-------|

PLF003330

6:06       •      23%

 **Noah Becker** 6/12/2018

to me, Muv, Erin, Matt, Col... ⌄

Hi David,

I would appreciate it if you would contact Jose and MediaMuv directly,
as this is a rights level dispute that you have with them. I am not
under any authority or obligation to provide you with any data unless
my client demands it as such. Keep in mind, you and I have no legal
contract binding either party to perform, whatsoever, for the other.

I will not be supplying you any data whatsoever short of the
occurrence of you and MediaMuv reaching some sort of agreement
regarding this claim of yours. Which again for all we know, is not
legitimate. As you have supplied absolutely no foundational evidence
to support your own claims to the content.

Have a nice day.

nb

On Tue, Jun 12, 2018 at 1:56 AM, David Hernandez

Show quoted text

        ‹

*[Handwritten notes:]*

*THIS IS THE guy IMPERSONATING you THAT NOAH keep defending?*

*NO CONTRACT ADMISSION AGAIN*

*WHO IS THIS Jose guy you need to get to THE Bottom of THIS. + WHY IS THE MEDIA MUV emails being Answered by ADREV? SOMETHING FISHY Here*

PLF003332

 **David Hernandez** 5/22/2018

to Noah, Matt, Kevin, Erin, ...  ⌄

Who is Jose?

We have absolutely no Relationship with MM.

On The conflict Email, it has an AdRev email, my questions are pretty clear. Why is Adrev claiming content without rights? Where Is The Reporting in it`s totality and we need payment for our clients? That is all we are asking here. Cut and Dry.

We need to wrap this one up because we have more just like this.

Thanks

Show quoted text

 **Noah Becker** 5/23/2018

to me, Matt, Kevin, Erin, Col...  ⌄

HI David,

MediaMuv Contact <contact@mediamuv.com>

If and when I receive instruction from MediaMuv to comply with your requests, I will do so.

Cheers,

nb

PLF003333



**COLONIZE** ®
**MEDIA**

David Hernandez <davidh@colonizemedia.com>

## DMCA [3-8245000029741]

25 messages

**googlemusicdmca@google.com** <googlemusicdmca@google.com>                    Wed, Mar 11, 2020 at 1:50 PM
To: Davidh@colonizemedia.com

Hello,

We received a notification claiming rights to the release(s) listed below. Please confirm for us that COLONIZE MEDIA/DH1 MEDIA has the right to distribute the release(s) listed below via Google Play.

If you have the right to distribute this content, please respond to this email accordingly. Please also provide any supporting documentation so we can quickly resolve this dispute. If you do not have the necessary rights to distribute this content via Google Play, please let us know so that we may take appropriate action (which may include removing it from the store).

If we receive no response from you within 2 business days from today's date, the content may be removed. You may contact the claimant directly at this email address copied below.

Email address of claimant:

jmedina@mediamuv.cc

The link(s) to the album(s) in question:

| | | |
|---|---|---|
| https://play.google.com/store/music/album?id=Blgr7aycdh6r4pmgubjh6wl6msm | 682858294277 | DH1 Media |
| https://play.google.com/store/music/album?id=Byslu24viaitnv7bz46oyinbzgg | 682858294611 | DH1 Media |
| https://play.google.com/store/music/album?id=Bwgxwtexcrklf7dazq26m4vmbdm | 682858294727 | Colonize Media |
| https://play.google.com/store/music/album?id=B4zba5ckrhftx6hobdczryx65sy | 682858298510 | DH1 Media |
| https://play.google.com/store/music/album?id=Bmcncbg3t7plmdxmgkw2ijddjkm | 682858304662 | DH1 Media |
| https://play.google.com/store/music/album?id=Bir3kknn3ygimsbgbnpgergkkki | 758381387288 | DH1 Media |
| https://play.google.com/store/music/album?id=Btcz7epbnksgxeoct7ejrwdxt4e | 758381413345 | Colonize Media |
| https://play.google.com/store/music/album?id=B32kfbasbk6rg6g4547apr23wly | 758381420268 | Colonize Media |
| https://play.google.com/store/music/album?id=Bgjmtj5gvkupdxr6egn74bzczwm | 758381420367 | Colonize Media |
| https://play.google.com/store/music/album?id=Bjzkdpeuhkvszy3l7tigpdki27u | 758381420862 | Colonize Media |
| https://play.google.com/store/music/album?id=Bzgweh4xwdoqnhdwcltt4y56i3y | 758381442208 | Colonize Media |
| https://play.google.com/store/music/album?id=Ba7rcaivsusupb63vwpb37crbua | 758381442246 | Colonize Media |
| https://play.google.com/store/music/album?id=Bv656yfckif2tkznndaxmciyohe | 758381456809 | Colonize Media |
| https://play.google.com/store/music/album?id=Bafbrufwq2btkwxflb7p5mwbc54 | 758381456847 | Colonize Media |
| https://play.google.com/store/music/album?id=Baw3rfx2kgk73krlt6lzouijg7a | 758381474926 | Colonize Media |
| https://play.google.com/store/music/album?id=Bbifa33hfkejomdoi4uvuigdtvu | 758381475381 | Colonize Media |
| https://play.google.com/store/music/album?id=Btwzxmhsbj5y33pzrb7syo3br7a | 758381475886 | Colonize Media |
| https://play.google.com/store/music/album?id=B36hfuy4o3zgfwxb3dnbighu2x4 | 760939020790 | DH1 Media |
| https://play.google.com/store/music/album?id=B6hxo46xi4ymrcsaqao3y2kkeee | 760939026280 | DH1 Media |
| https://play.google.com/store/music/album?id=Be2spen6odmwncdrkgrs32mpfnq | 760939028840 | DH1 Media |
| https://play.google.com/store/music/album?id=Bodtu4ollehhztb3wzz2vxjvmcu | 760939028901 | DH1 Media |
| https://play.google.com/store/music/album?id=Bebo5iwc4676lxtafugnstbhhvy | 7509995401968 | DH1 Media |

Regards,

The Google Play Team

On Tue, Mar 10, 2020 at 02:06 UTC jmedina@mediamuv.cc wrote:
    country_residence: US full_name: José David Medina Hernandez companyname: Mediamuv
    represented_copyright_holder: José David Medina Hernandez contact_email_noprefill: jmedina@mediamuv.cc
    login_email: jmedina@mediamuv.cc description_of_copyrighted_work: Grabaciones de sonido.        PLF003334

location_of_copyrighted_work: https://www.youtube.com/user/asylovefilmsbay url_box: https://play.google.com/store/music/album/Coraz%C3%B3n_Sensual_Coraz%C3%B3n_Sensual?id=Bs75jcl33gs6acd2wncu42gfeni url_box: https://play.google.com/store/music/album/Besito_Sensual_Desde_el_Corazon_de_Huancabamba?id= Bxpdbj3qqiaxrvhzniy3egoe6bm url_box: https://play.google.com/store/music/album/Flor_Javier_Lagrimas_De_Amor? id=Bghxpw35ue3jl4zrzdiw32ueesy url_box: https://play.google.com/store/music/album/Flor_Javier_ Lagrimas_de_amor?id=B3hatptg3wfw5v3ofoyefcbet2u url_box: https://play.google.com/store/ music/album/Palloma_Llima_Palloma_Llima?id=B5pzeszzukfdmo6obfwe3rqftre url_box: https://play.google.com/store/music/album/Various_Artists_Vamonos_de_Fiesta?id=B4loir5wmb4ev7w24yz2fc4epje url_box: https://play.google.com/store/music/album/Claudia_Serpa_Feat_Edu_R_De_la_M%C3%BAsica_Se_Puede_Viv?id= Bdiudlxctpflaasizixd4c4mq5y url_box: https://play.google.com/store/music/album/Claudia_Serpa_La_Puerta?id= Bqqr2atisgjc4w6gvqgdi6rlq3a url_box: https://play.google.com/store/music/album/?id= B7yeoae3e2pkhwkvnybde27nuni&tid=song-Tvqzyedmhshpzkggfqhxdzsjgrq url_box: https://play.google.com/store/music/album?id=Baibekcsljh7rvr5hd5tzsyzddi&tid=song-T7yhp5gzfle5nw7uqwkme6fjuai url_box: https://play.google.com/store/music/album/Las_Dulzuras_Si_Tu_Te_Vas?id=Buoy3vmti6o7jzv5gmew5ldcihq url_box: https://play.google.com/store/music/album?id=Bwoooxp67izm5an7tv3ycmeinqi&tid=song-Tpzyi3kvbazqmkxroewmbnrzonm url_box: https://play.google.com/store/music/album/DJ_Gian_The_Positive_Vibes? id=Bcvnvebpi6xcquelzd6kydm75ai url_box: https://play.google.com/store/music/album?id= B5prdcefon4zvjnlyfep3rmzgxq url_box: https://play.google.com/store/music/album/Yilberking_Guaracha?id= B36hfuy4o3zgfwxb3dnbighu2x4 url_box: https://play.google.com/store/music/album/Yilberking_Moreira?id= Bodtu4ollehhztb3wzz2vxjvmcu&tid=song-Thz3ty4n5spwhubqrlzluuqyuae url_box: https://play.google.com/store/music/album/Yilberking_Bailalo_Mi_Negro?id=Be2spen6odmwncdrkgrs32mpfnq&tid=song-Thcwhjebma6ltqqfg65asdgbzfe url_box: https://play.google.com/store/music/album/Daivy_Toco_el_Cielo_Remix?id= B4hbjbus3elliqua2i3xbrfikfu&tid=song-Tu3ndxb4dfyobgglcwojiu2ui7u url_box: https://play.google.com/store/music/album/Yilberking_Dayvi_Guaracha_Rosa?id=B6hnxo46xi4ymrcsaqao3y2kkeee&tid=song-T5vbpwwnzjk32s6eqjivjauqwie url_box: https://play.google.com/store/music/album/Kronno_Zomber_El_Rap_del_Rubius_OMG?id=Bfal4jyrhy7i3p3vgkbwer5ngem url_box: https://play.google.com/store/music/album?id= Bkz4mvarnlmiao2ujj4ydobumz64 url_box: https://play.google.com/store/music/album/Pancho_Barraza_El_Vagabundo_que_Te_Ama?id=Bhdcfc6hilzbjhk3phbpeuf72n4 url_box: https://play.google.com/store/music/album/Pancho_Barraza_Las_Rom%C3%A1nticas_de_Pancho_Barraza_Vo?id=B3lkartaehu6ubvunzixq7c5v5q url_box: https://play.google.com/store/music/album/Los_Inquietos_Del_Norte_La_Gritera?id= Bgjmtj5qvkupdxr6egn74bzczwm url_box: https://play.google.com/store/music/album/Los_Inquietos_Del_Norte_Locos_desde_Ayer?id=B32kfbasbk6rg6g4547apr23wly url_box: https://play.google.com/store/music/album/Los_Inquietos_del_Norte_Mi_Amigo_el_de_Arriba_Cole?id=Bwguhq3anepa2mrc6hk2ct6ajmu url_box: https://play.google.com/store/music/album/Marisela_Completamente_Tuya?id=Bebo5iwc4676lxtafuqnstbhhvy url_box: https://play.google.com/store/music/album/Los_Amos_Desmadre_en_el_Bano?id=Bjzkdpeuhkvszy3l7tigpdki27u url_box: https://play.google.com/store/music/album/Los_Primos_de_Durango_Voy_A_Convencerte?id= Bv656yfckif2tkznndaxmciyohe url_box: https://play.google.com/store/music/album/Los_Primos_de_Durango_Tal_Vez? id=Bmcncbg3t7plmdxmgkw2ijddjkm url_box: https://play.google.com/store/music/album/Los_Primos_de_Durango_Mi_Mejor_Regalo?id=Bkc5yeeep36ardyzzwtwj6cjt3e url_box: https://play.google.com/store/music/album/Grupo_Innovacion_Sota_De_Oros?id=Bwgxwtexcrklf7dazq26m4vmbdm url_box: https://play.google.com/store/music/album/Grupo_Innovacion_15_Exitos_Inolvidables?id= Blgr7aycdh6r4pmqubjh6wl6msm url_box: https://play.google.com/store/music/album/Grupo_Innovacion_Exitos_Y_Cumbias?id=Byslu24viaitnv7bz46oyinbzgq url_box: https://play.google.com/store/music/album/La_Zenda_Norte%C3%B1a_Huapangos_Perros?id=Bzgweh4xwdoqnhdwcltt4y56i3y url_box: https://play.google.com/store/music/album/La_Zenda_Norte%C3%B1a_Irremplazable?id= Bvd3pt3hwrb24ze7luilx34hwh4 url_box: https://play.google.com/store/music/album/La_Zenda_Norte%C3% B1a_Underground?id=Ba7rcaivsusupb63vwpb37crbua url_box: https://play.google.com/store/music/album?id= Btcz7epbnksqxeoct7ejrwdxt4e&tid=song-T4j4tq44ccrevyfocmmba67nr2m url_box: https://play.google.com/store/music/album/Banda_Renovacion_3_Generaciones?id=B4wftnak3otcvq66ba3qodhlc5q url_box: https://play.google.com/store/music/album/Banda_Renovacion_Venimos_por_todo_o_nada?id= Baw3rfx2kgk73krlt6lzouijg7a url_box: https://play.google.com/store/music/album/Banda_Renovacion_Puras_de_Viento_Vol_1?id=B5gtokaonseoekdz6b4rdmtpulq url_box: https://play.google.com/store/music/album/Los_Buitres_De_Culiac%C3%A1n_Sinaloa_S%C3%B3lo_para_M%C3%AD?id= Bimxcez5x4etfjkgoah5pqurx2a url_box: https://play.google.com/store/music/album/Los_Buitres_De_Culiac%C3%A1n_Sinaloa_Que_Role_la_Bolsit?id=Bczxusp6c4y2fl4wx6ho4aelj5u url_box: https://play.google.com/store/music/album/Los_Buitres_De_Culiac%C3%A1n_Sinaloa_Territorio_Buitre?id= B6zbqydyq62sw5d63tvonpnuwda url_box: https://play.google.com/store/music/album/Ponzon_a_Musical_Son_de_Amores?id=Bafbrufwq2btkwxflb7p5mwbc54 url_box: https://play.google.com/store/music/album/Banda_Lamento_Show_De_Durango_Ponzon_a_Musical?id=Bir3kknn3ygimsbgbnpqergkkki url_box: https://play.google.com/store/music/album/Ponzona_Musical_Puro_Veneno_Compa?id= Btwzxmhsbj5y33pzrb7svo3br7a url_box: https://play.google.com/store/music/album/Canserbero_Muerte? id=Bmtgikrhq4z5bxdd525twxxiiqs4 url_box: https://play.google.com/store/music/album/Canserbero_Vida?id= Bskunzxdm4q4qlskssrxlcgj6ie url_box: https://play.google.com/store/music/album/Canserbero_Apa_y_Can?id= Bd2lhgpiu6hmt3jjtwpygvc3yaa url_box: https://play.google.com/store/music/album/Los_De_La_O_Las_Mejores_Sevillanas_por?id=Bxw6ayb53xp5qdzpaelgl7i7r3a url_box: https://play.google.com/store/

PLF003335

music/album/Los_De_La_O_Las_Mejores_Sevillanas?id=Bgjcknivuml5g5cw4wnjzhjfgh **url_box:**
https://play.google.com/store/music/album/Grupo_Los_De_La_O_Pura_Manzanita_En_Vivo?id=
Bbifa33hfkejomdoi4uvuiqdtvu **url_box:** https://play.google.com/store/music/album/Los_De_La_O_
Sevillanas_para_las_Madres?id=Bgbedff43hwp5y7nuqdpsz6ztwu **url_box:** https://play.google.com/store/
music/album/Banda_Maguey_Tesoros_de_Coleccion?id=Brlmzi2merhz7aqr7sryvhs233q **url_box:**
https://play.google.com/store/music/album/Banda_Maguey_Tesoros_de_Colecci%C3%B3n?id=
Bgojbhn5ax4ddxtxvkwshmr4sf4 **url_box:** https://play.google.com/store/music/album/Banda_Maguey_
Popurri_%C3%89xitos_Mix?id=B4zba5ckrhftx6hobdczryx65sy **url_box:** https://play.google.com/store/
music/album/Banda_Maguey_Mis_Favoritas?id=Bbnp4ytpkvd4wuixqnf4qe5scle **url_box:** https://play.google.com/store/
music/album/Hijos_De_Barr%C3%B3n_Seguimos_Sumando?id=Bcaspcyncp62yhfibnwbwb2sije **url_box:**
https://play.google.com/store/music/album/Hijos_De_Barr%C3%B3n_Lo_que_Pesa_mi_Palabra?id=
Bgccauq2oouxekh6fvuh5vzfy2e **url_box:** https://play.google.com/store/music/album/Hijos_de_Barron_
Surcando_el_Camino?id=Btfnet7ex6s54brifzqmtfkgycy **url_box:** https://play.google.com/store/
music/album/Hijos_de_Barron_16_Canciones_Pa_Pistiar_En_Vivo?id=Biqeaeu6ujucr6vxdya636dlvrq **url_box:**
https://play.google.com/store/music/album/Chacalon_Jr_La_Nueva_Crema?id=Btpn3eqnb5sblmouk6qtf3fthdm **url_box:**
https://play.google.com/store/music/album/Chacalon_Jr_Primicia_2019?id=Bacr5vdc4ullaftzt2azicbosxy **url_box:**
https://play.google.com/store/music/album/Chacalon_Jr_Chacalon_Jr_2019?id=Bg33mniksntlqxjk2wzxwd77azi
**url_box:** https://play.google.com/store/music/album/Chacalon_Jr_Primicia_2020?id=Bmwjbylkslm77ger5hv6xmjedzi
**url_box:** https://play.google.com/store/music/album/Chacalon_Jr_Soltero_Hasta_la_Muerte?id=
Bc3wecauc3hu5hmvs7ezmkctt2u **url_box:** https://play.google.com/store/music/album/Gisela_Lavado_
Princesa_Acollina_La_Internacional_R?id=Brr2x6wzcpejqtvyad6tb37c7ea **url_box:** https://play.google.com/store/
music/album/Gisela_Lavado_Princesa_Acollina_En_vivo?id=Bfhjdyyuuam6qah7mnq2fkd2odi **url_box:**
https://play.google.com/store/music/album/Las_Chicas_Ma%C3%B1aneras_Vol_2_Las_Mas_Toneras_del_Arp?id=
Bsonixn6d2gwtllrwvmk2wrsbti **hidden_uraw:** dmca_affirmations_authorized: agree dmca_affirmations_penalty: agree1
signature: José David Medina Hernandez signature_date: Mon, 09 Mar 2020 subject_lr_dmca: Su reclamación enviada
a Google **hidden_product:** artists **hidden_ctx:** geolocation: PE :--- Automatically added fields ---: Language: es
IIILanguage: es country_code: PE auto-helpcenter-id: 1647639 auto-helpcenter-name: legal auto-internal-helpcenter-
name: legal auto-full-url: https://support.google.com/legal/contact/lr_dmca?product=artists&uraw=&hl=es auto-user-
logged-in: true auto-user-was-internal: false IssueType: lr_dmca form-id: lr_dmca form: lr_dmca subject-line-field-id:
subject_lr_dmca body-text-field-id: AutoDetectedBrowser: Chrome 80.0.3987.132 AutoDetectedOS: Android 5.1.1
MendelExperiments: 10800177,10800235,10800240,10800253,10800267,10800284,10800286,10800300
Form.support-content-visit-id: 637192215642953941-2280619059

---

**David Hernandez** <davidh@colonizemedia.com>                    Wed, Mar 11, 2020 at 1:52 PM
To: googlemusicdmca@google.com

Hi,

We assert all the rights to these content. Whoever is doing this claims are false.

Please do not take down these content. We assert all rights.
[Quoted text hidden]

---

**David Hernandez** <davidh@colonizemedia.com>                    Wed, Mar 11, 2020 at 2:47 PM
To: Matt Davis <matt.d@colonizemedia.com>

## Forwarded Conversation
### Subject: DMCA [3-8245000029741]
--------------------
[Quoted text hidden]
----------
From: **David Hernandez** <davidh@colonizemedia.com>
Date: Wed, Mar 11, 2020 at 1:52 PM
To: <googlemusicdmca@google.com>
[Quoted text hidden]

--

**David Hernandez** | CEO | COLONIZE MEDIA, INC | 415-735-8236 | DavidH@ColonizeMedia.com

This email and any files transmitted with it are confidential and intended solely for the use of the individual or
entity to whom they are addressed. If you have received this email in error please notify the system PLF003336 This

message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

**David Hernandez** <davidh@colonizemedia.com>                           Wed, Mar 11, 2020 at 2:52 PM
To: "Maddux, Tracy" <Tracy@cdbaby.com>, googlemusicdmca@google.com
Cc: Matt Davis <matt.d@colonizemedia.com>, Kevin <kevin@bergerco.com>, Erin Bishop <erin@colonizemedia.com>,
Cristina Hernandez <cristinah@colonizemedia.com>, Victoria Martinez <victoria@colonizemedia.com>, Ted Kartzman
<teddyk@google.com>, playmusicops@google.com

Hi Tracy,

We just received several fake strikes from your company Medimuv, it is our understanding that Adrev owns Mediamuv.

Can you please direct me to someone who can help us release these false strikes?

Thank you!

This is my direct line
866-335-2320 ext - 200
CEO
Colonize Media, Inc

--------- Forwarded message ---------
From: <googlemusicdmca@google.com>
Date: Wed, Mar 11, 2020 at 1:50 PM
[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]

**Ted Kartzman** <teddyk@google.com>                                     Wed, Mar 11, 2020 at 3:24 PM
To: David Hernandez <Davidh@colonizemedia.com>, jmedina@mediamuv.cc
Cc: Google Music DMCA <googlemusicdmca@google.com>, Matt Davis <matt.d@colonizemedia.com>, Erin Bishop
<erin@colonizemedia.com>, Cristina Hernandez <cristinah@colonizemedia.com>, Victoria Martinez
<victoria@colonizemedia.com>, playmusicops <playmusicops@google.com>, kevin@bergerco.com

Hi David, I am adding the MediaMuv contact from the form submitted, so you can inquire as to the issues raised directly.

Also moving CD Baby to BCC, not sure where you got the information that CD Baby has anything to do with MediaMuv.

[Quoted text hidden]

**David Hernandez** <davidh@colonizemedia.com>                           Wed, Mar 11, 2020 at 3:39 PM
To: Ted Kartzman <teddyk@google.com>
Cc: jmedina@mediamuv.cc, Google Music DMCA <googlemusicdmca@google.com>, Matt Davis
<matt.d@colonizemedia.com>, Erin Bishop <erin@colonizemedia.com>, Cristina Hernandez
<cristinah@colonizemedia.com>, Victoria Martinez <victoria@colonizemedia.com>, playmusicops
<playmusicops@google.com>, Kevin <kevin@bergerco.com>

Thank you Ted!
[Quoted text hidden]

**David Hernandez** <davidh@colonizemedia.com>                           Wed, Mar 11, 2020 at 3:40 PM
To: Ted Kartzman <teddyk@google.com>

PLF003337

Case 1:21-cv-00803-DAD-AC    Document 80-5    Filed 08/12/22    Page 48 of 72

The reason I added CD Baby, is because it is our understanding that Adrev owns and manages MediaMuv, we have had many conflicts in the past as far as also wrongfully claiming assets on YouTube with them with no resolve, that is why I emailed in this manner.

On Wed, Mar 11, 2020 at 3:24 PM Ted Kartzman <teddyk@google.com> wrote:
[Quoted text hidden]
[Quoted text hidden]

---

**David Hernandez** <davidh@colonizemedia.com>                    Wed, Mar 11, 2020 at 3:41 PM
To: Google Music DMCA <googlemusicdmca@google.com>, jmedina@mediamuv.cc

Mr. Medina,

Can you please explain why you are sending strikes on these assets?

Thank you!
[Quoted text hidden]
[Quoted text hidden]

*DAVID, WHY IS this mediamuv guy claiming to Be yours?* (handwritten)

---

**Jose David Hernandez** <jmedina@mediamuv.cc>                    Wed, Mar 11, 2020 at 3:43 PM
To: David Hernandez <davidh@colonizemedia.com>
Cc: Google Music DMCA <googlemusicdmca@google.com>

Hi,

Because the recordings are my intellectual property, therefore my rights are being infringed by being distributed without any contract, license or prior authorization from my company.


Best,
José
[Quoted text hidden]

---

**Ted Kartzman** <teddyk@google.com>                    Wed, Mar 11, 2020 at 3:49 PM
To: David Hernandez <Davidh@colonizemedia.com>

CD Baby owns AdRev, but nothing to do with MediaMuv.  Not sure where you got that info, but you're connected with the right guy now to resolve your issue.
[Quoted text hidden]

---

**David Hernandez** <davidh@colonizemedia.com>                    Wed, Mar 11, 2020 at 3:59 PM
To: Ted Kartzman <teddyk@google.com>

Okay,

Noted, thank you Ted.

Hope all is well.
[Quoted text hidden]

---

**David Hernandez** <davidh@colonizemedia.com>                    Wed, Mar 11, 2020 at 4:00 PM
To: Jose David Hernandez <jmedina@mediamuv.cc>
Cc: Google Music DMCA <googlemusicdmca@google.com>

Can you please provide chain of title?

Also, can you please provide your ID, Domicile, and Legal counsel name?

Thank you

PLF003338

**David Hernandez** <davidh@colonizemedia.com>                    Wed, Mar 11, 2020 at 4:13 PM
To: Ted Kartzman <teddyk@google.com>

Ted,

This is the kind of response we get and we have escalated in the past on YouTube Related we get sent to AdRev.

It is very frustrating, also this person is naming themselves exactly as my name and seems to always be the same person.

Now, this person is claiming that they own all these assets, when some of these assets are owned and originally created by us or labels we own and or service.

For example, One of the albums this person is claiming to be theirs is owned by one of my companies. I Have attached the copyright registration (Los Primos De Durango, Tal Vez) , so this is very frustrating and also seems like the Regional Mexican Scene is under siege by these bad actors, thus me messaging you on this, and I really do not mean to be rude or start any issues, but it is a big problem these people are causing and seems like now one wants to look into it.

Chain of title for one of the albums in questions just to give an example.
I hope these all makes sense.

https://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v1=1&ti=1,1&Search%5FArg=los%20primos%20de%20durango%20tal%20vez&Search%5FCode=FT%2A&CNT=25&PID=GUVoaOOkEKzqLLWfBqp3giJI3efs&SEQ=20200311190657&SID=1


Thank you for your help, we will do what we can on our end.
[Quoted text hidden]

**Screen Shot 2020-03-11 at 4.07.25 PM.png**
505K


**Ted Kartzman** <teddyk@google.com>                    Thu, Mar 12, 2020 at 10:14 AM
To: David Hernandez <davidh@colonizemedia.com>

Hi David, I've forwarded our correspondence to the person who manages MediaMuv here at YouTube to try and understand more about this partner.  I will let you know what I find out, if it's anything good!

cheers
ted
[Quoted text hidden]
--
----
Ted Kartzman
Independent Music Partnerships
YouTube Music | music.youtube.com
650-390-7433 | teddyk@google.com


**David Hernandez** <davidh@colonizemedia.com>                    Thu, Mar 12, 2020 at 10:26 AM
To: Ted Kartzman <teddyk@google.com>

PLF003339

Hi Ted,

If you or someone else needs past threads and conversations I have with Noah at Adrev, I Can Send those.
I also have long threads with Sandra and Mauricio at YouTube about this.

Also check out this google thread.
https://www.google.com/search?q=mediamuv&oq=mediamuv&aqs=chrome  69i57j0l7 2700j0j8&
sourceid=chrome&ie=UTF-8

Also, I had a lengthy phone conversation with Mr. Madux as well about this issue and I feel like got ignored in the past.

Thank you for your understanding, I don`t mean to be a pest, but these people have really damaged our industry and I really care for the wellbeing of our ecosystem
and the future of our community.


Thank you!




[Quoted text hidden]


**Ted Kartzman** <teddyk@google.com>                                    Thu, Mar 12, 2020 at 11:28 AM
To: David Hernandez <davidh@colonizemedia.com>

I don't understand, is your problem with AdRev or with MediaMuv?
[Quoted text hidden]


**David Hernandez** <davidh@colonizemedia.com>                          Thu, Mar 12, 2020 at 11:35 AM
To: Ted Kartzman <teddyk@google.com>

With MediaMuv,

However it is our understanding that Adrev is the administrator or owner of MediaMuv.
We are not sure the exact relationship the both have.
[Quoted text hidden]


**Ted Kartzman** <teddyk@google.com>                                    Thu, Mar 12, 2020 at 11:38 AM
To: David Hernandez <davidh@colonizemedia.com>

I keep telling you that AdRev has nothing to do with MediaMuv.

MediaMuv manages their own account on YouTube.

They're not owned by AdRev.




[Quoted text hidden]


**David Hernandez** <davidh@colonizemedia.com>                          Thu, Mar 12, 2020 at 11:40 AM
To: Ted Kartzman <teddyk@google.com>

Ok, thanks for the clarification.
[Quoted text hidden]

PLF003340

**Ted Kartzman** <teddyk@google.com>
To: David Hernandez <davidh@colonizemedia.com>

Thu, Mar 12, 2020 at 3:06 PM

Now I understand why you associate the two companies, the people at MediaMuv have put AdRev support address as their contact information.  I am gonna get to the bottom of this.

ted
[Quoted text hidden]

---

**David Hernandez** <davidh@colonizemedia.com>
To: Ted Kartzman <teddyk@google.com>

Thu, Mar 12, 2020 at 3:14 PM

Oh Wow!

No way, Okay. Thank you!

[Quoted text hidden]

---

**David Hernandez** <davidh@colonizemedia.com>
To: Ted Kartzman <teddyk@google.com>

Thu, Mar 12, 2020 at 3:16 PM

I just sent an email to Mr. Madux apologizing for the confusion.

I apologize to you as well.

On Thu, Mar 12, 2020 at 3:07 PM Ted Kartzman <teddyk@google.com> wrote:
[Quoted text hidden]
[Quoted text hidden]

---

**David Hernandez** <davidh@colonizemedia.com>
To: Ted Kartzman <teddyk@google.com>

Thu, Mar 12, 2020 at 6:12 PM

Ted,

One thing does not make sense, there is something that I just remembered.

Adrev in the past, has responded over conflicts on MediaMuv. And I have adrev defending their position and the CEO of AdRev telling me that the only way they would send us money owed to us and our clients was if MediaMuv approved it. Please see the screenshots attached.

AdRev did or does still have connections with MediaMuv.

Please correct me if I am wrong.


See attached
[Quoted text hidden]

---

**3 attachments**

**Screenshot_20200312-181054_Gmail.jpg**
250K

PLF003341

**Screenshot_20200312-181054_Gmail.jpg**
250K

**Screenshot_20200312-181054_Gmail.jpg**
250K

**David Hernandez** <davidh@colonizemedia.com>                    Thu, Mar 12, 2020 at 6:37 PM
To: Ted Kartzman <teddyk@google.com>

Here are more screenshots
[Quoted text hidden]

**2 attachments**

**Screenshot_20200312-180800_Gmail.jpg**
349K

**Screenshot_20200312-180700_Gmail.jpg**
462K

**Jose David Hernandez** <jmedina@mediamuv.cc>                    Tue, Mar 17, 2020 at 3:11 PM
To: David Hernandez <davidh@colonizemedia.com>
Cc: Google Music DMCA <googlemusicdmca@google.com>

Yes

PLF003342

3442 W Rose Ln Phoenix, AZ 85017 Estados Unidos.

Best,
José Medina
[Quoted text hidden]

PLF003343

Case 1:21-cv-00803-DAD-AC    Document 80-5    Filed 08/12/22    Page 54 of 72

**David Hernandez** <davidh@colonizemedia.com>                    Mon, Jul 16, 2018 at 2:49 PM
To: Noah Becker <noah@adrev.net>
Cc: Muv CEO <jmedina@mediamuv.com>, Erin Bishop <erin@colonizemedia.com>, Matt Davis
<matt.d@colonizemedia.com>, Colonize Media Copyright <Colonizecopyright@gmail.com>
Bcc: "Maddux, Tracy" <Tracy@cdbaby.com>

Hi Noah,

Hope all is well.

I apologize for our delay on this matter. We have been extremely busy.

Attached you will find our contract with Eagle Music, Inc. Who is the sole owner of the entire Los Inquietos del Norte
Catalog under Eagle Music and other artists.

I also spoke with Jose Teran, founder of MediaMuve and he told me that any questions or problems to fix to contact
AdRev. He said that Adrev handles everything.

Unless you have an excited contract from Eagle Music, we would like all revenues at 100% Generated by
MediMuv/AdRev without authorization.

Please let us know if you have any questions.

DH
[Quoted text hidden]

📎 **Eagle Music Inc..pdf**
    473K

**David Hernandez** <davidh@colonizemedia.com>                    Thu, Jul 19, 2018 at 9:18 AM
To: Noah Becker <noah@adrev.net>
Cc: Muv CEO <jmedina@mediamuv.com>, Erin Bishop <erin@colonizemedia.com>, Matt Davis
<matt.d@colonizemedia.com>, Colonize Media Copyright <Colonizecopyright@gmail.com>

Hi Noah,

Any news on this?
[Quoted text hidden]

**David Hernandez** <davidh@colonizemedia.com>                    Thu, Jul 26, 2018 at 7:43 AM
To: Noah Becker <noah@adrev.net>, "Maddux, Tracy" <Tracy@cdbaby.com>
Cc: Muv CEO <jmedina@mediamuv.com>, Erin Bishop <erin@colonizemedia.com>, Matt Davis
<matt.d@colonizemedia.com>, Colonize Media Copyright <Colonizecopyright@gmail.com>

Good Morning Noah,

What update do you have for me?


[Quoted text hidden]

**David Hernandez** <davidh@colonizemedia.com>                    Tue, Jul 31, 2018 at 3:26 PM
To: Noah Becker <noah@adrev.net>
Cc: Muv CEO <jmedina@mediamuv.com>, Erin Bishop <erin@colonizemedia.com>, Matt Davis
<matt.d@colonizemedia.com>, Colonize Media Copyright <Colonizecopyright@gmail.com>, "Maddux, Tracy"
<Tracy@cdbaby.com>

Noah,

Can you please put me in touch with someone who will actually help us here with this Infringements?

We have provided all the proper information and documents and we seem to be getting no where.            PLF003344

Thanks

On Mon, Jul 16, 2018, 2:49 PM David Hernandez <davidh@colonizemedia.com> wrote:
[Quoted text hidden]

**Noah Becker** <noah@adrev.net>                                    Wed, Aug 1, 2018 at 12:30 PM
To: David Hernandez <davidh@colonizemedia.com>
Cc: Muv CEO <jmedina@mediamuv.com>, Erin Bishop <erin@colonizemedia.com>, Matt Davis
<matt.d@colonizemedia.com>, Colonize Media Copyright <Colonizecopyright@gmail.com>, "Maddux, Tracy"
<Tracy@cdbaby.com>

Hi David,

I appreciate your diligence but as I have stated innumerable times
before, this is a rights dispute between you and our client and as
such, I have no obligation to do anything here.

Our general counsel has stated to me on more than one occasion that I
should consider this matter closed and cease any further communication
with you regarding the matter. Their position was only reinforced
after they reviewed the documentation you sent over.

Cheers,

nb

On Tue, Jul 31, 2018 at 3:26 PM, David Hernandez
[Quoted text hidden]

PLF003345



David Hernandez <davidh@colonizemedia.com>

# EAGLE MUSIC, INC - ASSET IDs
13 messages

**David Hernandez** <davidh@colonizemedia.com>                                        Mon, Jun 4, 2018 at 4:18 PM
To: Noah Becker <noah@adrev.net>, Muv CEO <jmedina@mediamuv.com>, Erin Bishop <erin@colonizemedia.com>, Matt
Davis <matt.d@colonizemedia.com>, Colonize Media Copyright <Colonizecopyright@gmail.com>
Bcc: "Maddux, Tracy" <Tracy@cdbaby.com>

Greetings Noah,

Please see the attached documents, this is the content that AdRev/MediaMuv Claimed without authorization from Our
client Eagle Music, Inc.

Please revise these.

MediaMuv or AdRev according to our client, has never had rights to the content in questions.

We request full reporting and full payment.

Thanks

--
David Hernandez | CEO | COLONIZE MEDIA, INC | 415-735-8236 | DavidH@ColonizeMedia.com

This email and any files transmitted with it are confidential and intended solely for the use of the individual or
entity to whom they are addressed. If you have received this email in error please notify the system manager. This
message contains confidential information and is intended only for the individual named. If you are not the named
addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail
if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended
recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents
of this information is strictly prohibited.

**50 attachments**

📄 **Eagle Music_YouTube Assets - MediaMuv Conflict Histories.xlsx**
   15K

📄 **metadata_A972453592685223.csv**
   1K

📄 **metadata_A742251633084334.csv**
   2K

📄 **metadata_A676048365294917.csv**
   1K

📄 **metadata_A440295560272374.csv**
   2K

📄 **metadata_A933829728554094.csv**
   1K

📄 **metadata_A431549113172072.csv**
   1K

📄 **metadata_A548202302807705.csv**
   2K

📄 **metadata_A907734853690251.csv**
   1K

📄 **metadata_A422871736425289.csv**

PLF003346

2K

**metadata_A300618497427356.csv**
2K

**metadata_A326484786982126.csv**
1K

**metadata_A148689394278294.csv**
1K

**metadata_A116087788586525.csv**
1K

**metadata_A365083752984536.csv**
1K

**metadata_A136129918942332.csv**
1K

**metadata_A205590976684172.csv**
1K

**metadata_A602798699994869.csv**
1K

**metadata_A919469310569692.csv**
2K

**metadata_A911722939029850.csv**
1K

**metadata_A118724053459054.csv**
1K

**metadata_A565294673596709.csv**
1K

**metadata_A119628957403396.csv**
1K

**metadata_A803802753558322.csv**
1K

**metadata_A327296562886154.csv**
1K

**metadata_A667404568889222.csv**
1K

**metadata_A523006776605235.csv**
2K

**metadata_A540120259380425.csv**
1K

**metadata_A503817374983579.csv**
1K

**metadata_A349046555050202.csv**
1K

**metadata_A325518221322363.csv**
1K

**metadata_A451197353230062.csv**
1K

**metadata_A218962987306793.csv**
1K

**metadata_A903191637357552.csv**
1K

PLF003347

metadata_A667374730857082.csv
1K

metadata_A139266210986010.csv
1K

metadata_A901876541895938.csv
1K

metadata_A918974417079189.csv
2K

metadata_A872964530889412.csv
1K

metadata_A440088036661270.csv
1K

metadata_A145816219688383.csv
1K

metadata_A205953270594865.csv
1K

metadata_A668979749174332.csv
1K

metadata_A830775709391573.csv
1K

metadata_A814081976697500.csv
1K

metadata_A636758021113460.csv
2K

metadata_A556076170579352.csv
1K

metadata_A534702701777112.csv
2K

metadata_A519826862445345.csv
2K

metadata_A617726801224965.csv
1K

**Noah Becker** <noah@adrev.net>                                                      Tue, Jun 5, 2018 at 1:16 AM
To: David Hernandez <davidh@colonizemedia.com>
Cc: Muv CEO <jmedina@mediamuv.com>, Erin Bishop <erin@colonizemedia.com>, Matt Davis
<matt.d@colonizemedia.com>, Colonize Media Copyright <Colonizecopyright@gmail.com>

   Single sheet please. Thanks,
   Nb

   Sent from my mobile please excuses typos and brevity.


   [Quoted text hidden]

       <Eagle Music_YouTube Assets - MediaMuv Conflict Histories.xlsx>

       <metadata_A972453592685223.csv>

       <metadata_A742251633084334.csv>

       <metadata_A676048365294917.csv>

PLF003348

<metadata_A440295360272374.csv>

<metadata_A933829728554094.csv>

<metadata_A431549113172072.csv>

<metadata_A548202302807705.csv>

<metadata_A907734853690251.csv>

<metadata_A422871736425289.csv>

<metadata_A300618497427356.csv>

<metadata_A326484786982126.csv>

<metadata_A148689394278294.csv>

<metadata_A116087788586525.csv>

<metadata_A365083752984536.csv>

<metadata_A136129918942332.csv>

<metadata_A205590976684172.csv>

<metadata_A602798699994869.csv>

<metadata_A919469310569692.csv>

<metadata_A911722939029850.csv>

<metadata_A118724053459054.csv>

<metadata_A565294673596709.csv>

<metadata_A119628957403396.csv>

<metadata_A803802753558322.csv>

<metadata_A327296562886154.csv>

<metadata_A667404568889222.csv>

<metadata_A523006776605235.csv>

<metadata_A540120259380425.csv>

<metadata_A503817374983579.csv>

<metadata_A349046555050202.csv>

<metadata_A325518221322363.csv>

<metadata_A451197353230062.csv>

<metadata_A218962987306793.csv>

<metadata_A903191637357552.csv>

<metadata_A667374730857082.csv>

<metadata_A139266210986010.csv>

<metadata_A901876541895938.csv>

<metadata_A918974417079189.csv>

<metadata_A872964530889412.csv>

PLF003349

&lt;metadata_A440088030661270.csv&gt;

&lt;metadata_A145816219688383.csv&gt;

&lt;metadata_A205953270594865.csv&gt;

&lt;metadata_A668979749174332.csv&gt;

&lt;metadata_A830775709391573.csv&gt;

&lt;metadata_A814081976697500.csv&gt;

&lt;metadata_A636758021113460.csv&gt;

&lt;metadata_A556076170579352.csv&gt;

&lt;metadata_A534702701777112.csv&gt;

&lt;metadata_A519826862445345.csv&gt;

&lt;metadata_A617726801224965.csv&gt;


**Noah Becker** &lt;noah@adrev.net&gt;                                    Tue, Jun 5, 2018 at 7:07 AM
To: David Hernandez &lt;davidh@colonizemedia.com&gt;
Cc: Muv CEO &lt;jmedina@mediamuv.com&gt;, Erin Bishop &lt;erin@colonizemedia.com&gt;, Matt Davis
&lt;matt.d@colonizemedia.com&gt;, Colonize Media Copyright &lt;Colonizecopyright@gmail.com&gt;

Sorry for misunderstanding / moving very fast but...the internet here
is pathetically slow. So all the conflicts are on one sheet, but you
sent metadata separately for each title? That is not necessary going
forward. Again please if/as you can just compile ALL issues onto a
single sheet so we can review at scale and more efficiently. Thank
you!

nb
[Quoted text hidden]
--
_____


Noah S. Becker
President
http://adrev.net
YouTube Certified - Advanced Digital Rights Management, Audience Growth
(818) 356-8393

AdRev is a 2013, 2014 and 2015 Inc. 500 Honoree Ranked #2 (2013/2014)
and #5 (2015) Fastest Growing Media Company

CONFIDENTIALITY NOTICE: The information contained in this email
message and any attachments may be confidential and privileged, and
exempt from disclosure under applicable law. This email message is
intended only for the exclusive use of the person or entity to whom it
is addressed. If you are not the intended recipient (or someone
responsible for delivering this email message to the intended
recipient), please be aware that any use, distribution or copying of
this communication is strictly prohibited. If you have received this
communication in error, please notify the sender immediately by return
email or by telephone and delete or destroy this email message and any
attachments to it. Thank you.


**David Hernandez** &lt;davidh@colonizemedia.com&gt;                    Tue, Jun 5, 2018 at 7:26 AM
To: Noah Becker &lt;noah@adrev.net&gt;

PLF003350

Cc: Muv CEO <jmedina@mediamuv.com>, Erin Bishop <erin@colonizemedia.com>, Matt Davis
<matt.d@colonizemedia.com>, Colonize Media Copyright <Colonizecopyright@gmail.com>

There is one single sheet
[Quoted text hidden]

---

**David Hernandez** <davidh@colonizemedia.com>                    Tue, Jun 5, 2018 at 7:31 AM
To: Noah Becker <noah@adrev.net>
Cc: Muv CEO <jmedina@mediamuv.com>, Erin Bishop <erin@colonizemedia.com>, Matt Davis
<matt.d@colonizemedia.com>, Colonize Media Copyright <Colonizecopyright@gmail.com>

We sent all the seperate sheets for you to see the previous claim from AdRev/Mediamuv. All the information is compiled
in one sheet.
[Quoted text hidden]

---

**David Hernandez** <davidh@colonizemedia.com>                    Thu, Jun 7, 2018 at 12:29 PM
To: Noah Becker <noah@adrev.net>
Cc: Muv CEO <jmedina@mediamuv.com>, Erin Bishop <erin@colonizemedia.com>, Matt Davis
<matt.d@colonizemedia.com>, Colonize Media Copyright <Colonizecopyright@gmail.com>

Greetings,

Any updates?
[Quoted text hidden]

---

**David Hernandez** <davidh@colonizemedia.com>                    Mon, Jun 11, 2018 at 4:56 PM
To: Noah Becker <noah@adrev.net>
Cc: Muv CEO <jmedina@mediamuv.com>, Erin Bishop <erin@colonizemedia.com>, Matt Davis
<matt.d@colonizemedia.com>, Colonize Media Copyright <Colonizecopyright@gmail.com>

Waiting On Response
[Quoted text hidden]

---

**Noah Becker** <noah@adrev.net>                    Tue, Jun 12, 2018 at 1:11 AM
To: David Hernandez <davidh@colonizemedia.com>
Cc: Muv CEO <jmedina@mediamuv.com>, Erin Bishop <erin@colonizemedia.com>, Matt Davis
<matt.d@colonizemedia.com>, Colonize Media Copyright <Colonizecopyright@gmail.com>

Hi David,

I would appreciate it if you would contact Jose and MediaMuv directly,
as this is a rights level dispute that you have with them. I am not
under any authority or obligation to provide you with any data unless
my client demands it as such. Keep in mind, you and I have no legal
contract binding either party to perform, whatsoever, for the other.

I will not be supplying you any data whatsoever short of the
occurrence of you and MediaMuv reaching some sort of agreement
regarding this claim of yours. Which again for all we know, is not
legitimate. As you have supplied absolutely no foundational evidence
to support your own claims to the content.

Have a nice day.

nb


On Tue, Jun 12, 2018 at 1:56 AM, David Hernandez
[Quoted text hidden]

PLF003351



David Hernandez <davidh@colonizemedia.com>

# LZ MUSIC LLC - ASSET ID`s Infringement

7 messages

**David Hernandez** <davidh@colonizemedia.com>              Mon, Jun 4, 2018 at 4:31 PM
To: Noah Becker <noah@adrev.net>, Muv CEO <jmedina@mediamuv.com>, Matt Davis <matt.d@colonizemedia.com>, Erin
Bishop <erin@colonizemedia.com>, Colonize Media Copyright <Colonizecopyright@gmail.com>
Bcc: "Maddux, Tracy" <Tracy@cdbaby.com>

Hi Noah,

Attached you will find more copyright infringements. We have way more on the way, just trying to sort through this one
step at a time.

Please look through this and let us know if you have any questions.

Thanks

--
David Hernandez | CEO | COLONIZE MEDIA, INC | 415-735-8236 | DavidH@ColonizeMedia.com

This email and any files transmitted with it are confidential and intended solely for the use of the individual or
entity to whom they are addressed. If you have received this email in error please notify the system manager. This
message contains confidential information and is intended only for the individual named. If you are not the named
addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail
if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended
recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents
of this information is strictly prohibited.

## 15 attachments

**LZ Records_YouTube Assets_051518 (1).xlsx**
11K

**metadata_A411624651917155.csv**
1K

**metadata_A158082171680995.csv**
1K

**metadata_A753558740614037.csv**
1K

**metadata_A304913642266451.csv**
1K

**metadata_A744321912625259.csv**
1K

**metadata_A757541472316762.csv**
2K

**metadata_A306804933334440.csv**
2K

**metadata_A854113157749010.csv**
1K

**metadata_A420091160272130.csv**
2K

PLF003352

**metadata_A168707932963835.csv**
2K

**metadata_A830867940686769.csv**
2K

**metadata_A704502123868150.csv**
1K

**metadata_A953695629420748.csv**
1K

**metadata_A656272731231764.csv**
1K

**Noah Becker** <noah@adrev.net>                                      Tue, Jun 5, 2018 at 1:12 AM
To: David Hernandez <davidh@colonizemedia.com>
Cc: Muv CEO <jmedina@mediamuv.com>, Matt Davis <matt.d@colonizemedia.com>, Erin Bishop
<erin@colonizemedia.com>, Colonize Media Copyright <Colonizecopyright@gmail.com>

Hi David,

Can you please compile a single sheet? Some of these have like 3 rows of data on them. This will not be a scaleable way
to work through issues. The easiest thing would be to receive a single master sheet we can review and respond to, or
perhaps create a shared google doc etc?

Thanks!

Nb

Sent from my mobile please excuses typos and brevity.

[Quoted text hidden]

       <LZ Records_YouTube Assets_051518 (1).xlsx>

       <metadata_A411624651917155.csv>

       <metadata_A158082171680995.csv>

       <metadata_A753558740614037.csv>

       <metadata_A304913642266451.csv>

       <metadata_A744321912625259.csv>

       <metadata_A757541472316762.csv>

       <metadata_A306804933334440.csv>

       <metadata_A854113157749010.csv>

       <metadata_A420091160272130.csv>

       <metadata_A168707932963835.csv>

       <metadata_A830867940686769.csv>

       <metadata_A704502123868150.csv>

       <metadata_A953695629420748.csv>

       <metadata_A656272731231764.csv>

PLF003353

**David Hernandez** <davidh@colonizemedia.com>          Tue, Jun 5, 2018 at 7:27 AM
To: Noah Becker <noah@adrev.net>
Cc: Muv CEO <jmedina@mediamuv.com>, Matt Davis <matt.d@colonizemedia.com>, Erin Bishop
<erin@colonizemedia.com>, Colonize Media Copyright <Colonizecopyright@gmail.com>

> There is one single sheet
> [Quoted text hidden]

**David Hernandez** <davidh@colonizemedia.com>          Thu, Jun 7, 2018 at 12:30 PM
To: Noah Becker <noah@adrev.net>
Cc: Muv CEO <jmedina@mediamuv.com>, Matt Davis <matt.d@colonizemedia.com>, Erin Bishop
<erin@colonizemedia.com>, Colonize Media Copyright <Colonizecopyright@gmail.com>

> Greetings,
>
> At what time will we received reporting?
> [Quoted text hidden]

**David Hernandez** <davidh@colonizemedia.com>          Mon, Jun 11, 2018 at 4:55 PM
To: Noah Becker <noah@adrev.net>
Cc: Muv CEO <jmedina@mediamuv.com>, Matt Davis <matt.d@colonizemedia.com>, Erin Bishop
<erin@colonizemedia.com>, Colonize Media Copyright <Colonizecopyright@gmail.com>

> Waiting on response
> [Quoted text hidden]

**David Hernandez** <davidh@colonizemedia.com>          Mon, Jul 16, 2018 at 3:06 PM
To: Noah Becker <noah@adrev.net>
Cc: Muv CEO <jmedina@mediamuv.com>, Matt Davis <matt.d@colonizemedia.com>, Erin Bishop
<erin@colonizemedia.com>, Colonize Media Copyright <Colonizecopyright@gmail.com>

> LZ RECORDS - LA ZENDA NORTENA
>
> Hi Noah,
>
> I apologize for the delay,
>
> We have been extremely busy over here.
> Attached you will find our executed doc from LZ RECORDS- LA ZENDA NORTENA.
>
> Please let us know if you have any questions.
>
> Thanks
> [Quoted text hidden]

> 📎 **Please_DocuSign__LZ_RECORDS_LLC__LA_ZENDA_NORTENA__-w-_COLONIZE_MEDIA__INC---
> CORRECTED FULL DOC.pdf**
> 357K

**David Hernandez** <davidh@colonizemedia.com>          Mon, Jul 30, 2018 at 11:47 AM
To: Noah Becker <noah@adrev.net>
Cc: Muv CEO <jmedina@mediamuv.com>, Matt Davis <matt.d@colonizemedia.com>, Erin Bishop
<erin@colonizemedia.com>, Colonize Media Copyright <Colonizecopyright@gmail.com>

> Any updates on this?
> [Quoted text hidden]

PLF003354

**COLONIZE® MEDIA**

David Hernandez <davidh@colonizemedia.com>

## AdRev/MediaMuv Copyright Infringments Eagle Music Inc

7 messages

**David Hernandez** <davidh@colonizemedia.com>         Fri, May 18, 2018 at 4:56 PM
To: noah@adrev.net, Matt Davis <matt.d@colonizemedia.com>, contact@adrev.ne, Colonize Media Copyright
<Colonizecopyright@gmail.com>, Kevin Berger <kevin@colonizemedia.com>, Erin Bishop <erin@colonizemedia.com>

Hi Noah,

Attached you will find a list of Content that was infringed upon by AdRev/MediaMuve in connection
our client EAGLE MUSIC INC

We expect full reporting on this tracks No Later than 5 PM, Pacific time on Monday, May 21st, 2018.

And check payment no later than Friday may 25th 2018.

This is pretty black and white. AdRev Never had the rights to monetize this content. If you feel we
Wrong please provide contact with EAGLE MUSIC, INC. And do not put me in touch with any other
parties. we hold you and AdRev completely responsible for this actions.

Please send Revenue reports at 100% No Rev share for you. Attached is our W9.

Thank You!

--
**David Hernandez** | CEO | COLONIZE MEDIA, INC | 415-735-8236 | DavidH@ColonizeMedia.com

This email and any files transmitted with it are confidential and intended solely for the use of the individual or
entity to whom they are addressed. If you have received this email in error please notify the system manager. This
message contains confidential information and is intended only for the individual named. If you are not the named
addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail
if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended
recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents
of this information is strictly prohibited.

**2 attachments**

Eagle Music_YouTube Assets_051518.xlsx
73K

Colonize completed W9.pdf
572K

**David Hernandez** <davidh@colonizemedia.com>         Fri, May 18, 2018 at 4:57 PM
To: contact@adrev.net

[Quoted text hidden]

**2 attachments**

PLF003355



Eagle Music_YouTube Assets_051518.xlsx
73K

Colonize completed W9.pdf
572K

**Noah Becker** <noah@adrev.net>                                    Mon, May 21, 2018 at 9:59 AM
To: David Hernandez <davidh@colonizemedia.com>
Cc: Matt Davis <matt.d@colonizemedia.com>, Support AdRev CID <contact@adrev.ne>, Colonize Media Copyright
<Colonizecopyright@gmail.com>, Kevin Berger <kevin@colonizemedia.com>, Erin Bishop <erin@colonizemedia.com>

Hi David,

I spot checked several of these. Really same case as before, mixed
with other oddities (ie, neither AdRev nor MediaMuv ever delivered
many of these assets).

Let me know if you come across anything else. Cheers,

nb
[Quoted text hidden]
--
_____


Noah S. Becker
President
http://adrev.net
YouTube Certified - Advanced Digital Rights Management, Audience Growth
(818) 356-8393

AdRev is a 2013, 2014 and 2015 Inc. 500 Honoree Ranked #2 (2013/2014)
and #5 (2015) Fastest Growing Media Company

CONFIDENTIALITY NOTICE: The information contained in this email
message and any attachments may be confidential and privileged, and
exempt from disclosure under applicable law. This email message is
intended only for the exclusive use of the person or entity to whom it
is addressed. If you are not the intended recipient (or someone
responsible for delivering this email message to the intended
recipient), please be aware that any use, distribution or copying of
this communication is strictly prohibited. If you have received this
communication in error, please notify the sender immediately by return
email or by telephone and delete or destroy this email message and any
attachments to it. Thank you.

**David Hernandez** <davidh@colonizemedia.com>                    Mon, May 21, 2018 at 10:44 AM
To: Noah Becker <noah@adrev.net>
Cc: Matt Davis <matt.d@colonizemedia.com>, Support AdRev CID <contact@adrev.ne>, Colonize Media Copyright
<Colonizecopyright@gmail.com>, Kevin Berger <kevin@colonizemedia.com>, Erin Bishop <erin@colonizemedia.com>

PLF003356



Hi Noah,

Thank you for your response.

Can you please check in your reporting and also on the metadata delivered.

You will see the information on there.

I have attached an example for just one Asset ID: A830775709391573 Please look into them.

.

[Quoted text hidden]

📄 **metadata_A830775709391573.csv**
1K

---

**David Hernandez** <davidh@colonizemedia.com>                    Tue, May 22, 2018 at 8:32 AM
To: Noah Becker <noah@adrev.net>
Cc: Matt Davis <matt.d@colonizemedia.com>, Support AdRev CID <contact@adrev.ne>, Colonize Media Copyright
<Colonizecopyright@gmail.com>, Kevin Berger <kevin@colonizemedia.com>, Erin Bishop <erin@colonizemedia.com>

Noah,

We need to know why AdRev was claiming this content without the rights.

We also need full Reporting and we need to know who was getting paid. Unless you can show us a valid agreement with
the right holder we will keep pressing for this.

Please advise.

On Mon, May 21, 2018 at 9:59 AM, Noah Becker <noah@adrev.net> wrote:
[Quoted text hidden]
[Quoted text hidden]

---

**Noah Becker** <noah@adrev.net>                                Tue, May 22, 2018 at 8:45 AM
To: David Hernandez <davidh@colonizemedia.com>
Cc: Matt Davis <matt.d@colonizemedia.com>, Support AdRev CID <contact@adrev.ne>, Colonize Media Copyright
<Colonizecopyright@gmail.com>, Kevin Berger <kevin@colonizemedia.com>, Erin Bishop <erin@colonizemedia.com>

The files were delivered by Media Muv. Cheers,

nb
[Quoted text hidden]

---

**David Hernandez** <davidh@colonizemedia.com>                  Tue, May 22, 2018 at 3:30 PM
To: Noah Becker <noah@adrev.net>
Cc: Matt Davis <matt.d@colonizemedia.com>, contact@adrev.ne, Colonize Media Copyright
<Colonizecopyright@gmail.com>, Kevin Berger <kevin@colonizemedia.com>, Erin Bishop <erin@colonizemedia.com>

PLF003357

Case 1:21-cv-00803-DAD-AC     Document 80-5     Filed 08/12/22     Page 68 of 72

Can you please provide full reporting, your contract with MediaMuve and the contract of any they have with the content owners. We request full reporting and payment. You are very well aware of the illegal activities perpetrated by Mediaamuve under your watch.

Please comply with my requests.

[Quoted text hidden]

PLF003358

## Soy de Tamaulipas - Los Inquietos del Norte

Sound Recording

|  |  |  |
|---|---|---|
| | 49 | 6K |
| | Active Claims | Daily views |

| METADATA | OWNERSHIP & POLICY | REFERENCES | OFFICIAL VIDEO | COMPOSITION |
|---|---|---|---|---|
| Asset ID: A830775709391573 | Colonize Media | Total: 2 | | SOCAN, ASCAP |
| Audio ISRC: QM6DC1737162 (+2) | Custom Policy | Active: 1 | | You have 0 shares |
| | | | | You have 0 proposals |

### Colonize Media

Export to CSV     Exit comparison

| Provider | Audio ISRC | Song | Artists | GRid | UPC | Album | Record label | Genres | Source |
|---|---|---|---|---|---|---|---|---|---|
| Colonize Media DISPLAY | QM6DC1737162 | Soy de Tamaulipas | Los Inquietos del Norte | | 758381420381 | De Noche Enfiestado | Eagle Music, Inc. | Pop | Dropbox Feed |
| Colonize Media | MX9273222676 | Soy De Tamaulipas | Los Inquietos Del Norte | | | Mediamuv | Cortez Music | Latin | CMS User - david |
| AdRev for Rights Holder | CIXTH5272053 | Soy De Tamaulipas-13387 | Los Inquietos Del Norte | | | Mediamuv | Cortez Music | Latin | Content ID API |
| MediaMuv | MX9273222676 | Soy De Tamaulipas | Los Inquietos Del Norte | | | Mediamuv | Cortez Music | Latin | Dropbox Feed |

PLF003359

9 10 21, 1:17 PM        COLONIZE MEDIA, INC Mail - Your email was received. We'll be right with you!

Case 1:21-cv-00803-DAD-AC    Document 80-5    Filed 08/12/22    Page 70 of 72


**COLONIZE® MEDIA**

David Hernandez <davidh@colonizemedia.com>

## Your email was received. We'll be right with you!
2 messages

**AdRev** <support@contentid.zendesk.com>              Fri, May 18, 2018 at 4:50 PM
Reply-To: AdRev <support+id95641@contentid.zendesk.com>
To: David Hernandez <davidh@colonizemedia.com>

##- Please type your reply above this line -##

Hi!

We've received your email. We take pride in providing a high level of service, so an AdRev team member will be responding as soon as possible.

**David Hernandez**
May 18, 4:50 PM PDT

Hi Noah,

Attached you will find a small list of Content that was infringed upon by AdRev/MediaMuve regarding our client LZ RECORDS LLC

We expect full reporting on this tracks No Later than 5 PM, Pacific time on Monday, May 21st, 2018.

And check payment no later than Friday may 25th 2018.

This is pretty black and white. AdRev Never had the rights to monetize this content. If you feel we Wrong please provide contact with LZ RECORDS LLC the owner of this Copyrights and do not put me in touch with any other parties. we hold you and AdRev completely responsible for this actions.

Please send Revenue reports at 100% No Rev share for you. Attached is our W9.

Thank You!

--
David Hernandez | CEO | COLONIZE MEDIA, INC | 415-735-8236 |
DavidH@ColonizeMedia.com

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the

PLF003360

9 10:21, 1:17 PM        COLONIZE MEDIA, INC Mail- Your email was received. We'll be right with you!

Case 1:21-cv-00803-DAD-AC    Document 80-5    Filed 08/12/22    Page 71 of 72

sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

Attachment(s)

LZ RECORDS LA ZENDA NORTENA - VS ADREV - MEDIAMUV xlsx

Colonize completed W9 pdf

LZ Records_YouTube Assets_051518 xlsx

This email is a service from AdRev. Delivered by **Zendesk**

**AdRev** <support@contentid.zendesk.com>                                    Fri, May 18, 2018 at 4:57 PM
Reply-To: AdRev <support+id95642@contentid.zendesk.com>
To: David Hernandez <davidh@colonizemedia.com>

##- Please type your reply above this line -##

Hi!

We've received your email. We take pride in providing a high level of service, so an AdRev team member will be responding as soon as possible

### David Hernandez

May 18, 4:57 PM PDT

---------- Forwarded message ----------
From: David Hernandez <davidh@colonizemedia.com>
Date: Fri, May 18, 2018 at 4:56 PM
Subject: AdRev/MediaMuv Copyright Infringments Eagle Music Inc
To: noah@adrev.net, Matt Davis <matt.d@colonizemedia.com>, contact@adrev.ne, **Colonize Media Copyright** <Colonizecopyright@gmail.com>, **Kevin Berger** <kevin@colonizemedia.com>, **Erin Bishop** <erin@colonizemedia.com>

Hi Noah,

Attached you will find a list of Content that was infringed upon by AdRev/MediaMuve in connection our client EAGLE MUSIC INC

We expect full reporting on this tracks No Later than 5 PM, Pacific time on Monday, May 21st, 2018.

And check payment no later than Friday may 25th 2018.

This is pretty black and white. AdRev Never had the rights to monetize this content. If you feel we Wrong please provide contact with EAGLE MUSIC, INC. And do not put me in touch with any other parties. we hold you and AdRev completely responsible for this actions.

Please send Revenue reports at 100% No Rev share for you. Attached is our W9.

Thank You!

--

David Hernandez | CEO | COLONIZE MEDIA, INC | 415-735-8236 |
DavidH@ColonizeMedia.com

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

--

David Hernandez | CEO | COLONIZE MEDIA, INC | 415-735-8236 |
DavidH@ColonizeMedia.com

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

### Attachment(s)
Eagle Music_YouTube Assets_051518.xlsx
Colonize completed W9.pdf

This email is a service from AdRev. Delivered by **Zendesk**

PLF003362