# EXHIBIT 1



**Long Island**
3 Dakota Drive, Suite 300
Lake Success, NY 11042
516.328.2300 | **P**

**Long Island · Brooklyn · White Plains · Rochester · Albany · Manhattan**

Seth L. Berman, Esq.
Partner/Director Intellectual Property and Entertainment Dept.
Email: sberman@abramslaw.com

May 16, 2022

<u>**VIA EMAIL ONLY**</u>

Dickensen Peatman & Fogarty P.C.
Richard J. Idell & Ory Sandel
1455 First Street, Suite 301
Napa, CA 94559
Email: ridell@dpf-law.com & osandel@dpf-law.com

      Re:    <u>*Yellowcake v. Dashgo, et al./Outstanding Discovery/Correspondence of April 29,*</u>
<u>*2022*</u>

Dear Messrs. Sandel and. Idell:

      We write with regard to your correspondence dated April 29, 2022, in which you, among other things, purportedly memorialized the contents of our meet and confer meeting held on April 27, 2022.

I.    <u>Plaintiff's Discovery</u>

a.  <u>Defendants' Response to Plaintiff's Interrogatories</u>

      Now that Plaintiff has had the opportunity to review a significant portion of the tens of thousands of documents produced by Defendants in response to Plaintiff's demand, it has become unequivocally clear that Defendants have not provided adequate responses pursuant to Fed. R. Civ. P. 33(d) with respect to Plaintiff's First Set of Interrogatories. When voluminous documents are produced under Rule 33(d), they must be accompanied by indices designed to guide the searcher to the documents responsive to the interrogatories. It is next to impossible to deduce responsive information with respect to each of Plaintiff's Interrogatories contained in its first set, and the chart provided does not help in this regard at all. Under Rule 33(d), a defendant chooses to produce business records in answer to the interrogatories - not to avoid answering them. Defendants may not avoid answering interrogatories by imposing on Plaintiff a mass of business records from which the answers cannot be ascertained. That is exactly what happened here. The information responsive to Plaintiff's interrogatories cannot be readily deduced from the documents you have served. We have been in contact with Logikul and have reviewed the Logikul tutorials regarding



Page 2

searching the documents produce. However, the tagging protocol you have chosen to use has not made it any easier to easily identify the information demanding in Plaintiff's interrogatories.

Furthermore, despite representing in Defendants' response to interrogatory numbers nine, ten, eleven, twelve and thirteen that Defendants would provide documents sufficient to identify the alleged parties from whom Defendants claim they have received authority to distribute the copyrights owned by Yellowcake, we cannot identify any such documents provided in Defendants' production.

In addition, Defendants' generic objections are improper as set forth in our draft joint discovery statement sent to you on March 25, 2022.

Furthermore, you have represented that you will not supplement Defendant's response to interrogatory numbers five, six, seven or eight regarding Defendants' uploading and making the sound recordings at issue available for public performance on YouTube even though the already-disclosed documents clearly show that Dashgo maintained YouTube channels that featured videos containing Plaintiff's copyrighted sound recordings.

Accordingly, Plaintiff intends to continue with its motion to compel and will provide the Court with the tag spreadsheet and a sample of the documents that have been provided. Plaintiff will also be seeking costs and attorneys' fees in connection with having to make its motion pursuant to Fed. R. Civ. P. 37.

b. <u>Plaintiff's Request for Documents, Set One</u>

You represented to us that Defendants would complete their production of documents by the end of May. To date, Plaintiff has received approximately 60,530 thousand pages of documents from Defendants, the vast majority of which are irrelevant and predate the operative time frame of this dispute. Most importantly, Defendants have not provided any financial documents whatsoever in response to Plaintiff's Request for Documents. Nor have you represented to us how many documents remain to be produced.

c. <u>Plaintiff's Request for Documents, Set Two</u>

To date, Plaintiff has not received any documents in response to its Request for Documents, Set Two. All that Plaintiff has received are meritless objections based on relevance, which are improper. An evasive or incomplete answer, or response is equivalent to a failure to answer or respond. Accordingly, Plaintiff intends to move ahead with its motion to compel and will be seeking costs and attorneys' fees in connection with having to make its motion pursuant to Fed. R. Civ. P. 37.



Page 3

    d.  <u>Subpoenas upon YouTube and Amazon</u>

Prior to our last meet and confer, you represented to us that you would provide us with the legal authority that supports your threatened motions to quash the amended subpoenas served on YouTube and Amazon. Specifically, you represented that you were aware of authority that supports your argument that a plaintiff in a copyright suit cannot seek documents in discovery that predate the three-year statute of limitations lookback period. However, you have not provided us with any such authority, and you conceded on our last call that you could not find such authority. Nonetheless, we agreed to limit the time scope of the *financial documents* sought from YouTube and Amazon to the three years prior to the date of the filing of the complaint (May 17, 2021) to the present and you agreed that this was acceptable.

Further, we offered to stipulate to amend the subpoenas, notify Amazon and YouTube and jointly request that the court lift the current stay regarding discovery with respect to only the subpoenas since your objections have now been resolved. Nonetheless, you refused any such offer by simply stating that you "didn't get anything out of it". Accordingly, Plaintiff intends to move to compel compliance with the subpoenas and will be seeking costs and attorneys' fees from the defendants in connection with having to make its motion pursuant to Fed. R. Civ. P. 37.

    e.  <u>List of Additional Sound Recordings</u>

Pursuant to your request, please see the enclosed list of the sound recordings added to Plaintiff's Second Amended Complaint.

    II.  <u>Defendants' Discovery</u>

    a.  <u>Defendants' Request for Documents, Set 4</u>

Plaintiff provided a supplemental response to Defendant's Request for Documents Set 4 on April 5, 2022, thereby resolving any dispute related to same.

    b.  <u>Defendants' Interrogatories, Set 1</u>

Plaintiff's amended response to Defendants' Interrogatories Set 1 to Plaintiff served on March 29, 2022, is sufficiently responsive, and Plaintiff will oppose any motion to compel filed by Defendants.



Page 4

c.    Defendants' Request for Documents, Set 3

Pursuant to our last meet and confer on April 27, 2022, Plaintiff requested again that Defendants consent to and accept Plaintiff's response to Defendants' Request for Documents Set 3 as timely but you refused. Plaintiff also agreed in good faith to further review the sound recordings at issue in other litigations referenced in Defendants' Request for Documents, Set 3 to determine if any of them are at issue in this lawsuit. However, it was made clear that there are thousands of sound recordings that need to be reviewed, and Plaintiff will do so on a rolling basis to determine the relevance as it pertains to this action.

d.    Protective Order

The revised protective order sent on April 27, 2022, accurately reflects the issues raised on our call of April 26 and, assuming that we are in agreement on those issue, the only issue remaining is whether the order should be what you describe as "single tier" or "two tier order". We asked you to consent to an informal discovery conference with Magistrate Judge McAuliffe under her individual rules in order to resolve this impasse without formal motion practice, but you have refused to participate in such a conference without an explanation.

e.    Informal Discovery Conference

Plaintiff has repeatedly requested that Defendants consent to an informal discovery conference call with Magistrate Judge McAuliffe pursuant to her individual rules instead of engaging in formal motion practice. However, Defendants have repeatedly rejected this offer without an explanation and are insisting on engaging in formal motion practice simply to unnecessarily delay this action and expense Plaintiff.

Please be guided accordingly.

Very truly yours,

Seth L. Berman

cc: Thomas P. Griffin, Jr. (via e-mail)
Encl.

| SR Number | Artist | Album | Song Titles | |
|---|---|---|---|---|
| SR0000882089 | Los Vaquetones del Hyphy | Porque Me Puse High | Por Que Me Puse High | |
| | | | El Michoacano | |
| | | | Menores De Edad | |
| | | | Paquetes De Libra | |
| | | | Area Codes | |
| | | | Te Voy A Olvidar (Biches y Buchan | |
| | | | Pero Yo No | |
| | | | Ondeado y Arremangado | |
| | | | El Mujeriego | |
| | | | El Burro | |
| | | | Vaquetonazo de Corazon | |
| | | | El Destructor | |
| SR0000904709 | Ecos De Chiapas | 15 Grandes Exitos | El Zancudito Loco | |
| | | | El Pipiripau | |
| | | | Golondrina | |
| | | | Las Brujerias | |
| | | | Las Pupusas | |
| | | | Maria Victoria | |
| | | | Aprendiste A Volar | |
| | | | Lola La Trailera | |
| | | | De Un Rancho Al Otro | |
| | | | Asi Es Mi Tierra | |
| | | | Flor De Capomo | |
| | | | Nuevo Villaflores | |
| | | | Y Por Esa Calle Vive | |
| | | | Valle De La Esperalda | |
| | | | Fijate, Fijate | |
| SR0000904782 | Los Cristeros | 15 Exitos Vol. 1 | Paula | |
| | | | La Facilita | |
| | | | Por Tu Traicion | |
| | | | Me Enganaste | |
| | | | Me Voy Al Amanecer | |
| | | | Mirame Y Escuchame | |
| | | | Hoy Que Te Alejas | |
| | | | El Abandonado | |
| | | | Lo Mucho Que Te Quiero | |
| | | | Mis Ilusiones | |
| | | | Viejito Rabo Verde | |
| | | | Tu Tienes Que Vivir Conmigo | |
| | | | Mi Chelita | |
| | | | El Chavo Sin Bigote | |
| | | | Besame Morenita | |
| SR0000907939 | Los Sonorritmicos | Grupos Del Recuerdo | Ya Me Voy | |
| | Los Mensajeros Del Ritmo | | Cruel Separacion | |
| | Jose Ramiro Y Su Grupo Aqua | | El Perdedor | |
| | Los Sonadores | | Te Vas Te Vas | |
| | Efren Solis Y Su Grupo Albba | | Enamorado II | |
| | Los Grandes De Costa Chica | | Amor Reciprocolo | |
| | Los 4 Ritmicos | | Suena | |
| | Condesa Tropical | | Es Verdad | |
| | Grupo Atrevido | | Hagamos Un Trato | |
| | Tommy Ramirez Y Los Sonorritmicos | | Granito De Oro | Various Artists Album |
| | Los Mensajeros Del Ritmo | | Te Quiero | |
| | Tropical America | | Te He Llorado Tanto | |
| | Grupo Prohibido | | Tu Recuerdo Y Yo | |
| | Jose Ramiro Y Su Grupo Aqua | | Y Ahora Para Que | |
| | Viento Y Sol | | Como Tu Quieras Que Fuera | |
| | Los Grandes De La Costa Chica | | Ruego A Dios | |
| | Condesa Tropical | | Lloraremos Juntos | |
| | Grupo Atrevido | | Cuando Estas Junto A Mi | |
| | Efren Solis Y Su Grupo Albba | | Hay Corazones | |
| | Los 4 Ritmicos | | Mi Pecado | |
| SR0000905184 | Grupo Prohibido | 18 Exitos | Frente A Tu Altar | |
| | | | Amor Interesado | |
| | | | Triste Nina | |
| | | | Tu Recuerdo Y Yo | |
| | | | Una Cantina Es Mi Casa | |
| | | | Todo Ha Terminado | |
| | | | Triunfo Y Derrota | |
| | | | Un Caso Particular | |
| | | | Triste Guitarra | |
| | | | No Es Por Ti | |
| | | | Juanita Del Mar | |
| | | | Siempre me Llevaras En Ti | |
| | | | A Que Vuelves | |
| | | | Escuchame Al telefono | |
| | | | Hoy Le Dire Adios | |
| | | | Mingo El Pescador | |
| | | | Triste Y Solo | |
| | | | Todo Por Ti | |
| SR0000904974 | Orquesta De Mexico | Danzones | Zacatlan | |
| | | | Sorrento | |
| | | | Telefono A Larga Distancia | |
| | | | Nana | |
| | | | Danzozon | |
| | | | Cuando Canta El Cornetin | |
| | | | Mi Merida | |
| | | | Por Un Cerro Mejor | |
| | | | Rincon De Las Doncellas | |
| | | | Mi Consuelo Es Amarte | |
| | | | Acayucan | |
| | | | Pulque Para Todos | |
| SR0000905615 | Grupo Los Saby's | Fuiste Mala | Volverte A Ver | |
| | | | Como Quisiera Decirte | |
| | | | Me Etranaras | |

| | | | |
|---|---|---|---|
| | | | Mi Tesoro |
| | | | Una Aventura |
| | | | EL Compadre Javier |
| | | | Aunque Me Ladren Tus Perros |
| | | | Fuiste Mala |
| | | | Voy Olvidarme De Ti |
| | | | Que Si Te Quiero |
| | | | Heridas De Amor |
| | | | Eslabon Por Eslabon |
| | | | Afilando Machetes |
| | | | Tatuajes |
| SR0000905970 | Angeles De La Frontera | Y Le Llore | Chque Al Portador |
| | | | El Capiro |
| | | | Jacinto El Tullido |
| | | | Estrenando Ojos Mios |
| | | | Ingratos Ojos Mios |
| | | | Paloma Sin Nido |
| | | | Me Ha Tocado Perder |
| | | | Yo |
| | | | La Novia Del Pajarillo |
| | | | Linda Mujer |
| | | | Me Persigue Tu Sombra |
| | | | Y Le Llore |
| | | | Polvo Maldito |
| | | | Devuelveme |
| SR0000906847 | Fernando Y Su Palmera De la Cumbia | Como Sera La Mujer | Vamos A La Playa |
| | | | Una Pagina Mas |
| | | | Sancudito Loco |
| | | | Me Duele Escuchar Tu Nombre |
| | | | El Gatito |
| | | | Como Sera La Mujer |
| | | | Cada Dia Mas |
| | | | La Loca |
| | | | Dimelo De Frente |
| | | | El Gallo Mojao |
| | | | Palmera Tropical |
| | | | Adios Mi Amante |
| | | | Volo La Paloma |
| | | | Imposible Olvidarte |
| | | | Estoy llorando Por Ella |
| | | | Tu Nuevo Carinito |
| | | | Turista Fracasada |
| | | | Amor te Amo |
| | | | La Brujita |
| | | | Mi Carcacha |
| | | | No Me Se Rajar |
| | | | Solterito |
| SR0000903286 / SR0000919000 | Los Magallones | 20 Exitos | Consentida |
| | | | La Negrita |
| | | | Rajita De Melon |
| | | | Maximina |
| | | | El Corrido De La Burra Bronca |
| | | | Pata Cambay |
| | | | Senderito De Amor |
| | | | Cumbia A Mi Pueblo |
| | | | Mujer Sin Dignidad |
| | | | Corrido Del Macho Prieto |
| | | | Cotorrita |
| | | | Cachita |
| | | | Te Perdono |
| | | | Nena |
| | | | Corrido De Los Hermanos Quinones |
| | | | Vanidosa |
| | | | Mi Canoita |
| | | | Farsante |
| | | | El Anzuelito |
| | | | El Corrido De Maurillo Perez |
| SR0000904555 | La Mafia | 16 Exitos Originales | LLegando Ala Orilla |
| | | | Dime Porque |
| | | | Que Mal Me Tratas |
| | | | Quiero, Quiero |
| | | | Carino |
| | | | Demuestramelo |
| | | | Regresa A Mi |
| | | | Tu, Tu Y Solo Tu |
| | | | Nada Mas |
| | | | Ensename A Perder |
| | | | No Quiero Que Te Vayas |
| | | | Tu Retrato |
| | | | Sigue Cantando |
| | | | Eloisa |
| | | | No Te Vayas A Olvidar |
| | | | Dices Que Te Vas |
| SR0000904703 | Yuriko All-Stars | 16 Exitos Con Marimba | El Ascensor |
| | | | El Africano |
| | | | Un Mundo Raro |
| | | | Y Por Esa Calle Vive |
| | | | La Pollera Colorada |
| | | | Mi Destino Fue Quererte |
| | | | Vestida De Color De Rosa |
| | | | Luna De Xelaju |
| | | | El Zancudito Loco |
| | | | EL Buey De La Barranca |
| | | | Ton's Que Mami |
| | | | La Nina De Guatemala |
| | | | Catalina Le Pego |

| Registration | Artist | Album | Track |
|---|---|---|---|
| | | | Yo |
| | | | Luna Azul |
| | | | Collar De Perlas |
| SR0000904496 | Los Mazza Y Teclados | Dos En Uno Vol. 2 | Tu Estas Conmigo |
| | | | A Bailar Charanga |
| | | | A Mover Las Caderitas |
| | | | El Solteron |
| | | | El Chuparosa |
| | | | Ilusiones |
| | | | Doña Juana |
| | | | El Adivinador |
| | | | Besito Corta'o |
| | | | Vestido Blanco |
| | | | Llegaron Los Mazza |
| | | | Dame Mas Amor |
| | | | Domingo 7 |
| | | | Rosa Maria |
| | | | La Tomadera |
| | | | La Secretaria |
| | | | El Pirulino |
| SR0000905727 | Mario Mazza | Dos En Uno Vol. 2 | Alguien Para Gozar |
| | | | La Chicharra |
| | | | La Bola |
| | | | De Cartoncito |
| | | | Sabavididabadabado |
| | | | El Fraude |
| | | | Dueno De Tu Amor |
| | | | La Democracia |
| | | | Ella Se Puso Colorada |
| | | | Papa Y Mama |
| | | | La Batea |
| | | | Ya No Quiero Verla |
| | | | Acuerdate Mujer |
| | | | Cumbia Del Cometa |
| | | | La Malaguena |
| | | | Mi Novia Chana |
| | | | Carino Verdadero |
| | | | Yo No Fui |
| SR0000906063 | Los Intrepidos Del Sahara | Macaya Bienvenidos En Vivo | No Me Llores Mas (En Vivo) |
| | | | Macaya (En Vivo) |
| | | | San Luis Potosi (En Vivo) |
| | | | Cancion Mixteca (En Vivo) |
| | | | Una Carta (En Vivo) |
| | | | Cuando Quieras Regresar (En Vivo) |
| | | | Te Gusta A Ti Eso (En Vivo) |
| | | | Cumbia Caliente (En Vivo) |
| | | | La Tardeada (En Vivo) |
| | | | Ay! Morenita (En Vivo) |
| | | | Dame, Dame (En Vivo) |
| | | | Te Necesito (En Vivo) |
| | | | Lagrimas De Sas (En Vivo) |
| SR0000906624 | Roger Y Su Extremo Digital | Dos En Uno | La Mojarrita |
| | | | Aguita De Coco |
| | | | Te Hubieras Muerto |
| | | | El Cafetal |
| | | | Palito De Guayacan |
| | | | El Bombon |
| | | | El Cuartetazo |
| | | | El Tao Tao |
| | | | La Palma De Coco / Prende El Foco / El Tiburon / El Vampiro / El Cucullo / La Iguana |
| | | | Nectar De Manzana |
| | | | Matando Al Gusano |
| | | | Meneando La Batea |
| | | | Dame Que Quiero Gozar |
| | | | Bomboncito |
| | | | Juguito De Naranja |
| | | | Mambo Gozalo |
| | | | Mas Que Tu Amigo |
| | | | El Pescador |
| | | | Soca Y Rumba |
| | | | La Caminera |
| | | | Que Siga La Fiesta |
| SR0000904501 | Pifas Y Su Toque Sabroson | Dos En Uno | La Gaviota |
| | | | Monterrey |
| | | | Paloma Blanca |
| | | | Coyote Invalido |
| | | | Macondo |
| | | | Porque Te Vas |
| | | | Le Pones Jorge Al Nino |
| | | | Que Me Coma El Tiburon |
| | | | En Aquel Lugar |
| | | | Se Vende Mi Casa |
| | | | El Flaco De Oro |
| | | | Mi Juguete |
| | | | La Tremenda Cruda |
| | | | Si Supiera Ella |
| | | | Vamonos Al Baile |
| | | | Que Casualidad |
| | | | La Yaquesita |
| | | | Karina |
| | | | Mi Mala Suerte |
| | | | El Que Murio, Murio |
| | | | Tristemente Loraras |
| SR0000904495 | Manuel Olivera Almada | Boleros De America Con Orquesta Y Guitara Es | Noche De Ronda |
| | | | Sabor A Mi |
| | | | Moliendo Cafe |

|  |  |  |  |
|---|---|---|---|
|  |  |  | Historia De Un Amor |
|  |  |  | La Media Vuelta |
|  |  |  | Contigo Aprendi |
|  |  |  | Tu Me Acostumbraste |
|  |  |  | Lamento Borincano |
|  |  |  | Piel Canela |
|  |  |  | Cuando Vuelva A Tu Lado |
|  |  |  | Recuerdos De Ipacarai |
|  |  |  | Nosotros |
|  |  |  | El Reloj |
|  |  |  | Ojos Espanoles |
|  |  |  | Alma Llanera |
|  |  |  | Alfonsina Y El Mar |
| SR0000904678 | Miguel Y Su Organizacion Luz Azul | Lo Mas Nuevo | Piquetes De Hormiga |
|  |  |  | Por Los Caminos Del Sur |
|  |  |  | Pica Que Pica |
|  |  |  | Ya Me Voy Pa La Ciudad |
|  |  |  | Llorame |
|  |  |  | Carta De Recuerdo |
|  |  |  | El Cuartetazo |
|  |  |  | El Oaxacado, La Del Vestido Verde |
|  |  |  | El Baile Del Guajolote |
|  |  |  | El Carrito |
|  |  |  | Minerva |
|  |  |  | Las Copetonas |
|  |  |  | Kuni Kuni |
|  |  |  | Si No Me Quisieras |
|  |  |  | Adelita De Mi Amor |
| SR0000904485 | Mar Azul | 15 Exitos | Yo El Negrito |
|  |  |  | El Chupacosas |
|  |  |  | La Zacatera |
|  |  |  | Al Ritmo Del Bajo |
|  |  |  | Maria Teresa |
|  |  |  | Gloria |
|  |  |  | Amelia |
|  |  |  | La Diabla |
|  |  |  | Flor Silvestre |
|  |  |  | Perico Loco |
|  |  |  | Cumbia Mas Azul |
|  |  |  | El Borrachito |
|  |  |  | María Dolores |
|  |  |  | Porque Te Quiero |
|  |  |  | Paseo En Chacahua |
| SR0000904665 | Los Velsa De Tierra Caliente | Olvide Tu Nombre | Olvide Tu Nombre |
|  |  |  | Carinito De Mi Vida |
|  |  |  | Seis Pies Abajo |
|  |  |  | Coyuca De Catalan |
|  |  |  | Jacinto El Tullido |
|  |  |  | La Tocada |
|  |  |  | Me Caiste Del Cielo |
|  |  |  | Morena Morenita |
|  |  |  | Un Tiempo Tuve Un Carino |
|  |  |  | Enamorate De Mi |
|  |  |  | Mi Gusto Es |
|  |  |  | El Mudo |
| SR0000904762 | Los Capiros Del Sur | Amor Ajeno | Una Mujer Mexicana |
|  |  |  | Amor Ajeno |
|  |  |  | Barrio De San Miguelito |
|  |  |  | Donaciano Garcia |
|  |  |  | Rosendo Martinez |
|  |  |  | Armando Quintero |
|  |  |  | Zapotitlan Lagunas |
|  |  |  | Leon De La Sierra |
|  |  |  | El Amigo Del Pueblo |
|  |  |  | Guadalupe Vila |
|  |  |  | Flor De Las FLores |
|  |  |  | Chaparrita De Mi Vida |
|  |  |  | Dices Que Quieres Volver |
|  |  |  | Que Milagro Chaparrita |
|  |  |  | Morena La Causa Fuiste |
|  |  |  | Por Que Has Jugado Con Mi Amor |
| SR0000905756 | La Luz Roja De San Marcos | Dos En Uno Vol. 2 | Aventurera |
|  |  |  | La Rasca Y Rasca |
|  |  |  | Cabaretera |
|  |  |  | Betty |
|  |  |  | Pa' Querete A Ti Nomas |
|  |  |  | Tu Desprecio |
|  |  |  | El Ancla |
|  |  |  | Cumbiamberita |
|  |  |  | Mariposa |
|  |  |  | La Gente |
|  |  |  | Mercedes |
|  |  |  | El Humilde |
|  |  |  | Agua Loca |
|  |  |  | La Muerte De Dos Hermanos |
|  |  |  | Sombra Negra |
|  |  |  | Amor Ingrato |
|  |  |  | No Llores |
|  |  |  | Paz Y Libertad |
|  |  |  | Pirulino |
|  |  |  | Adivinanzas |
| SR0000904662 | Luz Verde De Acapulco | Para Corridos "Guerrero" | El Triunfo |
|  |  |  | Cruz De Madera |
|  |  |  | Corrido De Sotera Morales |
|  |  |  | Tino Rodriguez |
|  |  |  | El Defensor De Los Pobres |

| SR Number | Artist | Album | Track | Note |
|---|---|---|---|---|
| | | | La Piedresita | |
| | | | El Corrido De Margarita | |
| | | | Que Me Entierren Con La Banda | |
| | | | Los Tres Valientes De Negro | |
| | | | Un Puno De Tierra | |
| SR0000904659 | Layo | Las Mejores Chilenas | Charanga Campechana | |
| | | | Popurri Chilenas | |
| | | | Sin Parar | |
| | | | La Negra Guapachosa | |
| | | | La Tos | |
| | | | Popurri Grupero | |
| | | | Ojos Que No VEn | |
| | | | Amorcito Mio | |
| SR0000904756 | Lupita Alatorre & Chayito Valdez | 2 Grandes Con Norteno | Gaviota Aventurera | |
| | | | Se Vende Un Corazon Usado | |
| | | | Vestida De Color De Rosa | |
| | | | Carta Abierta | |
| | | | Carino | |
| | | | Mi Buena Suerte | |
| | | | Celos De Ti | |
| | | | Despedida Con Mariachi | |
| | | | Seis Pies Abajo | |
| | | | Caminos De La Vida | |
| | | | Quisiera Tener Alas | |
| | | | Hombre Y Rey | |
| | | | Cheque Al Portador | |
| | | | Tiempo Perdido | |
| | | | Y Por Esa Calle Vive | |
| | | | La Voz Del Amor | |
| SR0000909145 | Regulo Alcocer Y Su Grupo | Los Grandes De La Costa Vol. 1 | Cuando Yo Muera | |
| | La Luz Roja De San Marcos | | La Muerte De Maryli | |
| | Condesa Tropical | | Quel Momento Triste | |
| | Los Kumbers | | Flor De Guerrero | |
| | Grupo Prohibido | | Tu Recuerdo Y Yo | |
| | Los Grandes De Costa Chica | | El Desquebrajado | |
| | Los Brillantes De Costa Grande | | Regalo Equivocado | |
| | Gonzalo Ramirez | | El Mensaje | |
| | La Luz Roja De San Marcos | | Cabeza De Hacha | Various Artists Album |
| | Regulo Alcocer Y Su Grupo | | Que Te Vaya Bien | |
| | Las Estrellas Del Caribe | | Juguito De Uva | |
| | Los Sonadores | | Te Vas, Te Vas | |
| | Condesa Tropical | | La Rumba De Mi Novia | |
| | Los Grandes De la Costa Chica | | Merequetengue A Huetamo | |
| | Los Brillantes De la Costa Grande | | Es Muy Libre Tu Camino | |
| | La Luz Roja De Acapulco | | Region Hermosa | |
| | Las Estrellas Del Caribe | | Mi Linda Esposa | |
| | Condesa Tropical | | Tu Nunca Me Miras | |
| SR0000918340 | Chayito Valdez | 16 Grandes Exitos | Besos Y Copas | |
| | | | La Silla Vacia | |
| | | | Mi Soldadita | |
| | | | Ambicion | |
| | | | Celosa | |
| | | | Son Habladas | |
| | | | El Canto De La Paloma | |
| | | | Dime Si Ya No Puedes | |
| | | | San Juan Del Rio | |
| | | | Una Noche Me Embriague | |
| | | | Espejito | |
| | | | Se Marcho | |
| | | | Dia Tras Dia | |
| | | | Una Sombra | |
| | | | La Historia De Mi Vida | |
| | | | La Paloma Descarriada | |
| SR0000917459 | Los Michoacanos De Camerino Martinez | 18 Exitos Vol. 1 | Ando Escaso | |
| | | | La Tempranera | |
| | | | La Palma | |
| | | | Por Una Mujer Bonita | |
| | | | Regalo Equivocado | |
| | | | La Viuda | |
| | | | Me Persigue La Sombra | |
| | | | Mujer Paseada | |
| | | | Mi Josefina | |
| | | | Una Carta Y Un Clavel | |
| | | | De Buena Gana | |
| | | | Corrido De Roman Padilla | |
| | | | Cuando Salgo A Los Campos | |
| | | | Entre Copa Y Copa | |
| | | | La Pavada | |
| | | | Flor De Las Flores | |
| | | | Amarga Navidad | |
| SR0000919754 | Mario Mazza | En Vivo Vol. 3 | Corrido De Ventura Valdez | |
| | | | Juana La Cubana (En Vivo) | |
| | | | Ella Se Puso Colorada (En Vivo) | |
| | | | La Batea (En Vivo) | |
| | | | No Me Vayas A Olvidar (En Vivo) | |
| | | | Mariquita (En Vivo) | |
| | | | Por Que Te Quiero (En Vivo) | |
| | | | Ya No Quiero Verla Mas (En Vivo) | |
| | | | El Ombliguito (En Vivo) | |
| | | | Pasito Tun Tun (En Vivo) | |
| | | | Capitan (En Vivo) | |
| SR0000918439 | La Luz Roja De San Marcos | Dos En Uno Vol. 1 | Mi Cafetal | |
| | | | 15 Primaveras | |
| | | | Tu Recuerdo | |
| | | | Mataron Al Perro | |
| | | | Mi Linda San Marquena | |

Por Todo El Mundo
Cabeza De Hacha
Ojitos Bellos
La Basurita
Playas De Acapulco
El Gallo Pelon
Mata De Cana
Resbalo Mercedes
La Receta
El Azulejo
La Muerte De Marili
Cumbia De La Sabana
Te Recuerdo
Cumbia De La Sirenita
Cumbia Sobre El Mar