# Ory Sandel

| | |
|---|---|
| **From:** | sarahl@dpf-law.com |
| **Sent:** | Thursday, September 1, 2022 1:11 PM |
| **To:** | SBerman@Abramslaw.com |
| **Cc:** | tgriffin@hsmlaw.com; Richard J. Idell; Ory Sandel |
| **Subject:** | Yellowcake adv. Dashgo, et al. |
| **Attachments:** | Berman, Seth - M&C - 2022.09.01.pdf |

[External Email]

Dear Mr. Berman:

Please see attached correspondence in regards to the above-mentioned matter. Please reach out to Richard J. Idell or Ory Sandel with any questions or concerns. Thank you.

Best,

Sarah
 Laverone
Paralegal
Dickenson, Peatman and Fogarty
sarahl@dpf-law.com

1



**RICHARD IDELL**
ridell@dpf-law.com

September 1, 2022

**MEET AND CONFER
PURSUANT TO LOCAL RULE 251**

**VIA EMAIL ONLY
(SBerman@Abramslaw.com)**

Seth Berman, Esq.
ABRAMS FENSTERMAN
3 Dakota Drive, Suite 300
Lake Success, NY 11042

  Re: <u>Yellowcake adv. Dashgo, et al.</u>
     **USDC, E.D.Cal., Case No. 1:21-cv-00803-AWI-BAM**

Dear Mr. Berman:

  On August 19, 2022, we sent you a letter responding to your letter of August 18, 2022.

  Our August 19, 2022 letter requested a response by the close of business on August 26, 2022, however, as of this writing, we have yet to receive the requested response.

  As we noted in our August 19, 2022 letter, Plaintiff's list of works at issue is a threshold issue. Plaintiff's failure to provide a final, comprehensive, specific and accurate list of identifiable copyrighted sound recordings is holding up Defendants' supplemental discovery responses and document production.

  Again, although the Court has not set a deadline for either provision of the list, nor for supplementation of Defendants' discovery responses, we would like to move this case along.

        Sincerely,

        DICKENSON, PEATMAN & FOGARTY

        /s/ Richard Idell

        Richard Idell

RJI:obs
cc: Tom Griffin, Esq. (via email only to tgriffin@hsmlaw.com)
   Ory Sandel, Esq.