# Ory Sandel

**From:** sarahl@dpf-law.com
**Sent:** Thursday, September 1, 2022 1:13 PM
**To:** Ory Sandel
**Subject:** Fw: Automatic reply: Yellowcake adv. Dashgo, et al.

[External Email]

FYI ---------- Forwarded message ---------- From: "Seth L. Berman" <SBerman@Abramslaw.com> Date: Thu Sep 01 2022 13:11:24 GMT-0700 (Pacific Daylight Time) To: "sarahl@dpf-law.com" <sarahl@dpf-law.com> Cc: Subject: Automatic reply: Yellowcake adv. Dashgo, et al.

Thank you for your e-mail. I will be out of the office starting 8/31/22 and returning 9/6/22. I will have limited access to email and voicemail during that time. Should you need immediate assistance, please contact Gisela Rubenstein at grubenstein@abramslaw.com or (516) 328-2300 ext. 188. Thank you

Seth L. Berman*, Esq.* | Partner/Director Intellectual Property and Entertainment Dept.

Long Island Office
3 Dakota Drive Suite 300
Lake Success, New York 11042
516-328-2300 x 251 | Phone
516-328-6638 | Fax
sberman@abramslaw.com
www.abramslaw.com

CONFIDENTIALITY NOTICE: This e-mail may be an attorney-client communication and may contain information that is privileged and confidential and is therefore subject to legal restrictions and penalties regarding its unauthorized disclosure or other use. If you are not the intended recipient you are prohibited from copying, forwarding, distributing, disseminating, or otherwise viewing this e-mail and any attachments hereto. Please notify the sender and delete this e-mail if you are not the intended recipient. AF/01