# EXHIBIT 4





RICHARD IDELL
ridell@dpf-law.com

August 11, 2022

**MEET AND CONFER**
**PURSUANT TO LOCAL RULE 251**

**VIA EMAIL ONLY**
**(SBerman@Abramslaw.com)**

Seth Berman, Esq.
ABRAMS FENSTERMAN
3 Dakota Drive, Suite 300
Lake Success, NY 11042

> **Re:    Yellowcake adv. Dashgo, et al.**
> **USDC, E.D.Cal., Case No. 1:21-cv-00803-AWI-BAM**

Dear Mr. Berman:

We are in receipt of your letter dated August 9, 2022 and the Exhibits A, B and C enclosed therewith.

Your letter states that it encloses "copies of exhibits to the Second Amended Complaint including Colonize Media, Inc.'s UPC codes, Dashgo, Inc.'s UPC codes and Yellowcake, Inc.'s ISRC codes for each of the copyrighted works infringed."

As is abundantly clear from the Court's July 21, 2022 Order, the "list" *ordered by the Court* must be sufficiently specific to identify which unique sound recordings are at issue (that is, the specific iterations of the sound recordings that Defendants are alleged to have infringed), since the list will serve to define the terms "Yellowcake's Copyrighted Works" and "Foreign Works", as used in the SAC and in Plaintiff's discovery. This is a threshold issue, including as to Defendants' ability to supplement their responses to Plaintiff's discovery, as ordered.

As has been previously explained to you (and the Court), unlike other means of identifying a song (artist name/song title/album title, copyright registration number, UPC code), the only means of identifying a unique iteration of a sound recording is by ISRC code – but then only insofar as an ISRC is accurate. The ISRC codes, and all other identifying information, set forth on the "list" must be both *specific and accurate*.

We conducted a spot check of the ISRC codes[1] listed in Exhibits A, B and C enclosed with your August 9, 2022 letter and discovered discrepancies on each Exhibit:

---

[1] All ISRC searches referenced herein were conducted at: https://isrcsearch.ifpi.org/#!/search

Berman, Seth
August 11, 2022
Page 2

1.  Exhibit A: The song "El Patiecito" by La Nobleza De Aguililla (no album name was
    provided) is identified on your list by the ISRC code QM6DC1542938.

    As you can see from the enclosed ISRC search, the return for a search for ISRC
    code QM6DC1542938 returns the song "La Fronteriza" by Tradicion De La Sierra on
    the album *El Hijo Del 24*. This is obviously not the song "El Patiecito" by La Nobleza
    De Aguililla.

2.  Exhibit B: The song "La Enorme Distancia" by Los Acuaria on the album *Sus Mas
    Grandes Exitos* is identified on your list by the ISRC code QM6DC1548138.

    As you can see from the enclosed ISRC search, the return for a search for ISRC
    code QM6DC1548138 returns the song "El Nino Fenomeno" by Cornelio Reyna on
    the album *20 Corridos*. This is obviously not the song "La Enorme Distancia" by Los
    Acuaria on the album *Sus Mas Grandes Exitos*.

3.  Exhibit C: The song "No Te Vayas" by El Jefe & Su Grupo on the album *12 Super
    Exitos* is identified on your list by the ISRC code QM6DC1538862.

    As you can see from the enclosed ISRC search, the return for a search for ISRC
    code QM6DC1538862 returns the song "La Cigarra" by Jonathan Becerra on the
    album *Tributo A Mis Padres*. This is obviously not the song "No Te Vayas" by El Jefe
    & Su Grupo on the album *12 Super Exitos*.

        The above three examples are the result of our very preliminary research regarding the
Exhibits A, B and C enclosed with your August 9, 2022 letter. These examples are more than
sufficient: (1) to conclude that your lists are inaccurate – and, thus, fail to set forth, "with
specificity", the "identifiable copyrighted works" at issue in this action, as the Court has ordered
– and; (2) to give you an idea as to why these Exhibits do not, and cannot, comprise the "list" of
"Yellowcake's Copyrighted Works" and "Foreign Works" that Yellowcake has been ordered to
provide.

        As the Court noted in its July 21, 2022 Order, "Defendants are entitled to know the
works, with specificity, they are alleged to have infringed." The Exhibits A, B and C you have
provided are obviously and facially deficient.

        The above and enclosed is based on our spot check only. We do not intend to research
each and every work listed on the three Exhibits, not only because of the number of works at
issue, but also because it is Plaintiff's burden: (1) to provide the "list" ordered by the Court,
which, again, is required to identify, with specificity, the works Defendants are alleged to have
infringed; *and* (2) to establish (a) that it owns the works at issue; (b) that those works are eligible
for copyright protection under the Copyright Act; and (c) that those works were infringed.

Berman, Seth
August 11, 2022
Page 3

Until such time as Plaintiff provides a true and correct list of "Yellowcake's Copyrighted Works" and "Foreign Works" that is sufficiently specific, Plaintiff will be in breach of the July 21, 2022 Order, and Defendants will continue to be unable to supplement their discovery responses. In view of the patent deficiency of the Exhibits A, B and C provided with your August 9, 2022 letter, we will of course be carefully scrutinizing any further "list" that Yellowcake may provide.

Additionally, by Plaintiff's own admission, none of the "Foreign Works" is registered with the Copyright Office. Thus, even if the "Foreign Works" appear on the "list" ordered by the Court (and, judging by the Exhibit C you provided, you contend they do appear on the "list"), any discovery regarding "Foreign Works" which are *ineligible* for copyright protection under the Copyright Act is simply not relevant: Plaintiff cannot pursue claims for copyright infringement for works that, as a matter of law, are not subject to claims of infringement.

We therefore again insist that you provide us with evidence that each of the "Foreign Works" is eligible for copyright protection under the Copyright Act. 17 U.S.C. § 104(b); *see also United States v. Hernandez* (9th Cir. 1991) 952 F.2d 1110, 1118 (citing *New York Chinese v. U.E. Enterprises* (S.D.N.Y. March 8, 1989) 1989 WL 22442, *5, 1989 U.S.Dist. LEXIS 2760 *19–20). Such evidence would include documents and information that disclose the date of first publication and/or date of first fixation of each of the "Foreign Works" in Mexico. This evidence was requested both by Dashgo's document requests and its interrogatories, but, to date, *we have not received anything from Plaintiff.* Unless and until we receive such evidence, the purportedly defined term "Foreign Works" is inherently overbroad, and Plaintiff's related discovery seeks irrelevant information and documents.

Finally, with regard to the statement made in your August 5, 2022 letter that "Dashgo can do its accounting related to sound recordings on an artist and title basis", we dispute that our clients are required to "do" any such "accounting" in the course of discovery in this litigation. To the extent you are asserting that such an accounting is required, please provide your authorities for such a proposition.

Sincerely,

DICKENSON, PEATMAN & FOGARTY

Richard Idell

RJI:obs
Enclosures
cc:     Tom Griffin, Esq. (via email only to tgriffin@hsmlaw.com)
        Ory Sandel, Esq.

# 1 Recording Results    Clear

Add all to cart

Recordings Per Page:    ⌄    Hide Releases

| | Artist | Title | Version | Year | Duration | ISRC | Release | Release Label | Release Date | Release Artist | UPC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ➕ | Tradicion De La Sierra | La Fronteriza | | 2015 | 3:03 | QM6DC1542938 | El Hijo Del 24 | Alazan Productions | 2015-07-10 | Tradicion De La Sierra | 682858344316 |

FREQUENTLY ASKED QUESTIONS ()     SEND US FEEDBACK ()     PRIVACY POLICY
(HTTPS://WWW.SOUNDEXCHANGE.COM/PRIVACY-POLICY/)    TERMS OF USE ()    ISRC
(HTTP://ISRC.IFPI.ORG/)

 (HTTP://WWW.SOUNDEXCHANGE.COM)



# 1 Recording Results   Clear

Add all to cart

Recordings Per Page:   ⌄   Hide Releases

| | Artist | Title | Version | Year | Duration | ISRC | Release | Release Label | Release Date | Release Artist | UPC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ⊕ | Cornelio Reyna | El Nino Fenomeno | | 2015 | 3:10 | QM6DC1548138 | 20 Corridos | International Music Treasures | 2015-09-18 | Cornelio Reyna | 682858348598 |

FREQUENTLY ASKED QUESTIONS ()   SEND US FEEDBACK ()   PRIVACY POLICY
(HTTPS://WWW.SOUNDEXCHANGE.COM/PRIVACY-POLICY/)   TERMS OF USE ()   ISRC
(HTTP://ISRC.IFPI.ORG/)

 (HTTP://WWW.SOUNDEXCHANGE.COM)



# 1 Recording Results    Clear

Add all to cart

Recordings Per Page:    ⌄    Hide Releases

| | Artist | Title | Version | Year | Duration | ISRC | Release | Release Label | Release Date | Release Artist | UPC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ➕ | Jonathan Becerra | La Cigarra | | 2015 | 3:15 | QM6DC1538862 | Tributo A Mis Padres | Mayra Music Inc. | 2015-07-10 | Jonathan Becerra | 682858343401 |

FREQUENTLY ASKED QUESTIONS ()    SEND US FEEDBACK ()    PRIVACY POLICY
(HTTPS://WWW.SOUNDEXCHANGE.COM/PRIVACY-POLICY/)    TERMS OF USE ()    ISRC
(HTTP://ISRC.IFPI.ORG/)

 powered by **SOUNDEXCHANGE** (HTTP://WWW.SOUNDEXCHANGE.COM)

