RICHARD J. IDELL, ESQ. (SBN 069033)
ORY SANDEL, ESQ. (SBN 233204)
DICKENSON PEATMAN & FOGARTY P.C.
1500 First Street, Suite 200
Napa, CA 94559
Telephone: (707) 261-7000
Facsimile: (707) 340-7239
Email: ridell@dpf-law.com
        osandel@dpf-law.com
*Attorneys for Defendants Dashgo, Inc., Audiomicro,*
*Inc. d.b.a. Adrev, Benjamin Patterson and Noah Becker*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| YELLOWCAKE, INC., a California corporation, | CASE NO. 1:21-cv-00803-AWI-BAM |
| Plaintiff, | **DECLARATION OF RICHARD J. IDELL IN SUPPORT OF DEFENDANTS DASHGO, INC. AND AUDIOMICRO, INC. D.B.A. ADREV'S MOTION FOR ADMINISTRATIVE RELIEF RE: CLARIFICATION OF JULY 21, 2022 ORDER [DOCKET NO. 78] AND NOVEMBER 14, 2022 ORDER [DOCKET NO. 91]** |
| v. | |
| DASHGO, INC., a Delaware corporation; AUDIOMICRO, INC. d/b/a ADREV, a Delaware corporation; BENJAMIN PATTERSON, an individual; and NOAH BECKER, an individual, | |
| Defendants. | |
| | [Civ. L.R. 233] |
| | (E-filing) |
| | Hon. Magistrate Judge Barbara A. McAuliffe, Presiding |

I, Richard Idell, do state as follows under the penalty of perjury:

1.      I am an attorney-at-law licensed to practice before all of the state and federal courts in the State of California. I am of counsel to the law firm of Dickenson, Peatman & Fogarty, P.C., attorneys for Dashgo, Inc. ("Dashgo"), Audiomicro, Inc. d.b.a. Adrev ("Adrev"), Benjamin Patterson and Noah Becker (collectively, "Defendants"), defendants herein. All of the matters stated herein are of my own personal knowledge or based on my familiarity with the pleadings, discovery and files in this action, except as to those matters stated on information and belief and, as to those matters, I believe them to be true. If sworn as a witness I could and would testify competently to the matters stated herein.

2.      Attached hereto as Exhibit "A" is a true and correct copy of a letter I sent to Seth Berman, Esq., counsel for Plaintiff, Yellowcake, Inc., on December 5, 2022.

3.      Attached hereto as Exhibit "B" is a true and correct copy of a letter I sent to Mr. Berman on December 12, 2022.

4.      Attached hereto as Exhibit "C" is a true and correct copy of a letter I received from Mr. Berman on December 15, 2022.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 19th day of December, 2022, at Sonoma, California.

_____
Richard Idell

# Exhibit "A"
December 5, 2022 letter from Richard Idell to Seth Berman

**dp&f**
LAW

RICHARD J. IDELL
ridell@dpf-law.com

December 5, 2022

**MEET AND CONFER**
**PURSUANT TO LOCAL RULE 251**

**VIA EMAIL ONLY**
**(SBerman@Abramslaw.com)**

Seth Berman, Esq.
ABRAMS FENSTERMAN
3 Dakota Drive, Suite 300
Lake Success, NY 11042

Re:    **Yellowcake adv. Dashgo, et al.**
       **USDC, E.D.Cal., Case No. 1:21-cv-00803-AWI-BAM**

Dear Mr. Berman:

As you know, on November 14, 2022, the Court entered its Order on your two motions to compel.

In pertinent part, at pages 17:23-18:10, the November 14 Order states as follows:

"a.    Within **thirty (30) days** from the date of the Order, Yellowcake shall provide written clarification or additional information to identify the Copyrighted Works and Foreign Works, to include all known ISRC codes previously used by Defendant Dashgo, both Yellowcake's UPC codes and Dashgo's UPC codes, and a notation when the ISRC code is not available on Sound Exchange. If the relevant ISRC code or UPC code is not available for a particular sound recording, then Yellowcake also shall note the unavailability of such information;

b.     Within **thirty (30) days** following receipt of written clarification or additional information from Yellowcake, Defendants shall supplement their responses to the RFP Set One, RFP Set Two and Interrogatories Set One based on the list of Copyrighted Works and Foreign Works. Defendants' supplemental responses also shall eliminate boilerplate objections to the discovery requests. For those sound recordings that do not require additional clarification or information,

Defendants shall supplement their discovery responses within **twenty-one (21) days from the date of this Order**[.]**"**

We have now served Dashgo and Adrev's supplemental responses to Yellowcake's discovery as to those requests and interrogatories that do not require additional clarification or information.

As to the remaining discovery:

At page 16:1-4, the November 14 Order states: "Following receipt of supplemental information from Yellowcake, detailed above, Defendants can still identify documents and information related to the remaining sound recordings and provide Yellowcake with a list of ISRC codes they believe are inaccurate. Yellowcake will then be required to investigate and reconcile any discrepancies."

On November 23, 2022, Yellowcake provided its written clarification/additional information in the form of revised Exhibits A, B and C to the Second Amended Complaint. Each of the Exhibits set forth two ISRC codes for each sound recording, one for Colonize Media and another for Dashgo.

By our count, Exhibit A lists 635 individual sound recordings; Exhibit B lists 996 individual sound recordings; and Exhibit C lists 363 individual sound recordings. In other words, there is a total of 1,994 individual sound recordings which Yellowcake alleges Defendants infringed. Since each individual sound recording is identified by two ISRC codes, there is a total of 3,988 ISRC codes alleged.

Promptly after receiving the written clarification/additional information, we began the tedious process of checking the ISRC codes that you provided against the International Federation of the Phonographic Industry ("IFPI") ISRC database (https://isrcsearch.ifpi.org/) to confirm those ISRC codes are accurate.

Given the number of ISRC codes alleged, we have assigned three people to the task. Those employees, however, have other work to tend to and, even with this level of staffing, as of this writing we have not been able to complete our review, nor do we anticipate being able to do so for at least another two weeks.

Although, as set forth above, our review continues, at this point, we have identified the following ISRC codes that we believe are inaccurate (the "Discrepant ISRCs"):

**Discrepant ISRC**
QM6DC1526298
QM6DC1526523
QM6DC1538830

Berman, Seth
December 5, 2022
Page 3 of 13

**Discrepant ISRC**
QM6DC1538831
QM6DC1538832
QM6DC1538833
QM6DC1538834
QM6DC1538835
QM6DC1538836
QM6DC1538837
QM6DC1538838
QM6DC1538839
QM6DC1538840
QM6DC1538841
QM6DC1538842
QM6DC1538843
QM6DC1538844
QM6DC1538845
QM6DC1538846
QM6DC1538847
QM6DC1538848
QM6DC1538849
QM6DC1538850
QM6DC1538851
QM6DC1538852
QM6DC1538853
QM6DC1538854
QM6DC1538855
QM6DC1538856
QM6DC1538857
QM6DC1538858
QM6DC1538859
QM6DC1538860
QM6DC1538861
QM6DC1538862
QM6DC1538863
QM6DC1538864
QM6DC1538865
QM6DC1538866
QM6DC1538867
QM6DC1538868
QM6DC1538869
QM6DC1538870
QM6DC1538871
QM6DC1538872
QM6DC1538873

Berman, Seth
December 5, 2022
Page 4 of 13

**Discrepant ISRC**

QM6DC1539238
QM6DC1539977
QM6DC1539978
QM6DC1539979
QM6DC1539980
QM6DC1539981
QM6DC1539982
QM6DC1539983
QM6DC1539984
QM6DC1539985
QM6DC1539986
QM6DC1540982
QM6DC1540983
QM6DC1540984
QM6DC1540985
QM6DC1540986
QM6DC1540987
QM6DC1541154
QM6DC1541155
QM6DC1541156
QM6DC1541157
QM6DC1541158
QM6DC1541159
QM6DC1541160
QM6DC1541161
QM6DC1541162
QM6DC1541163
QM6DC1541164
QM6DC1541165
QM6DC1541166
QM6DC1541167
QM6DC1541168
QM6DC1541169
QM6DC1541170
QM6DC1541171
QM6DC1541172
QM6DC1541173
QM6DC1541174
QM6DC1541175
QM6DC1541176
QM6DC1541177
QM6DC1541178
QM6DC1541745

**Discrepant ISRC**

QM6DC1541757
QM6DC1541759
QM6DC1542858
QM6DC1542860
QM6DC1542861
QM6DC1542867
QM6DC1542868
QM6DC1542923
QM6DC1542930
QM6DC1542933
QM6DC1542937
QM6DC1543133
QM6DC1543135
QM6DC1543138
QM6DC1543143
QM6DC1543144
QM6DC1543145
QM6DC1543148
QM6DC1543149
QM6DC1543150
QM6DC1543152
QM6DC1543153
QM6DC1543342
QM6DC1543440
QM6DC1543441
QM6DC1543442
QM6DC1543446
QM6DC1543448
QM6DC1543450
QM6DC1543507
QM6DC1543508
QM6DC1543509
QM6DC1543510
QM6DC1543511
QM6DC1543512
QM6DC1543513
QM6DC1543514
QM6DC1543515
QM6DC1543516
QM6DC1543901
QM6DC1543903
QM6DC1543907
QM6DC1543909

**Discrepant ISRC**

QM6DC1544031
QM6DC1544041
QM6DC1544044
QM6DC1544047
QM6DC1544048
QM6DC1544050
QM6DC1544057
QM6DC1544058
QM6DC1544059
QM6DC1544061
QM6DC1544062
QM6DC1544066
QM6DC1544071
QM6DC1544076
QM6DC1544080
QM6DC1544361
QM6DC1544363
QM6DC1544364
QM6DC1544366
QM6DC1544367
QM6DC1544368
QM6DC1544369
QM6DC1544370
QM6DC1544420
QM6DC1544421
QM6DC1544423
QM6DC1544426
QM6DC1544427
QM6DC1544432
QM6DC1544433
QM6DC1544700
QM6DC1544816
QM6DC1544918
QM6DC1544924
QM6DC1545220
QM6DC1545226
QM6DC1545242
QM6DC1545257
QM6DC1545260
QM6DC1545268
QM6DC1545269
QM6DC1545281
QM6DC1545284

**Discrepant ISRC**

QM6DC1545299
QM6DC1545308
QM6DC1546169
QM6DC1546170
QM6DC1546171
QM6DC1546172
QM6DC1546173
QM6DC1546174
QM6DC1546175
QM6DC1546176
QM6DC1546177
QM6DC1546178
QM6DC1546179
QM6DC1546180
QM6DC1546181
QM6DC1546182
QM6DC1546183
QM6DC1546948
QM6DC1546949
QM6DC1546950
QM6DC1546951
QM6DC1546952
QM6DC1546953
QM6DC1546954
QM6DC1546955
QM6DC1546956
QM6DC1546957
QM6DC1552536
QM6DC1570804
QM6DC1570805
QM6DC1570806
QM6DC1570807
QM6DC1570808
QM6DC1570809
QM6DC1570810
QM6DC1570811
QM6DC1570812
QM6DC1570813
QM6DC1570814
QM6DC1570815
QM6DC1570816
QM6DC1570817
QM6DC1570818

Berman, Seth
December 5, 2022
Page 8 of 13

**Discrepant ISRC**

QM6DC1668678
QM6DC1695225
QM6DC1695226
QM6DC1695227
QM6DC1695228
QM6DC1695229
QM6DC1695230
QM6DC1695231
QM6DC1695232
QM6DC1695233
QM6DC1695234
QM6DC1695235
QM6DC1695236
QM6DC1695237
QM6DC1695238
QM6DC1695239
QM6DC1696981
QM6DC1696982
QM6DC1697728
US39V0801965
US3DF1105729
US3DF1105730
US3DF1105731
US3DF1105732
US3DF1105733
US3DF1105734
US3DF1105735
US3DF1105736
US3DF1105737
US3DF1105738
US3DF1105739
US3DF1105740
US3DF1105741
US3DF1105742
US3DF1105743
US3DF1105744
US3DF1105745
US3DF1105746
US3DF1105747
US3DF1105748
US3DF1115539
US3DF1205259
US3DF1211445

Berman, Seth
December 5, 2022
Page 9 of 13

**Discrepant ISRC**
US3DF1211446
US3DF1315775
US3DF1315776
US3DF1315777
US3DF1315778
US3DF1315780
US3DF1315781
US3DF1315782
US3DF1315783
US3DF1315784
US3DF1316860
US3DF1316861
US3DF1317499
US3DF1317543
US3DF1317547
US3DF1317554
US3DF1317596
US3DF1317608
US3DF1317609
US3DF1317612
US3DF1317959
US3DF1318051
US3DF1318102
US3DF1318104
US3DF1318105
US3DF1318107
US3DF1319493
US3DF1319875
US3DF1319887
US3DF1319976
US3DF1319979
US3DF1319997
US3DF1320153
US3DF1320162
US3DF1320195
US3DF1320200
US3DF1320216
US3DF1320343
US3DF1320366
US3DF1320384
US3DF1320385
US3DF1320414
US3DF1320415

Berman, Seth
December 5, 2022
Page 10 of 13

**Discrepant ISRC**

US3DF1320416
US3DF1320418
US3DF1320419
US3DF1320434
US3DF1320441
US3DF1320489
US3DF1320490
US3DF1320491
US3DF1320494
US3DF1320503
US3DF1320504
US3DF132053
US3DF1320694
US3DF1320696
US3DF1320790
US3DF1320921
US3DF1320925
US3DF1320939
US3DF1320947
US3DF1320967
US3DF1321943
US3DF1400159
US3DF1400193
US3DF1400412
US3DF1400428
US3DF1400438
US3DF1400455
US3DF1400456
US3DF1400460
US3DF1400465
US3DF1400468
US3DF1400470
US3DF1400472
US3DF1400474
US3DF1400476
US3DF1400484
US3DF1400875
US3DF1400915
US3DF1400917
US3DF1400919
US3DF1400921
US3DF1400944
US3DF1400948

Berman, Seth
December 5, 2022
Page 11 of 13

**Discrepant ISRC**
US3DF1400951
US3DF1400952
US3DF1401007
US3DF1401019
US3DF1401062
US3DF1401096
US3DF1401178
US3DF1401180
US3DF1401188
US3DF1401189
US3DF1401190
US3DF1401295
US3DF1401324
US3DF1401383
US3DF1401431
US3DF1401432
US3DF1401433
US3DF1401436
US3DF1401578
US3DF1401580
US3DF1401583
US3DF1405012
US3DF1405017
US3DF1405019
US3DF1405035
US3DF1405038
US3DF1405129
US3DF1405139
US3DF1405152
US3DF1405290
US3DF1405296
US3DF1405314
US3DF1405315
US3DF1405349
US3DF1405350
US3DF1405386
US3DF1405388
US3DF1405414
US3DF1405422
US3DF1405427
US3DF1405430
US3DF1405447
US3DF1405448

Berman, Seth
December 5, 2022
Page 12 of 13

**Discrepant ISRC**

US3DF1405456
US3DF1405473
US3DF1405478
US3DF1405516
US3DF1405560
US3DF1405564
US3DF1414464
US3DF1414465
US3DF1420232
US3DF1420233
US3DF1420234
US3DF1420235
US3DF1420236
US3DF1420237
US3DF1420238
US3DF1420239
US3DF1420240
US3DF1420241
US3DF1421420
US3DF1423062
US3DF1423063
US3DF1423064
US3DF1423065
US3DF1423066
US3DF1423067
US3DF1423068
US3DF1423069
US3DF1423070
US3DF1423071
US3DF1423072
US3DF1423074
US3DF1423077
US3DF1423130
USANG1918078

We ask that Yellowcake promptly investigate and reconcile the Discrepant ISRCs set forth above, as required by the Court's November 14, 2022 Order, and advise us as soon as possible, but in any event by this Friday, December 9, 2022, as to each Discrepant ISRC, whether the Discrepant ISRC is being withdrawn or whether it will be replaced by a different, accurate ISRC.

As set forth above, the Court's November 14, 2022 Order requires Defendants to supplement their responses to the RFP Set One, RFP Set Two and Interrogatories Set One based on the list of Copyrighted Works and Foreign Works, and to do so within thirty days following receipt of written clarification or additional information from Yellowcake. Again, that written clarification/additional information was provided to us on November 23, 2022. Thus, our reading of the Court's Order requires that we serve supplemental responses on or before December 23, 2022 *even if the list of ISRCs remains inaccurate*. Were we to do so, the responses would indicate that Defendants are unable to respond since the definitions of "Yellowcake's Copyrighted Works" and "Foreign Works" are still unsettled.

We therefore request your agreement that Defendants are not required to serve their supplemental responses to Yellowcake's discovery relating to "Yellowcake's Copyrighted Works" and "Foreign Works" until such time as all of the ISRC codes are confirmed to be accurate. Please get back to us by 5:00 p.m. on Friday, December 9, 2022 confirming your agreement. If you refuse to so agree, we will make an application to the Court for relief.

Sincerely,

DICKENSON, PEATMAN & FOGARTY

Richard Idell

RJI:obs
cc:     Tom Griffin, Esq. (via email only to tgriffin@hsmlaw.com)
        Ory Sandel, Esq.

# Exhibit "B"
December 12, 2022 letter from
Richard Idell to Seth Berman

**dp&f**
LAW

RICHARD J. IDELL
ridell@dpf-law.com

December 12, 2022

**MEET AND CONFER
PURSUANT TO LOCAL RULE 251**

**VIA EMAIL ONLY
(SBerman@Abramslaw.com)**

Seth Berman, Esq.
ABRAMS FENSTERMAN
3 Dakota Drive, Suite 300
Lake Success, NY 11042

Re:     **Yellowcake adv. Dashgo, et al.
USDC, E.D.Cal., Case No. 1:21-cv-00803-AWI-BAM**

Dear Mr. Berman:

This letter follows on our letter of December 5, 2022. That letter was sent in response to your November 23, 2022 provision of Yellowcake's written clarification/additional information pursuant to the Court's November 14, 2022 Order.

Our December 5, 2022 letter identified a partial list of ISRC codes that we believe are inaccurate (defined as the "Discrepant ISRCs"). At that time (December 5, 2022), we requested that you advise us by Friday, December 9, 2022, as to each Discrepant ISRC, whether the Discrepant ISRC is being withdrawn or whether it will be replaced by a different, accurate ISRC. As of this writing, we have not received the requested response from you.

At that time of our December 5, 2022 letter, we anticipated that it would take us an additional two weeks to complete our review of the 3,988 ISRC codes alleged by Yellowcake. Through the determined and concerted efforts of our staff, we have been able to complete our review a week ahead of schedule. Below is a complete list of the ISRC codes that we believe are inaccurate (the "Discrepant ISRCs"):

**Discrepant ISRCs**
QM6DC1526298
QM6DC1526523

Berman, Seth
December 12, 2022
Page 2 of 23

**Discrepant ISRCs**
QM6DC1538830
QM6DC1538831
QM6DC1538832
QM6DC1538833
QM6DC1538834
QM6DC1538835
QM6DC1538836
QM6DC1538837
QM6DC1538838
QM6DC1538839
QM6DC1538840
QM6DC1538841
QM6DC1538842
QM6DC1538843
QM6DC1538844
QM6DC1538845
QM6DC1538846
QM6DC1538847
QM6DC1538848
QM6DC1538849
QM6DC1538850
QM6DC1538851
QM6DC1538852
QM6DC1538853
QM6DC1538854
QM6DC1538855
QM6DC1538856
QM6DC1538857
QM6DC1538858
QM6DC1538859
QM6DC1538860
QM6DC1538861
QM6DC1538862
QM6DC1538863
QM6DC1538864
QM6DC1538865
QM6DC1538866
QM6DC1538867
QM6DC1538868
QM6DC1538869
QM6DC1538870
QM6DC1538871
QM6DC1538872

**Discrepant ISRCs**

QM6DC1538873
QM6DC1539238
QM6DC1539977
QM6DC1539978
QM6DC1539979
QM6DC1539980
QM6DC1539981
QM6DC1539982
QM6DC1539983
QM6DC1539984
QM6DC1539985
QM6DC1539986
QM6DC1540982
QM6DC1540983
QM6DC1540984
QM6DC1540985
QM6DC1540986
QM6DC1540987
QM6DC1541154
QM6DC1541155
QM6DC1541156
QM6DC1541157
QM6DC1541158
QM6DC1541159
QM6DC1541160
QM6DC1541161
QM6DC1541162
QM6DC1541163
QM6DC1541164
QM6DC1541165
QM6DC1541166
QM6DC1541167
QM6DC1541168
QM6DC1541169
QM6DC1541170
QM6DC1541171
QM6DC1541172
QM6DC1541173
QM6DC1541174
QM6DC1541175
QM6DC1541176
QM6DC1541177
QM6DC1541178

Berman, Seth
December 12, 2022
Page 4 of 23

**Discrepant ISRCs**

QM6DC1541745
QM6DC1541757
QM6DC1541759
QM6DC1542858
QM6DC1542860
QM6DC1542861
QM6DC1542867
QM6DC1542868
QM6DC1542923
QM6DC1542930
QM6DC1542933
QM6DC1542937
QM6DC1543015
QM6DC1543133
QM6DC1543135
QM6DC1543138
QM6DC1543143
QM6DC1543144
QM6DC1543145
QM6DC1543148
QM6DC1543149
QM6DC1543150
QM6DC1543152
QM6DC1543153
QM6DC1543342
QM6DC1543440
QM6DC1543441
QM6DC1543442
QM6DC1543446
QM6DC1543448
QM6DC1543450
QM6DC1543507
QM6DC1543508
QM6DC1543509
QM6DC1543510
QM6DC1543511
QM6DC1543512
QM6DC1543513
QM6DC1543514
QM6DC1543515
QM6DC1543516
QM6DC1543901
QM6DC1543903

Berman, Seth
December 12, 2022
Page 5 of 23

**Discrepant ISRCs**

QM6DC1543907
QM6DC1543909
QM6DC1543957
QM6DC1544011
QM6DC1544012
QM6DC1544015
QM6DC1544016
QM6DC1544018
QM6DC1544019
QM6DC1544020
QM6DC1544021
QM6DC1544022
QM6DC1544023
QM6DC1544024
QM6DC1544025
QM6DC1544026
QM6DC1544027
QM6DC1544028
QM6DC1544030
QM6DC1544031
QM6DC1544041
QM6DC1544044
QM6DC1544047
QM6DC1544048
QM6DC1544050
QM6DC1544057
QM6DC1544058
QM6DC1544059
QM6DC1544061
QM6DC1544062
QM6DC1544066
QM6DC1544071
QM6DC1544076
QM6DC1544080
QM6DC1544096
QM6DC1544099
QM6DC1544361
QM6DC1544363
QM6DC1544364
QM6DC1544366
QM6DC1544367
QM6DC1544368
QM6DC1544369

Berman, Seth
December 12, 2022
Page 6 of 23

**Discrepant ISRCs**
QM6DC1544370
QM6DC1544403
QM6DC1544404
QM6DC1544405
QM6DC1544406
QM6DC1544407
QM6DC1544409
QM6DC1544411
QM6DC1544412
QM6DC1544413
QM6DC1544414
QM6DC1544420
QM6DC1544421
QM6DC1544423
QM6DC1544426
QM6DC1544427
QM6DC1544432
QM6DC1544433
QM6DC1544700
QM6DC1544816
QM6DC1544918
QM6DC1544924
QM6DC1545220
QM6DC1545226
QM6DC1545239
QM6DC1545242
QM6DC1545245
QM6DC1545257
QM6DC1545260
QM6DC1545268
QM6DC1545269
QM6DC1545281
QM6DC1545284
QM6DC1545299
QM6DC1545305
QM6DC1545308
QM6DC1546169
QM6DC1546170
QM6DC1546171
QM6DC1546172
QM6DC1546173
QM6DC1546174
QM6DC1546175

**Discrepant ISRCs**

QM6DC1546176
QM6DC1546177
QM6DC1546178
QM6DC1546179
QM6DC1546180
QM6DC1546181
QM6DC1546182
QM6DC1546183
QM6DC1546653
QM6DC1546654
QM6DC1546655
QM6DC1546656
QM6DC1546657
QM6DC1546658
QM6DC1546659
QM6DC1546660
QM6DC1546661
QM6DC1546662
QM6DC1546663
QM6DC1546664
QM6DC1546665
QM6DC1546666
QM6DC1546667
QM6DC1546668
QM6DC1546669
QM6DC1546670
QM6DC1546671
QM6DC1546672
QM6DC1546673
QM6DC1546674
QM6DC1546675
QM6DC1546676
QM6DC1546677
QM6DC1546678
QM6DC1546679
QM6DC1546680
QM6DC1546681
QM6DC1546682
QM6DC1546948
QM6DC1546949
QM6DC1546950
QM6DC1546951
QM6DC1546952

Berman, Seth
December 12, 2022
Page 8 of 23

**Discrepant ISRCs**
QM6DC1546953
QM6DC1546954
QM6DC1546955
QM6DC1546956
QM6DC1546957
QM6DC1547348
QM6DC1547349
QM6DC1547350
QM6DC1547351
QM6DC1547352
QM6DC1547353
QM6DC1547354
QM6DC1547355
QM6DC1547356
QM6DC1547357
QM6DC1547669
QM6DC1547670
QM6DC1547671
QM6DC1547672
QM6DC1547673
QM6DC1547674
QM6DC1547675
QM6DC1547676
QM6DC1547677
QM6DC1547678
QM6DC1547755
QM6DC1547756
QM6DC1547757
QM6DC1547758
QM6DC1547759
QM6DC1547760
QM6DC1547761
QM6DC1547762
QM6DC1547763
QM6DC1547764
QM6DC1547990
QM6DC1547991
QM6DC1547992
QM6DC1547993
QM6DC1547994
QM6DC1547995
QM6DC1547996
QM6DC1547997

Berman, Seth
December 12, 2022
Page 9 of 23

**Discrepant ISRCs**
QM6DC1547998
QM6DC1547999
QM6DC1548073
QM6DC1548074
QM6DC1548075
QM6DC1548076
QM6DC1548077
QM6DC1548078
QM6DC1548079
QM6DC1548080
QM6DC1548081
QM6DC1548082
QM6DC1548083
QM6DC1548084
QM6DC1548085
QM6DC1548086
QM6DC1548087
QM6DC1548138
QM6DC1548139
QM6DC1548140
QM6DC1548141
QM6DC1548142
QM6DC1548143
QM6DC1548144
QM6DC1548145
QM6DC1548146
QM6DC1548147
QM6DC1548148
QM6DC1548149
QM6DC1548150
QM6DC1548151
QM6DC1548152
QM6DC1548152
QM6DC1548178
QM6DC1548179
QM6DC1548180
QM6DC1548181
QM6DC1548182
QM6DC1548183
QM6DC1548184
QM6DC1548185
QM6DC1548186
QM6DC1548187

**Discrepant ISRCs**

QM6DC1548188
QM6DC1548189
QM6DC1548190
QM6DC1548191
QM6DC1548192
QM6DC1548213
QM6DC1548214
QM6DC1548215
QM6DC1548216
QM6DC1548217
QM6DC1548218
QM6DC1548219
QM6DC1548220
QM6DC1548221
QM6DC1548222
QM6DC1548248
QM6DC1548249
QM6DC1548250
QM6DC1548251
QM6DC1548252
QM6DC1548253
QM6DC1548254
QM6DC1548255
QM6DC1548256
QM6DC1548257
QM6DC1548258
QM6DC1548259
QM6DC1548260
QM6DC1548261
QM6DC1548262
QM6DC1548263
QM6DC1548264
QM6DC1548265
QM6DC1548266
QM6DC1548267
QM6DC1548268
QM6DC1548269
QM6DC1548270
QM6DC1548271
QM6DC1548272
QM6DC1548273
QM6DC1548274
QM6DC1548275

**Discrepant ISRCs**
QM6DC1548276
QM6DC1548277
QM6DC1548278
QM6DC1548279
QM6DC1552263
QM6DC1552536
QM6DC1552628
QM6DC1553360
QM6DC1570804
QM6DC1570805
QM6DC1570806
QM6DC1570807
QM6DC1570808
QM6DC1570809
QM6DC1570810
QM6DC1570811
QM6DC1570812
QM6DC1570813
QM6DC1570814
QM6DC1570815
QM6DC1570816
QM6DC1570817
QM6DC1570818
QM6DC1572689
QM6DC1572691
QM6DC1572693
QM6DC1572695
QM6DC1572696
QM6DC1572697
QM6DC1572699
QM6DC1572701
QM6DC1572703
QM6DC1573016
QM6DC1573017
QM6DC1573018
QM6DC1573019
QM6DC1573020
QM6DC1573021
QM6DC1573022
QM6DC1573023
QM6DC1573024
QM6DC1573025
QM6DC1575564

**Discrepant ISRCs**

QM6DC1575566
QM6DC1575567
QM6DC1575568
QM6DC1575569
QM6DC1575570
QM6DC1575571
QM6DC1575572
QM6DC1575573
QM6DC1575574
QM6DC1575575
QM6DC1575576
QM6DC1575577
QM6DC1575578
QM6DC1575579
QM6DC1575580
QM6DC1575581
QM6DC1575582
QM6DC1575583
QM6DC1668678
QM6DC1695225
QM6DC1695226
QM6DC1695227
QM6DC1695228
QM6DC1695229
QM6DC1695230
QM6DC1695231
QM6DC1695232
QM6DC1695233
QM6DC1695234
QM6DC1695235
QM6DC1695236
QM6DC1695237
QM6DC1695238
QM6DC1695239
QM6DC1696981
QM6DC1696982
QM6DC1697252
QM6DC1697728
US39V0801965
US3DF1105729
US3DF1105730
US3DF1105731
US3DF1105732

Berman, Seth
December 12, 2022
Page 13 of 23

**Discrepant ISRCs**
US3DF1105733
US3DF1105734
US3DF1105735
US3DF1105736
US3DF1105737
US3DF1105738
US3DF1105739
US3DF1105740
US3DF1105741
US3DF1105742
US3DF1105743
US3DF1105744
US3DF1105745
US3DF1105746
US3DF1105747
US3DF1105748
US3DF1114514
US3DF1115235
US3DF1115539
US3DF1120594
US3DF1120596
US3DF1205259
US3DF1211445
US3DF1211446
US3DF1315775
US3DF1315776
US3DF1315777
US3DF1315778
US3DF1315780
US3DF1315781
US3DF1315782
US3DF1315783
US3DF1315784
US3DF1316860
US3DF1316861
US3DF1317499
US3DF1317543
US3DF1317547
US3DF1317554
US3DF1317596
US3DF1317608
US3DF1317609
US3DF1317612

**Discrepant ISRCs**

US3DF1317959
US3DF1318051
US3DF1318102
US3DF1318104
US3DF1318105
US3DF1318107
US3DF1319493
US3DF1319875
US3DF1319887
US3DF1319976
US3DF1319979
US3DF1319997
US3DF1320061
US3DF1320067
US3DF1320069
US3DF1320071
US3DF1320153
US3DF1320162
US3DF1320189
US3DF1320195
US3DF1320200
US3DF1320216
US3DF1320244
US3DF1320343
US3DF1320349
US3DF1320366
US3DF1320384
US3DF1320385
US3DF1320414
US3DF1320415
US3DF1320416
US3DF1320418
US3DF1320419
US3DF1320431
US3DF1320434
US3DF1320441
US3DF1320489
US3DF1320490
US3DF1320491
US3DF1320494
US3DF1320503
US3DF1320504
US3DF132053

**Discrepant ISRCs**

US3DF1320694
US3DF1320696
US3DF1320790
US3DF1320921
US3DF1320925
US3DF1320939
US3DF1320947
US3DF1320967
US3DF1321943
US3DF1400159
US3DF1400181
US3DF1400193
US3DF1400412
US3DF1400416
US3DF1400418
US3DF1400422
US3DF1400428
US3DF1400429
US3DF1400437
US3DF1400438
US3DF1400448
US3DF1400455
US3DF1400456
US3DF1400460
US3DF1400464
US3DF1400465
US3DF1400466
US3DF1400468
US3DF1400470
US3DF1400471
US3DF1400472
US3DF1400473
US3DF1400474
US3DF1400475
US3DF1400476
US3DF1400484
US3DF1400490
US3DF1400493
US3DF1400875
US3DF1400915
US3DF1400917
US3DF1400919
US3DF1400921

**Discrepant ISRCs**
US3DF1400944
US3DF1400948
US3DF1400951
US3DF1400952
US3DF1401007
US3DF1401019
US3DF1401062
US3DF1401096
US3DF1401149
US3DF1401151
US3DF1401152
US3DF1401153
US3DF1401155
US3DF1401160
US3DF1401162
US3DF1401163
US3DF1401175
US3DF1401178
US3DF1401180
US3DF1401188
US3DF1401189
US3DF1401190
US3DF1401192
US3DF1401197
US3DF1401295
US3DF1401297
US3DF1401316
US3DF1401322
US3DF1401324
US3DF1401356
US3DF1401357
US3DF1401369
US3DF1401383
US3DF1401386
US3DF1401431
US3DF1401432
US3DF1401433
US3DF1401436
US3DF1401542
US3DF1401578
US3DF1401580
US3DF1401583
US3DF1403419

**Discrepant ISRCs**
US3DF1403420
US3DF1403435
US3DF1405012
US3DF1405017
US3DF1405019
US3DF1405035
US3DF1405038
US3DF1405129
US3DF1405139
US3DF1405152
US3DF1405290
US3DF1405296
US3DF1405300
US3DF1405305
US3DF1405314
US3DF1405315
US3DF1405349
US3DF1405350
US3DF1405386
US3DF1405388
US3DF1405392
US3DF1405394
US3DF1405398
US3DF1405405
US3DF1405411
US3DF1405414
US3DF1405422
US3DF1405427
US3DF1405430
US3DF1405447
US3DF1405448
US3DF1405456
US3DF1405457
US3DF1405463
US3DF1405473
US3DF1405478
US3DF1405516
US3DF1405557
US3DF1405560
US3DF1405564
US3DF1412595
US3DF1412596
US3DF1412597

**Discrepant ISRCs**

US3DF1412598
US3DF1412599
US3DF1412600
US3DF1412601
US3DF1412602
US3DF1412603
US3DF1412604
US3DF1412605
US3DF1412606
US3DF1412607
US3DF1412608
US3DF1412609
US3DF1412610
US3DF1412611
US3DF1412612
US3DF1414464
US3DF1414465
US3DF1415662
US3DF1415668
US3DF1415669
US3DF1415670
US3DF1416649
US3DF1416650
US3DF1416651
US3DF1416652
US3DF1416653
US3DF1416654
US3DF1416655
US3DF1416656
US3DF1416657
US3DF1416658
US3DF1416659
US3DF1416662
US3DF1416663
US3DF1416667
US3DF1416669
US3DF1416670
US3DF1417461
US3DF1417465
US3DF1418016
US3DF1418017
US3DF1418018
US3DF1418019

**Discrepant ISRCs**

US3DF1418020
US3DF1418021
US3DF1418022
US3DF1418023
US3DF1418024
US3DF1418025
US3DF1418026
US3DF1418027
US3DF1418028
US3DF1418029
US3DF1418030
US3DF1418031
US3DF1418098
US3DF1418099
US3DF1418100
US3DF1418101
US3DF1418102
US3DF1418103
US3DF1418104
US3DF1418105
US3DF1418106
US3DF1418107
US3DF1418108
US3DF1418109
US3DF1418110
US3DF1418111
US3DF1418112
US3DF1418113
US3DF1418114
US3DF1418115
US3DF1418152
US3DF1418153
US3DF1418154
US3DF1418155
US3DF1418156
US3DF1418157
US3DF1418158
US3DF1418159
US3DF1418160
US3DF1418161
US3DF1418162
US3DF1418163
US3DF1418164

**Discrepant ISRCs**

US3DF1418165
US3DF1418166
US3DF1418476
US3DF1418477
US3DF1418478
US3DF1418479
US3DF1418480
US3DF1418481
US3DF1418482
US3DF1418483
US3DF1418484
US3DF1418485
US3DF1418486
US3DF1418487
US3DF1418488
US3DF1418489
US3DF1418490
US3DF1418491
US3DF1418492
US3DF1419122
US3DF1419123
US3DF1419124
US3DF1419125
US3DF1419126
US3DF1419127
US3DF1419128
US3DF1419129
US3DF1419130
US3DF1419131
US3DF1419132
US3DF1419133
US3DF1419134
US3DF1419135
US3DF1419136
US3DF1419137
US3DF1419138
US3DF1419495
US3DF1419496
US3DF1419497
US3DF1419498
US3DF1419499
US3DF1419500
US3DF1419501

Berman, Seth
December 12, 2022
Page 21 of 23

**Discrepant ISRCs**
US3DF1419502
US3DF1419503
US3DF1419504
US3DF1419505
US3DF1419506
US3DF1419507
US3DF1420232
US3DF1420233
US3DF1420234
US3DF1420235
US3DF1420236
US3DF1420237
US3DF1420238
US3DF1420239
US3DF1420240
US3DF1420241
US3DF1420453
US3DF1420454
US3DF1420455
US3DF1420456
US3DF1420457
US3DF1420458
US3DF1420459
US3DF1420460
US3DF1420461
US3DF1420462
US3DF1420463
US3DF1420464
US3DF1420465
US3DF1420466
US3DF1420467
US3DF1420468
US3DF1420776
US3DF1420777
US3DF1420778
US3DF1420779
US3DF1420780
US3DF1420781
US3DF1420782
US3DF1420783
US3DF1420784
US3DF1420785
US3DF1420786

**Discrepant ISRCs**

US3DF1420787
US3DF1420788
US3DF1420789
US3DF1420790
US3DF1421420
US3DF1421425
US3DF1421426
US3DF1421427
US3DF1421428
US3DF1421429
US3DF1421430
US3DF1421431
US3DF1421432
US3DF1421433
US3DF1421434
US3DF1421435
US3DF1421436
US3DF1421437
US3DF1421438
US3DF1421439
US3DF1421440
US3DF1421441
US3DF1421442
US3DF1421443
US3DF1421444
US3DF1423062
US3DF1423063
US3DF1423064
US3DF1423065
US3DF1423066
US3DF1423067
US3DF1423068
US3DF1423069
US3DF1423070
US3DF1423071
US3DF1423072
US3DF1423074
US3DF1423077
US3DF1423130
USANG1918078

     We ask that Yellowcake promptly investigate and reconcile the Discrepant ISRCs set forth above, as required by the Court's November 14, 2022 Order, and advise us as soon as

possible, but in any event by Friday, December 16, 2022, as to each Discrepant ISRC, whether the Discrepant ISRC is being withdrawn or whether it will be replaced by a different, accurate ISRC.

We also again request your agreement that Defendants are not required to serve their supplemental responses to Yellowcake's discovery relating to "Yellowcake's Copyrighted Works" and "Foreign Works" until such time as all of the ISRC codes are confirmed to be accurate. If you refuse to so agree, we will apply to the Court for clarification.

Sincerely,

DICKENSON, PEATMAN & FOGARTY

Richard Idell

RJI:obs
cc:    Tom Griffin, Esq. (via email only to tgriffin@hsmlaw.com)
       Ory Sandel, Esq.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

# Exhibit "C"
December 15, 2022 letter from
Seth Berman to Richard Idell



**Long Island**
3 Dakota Drive, Suite 300,
Lake Success, NY 11042
516.328.2300 | **P**
info@abramslaw.com | **E**

Long Island · Brooklyn · White Plains · Rochester · Albany

Seth L. Berman, Esq.
Partner
sberman@abramslaw.com

December 15, 2022

<u>**VIA EMAIL ONLY**</u>
Richard Idell, Esq.
Dickenson, Peatman & Fogarty
1455 First Street, Suite 301
Napa, CA 94559

      Re:    *Yellowcake v. Dashgo, et al.*
              <u>USDC, E.D.Cal., Case No. 1: 21-cv-00803-AWI-BAM</u>

Dear Mr. Idell:

        I write in response to your December 5, 2022, and December 12, 2022, letters that purport to unilaterally redefine Defendants'[1] discovery obligations in violation of the Court's November 14, 2022, Order (the "Order").

        The Order directs Defendants to produce supplemental discovery responses pertaining to those sound recordings that did not require additional clarification by December 5, 2022.  *See* Order at 18:7-10.  Defendants are already in violation of this provision of the Order because we have not received any responsive documents concerning such recordings other than the two agreements you emailed to us on December 8, 2022.  Regarding the documents and information concerning the balance of the recordings, the Order requires Defendants to supplement their discovery responses within thirty days of Yellowcake's written clarification of additional information.  *See* Order at 18:3-6.  On November 23, 2022, Yellowcake provided Defendants with a list of such additional information.[2]  Accordingly, Defendants' supplemental discovery responses concerning the balance of the recordings are due on December 23, 2022.

        Based on Defendants' letters, it appears Defendants will disregard that Court-imposed deadline simply because the letters assert certain ISRC codes are inaccurate.   Defendants will be in violation of the Order if they do not meet the December 23, 2020 Deadline. The Order is clear:

---

[1] Capitalized terms herein have the same meanings as ascribed in the Order.

[2] In accordance with the Order, the list identified all ISRC codes previously used by Dashgo that are known to Yellowcake, identified both Yellowcake's and Dashgo's UPC Codes, and noted where the ISRC code is not available on Sound Exchange or where an ISRC or UPC code is unavailable for a particular sound recording.  *See* Order 15:20-25.

**ABRAMS A F FENSTERMAN**

Page 2

"The Court acknowledges that certain discrepancies in the previously provided lists have been identified by Defendants. **These discrepancies would not otherwise invalidate the list, invalidate Yellowcake's discovery demands, or relieve Defendants of their discovery obligations. Following receipt of the supplemental information from Yellowcake, detailed above, Defendants can still identify documents and information related to the remaining sound recordings** . . . ." *See* Order at 15:26 – 16:2 (emphasis supplied).  Please note that in the latter sentence the Court recognizes that ISRC codes are not necessary for Defendants to comply with their discovery obligations.

Indeed, your clients' assertion that they cannot know if they are in possession, custody and control of documents and information concerning the Copyrighted Works and Foreign Works unless Plaintiff provides them with their own ISRC codes is farcical. Such Works may be identified by other means, such as by using the information set forth in our November 23, 2022,  letter (*e.g.*, artist, song tile, SR code, weblink, etc.).  Tellingly, the letters fail to explain why Defendants are unable to use those other items of information to identify the Works and then produce responsive documents and information regarding them, and also fail to explain why the supposed discrepancies with the Works' ISRC codes prevents them from doing so.  Rather than relying on these other identifiers to locate the Works, , your letters indicate that Defendants are **only** searching for responsive documents and information by way of ISRC codes, and then upon finding claimed discrepancies, they give-up their search without bothering to utilize the other means of searching for the responsive documents and information .

No rational reading of the Order permits Defendants to abandon their obligation to diligently search for responsive documents and information for a Work based on alleged ISRC code discrepancies.  Please confirm by close of business on Friday whether Defendants are using their best efforts to search for responsive documents and information regarding the Works by using all possible identifying information provided by Plaintiff and such identifying information contained in Defendants' own business records.

Apart from Defendants' obligation to respond to RFP Sets One and Two and the Interrogatories, if Defendants desire, they may "provide Yellowcake with a list of ISRC codes they believe are inaccurate" and then Yellowcake will be "required to investigate and reconcile any discrepancies."  Defendants' letters provide such a list, but it does not identify the Defendants' discrepancy with respect to each ISRC code.  Because Plaintiff, as an initial matter, sent Defendants as accurate of a list that Plaintiff was able to compile, if Defendants claim any discrepancy, which would then trigger Plaintiff to investigate the discrepancy, Defendants must obviously disclose the nature of the discrepancy. Accordingly, for each ISRC code that Defendants claim is inaccurate, please provide Plaintiff with a brief explanation of the inaccuracy so that Plaintiff may conduct the investigation required by the Order.

Finally,  Defendants' letters request that Plaintiff "agree that Defendants are not required to serve their supplemental responses to Yellowcake's discovery relating to 'Yellowcake's Copyrighted Works' and 'Yellowcake's Foreign Works' until such time as all of the ISRC codes are confirmed to be accurate."  Your request is rejected because it patently contradicts the unambiguous language of the Order. *See* Order at 18:3-10. Plaintiff expects Defendants to

**ABRAMS** A F **FENSTERMAN**

Page 3

immediately cure the discovery violation referred to above and expects Defendants to produce all remaining documents and information on or before December 23, 2022.

Plaintiff will enforce all available rights and remedies under the law for Defendants' violations of the Order.  Please be guided accordingly.

Yours,

Seth L. Berman