RICHARD J. IDELL, ESQ. (SBN 069033)
ORY SANDEL, ESQ. (SBN 233204)
DICKENSON, PEATMAN & FOGARTY, P.C.
1500 First Street, Suite 200
Napa, CA 94559
Telephone: 707-261-7000
Facsimile:  707-340-7239
Email: ridell@dpf-law.com
         osandel@dpf-law.com

*Attorneys for Defendants Dashgo, Inc.,
Audiomicro, Inc. d.b.a. Adrev, Benjamin
Patterson and Noah Becker*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| YELLOWCAKE, INC., a California corporation,<br><br>                    Plaintiff,<br><br>         v.<br><br>DASHGO, INC., a Delaware corporation; AUDIOMICRO, INC. d/b/a ADREV, a Delaware corporation; BENJAMIN PATTERSON, an individual; and NOAH BECKER, an individual,<br><br>                    Defendants. | CASE NO. 1:21-cv-00803-AWI-BAM<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS DASHGO, INC. AND AUDIOMICRO, INC. D.B.A. ADREV'S MOTION FOR ADMINISTRATIVE RELIEF RE: CLARIFICATION OF JULY 21, 2022 ORDER [DOCKET NO. 78] AND NOVEMBER 14, 2022 ORDER [DOCKET NO. 91]**<br><br>[Civ. L.R. 233]<br><br>(E-filing)<br><br>Hon. Magistrate Judge Barbara A. McAuliffe, Presiding |

The motion of Defendants Dashgo, Inc. ("Dashgo") and Audiomicro, Inc. d.b.a. Adrev ("Adrev") (collectively, "Defendants") for administrative relief, seeking clarification of the Court's July 21, 2022 Order [Docket No. 78] and November 14, 2022 Order [Docket No. 91], having come before the Court, and the Court, having reviewed and considered the papers submitted, and good cause appearing,

IT IS HEREBY ORDERED as follows:

1. Plaintiff's obligation to identify, with specificity, the sound recordings allegedly infringed under the Court's July 21, 2022 Order [Docket No. 78] includes the obligation to provide accurate International Standard Recording Codes ("ISRCs").

2. Defendants obligation under the Court's November 14, 2022 Order [Docket No. 91] does not require Defendants to supplement their responses to Yellowcake's discovery relating to "Yellowcake's Copyrighted Works" and "Foreign Works" until such time as Plaintiff has provided a complete and accurate "list" of the specific sound recordings that Defendants are alleged to have infringed, meaning that such list must include accurate information for all known ISRC codes previously used by Dashgo, a notation when the ISRC code is not available on Sound Exchange and, if the relevant ISRC code is not available for a particular sound recording, a note by Yellowcake of the unavailability of such information.

SO ORDERED.

Dated: _____

                                                Hon. Barbara A. McAuliffe
                                                Magistrate Judge of the United States District Court