

**Long Island**
3 Dakota Drive, Suite 300
Lake Success, NY 11042
516.328.2300 | P

Long Island · Brooklyn · White Plains · Rochester · Albany · Manhattan

Seth L. Berman, Esq.
Partner/Director Intellectual Property and Entertainment Dept.
Email: sberman@abramslaw.com

December 21, 2022

**VIA ECF AND EMAIL**
(c/o evaldez@caed.uscourts.gov)

Hon. Barbara A. McAuliffe
U.S. District Court, E.D. Cal., Fresno Division
Robert E. Coyle United States Courthouse
2500 Tulare Street
Courtroom 8, 6th Floor
Fresno, California 93721

      Re:    *Yellowcake, Inc. v. Dashgo, Inc., et al.*
              USDC, E.D. Cal., Fresno Div., Case No. 1:21-cv-00803-AWI-BAM

Dear Magistrate Judge McAuliffe:

      This firm and Hefner Law represent the Plaintiff, Yellowcake, Inc. ("Yellowcake"), in the above-referenced copyright infringement action. We write to request relief regarding the schedule concerning Defendants' motion to compel (ECF 92) and their refusal to consent to a reasonable adjustment of the schedule for the motion.

      Defendants filed their motion to compel (ECF 92) after business hours last Friday evening (December 16, 2022). It is noticed to be heard on January 6, 2023, which requires Yellowcake to provide its portion of the joint statement by this Friday (December 23, 2022). On Monday morning, I promptly emailed Defendants' counsel requesting an extension of time because I am in the midst of pre-trial preparation this week and will be out of the office next week. *See* the annexed Exhibit A (an email chain between myself and Defendants' counsel) at pgs. 5-6.

      Hours later, Defendants' counsel advised they required the remainder of the day to consider my routine request (*see id*. at pg. 4) and, shortly after sending me that email, Defendants filed a motion (ECF 93) under Local Rule 233 for administrative relief in the form of clarifying this Court's prior discovery Order issued on November 14, 2022. I then emailed Defendants' counsel to reiterate Yellowcake's request for a continuance  *See id*. at pgs. 3-4. At 6:02 PST (9:02 EST) on Monday, Defendants' counsel emailed me stating that "[i]n the spirit of cooperation and compromise" Defendants would agree to adjourn the motion to compel on the condition that Yellowcake consented to the relief requested in the Local Rule 233 motion. *See id*. at pg. 2.



Page 2

      Yellowcake is now forced to request Your Honor's intervention for the reason stated above (*see also id*. at pg. 6). Defendants will not be prejudiced by an adjournment of their motion to compel because the supposed discovery violations raised in the motion to compel – which Yellowcake disputes – have been known by Defendants for months.

      Based on the professionally and personal schedule of counsel for Yellowcake and the upcoming holiday season, Yellowcake respectfully requests that the Defendants' motion to compel be continued to February 9, 2033, which is the same day as the parties' status conference and that the deadline for Yellowcake to provide its portion of the joint statement be continued to January 26, 2023.

      We thank the Court in advance for its courtesy and consideration of Yellowcake's requests that are raised in this letter.

                                         Respectfully,

                                         Seth L. Berman

cc:    Richard J. Idell, Esq. (via ECF)
        Ory Sandel, Esq. (via ECF)
        Thomas P. Griffin, Jr., Esq. (via ECF)