| | |
|---|---|
| From: | Seth L. Berman |
| To: | Keith Corso |
| Subject: | Fwd: Yellowcake Inc. v. Dashgo et al. - Motion to Compel Briefing Schedule |
| Date: | Tuesday, December 20, 2022 7:53:56 AM |
| Attachments: | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |
| | image001.png |
| | imagee93062.PNG |
| | imagec46111.PNG |
| | image76b99e.PNG |
| | imagee12259.PNG |
| | imaged38b3e.PNG |

Sent from my iPhone



**Seth L. Berman, Esq.** | *Partner/Director Intellectual Property and Entertainment Dept.*

ABRAMS | FENSTERMAN, LLP
ATTORNEYS AT LAW
Long Island · Brooklyn · White Plains · Rochester · Albany

**Long Island Office**
3 Dakota Drive Suite 300
Lake Success, New York 11042
516-328-2300 x 251 | Phone
516-328-6638 | Fax
sberman@abramslaw.com
www.abramslaw.com



CONFIDENTIALITY NOTICE: This e-mail may be an attorney-client communication and may contain information that is privileged and confidential and is therefore subject to legal restrictions and penalties regarding its unauthorized disclosure or other use. If you are not the intended recipient you are prohibited from copying, forwarding, distributing, disseminating, or otherwise viewing this e-mail and any attachments hereto. Please notify the sender and delete this e-mail if you are not the intended recipient.
AF/01

Begin forwarded message:

> **From:** Richard Idell <richard.idell@idellfirm.com>
> **Date:** December 19, 2022 at 9:02:45 PM EST
> **To:** "Seth L. Berman" <SBerman@abramslaw.com>
> **Cc:** Ory Sandel <osandel@dpf-law.com>, "Richard J. Idell" <RIdell@dpf-law.com>, Tom Griffin <tgriffin@hsmlaw.com>, Keith Corso <KCorso@abramslaw.com>
> **Subject: RE: Yellowcake Inc. v. Dashgo et al. - Motion to Compel Briefing**

Schedule

Caution: This email originated outside of the organization

Seth:

I am in receipt of your email of 8:17 a.m. today requesting a continuance of our Motion to Compel, filed last week, to January 23, 2023. You indicate that if we agree to the requested continuance you will provide your portion of the separate statement by January 6, 2023. Our Motion to Compel was necessary because you said you would provide responses to the discovery and now you are saying that you won't.

I also received your email of 2:35 p.m. regarding our Motion for Administrative Relief. As shown by the papers submitted on our Motion for Administrative Relief, we attempted twice to obtain your agreement that Defendants are not required to serve their supplemental responses to Yellowcake's discovery relating to "Yellowcake's Copyrighted Works" and "Foreign Works" until such time as all of the ISRC Codes are confirmed to be accurate. You twice refused to agree, so we filed for relief. I don't see the need to respond to the balance of your email and the misstatements set forth in it regarding our Motion for Administrative Relief.

In the spirit of cooperation and compromise, if you are willing to agree to the relief sought in our Motion for Administrative Relief, we will agree to continue the Motion to Compel to January 23, 2023 with the further agreement that you will provide your portion of the separate statement by January 6, 2023.

If you are agreeable to this resolution of your request, let me know and we will prepare a written stipulation to be presented to the Court for an order thereon.

Happy Holidays.

Richard Idell


**RICHARD J. IDELL**
OF COUNSEL

-
707.261.7000
DIRECT: 707.938.7763
CELL: 707.799.5962
ridell@dpf-law.com



www.dpf-law.com

Dickenson Peatman & Fogarty
We have moved! 1500 First St., Ste. 200, Napa, CA 94559

For current wine law news, visit www.lexvini.com

CYBERSECURITY WARNING:   All communications from Dickenson, Peatman & Fogarty PC originate from the email domain dpf-law.com. Please verify the identity of senders before sharing private or confidential information. If you have any concerns regarding the authenticity of a communication to you, please notify us by telephone at (707) 261-7000 or email at dpf@dpf-law.com.

CONFIDENTIALITY NOTICE:   This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged.  If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED.  If you have received this transmission in error, please immediately notify us by reply e-mail, by forwarding this to dpf@dpf-law.com  or by telephone at (707) 261-7000, and destroy the original transmission and its attachments without reading or saving in any manner.  Thank you.

**From:** Seth L. Berman <SBerman@Abramslaw.com>
**Sent:** Monday, December 19, 2022 2:35 PM
**To:** Richard Idell <richard.idell@idellfirm.com>
**Cc:** Ory Sandel <osandel@dpf-law.com>; Richard J. Idell <RIdell@dpf-law.com>; Tom Griffin <tgriffin@hsmlaw.com>; Keith Corso <KCorso@Abramslaw.com>
**Subject:** Re: Yellowcake Inc. v. Dashgo et al. - Motion to Compel Briefing Schedule

Richard,

My request is rather straightforward and will not take much time for a reply; you either agree to the continuance or you do not.
-
If you do not agree today to the continuance requested below, we will be compelled to seek court intervention.  Given the holiday season, I suspect the court will quickly grant the requested continuance.

Regarding your most recently filed "motion for clarification," I note initially that you did not comply with the meet and confer requirements of Local Rule 251.  The "motion for clarification" is in fact an improper motion for reconsideration which makes the same arguments and seeks the same relief in your opposition to our motion to compel; your "motion for clarification" is not the proper subject matter under Local Rule 233; and your motion was strategically timed to try and avoid complying with the court's

November 14th Order. It has been thirty-five days since the issuance of the November 14th Order and you intentionally waited until now to file your improper motion for clarification. We hereby demand that you withdraw your improper motion immediately. If you do not do so, we will oppose the motion. In addition, notwithstanding your improper motion, we expect full compliance with the court's November 14th Order and that you produce discovery responses based on the identifiers provided in our list sent on November 23, 2022, in compliance with the court's November 14th Order. If you fail to produce substantive discovery responses by December 23rd, we will move to strike your answer and for discovery sanctions. Please be guided accordingly.

Sent from my iPhone

**Seth L. Berman, Esq.** | *Partner/Director Intellectual Property and Entertainment Dept.*



**Long Island Office**
3 Dakota Drive Suite 300
Lake Success, New York 11042
516-328-2300 x 251 | Phone
516-328-6638 | Fax
sberman@abramslaw.com
www.abramslaw.com



Long Island · Brooklyn · White Plains · Rochester · Albany

CONFIDENTIALITY NOTICE: This e-mail may be an attorney-client communication and may contain information that is privileged and confidential and is therefore subject to legal restrictions and penalties regarding its unauthorized disclosure or other use. If you are not the intended recipient you are prohibited from copying, forwarding, distributing, disseminating, or otherwise viewing this e-mail and any attachments hereto. Please notify the sender and delete this e-mail if you are not the intended recipient.
AF/01

> On Dec 19, 2022, at 1:55 PM, Richard Idell <richard.idell@idellfirm.com> wrote:
>
> **Caution: This email originated outside of the organization**
>
> Ory and I are both tied up today, but one of us will get back to you by 6 PST today on your request.
>
> Richard Idell

**RICHARD J. IDELL**
OF COUNSEL

707.261.7000
DIRECT: 707.938.7763
CELL: 707.799.5962
ridell@dpf-law.com



www.dpf-law.com

Dickenson Peatman & Fogarty
We have moved! 1500 First St., Ste. 200, Napa, CA 94559

For current wine law news, visit www.lexvini.com

CYBERSECURITY WARNING:   All communications from Dickenson, Peatman & Fogarty PC originate from the email domain dpf-law.com. Please verify the identity of senders before sharing private or confidential information. If you have any concerns regarding the authenticity of a communication to you, please notify us by telephone at (707) 261-7000 or email at dpf@dpf-law.com.

CONFIDENTIALITY NOTICE:   This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged.  If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED.  If you have received this transmission in error, please immediately notify us by reply e-mail, by forwarding this to dpf@dpf-law.com  or by telephone at (707) 261-7000, and destroy the original transmission and its attachments without reading or saving in any manner.  Thank you.


-----Original Message-----
From: Seth L. Berman <SBerman@Abramslaw.com>
Sent: Monday, December 19, 2022 8:17 AM
To: Ory Sandel <osandel@dpf-law.com>; Richard J. Idell <RIdell@dpf-law.com>; Tom Griffin <tgriffin@hsmlaw.com>
Subject: Yellowcake Inc. v. Dashgo et al. - Motion to Compel Briefing Schedule

[External Email]

Counsel:

We are in receipt of your motion to compel served after business hours on Friday December 16th that was set for hearing on January 6th and asking us to provide our portion of the joint statement by this Friday, December 23rd.

I have a trial assignment conference tomorrow, and will be engaged with motions, in limine, bench briefs and pre-marking exhibits for the trial the rest of this week and then I will be out of the office as of this Friday until the beginning of the new year.

As such, we propose that we provide you with our portion of the joint statement by January 6th and that we adjourn the hearing until January 23rd. I remind you that you we consented to a significantly long adjournment of your opposition to our prior motions to compel. In the event that you reject our request for an accommodation, we ask you to provide your explanation as to why you object so I can include it in my application for an adjournment to the court. Given the short time frame given for opposition, I would appreciate the courtesy of a response today.

Very truly yours,


Seth L. Berman

Partner/Director Intellectual Property and Entertainment Dept.
Telephone: 516-328-2300 x 251
Fax: 516-328-6638

mailto:sberman@abramslaw.com

Long Island Office
3 Dakota Drive Suite 300
Lake Success, New York 11042

CONFIDENTIALITY NOTICE: This e-mail may be an attorney-client communication and may contain information that is privileged and confidential and is therefore subject to legal restrictions and penalties regarding its unauthorized disclosure or other use. If you are not the intended recipient you are prohibited from copying, forwarding, distributing,disseminating, or otherwise viewing this e-mail and any attachments hereto. Please notify the sender and delete this e-mail if you are not the intended recipient.