RICHARD J. IDELL
ridell@dpf-law.com

December 21, 2022

**VIA ECF AND EMAIL**
(c/o evaldez@caed.uscourts.gov)

Hon. Barbara A. McAuliffe
U.S. District Court, E.D Cal., Fresno Division
Robert E. Coyle United States Courthouse
2500 Tulare Street
Courtroom 8, 6th Floor
Fresno, CA 93721

    Re: *Yellowcake, Inc. v. Dashgo, Inc., et al.*
       USDC, E.D. Cal., Fresno Div., Case No. 1:21-cv-00803-AWI-BAM

Dear Magistrate Judge McAuliffe:

    I write in response to Mr. Berman's letter today asking your Honor to continue the Defendants' Motion to Compel scheduled for January 6, 2023, for over a month to February 9, 2023.

    As your Honor can see by the email exchange submitted with Mr. Berman's letter, Mr. Berman requested an adjournment to January 26, 2023, and offered to file his portion of the separate statement by January 6, 2023. Now he is asking for an extension of time to January 26, 2023, to file his portion of the separate statement and to move the hearing to February 9, 2023.

    As your Honor can also see from the email exchange, Defendants offered to accommodate Plaintiff's request by a joint stipulation that would have resolved Defendants' Motion for Administrative Relief. Mr. Berman did not respond. In the meantime, Your Honor ruled on the Motion for Administrative Relief yesterday. I heard nothing from Mr. Berman about the continuance of the Motion and an extension of time to file the Plaintiff's portion of the separate statement after the Court ruled. Instead, Mr. Berman filed his letter request.

    Since Mr. Berman took the step of engaging your Honor in a scheduling matter that was quite capable of being worked out by picking up the phone, I write to object to such a long adjournment and an extension to respond to the separate statement that is far beyond Mr.

Berman's offer to file it by January 6, 2022. This Motion is about a different agreement that Mr. Berman made many months ago and that he only recently reneged on by refusing to give further responses to the discovery after agreeing that he would.

      Defendants can live with an adjournment to January 26, 2023, for the hearing on the Motion and an extension until January 6, 2023, to file Plaintiff's portion of the separate statement. Any continuance beyond that for the motion and the separate statement is unreasonable.

      Sincerely,
      DICKENSON, PEATMAN & FOGARTY

      Richard Idell

RJI:sol
cc: Tom Griffin, Esq. (via ECF)
Seth Berman, Esq. (via ECF)
Ory Sandel, Esq. (via ECF)