# EXHIBIT B



ORY SANDEL
osandel@dpf-law.com

December 22, 2022

**MEET AND CONFER
PURSUANT TO LOCAL RULE 251**

**VIA EMAIL ONLY
(SBerman@Abramslaw.com)**

Seth Berman, Esq.
ABRAMS FENSTERMAN
3 Dakota Drive, Suite 300
Lake Success, NY 11042

    **Re:**    <u>**Yellowcake adv. Dashgo, et al.**</u>
                  **USDC, E.D.Cal., Case No. 1:21-cv-00803-AWI-BAM**

Dear Mr. Berman:

This is in response to your letter of December 22, 2022.

1. Defendants deny that they are in violation of any of the Court's orders.

The Court's November 14, 2022 Order ("November 14 Order") provides, in pertinent part, as follows:

"Within **thirty (30) days** following receipt of written clarification or additional information from Yellowcake, Defendants shall supplement their responses to the RFP Set One, RFP Set Two and Interrogatories Set One based on the list of Copyrighted Works and Foreign Works. Defendants' supplemental responses also shall eliminate boilerplate objections to the discovery requests. For those sound recordings that do not require additional clarification or information, Defendants shall supplement their discovery responses within **twenty-one (21) days from the date of this Order[.]**"

> For those sound recordings that did not require additional clarification or information, Defendants' supplemental responses to the RFP Set One, RFP Set Two and Interrogatories Set One were timely served on December 5, 2022 (that is, twenty-one days from the date of the November 14 Order).
>
> Pursuant to the November 14 Order and the Court's December 20, 2022 Order on our request for clarification ("December 20 Order"), we will timely serve Defendants' supplemental responses to the RFP Set One and Interrogatories Set One based on the list of Copyrighted Works and Foreign Works for those sound recordings that can be readily identified without clarification of the Discrepant ISRCs.

2. With regard to the Discrepant ISRCs, the nature of the discrepancy as to each Discrepant ISRC (save for those set forth below) is that the sound recording alleged by Yellowcake and identified by a given Discrepant ISRC does not match the artist name, album title and/or song title set forth in the International Federation of the Phonographic Industry ("IFPI") ISRC database (https://isrcsearch.ifpi.org/).

   However, the following Discrepant ISRCS *do not appear at all* in the IFPI ISRC database:

   **Discrepant ISRC**
   QM6DC1541154
   QM6DC1541155
   QM6DC1541156
   QM6DC1541157
   QM6DC1541158
   QM6DC1541159
   QM6DC1541160
   QM6DC1546169
   QM6DC1546170
   QM6DC1546171
   QM6DC1546172
   QM6DC1546173
   QM6DC1546174
   QM6DC1546175
   QM6DC1546176
   QM6DC1546177
   QM6DC1546178
   QM6DC1546179
   QM6DC1546180
   QM6DC1546181
   QM6DC1546182
   QM6DC1546183
   QM6DC1573016

**Discrepant ISRC**
QM6DC1573017
QM6DC1573018
QM6DC1573019
QM6DC1573020
QM6DC1573021
QM6DC1573022
QM6DC1573023
QM6DC1573024
QM6DC1573025
US3DF1105729
US3DF1105730
US3DF1105731
US3DF1105732
US3DF1105733
US3DF1105734
US3DF1105735
US3DF1105736
US3DF1105737
US3DF1105738
US3DF1105739
US3DF1105740
US3DF1105741
US3DF1105742
US3DF1105743
US3DF1105744
US3DF1105745
US3DF1105746
US3DF1105747
US3DF1105748
US3DF1115539
US3DF1211445
US3DF132053

As always, we are prepared to further meet and confer with you with regard to the Discrepant ISRCs. However, we have already requested – twice – that Yellowcake promptly investigate and reconcile the Discrepant ISRCs, as required by the Court's November 14 Order, and advise us as soon as possible, as to each Discrepant ISRC, whether the Discrepant ISRC is being withdrawn or whether it will be replaced by a different, accurate ISRC.

As of this writing we are still awaiting your response as to how each of the Discrepant ISRCs is to be reconciled. Please get back to us on this important issue promptly, but in any event by no later than Wednesday, January 4, 2023.

Until such time as the Discrepant ISRCs are fully reconciled (i.e., either withdrawn or corrected), the definitions of "Yellowcake's Copyrighted Works" and "Foreign Works" remain unsettled. We look forward to resolving the issue of the Discrepant ISRCs with you, particularly in light of the Court's December 22, 2022 Minute Order directing all counsel to appear in person in Judge McAuliffe's courtroom to resolve outstanding discovery disputes.

3. Please be advised that I am leaving early tomorrow morning, December 23, 2022, for a vacation out of the country. I will be back in the office after the New Year, on January 3, 2022. As you know, the weekends of December 24-27 and December 31-January 2 are holiday weekends.

   On January 3, 2023, i.e., immediately upon my return from vacation, I have a deposition scheduled in another matter; on January 5 I have pretrial filings due; on January 12, I have a trial management conference; and from January 17-26 I have a trial scheduled, all in the same matter. Notwithstanding these other pressing commitments, Mr. Idell and I will endeavor to make ourselves available to meet and confer with you on all outstanding discovery issues to the best of our ability.

   As we have told you from the beginning, Defendants' document production will be (and has thus far been) made on a rolling basis. Contrary to your unfounded assertion, nothing in the November 14 Order or the December 20 Order requires that a further tranche of documents be produced on December 23, 2022. Again, further production will be made on a rolling basis.

   We only received Plaintiff's list "with specificity" on November 23, 2022, and even that list was (and, as set forth above, remains) defective. We only obtained the Court's clarification of its July 21, 2022 Order and the November 14 Order on December 20, 2022. It is unreasonable to expect Defendants produce documents only three days later, and your demand for full production on that date – even while Plaintiff has yet to fully advise Defendants of the works they are alleged to have infringed – is utterly without basis.

   As soon as practicable after my vacation, we will endeavor to provide a reasonable timetable within which further production that needs to be made will be made. To be clear, we will not be making any further production of documents on December 23, 2022, nor while I am on vacation or in trial. We expect you to show at least a modicum of professional courtesy and consideration in these regards.

We look forward to meeting and conferring with you in early January. In the meantime, Happy Chanukah and New Year.

Sincerely,

DICKENSON, PEATMAN & FOGARTY

Ory Sandel

OBS:st
cc:   Tom Griffin, Esq. (via email only to tgriffin@hsmlaw.com)
      Richard Idell, Esq.