# EXHIBIT A

# Richard Idell

**From:** Richard Idell
**Sent:** Tuesday, January 10, 2023 2:54 PM
**To:** Seth L. Berman; Tom Griffin
**Cc:** Ory Sandel
**Subject:** RE: Yellowcake v. Dashgo

Seth:

I am responding to your email requesting agreement for the principals and "persons most knowledgeable" to attend the discovery conference ordered by the Court, if discovery disputes are not resolved, and the conference goes forward.

First, it is our sincere desire to work out all remaining discovery disputes with you, and we will meet and confer with you in that regard, and do so in earnest, subject to Ory's availability due to the pending trial.

Second, as far as we know, and as I set forth in my December 22, 2022 letter, the only discovery motions that have yet to be ruled on are our motions, and the only remaining discovery issues not set forth in a pending motion are over the Discrepant ISRCs and Yellowcake's failure and refusal to produce any documents responsive to Dashgo's Document Requests Set Three, notwithstanding the representations made in Yellowcake's Supplemental Response to Document Requests Set Three.

We do not see how agreeing to have the parties' principals and "persons most knowledgeable" regarding the parties' information storage and retrieval practices attend the discovery conference, if it is held, would be helpful in resolving these discovery disputes. As I understand the pending discovery disputes, all issues are fully within the ability and **_authority of the attorneys_** to resolve. In addition, obtaining the agreement of these persons poses scheduling and travel issues which have not been factored into the revised scheduling of the conference.

Once again, we intend to fully engage with you to resolve all issues, set a discovery schedule for depositions, and avoid the necessity of a conference.

I see that you took it upon yourself to submit a letter request to the Magistrate today without waiting for a response which Ory as much told you yesterday was forthcoming from me. I presume then that you intended to submit the issue to the Magistrate if we did not agree. That strategy is contrary to the concept of meeting and conferring to resolve pending discovery disputes.

I would ask that you withdraw the request, and allow the meet and confer process to go forward. If you don't withdraw it, we will have to write to the Magistrate opposing your request.  Please get back to me by the end of the day today, as to whether you will withdraw the request.

Richard Idell


RICHARD J. IDELL
OF COUNSEL

707.261.7000
DIRECT: 707.938.7763
CELL: 707.799.5962

1



www.dpf-law.com

Dickenson Peatman & Fogarty
*We have moved!* 1500 First St., Ste. 200, Napa, CA 94559

For current wine law news, visit www.lexvini.com

CYBERSECURITY WARNING:   All communications from Dickenson, Peatman & Fogarty PC originate from the email domain dpf-law.com. Please verify the identity of senders before sharing private or confidential information. If you have any concerns regarding the authenticity of a communication to you, please notify us by telephone at (707) 261-7000 or email at dpf@dpf-law.com.

CONFIDENTIALITY NOTICE:   This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply e-mail, by forwarding this to dpf@dpf-law.com or by telephone at (707) 261-7000, and destroy the original transmission and its attachments without reading or saving in any manner. Thank you.