**HEFNER, STARK & MAROIS, LLP**
Thomas P. Griffin, Jr., Esq. (SBN 155133)
 tgriffin@hsmlaw.com
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833
Telephone: 916.925.6620
Facsimile: 916.925.1127

**ABRAMS FENSTERMAN, LLP**
Seth L. Berman, Esq. (*admitted pro hac vice*)
 sberman@abramslaw.com
3 Dakota Drive, Suite 300
Lake Success, NY 11042
Telephone: 516.328.2300
Facsimile: 516.328.6638

Attorneys for Plaintiff YELLOWCAKE, INC.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YELLOWCAKE, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> DASHGO, INC., a Delaware corporation; and AUDIOMICRO, INC. d/b/a ADREV, a Delaware corporation, BENJAMIN PATTERSON, an individual and NOAH BECKER, an individual, <br><br> Defendants. | **Case No.: 1:21-cv-00803-ADA-BAM** <br><br> **PLAINTIFF'S BRIEF IN RESPONSE TO MINUTE ORDER OF DISTRICT JUDGE ANA DE ALBA** |

**PLAINTIFF'S BRIEF IN RESPONSE TO THE MINUTE ORDER OF DISTRICT JUDGE ANA DE ALBA**

Plaintiff Yellowcake, Inc. ("Yellowcake") submits this brief in response to the Minute Order of District Court Judge Ana de Alba issued on April 25, 2023 (DKT No. 114).

It is Yellowcake's position that, while Yellowcake is the plaintiff in both this matter and the action entitled *Yellowcake, Inc. v. Hyphy Music, Inc., et al.*, 1:20-cv-00988 and that both matters involve claims of copyright infringement, they are not otherwise factually related.

The defendants in both matters are different, as are the copyrighted sound recordings at issue and the acts of infringement. Nonetheless, for the sake of judicial economy, Yellowcake has no objection to, and in fact encourages, the reassignment of this matter to Judge Jennifer L. Thurston.

Dated: April 27, 2023

**ABRAMS, FENSTERMAN, LLP**

By:   /s/ Seth L. Berman
    Seth L. Berman, Esq. (*pro hac vice*)
    ***Attorneys for Plaintiff***
    ***Yellowcake, Inc***

**PLAINTIFF'S BRIEF IN RESPONSE TO THE MINUTE ORDER OF DISTRICT JUDGE ANA DE ALBA**

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing PLAINTIFF'S BRIEF IN RESPONSE TO THE MINUTE ORDER OF DISTRICT JUDGE ANA DE ALBA has been served upon the Attorneys for Defendants via Electronic Mail addressed to:

>Richard Idell, Esq.
>
>Ory Sandel, Esq.
>
>Attorneys for Defendants
>
>Dickenson, Peatman & Fogarty
>
>1455 First Street, Suite 301
>
>Napa, CA 94559

on April 27, 2023.

_____
Seth L. Berman

**PLAINTIFF'S BRIEF IN RESPONSE TO THE MINUTE ORDER OF DISTRICT JUDGE ANA DE ALBA**