Richard J. Idell, SBN 69033
RIdell@dpf-law.com
Ory B. Sandel, SBN 233204
OSandel@dpf-law.com
DICKENSON PEATMAN & FOGARTY
1500 First Street, Suite 200
Napa, CA 94559
Telephone: (707) 261-7000
Facsimile: (707) 340-7239

Attorneys for Defendants
Dashgo, Inc., Audiomicro, Inc. dba Adrev,
Benjamin Patterson and Noah Becker

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YELLOWCAKE, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>DASHGO, INC., a Delaware corporation; AUDIOMICRO, INC. d/b/a ADREV, a Delaware corporation; BENJAMIN PATTERSON, an individual; and NOAH BECKER, an individual,<br><br>Defendants. | Case No. 1:21-cv-00803-ADA-BAM<br><br>**BRIEF OF DEFENDANTS IN RESPONSE TO MINUTE ORDER OF JUDGE ANA DE ALBA ISSUED ON APRIL 25, 2023 (DKT NO. 114)**<br><br>(E-filing) |

This brief is submitted on behalf of Defendants Dashgo, Inc., a Delaware Corporation, Audiomicro, Inc. d/b/a Adrev, a Delaware Corporation, Benjamin Patterson and Noah Becker (collectively "Defendants") in the above matter. This brief is submitted in response to the Minute Order of the Honorable District Court Judge Ana de Alba issued on April 25, 2023 (DKT No. 114).

The minute order indicated that the Court's review of the complaint, first amended complaint, and second amended complaint in this action suggests that the within case might be related to another action pending in this district, that is: *Yellowcake, Inc. v. Hyphy Music, Inc., et al.,* 1:20-cv-00988 based on the definition of "related case" in Local Rule 123(a).

The minute order directed the parties to review Local Rule 123 and, if the parties believe these two pending actions are related, the parties were directed to file a notice of related cases no



1  later than May 1, 2023. In addition, if the parties believe these actions are not related, each party
2  shall file a brief explaining their reasons why reassignment of this case to the same Judge is not likely
3  to effect a savings of judicial effort and other economies no later than May 1, 2023.

4  It is Defendants' view that, after reading Local Rule 123, that these cases are not related as defined under Local Rule 123. While Yellowcake is the plaintiff in both the within matter and the action entitled *Yellowcake, Inc. v. Hyphy Music, Inc., et al., 1:20-cv- 00988*, and while both matters involve claims of copyright infringement, they are not otherwise factually related. The defendants in both matters are different, as are the copyrighted sound recordings at issue, and the acts of infringement alleged. Defendants do not believe that reassignment of this case will effect a savings of judicial effort and other economies since the cases are factually distinct and the defendants completely different. The only similarities are that the Plaintiff in both cases is the same and the subject matter of the two cases is copyright infringement. Otherwise, the defendants are distinct and unrelated, as are the facts in the two matters.

At the same time, if the Court believes that judicial economy will be served by reassignment of this matter to Judge Jennifer L. Thurston, Defendants have no objection.

Dated: April 27, 2023                                      DICKENSON PEATMAN & FOGARTY

        /s/ Richard J. Idell
By: Richard J. Idell
    Ory B. Sandel

Attorneys for Defendants
Dashgo, Inc., Audiomicro, Inc. dba Adrev,
Benjamin Patterson and Noah Becker