Thomas P. Griffin, Jr., Esq. (SBN 155133)
HEFNER, STARK & MAROIS, LLP
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833
Telephone: (916) 925-6620
Facsimile: (916) 925-1127
Email: tgriffin@hsmlaw.com

Seth L. Berman, Esq. (admitted *pro hac vice*)
ABRAMS, FENSTERMAN, FENSTERMAN, EISMAN,
FORMATO, FERRARA, WOLF & CARONE, LLP
3 Dakota Drive, Suite 300
Lake Success, NY 11042
Telephone: (516) 328-2300
Facsimile: (516) 328-6638
Email: sberman@abramslaw.com
*Attorneys for Plaintiff Yellowcake, Inc.*

Richard J. Idell, Esq. (SBN 069033)
Ory Sandel, Esq. (SBN 233204)
DICKENSON PEATMAN & FOGARTY P.C.
1500 First Street, Suite 200
Napa, CA 94559
Telephone: (707) 261-7000
Facsimile: (707) 255-6876
Email:     ridell@dpf-law.com
           osandel@dpf-law.com
*Attorneys for Defendants Dashgo, Inc.,
Audiomicro, Inc. d.b.a. Adrev, Benjamin
Patterson and Noah Becker*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YELLOWCAKE, INC., a California corporation,<br><br>             Plaintiff,<br><br>     v.<br><br>DASHGO, INC., a Delaware | CASE NO. 1:21-cv-00803-ADA-BAM<br><br>**STIPULATION RE: CONTINUANCE OF DISCOVERY CONFERENCE; [PROPOSED] ORDER** |

STIPULATION AND ORDER


Case 1:21-cv-00803-ADA-BAM   Document 120   Filed 06/05/23   Page 2 of 5

| | |
|---|---|
| corporation; AUDIOMICRO, INC. d/b/a ADREV, a Delaware corporation; BENJAMIN PATTERSON, an individual; and NOAH BECKER, an individual,<br><br>Defendants. | (E-filing)<br>Current date: June 6, 2023<br>**New date: June 15, 2023** ~~or later~~<br><br>Hon. Magistrate Judge Barbara A. McAuliffe, Presiding |

    Plaintiff Yellowcake, Inc. ("Plaintiff" or "Yellowcake"), on the one hand, and defendants Dashgo, Inc. ("Dashgo"), Audiomicro, Inc. d.b.a. Adrev ("Adrev"), Benjamin Patterson and Noah Becker (collectively, "Defendants"), on the other hand (collectively, the "Parties"; each individually, a "Party"), by and through their respective attorneys, hereby agree and stipulate as follows:

    The Court has set a further in-person Discovery Conference for June 6, 2023. The Parties agree that there are only two discovery disputes remaining between the Parties in connection with Party written discovery, namely, over: (1) the form of production of reports by Dashgo; and (2) the scope and timing of a further response from Yellowcake to Dashgo's Interrogatory No. 8 (collectively "Disputes"). The parties have been meeting and conferring, and continue to meet and confer, in order to resolve these Disputes. In view of the ongoing meet and confer process, the Parties agree that a continuance of the June 6, 2023 Discovery Conference and a short extension of the deadline for Party written discovery (to resolve the Disputes and comply with the agreed resolution) is appropriate, and jointly request that the Court issue an order continuing the Discovery Conference to June 15, 2023, or, a date thereafter (excepting the week of June 20, 2023 and the date of June 27, 2023), in the Court's discretion, and, ask that the Court extend the deadline for completion of Party written discovery to a date that is ten days after any continued date of the Discovery Conference, only in order to reach resolution of the Disputes and comply with the agreed resolution.

    SO STIPULATED.


STIPULATION AND ORDER

HEFNER STARK & MAROIS, LLP

Dated: 6/5/2023      By:  /s/ Thomas P. Griffin, Jr.
                          Thomas P. Griffin, Jr.
                          *Attorneys for Plaintiff Yellowcake, Inc.*

DICKENSON PEATMAN & FOGARTY P.C.

Dated: 6/5/2023      By:  /s/ Ory Sandel
                          Richard J. Idell
                          Ory Sandel
                          *Attorneys for Defendants Dashgo, Inc., Audiomicro, Inc. d.b.a. Adrev, Benjamin Patterson and Noah Becker*

# ORDER

On June 5, 2023, the parties filed a stipulation requesting continuance of the in-person Discovery Conference set for June 6, 2023. (Doc. 119.) In the stipulation, the parties note that only two discovery disputes remain between the Parties in connection with Party written discovery, namely, over: (1) the form of production of reports by Dashgo; and (2) the scope and timing of a further response from Yellowcake to Dashgo's Interrogatory No. 8. The parties also request an extension of the deadline for completion of Written Party Discovery, currently set for June 16, 2023.

Pursuant to the Stipulation of the Parties, and good cause appearing, it is hereby ordered as follows:

1. The further in-person Discovery Conference currently set for June 6, 2023, is hereby continued to **June 15, 2023, at 8:30 a.m. in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe.** Plaintiff's counsel Seth Berman and Thomas Griffin and Defendants' counsel Ory Sandel SHALL PERSONALLY APPEAR. Defendants' counsel Richard Idell is excused from the discovery conference due to a scheduling conflict. Defendants represented that counsel Sandel has full authority to make decisions regarding the discovery disputes. At that time and throughout the day, counsel SHALL meet and confer and resolve the outstanding discovery and any other discovery issues the parties have between them. Counsel are required to stay until released by the Court. Counsel for the parties are excused from this personal appearance ONLY if the discovery disputes are resolved prior to June 15, 2023. The failure to appear or otherwise comply with this order may result in the imposition of sanctions.

///
///
///
///
///

2. Only for the purposes of reaching resolution of the parties' discovery disputes relating to Party written discovery and complying with the agreed resolution, the current June 16, 2023 deadline for completion of Party written discovery is hereby extended to **June 26, 2023**.

IT IS SO ORDERED.

Dated: **June 5, 2023**        /s/ *Barbara A. McAuliffe*
                                UNITED STATES MAGISTRATE JUDGE