Thomas P. Griffin, Jr., Esq. (SBN 155133)
HEFNER, STARK & MAROIS, LLP
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833
Telephone: (916) 925-6620
Facsimile: (916) 925-1127
Email: tgriffin@hsmlaw.com

Seth L. Berman, Esq. (admitted *pro hac vice*)
ABRAMS, FENSTERMAN, FENSTERMAN, EISMAN,
FORMATO, FERRARA, WOLF & CARONE, LLP
3 Dakota Drive, Suite 300
Lake Success, NY 11042
Telephone: (516) 328-2300
Facsimile: (516) 328-6638
Email: sberman@abramslaw.com
*Attorneys for Plaintiff Yellowcake, Inc.*

Richard J. Idell, Esq. (SBN 069033)
Ory Sandel, Esq. (SBN 233204)
DICKENSON PEATMAN & FOGARTY P.C.
1500 First Street, Suite 200
Napa, CA 94559
Telephone: (707) 261-7000
Facsimile: (707) 255-6876
Email:     ridell@dpf-law.com
           osandel@dpf-law.com
*Attorneys for Defendants Dashgo, Inc.,
Audiomicro, Inc. d.b.a. Adrev, Benjamin
Patterson and Noah Becker*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YELLOWCAKE, INC., a California corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>DASHGO, INC., a Delaware | CASE NO. 1:21-cv-00803-ADA-BAM<br>**STIPULATION**<br>**ORDER**<br>(E-filing) |

1

STIPULATION

corporation; AUDIOMICRO, INC. d/b/a ADREV, a Delaware corporation; BENJAMIN PATTERSON, an individual; and NOAH BECKER, an individual,

Defendants.

Hon. Magistrate Judge Barbara A. McAuliffe, Presiding

Plaintiff Yellowcake, Inc. ("Plaintiff" or "Yellowcake"), on the one hand, and defendants Dashgo, Inc. ("Dashgo"), Audiomicro, Inc. d.b.a. Adrev ("Adrev"), Benjamin Patterson and Noah Becker (collectively, "Defendants"), on the other hand (collectively, the "Parties"; each individually, a "Party"), by and through their respective attorneys, hereby agree and stipulate as follows:

1. Dashgo will reproduce to Yellowcake the monthly reports concerning works distributed by Colonize (as used herein, "Colonize" shall mean David Hernandez, Richboy Ventures, Inc. a.k.a. DH1 Digital, DH1 Media, Inc., Colonize Media, Inc. and any related or affiliated entities), for the period of June 2016 through December of 2022, in "csv" format[1], and Dashgo will do so no later than June 20, 2023.

2. Dashgo will produce to Yellowcake the monthly reports concerning works distributed by Colonize, for the period of January 2023 through April 2023, in "csv" format and substantially similar to the reports referred to in Section 1 above, and Dashgo will do so no later June 20, 2023.

3. Yellowcake is seeking actual damages as to the "Foreign Works"[2] and will respond, fully and completely, under oath to Dashgo's Interrogatory No. 8 as to the Foreign Works by no later than June 28, 2023. Yellowcake is seeking

---

[1] An example of a report in this format (sent by DashGo to Colonize in June of 2019) was shared between counsel for the Parties on June 13, 2023.

[2] As defined in Yellowcake's Second Amended Complaint, as modified by the Exhibit C provided by counsel for Plaintiff to counsel for Defendants on November 23, 2022.

statutory damages as to "Yellowcake's Copyrighted Works"[3] for those works whose registrations predate any acts of infringement and actual damages for those works for which the registrations postdate the acts of infringement. Yellowcake will respond under oath, fully and completely, to Dashgo's Interrogatory No. 8 as to Yellowcake's Copyrighted Works for those works for which the registrations postdate the acts of infringement by no later than June 28, 2023.

4. A further in-person Discovery Conference is presently scheduled for June 15, 2023. To permit the Parties time to comply with the foregoing obligations and resolve any disputes related to such compliance, the Parties agree that a further continuance of the June 15, 2023 Discovery Conference and a short further extension of the deadline for Party written discovery is appropriate, and jointly request that the Court issue an order: (A) continuing the June 15, 2023 Discovery Conference to July 11, 2023, or a date thereafter, in the Court's discretion; and (B) extending the deadline for completion of Party written discovery to a date that is at least five calendar days after any continued date of the Discovery Conference.

5. In the event that there are no disputes related to the Parties' compliance with their respective obligations hereunder, or that any such disputes are resolved without the need for judicial intervention or assistance, the Parties shall so advise the Court no later than one court day prior to the continued date of the Discovery Conference. If any such disputes remain unresolved, the Parties jointly request that only Ory Sandel and Thomas Griffin be required to personally appear at the continued Discovery Conference, and that Richard Idell and Seth Berman be excused from appearing at the continued Discovery Conference. Defendants represent that, at the continued Discovery Conference, Ory Sandel will have full authority to resolve any disputes related to the Parties' compliance with their respective obligations hereunder. Plaintiff represents that, at the continued

---

[3] As defined in Yellowcake's Second Amended Complaint, as modified by the Exhibits A and B provided by counsel for Plaintiff to counsel for Defendants on November 23, 2022.

Discovery Conference, Thomas Griffin will have full authority to resolve any disputes related to the Parties' compliance with their respective obligations hereunder.

The parties jointly request that the Court approve of this Stipulation and enter an order hereon.

SO STIPULATED.

HEFNER STARK & MAROIS, LLP

Dated: 6/14/2023         By: /s/ Thomas P. Griffin, Jr.
                             Thomas P. Griffin, Jr.
                             *Attorneys for Plaintiff Yellowcake, Inc.*

DICKENSON PEATMAN & FOGARTY P.C.

Dated: 6/14/2023         By: /s/ Ory Sandel
                             Richard J. Idell
                             Ory Sandel
                             *Attorneys for Defendants Dashgo, Inc., Audiomicro, Inc. d.b.a. Adrev, Benjamin Patterson and Noah Becker*

# ORDER

Pursuant to the Stipulation of the Parties, and good cause appearing, it is hereby ordered as follows:

1. Dashgo will reproduce to Yellowcake the monthly reports concerning works distributed by Colonize (as used herein, "Colonize" shall mean David Hernandez, Richboy Ventures, Inc. a.k.a. DH1 Digital, DH1 Media, Inc., Colonize Media, Inc. and any related or affiliated entities), for the period of June 2016 through December of 2022, in "csv" format[4], and Dashgo will do so no later than June 20, 2023.

2. Dashgo will produce to Yellowcake the monthly reports concerning works distributed by Colonize, for the period of January 2023 through April 2023, in "csv" format and substantially similar to the reports referred to in Section 1 above, and Dashgo will do so no later June 20, 2023.

3. Yellowcake is seeking actual damages as to the "Foreign Works"[5] and will respond, fully and completely, under oath to Dashgo's Interrogatory No. 8 as to the Foreign Works by no later than June 28, 2023. Yellowcake is seeking statutory damages as to "Yellowcake's Copyrighted Works"[6] for those works whose registrations predate any acts of infringement and actual damages for those works for which the registrations postdate the acts of infringement. Yellowcake will respond under oath, fully and completely, to Dashgo's Interrogatory No. 8 as to Yellowcake's Copyrighted Works for those works for which the registrations postdate the acts of infringement by no later than June 28, 2023.

---

[4] An example of a report in this format (sent by DashGo to Colonize in June of 2019) was shared between counsel for the Parties on June 13, 2023.

[5] As defined in Yellowcake's Second Amended Complaint, as modified by the Exhibit C provided by counsel for Plaintiff to counsel for Defendants on November 23, 2022.

[6] As defined in Yellowcake's Second Amended Complaint, as modified by the Exhibits A and B provided by counsel for Plaintiff to counsel for Defendants on November 23, 2022.

4. The further in-person Discovery Conference currently set for June 15, 2023 is hereby continued to **July 11, 2023, at 8:30 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. If this continued Discovery Conference occurs, Ory Sandel for Defendants and Thomas Griffin for Plaintiff are required to appear in person. Other counsel for the Parties are not be required to appear.

5. Only to permit the Parties time to comply with the foregoing obligations and resolve any disputes related to such compliance, the current June 26, 2023 deadline for completion of Party written discovery is hereby extended to **July 17, 2023**.

IT IS SO ORDERED.

Dated:   **June 14, 2023**          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE