Thomas P. Griffin, Jr., Esq. (SBN 155133)
HEFNER, STARK & MAROIS, LLP
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833
Telephone: (916) 925-6620
Facsimile: (916) 925-1127
Email: tgriffin@hsmlaw.com

Seth L. Berman, Esq. (admitted *pro hac vice*)
ABRAMS, FENSTERMAN, FENSTERMAN, EISMAN,
FORMATO, FERRARA, WOLF & CARONE, LLP
3 Dakota Drive, Suite 300
Lake Success, NY 11042
Telephone: (516) 328-2300
Facsimile: (516) 328-6638
Email: sberman@abramslaw.com
*Attorneys for Plaintiff Yellowcake, Inc.*

Richard J. Idell, Esq. (SBN 069033)
Ory Sandel, Esq. (SBN 233204)
DICKENSON PEATMAN & FOGARTY P.C.
1500 First Street, Suite 200
Napa, CA 94559
Telephone: (707) 261-7000
Facsimile: (707) 255-6876
Email:    ridell@dpf-law.com
          osandel@dpf-law.com
*Attorneys for Defendants Dashgo, Inc.,
Audiomicro, Inc. d.b.a. Adrev, Benjamin
Patterson and Noah Becker*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YELLOWCAKE, INC., a California corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>DASHGO, INC., a Delaware | CASE NO. 1:21-cv-00803-ADA-BAM<br><br>**STATUS REPORT RE DISCOVERY CONFERENCE; AND**<br><br>**[PROPOSED] ORDER** |

1

| | |
|---|---|
| corporation; AUDIOMICRO, INC. d/b/a ADREV, a Delaware corporation; BENJAMIN PATTERSON, an individual; and NOAH BECKER, an individual,<br><br>                    Defendants. | (E-filing)<br><br>Conference Date: July 11, 2023<br><br>Hon. Magistrate Judge Barbara A. McAuliffe, Presiding |

    Plaintiff Yellowcake, Inc. ("Plaintiff"), on the one hand, and defendants Dashgo, Inc., Audiomicro, Inc., d.b.a. Adrev, Benjamin Patterson and Noah Becker (collectively, "Defendants"), on the other hand (collectively, the "Parties," and each individually, a "Party"), provide the following status report:

    The Court has set a further in-person Discovery Conference for July 11, 2023. Since the last stipulation filed by the parties on June 14, 2023 (Dkt. No 122), the Parties have resolved the remaining outstanding discovery issues. Accordingly, the Discovery Conference set for July 11, 2023, at 8:30 a.m. may be taken off calendar.

 

HEFNER STARK & MAROIS, LLP

Dated: 7/10/2023               By:  /s/ Thomas P. Griffin, Jr.
                                                 Thomas P. Griffin, Jr.
                                                 *Attorneys for Plaintiff Yellowcake, Inc.*

DICKENSON PEATMAN & FOGARTY P.C.

Dated: 7/10/2023               By:  /s/ Ory Sandel
                                                 Richard J. Idell
                                                 Ory Sandel
                                                 *Attorneys for Defendants Dashgo, Inc., Audiomicro, Inc. d.b.a. Adrev, Benjamin Patterson and Noah Becker*

# ORDER

Based on the Status Report filed by the Parties on July 10, 2023, the further in-person Discovery Conference currently set for July 11, 2023, at 8:30 a.m. is hereby VACATED. No appearance is required.

IT IS SO ORDERED.

Dated: **July 10, 2023**          /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE