Thomas P. Griffin, Jr., Esq. (SBN 155133)
HEFNER, STARK & MAROIS, LLP
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833
Telephone: (916) 925-6620
Facsimile: (916) 925-1127
Email: tgriffin@hsmlaw.com

Seth L. Berman, Esq. (admitted *pro hac vice*)
ABRAMS FENSTERMAN, LLP
3 Dakota Drive, Suite 300
Lake Success, NY 11042
Telephone: (516) 328-2300
Facsimile: (516) 328-6638
Email: sberman@abramslaw.com
*Attorneys for Plaintiff Yellowcake, Inc.*

Richard J. Idell, Esq. (SBN 069033)
Ory Sandel, Esq. (SBN 233204)
DICKENSON PEATMAN & FOGARTY P.C.
1500 First Street, Suite 200
Napa, CA 94559
Telephone: (707) 261-7000
Facsimile: (707) 340-7239
Email: ridell@dpf-law.com
       osandel@dpf-law.com
*Attorneys for Defendants Dashgo, Inc., Audiomicro, Inc. d.b.a. Adrev, Benjamin Patterson and Noah Becker*

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| YELLOCAKE, INC., a California Corporation, | Case No. 1:21-CV-00803-DAD-AC |
| Plaintiff, | **STIPULATION RE: DISMISSAL WITH PREJUDICE;** |
| v. | **[PROPOSED] ORDER** |
| DASHGO, INC., a Delaware corporation; AUDIOMICRO, INC. d/b/a ADREV, a Delaware corporation; BENJAMIN PATTERSON, an individual; and NOAH BECKER, an individual, | **[F.R.C.P. 41(a)]** |
| | (E-filing) |
| Defendants. | Hon. Dale A. Drozd, Presiding |

This Stipulation is entered into by and between Yellowcake, Inc. ("Yellowcake" or "Plaintiff"), on the one hand; and DashGo, Inc. ("Dashgo"); Audiomicro, Inc. d.b.a. Adrev ("Adrev"); Benjamin Patterson ("Patterson"); and Noah Becker ("Becker") (collectively, "Defendants"), on the other hand. Plaintiff and Defendants may be referred to herein severally as a "Party" or jointly as the "Parties".

WHEREAS, Plaintiff filed the Complaint in this action on May 17, 2021, and subsequently amended the Complaint twice; and

WHEREAS, Defendants have each answered Plaintiff's Second Amended Complaint; and

WHEREAS, without adjudication of any issue of fact or law and without any admission of liability by Defendants, the Parties have reached a settlement of the entire action and entered into a written settlement agreement ("Settlement Agreement"); and

WHEREAS, the Settlement Agreement is entered into in good faith as a compromise of claims which are wholly disputed and denied, and nothing contained in the Settlement Agreement shall be construed as an admission of liability on the part of any Party, any such liability being expressly denied.

WHEREAS, subject to the terms and conditions of the Settlement Agreement, Plaintiff has agreed to dismiss, with prejudice, all claims against Defendants being made in this action; and

WHEREAS, the Parties have agreed mutually to waive any attorneys' fees and costs incurred to date in the prosecution and/or defense of this action;

NOW THEREFOR, the Parties agree as follows:

1. The foregoing recitals are hereby incorporated by this reference.
2. As set forth in the Settlement Agreement, the Parties have agreed mutually to waive any attorneys' fees and costs incurred to date in the prosecution and/or defense of this action.
3. Plaintiff shall file this Stipulation with the Court for an order thereon, dismissing this action, in its entirety, with prejudice, each Party to bear its own attorneys' fees and costs.

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | ABRAMS FENSTERMAN, LLP |
| Dated: February 14, 2024 | By:  /s/ Seth Berman<br>      Seth Berman<br>      *Attorneys for Plaintiff Yellowcake, Inc.* |
| Dated: February 14, 2024 | HEFNER, STARK & MAROIS, LLP |
|   | By:  /s/ Thomas P. Griffin, Jr.<br>      Thomas Griffin, Jr.<br>      *Attorneys for Plaintiff Yellowcake, Inc* |
|   | DICKENSON, PEATMAN & FOGARTY, P.C. |
| Dated: February 14, 2024 | By:  /s/ Richard J. Idell<br>      Richard J. Idell<br>      Ory Sandel<br>      *Attorneys for Defendants Dashgo, Inc.,*<br>      *Audiomicro, Inc. d.b.a. Adrev, Benjamin*<br>      *Patterson and Noah Becker* |





**[PROPOSED] ORDER**

Having reviewed the Stipulation of the Parties for an Order dismissing this Action with prejudice, In recognition that the Parties have entered into the Settlement Agreement, and in consideration of this Stipulation and the Parties' mutual agreement to waive any claims for attorneys' fees and costs incurred to date in the prosecution and/or defense of this action, the Court makes the following Order:

IT IS HEREBY, ORDERED, ADJUDGED AND DECREED, that this action shall be and is forthwith dismissed, in its entirety, with prejudice, each Party to bear its own attorneys' fees and costs.

Date: _____          _____
                                      Hon. Dale A. Drozd
                                      United States District Court, Eastern District
                                      of California